UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CAROL MELTON,
                Plaintiff,

v.

POUGHKEEPSIE CITY SCHOOL DISTRICT,
                Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 9755 (VB)

      Plaintiff Carol Melton commenced this action by filing a complaint on October 21, 2019. (Doc. #1). She subsequently paid the filing fee. To date, there is no indication on the docket that defendant has been served with the summons and complaint, and defendant has not appeared in the case.

      More than ninety days have elapsed since the complaint was filed. Pursuant to Fed. R. Civ. P. 4(m): "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

      Accordingly, pursuant to Rule 4(m), the Court hereby extends until April 10, 2020, the time for plaintiff to serve the summons and complaint on defendant. The case will be dismissed without prejudice unless, on or before April 10, 2020, plaintiff <u>either</u> files proof of service of the summons and complaint <u>or</u> shows cause in writing for her failure to comply with Rule 4(m) and why the case should not be dismissed.

      The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 10, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1