UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CAROL MELTON,                                       :
                Plaintiff,           :
v.                                                  :      **ORDER**
                                  :
                                  :      19 CV 9755 (VB)
POUGHKEEPSIE CITY SCHOOL DISTRICT,                  :
                Defendant.           :
------------------------------------------------------------------x

       This case is scheduled for an initial pre-trial conference, to proceed by telephone, on September 4, 2020, at 11:00 a.m.  (See Doc. #15).  By September 2, 2020, at 5:00 p.m., plaintiff and defendant's counsel shall file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order.

       Chambers will mail a copy of this Order to the plaintiff at the address on the docket.

Dated: August 26, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge