> The Court defers ruling on plaintiff's letter at this time.
>
> By 1/4/2021, defendant shall file a response to plainitff's letter, at which time the Court will decide how to proceed.
>
> Chambers will mail a copy of this Order to plaintiff at the address on the docket.
>
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J.         12/22/2020

Carol Melton
PO Box 1014
Poughkeepsie, NY 12602


Hon. Vincent Briccetti
United States District Court Judge
United States District Court, Southern District
300 Quarropas Street
White Plains, New York 10601

Re: Carol Melton v. Poughkeepsie City School District; 19 CV 9755 (VB) "Destruction of evidence" Amendments to Attachment A, B, and C

Dear Hon. Vincent Briccetti:

The Poughkeepsie City School District has destroyed evidence that is paramount to my case. This is not the first time this has happened, it happened in the last case (16 CV 9701) where they also destroyed evidence even with a document hold in place. They have deleted my submitted Health Check forms among other things which contained information that would support my case. The Poughkeepsie City School District can delete both sides of the email because they control the email client. They have lied with impunity without fear of repercussion. They have lied in sworn testimonies which will be easily proven as well as destroy evidence. This makes it much harder to prepare my case. Last time I just happen to forward some of the emails to my personal email but it was deleted from my school account. I did not see a document hold for this case even if there was one, I doubt it would make a difference. I know that I am Pro Ce litigant, but I understand when something is not legally permissible. I hope that we can get this cleared up. Thank you for your time in this matter.

Sincerely,

*Carol Melton*

Carol Melton