# ATTACHMENT C
## Retaliation Amendment

### Relief

I am requesting the Court to order that:

- the Poughkeepsie City School District and/or it's designees to cease and desist all retaliatory acts against my person and from creating and encouraging a hostile work environment against me.

- the Poughkeepsie City School District to cease and desist any and all discriminatory and racist treatment of me and my peers.

- the Poughkeepsie City School District to remove any and all negative and derogatory documentation pertaining to me and/or my husband from any and all internal and external district, building, personnel and personal files public or private.

- Restore my computer media center to the classroom that it was in

$4,800 2017 summer programs

$4,800 2018 summer programs

Approximately $12,000 for Empire State Grant for"2017 -2018 school year.

Approximately $12,000 for Empire State Grant for 2018 -2019 school year.

Approximately $44,800 for not being approved for the Empire State Grant 2017 -2018 for The Mighty Young Techs™

Approximately $44,800 for not being approved for the Empire State Grant 2018 -2019 for The Mighty Young Techs™

Approximately $44,800 for not being approved for the Empire State Grant 2019 -2020 for The Mighty Young Techs™

$427.20 deducted from my paycheck

$250,000 - Slander & Libel

$500,000 - Mental Anguish

$1350 – salary for substituting for a teacher for 9 days