Carol Melton
PO Box 1014
Poughkeepsie, NY 12602

Hon. Vincent Briccetti
United States District Court Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Carol Melton v. Poughkeepsie City School District; 19 CV 9755 (VB) Unnecessary delays, harassment, and retaliation

Dear Hon. Vincent Briccetti:

Mr. Rushfield and the Poughkeepsie City School District are delaying producing my document request for a reason that is not valid and at the same time trying to get me fired as well as illegally bullying me into signing a document that is dubious. They are trying to have me sign an illegal request to a psychological evaluation without any justification. I need you to compel Mr. Rushfield and the defendant to supply me with the requested documents immediately, because their time to give these documents are past due. Now they want it delayed until the third week of February (yet at the same time they are trying to force me to sign an illegitimate form by January 27, 2021) with an excuse by Mr. Rushfield which is questionable at best. Normally, the requested extension would not be a problem, but the Poughkeepsie City School District is moving forward with its plans to terminate me based on its false claims, and the District's delay hurts my ability to prepare and present my case. Mr. Rushfield and the Poughkeepsie City school district delays are an attempt to give them more time to be able to do their other spurious charges and illegally try to force me to sign this form that they have no justification for. The Poughkeepsie City School District continues to do as they please without fear of repercussions. I need the court to intervene and compel them to produce my document requests and have them Cease and Desist their constant harassment, intimidation, and retaliation against me. Thank you for your time in this matter.

Sincerely,

*Carol Melton*

Carol Melton