UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL MELTON, | Case No. 7:19-cv-09755-VB |
| Plaintiff, | NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL |
| —against— | |
| POUGHKEEPSIE CITY SCHOOL DISTRICT, | |
| Defendant. | |

To the Clerk of this Court and all parties of record:

Please enter my appearance as *pro bono* counsel in this case on behalf of Plaintiff CAROL MELTON for the limited purpose of taking and defending depositions in the above-captioned matter. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Dated: New York, New York
      March 23, 2021

Respectfully submitted,

*/s/ Derrick J. Carman*
Derrick J. Carman
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Fax: (212) 980-7499
Email: dcarman@robinskaplan.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 23, 2021, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system on all counsel registered to receive electronic notices.

*/s/ Derrick J. Carman*