UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL MELTON, | Case No. 7:19-cv-09755-VB |
| Plaintiff, | |
| —against— | NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL |
| POUGHKEEPSIE CITY SCHOOL DISTRICT, | |
| Defendant. | |

To the Clerk of this Court and all parties of record:

Please enter my appearance as *pro bono* counsel in this case on behalf of Plaintiff CAROL MELTON for the limited purpose of taking and defending depositions in the above-captioned matter. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Dated: New York, New York
       March 23, 2021

Respectfully submitted,

*/s/ William V. Reiss*
William V. Reiss
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone:  (212) 980-7400
Fax:  (212) 980-7499
Email: wreiss@robinskaplan.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system on all counsel registered to receive electronic notices.

*/s/ William V. Reiss*