UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROL MELTON,

                        Plaintiff,                     AFFIDAVIT OF SERVICE

-against-

POUGHKEEPSIE CITY SCHOOL DISTRICT,      Civil Action No. 19-CV-09755 (VJB)

                      Defendant.

---

STATE OF NEW YORK  )
                              ) SS:
COUNTY OF DUTCHESS  )

      **JENNIFER McLEROY**, being sworn says: I am not a party to the action, am over 18 years of age and reside at Poughkeepsie, New York:

      On May 26, 2021, I served one (1) true copy of the May 26, 2021 letter of Mark C. Rushfield, Esq. to Hon. Vincent Briccetti, concerning the above-referenced case, on behalf of the Defendant, together with the Notice of Electronic Filing, by electronic mail to the electronic mail address(es) indicated below, the email address(es) having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known email address(es) of addressee(s):

                Carol Melton
                *Shaolin1princess@hotmail.com*

                Derrick J. Carman, Esq.
                Robins Kaplan LLP
                dcarman@robinskaplan.com

                                          _____
                                          JENNIFER McLEROY

Sworn to before me this
26th day of May, 2021

_____
NOTARY PUBLIC

MARGO L. MAY
Notary Public, State of New York
Reg. # 02MA4780278
Qualified in Dutchess County
Commission Expires August 17, 2023