UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROL MELTON,

                Plaintiff,                           **AFFIDAVIT OF SERVICE**

-against-

POUGHKEEPSIE CITY SCHOOL DISTRICT,     Civil Action No. 19-CV-09755 (VJB)

                Defendant.

---

STATE OF NEW YORK   )
                            ) SS:
COUNTY OF DUTCHESS  )

     **JENNIFER McLEROY**, being sworn says: I am not a party to the action, am over 18 years of age and reside at Poughkeepsie, New York:

     On May 27, 2021, I served one (1) true copy of the May 27, 2021 Order of Hon. Vincent Briccetti granting letter motion for extension of time to complete discovery, concerning the above-referenced case, on behalf of the Defendant, by electronic mail to the electronic mail address(es) indicated below, the email address(es) having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known email address(es) of addressee(s):

        Carol Melton
        *Shaolin1princess@hotmail.com*

        Derrick J. Carman, Esq.
        Robins Kaplan LLP
        dcarman@robinskaplan.com

                                        _____
                                        JENNIFER McLEROY

Sworn to before me this
27th day of May, 2021

_____
NOTARY PUBLIC

LINDA M. KAPLAN
Notary Public, State of New York
Reg. #01KA4922270
Qualified in Dutchess County
Commission Expires April 18, 2022