UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CAROL MELTON,
             Plaintiff,

v.

POUGHKEEPSIE CITY SCHOOL DISTRICT,
             Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 9755 (VB)

As discussed at an on-the-record conference held today, attended by plaintiff and counsel for defendant, it is HEREBY ORDERED:

1. Defendant's motion for summary judgment is due October 25, 2021.

2. Plaintiff's opposition to defendants' motion is due January 3, 2022.

3. Defendant's reply is due January 18, 2022.

4. The parties are directed to discuss settlement in good faith. By September 23, 2021, defense counsel shall file a letter on behalf of both parties advising the Court of the status of settlement, including whether the Court can assist in that regard, such as by referring the case to the magistrate judge or a mediator for a settlement conference.

Dated: August 23, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge