## SHAW, PERELSON, MAY & LAMBERT, LLP
### ATTORNEYS AT LAW
### 21 VAN WAGNER ROAD
### POUGHKEEPSIE, NEW YORK 12603
### (845) 486-4200
### FAX (845) 486-4268

### WESTCHESTER OFFICE
### 115 E. STEVENS AVENUE
### VALHALLA, NEW YORK 10595
### (914) 741-9870
### FAX (914) 741-9875

STEPHEN A. PERELSON (1941-2002)
DAVID S. SHAW
MARGO L. MAY
MICHAEL K. LAMBERT
MARC E. SHARFF
BETH L. HARRIS
STEVEN M. LATINO
JULIE M. SHAW
———
GARRETT L. SILVEIRA
———
MARK C. RUSHFIELD *
OF COUNSEL

JOHN E. OSBORN, P.C.
OF COUNSEL
———
SILVERMAN & ASSOCIATES
OF COUNSEL:
LEWIS R. SILVERMAN
CAROLINE B. LINEEN
GERALD S. SMITH
KAREN C. RUDNICKI
VALENTINA LUMAJ
DEANNA L. COLLINS

*  also admitted in New Jersey

September 23, 2021

*Via ECF*
Hon. Vincent Briccetti, United States District Court Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **Melton v. Poughkeepsie CSD, Index No. 19 CV 09755 (VB)(LMS); Letter concerning
        settlement**

Dear Judge Briccetti:

By Order of the Court rendered on August 23, 2021,  I was to file a letter by today on
behalf of both parties, advising the Court of the status of settlement, including whether the Court
could assist in that regard. Since that time, on September 17, 2021, attorney Susan Toes Keane,
Esq, of NYLAG  filed a notice of appearance for representing the Plaintiff for purposes of
settlement. Ms. Keane and I consulted with each other on September 20, 2021 to discuss the
parties' positions and the parties understand that this matter must proceed to summary judgment,
for which the Court has already provided the parties with a schedule.

Very truly yours,

**SHAW, PERELSON, MAY & LAMBERT, LLP**

BY: _____/S/_____
      **MARK C. RUSHFIELD, ESQ.**

MCR/hs
cc: Susan Toes Keane, Esq, via email