UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL MELTON, | Case No. 7:19-cv-09755-VB |
| Plaintiff, | NOTICE OF COMPLETION OF LIMITED SCOPE REPRESENTATION |
| —against— | |
| POUGHKEEPSIE CITY SCHOOL DISTRICT, | |
| Defendant. | |

To the Clerk of this Court and all parties of record:

Please take notice that the undersigned, Derrick J. Carman, appeared as *pro bono* counsel on behalf of Plaintiff, CAROL MELTON, for the limited purpose of taking and defending depositions in the above-captioned matter, and that said appearance is now concluded.

Dated: New York, New York  
       October 5, 2021

Respectfully submitted,

*/s/ Derrick J. Carman*  
Derrick J. Carman  
Robins Kaplan LLP  
399 Park Avenue, Suite 3600  
New York, NY 10022  
Telephone: (212) 980-7400  
Fax: (212) 980-7499  
Email: dcarman@robinskaplan.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2021, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system on all counsel registered to receive electronic notices.

                                                          */s/ Derrick J. Carman*