UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL MELTON, | Case No. 7:19-cv-09755-VB |
| Plaintiff, | NOTICE OF COMPLETION OF LIMITED SCOPE REPRESENTATION |
| —against— | |
| POUGHKEEPSIE CITY SCHOOL DISTRICT, | |
| Defendant. | |

To the Clerk of this Court and all parties of record:

Please take notice that the undersigned, William V. Reiss, appeared as *pro bono* counsel on behalf of Plaintiff, CAROL MELTON, for the limited purpose of taking and defending depositions in the above-captioned matter, and that said appearance is now concluded.

Dated: New York, New York
October 5, 2021

Respectfully submitted,

*/s/ William V. Reiss*
William V. Reiss
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Fax: (212) 980-7499
Email: wreiss@robinskaplan.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2021, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system on all counsel registered to receive electronic notices.

*/s/ William V. Reiss*