UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROL MELTON,

                       Plaintiff,                    NOTICE OF MOTION
                                                                               FOR SUMMARY
          -against-                                 JUDGMENT

POUGHKEEPSIE CITY SCHOOL DISTRICT,     Civil Action No. 19-CV-09755
                                                                          (VB)
                       Defendant.

---

TO:    Via Email and Regular Mail
         Carol Melton.
         P.O. Box 1014
         Poughkeepsie, NY  12602

      PLEASE TAKE NOTICE that, upon the Defendant's Rule 56.1 Statement in Support of Motion for Summary Judgment, the Notice to Pro Se Litigant, etc., the affidavits of Yvonne Palmer, Dr. Timothy Wade, Dr. Ronel Cook and Nadine Elting-Dargan and the Declaration of Dr. David Scott, and the exhibits submitted with those affidavits, the Affirmation of Mark C. Rushfield, Esq., and the exhibits submitted therewith, the Affirmation of Kate I. Reid, Esq., and the exhibits submitted therewith, and the Memorandum of Law in Support, defendant Poughkeepsie City School District will move before the Hon. Vincent Bricetti, U.S.D.J., at the U.S. Courthouse, White Plains, New York on a date and at a time to be set by the Court, for an Order and Judgment granting said defendant a summary judgment under Fed. R. Civ. P. 56, dismissing the amended Complaint in all respects and granting said defendant such other and further relief as the Court may deem just and proper

Dated: November 8, 2021

                        SHAW, PERELSON, MAY & LAMBERT, LLP
                        Attorneys for Defendant

By: _____/S_____
  Mark C. Rushfield, Esq. (MCR 0231)
  Of Counsel to the Firm
  21 Van Wagner Road
  Poughkeepsie, N.Y. 12603
  845/486-4200
  *mrushfield@shawperelson.com*