**Exhibit I**

# POUGHKEEPSIE CITY SCHOOL DISTRICT
11 College Avenue, Poughkeepsie, New York 12603 | Telephone 845-451-4900 | Fax 845-451-4955

| Ralph S. Coates | Raymond K. Duncan | Jacqueline B. Roman | Gregory S. Charter | Felicia A. Watson | Nicole L. Williams, Ed.D. |
|---|---|---|---|---|---|
| Board President | Board Vice President | Board Member | Board Member | Board Member | Superintendent of Schools |

### MEMORANDUM

**TO:**      **Ms. Leslie Callis**
**President of the Paraprofessionals, Local 3209**

**FROM:**    **Dr. Ronel Cook**
**Deputy Superintendent for Operations**

**DATE:**    **November 20, 2015**

**SUBJECT:** **Stage II Response to Grievance Violation of Article IX Seniority**

I am in receipt of a Stage II grievance filed on or about November 2, 2015. In accordance with the provisions of the contract between the District and the PPSPA (Teaching Assistants) at Article VII-"Settlement of Disputes", Step "2" a meeting was held on November 10, 2015 regarding the grievance. A grievance must be filed within 30 days of the alleged occurrence. This grievance was not filed at Stage I until October 14, 2015 more than 30 days following the September 13, 2015 transfer and for this reason, this portion of the grievance is denied as untimely.

In addition, the contract provides at Article IX "Seniority and Reductions in Force" that "The employer shall have the authority to make involuntary transfers when deemed necessary by the District for programmatic reasons". The transfers in question were made for programmatic reasons. Specifically, the September 1, 2015 transfer was made to support the student management needs at the Peace Program at the Circle of Courage School. Ms. Melton was transferred from the Circle of Courage School to the Morse Elementary School on September 13, 2015 to meet the legally mandated requirements of a special education classroom.

c: Dr. Nicole L. Williams, Superintendent of Schools

**Exhibit J**



**Exhibit K**

1/13/2017

Poughkeepsie City School District Mail - CAROL MELTON

Dr. Ronel Cook <rcook@poughkeepsieschools.org>



# CAROL MELTON
1 message

**Sheryl Small** <ssmall@poughkeepsieschools.org>
To: "Dr. Ronel Cook" <rcook@poughkeepsieschools.org>

Tue, Jun 21, 2016 at 8:54 AM

I talked to Ms. Melton this morning to ask her about the union business time, she said she is on a committee and allowed to take time. I informed her of our conversation yesterday and let her know she can not use union business time that it is only for officers and has to be preapproved so she would be docked for those days. She said that you were wrong and that she has always done it and she would be grieving it.

I went through her time back till 11/12 school year and see no record of her using union business days. So if she did take those days she did either did not call it in or not as union business.

I will give Jennifer the dock slip for her 3 1/2 days today.

**Exhibit L**

**Sean Daneshvar**

| | |
|---|---|
| **From:** | Carol Melton <cmelton@poughkeepsieschools.org> |
| **Sent:** | Wednesday, June 22, 2016 12:33 PM |
| **To:** | Dr. Ronel Cook |
| **Cc:** | Lesley Callis; Mark Teig |
| **Subject:** | Re: School Business Days |

Greetings, Dr. Cook

As a longtime steward in PPSPA and member of PPSPA'S Grievance Committee, I have exercised my rights and obligations to all my unit members to conduct Union business as it pertains to any and all violations of our union contract and/or investigations/processing of active or potential grievances. These Union days are not school/district business days and are not referred to as such.

The PPSPA president is not the only individual who can be informed that a steward(s) is conducting Union business and does not have to be aware of when or how steward obligatory responsibilities are conducted. Additionally, it has not been past practice that any union steward in this capacity has to send notice, notify or seek approval from the superintendent, principal, or other district administrator.

On Tue, Jun 21, 2016 at 8:36 PM, Dr. Ronel Cook <rcook@poughkeepsieschools.org> wrote:
Good evening Ms. Melton,
It was recently brought to my attention that you utilized 3 1/2 School Business Days to conduct union business. It was also brought to my attention that you serve as an officer in the Paraprofessional Unit. I need to answer the following questions so that I gain a better understanding of the situation:

1. What is your official title as an officer in the Paraprofessional Unit?
2. Who were the other officers who worked with you during the 3 1/2 days?
3. What type of work was performed?
4. Was Ms. Leslie Callis, President of Paraprofessional Unit, aware of the work and the planned School Business days?
3. Did you receive authorization from Ms. Dargan, Morse Principal, myself or Dr. Williams approving the 3 1/2 days?

In closing, your response to these questions will help me better understand the situation and the next steps, if any.

Regards,
Dr. Cook
--
Dr. Ronel Cook
Deputy Superintendent for Operations
Poughkeepsie City School District
11 College Avenue
Poughkeepsie, NY 12603

191

**Exhibit M**

POUGHKEEPSIE CITY
SCHOOL DISTRICT

JUN 3 0 2016



AFSCME LOCAL ____ 3209 ____
STEP ____ 1 ____



**AFSCME**
American Federation of State, County and Municipal Employees

# OFFICIAL GRIEVANCE FORM

NAME OF EMPLOYEE _____ Carol Melton _____   DEPARTMENT Paraprofessionals

CLASSIFICATION  Paraprofessionals

WORK LOCATION ___ Morse Elementary School ___ IMMEDIATE  SUPERVISOR Dr. Ronel Cook, Deputy Supt. of Operations

TITLE Teaching Assistant

## STATEMENT OF GRIEVANCE:

List applicable violation: The District violated Article VIII. Individual and Association Rights Section 13. Union

Leave & Article VII. Settlement of Disputes Section 4. Processing Grievances during working hours and any other

applicable provisions of the contract when it failed to pay the grievant for conducting union business when she

utilized union time/days.

Adjustment required: The District must pay the grievant for loss of pay while exercising her rights & obligations

to conduct union business.

I authorize the A.F.S.C.M.E. Local ____ 3209 ____ as my representative to act for me in the disposi-
tion of this grievance

Date 06/29/2016 _____ Signature of Employee _Carol Melton_

Signature of Union Representative _Sarah Perman_   Title _Morse Bldg Rep_

Date Presented to Management Representative  _Dr. Ronel Cook_

Signature _____ Title_ 6/30/16 _

Disposition of Grievance: _____

**THIS STATEMENT OF GRIEVANCE IS TO BE MADE OUT IN TRIPLICATE. ALL THREE ARE TO BE
SIGNED BY THE EMPLOYEE AND/OR THE AFSCME REPRESENTATIVE HANDLING THE CASE.**

ORIGINAL  TO Dr. Ronel Cook - Deputy Superintendent of Operations

COPY Leighann Ciferri-President, Local 3209, & Mark Teig-Area Representative, AFSCME Council 66

COPY: LOCAL UNION GRIEVANCE FILE

**NOTE: ONE COPY OF THIS GRIEVANCE AND ITS DISPOSITION TO BE KEPT IN GRIEVANCE
FILE OF LOCAL UNION.**

THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES        F29

**Exhibit N**



**POUGHKEEPSIE CITY SCHOOL DISTRICT**
11 College Avenue, Poughkeepsie, New York 12603 | Telephone 845-451-4900 | Fax 845-451-4955

| Ralph S. Coates | Randall Johnson | Raymond K. Duncan | Gregory S. Charter | Felicia A. Watson | Nicole L. Williams, Ed.D. |
| Board President | Board Vice President | Board Member | Board Member | Board Member | Superintendent of Schools |

## MEMORANDUM

**TO:**      Ms. Leigh Ann Cifferri
              President of the Paraprofessionals, Local 3209

**FROM:**   Dr. Ronel Cook
              Deputy Superintendent for Operations

**DATE:**   July 13, 2016

**SUBJECT:**  Stage II Response - Paraprofessionals Grievance alleging
              District violated Article VIII, Sec. (13) "Union Leave" and
              Article VII, Sec. 4, Settlement of Disputes with respect to
              Grievant Carol Melton

On July 5, 2016, a Stage II hearing was held regarding the above-referenced grievance, wherein the union alleged that the District violated Article VIII, Sec. (13) "Union Leave" and Article VII, Sec. 4, Settlement of Disputes when it did not pay the Grievant, Carol Melton for three school business days to file grievances.

The grievance is denied. Article VIII, Sec. (13) provides that each school year, the Association President or designee, all union officers and shop stewards shall be entitled to up to twelve (12) one-half days off, with pay, for the purpose of conducting or participating in PPSPA and union business; provided, however, that only four such half days off may be used by Union Officers other than the President.

In this instance, Ms. Melton did not hold a position in the union and was not authorized to use union business days to file grievances. Accordingly, she was not entitled to the leave days that she sought under Article VIII, Sec (13) and was not entitled to pay under the provision. As Article VII Sec. 4 sets forth the grievance procedure, and the grievance has been filed and the grievance process adhered to, there has been no violation of Article VII, Sec. 4.

The grievance is also time-barred to the extent that it has not be filed in writing at Step II within forty (40) calendar days of the time when the grievant or Union representative knew or should have known of the events giving rise to the grievance.

Accordingly, for all of the reasons set forth herein, the grievance is denied in its entirety.

c: Dr. Nicole L. Williams, Superintendent of Schools

# POUGHKEEPSIE CITY SCHOOL DISTRICT

11 College Avenue, Poughkeepsie, New York 12603 | Telephone 845-451-4900 | Fax 845-451-4955

| Ralph S. Coates | Randall Johnson | Raymond K. Duncan | Gregory S. Charter | Felicia A. Watson | Nicole L. Williams, Ed.D. |
|---|---|---|---|---|---|
| Board President | Board Vice President | Board Member | Board Member | Board Member | Superintendent of Schools |

## MEMORANDUM

**TO:**      Ms. Leigh Ann Cifferri
          President of the Paraprofessionals, Local 3209

**FROM:**    Dr. Ronel Cook
          Deputy Superintendent for Operations

**DATE:**    July 13, 2016

**SUBJECT:** Stage II Response - Paraprofessionals Grievance alleging
          District violated Article VIII, Sec. 2, (a) and (b), Individual &
          Association Rights – Notice of Assignment, Workday,
          Extended Workday & Work Year.  Article IX – Seniority,
          and Past Practice.

On July 5, 2016, a Stage II hearing was held regarding the above-referenced grievance, wherein the union alleged that the District violated Article VIII, Sec. 2., Article IX, Seniority and past practice when it allegedly placed a substitute, non-employee, non-certified and out of title individual to fill an opening that is purportedly designated for a teaching assistant.  The union alleges that under the Paraprofessionals Agreement, "seniority is the most important factor to be considered when assigning extra work" and that extra work must first be offered on a volunteer basis and then upon inverse order of seniority if there are no volunteers.

The grievance is denied.  There has been no violation of Article VIII, Sec. 2 (a) or (b), or Article IX of the parties Collectively Negotiated Agreement.  Neither provision states that extra work assignments during the summer can only be performed by Teaching Assistants or that an extra assignment must first filled by seeking volunteers or in reverse order of seniority when there are no volunteers for the position.  Article VIII, Sec. 2 (a) concerns additional work by the school day during the school year, and Article VIII, (b) deals with occasional work hours beyond the regular work day or on an as needed basis.

**Exhibit O**

**Sean Daneshvar**

| | |
|---|---|
| **From:** | Lesley Callis <lcallis@poughkeepsieschools.org> |
| **Sent:** | Monday, October 24, 2016 11:59 AM |
| **To:** | Leighann Ciferri |

To Whom It May Concern:

Mrs. Carol Melton was not a Bldg Rep.,Shop Steward , or Chair of any committee, when she used 3.5 Union Business Days.

Thank you for your time,


Lesley Callis

Past AFSCME President

000292

**Exhibit P**

## Submission Checklist for Consent Agenda Items

Before the consent agenda item is submitted, ensure that the following is complete by checking the appropriate box:

_X_New Resolution      ___ Amended Resolution #___ and Board meeting date _____

- School(s):  Morse Elementary and Poughkeepsie Middle School

- Program/Initiative Name: Elementary and Middle School Spring Break Academies at Morse and Poughkeepsie Middle School

- Program Dates: March 21, 2016 to March 24, 2016, 8:00AM-3:00PM.

- Effective Date of Appointment of Personnel:  February 24, 2016

- Rationale for Program/Initiative: To provide extended learning opportunities for students entering in the third through eighth grades that will prepare students for NYS ELA and Math assessments, build student knowledge in academic vocabulary, and enhance student learning in reading, writing, speaking, and reasoning.

- Academic Return on Investment aligned to Evidence of Success: Goal 1: Academic Achievement. To establish a culture of learning. Strengthen the instructional core– the core includes three interdependent components: teachers' knowledge and skill; students' engagement in their own learning; and academically challenging content.

- Number of Students Served:  400 Students

- Days /Time of Operation of Initiative/Program: 8:00AM – 3:00PM

- Evaluation of Effectiveness of Initiative/Program (How will the program be evaluated? Has the program been evaluated in the past?): Program will be evaluated based on pre and post assessment data from Imagine Learning; FILWs conducted throughout the program; staff evaluations from administrator of program; review of lesson plans from administrator of program and designated central office staff.

- Background / Supporting Documentation Attached:

- Funding Source: PMS SIG and SIG 6

- Person Submitting the Item:  Mrs. Tracy Farrell

| Name | Position | Hours (Not to exceed) | Amount |
|------|----------|------------------------|--------|
| Sharon Bridges | Elementary Teaching Assistant for Spring Break Academy | 24 | $878.00 |
| Carol Melton | PMS Teaching Assistant for Spring Break Academy | 24 | $878.00 |
| TOTAL | | | $1,756.00 |

**Exhibit Q**

**Sean Daneshvar**

| | |
|---|---|
| **From:** | Elena Rosado <erosado@poughkeepsieschools.org> |
| **Sent:** | Friday, May 06, 2016 8:13 AM |
| **To:** | Kim Parks |
| **Subject:** | Re: Employees on Grants |

These people have covered as subs.  They are booked to the right code.  I will add them to the list.

On Thu, May 5, 2016 at 5:00 PM, Kim Parks <kparks@poughkeepsieschools.org> wrote:
Hi Elena,
The following people are listed as getting paid in March and they are not on the grant list.
Can you please let me know where they should be booked?

F28 - Marva Clark
F28 - Michael McEduff
F57 - Andrea Kutchma-French
F57 - Jennifer McQeen
F62 - Ashley Bass - OT
F88 - Julliet Coxum - OT
F88 - Nicole Penn - OT
F62 - Josie Pagan
F88 - Carol Melton

These would have been OT based on time cards
Thank you.
Kim

--
Kim Parks
Treasurer
Poughkeepsie City School District
845-451-4968
kparks@poughkeepsieschools.org

--
--
Elena Rosado-Kozlowski
Secretary to the Assistant Superintendent
Curriculum, Instruction, and Grants Management
Poughkeepsie City School District
11 College Avenue
Poughkeepsie, New York 12603

3

**Exhibit R**

#14-15-168

# PLEASE POST

## Poughkeepsie City School District
11 College Avenue
Poughkeepsie, NY  12603

Position:           **ELEMENTARY ASSISTANT PRINCIPAL (2)**

Reports To:         **Building Principal**

Qualifications:
- Appropriate New York State SAS, SBL, SDA, or SDL certification
- Experience as a teacher

General Performance Responsibilities:
- Assists the principal in the overall administration of the school
- Serves as principal in the absence of the regular principal
- Assists in maintaining discipline throughout the student body
- Assists in the implementation of the instructional program
- Responsible for one or more  curricular areas
- Supervises and evaluates teachers, departments, or other personnel as assigned by the principal
- Proposes, prepares, and/or supervises the master schedule
- Supervises co-curricular activities
- Assists with compiling annual budget requests
- Conducts inventories, maintains records, and requisitions supplies, textbooks, and equipment
- Assists in safety inspections and safety drill practice activities
- Supervises the reporting and monitoring of student attendance
- Serves with parent, faculty, and student groups as requested to advance educational and related activities and objectives
- Performs such record-keeping functions as the principal may direct
- Performs such other tasks and assumes such other responsibilities as the principal may assign
- Assist the principal in evaluation of staff
- Perform professional development workshops

#14-15-168

Effective Date:                    July 1, 2015

Salary:                            To Commensurate With Experience

Application Deadline:              June 2, 2015

Send Letter of Interest to:        DR. RONEL COOK
RESUME, ALL COLLEGE              HUMAN RESOURCES
TRANSCRIPTS, COPY OF            Poughkeepsie City School District
CERTIFICATIONS, AND 3          11 College Avenue
LETTERS OF REFERENCE TO:        Poughkeepsie, NY 12603 

Internal applicants may apply with only a letter of interest including permission for the screening committee coordinator to review their personnel files. They are also welcome to submit any additional documentation to support their candidacy.

The Poughkeepsie City School District is an Equal Opportunity Employer and does not discriminate on the basis of sex, race, religion, national origin, disability, age, or marital status; nor does it apply any other arbitrary measure which would tend to deprive persons of their constitutional rights.

2

#14-15-52

# PLEASE POST

## POUGHKEEPSIE CITY SCHOOL DISTRICT
11 College Avenue
Poughkeepsie, NY 12603

**POSITION:**       ASSISTANT PRINCIPAL - SECONDARY

**QUALIFICATIONS:**
- New York State Administrative Certification
- Previous Administrative experience preferred
- Demonstrated exceptional knowledge of school operations:
- Interfacing with parents
- Evaluating staff
- Providing input on the construction of the master schedule
- Disciplining students in a fair and consistent manner
- Directing instructional programs
- Collaborating with teachers and support staff
- Assisting students to improve their academic performance
- Working with diverse populations

**EFFECTIVE DATE:**    October 23, 2014

**SALARY:**    In accordance with background and experience

**APPLICATION DEADLINE:**    September 30, 2014

**SEND LETTER OF INTEREST, RESUME, ALL COLLEGE, TRANSCRIPTS, AND 3 LETTERS OF REFERENCE TO:**

DR. RONEL COOK, JR.
Assistant Superintendent for Human Resources
Jane Bolin Administration Building
11 College Avenue
Poughkeepsie, NY 12603

---

Internal applicants may apply with only a letter of interest including permission for the screening committee coordinator to review their personnel files. They are also welcome to submit any additional documentation to support their candidacy.

The Poughkeepsie City School District is an Equal Opportunity Employer and does not discriminate on the basis of sex, race, religion, national origin, disability, age, or marital status; nor does it apply any other arbitrary measure which would tend to deprive persons of their constitutional rights.

#14-15-199

## PLEASE POST

Internal

### Poughkeepsie City School District

11 College Avenue
Poughkeepsie, NY 12603

**Position:**   DEAN OF STUDENTS FOR POUGHKEEPSIE MIDDLE SCHOOL

### Education / Skills / Requirements:

- Master's Degree
- NYS Administrative Certificate SDL/SBL or Eligibility for a Transitional Certificate

### Experience, Knowledge & Skills:

- Models how to build strong, mutually respectful relationships with students and families and supports teachers to do the same.
- Ability to monitor student performance, attendance, academics, and to decrease the suspension rate at our Secondary Schools.
- Creates and maintain a positive learning environment and a culture of high expectations.
- Promotes good attendance rates and ensures school safety and the prevention of campus violence.
- Supports the teaching staff by developing classroom management programs.
- Identifying students with attendance issues or disciplinary problems and addresses those issues with parents to create a positive outcome.
- Ability to ensure school safety, supports learning and expects staff and students to perform at high levels.
- Provides support to families and students to build a strong school culture and climate.
- Supports our Secondary Schools with monitoring and reporting attendance data.
- Conducts home visits
- Supports the building principal with disciplinary issues.

**Effective Date:**    July 1, 2015

**Salary:**    To Commensurate With Experience

**Application Deadline:**    Until Position is Filled

**Send Letter of Interest to:**   **DR. RONEL COOK**

RESUME, ALL COLLEGE    Assistant Superintendent for Human Resources
TRANSCRIPTS, COPY OF    Poughkeepsie City School District
CERTIFICATIONS, AND 3    11 College Avenue
LETTERS OF REFERENCE TO:    Poughkeepsie, NY 12603

---

Internal applicants may apply with only a letter of interest including permission for the screening committee coordinator to review their personnel files. They are also welcome to submit any additional documentation to support their candidacy. The Poughkeepsie City School District is an Equal Opportunity Employer and does not discriminate on the basis of sex, race, religion, national origin, disability, age, or marital status; nor does it apply any other arbitrary measure which would tend to deprive persons of their constitutional rights.

REPOST #15-16-84

## PLEASE POST

### POUGHKEEPSIE CITY SCHOOL DISTRICT

11 College Avenue
Poughkeepsie, NY 12603

**POSITION:**   ELEMENTARY INSTRUCTIONAL LEADER/
ASSISTANT PRINCIPAL

**QUALIFICATIONS:**
- Minimally a Master's Degree from an accredited college or university
- Appropriate New York State SAS, SBL, SDA, or SDL certification
- Experience as a teacher specific to Elementary ELA and/or Math

REFER to PCSD web site for Additional Information.

**EFFECTIVE DATE:**   January 21, 2016

**SALARY:**   In accordance with background and experience

**APPLICATION
DEADLINE:**   December 16, 2015

**SEND LETTER OF
INTEREST, RESUME,
ALL COLLEGE,
TRANSCRIPTS,
AND 3 LETTERS OF
REFERENCE TO:**

MS. TRACY FARRELL
Asst. Superintendent Curriculum/Instruction/Grants/Prof. Dev.
Jane Bolin Administration Building
11 College Avenue
Poughkeepsie, NY 12603 

---

Internal applicants may apply with only a letter of interest including permission for the screening committee coordinator to review their personnel files. They are also welcome to submit any additional documentation to support their candidacy.

The Poughkeepsie City School District is an Equal Opportunity Employer and does not discriminate on the basis of sex, race, religion, national origin, disability, age, or marital status; nor does it apply any other arbitrary measure which would tend to deprive persons of their constitutional rights.

#14-15-151

## PLEASE POST

### POUGHKEEPSIE CITY SCHOOL DISTRICT
11 College Avenue
Poughkeepsie, NY  12603

**POSITION:**  TWO (2) ASSISTANT PRINCIPALS-SECONDARY
(Anticipated Vacancies)

**QUALIFICATIONS:**
- New York State Administrative Certification
- Previous Administrative experience preferred
- Demonstrated exceptional knowledge of school operations:
- Interfacing with parents
- Evaluating staff
- Providing input on the construction of the master schedule
- Disciplining students in a fair and consistent manner
- Directing instructional programs
- Collaborating with teachers and support staff
- Assisting students to improve their academic performance
- Working with diverse populations

**EFFECTIVE DATE:**  July 1, 2015

**SALARY:**  In accordance with background and experience

**APPLICATION
DEADLINE:**  April 6, 2015

**SEND LETTER OF
INTEREST, RESUME,
ALL COLLEGE,
TRANSCRIPTS,
AND 3 LETTERS OF
REFERENCE TO:**

DR. RONEL COOK, JR.
Assistant Superintendent for Human Resources
Jane Bolin Administration Building
11 College Avenue
Poughkeepsie, NY  12603

Internal applicants may apply with only a letter of interest including permission for the screening committee coordinator to review their personnel files.  They are also welcome to submit any additional documentation to support their candidacy.

The Poughkeepsie City School District is an Equal Opportunity Employer and does not discriminate on the basis of sex, race, religion, national origin, disability, age, or marital status; nor does it apply any other arbitrary measure which would tend to deprive persons of their constitutional rights.

#15-16-122

## PLEASE POST

## Poughkeepsie City School District

11 College Avenue
Poughkeepsie, NY 12603

**Position:**   DIRECTOR OF FAMILY AND COMMUNITY ENGAGEMENT

### Qualifications:
- Master's degree in Education, Social Work, Administration or a closely related field.
- A Bachelor's degree from an accredited college and two years of experience in a school district or community organization that involved contact with parents and students or two years of leadership in a parent teacher organization; which included working with families and parents on community and/or education-related issues.
- An equivalent combination of training and experience within the confines of (1) and (2) above.
- Transitional D or New York State School District Leader Certification

### TYPICAL WORK ACTIVITIES:
The following is indicative of the level and types of activities performed by positions in this title. It is not meant to be all inclusive and does not preclude a supervisor from assigning activities not listed which could reasonably be expected to be performed by an employee in this title:

- Provides support to families during the school enrollment process.
- Assists parent leaders in their efforts to develop family-friendly schools.
- Organizes family and parent leadership support committees
- Collaborates with families, teachers, parent organizations community-based partners, and business leaders to develop programs and activities designed to engage families in improving student achievement.
- Develops a District Family Involvement Program with input and approval from parent leadership to satisfy the school parent involvement policies under Title I and No Child Left Behind Legislation.
- Coordinates training, meeting logistics and communication needs with school district administration.
- Serves as a problem-solver and facilitator for family and parent leadership concerns that are elevated to the district office, including concerns regarding school leadership teams, the PTA, and other policies.

#15-16-122

- May visit individual schools on a regular basis to provide support and guidance to parent leaders.
- Works with the district's parent leaders to support parent associations and parent-teacher associations, as well as Title I committees.
- Develops and maintains an up-to-date database of all parent leadership contact information.
- Utilizes software to track and assess family and parent leadership complaints.
- Analyzes trends and devises pro-active strategies to address recurring complaints.
- Prepares and distributes report to district parent leadership on family engagement goals and accomplishments.
- Assists the Superintendent of Schools with the PTA-Superintendent meetings.
- Improves PMS student participation in SES (Supplemental Educational Services) programs by meeting with parents.
- Provides translation for Spanish-speaking parents in order to make them partners in the education process.

**Effective Date:**          February 11, 2016

**Salary:**          To Commensurate With Experience

**Application Deadline:**          January 29, 2016

**Send Letter of Interest to:** DR. RONEL COOK, JR.
RESUME, ALL COLLEGE          **Deputy Superintendent for Operations**
TRANSCRIPTS, COPY OF          Poughkeepsie City School District
CERTIFICATIONS, AND 3          11 College Avenue
LETTERS OF REFERENCE TO:     Poughkeepsie, NY 12603

Internal applicants may apply with only a letter of interest including permission for the screening committee coordinator to review their personnel files. They are also welcome to submit any additional documentation to support their candidacy.

The Poughkeepsie City School District is an Equal Opportunity Employer and does not discriminate on the basis of sex, race, religion, national origin, disability, age, or marital status; nor does it apply any other arbitrary measure which would tend to deprive persons of their constitutional rights.

2

**Exhibit S**



**Office of Teaching Initiatives**

## Certification

### Transitional D Certificate – School District Leader

This type of certificate is **currently available for applicants** and is within the **School Administration and Supervision** area of interest.

| Transitional D Certificate – School District Leader | |
|---|---|
| **Description** | A certificate of this type is issued to permit the employment of an individual as a school district leader in a New York State public school; the individual must be enrolled in a New York State Transitional D program. Issued in the "School District Leader" title only. |
| **Validity** | Valid for up to five years while the individual is matriculated in a Transitional D program. When the student completes or leaves the program, the certificate is no longer valid. |
| **Leads to** | Professional Certificate |
| **Application Fee** | $50 |
| **Paper Certificate Printed?** | No, verify this certification in the TEACH System. |

**Exhibit T**

1/19/2017         Poughkeepsie City School District Mail - Re: Letter of Intent Director for Family and Community Engagement



Dr. Ronel Cook <rcook@poughkeepsieschools.org>

# Re: Letter of Intent Director for Family and Community Engagement

1 message

**Carol Melton** <cmelton@poughkeepsieschools.org>
To: "Dr. Ronel Cook" <rcook@poughkeepsieschools.org>

Fri, Feb 5, 2016 at 7:27 AM

Greetings, Dr. Cook.

I just read your email message. I went to the hospital when I last corresponded with you and I am not able to access my email account at work.

As far as I know, a position must first be offered to the individual/applicant first before entering into a Traditional D program as evidence that the individual has indeed been offered a position. It should be in the form of an offer of employment.

Thank you in advance for your cooperation and continued support.

Kindest Regards,

Carol Melton, M.Ed

On Tue, Feb 2, 2016 at 5:18 PM, Dr. Ronel Cook <rcook@poughkeepsieschools.org> wrote:
> Ms. Melton,
> I tried to leave a message on your cell phone, but the system would not allow me to. Please contact me as soon as possible regarding your letter of interest for
> the Director of Family and Community Engagement position. Yesterday, I requested that you provide me with documentation (either a transcript or acceptance
> letter). SUNY New Paltz and Niagra University are the two New York State accredited universities that offers coursework which leads to a Transitional D
> certification. Please advise.
>
> Dr. Cook.
>
> On Mon, Feb 1, 2016 at 11:13 AM, Dr. Ronel Cook <rcook@poughkeepsieschools.org> wrote:
>> Ms. Melton,
>> Please provide me with official documentation (transcript and acceptance letter) of the accredited college or university which you are attending to acquire
>> administrative certification.
>>
>> Regards,
>> Dr. Cook
>>
>> On Mon, Feb 1, 2016 at 10:56 AM, Carol Melton <cmelton@poughkeepsieschools.org> wrote:
>>> Greetings, Dr. Cook.
>>>
>>> As I have communicated to you on several occasions both verbally and via email that any potential candidate that the district chooses to hire for the
>>> position of Director for Family & Community Engagement, the district must first offer the position to the individual. Thereafter, the individual can receive the
>>> Traditional D certificate.

https://mail.google.com/mail/u/0/?ui=2&ik=3f90d0f81f&view=pt&q=carol%20melton&qs=true&search=query&th=152b1f67d3aa33cb8&siml=152b1f67d3aa33cb8    1/4

Thank you,

Kindest Regards,
Carol Melton, M.Ed

On Mon, Feb 1, 2016 at 9:55 AM, Dr. Ronel Cook <rcook@poughkeepsieschools.org> wrote:

Ms. Melton,

I am in receipt of your letter of interest for Posting Number#15-16-122. Please be advised that the candidate for this position must have a Transitional D or New York State District Leader Certificate. I reviewed your TEACH account. The only certificate listed was a Teaching Assistant Continuing Certificate. If you have a Transitional D or New York State District Leader Certificate, then you need to forward it to my immediate attention. Please do not hesitate to contact me if you have any additional questions. I can be reached via email at rcook@poughkeepsieschools.org .

Regards,
Dr. Cook

On Fri, Jan 29, 2016 at 11:33 PM, Carol Melton <cmelton@poughkeepsieschools.org> wrote:

January 29, 2016

Carol Melton
P.O. Box 1014
Poughkeepsie, NY 12602
845 – 554 – 4304 (cell)

Dr. Ronel Cook Jr.
Deputy Superintendent for Operations
Poughkeepsie City School District
11 College Ave.
Poughkeepsie, NY 12603

Dear Dr. Cook,

I wish to express my interest in the Poughkeepsie City School District's current career opportunity for **Director for Family and Community Engagement**.

As an adult, I have lived in this community for over 30 years. I know, acknowledge and understand the dynamics and culture of smaller urban cities and the issues affecting the families living in this community. Being a resident and an employee in this district for over 16 years has offered me the privilege to interact with the youth, parents, educators, community leaders, political representatives and many worship and community organizations. Many of these parents were some of my students many years ago.

I have served on successful and productive PTA's on the elementary and secondary levels in different capacities. I also was vice president of the Taconic PTA. While assigned at the middle school, I created a bilingual informational newsletter for parents and students. I regularly communicated, interacted and distributed information to Latino families even before it became mainstream. Communication is an essential component in fostering new relationships and maintaining them.

This position is not just about mingling and meeting people, but about motivating others to take positive action to effect change and to strengthen relationships with families for today and the future.

I have worked several years at two well-established non-profit community organizations in Poughkeepsie. I was responsible for interviewing, hiring, and supervising underrepresented youth for employment. I facilitated many youth workshops on various marketable skills to enhance career opportunities, I have created and organized many school and family events too numerous to list.

For two years as the assistant site coordinator of 21st Century Community Learning Centers at Clinton school, I had successfully coordinated many initiatives and sought ways to improve deficient areas efficiently. I have always strived for excellence. My experience working with and relating to individuals of different generations and circumstances has created a more receptive environment and allowed access to develop stronger connections.

As many school districts are embracing the notion of a community school, it becomes more and more apparent that actually creating one may be a more daunting task for a reticent individual. I approach seemingly difficult tasks with exuberant tenacity. Many family dynamics have changed or shifted. Community engagement has literally become a two-way street where our schools, families, community and community-based businesses proactively work together. The creation of these collective networks of individuals brainstorming and sharing different levels of expertise and experiences will foster student success. There is a shared responsibility and sense of community. A diversified network or partnership promotes civic well-being and responsibility and strengthens the capacity of our schools, families, and communities that support our student's complete development.

I have a Master's in Education and complementary undergraduate degrees. I speak on average conversational Spanish including reading and writing. Hence, I believe I am the best candidate for the **Director for Family and Community Engagement** position, who has the most extensive amount of perception, knowledge and experience to assist our schools, families, communities, and especially our scholars in achieving academic and social developmental success. I am confident that as a valuable asset and liaison to a community based team, we can reach and surpass our goals.

I would appreciate the opportunity to discuss my candidacy for the **Director for Family and Community Engagement** position with you. You may reach me at 845-554-4304.

Thank you in advance for your time and consideration of me.

Respectfully Yours,

Carol Melton, M.Ed

Dr. Ronel Cook
Deputy Superintendent for Operations

Poughkeepsie City School District Mail - Re: Letter of Intent Director for Family and Community Engagement

Poughkeepsie City School District
11 College Avenue
Poughkeepsie, NY 12603

Dr. Ronel Cook
Deputy Superintendent for Operations
Poughkeepsie City School District
11 College Avenue
Poughkeepsie, NY 12603

Dr. Ronel Cook
Deputy Superintendent for Operations
Poughkeepsie City School District
11 College Avenue
Poughkeepsie, NY 12603



Dr. Ronel Cook <rcook@poughkeepsieschools.org>

## Re: Letter of Intent Director for Family and Community Engagement
1 message

**Dr. Ronel Cook** <rcook@poughkeepsieschools.org>                      Mon, Feb 1, 2016 at 9:55 AM
To: Carol Melton <cmelton@poughkeepsieschools.org>
Cc: "Dr. Ronel Cook" <rcook@poughkeepsieschools.org>
Bcc: "Dr. Nicole Williams" <nwilliam@poughkeepsieschools.org>, Ralph Coates <ralph.coates2@gmail.com>, Beth Sims <bethsims@shawperelson.com>

Ms. Melton,

I am in receipt of your letter of interest for Posting Number#15-16-122. Please be advised that the candidate for this position must have a Transitional D or New York State District Leader Certificate. I reviewed your TEACH account. The only certificate listed was a Teaching Assistant Continuing Certificate. If you have a Transitional D or New York State District Leader Certificate, then you need to forward it to my immediate attention. Please do not hesitate to contact me if you have any additional questions. I can be reached via email at rcook@poughkeepsieschools.org .

Regards,
Dr. Cook

On Fri, Jan 29, 2016 at 11:33 PM, Carol Melton <cmelton@poughkeepsieschools.org> wrote:

    January 29, 2016

    Carol Melton
    P.O. Box 1014
    Poughkeepsie, NY 12602
    845 – 554 – 4304 (cell)

    Dr. Ronel Cook Jr.
    Deputy Superintendent for Operations
    Poughkeepsie City School District
    11 College Ave.
    Poughkeepsie, NY 12603

    Dear Dr. Cook,

    I wish to express my interest in the Poughkeepsie City School District's current career opportunity for **Director for Family and Community Engagement.**

    As an adult, I have lived in this community for over 30 years. I know, acknowledge and understand the dynamics and culture of smaller urban cities and the issues affecting the families living in this community. Being a resident and an employee in this district for over 16 years has

offered me the privilege to interact with the youth, parents, educators, community leaders, political representatives and many worship and community organizations. Many of these parents were some of my students many years ago.

I have served on successful and productive PTA's on the elementary and secondary levels in different capacities. I also was vice president of the Taconic PTA. While assigned at the middle school, I created a bilingual informational newsletter for parents and students. I regularly communicated, interacted and distributed information to Latino families even before it became mainstream. Communication is an essential component in fostering new relationships and maintaining them.

This position is not just about mingling and meeting people, but about motivating others to take positive action to effect change and to strengthen relationships with families for today and the future.

I have worked several years at two well-established non-profit community organizations in Poughkeepsie. I was responsible for interviewing, hiring, and supervising underrepresented youth for employment. I facilitated many youth workshops on various marketable skills to enhance career opportunities, I have created and organized many school and family events too numerous to list.

For two years as the assistant site coordinator of 21st Century Community Learning Centers at Clinton school, I had successfully coordinated many initiatives and sought ways to improve deficient areas effectively. I have always strived for excellence. My experience working with and relating to individuals of different generations and circumstances has created a more receptive environment and allowed access to develop stronger connections.

As many school districts are embracing the notion of a community school, it becomes more and more apparent that actually creating one may be a more daunting task for a reticent individual. I approach seemingly difficult tasks with exuberant tenacity. Many family dynamics have changed or shifted. Community engagement has literally become a two-way street where our schools, families, community and community-based businesses proactively work together. The creation of these collective networks of individuals brainstorming and sharing different levels of expertise and experiences will foster student success. There is a shared responsibility and sense of community. A diversified network or partnership promotes civic well-being and responsibility and strengthens the capacity of our schools, families, and communities that support our student's complete development.

I have a Master's in Education and complementary undergraduate degrees. I speak on average conversational Spanish including reading and writing. Hence, I believe I am the best candidate for the **Director for Family and Community Engagement** position, who has the most extensive amount of perception, knowledge and experience to assist our schools, families, communities, and especially our scholars in achieving academic and social developmental success. I am confident that as a valuable asset and liaison to a community based team, we can reach and surpass our goals.

I would appreciate the opportunity to discuss my candidacy for the **Director for Family and Community Engagement** position with you. You may reach me at 845-554-4304.

Thank you in advance for your time and consideration of me.

000093

Respectfully Yours,

Carol Melton, M.Ed

Dr. Ronel Cook
Deputy Superintendent for Operations
Poughkeepsie City School District
11 College Avenue
Poughkeepsie, NY 12603

2 attachments

📄 **Job Posting for Director of Family and Community Engagement.pdf**
116K

📄 **Ms. Carol Melton's TEACH Certification Account 02012016.pdf**
73K



Dr. Ronel Cook <rcook@poughkeepsieschools.org>

## Re: Letter of Intent Dean of Students PMS
1 message

**Carol Melton** <cmelton@poughkeepsieschools.org>                    Tue, Jun 30, 2015 at 10:43 AM
To: Dr R Cook <rcook@poughkeepsieschools.org>

Dr. Cook,

I contacted my SBL/SDL advisor and he wrote back stating, *"In order to recommend NU requires that you actually have an offer of employment in a position that requires building level certification. In which case I need verification from your employer or potential employer that an appointment is pending.*

*So you will need to have Dr. Cook, or other person that is authorized, verify an offer."*

Thank you in advance for your cooperation and continued support.

Sincerely,

Carol Melton

On Tue, Jun 30, 2015 at 6:31 AM, Dr R Cook <rcook@poughkeepsieschools.org> wrote:
> Ms. Melton,
> Please forward me a copy for your Internship. Initial and / or Professional School Building Leader or School District Leader certificate to my attention as soon
> as possible.
>
> The administrative positions that you have applied for require certification.
>
> Thanks,
> R.Cook
>
> Sent from my iPhone
>
> > On Jun 29, 2015, at 9:10 PM, Carol Melton <cmelton@poughkeepsieschools.org> wrote:
> >
> > Greetings, Dr. Cook. Please find attached my letter of intent for the position of Dean of Students at the PMS.
> >
> > Thank you for your cooperation.

Poughkeepsie City School District Mail - Re: Letter of Intent Dean of Students PMS

> ,
> Sincerely,
> Carol Melton
> <Carol Melton Letter of Intent Dean of Students June 29 2015.pdf>

https://mail.google.com/mail/ca/u/0/?ui=2&ik=3f58dd08198&view=pt&q=carol%20melton&qs=true&search=query&th=14e44ec32a5a588b&siml=14e44ec32a5a588b

**Exhibit U**

Teach System                                                                    Page 1 of

Account Information

## Person Information

| | | | |
|---|---|---|---|
| **Name** | NATASHA A CHERRY | **SSN** |  |
| **Date of Birth** | 08/27/1977 | **Teacher Id** | 2329302 |
| **Gender** | Female | **Address** | |
| | | | POUGHKEEPSIE, NY 12601 |

## Certificates

| Credential | Status | Application Type | Issued / Effective Date | Original Exp. Date | Time Extended Exp. Date | Control Number |
|---|---|---|---|---|---|---|
| School Attendance Teacher, Permanent Certificate | Disapproved | CERTIFICATE | | | | |
| School District Leader, Transitional D Certificate | Issued | CERTIFICATE | 07/17/2014 | 08/31/2019 | | 862354141 |

pplications are valid for three years or two evaluations, whichever comes first.

## Applications

| Credential | Cert Path | Application Type | Status | Application Date | Evaluation History | Application Paid? |
|---|---|---|---|---|---|---|
| | | | No Data Found | | | |

**Exhibit V**

'each System

.ccount Information

## Person Information

| Name | CAROL MELTON | SSN | ***-**-9957 |
|---|---|---|---|
| Date of Birth | 11/04/1964 | Teacher Id | 1686096 |
| Gender | Female | Address | P.O. BOX 1014 |
| | | | POUGHKEEPSIE, NY 12602 |

## Certificates

| Credential | Status | Application Type | Issued / Effective Date | Original Exp. Date | Time Extended Exp. Date | Control Number |
|---|---|---|---|---|---|---|
| Technology Education, Initial Certificate | Disapproved | CERTIFICATE | | | | |
| Teaching Assistant, Continuing Certificate | Issued | CERTIFICATE | 09/01/2000 | | | 28511001 |
| Teaching Assistant, Temporary TA License | Expired | CERTIFICATE | 09/01/1999 | 08/31/2000 | | 982766001 |

pplications are valid for three years or two evaluations, whichever comes first.

## Applications

| Credential | Cert Path | Application Type | Status | Application Date | Evaluation History | Application Paid? |
|---|---|---|---|---|---|---|
| | | | *No Data Found* | | | |