**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
CAROL MELTON,                              Case No.
                                    7:16-cv-09701

                Plaintiff,

        -against-

POUGHKEEPSIE CITY SCHOOL DISTRICT,

                Defendant.
-----------------------------------x
                    June 28, 2018
                    9:57 a.m.

    DEPOSITION of PLAINTIFF CAROL MELTON, held
pursuant to Order of Hon. Lisa Margaret Smith, at
the offices of Shaw, Perelson, May & Lambert, 21
Van Wagner Road, Poughkeepsie, New York, taken on
behalf of Defendant, before Kathleen T. Keilty, a
Certified Shorthand Reporter and Notary Public
within and for the State of New York.

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

2

```
 1

 2     APPEARANCES:

 3

 4         KRAMER LEVIN NAFTALIS & FRANKEL LLP
           Attorneys for Plaintiff
 5                 1177 Avenue of the Americas
                   New York, New York  10036
 6

 7         BY:     REYHAN WATSON, ESQ.
                   rwatson@kramerlevin.com
 8                 212.716.9311

 9                    -and-

10                 TIMUR TUSIRAY, ESQ.
                   ttusiray@kramerlevin.com
11                 212.715.9364

12

13

14         SHAW, PERELSON, MAY & LAMBERT LLP
           Attorneys for Defendant
15                 21 Van Wagner Road
                   Poughkeepsie, New York
16                 845.486.4200

17         BY:     MARK RUSHFIELD, ESQ.,
                            of Counsel
18                 mrushfield@shawperelson.com

19

20

21

22

23

24

25
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

3

1
2
3
4                    STIPULATIONS
5
6          IT IS HEREBY STIPULATED AND AGREED by
7    and among counsel for the respective parties
8    hereto, that the filing, sealing and
9    certification of the within deposition shall
10   be and the same are hereby waived;
11
12         IT IS FURTHER STIPULATED AND AGREED that
13   all objections, except as to the form of the
14   question, shall be reserved to the time of the
15   trial.
16
17         IT IS FURTHER STIPULATED AND AGREED that
18   the within deposition may be signed and sworn
19   to before any officer authorized to administer
20   an oath with the same force and effect as if
21   signed and sworn to before the Court.
22
23
24
25

4

1
2    WHEREUPON,                           09:56 AM
3          CAROL MELTON,                  09:58 AM
4    having been first duly sworn/affirmed    09:58 AM
5    by a Notary Public within and for the
6    State of New York (Kathleen T.
7    Keilty), is examined and testifies as
8    follows:
9          THE WITNESS:  I affirm.        09:58 AM
10   EXAMINATION                          09:58 AM
11   BY MR. RUSHFIELD:                    09:58 AM
12   Q.  Ms. Melton, as you know my name is    09:58 AM
13   Mark Rushfield.  I represent the defendant,
14   Poughkeepsie City School District in this action.
15         I'm going to be asking you a host of    09:58 AM
16   questions.  It's your job to listen to the question
17   I ask you and answer the question I ask you.
18         It's not uncommon for a person being    09:58 AM
19   deposed to have things they want to say, that they
20   want to get off their chest.  That's not the
21   function of this proceeding.  The function of this
22   is a question and answer form.  I ask a question,
23   you answer that question.  If you don't understand
24   that question, you must tell me; otherwise the
25   record is going to indicate, if you answer it, that

5

1          Carol Melton
2    you understood the question you were being asked.
3    Do you understand what I just said?
4    A.  Yes, I understand.            09:59 AM
5    Q.  All answers must be verbal.  You    09:59 AM
6    cannot answer with a sound or a body moment.  In
7    common conversation we all do that all the time.
8    We all know what the meaning is of various sounds
9    or body gesture in response to a question.  That
10   doesn't work here.  The court reporter can try to
11   take down sounds, but they have no meaning when we
12   later look at the transcript.  So you must answer
13   each question verbally.
14         Also, you must not interrupt the        09:59 AM
15   question while it's being asked.  It's common for
16   people to know what one's being asked and be able
17   to start answering even before the question is
18   finished.  That doesn't work here either 'cause the
19   court reporter cannot take down the voices of two
20   people at the same time.  So you must wait for me
21   to finish my question and I will hopefully wait for
22   you to finish your answer before I ask the next
23   question.  Do you understand that?
24   A.  Yes, I do.                    09:59 AM
25   Q.  O.K.  Have you ever had your      09:59 AM

6

1          Carol Melton
2    deposition taken before?
3    A.  No.                         09:59 AM
4    Q.  Have you ever testified in a      09:59 AM
5    proceeding before?
6    A.  No.                         10:00 AM
7    Q.  Under the rules that we operate only    10:00 AM
8    counsel who's representing you for this deposition
9    can object to the form of a question I ask.  I can,
10   if I wish, to, insist that you answer the question
11   as I've asked it or I can rephrase the question.
12         If you don't understand the question    10:00 AM
13   I've asked, you should tell me that you need me to
14   rephrase the question or have it read back to you.
15   All those things can be done.
16         You have two counsel present with you.  10:00 AM
17   Only one of them is going to be permitted to object
18   to the form of a question.
19   MR. RUSHFIELD:  I assume that        10:00 AM
20   will be you, sir.
21   MR. WATSON:  Yes.                10:00 AM
22   Q.  If you need to take a break, if you    10:00 AM
23   need to talk to counsel, if counsel needs to talk
24   to you, that's all permitted, but it's permitted
25   under the scenario that you've answered the last

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

7

Carol Melton
1
2   outstanding question. So we can't take a break
3   while there's a question pending. O.K.? Do you
4   understand?
5        A.   Yes.                              10:01 AM
6        Q.   We're going to be taking approximately   10:01 AM
7   a half hour or so break at around close to noon
8   because the court reporter has to participate in a
9   telephone conference then, so we'll take whatever
10   lunch break we might take then. If you need a
11   longer one, that will be fine.
12        Just so you understand, I'm entitled   10:01 AM
13   to take seven hours of testimony. So if we start,
14   let's say now, if there was no break, I could
15   continue, if needed, till 5:00. If we take an hour
16   break, 6. Do you understand?
17        A.   Yes.                             10:01 AM
18        Q.   O.K. So let's begin.             10:01 AM
19        Ms. Melton, when were you first       10:01 AM
20   employed by the Poughkeepsie City School District?
21        A.   I was first employed by the      10:01 AM
22   Poughkeepsie City School District in approximately
23   1999.
24        Q.   And when you were first employed in or   10:01 AM
25   about 1999, what position were you employed in?

8

Carol Melton
1
2        A.   I was employed as a Teaching      10:01 AM
3   Assistant.
4        Q.   Is that the position you hold now with   10:02 AM
5   the Poughkeepsie City School District?
6        A.   That is the position I hold now.   10:02 AM
7        Q.   Have you had held any other positions   10:02 AM
8   with the Poughkeepsie City School District other
9   than Teaching Assistant?
10        A.   No.                              10:02 AM
11        Q.   Prior to the 2015-2016 school year,   10:02 AM
12   had you applied for any promotional positions?
13        A.   I'm sorry. Could you repeat that   10:02 AM
14   again?
15        Q.   Sure. Prior to the 2015-2016, had you   10:02 AM
16   applied for any promotional positions in the
17   Poughkeepsie City School District taking you beyond
18   the position of Teaching Assistant?
19        A.   Yes. I --                        10:02 AM
20        Q.   What positions had you applied to?   10:02 AM
21        A.   Prior to the?                    10:02 AM
22        Q.   2015-2016 school year.           10:02 AM
23        A.   There are numerous positions that I   10:02 AM
24   applied for.
25        Q.   Can you identify any of them?     10:02 AM

9

Carol Melton
1
2        A.   Coordinator of Family and Community   10:02 AM
3   Engagement.
4        Q.   Coordinator of Family and Community   10:02 AM
5   Engagement?
6        A.   And Community Engagement.         10:02 AM
7        Q.   O.K.                             10:02 AM
8        A.   I'm going to tell you the titles as I   10:02 AM
9   remember them.
10        Q.   Let's do them one at a time.      10:03 AM
11        A.   O.K.                            10:03 AM
12        Q.   When did you first apply for that   10:03 AM
13   position?
14        A.   I don't remember the date for that.   10:03 AM
15        Q.   Well, you started in 1999. When did   10:03 AM
16   you start commencing applications for promotion?
17        A.   Probably after 2012.             10:03 AM
18        Q.   All right. So Coordinator of Family   10:03 AM
19   and Community Engagement, you don't recall when you
20   applied for that but it would likely be after 2012,
21   correct?
22        A.   Yes.                            10:03 AM
23        Q.   And were you granted that position?   10:03 AM
24        A.   No, I was not.                   10:03 AM
25        Q.   Did you consider that denial of that   10:03 AM

10

Carol Melton
1
2   position to you in 2012 to be an act of race
3   discrimination?
4        MR. WATSON: Objection.                10:03 AM
5        Q.   You can answer the question.      10:03 AM
6        A.   I can't attest to that. I cannot say   10:03 AM
7   either way why I was not given that position.
8        Q.   Did you ever did make any allegation   10:03 AM
9   that you were denied the position of Coordinator of
10   Family and Community Engagement prior to 2015-2016
11   school year on account of your race?
12        A.   I cannot confirm that it was on   10:04 AM
13   account of my race, but I can say that positions I
14   applied for sequentially did not result in any
15   interviews or acknowledgement that I applied for
16   those positions.
17        Q.   You've never gotten an acknowledgement   10:04 AM
18   that you applied for a promotional position?
19        A.   There were some I did not receive   10:04 AM
20   acknowledgement.
21        Q.   And some you did.                10:04 AM
22        A.   There were some that I did not receive   10:04 AM
23   it.
24        Q.   And some you did; is that not correct?   10:04 AM
25        A.   Yes, I did.                      10:04 AM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

**11**

Carol Melton

1
2       Q.  Going back to the Coordinator of        10:04 AM
3    Community and Family Engagement, did you ever make
4    any claim that you were denied that position on
5    account of your race?
6       A.  I don't remember.        10:05 AM
7       Q.  Who were the persons who would have        10:05 AM
8    been involved in the decision to deny you the
9    position of the Family and Community Engagement
10   Coordinator position prior to 2015-2016 school
11   year?
12          MR. WATSON:  Objection.        10:05 AM
13      Q.  You can answer it.        10:05 AM
14      A.  I don't remember.  There could be        10:05 AM
15   different people that would be involved.
16      Q.  O.K.  Were some of those people who        10:05 AM
17   were involved in that decision of the same race as
18   you?
19      A.  Again, I don't remember.        10:05 AM
20      Q.  O.K.  Have you finished your answer?        10:05 AM
21      A.  Yes.        10:05 AM
22      Q.  Yes.  Is your race -- these days it's        10:05 AM
23   always hard to choose which reference to use.  I've
24   always been comfortable with African-American
25   background.  Are you African-American?

---

**12**

Carol Melton

1
2       A.  Yes.        10:06 AM
3       Q.  Is that an acceptable way for me to        10:06 AM
4    refer to your race for you?
5       A.  That's fine.        10:06 AM
6       Q.  O.K.        10:06 AM
7          MR. RUSHFIELD:  Let me have this        10:06 AM
8    marked as -- oh, sorry.
9       Q.  Apart from the position we just        10:06 AM
10   discussed, prior to the 2015-2016 school year, what
11   other promotional positions did you apply for?
12      A.  Director of Family and Community        10:06 AM
13   Engagement.
14      Q.  Again, this is before the 2015-2016        10:06 AM
15   school year, correct?
16      A.  Yes.        10:06 AM
17      Q.  Some time after 2012.        10:06 AM
18      A.  Director --        10:06 AM
19      Q.  Sometime after 2012?        10:06 AM
20      A.  Yes.        10:06 AM
21      Q.  All right.  Was the Director of        10:06 AM
22   Family --
23      A.  And Community.        10:06 AM
24      Q.  -- and Community Engagement, did you        10:06 AM
25   receive that promotion?

---

**13**

Carol Melton

1
2       A.  No.        10:06 AM
3       Q.  Were you interviewed for it, that        10:06 AM
4    position?
5       A.  No.        10:06 AM
6       Q.  O.K.  Did you receive an        10:06 AM
7    acknowledgement that you had applied for it?
8       A.  I don't remember.        10:06 AM
9       Q.  O.K.  Is it your belief that you were        10:06 AM
10   denied that position because of your race back
11   then?
12      A.  I don't know.        10:07 AM
13      Q.  O.K.  Did you ever make any claim that        10:07 AM
14   you had been denied that position because of your
15   race?  Prior to the 2015-2016 school year I'm
16   talking about.
17      A.  This position, the director?        10:07 AM
18      Q.  Yes.        10:07 AM
19      A.  I did not receive acknowledgements for        10:07 AM
20   many positions --
21      Q.  I didn't ask you that question.        10:07 AM
22      A.  -- that I applied for.        10:07 AM
23      Q.  My question is relatively simple.        10:07 AM
24          MR. WATSON:  Objection.        10:07 AM
25          MR. RUSHFIELD:  Can you read my        10:07 AM

---

**14**

Carol Melton

1
2    question back, please.
3          (Whereupon, the record is read.)        10:07 AM
4       Q.  All right.  It's a yes or no question.        10:07 AM
5    Did you or did you not?
6       A.  I said that I cannot say that with        10:07 AM
7    certainty that it was -- I was denied because of my
8    race.
9       Q.  I didn't ask you that question either.  10:08 AM
10          I asked you if you made a claim that        10:08 AM
11   you were denied that position on account of your
12   race.  You either did or did not.  Which is the
13   answer?
14      A.  O.K.  I misunderstood.        10:08 AM
15      Q.  O.K.  That's why I've asked you now        10:08 AM
16   three times.
17          Did you make such a claim?        10:08 AM
18      A.  I made a claim based on retaliation        10:08 AM
19   and on racism.
20      Q.  And you made that claim prior to the        10:08 AM
21   2015-2016 school year?
22      A.  Prior to?        10:08 AM
23      Q.  Yes.  We are talking about positions        10:08 AM
24   that you applied for sometime after 2012, prior to
25   the 2015-2016 school year.  That is the universe

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

15

```
1              Carol Melton
2    that these questions are appearing under.
3        A.  O.K.                       10:08 AM
4        Q.  Did you make a claim that you were   10:08 AM
5    denied the position of Director of Family and
6    Community Engagement prior to the 2015-2016 school
7    year on account of your race?  Yes or no.
8        A.  So now I'm confused.            10:09 AM
9        Q.  I'll ask it again.          10:09 AM
10       A.  O.K.                        10:09 AM
11           MR. WATSON:  Counselor, it might   10:09 AM
12       be helpful if you refrain from using hand
13       gestures and hitting on your pad.
14           MR. RUSHFIELD:  I have no idea   10:09 AM
15       what hand gestures you're referring to,
16       Counsel.  I've not noticed that the
17       witness has been distracted.  She hadn't
18       said that.
19       Q.  If I distract you by doing something,   10:09 AM
20    please feel free to tell me.  Otherwise, let's just
21    keep it to what we're talking about.
22           MR. WATSON:  I agree.          10:09 AM
23       Q.  I'm going to ask this again.      10:09 AM
24       A.  Mm-hmm.                     10:09 AM
25       Q.  Because you seem to be -- you claim to   10:09 AM
```

16

```
1              Carol Melton
2    be confused.
3        You've testified that you applied for   10:09 AM
4    positions, promotional positions beyond Teaching
5    Assistant, your recollection is after 2012, but you
6    did so before the 2015-2016 school year; is that
7    still your testimony?
8        A.  I --                         10:10 AM
9        Q.  Is that still your testimony?     10:10 AM
10       A.  That is not because I misunderstood   10:10 AM
11    when you said 2015 through 2012, and I said I
12    applied after -- four positions after 2012.
13       Q.  So between 2012 and the 2015-2016   10:10 AM
14    school year, in that interval of approximately
15    three years, did you apply for any promotional
16    positions?
17       A.  You're speaking very quickly.     10:10 AM
18           MR. WATSON:  I agree.          10:10 AM
19       Q.  Before the 2015 --             10:10 AM
20           MR. WATSON:  Counselor, please   10:10 AM
21       do not raise your voice --
22       Q.  Before the 2015 --             10:10 AM
23           MR. WATSON:  -- at Ms. Melton.   10:10 AM
24       Q.  Before the 2015-2016 school year, do   10:10 AM
25    you understand that?
```

17

```
1              Carol Melton
2        A.  Yes.  Before.                  10:10 AM
3        Q.  Before that school year, did you ever   10:10 AM
4    apply for a promotional position in the
5    Poughkeepsie City School District?
6        A.  Yes, I did.                    10:10 AM
7        Q.  O.K.  And is it still your testimony   10:10 AM
8    that you began applying for such promotional
9    positions after 2012?
10       A.  After 2012.                   10:10 AM
11       Q.  O.K.  Before the 2015-2016 school   10:11 AM
12    year, what promotional positions did you apply for?
13       A.  O.K.  So the coordinator and the   10:11 AM
14    director came after 2015.
15       Q.  Tell me the ones that you applied for   10:11 AM
16    before 2015-2016.
17       A.  So, Director of Technology.       10:11 AM
18       Q.  O.K.                        10:11 AM
19       A.  There was Technology Teacher.     10:11 AM
20       Q.  O.K.                        10:11 AM
21       A.  There was a technician position.  I   10:11 AM
22    don't recall the exact title.
23       Q.  O.K.  Any others?              10:11 AM
24       A.  There was another technology position.   10:11 AM
25    I'm not sure of the exact title.
```

18

```
1              Carol Melton
2        Q.  O.K.                        10:12 AM
3        A.  There are -- Coordinator of Elementary   10:12 AM
4    Technology.  I'm not sure if that's the exact
5    title.  It's a lengthy title.
6        Q.  O.K.                        10:12 AM
7        A.  After 2012, Director of Culture and   10:12 AM
8    Climate.  I believe there was one Coordinator of
9    Culture and Climate at two different schools.
10       Q.  So is that two different applications,   10:12 AM
11    or one?
12       A.  It would be two different ones because   10:12 AM
13    it's two titles.
14       Q.  O.K.                        10:13 AM
15       A.  But the exact names of the titles, I   10:13 AM
16    just can't give you the exact names of the titles.
17       Q.  Any others?  You have given me so far   10:13 AM
18    seven or eight, depending on the last one being one
19    or two.  Any other positions that you applied for
20    before the 2015-2016 school year?
21       A.  This is after 2012.            10:13 AM
22       Q.  You've told me they're all after 2012   10:13 AM
23    if I got it correctly.
24       A.  Yes.                         10:13 AM
25       Q.  So before the 2015-2016 school year,   10:13 AM
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

19

```
1              Carol Melton
2  are there any others that you have not told me of?
3  If so, tell me what they are.
4       A.  Well, I can't remember all of them     10:13 AM
5  right now.
6       Q.  Is it fair to say of the eight that    10:13 AM
7  you've given me, the last one involving two
8  different applications, there were more than eight?
9       MR. WATSON:  Objection.              10:13 AM
10      Q.  You can answer the question.         10:13 AM
11      A.  There's probably more than eight.    10:13 AM
12          After 2012?              10:13 AM
13      Q.  Before 2015-2016, yes.          10:13 AM
14      A.  Before 2015.              10:13 AM
15      Q.  2015-2016 school year, correct.     10:14 AM
16      A.  There was some after.          10:14 AM
17      Q.  So you've given me all that you can  10:14 AM
18  remember in terms of positions that you applied for
19  before the 2015-2016 school year.
20      A.  I don't remember the dates, but those  10:14 AM
21  are the -- some of the positions I applied for.
22      Q.  Have you given me all the positions  10:14 AM
23  that you remember applying for prior to the
24  2015-2016 school year?
25      A.  I have given you as much as I remember  10:14 AM
```

---

20

```
1              Carol Melton
2  that I applied for.
3       Q.  O.K.  Did you get interviews for any  10:14 AM
4  of these positions, any of the eight that you've
5  just told me about?
6       A.  Just one that I can remember.       10:14 AM
7       Q.  Which one's that?         10:14 AM
8       A.  Director of Culture and Climate.     10:14 AM
9       Q.  Did you get the position?       10:14 AM
10      A.  No, I did not.           10:15 AM
11      Q.  All right.  You don't remember being  10:15 AM
12  interviewed for any of the others, the other seven,
13  right?
14      A.  No, I don't remember.         10:15 AM
15      Q.  O.K.  Did you consider your not     10:15 AM
16  getting the promotion to any of these eight
17  positions being on account of your race?
18      A.  Yes.              10:15 AM
19      Q.  Which ones?           10:15 AM
20      A.  Only one that I can remember is the  10:15 AM
21  Family and Community Engagement.
22      Q.  You didn't give me Family and      10:16 AM
23  Community Engagement for the positions prior to the
24  2015 -- I'm sorry.  You gave me Director of -- no.
25  You didn't give me that one.
```

---

21

```
1              Carol Melton
2       A.  I added.              10:16 AM
3       Q.  Do you wish to add one more for     10:16 AM
4  between 2012 and 2015-2016 school year?  'Cause the
5  one you just were telling me about isn't one of the
6  eight.
7       A.  O.K.  I thought I was adding on     10:16 AM
8  different positions after 2012.
9       Q.  Before 2015-2016 school year.     10:16 AM
10      A.  And I said I don't remember the dates  10:16 AM
11  of them.
12      Q.  O.K.              10:16 AM
13      A.  So I just gave you a list of positions  10:16 AM
14  that I have applied for after 2012.
15      Q.  These positions that you gave me,   10:17 AM
16  which were eight, and I'm going to go over them
17  again in a moment -- so let's just do it.
18          The Director of Technology, that     10:17 AM
19  position, did you apply for that before the
20  2015-2016 school year?  Yes or no.
21      A.  Yes.              10:17 AM
22      Q.  The Technology Teacher position, did  10:17 AM
23  you apply for that before the 2015-2016 school
24  year?  Yes or no.
25      A.  Yes.              10:17 AM
```

---

22

```
1              Carol Melton
2       Q.  O.K.  The technician, that's the best  10:17 AM
3  title you can give me for that position, did you
4  apply for that before the 2015-2016 school year?
5  Yes or no.
6       A.  Yes.              10:17 AM
7       Q.  There was another technology position  10:17 AM
8  that you identified, did you apply for that before
9  the 2015-2016 school year?  Yes or no.
10      A.  Say that, which one?         10:17 AM
11      Q.  Technology position, that's how you  10:17 AM
12  described it.
13      A.  I don't know which one that is.     10:17 AM
14      Q.  I don't either.  Did you apply for a  10:17 AM
15  technology position before the 2015-2016 school
16  year?
17      A.  There were some that was after 2012  10:18 AM
18  and after 2015.
19      Q.  All right.  So you did apply for some  10:18 AM
20  before the 2015-2016 school year.
21      A.  Right, because...          10:18 AM
22      Q.  And there may have been more than one  10:18 AM
23  that you applied for before the 2015-2016 school
24  year that was a technology position?
25      A.  There were numerous titles.       10:18 AM
```

7

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

23

Carol Melton

1
2      Q.  But you can't give me the numerous      10:18 AM
3  titles, you can only tell me technology position,
4  right?
5      A.  That's correct.                          10:18 AM
6      Q.  And so, when you say there may have      10:18 AM
7  been numerous titles, before the 2015-2016 school
8  year did you apply for more than one position that
9  you're putting in the context of technology
10  position?  Or just one?
11     A.  Yes.                                      10:18 AM
12     Q.  Just one or more than just one?          10:18 AM
13     A.  There's more than just one.              10:18 AM
14     Q.  All right.  So about how many            10:18 AM
15  technology positions did you apply for before the
16  2015-2016 school year?
17     A.  I don't remember.                        10:18 AM
18     Q.  More than three?                         10:18 AM
19     A.  I don't remember.                        10:18 AM
20     Q.  More than five?                          10:18 AM
21     A.  I know it's more than one.               10:18 AM
22     Q.  O.K.  So somewhere between one and       10:19 AM
23  three?
24     A.  I really don't remember.  I don't.       10:19 AM
25     Q.  All you can tell me is it's more than    10:19 AM

24

Carol Melton

1
2  one, right?  Correct?
3      A.  That's correct.                          10:19 AM
4      Q.  Coordinator of, if I wrote this right,   10:19 AM
5  was it Elementary Technology?  Is that one of the
6  positions that you applied for?
7      A.  Mm-hmm.                                  10:19 AM
8      Q.  That was before -- yes?                  10:19 AM
9      A.  Yes.                                      10:19 AM
10     Q.  That was before the 2015-2016 school     10:19 AM
11  year?
12     A.  No, I think that --                      10:19 AM
13     Q.  So that was after.                       10:19 AM
14     A.  I think that was after.                  10:19 AM
15     Q.  O.K.  Cross that one out.                10:19 AM
16         Director of Culture and Climate, was     10:19 AM
17  that prior to the 2015-2016 school year?
18     A.  I don't remember.                        10:19 AM
19     Q.  Are you claiming in this case that you   10:19 AM
20  were denied a promotion after the 2015-2016 school
21  year to the Director of Culture and Climate
22  position?
23     A.  No.                                      10:20 AM
24     Q.  But you're not sure whether you          10:20 AM
25  applied for that either from the 2015-2016 school

25

Carol Melton

1
2  year and afterwards, correct?
3      A.  What I'm saying is that there were       10:20 AM
4  numerous positions with that exact title or some
5  variation on the words, and this -- I gave you
6  pretty much the generic title.
7          There might have been two or three       10:20 AM
8  that came up with that particular title, and I
9  applied for it.
10     Q.  All right.  And am I correct from your   10:20 AM
11  testimony that you can't tell me whether you
12  applied for any of those positions prior to the
13  2015-2016 school year, the Director of Culture and
14  Climate that you generically called?
15     A.  The thing I said it was after 2012 and   10:20 AM
16  some of them could have been in 2015, that year and
17  thereafter, because of the multiple names and
18  titles.
19     Q.  I understand that could have been.       10:21 AM
20  But I'm not asking about what could have been.  I'm
21  asking you what you can tell me in terms of what
22  you actually applied for.  I understand you can't
23  give me the exact titles, that's understandable.
24         So I just want to make sure we're        10:21 AM
25  clear.  The Director of Culture and Climate generic

26

Carol Melton

1
2  title, because you're telling me it could have
3  somewhat different titles, did you apply for that
4  position or positions that were like that prior to
5  the 2015-2016 school year?
6      A.  I applied for Director of Culture and    10:21 AM
7  Climate.  I believe there were two.  I don't
8  remember the exact dates.
9      Q.  Was it before the 2015-2016 school       10:21 AM
10  year?
11     A.  I don't remember.                        10:21 AM
12     Q.  But you're not making a claim in this    10:21 AM
13  case that regardless of when that position --
14  withdraw that.
15         Whether that position was before         10:22 AM
16  2015-2016 or after 2015-2016, are you making any
17  claim that you were denied that position on account
18  of your race?
19         MR. WATSON:  Objection.                  10:22 AM
20     Counselor --
21         MR. RUSHFIELD:  You've objected.         10:22 AM
22     You've made your objection to form.
23     Q.  Please answer the question.              10:22 AM
24     A.  I can't say whether it was -- whether    10:22 AM
25  I was denied because of my race.

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

27

Carol Melton
1
2      Q.  O.K.  And am I correct that you're not   10:22 AM
3  making a claim in this action that you were denied
4  the position of Director of Culture and Climate,
5  however that's titled on account of your race?
6          MR. WATSON:  Objection.           10:22 AM
7      Q.  You can answer the question.       10:22 AM
8      A.  I am saying that I applied for these   10:22 AM
9  positions and these positions are not something
10  that after you apply you get an immediate answer.
11  It could take weeks, months, and it could have --
12  the response, I could have applied before 2015, but
13  the response could come after 2015.
14      Q.  That's all very interesting, but it    10:23 AM
15  has nothing to do with my question.
16      A.  So --                             10:23 AM
17      Q.  Listen to my question, please.     10:23 AM
18      A.  Go ahead.                          10:23 AM
19      Q.  In this action, you have claimed that   10:23 AM
20  you were denied positions on account of your race;
21  is that correct?  Yes or no.
22      A.  Yes.                              10:23 AM
23      Q.  Are you claiming in this action that   10:23 AM
24  one of the promotional positions you were denied on
25  account of your race was Director of Culture and

28

Carol Melton
1
2  Climate or something like that?  Yes.  Or no?
3      A.  I was denied because of my race not on   10:23 AM
4  that particular one --
5      Q.  That's the one I'm asking you about?   10:23 AM
6      A.  O.K.  I don't know.                10:23 AM
7      Q.  O.K.                              10:23 AM
8      A.  For that particular one.           10:23 AM
9      Q.  Is that one of the promotional        10:23 AM
10  positions that you were referring to in your
11  complaint --
12          MR. WATSON:  Objection.           10:24 AM
13      Q.  -- when you say you were denied      10:24 AM
14  promotions?  Yes or no.
15      A.  I --                             10:24 AM
16      Q.  Listen, this is a yes or no question.   10:24 AM
17  It's very simple.
18          MR. WATSON:  Objection.           10:24 AM
19      Q.  Either you are claiming that that's a   10:24 AM
20  position that's among the promotional positions you
21  were denied on account of your race in your action
22  or you are not.
23          So are you, in terms of the        10:24 AM
24  promotional positions that you referred to in your
25  complaint that you're are claiming you were denied

29

Carol Melton
1
2  on account of your race, is this Director of
3  Culture and Climate position one of those
4  positions?  Yes or no.
5          MR. WATSON:  Objection.           10:24 AM
6      Q.  Answer the question, please.       10:24 AM
7      A.  O.K.  Well, it seems like you asked me   10:24 AM
8  two questions.  So which one would you like me to
9  answer first, 'cause...
10      Q.  You have acknowledge that in your   10:24 AM
11  claimant, you claim that you were denied promotions
12  on account of your race, correct?
13          MR. WATSON:  Objection.           10:24 AM
14      Q.  Correct?                          10:25 AM
15      A.  I was denied promotions because of my   10:25 AM
16  race.
17      Q.  O.K.  This position of Director of    10:25 AM
18  Culture and Climate, is that one of the positions,
19  promotional positions you were referring to in your
20  complaint?  Yes or no.
21      A.  I don't know.                     10:25 AM
22      Q.  You don't know if it is or isn't?   10:25 AM
23      A.  Because I --                      10:25 AM
24      Q.  Is that your testimony, you don't know   10:25 AM
25  if it is or isn't?

30

Carol Melton
1
2      A.  Because I don't know the particulars   10:25 AM
3  of that position that I applied for.  I said I
4  applied for promotions for different positions.
5      Q.  Next position, Coordinator of Culture   10:25 AM
6  and Climate at two different schools, constituting
7  two different applications.  Are those positions
8  you applied for before the 2015-2016 school year?
9      A.  I said I don't remember the dates.   10:25 AM
10      Q.  O.K.  Is it your claim in this action,   10:26 AM
11  your action, that you were denied the Coordinator
12  of Culture and Climate position at either of the
13  two different schools involved because of your
14  race?  Yes or no.
15          MR. WATSON:  Objection.           10:26 AM
16      Q.  You can answer the question.       10:26 AM
17      A.  The Culture and Climate?           10:26 AM
18      Q.  Yes.  Coordinator of Culture and     10:26 AM
19  Climate at two different schools.
20      A.  Right.                           10:26 AM
21      Q.  Is it your claim that that's among the   10:26 AM
22  promotional positions you were denied on account of
23  your race as referred to in your complaint?
24      A.  I applied for promotional positions,   10:26 AM
25  the positions I gave you that I applied for, that

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

31

Carol Melton

1
2  was among the positions I applied for.  So they may
3  be connected to me not receiving them because of
4  race.
5        Q.  These positions, I understand that        10:26 AM
6  you're claiming there may be, do you have any
7  evidence that any of the positions you've
8  identified, any of the now it's seven or eight
9  positions that you identified that you were denied
10 before the 2015-2016 school year were because of
11 your race?
12       MR. WATSON:  Objection.           10:27 AM
13       A.  After 2012, and I applied for        10:27 AM
14 positions and promotions, as you call them,
15 promotions, they -- I was not afforded the same
16 opportunity to be interviewed for some of them
17 based on race and/or retaliatory actions by not
18 allowing me -- acknowledging that I applied for
19 those position.
20       Q.  Before the 2015-2016 school year, what   10:27 AM
21 would have been the source for the district
22 retaliating against you with regard to promotional
23 positions?
24       MR. WATSON:  Objection.           10:28 AM
25       Q.  Let me rephrase the question.        10:28 AM

---

32

Carol Melton

1
2        Had you engaged in some activity prior  10:28 AM
3  to the 2015-2016 school year that would be a basis
4  for the district retaliating against you?
5        MR. WATSON:  Objection.           10:28 AM
6        Q.  You can answer the question.        10:28 AM
7        A.  I don't understand the question.      10:28 AM
8        Q.  In this action that you have here, are  10:28 AM
9  you claiming that the district has retaliated
10 against you?  Yes or no.
11       MR. WATSON:  Objection.           10:28 AM
12       Q.  You can answer the question.        10:28 AM
13       A.  I really want to answer questions, but  10:28 AM
14 I really don't understand what you're asking.
15       Q.  I'll ask it again.  It seems to me     10:28 AM
16 it's a very simple question.  I'll ask it again.
17       Do you recall if your EEOC complaint     10:28 AM
18 checking off a box for retaliation?  Do you recall
19 that.
20       A.  Yes.                 10:28 AM
21       Q.  In your action you're suing the school  10:28 AM
22 district for you're claiming that certain actions
23 it took regarding you were in retaliation against
24 you; is that not correct?
25       A.  Yes.                 10:29 AM

---

33

Carol Melton

1
2        Q.  And the retaliation against you --     10:29 AM
3  before I get to what's in your complaint, these
4  positions that you claim may have been denied to
5  you because of retaliation, retaliation for what?
6  Retaliation for you're having done what?
7        A.  For putting in an EEOC claim.       10:29 AM
8        Q.  But you didn't put that EEOC claim in   10:29 AM
9  until December of 2015, right?
10       A.  Yes.                 10:29 AM
11       Q.  December 31, 2015.  Is there any      10:29 AM
12 action you've engaged in prior to December 31, 2015
13 that you're claiming was a basis for the district
14 retaliating against you?
15       A.  I don't understand the question.      10:29 AM
16       Q.  All right.  Do it again.         10:29 AM
17       December 31, 2015 was your EEOC        10:29 AM
18 complaint, correct?
19       A.  Yes.                 10:29 AM
20       Q.  O.K.  So is there something that you    10:29 AM
21 did before December 31,2015 that you believe the
22 district retaliated against you for?
23       A.  Before December 31, 2015.         10:30 AM
24       Q.  December 31, 2015?            10:30 AM
25       A.  I don't know.              10:30 AM

---

34

Carol Melton

1
2        Q.  Can you tell me of anything that      10:30 AM
3  you're aware of that you did that you believe the
4  district would have retaliated against you for
5  prior to your December 31, 2015 EEOC complaint?
6        MR. WATSON:  Objection.           10:30 AM
7        Q.  You can answer it.            10:30 AM
8        A.  I don't know because after I filed my  10:30 AM
9  claim, that's when retaliatory actions started.
10       Q.  O.K.  So there was no retaliatory     10:30 AM
11 action taken against you prior to December 31,
12 2015; is that your testimony?
13       A.  Not that I recall.            10:30 AM
14       Q.  Not that your aware of?          10:30 AM
15       A.  Not that I'm aware of.          10:30 AM
16       Q.  O.K.  These positions that you've     10:30 AM
17 given to me, Director of Technology, all these
18 other positions, did African-Americans secure any
19 of those positions rather than you?
20       MR. WATSON:  Objection.           10:31 AM
21       Q.  You can answer the question.        10:31 AM
22       Better yet, I'll do them one at a       10:31 AM
23 time.
24       Director of Technology position, do      10:31 AM
25 you know who got that position?

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

35

                        Carol Melton
1
2    A.  Yes.                        10:31 AM
3    Q.  Who?                        10:31 AM
4    A.  Do you want his name?        10:31 AM
5    Q.  Yes.                        10:31 AM
6    A.  Oh, Sean Daneshvar.          10:31 AM
7    Q.  Is Sean Caucasian?           10:31 AM
8    A.  Yes.                        10:31 AM
9    Q.  The tech teachers' positions that you  10:31 AM
10   referred to, who got those positions?
11   A.  I don't know.                10:31 AM
12   Q.  Do you know the race of the people who  10:31 AM
13   got those positions?
14   A.  I know that they were not black, but I  10:31 AM
15   don't know who they are.
16   Q.  How do you know they were not black if  10:32 AM
17   you don't know who they are?
18   A.  Because of the board meetings.    10:32 AM
19   Q.  Explain.                    10:32 AM
20   A.  Well, most people when they get    10:32 AM
21   appointed, they go to the board meetings.
22   Q.  So did you attend all the board    10:32 AM
23   meetings at which these positions were awarded, the
24   ones that you've described for us?
25   A.  No.  They're filmed.         10:32 AM

---

36

                        Carol Melton
1
2    Q.  Did you look at the films for each    10:32 AM
3    one?
4    A.  Some of them, yes, I did.    10:32 AM
5    Q.  So you didn't look at the films for    10:32 AM
6    all of them but for some of them?
7    A.  Yes, the ones that I was interested in  10:32 AM
8    knowing the information.
9    Q.  The approximately seven or eight, six,  10:32 AM
10   seven or eight, however many there are here, did
11   you review the films or videos for each of the
12   board meetings that awarded those positions?
13   A.  That the one you just said.    10:32 AM
14   Q.  The technical teachers?       10:33 AM
15   A.  Yes.                        10:33 AM
16   Q.  Tech teachers?               10:33 AM
17   A.  Yes.                        10:33 AM
18   Q.  How many tech teacher positions were  10:33 AM
19   involved that you applied for?  Is it just one?
20   A.  There were quite a few.       10:33 AM
21   Q.  These are again before 2015-2016.    10:33 AM
22   A.  This is after 2012, and I said some of  10:33 AM
23   them where after 2015.
24   Q.  All right.  But I'm asking you about    10:33 AM
25   the ones before the 2015-2016 school year.

---

37

                        Carol Melton
1
2    A.  And I said I don't remember those    10:33 AM
3    dates.
4    Q.  Did any of the tech teacher positions  10:33 AM
5    get awarded to people who were not Caucasian?
6    A.  They were non-black.         10:33 AM
7    Q.  Non-black.  So what were they?    10:33 AM
8    A.  The could be --             10:33 AM
9        MR. WATSON:  Objection.      10:33 AM
10   Q.  You can answer it.           10:33 AM
11   A.  They're non-black means they're --    10:33 AM
12   they could me white, Hispanic.
13   Q.  Oh, so they could be various ethnic    10:33 AM
14   groups but they were not African-American.
15   A.  Correct.                    10:33 AM
16   Q.  All right.  The technology positions    10:33 AM
17   for which there were more than one, who were those
18   awarded to?
19   A.  Which technology positions?    10:34 AM
20   Q.  You've identified that you applied for  10:34 AM
21   technology positions as promotional positions prior
22   to the 2015-2016 school year, and what I want to
23   know is who got those positions.  You didn't.  Who
24   got them?
25   A.  Some went unfilled.          10:34 AM

---

38

                        Carol Melton
1
2    Q.  So some didn't get filled at all.    10:34 AM
3    A.  Uh-uh.                      10:34 AM
4    Q.  The ones that got filled, are any of  10:34 AM
5    the ones you got filled the ones that you applied
6    for before the 2015-2016 school year?
7    A.  I don't know.               10:34 AM
8    Q.  O.K.  The Director of Culture and    10:34 AM
9    Climate position, do you know who got that position
10   rather than you?
11   A.  Yes.                        10:34 AM
12   Q.  Who was that?               10:34 AM
13   A.  Natasha Cherry.             10:34 AM
14   Q.  And what's Natasha Cherry's race?    10:34 AM
15       MR. WATSON:  Objection.      10:34 AM
16   A.  She's Caucasian.            10:34 AM
17       MR. RUSHFIELD:  What's the    10:34 AM
18   objection to that question?  You object
19   to the form.  What's the form objection
20   to that question?
21       MR. WATSON:  I think she already    10:35 AM
22   answered this question.
23       MR. RUSHFIELD:  That's not a    10:35 AM
24   form objection.  What's the objection to
25   the form?

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

39

```
1              Carol Melton
2        MR. WATSON:  It's confusing.        10:35 AM
3        MR. RUSHFIELD:  You were confused --    10:35 AM
4        MR. WATSON:  I don't know what       10:35 AM
5   you mean.  I don't think they knows what
6   you mean, I think she said that already
7   on the record.
8        MR. RUSHFIELD:  You think she        10:35 AM
9   didn't know what I meant by giving me the
10  race of Ms. Cherry, that's what your tell
11  me.
12       MR. WATSON:  I'm telling you         10:35 AM
13  race, I don't know what that means.  I
14  think Ms. Melton testified that she
15  didn't know what that means.
16  BY MR. RUSHFIELD:                         10:35 AM
17       Q.  Ms. Melton, you don't know when I   10:35 AM
18  refer to a person's race, you don't know what I
19  mean?
20       A.  When you --                      10:35 AM
21       Q.  Do you know what I mean when I   10:35 AM
22  refer --
23       MR. WATSON:  Let her answer.         10:35 AM
24       Q.  When I refer to a person's race, do   10:35 AM
25  you know what I mean?  Yes or no.
```

40

```
1              Carol Melton
2        A.  I know what it --                10:35 AM
3        Q.  Yes or no.  Do you?              10:35 AM
4        A.  Yes.                             10:35 AM
5        Q.  Thank you.                       10:35 AM
6        The Coordinator of Culture and Climate   10:35 AM
7   positions at the two different schools, do you know
8   who got those positions?
9        A.  No.                              10:36 AM
10       MR. RUSHFIELD:  Let's mark           10:36 AM
11  something.  Defendant's A.  This is
12  Defendant's A.  It's the complaint in
13  this action.
14       (Whereupon, Defendant's              10:36 AM
15  Exhibit A, Employment Discrimination
16  Complaint with attachments, 23 pages,
17  filed 5/18/17, is marked for
18  identification, as of this date.)
19       Q.  Attached to the form Employment   10:37 AM
20  Discrimination Complaint, midway in the document
21  there's something called the U.S. Equal Employment
22  Commission Intake Questionnaire.  Let me know when
23  you've gotten to that piece of the document.
24       I think it's eight pages in.  Are you   10:37 AM
25  there, Ms. Melton?
```

41

```
1              Carol Melton
2        A.  Yes.                             10:37 AM
3        Q.  Is this actually the Equal Employment   10:37 AM
4   Opportunity complaint that you filed?
5        A.  Yes.                             10:37 AM
6        Q.  O.K.                             10:37 AM
7        A.  It seems to be.                  10:37 AM
8        Q.  On the second page of that document   10:38 AM
9   there's a question asked at the bottom.  It says
10  "Of the persons in the same or similar situation as
11  you, who was treated better than you?"  And you
12  identify two people, C. Robinson and Donna Roman.
13       Did C. Robinson get a promotional   10:38 AM
14  position during the 2015-2016 or 2016-2017 school
15  years as far as you know?
16       A.  Can you define "promotional" now.   10:38 AM
17       Q.  Well, it says here she's a substitute   10:38 AM
18  Teaching Assistant.  Something above Teaching
19  Assistant.
20       A.  Yes.                             10:38 AM
21       Q.  So what promotional position did they   10:38 AM
22  get during the 2015-2016 or 2016-2017 school year?
23       A.  I don't know if it was 2015-2016, but   10:38 AM
24  I know that she is no longer a substitute Teaching
25  Assistant.
```

42

```
1              Carol Melton
2        Q.  She's now what?                  10:39 AM
3        A.  A Teaching Assistant.            10:39 AM
4        Q.  Which is what you are, correct?   10:39 AM
5        A.  Correct.                         10:39 AM
6        Q.  Well, did that happen during the   10:39 AM
7   2015-2016 or 2016-2017 school years?  In other
8   words, not this past school year.
9        A.  Not this past school year.       10:39 AM
10       Q.  All right.                       10:39 AM
11       A.  That I know of, no.              10:39 AM
12       Q.  Do you consider her having been   10:39 AM
13  treated better than you because she stopped being a
14  substitute Teaching Assistant and became a Teaching
15  Assistant?  Yes or no.
16       A.  I don't understand what you're asking   10:39 AM
17  me.
18       Q.  I'll do it again.                10:39 AM
19       A.  Yes.                             10:39 AM
20       Q.  Read the question, it says, "Of the   10:39 AM
21  persons in the same or similar situation as you who
22  was treated better than you?"  Let's start with
23  this, was Ms. Robinson in a same or similar
24  situation to you?  Yes or no.
25       A.  In job title?                    10:40 AM
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

**43**

1           Carol Melton
2        Q.  You answered the question listing her    10:40 AM
3    name.  Did you understand her to be in the same or
4    similar situation as you?
5        A.  Yes, sir, similar.              10:40 AM
6        Q.  And how was she in a similar situation    10:40 AM
7    as you?
8        A.  She has the same job responsibilities    10:40 AM
9    as a Teaching Assistant.
10        Q.  O.K.  And Ms. Roman, that's the other    10:40 AM
11    name here, Donna Roman, health aide, is she in a
12    same or similar situation as you?  Or, I should
13    say, was she in that situation at the time you
14    filed, as you prepared this questionnaire?
15        A.  That's a yes and a no.           10:40 AM
16        Q.  Well, why did you list her name here?   10:41 AM
17        A.  I listed it because she is an employee   10:41 AM
18    of the school district.  She is not a Teaching
19    Assistant, however.
20        Q.  Why did you list her name?          10:41 AM
21        A.  Because the reason why, she was        10:41 AM
22    allowed to do things that I was not allowed to do
23    even though she's a health aide.  So we are not the
24    same job titles.  We have different
25    responsibilities.

---

**44**

1           Carol Melton
2        Q.  O.K.  Was she granted any promotional    10:41 AM
3    opportunities during the 2015-2016 or 2016-2017
4    school year, as far as you know?
5        A.  I don't know the exact date, but yes.   10:41 AM
6        Q.  What was her promotion?           10:41 AM
7        A.  Teaching Assistant.              10:41 AM
8        Q.  O.K.  So she ended up becoming the     10:41 AM
9    same position you now occupy.
10        A.  Yes.                       10:41 AM
11        Q.  Was Ms. Robinson or Ms. Roman granted   10:41 AM
12    an employment opportunity that you were denied
13    during the 2015-16 or 2016-17 school year?
14        A.  I don't know.                 10:42 AM
15        Q.  Do you have any information that would   10:42 AM
16    lead you to believe that either one was granted an
17    employment opportunity that you were not during
18    those -- either of those two school years?
19        A.  I don't know.                 10:42 AM
20        Q.  You have no information, correct?     10:42 AM
21        MR. WATSON:  Objection.             10:42 AM
22        Q.  You can answer the question.        10:42 AM
23        A.  I don't have.                 10:42 AM
24        Q.  O.K.  On the next page you list under   10:42 AM
25    the question, "Of the persons in the same or

---

**45**

1           Carol Melton
2    similar situation as you, who was treated the same
3    as you?"  Loretta Ayers-Holloway is listed, she
4    apparently is a Teaching Assistant.  Was Loretta
5    Ayers-Holloway denied an employment opportunity
6    that you were also denied?
7        A.  I don't know.                 10:43 AM
8        Q.  O.K.  Well, was Vicki Harris, who you   10:43 AM
9    list as black female health aide, was she denied an
10    is employment opportunity that you were also
11    denied?
12        A.  I don't know that either.          10:43 AM
13        Q.  Was Ms. Ayers-Holloway denied a       10:43 AM
14    promotional opportunity that you were denied?
15        A.  I don't know that.              10:43 AM
16        Q.  Did she receive any promotions at all   10:43 AM
17    during the 2015 or 2016-17 school years?
18        A.  I don't know.                 10:43 AM
19        Q.  Ms. Harris, was she granted a        10:43 AM
20    promotion during the 2015-16 or 2016-17 school
21    years?
22        A.  I don't know.                 10:43 AM
23        Q.  O.K.  I'm going to get now to the      10:43 AM
24    Facts: Amendment, this is where you lay out your
25    factual allegations.  It's a few pages further

---

**46**

1           Carol Melton
2    back.
3        The first allegation states, No. 1,      10:43 AM
4    "On or about September 1, 2015, the Poughkeepsie
5    City School District involuntarily transferred me
6    while not transferring a non-black employee(s) with
7    less seniority and in disregard for seniority."
8        Who were the non-black employees who      10:44 AM
9    were left in place while you were involuntarily
10    transferred?
11        A.  Was Maria Brown.               10:44 AM
12        Q.  And where was Maria Brown assigned to?  10:44 AM
13        A.  She was at Clinton school.          10:44 AM
14        Q.  O.K.  And were you at Clinton school    10:44 AM
15    at the time of your reassignment?
16        A.  Yes.                       10:44 AM
17        Q.  Had you been assigned to Clinton      10:44 AM
18    school for the September 1, 2015 school year?
19        Hadn't you been assigned to the Circle    10:45 AM
20    of Courage for the beginning of the 2015-2016
21    school year?
22        A.  Yes.                       10:45 AM
23        Q.  So I ask again.  Of the teachers who   10:45 AM
24    had been assigned initially to that school for that
25    school year, who you are claiming was a non-black

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

47

Carol Melton

1
2  employee who should have been transferred instead
3  of you?
4      A.  Yes.                    10:45 AM
5      Q.  That would be who?              10:45 AM
6      A.  Maria Brown.                10:45 AM
7      Q.  And she was at Clinton.          10:45 AM
8      A.  She was at Clinton.            10:45 AM
9      Q.  And was she in a mandated class?    10:45 AM
10         Are you aware of the term "mandated    10:45 AM
11  class"?
12     A.  Yes.                    10:45 AM
13     Q.  Was she assigned to a mandated class,  10:45 AM
14  Ms. -- what was her name?
15     A.  Maria Brown.                10:45 AM
16     Q.  Was Ms. Brown assigned to a mandated  10:45 AM
17  class at Clinton?
18     A.  We --                  10:45 AM
19     Q.  Was she assigned to a mandated class  10:45 AM
20  at Clinton?
21     A.  I do not know that.            10:45 AM
22     Q.  You don't know one way or the other?  10:45 AM
23         Do you know one way or the other?   10:45 AM
24     A.  I know that I was involuntarily      10:46 AM
25  transferred out of seniority.

48

Carol Melton

1
2      Q.  I didn't ask you that.          10:46 AM
3         Do you know one way or the other    10:46 AM
4  whether Ms. Brown was assigned to a mandated class?
5      A.  I don't know.                10:46 AM
6      Q.  O.K.  And a mandated class is like a   10:46 AM
7  special education class that must have a Teaching
8  Assistant; is that fair?
9      A.  Yes.                    10:46 AM
10     Q.  O.K.  At the beginning of the       10:46 AM
11  2015-2016 -- well, let's just do it this way.
12         With regard to this, were there black  10:46 AM
13  employees with less seniority than you who were
14  also not involuntarily transferred that year?
15         Let me ask it differently.  Are you   10:46 AM
16  senior to any black Teaching Assistants?
17     A.  Yes.                    10:46 AM
18     Q.  And were you senior to any black    10:46 AM
19  Teaching Assistants on September 1, 2015?
20     A.  Yes.                    10:47 AM
21     Q.  Were those black or African-American  10:47 AM
22  Teaching Assistants, were they voluntarily
23  transferred that year?
24     A.  I don't know.                10:47 AM
25     Q.  Did you file -- you are a member of a  10:47 AM

49

Carol Melton

1
2  bargaining unit, right, you're a union employee?
3      A.  Yes.                    10:47 AM
4      Q.  Is that AF -- what's the name of your  10:47 AM
5  union?
6      A.  PPSPA, Poughkeepsie Paraprofessionals.  10:47 AM
7      Q.  O.K.  And you have a union contract?   10:47 AM
8      A.  Yes.                    10:47 AM
9      Q.  That union contract has a grievance   10:47 AM
10  arbitration procedure?
11     A.  Yes.                    10:47 AM
12     Q.  And you say now in this reference that  10:47 AM
13  non-black employees, and you've told me, you've
14  actually given me the name of one, with less
15  seniority than you were not involuntarily
16  transferred and this was in disregard of seniority.
17  That right of seniority governing your ability to
18  not be involuntarily transferred, is that a
19  contractual right?
20     A.  Yes.                    10:48 AM
21     Q.  It would be pursuant to the terms of   10:48 AM
22  the collective bargaining agreement, correct?
23         MR. WATSON:  Objection.
24     Q.  You can answer it.            10:48 AM
25     A.  The wording is in our contract.      10:48 AM

50

Carol Melton

1
2      Q.  I use the term "collective bargaining  10:48 AM
3  agreement," 'cause this is not like an individual
4  contract; this is a union contract, right?
5      A.  Yes.                    10:48 AM
6      Q.  O.K.  And did you file a grievance    10:48 AM
7  over that issue?
8      A.  Yes.                    10:48 AM
9         MR. RUSHFIELD:  Before I do        10:48 AM
10  that, let's have this marked as
11  Defendant's B.
12         (Whereupon, Defendant's         10:48 AM
13  Exhibit B, one-page document titled "9420
14  Assignments and Transfers," is marked for
15  identification, as of this date.)
16     Q.  Now, this is a document, Ms. Melton,   10:49 AM
17  that you've provided to me in discovery in this
18  case.  What is this?
19     A.  You said I gave this to you?        10:49 AM
20     Q.  Yes, you produced this to us in      10:49 AM
21  discovery.  That's why it doesn't have a Bates
22  stamp number on it.
23         Do you know what it is?          10:50 AM
24     A.  I'm looking at it.            10:50 AM
25     Q.  I can see that.  Let me rephrase the   10:50 AM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

51

```
1           Carol Melton
2  question.
3           Is this not a policy of the       10:50 AM
4  Poughkeepsie City School District?
5      A.   This is a -- it looks like -- because   10:50 AM
6  there's some things missing from it, but it looks
7  like the -- part of the school board policy.
8      Q.   O.K. Do you recall providing this to   10:50 AM
9  me in this case?
10     A.   I don't recall.             10:50 AM
11     Q.   O.K. You've seen it before today?    10:50 AM
12     A.   Yes, I have seen this before.       10:50 AM
13     Q.   O.K. The first paragraph of this    10:50 AM
14 document states, and I quote, "On occasion, for the
15 efficient operation of the district, it may become
16 necessary to change the assignment of teachers and
17 other staff to classrooms or to other buildings."
18           Were you aware of that being part of   10:50 AM
19 the District's policy in September of 2015?
20     A.   I don't remember.           10:51 AM
21     Q.   But you became aware of it at some    10:51 AM
22 point, right?
23     A.   Yes.                  10:51 AM
24     Q.   O.K. Give me that one back.      10:51 AM
25           MR. RUSHFIELD: Defendant's C.    10:51 AM
```

---

52

```
1           Carol Melton
2           (Whereupon, Defendant's       10:51 AM
3      Exhibit C, Official Grievance Form,
4      000043, with attached Stage I, 000019,
5      and Stage II, 000042 and 000045,
6      documents, is marked for identification,
7      as of this date.)
8      Q.   Defendant's C, the first page of that   10:52 AM
9  document -- there's a number of documents in here.
10 Defendant's C, does that bear your signature where
11 it says "Signature of Employee"?
12     A.   Yes.                  10:52 AM
13     Q.   And was that about the          10:52 AM
14 September 1,2015 involuntarily transfer that you
15 refer to in the very first paragraph of the Facts:
16 Amendment of your EEOC complaint?
17     A.   Yes.                  10:53 AM
18     Q.   O.K. I see signature of union     10:53 AM
19 representative Sarah Herman. What's Ms. Herman's
20 race?
21     A.   She's white.             10:53 AM
22     Q.   O.K. Now, the second page of this    10:53 AM
23 document is a decision by Nadine Dargan. Do you
24 see that? Yes?
25     A.   Yes.                  10:53 AM
```

---

53

```
1           Carol Melton
2      Q.   Now, Nadine Dargan is the Principal of  10:53 AM
3  the Morse Elementary School? Yes?
4      A.   Yes.                  10:53 AM
5      Q.   O.K. And was she the first step    10:53 AM
6  decision in your grievance?
7      A.   Yes.                  10:54 AM
8      Q.   Ms. Dargan, what's her race?      10:54 AM
9      A.   Ms. Dargan is black.         10:54 AM
10     Q.   She's of African-American background.  10:54 AM
11     A.   Yes.                  10:54 AM
12     Q.   All right. Now, Ms. Dargan says here   10:54 AM
13 that your September -- the initial transfer was
14 made to support the student management needs at the
15 Peace Program at the Circle of Courage School.
16 Your assignment at the Circle of Courage School,
17 was that to a mandated class?
18     A.   No.                  10:54 AM
19     Q.   What was it to? What were you     10:54 AM
20 supposed to be doing there?
21     A.   I was transferred for programmatic    10:54 AM
22 reasons.
23     Q.   What were you supposed to be doing at  10:54 AM
24 the Circle of Courage? What was your assignment?
25     A.   Technology.              10:54 AM
```

---

54

```
1           Carol Melton
2      Q.   So would that be like working in the   10:54 AM
3  lab?
4      A.   Yes.                  10:54 AM
5      Q.   O.K. So it wouldn't be a class that   10:54 AM
6  was mandated to have a Teaching Assistant in for
7  special ed purposes, correct? That's what make
8  it -- a lab, is a lab a mandated class?
9      A.   No.                  10:55 AM
10     Q.   And that's because you don't have to   10:55 AM
11 have a Teaching Assistant there for special
12 education student as required by an IEP, right?
13     A.   Yes.                  10:55 AM
14     Q.   O.K. And according to what's stated   10:55 AM
15 here, you were transferred from Circle of Courage
16 School to the Morse Elementary School on
17 September 13, 2015 to meet the legally mandated
18 requirements of a special education classroom.
19           Where were you transferred to in    10:55 AM
20 September of 2015 at Morse, what class?
21     A.   Ms. -- a special education classroom.  10:55 AM
22     Q.   For Ms.?                 10:55 AM
23     A.   Ms. O'Leary.             10:55 AM
24     Q.   O'Leary? O'Leary.           10:55 AM
25           And that was a mandated class, right,  10:55 AM
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

55

Carol Melton

1
2    that had to have a Teaching Assistant, right?
3         A.   Yes.                              10:55 AM
4         Q.   O.K. Anyway, your grievance then, if   10:55 AM
5    you go to the next page, your grievance then went
6    up to a Stage II response by Dr. Cook.  And if you
7    read it, you'll see he basically states the same
8    reason why your grievance is not viable.
9              And then the next page seems to be   10:56 AM
10   typewritten notes of a meeting by Ms. Dargan.  Did
11   you have a meeting about this grievance on June 10,
12   2016?
13        A.   I don't know what these notes are   10:56 AM
14   referring to.
15        Q.   O.K. So let me go back to the Facts:   10:56 AM
16   Amendment portion of your complaint, if I may.  You
17   can put that down.
18             Let me see if I've got it right.  It   10:57 AM
19   says, No. 1 was that on September 1, 2015, you were
20   involuntarily transferred, and you were transferred
21   from where to where?
22        A.   I'm sorry, could you repeat that?   10:57 AM
23        Q.   Sure.  Facts: Amendment of your   10:57 AM
24   complaint, the first paragraph, on or about
25   September 1, 2015, you were involuntarily

---

56

Carol Melton

1
2    transferred.  That was from what school to what
3    school then?
4         A.   That was from Clinton to the PACE   10:57 AM
5    Academy.
6         Q.   And PACE Academy is also Circle of   10:57 AM
7    Courage, correct?
8         A.   Yes.                              10:57 AM
9         Q.   Different names.  It's gone through   10:57 AM
10   different names, correct?
11        A.   Yes.                              10:57 AM
12        Q.   So are you claiming -- I think I   10:57 AM
13   understand your testimony from before.  Is it your
14   claim that seniority should determine who went to
15   Circle of Courage among Teaching Assistants?
16        A.   As per our CBA, seniority is the most   10:58 AM
17   important factor in all transfers and extra
18   assignments.
19        Q.   Did you grieve that transfer?   10:58 AM
20             I see we have, in Defendant's C, in   10:58 AM
21   there, you said that involuntary transfers should
22   not be made unless it's for programmatic reasons
23   only.  In your grievance in Defendant's C, were you
24   talking about the transfer to Clinton -- I'm sorry,
25   from Clinton to PACE or Circle of Courage or were

---

57

Carol Melton

1
2    you talking about a subsequent transfer from Circle
3    of Courage to Morse?
4         A.   I was talking about both.         10:58 AM
5         Q.   O.K. And after your grievance were   10:58 AM
6    denied, a per -- well, withdraw that.
7              You are aware that your grievance was   10:59 AM
8    denied by the school district?
9         A.   It was denied on the first step.   10:59 AM
10        Q.   It was denied also on Stage II, wasn't   10:59 AM
11   it, that's the second step, by Dr. Cook?
12        A.   Yes.                              10:59 AM
13        Q.   Did it ever go to the third stage?   10:59 AM
14        A.   It went to subsequent steps.      10:59 AM
15        Q.   Well, the last step was to the Board   10:59 AM
16   of Ed, right?
17        A.   Yes.                              10:59 AM
18        Q.   And did the Board of Ed deny your   10:59 AM
19   grievance, Defendant's C?
20        A.   Yes.                              10:59 AM
21        Q.   And did the union arbitrate the claim   10:59 AM
22   that you had a right to keep these positions that
23   you were assigned because of your seniority?
24        A.   No.  They did not go to arbitration.   10:59 AM
25        Q.   So the final decision on the case   10:59 AM

---

58

Carol Melton

1
2    under the collective bargaining agreement was that
3    of the Board of Education, right?
4         A.   Yes, in regard to steps.          10:59 AM
5         Q.   In regard to your grievance, the final   10:59 AM
6    decision rendered was the one by the Board of
7    Education, is that not correct?
8         A.   On Step 4, yes.                   11:00 AM
9         Q.   Right.  And if it didn't go to   11:00 AM
10   arbitration, that final decision by the board
11   stands, correct?
12        A.   No.                               11:00 AM
13        Q.   Well, did you seek to have it   11:00 AM
14   arbitrated?
15        A.   No.                               11:00 AM
16        Q.   Did you sue your union to force them   11:00 AM
17   to arbitrate it?
18        A.   No.                               11:00 AM
19        Q.   Did you go to an administrative   11:00 AM
20   agency, like the Public Employment Relations Board,
21   to get them to force your union to arbitrate it?
22        A.   Yes.                              11:00 AM
23        Q.   And what happened there?  Did it get   11:00 AM
24   arbitrated?
25        A.   That's not arbitration.           11:00 AM

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

59

1              Carol Melton
2        Q.   Did the Public Employment Relations      11:00 AM
3   Board find the union was required to arbitrate your
4   grievance?  Yes or no.
5        A.   I really want to answer the question,    11:00 AM
6   but the Public Employer Relations Board doesn't
7   tell our union to -- whether or not they should
8   arbitrate.
9        Q.   Did the Public Employment Relations      11:01 AM
10  Board render a determination that your union had
11  done something wrong in not arbitrating this
12  grievance?  Yes or no.
13       A.   Yes.                                     11:01 AM
14       Q.   What did the Public Employment -- so     11:01 AM
15  you're saying the Public Employment Relations Board
16  had a hearing and rendered a decision?
17       A.   I didn't say we had a hearing.           11:01 AM
18       Q.   Did they render a decision?  Yes or      11:01 AM
19  no.
20       A.   I need to speak with my --               11:01 AM
21       Q.   You have to answer my last outstanding   11:01 AM
22  question before you can discuss it with counsel.
23       A.   O.K.                                     11:01 AM
24       Q.   You have do any knowledge that the       11:01 AM
25  Public Employment Relations Board -- and I have to

60

1              Carol Melton
2   tell you the decisions are public, I can pull them
3   up.  Are you telling me that the Public Employment
4   Relations Board rendered a decision that your union
5   did something wrong in not processing the grievance
6   at Defendant's C to arbitration?
7        A.   I'm not trying to be difficult.  It's    11:02 AM
8   a yes or no answer.
9        Q.   It is a yes or no answer.  Either they   11:02 AM
10  did or they didn't.
11       A.   Well, they did.                          11:02 AM
12       Q.   They rendered a decision.  What did      11:02 AM
13  the decision say?
14       A.   So that's why I asked can I speak with   11:02 AM
15  my attorney.
16       Q.   First you have to tell me what you       11:02 AM
17  recall the decision said before you can discuss it
18  with counsel.
19       A.   The PERB case associated with was        11:02 AM
20  settled.
21       Q.   And did the settlement provide that      11:02 AM
22  your grievance was to be processed to arbitration?
23       A.   No.                                      11:02 AM
24            And now may I have the caucus.           11:02 AM
25            MR. RUSHFIELD:  Yes, go right            11:02 AM

61

1              Carol Melton
2   ahead.  Go right ahead.  I'll show you a
3   good place to go.
4            (Whereupon, there is a recess            11:03 AM
5   taken.)
6   BY MR. RUSHFIELD:                                 11:10 AM
7        Q.   After consulting --                     11:10 AM
8            MR. WATSON:  Counsel, just to            11:10 AM
9   clarify what the discussion was about --
10           MR. RUSHFIELD:  You don't                11:10 AM
11  have -- you're going to tell me what your
12  conversation with her was about?
13           MR. WATSON:  No.  Just to be             11:10 AM
14  clear why she needed to confer with me.
15           MR. RUSHFIELD:  Let's go off the         11:10 AM
16  record.
17           (Whereupon, there is a                   11:10 AM
18  discussion off the record.)
19  BY MR. RUSHFIELD:                                 11:10 AM
20       Q.   Ms. Melton, after consulting with       11:10 AM
21  counsel, do you want to change any of the answers
22  to the questions so far?
23       A.   If you could just repeat the last       11:10 AM
24  question or the question you're asking me.
25           MR. RUSHFIELD:  Give me the last         11:11 AM

62

1              Carol Melton
2   question and answer.
3            You have answered it.                    11:11 AM
4            Give me the last question and            11:11 AM
5   answer, please.
6            (Whereupon, the record is read.)         11:11 AM
7        Q.   Is there anything you want to correct   11:11 AM
8   or change after speaking with counsel?
9        A.   No.                                      11:11 AM
10       Q.   O.K.  The position that Ms. Brown held  11:11 AM
11  at Clinton, what was she assigned to when she was
12  at Clinton, that last year or for the following
13  school year, what was her assignment?
14       A.   Oh.  She was assigned to different       11:11 AM
15  classrooms.
16       Q.   Special education classrooms?            11:11 AM
17       A.   No.                                      11:12 AM
18       Q.   Why would a Teaching Assistant -- you    11:12 AM
19  mean, she was just assigned to various classrooms
20  just to be there?
21       A.   Yes.                                     11:12 AM
22       Q.   And she wasn't required to be there by   11:12 AM
23  any student's IEP, is that what you're telling me?
24       A.   Yes.                                     11:12 AM
25       Q.   What was your assignment when you were   11:12 AM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

63

1              Carol Melton
2    at Clinton?
3          A.  I was assigned to different          11:12 AM
4    classrooms.
5          Q.  Same thing as her?                    11:12 AM
6          A.  Yes.                          11:12 AM
7          Q.  Mrs. Brown, O.K.              11:12 AM
8          Which of you, Ms. Brown or you had      11:12 AM
9    been longer at Clinton, by the way?
10         A.  I have more seniority.          11:12 AM
11         Q.  At Clinton as opposed to        11:12 AM
12   district-wide?  'Cause that's what my question is,
13   which of you had been there longer at Clinton, not
14   which of you had been longer employed.  Which of
15   you had been longer employed at Clinton?
16         A.  I don't know that.              11:12 AM
17         Q.  You don't know the answer.          11:12 AM
18         A.  No.                          11:12 AM
19         Q.  O.K.  Well, when you started working    11:12 AM
20   there, was she already working there?
21         A.  I think so.                    11:13 AM
22         Q.  When did you start working there?    11:13 AM
23         A.  I started working at Clinton in      11:13 AM
24   approximately 2011.
25         Q.  At the time of your transfer from    11:13 AM

64

1              Carol Melton
2    Clinton to Circle of Courage, did you spend any
3    time working at Circle of Courage or PACE?
4          A.  Yes.                          11:13 AM
5          Q.  For about what, about two weeks?    11:13 AM
6          A.  Yeah, approximately.            11:14 AM
7          Q.  All right.  And then you were      11:14 AM
8    transferred, involuntarily again, to Morse, right?
9          A.  Yes.                          11:14 AM
10         Q.  Did you consider either of those    11:14 AM
11   transfers to be an act of racial discrimination?
12         A.  Not at that time.              11:14 AM
13         Q.  When did you conclude that -- well,    11:14 AM
14   first of all, do you now consider either of those
15   actions to be acts of racial discrimination,
16   transfer from Clinton to Circle of Courage,
17   transfer from Circle of Courage to Morse?
18         A.  Yes.                          11:14 AM
19         Q.  Both or either one of the two?      11:14 AM
20         A.  Both.                        11:14 AM
21         Q.  O.K.  When did you come to the    11:14 AM
22   conclusion that those transfers were both acts of
23   racial discrimination?
24         A.  After I had some knowledge of who, the   11:14 AM
25   non-black employees, that had less seniority to me.

65

1              Carol Melton
2          Q.  Well, you've mentioned Ms. Brown, who    11:15 AM
3    was, in terms of transfer from Clinton to Circle of
4    Courage.
5          A.  Yes.                          11:15 AM
6          Q.  And at Circle of Courage, I think you    11:15 AM
7    testified you were assigned to a lab, right?
8          A.  Yes.                          11:15 AM
9          Q.  O.K.  Non-black employee should have    11:15 AM
10   been transferred instead of you -- I'm sorry.
11         Are there black employees that should    11:15 AM
12   have been transferred instead of you because they
13   were junior to you in terms of going from Circle of
14   Courage to Morse?
15         A.  I don't know.                  11:15 AM
16         Q.  Well, there are black Teaching      11:15 AM
17   Assistants who are junior to you in terms of
18   district-wide seniority, right?
19         A.  Yes.                          11:15 AM
20         Q.  And it's your position that        11:15 AM
21   district-wide seniority should determine who gets
22   transferred, right?
23         A.  Yes.                          11:15 AM
24         Q.  Right?  So both black and white      11:15 AM
25   Teaching Assistants should have been transferred

66

1              Carol Melton
2    ahead of you in terms of you being transferred to
3    Morse based upon your argument about seniority,
4    right?
5          A.  Yes.                          11:15 AM
6          Q.  O.K.  So there were both black and    11:15 AM
7    Hispanic and Caucasian Teaching Assistants who
8    retained their assignments while you were being
9    involuntarily transferred from Circle of Courage or
10   PACE to Morse.
11         A.  That's possible.                11:16 AM
12         Q.  Well, you've told me there were junior    11:16 AM
13   ones to you.
14         A.  Yeah.                        11:16 AM
15         Q.  So it's not only possible, it's, in    11:16 AM
16   fact, the fact, isn't it?
17         A.  Well, I don't know about -- I only      11:16 AM
18   know about my transfer.  There could have been --
19         Q.  Well, actually.  I'm sorry, go ahead.    11:16 AM
20         A.  There could have been others        11:16 AM
21   transferred.
22         Q.  So there could have been white      11:16 AM
23   teachers transferred involuntarily, too, as far as
24   you know, that year.  You just don't know, right?
25         A.  I don't know about white teachers.    11:16 AM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

67

Carol Melton
2      Q.  I'm not -- Teaching Assistants.  I'm      11:16 AM
3  sorry.  I don't if I said teachers.  Teaching
4  Assistants.
5          Do you know whether there were white      11:16 AM
6  Teaching Assistants involuntarily transferred that
7  year?
8      A.  O.K.  No, There were no white Teaching      11:16 AM
9  Assistants that were involuntarily transferred.
10      Q.  Do you know if there were any other      11:17 AM
11  black Teaching Assistants other than you who were
12  involuntarily transferred that year?
13      A.  No.                          11:17 AM
14      Q.  Do you know whether a white Teaching      11:17 AM
15  Assistant has ever been involuntarily transferred?
16      A.  I don't know that.              11:17 AM
17      Q.  Do you know if any Teaching Assistant      11:17 AM
18  other than you has ever been involuntarily
19  transferred?
20      A.  If -- repeat that.              11:17 AM
21      Q.  Sure.  Do you know if a Teaching      11:17 AM
22  Assistant other than you has ever been
23  involuntarily transferred in the Poughkeepsie City
24  School District?
25      A.  I don't know that.              11:17 AM

68

Carol Melton
2      Q.  So actually the only thing you know is  11:17 AM
3  that you were involuntarily transferred.
4      A.  Yes.                          11:17 AM
5      Q.  O.K.  So anyway, in terms of whatever      11:17 AM
6  happened with the Public Employment Relations Board
7  and your grievance on these transfers, the ones
8  that are referred to in the first two paragraphs of
9  your Facts: Amendment portion of your complaint --
10      A.  Mm-hmm.
11      Q.  -- did anyone give you any remedy for      11:18 AM
12  your voluntary transfers?
13      A.  I don't know what you mean by remedy.  11:18 AM
14      Q.  Well, when you filed a grievance, you      11:18 AM
15  were seeking to be "made whole," in quotes, right?
16  That's what it says, right?
17      A.  Yes.                          11:18 AM
18      Q.  What did you want?              11:18 AM
19      A.  Well, made whole depends on what we're  11:18 AM
20  talking about.
21      Q.  What did you want?              11:18 AM
22      A.  So ideally I should have been          11:18 AM
23  transferred back to Clinton School.
24      Q.  And were you ever transferred back to  11:18 AM
25  Clinton School?

69

Carol Melton
2      A.  No, I was no.                    11:18 AM
3      Q.  Should you have also been, if not back  11:18 AM
4  to Clinton School, back to Circle of Courage?
5      A.  Yes.                          11:18 AM
6      Q.  Weren't you offered a transfer back to  11:18 AM
7  the Circle of Courage which you declined?
8      A.  Yes.                          11:18 AM
9      Q.  O.K.  Is there anything else you          11:18 AM
10  wanted, other than being transferred back, was
11  there some other remedy you were seeking in your
12  grievance?
13      A.  That they need to move those          11:19 AM
14  individuals to the appropriate place so if -- the
15  making whole means they would transfer those with
16  less seniority to those positions that are now
17  open.
18      Q.  You wanted the district -- let's see      11:19 AM
19  if I've got it right.  Is it your testimony that as
20  part of your remedy you wanted the district to
21  agree that it was obligated to use district-wide
22  seniority in making involuntarily Teaching
23  Assistant transfers?
24      A.  That is what our CBA says.          11:19 AM
25      Q.  That's what your argument was it          11:19 AM

70

Carol Melton
2  required, right?
3      A.  Yes.  That's what it says in our CBA.  11:19 AM
4      Q.  Right.  And that's what the district      11:19 AM
5  denied in its answers; it denied that you had a
6  contractual right to that, correct?
7      A.  Which step are you talking about?  'Cause  11:19 AM
8  when you say district, it's broad.
9      Q.  Right, Poughkeepsie City School          11:20 AM
10  District.  You understood that the Poughkeepsie
11  City School District disagreed with your contention
12  that you contractually were entitled -- I'm sorry.
13  Withdraw that.
14          You understood the district disagreed  11:20 AM
15  with your contention that as a matter of contract
16  they had to use district-wide seniority in making
17  transfers that are involuntarily of Teaching
18  Assistants, right?
19      A.  Yes.                          11:20 AM
20      Q.  O.K.  And there's never been any          11:20 AM
21  decision as far as you know that has established
22  that requirement.
23      A.  I know that Dr. Cook put out a paper      11:20 AM
24  correcting it and asking for Teaching Assistants to
25  volunteer to go to the Circle of Courage, as it

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

71

```
 1           Carol Melton
 2   should have been.
 3        Q.  And if they don't volunteer, then      11:20 AM
 4   what?
 5        A.  If they don't volunteer, then it goes   11:20 AM
 6   on the basis of least senior person.
 7        Q.  All right.  And this is something that   11:21 AM
 8   Dr. Cook put out, you said?
 9        A.  Yes, he --                              11:21 AM
10        Q.  Have you seen this document?            11:21 AM
11        A.  Yes.                                    11:21 AM
12        Q.  Do you have this document?              11:21 AM
13        A.  Do I have this document?                11:21 AM
14        Q.  Do you have a copy of it?               11:21 AM
15        A.  I am not sure.                          11:21 AM
16        Q.  Well, if you have a copy of it, I'm     11:21 AM
17   going to ask you to produce it, 'cause it's not
18   something you produced in discovery so far.
19        A.  O.K.                                    11:21 AM
20        Q.  At paragraph 4 of the Facts: Amendment  11:21 AM
21   portion of your complaint, it says, "On or about
22   October 14, 2015, the Poughkeepsie City School
23   District took away my paid (approximately $12,000
24   in pay) 2015-2016 school year extra assignment
25   position after I held said position for a number of
```

72

```
 1           Carol Melton
 2   years and gave it to a non-black person which was
 3   out of seniority.  I was the only individual in my
 4   position in the Poughkeepsie City School District
 5   that they took the position from.  I'm sorry, "out
 6   of seniority and violated past practice.  I was the
 7   only individual in the Poughkeepsie City School
 8   District that they took the position from."
 9        What position was that referring to?        11:22 AM
10        A.  That was for the 21st Century            11:22 AM
11   after-school program.
12        Q.  And are you claiming that was an act     11:22 AM
13   of race discrimination or an act of retaliation or
14   both?
15        A.  Both.                                    11:22 AM
16        Q.  O.K.  In terms of retaliation, what      11:22 AM
17   would it have been retaliation for?
18        A.  Well, I filed a grievance.               11:23 AM
19        Q.  So are you making a retaliation claim    11:23 AM
20   in this case regarding the allegations of
21   paragraph 4.
22        A.  I'm sorry, say that again.               11:23 AM
23        Q.  All right.  You understand you have      11:23 AM
24   claims of denial of promotion and denial of job
25   assignments you were seeking, and your claims are
```

73

```
 1           Carol Melton
 2   either race based in this action, that it was
 3   because of your race, or that it was in retaliation
 4   for a protected activity, something you're
 5   protected, in this case, by the discrimination laws
 6   to do.
 7        You just told me that with regard to         11:23 AM
 8   your allegation in paragraph 4, that was both a
 9   retaliation issue and a race issue.  Are you
10   alleging in this action that the Poughkeepsie City
11   School District took away your paid 21st Century
12   after-school program position and gave it to a
13   non-black person in retaliation for some protected
14   activity you engaged in.
15        A.  For this date.                           11:24 AM
16        Q.  Yes, paragraph 4.                        11:24 AM
17        A.  O.K.  So this date definitely based on   11:24 AM
18   race.
19        Q.  O.K  So this is not a retaliation        11:24 AM
20   claim.
21        A.  And after that it's the same position.   11:24 AM
22        Q.  With regard to the allegation of         11:24 AM
23   paragraph 4, are you making a retaliation claim
24   there or are you limiting it to a race
25   discrimination claim?
```

74

```
 1           Carol Melton
 2        A.  A race.                                  11:24 AM
 3        Q.  O.K.  You said you held that position    11:24 AM
 4   for a number of years.  Where did you hold that
 5   position?
 6        A.  Clinton.                                 11:24 AM
 7        Q.  O.K.  Now, on October 4, 2015, were      11:24 AM
 8   you employed at Clinton?
 9        A.  No.                                      11:24 AM
10        Q.  You were employed at Morse.              11:24 AM
11        A.  At Morse.                                11:24 AM
12        Q.  Did you ever hold that position at       11:24 AM
13   Morse?
14        A.  No.                                      11:24 AM
15        Q.  And the non-black person they gave it    11:25 AM
16   to was who?
17        A.  Maria Brown.                             11:25 AM
18        Q.  I thought Maria Brown was a Clinton.     11:25 AM
19        A.  Yes.                                     11:25 AM
20        Q.  So this was a Clinton position.          11:25 AM
21        A.  It's not a Clinton position.             11:25 AM
22        Q.  Was this position at the Clinton         11:25 AM
23   School?
24        A.  It was teaching --                       11:25 AM
25        Q.  Was it at the Clinton School?            11:25 AM
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

75

```
 1            Carol Melton
 2     A.  It was at the Clinton School.        11:25 AM
 3     Q.  Thank you.                           11:25 AM
 4         The 21st Century after-school program,  11:25 AM
 5  is that grant-funded?  Is that funded by a grant?
 6     A.  Yes.                                 11:26 AM
 7     Q.  So that's not a regular program of the  11:26 AM
 8  district; it requires a grant.
 9     A.  Yes.  It requires a grant.           11:26 AM
10     Q.  Now, you talked about it being out of  11:26 AM
11  seniority in paragraph 4.  Did you apply for this
12  position, the Clinton School 2015-2016 school year
13  21st Century after-school assignment?
14     A.  I --                                 11:26 AM
15     Q.  Did you make an application for it?  11:26 AM
16     A.  I applied for a 21st Century Teaching  11:26 AM
17  Assistant extra assignment for the 21st Century --
18     Q.  For any school in the district?      11:26 AM
19     A.  It's for any of the schools that were  11:26 AM
20  offering.
21     Q.  O.K.  Was Clinton the only school    11:26 AM
22  offering it or were other schools offering it as
23  well at that time?
24     A.  There were other schools offering it  11:27 AM
25  as well.
```

---

76

```
 1            Carol Melton
 2     Q.  So, for example, Morse would have been  11:27 AM
 3  offering it at that time?
 4     A.  Yes.                                 11:27 AM
 5     Q.  O.K.  Did you think you should have   11:27 AM
 6  gotten the extra -- well, the seniority you're
 7  talking about here, was this district-wide
 8  seniority?
 9     A.  It's the same seniority.             11:27 AM
10     Q.  Teaching Assistants working throughout  11:27 AM
11  the school district, right?
12     A.  Yes.                                 11:27 AM
13     Q.  So, for example, if you worked at     11:27 AM
14  Clinton and you had four years and you worked at
15  Morse and you had four years, that would be eight
16  years of seniority, and if somebody had seven years
17  of seniority among multiple schools, the person
18  with eight years that I've described would have
19  more seniority, is that how it works?
20     A.  It works for your total amount of time  11:27 AM
21  in the district.
22     Q.  As a Teaching Assistant or any       11:27 AM
23  position at all?
24     A.  As a Teaching Assistant.             11:27 AM
25     Q.  O.K., great.  All right.             11:27 AM
```

---

77

```
 1            Carol Melton
 2         Now, was there, other than Ms. Brown,  11:27 AM
 3  was there another Teaching Assistant at Clinton,
 4  other than her in October of 2015?
 5     A.  There are other Teaching Assistants.  11:28 AM
 6     Q.  O.K.  And was she senior or junior to  11:28 AM
 7  the other Teaching Assistants, the ones at Clinton?
 8     A.  Junior.                              11:28 AM
 9     Q.  O.K.  So Ms. Brown -- and were the    11:28 AM
10  other Teaching Assistants white or black or both?
11     A.  Both.                                11:28 AM
12     Q.  So Ms. Brown was assigned this       11:28 AM
13  position even though she was junior to other
14  Teaching Assistants of multiple races, including
15  yours, right?
16     A.  No.                                  11:28 AM
17     Q.  I'll ask it again.                   11:28 AM
18         Were there senior black Teaching     11:28 AM
19  Assistants at Clinton senior to Ms. Brown?
20     A.  Yes.                                 11:28 AM
21     Q.  And there were Caucasian Teaching    11:28 AM
22  Assistants senior to Ms. Brown at Clinton?
23     A.  Yes.                                 11:28 AM
24     Q.  But Ms. Brown got the position other  11:29 AM
25  than these other Teaching Assistants that were
```

---

78

```
 1            Carol Melton
 2  senior to her of both African-American origin and
 3  Caucasian, correct?
 4     A.  Mrs. Brown got the assignment based on  11:29 AM
 5  that she applied for the position.
 6     Q.  Did anybody else apply for the       11:29 AM
 7  position for that --
 8     A.  No --                                11:29 AM
 9     Q.  I'm sorry.  -- for that...           11:29 AM
10         If I understand correctly, the       11:29 AM
11  application, you're telling me, isn't made for an
12  individual school, it's a made district-wide; is
13  that what you're telling me?
14     A.  That's correct.                      11:29 AM
15     Q.  Are you telling me there wasn't a     11:29 AM
16  Caucasian Teaching Assistant in the district senior
17  to Ms. Brown who didn't get that position that she
18  got?
19     A.  What I -- what I'm saying is that     11:29 AM
20  those who had the position previously got their
21  positions.
22     Q.  So if you previously held the position  11:30 AM
23  at Clinton in the after-school 21st Century
24  program, you would be reinstated to that position
25  the following year unless something untoward
```

21

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

79

Carol Melton

1
2  happened; is that what you're telling me?
3     A.  That's correct.                      11:30 AM
4     Q.  Had you ever done the 21st Century      11:30 AM
5  after-school program at someplace other than
6  Clinton?
7     A.  No.                          11:30 AM
8     Q.  And all the years that you got the     11:30 AM
9  assignment to the after-school program at Clinton,
10  you were a Teaching Assistant during the school
11  year at Clinton, right?
12     A.  Yes.                         11:30 AM
13     Q.  O.K.  Now, were you denied           11:30 AM
14  21st Century after-school program assignment --
15  withdraw that.
16        All right.  So you didn't get the      11:31 AM
17  position at Clinton.  Did you feel you had an
18  entitlement to the after-school 21st Century
19  Teaching Assistant position at other buildings
20  besides Clinton?
21     A.  I'm sorry.  I'm getting distracted     11:31 AM
22  'cause of the noise in there.
23     Q.  What noise are you referring to?      11:31 AM
24     A.  From the kitchen.                11:31 AM
25     Q.  I'll ask you the question again.      11:31 AM

---

80

Carol Melton

1
2        If I understand correctly, you're     11:31 AM
3  telling me that one applies for this program, this
4  grant program, and it's district-wide.  You don't
5  apply for let's say just a Clinton or a Morse, you
6  just apply for all the schools.  That's what you've
7  told me.
8        And is it your position that the most  11:31 AM
9  senior Teaching Assistant gets the choice of which
10  position they want?  Is that your understanding of
11  how it works?
12     A.  So --                       11:31 AM
13     Q.  Is that your understanding of how it   11:31 AM
14  works?  Yes or no.
15     A.  Yes, if they applied for the position.  11:32 AM
16     Q.  I understand that.              11:32 AM
17     A.  O.K.                        11:32 AM
18     Q.  And when you apply for the position,   11:32 AM
19  you're talking about district-wide, all of the
20  positions in all the schools for the 21st Century
21  after-school program.
22     A.  Yes.                        11:32 AM
23     Q.  So I'm going to say it again to make   11:32 AM
24  sure I understand it correctly.  Is it your
25  position that if you're the most senior Teaching

---

81

Carol Melton

1
2  Assistant in the district and you make application
3  for this after-school grant program Teaching
4  Assistant position, that you have the right to
5  whichever Teaching Assistant program you wish to go
6  into?
7     A.  According to our CBA, yes.          11:32 AM
8     Q.  So it would be if you're at Morse, for  11:32 AM
9  example but you're the most senior person in the
10  district, you can choose Clinton, you can choose a
11  program at the middle school, you can choose a
12  program at the high school as long as there are
13  programs running, correct?  You get the choice of
14  school, correct?
15     A.  You get the choice of the position.    11:33 AM
16     Q.  Well, this position is located at      11:33 AM
17  different schools, right?
18     A.  Correct.                      11:33 AM
19     Q.  Morse, Clinton, Poughkeepsie Middle    11:33 AM
20  School, Poughkeepsie High School, for example,
21  right?  Correct?
22     A.  Yes.                         11:33 AM
23     Q.  O.K.  Well, if you're the most senior   11:33 AM
24  Teaching Assistant at Morse -- I'm sorry -- the
25  most senior Teaching Assistant in the school

---

82

Carol Melton

1
2  district, do you contractually have the right to
3  say, well, I want to go to Clinton, maybe I want to
4  Poughkeepsie Middle School, maybe I want to go to
5  another school?  Do you have the right to choose
6  which school you would go to over others who were
7  less senior than you?
8     A.  If you apply for it.             11:33 AM
9     Q.  Well, but you applied district-wide.    11:33 AM
10     A.  Yes.  If the positron is            11:33 AM
11  district-wide.
12     Q.  Well, you've told me it's           11:33 AM
13  district-wide; is that correct?
14     A.  It is district-wide.             11:33 AM
15     Q.  O.K.                         11:33 AM
16     A.  Teaching Assistant.              11:33 AM
17     Q.  I'm going to say it again 'cause I     11:33 AM
18  want to make sure I've got this right.  It's your
19  position that as a matter of the collective
20  bargaining agreement's provisions if you are the
21  most senior Teaching Assistant in the district and
22  you apply for the 21st Century after-school
23  program --
24     A.  Mm-hmm.                     11:34 AM
25     Q.  -- even if you've never been a        11:34 AM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

83

```
1              Carol Melton
2    Teaching Assistant, let's say at the Morse School,
3    if the Morse School is where you want to go, you
4    have a right to that position; is that what your
5    telling me?
6         A.  Yes.                          11:34 AM
7         Q.  Well, this 21st Century after-school   11:34 AM
8    program for the 2015-2016, was there such a program
9    at Morse?
10        A.  Yes.                          11:34 AM
11        Q.  Did you -- well, first of all, how did  11:34 AM
12   the district take away your paid position on or
13   about October 14, 2015.  Is that when it would have
14   started?
15        A.  No.                           11:35 AM
16        Q.  When did --                    11:35 AM
17        A.  The 21st Century?               11:35 AM
18        Q.  Yes.  When would it start?      11:35 AM
19        A.  I had the position already two years.  11:35 AM
20        Q.  Right.  But you had the position while  11:35 AM
21   you were at Clinton, right?
22        A.  Yes.                          11:35 AM
23        Q.  Now you're at Morse, right?  When you  11:35 AM
24   went to Morse, when you went to Morse on
25   September of 2015, you say on or about
```

---

84

```
1              Carol Melton
2    September 14, 2015, from September till October of
3    2015 was there somebody filling the position of
4    this 21st Century grant Teaching Assistant
5    position?
6         A.  Where?                         11:35 AM
7         Q.  At Clinton.                     11:35 AM
8         A.  Yes.                           11:35 AM
9         Q.  Who was that?                   11:35 AM
10        A.  Maria Brown.                    11:35 AM
11        Q.  So you stopped having that position as  11:35 AM
12   of September, approximately September 14, 2015,
13   when you got moved to Morse, right?  Withdraw that.
14             You were originally going to be moved  11:35 AM
15   to Circle of Courage, PACE, and you went there at
16   the very beginning of the September 2015 school
17   year, right?
18        A.  Yes.                           11:36 AM
19        Q.  Was there a 21 Century after-school    11:36 AM
20   program at PACE?
21        A.  No.                            11:36 AM
22        Q.  O.K.  Am I right that from           11:36 AM
23   September 1, 2015, from the commencement of that
24   school year when you were being assigned at that
25   time to PACE initially, from that time, Ms. Brown
```

---

85

```
1              Carol Melton
2    was filling the position of the extra assignment
3    under the 21st Century after-school program at
4    Clinton, correct?
5         A.  You said from a certain time.      11:36 AM
6         Q.  Yes, September 1, 2015.  You got     11:36 AM
7    transferred originally to PACE.  You were
8    transferred out of Clinton, right?
9         A.  Right.                         11:36 AM
10        Q.  Well, when you were transferred out of  11:36 AM
11   Clinton at the very beginning of the school year,
12   was Ms. Brown then assigned to the 1st Century
13   after-program at Clinton?
14        A.  No.                            11:36 AM
15        Q.  So was it vacant?               11:36 AM
16        A.  It wasn't even --               11:36 AM
17        Q.  Started yet?  It didn't start yet?   11:36 AM
18        A.  It didn't start yet?            11:37 AM
19        Q.  When did it start?              11:37 AM
20        A.  I don't remember the exact date.    11:37 AM
21        Q.  Well give me a month.  Start with     11:37 AM
22   that.
23        A.  It might have been October maybe.    11:37 AM
24        Q.  So here you said on or about         11:37 AM
25   October 14, 2014.
```

---

86

```
1              Carol Melton
2         A.  Mm-hmm.                        11:37 AM
3         Q.  Is it around that time that you      11:37 AM
4    understood this program started up at Clinton?
5         A.  Mm-hmm.                        11:37 AM
6         Q.  Yes?                          11:37 AM
7         A.  Yes.                          11:37 AM
8         Q.  Program also started up at other      11:37 AM
9    schools around the same time?
10        A.  Yes.                          11:37 AM
11        Q.  Morse, the middle school, the high    11:37 AM
12   school, Clinton?
13        A.  Wherever the 21st Century was located  11:37 AM
14   at.
15        Q.  And there were teachers junior than   11:37 AM
16   you assigned to that position at just Clinton or
17   was it at other schools also?
18        A.  There were Teaching Assistants that   11:37 AM
19   were junior to me at Clinton or throughout.
20        Q.  O.K.  So in all the schools that had   11:37 AM
21   the program, it's your understanding you were
22   senior to the Teaching Assistants who got the
23   positions in the after-school program.
24        A.  Not all of them.                11:38 AM
25        Q.  O.K.  Which -- well, the one at Morse,  11:38 AM
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

87

Carol Melton

1
2    was that Ms. Herman?
3        A.   Yes.                          11:38 AM
4        Q.   Are you senior to her or junior to    11:38 AM
5    her?
6        A.   Junior.                       11:38 AM
7        Q.   So Ms. Herman getting the position at    11:38 AM
8    Morse, you're not claiming that was because of your
9    race, are you?
10       A.   She got it because she has seniority.    11:38 AM
11       Q.   O.K.                          11:38 AM
12       A.   And she also had the position        11:38 AM
13   previously.
14       Q.   She had held the position the prior    11:38 AM
15   year.
16       A.   Yeah, probably the past two years of    11:38 AM
17   the 21st Century's inception.
18       Q.   For a number of years Ms. Herman had    11:38 AM
19   had that position and she was also senior to you.
20       A.   That's correct.               11:38 AM
21       Q.   How about at the other schools?  I    11:38 AM
22   think you mentioned a moment ago that there were
23   junior people to you in this program at other
24   schools other than Ms. Brown?
25       A.   Maria Brown was junior to me.    11:38 AM

---

88

Carol Melton

1
2        Q.   All right.  Maria Brown we know was at    11:39 AM
3    Clinton.  How about the high school, was there
4    somebody in the 21st Century after-school program
5    there, a Teaching Assistant?
6        A.   I don't think they had one at the high    11:39 AM
7    school.
8        Q.   O.K.  How about at the middle school?    11:39 AM
9        A.   I don't think they had one at that    11:39 AM
10   time the middle school.  I'll not sure.
11       Q.   I'm not as familiar with all the    11:39 AM
12   Poughkeepsie schools as you.  I only know about
13   Clinton and Morse.  Are there other --
14       A.   There's Warring.              11:39 AM
15       Q.   Are there other elementary schools?    11:39 AM
16       A.   There's Warring.              11:39 AM
17       Q.   W-a-r-i-n-g?                   11:39 AM
18       A.   W-a-r-r-i-n-g.                 11:39 AM
19       Q.   Is that an elementary school?    11:39 AM
20       A.   That's an elementary school.    11:39 AM
21       Q.   Was there a Teaching Assistant in the    11:39 AM
22   21st Century after-school program there?
23       A.   Yes.                          11:39 AM
24       Q.   Who was that?                 11:39 AM
25       A.   Nicole Logan.                 11:39 AM

---

89

Carol Melton

1
2        Q.   Junior to you or senior to you?    11:39 AM
3        A.   Senior.                       11:39 AM
4        Q.   And any others?               11:39 AM
5        Oh, had she been in that, handling    11:39 AM
6    that program --
7        A.   Yes.                          11:39 AM
8        Q.   -- in prior years?            11:39 AM
9        A.   Yes.                          11:39 AM
10       Q.   Any other elementary schools or are    11:39 AM
11   there only three?
12       A.   Krieger.                      11:39 AM
13       Q.   And who was the Teaching Assistant who    11:39 AM
14   got the 21st Century after-school program at
15   Krieger?
16       A.   I don't recall her name.      11:39 AM
17       Q.   Was she junior to you or senior to    11:40 AM
18   you?
19       A.   Senior.                       11:40 AM
20       Q.   And had she also been in the program    11:40 AM
21   the prior year?
22       A.   I'm assuming so.              11:40 AM
23       Q.   You believe that's the case?    11:40 AM
24       A.   I believe so.                 11:40 AM
25       Q.   In fact, you believe that in all the    11:40 AM

---

90

Carol Melton

1
2    cases the person who was doing the 21st Century
3    after-school program who got that assignment for
4    around October of 2015 had also been in the program
5    in the same school in prior years.
6        A.   As far as I know.             11:40 AM
7        Q.   So as far as the way you understand it    11:40 AM
8    works, is it purely seniority that makes the
9    decision of who gets the assignment at which school
10   or is it seniority plus having worked that program
11   in prior years?
12       A.   Well, I said --               11:41 AM
13       Q.   Is it plus having worked that program    11:41 AM
14   in prior years?  Yes or no.
15       A.   It's seniority and past practice,    11:41 AM
16   which is meaning they've had it in the previous
17   years.
18       Q.   In that School?               11:41 AM
19       A.   In that school or in that position.    11:41 AM
20       Q.   Well, every example you've given me    11:41 AM
21   the people had the position in the same school;
22   isn't that not correct?
23       A.   Yes.                          11:41 AM
24       Q.   The only one who's different that you    11:41 AM
25   can describe to me is you because you weren't in

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

91

1           Carol Melton
2   Clinton any more; isn't that correct?
3           A.  I wasn't in Clinton.          11:41 AM
4           Q.  Right.  And the only person who did     11:41 AM
5   not get the same assignment 'cause you're saying
6   you should have been at Clinton, the only person
7   who didn't get the same assignment for this
8   following school year that they had the prior
9   school year was you, right?
10          A.  I didn't get the position.       11:41 AM
11          Q.  And you had -- you didn't get the    11:41 AM
12  position, I understand that.  I just want to say it
13  again, see if I've got it right from what you've
14  told me.
15          In all the schools that had this      11:42 AM
16  program, the person who worked in the program the
17  prior school year was also a Teaching Assistant in
18  that school the school year in question, correct.
19          A.  Yes.                11:42 AM
20          Q.  O.K.  Except you, right?        11:42 AM
21          A.  Except me.             11:42 AM
22          Q.  You're the only one that's different   11:42 AM
23  than the others.
24          A.  I'm the only one that did not have my   11:42 AM
25  prior assignment.

---

92

1           Carol Melton
2           Q.  And you're the only one who wasn't   11:42 AM
3   working in the same school as the assignment they
4   believed they was entitled to.
5           A.  I was the only one --        11:42 AM
6           Q.  Is that not correct?         11:42 AM
7           A.  I was --              11:42 AM
8           Q.  Is that not correct?  I want you to   11:42 AM
9   answer my question.  Is that not correct?
10          A.  I am answering your question.      11:42 AM
11          MR. RUSHFIELD:  Read it back.      11:42 AM
12          (Whereupon, the record is read.)     11:43 AM
13          Q.  Is that not correct?         11:43 AM
14          A.  Am I the only one?          11:43 AM
15          Q.  Who wasn't working in the same     11:43 AM
16  school --
17          A.  School.              11:43 AM
18          Q.  -- that was denied the teaching     11:43 AM
19  assignment for the 21st Century after-school
20  program in that school?
21          A.  Yes, I was not -- I was the only one   11:43 AM
22  who was not in the original school --
23          Q.  Right.               11:43 AM
24          A.  -- that I started the program in.    11:43 AM
25          Q.  O.K.  This after-school program, how   11:43 AM

---

93

1           Carol Melton
2   long after the end of the school day does it begin?
3           A.  It -- I don't know.          11:43 AM
4           Q.  O.K.  I asked you earlier when did you   11:44 AM
5   conclude -- no.  I asked you earlier in terms of
6   the assignments.  I'm sorry, withdraw that.
7           I asked you earlier in terms of the    11:44 AM
8   transfers, the initial transfers in September of
9   2015, the two transfers, when did you conclude that
10  these were acts of race discrimination?  Because
11  you side it wasn't initially, it was later.  When
12  did you reach that conclusion?
13          A.  After I filed my complaint.      11:44 AM
14          Q.  After?             11:44 AM
15          A.  After I knew --          11:44 AM
16          Q.  I'm sorry.  After you filed which    11:44 AM
17  complaint?
18          A.  My EEOC, but this and also my     11:44 AM
19  grievance, because I did not get the position
20  because I was transferred involuntarily which I
21  should have stayed, remained at Clinton based on
22  seniority.  And even when I was transferred to the
23  PACE program/Circle of Courage, I still could have
24  received the after-school position because the
25  location of where you're transferred to is not a

---

94

1           Carol Melton
2   criteria.
3           Q.  But you've already told me that     11:45 AM
4   historically in terms of practice every person who
5   got the assignment to an after-school program under
6   this 21st Century after-school program grant was
7   teaching in that same school that school year; is
8   that not correct?
9           A.  I answered it --          11:45 AM
10          Q.  That's correct, isn't it?       11:45 AM
11          A.  They had the position that they     11:45 AM
12  were --
13          Q.  This is simple.  Isn't that correct?   11:45 AM
14          A.  That's correct.           11:45 AM
15          Q.  Thank you.  You've answered my     11:45 AM
16  question.
17          MR. WATSON:  And if the question     11:45 AM
18  requires clarification.
19          MR. RUSHFIELD:  If she needs       11:45 AM
20  clarification, Counsel, you'll have every
21  opportunity.
22          As I said when I began this, I      11:45 AM
23  wish the witness to answer my questions,
24  not the questions she would prefer I ask.
25  BY MR. RUSHFIELD:              11:46 AM

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

95

```
1              Carol Melton
2       Q.  So going back to, you said at some      11:46 AM
3   point you concluded that the September 2015
4   transfers were acts of race discrimination, and you
5   told me that it's when you -- you're telling me, I
6   think, that it's when you filed the EEOC complaint.
7   Is that your testimony?
8       A.  Yes, because --                          11:46 AM
9       Q.  You don't have to explain it to me.      11:46 AM
10          All right.  I'll let you explain it to   11:46 AM
11  me.  Explain to me why you waited until
12  December 31, 2015 to reach the conclusion that the
13  transfers in September were based on your race?
14      A.  Because I was involuntarily              11:46 AM
15  transferred out of seniority and the district could
16  have transferred Maria Brown to the Circle of
17  Courage and I could have been transferred into this
18  mandated classroom.  Transfer is a transfer.  If
19  she was in a mandated classroom, they could have
20  transferred me into that mandated classroom and
21  transferred the least senior person to another
22  school.
23          When I arrived at Morse, they could      11:47 AM
24  have transferred someone who was not in a mandated
25  classroom to this mandated classroom, and they did
```

96

```
1              Carol Melton
2   not need to transfer me a second time from
3   PACE/Circle of Courage.
4       Q.  O.K.  Is there anything else that led    11:47 AM
5   you to believe that your transfers were based on
6   race other than what you've just told me?
7       A.  Not until after.                         11:47 AM
8       Q.  After what?                              11:47 AM
9       A.  I -- because I don't know who's          11:47 AM
10  assigned to any school.  We get our assignments in
11  the beginning.
12          Once I got transferred a second time     11:48 AM
13  and I realized there was someone already in the
14  building who was not assigned to a mandated
15  classroom, was not -- and had less seniority than
16  me who could have been assigned to that special
17  education classroom.
18      Q.  Now, in terms of your being denied the   11:48 AM
19  21st Century after-school program, are you claiming
20  that that was an act of either discrimination or
21  retaliation only for 2015-2016 school year or for
22  subsequent school years as well, or for 2016-2017
23  as well?
24      A.  Well, subsequent because the             11:48 AM
25  21st Century program was ongoing.
```

97

```
1              Carol Melton
2       Q.  So, I mean, we've discussed the          11:48 AM
3   2015-2016 school year, I think, ad nauseam.
4          Let's go to the 2016-2017.  Did you       11:48 AM
5   apply for the 21st Century after-school program for
6   that school year as well?
7       A.  Yes.                                     11:49 AM
8       Q.  O.K.  And were you denied -- you         11:49 AM
9   applied district-wide, right?
10      A.  Yes.                                      11:49 AM
11      Q.  And which school did you think you had    11:49 AM
12  a right to go to?
13      A.  To wherever is the position is open in   11:49 AM
14  terms of the person who had the position previously
15  for whatever reason did not take it or took another
16  position.  So all I know is that, for example, in
17  Morse School, Ms. Herman got the position
18  automatically.  She already held that position.
19      Q.  'Cause she had it the prior year.        11:49 AM
20      A.  She had it prior and she has more         11:49 AM
21  seniority.
22      Q.  O.K.  How about which schools you         11:49 AM
23  claim you should have gotten the position in --
24      A.  Again --                                  11:49 AM
25      Q.  -- 2016-17?                               11:50 AM
```

98

```
1              Carol Melton
2       A.  Again, Clinton School.                   11:50 AM
3       Q.  Who got it that year?                    11:50 AM
4       A.  Maria Brown.                             11:50 AM
5       Q.  And she'd been in it the prior year      11:50 AM
6   now.  At that point, she had already been in it the
7   prior year.
8       A.  Yes.                                     11:50 AM
9       Q.  O.K.  Other than the Clinton, anywhere   11:50 AM
10  else?
11      A.  Everyone that was -- who had it before   11:50 AM
12  retained their position.
13      Q.  So the only one in both 2014-2015 and    11:50 AM
14  2015-2016, the only 21st Century after-school
15  program position, Teaching Assistant position that
16  you're claiming was denied for you, improperly for
17  our purposes now, was the one at Clinton, correct?
18      A.  Yes.                                     11:50 AM
19      Q.  And it's your position that you were     11:50 AM
20  entitled to Clinton because you had been there
21  before, right?
22      A.  I had held the position before.          11:50 AM
23      Q.  You held the position before, before     11:50 AM
24  the 2015-2016 school year, right?
25      A.  Two years, before.                       11:50 AM
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

99

```
1           Carol Melton
2      Q.  Before that, before that school year.   11:50 AM
3      A.  Mm-hmm.                        11:50 AM
4      Q.  Yes?                           11:50 AM
5      A.  Yes.                           11:50 AM
6      Q.  And you're senior?             11:50 AM
7      A.  And I'm senior.                11:50 AM
8      Q.  And in this case, the only one you are   11:51 AM
9  senior to that's relevant is Ms. Brown.
10     A.  Yes.                           11:51 AM
11     Q.  O.K.  Did you file -- since you're   11:51 AM
12 saying this is a matter of contract in terms of
13 past practice and seniority, did you file a
14 grievance over that, too?
15     A.  Yes.                           11:51 AM
16     Q.  Let me see if we have that.  I don't   11:51 AM
17 have it.
18         Did you file the grievance for your   11:52 AM
19 union?
20     A.  Yes.                           11:52 AM
21     Q.  And were decisions rendered by the   11:52 AM
22 district?
23     A.  No.                            11:52 AM
24     Q.  O.K.  Did you move it up the ladder   11:52 AM
25 through the stages?
```

100

```
1           Carol Melton
2      A.  I don't have that ability to do so.   11:52 AM
3      Q.  I didn't ask you if you did it.  Did   11:52 AM
4  your union do it?
5      A.  No.                            11:52 AM
6      Q.  So you filed a grievance, you're   11:52 AM
7  claiming, right?
8      A.  Yes.                           11:52 AM
9      Q.  Claiming that it's a violation of the   11:52 AM
10 contract for you not to get the Clinton
11 after-school position under the 21st Century grant.
12 Did you file that grievance for the 2015-2016
13 school year?
14     A.  Yes.                           11:52 AM
15     Q.  Did you file another one for the   11:52 AM
16 2016-2017 school year or you only did it once?
17     A.  I did it both.                 11:52 AM
18     Q.  So you filed two grievances over that   11:52 AM
19 issue.
20     A.  Yes.                           11:52 AM
21     Q.  Did either one get moved up beyond --   11:52 AM
22 was there any ever any decisions rendered by the
23 district at any level on such a grievance?
24     A.  Just the first one, this one.   11:53 AM
25     Q.  You're just going back to        11:53 AM
```

101

```
1           Carol Melton
2  Defendant's C.  And that was about the transfer.
3      A.  This is also about involuntary    11:53 AM
4  transfers and made whole, and it says within
5  existing jobs and it's also -- includes this,
6  includes the not getting the position.
7      Q.  Well, O.K., I'm reading the grievance.  11:53 AM
8  It talks about an involuntary transfer for a
9  non-programmatic reason being a violation of the
10 contract and when failed to consider seniority as
11 the most important factor in making such a
12 transfer.
13     A.  Mm-hmm.                        11:53 AM
14     Q.  Are you saying that that grievance,   11:53 AM
15 which is filed November 2, 2015 --
16     A.  Mm-hmm, yes.                   11:53 AM
17     Q.  -- was supposed to include the   11:53 AM
18 October 2015 assignment of the 21st Century
19 after-school position for Teaching Assistants to
20 Ms. Brown rather than you?
21     A.  Yes, because it says, "The district   11:54 AM
22 violated Article IX, Seniority Reduction of Force,
23 Section A.  Seniority, Past Practice and any other
24 applicable provisions of the contract."
25     Q.  What does it say after that?    11:54 AM
```

102

```
1           Carol Melton
2      A.  It says, "when it made an involuntary   11:54 AM
3  transfer for a non-programmatic reason."
4      Q.  And, and what else?            11:54 AM
5      A.  "And when it failed to consider   11:54 AM
6  seniority as at most important factor in making
7  such a transfer."
8      Q.  O.K.  So I ask you again.  Do you   11:54 AM
9  intend for this grievance to include a claim that
10 you were entitled based on your seniority to
11 assignment to the after-school 21st Century program
12 at Clinton?  Because I don't see it here.
13     MR. WATSON:  Objection.           11:55 AM
14     MR. RUSHFIELD:  I understand.       11:55 AM
15     Q.  Are you saying that you're claiming   11:55 AM
16 this includes that claim?  Is that your testimony?
17 Yes or no.
18     A.  I'm saying --                  11:55 AM
19     Q.  Are you --                     11:55 AM
20     A.  Yes.                           11:55 AM
21     Q.  Yes, O.K.                      11:55 AM
22         Well, the grievance -- that grievance   11:55 AM
23 did get decided, at least at two stages, right, and
24 you said the board also decided it; that was your
25 testimony, right?
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

103

1              Carol Melton
2    A.  Yes.                        11:55 AM
3    Q.  That's the one that never went to      11:55 AM
4  arbitration and you're saying there was some kind
5  of settlement, but it sounds like you didn't get
6  anything out of that settlement.  Am I right, did
7  you get anything out of this alleged settlement?
8    A.  I don't know what you're asking.      11:55 AM
9    Q.  Did you get -- you're claiming that      11:55 AM
10  this grievance was about, in part, you not getting
11  the 21st Century after-school assignment, right?
12    A.  Yes.                        11:55 AM
13    Q.  Right?                   11:55 AM
14         And that grievance, the only one I      11:55 AM
15  have is the one dated --
16    A.  It's included in that.          11:55 AM
17    That's what I understand you were      11:56 AM
18  telling me.  And this grievance is dated
19  November 2, 2015.  So this grievance would only
20  apply to the 2015-2016 school year, right?
21    A.  Yes.                        11:56 AM
22    Q.  O.K.  And what I want to know is, you      11:56 AM
23  are claiming that you had an entitlement, as of
24  November of 2015 at least and this grievance,
25  you're saying, to get that after-school assignment;

---

104

1              Carol Melton
2  you should have it instead of Ms. Brown, right?
3    A.  Yes.                        11:56 AM
4    Q.  All right.  Did you get it instead of      11:56 AM
5  Ms. Brown or at any time during that school year?
6    A.  No.                         11:56 AM
7    Q.  And the following school year, you      11:56 AM
8  didn't get it either.
9    A.  No.                         11:56 AM
10    Q.  Right?  Correct?             11:56 AM
11    A.  Yes.                        11:56 AM
12    Q.  You didn't get any relief on your      11:56 AM
13  grievance, did you, in terms of the after-school
14  assignment?
15    A.  No.                         11:56 AM
16    Q.  O.K.  Did you demand the union present      11:56 AM
17  that to arbitration, that claim about the
18  after-school assignment?  Did you send them
19  something saying, well, I want you to arbitrate
20  that claim?
21    A.  The union decides that.          11:57 AM
22    Q.  I know, but you can ask.  Did you ask?      11:57 AM
23    A.  You ask and they go through the      11:57 AM
24  subsequent steps.
25    Q.  Right.  You knew it didn't going to      11:57 AM

---

105

1              Carol Melton
2  arbitration, right?
3    A.  Yes.                        11:57 AM
4    Q.  When did you learn that it didn't go      11:57 AM
5  to arbitration?
6    A.  I don't know the date.          11:57 AM
7    Q.  During that school year?  During      11:57 AM
8  2015-2016 school year?
9    A.  I don't remember the date.          11:57 AM
10    Q.  O.K.  Whenever you learned, did you      11:57 AM
11  demand, no, take it to arbitration?
12    A.  No.  The only thing that happened was      11:57 AM
13  that we had a labor-management meeting, I guess you
14  could say.
15    Q.  And did that labor-management meeting      11:57 AM
16  decide that you had an entitlement to the
17  after-school program at Clinton?
18    A.  Well --                     11:58 AM
19    Q.  Did it do that?              11:58 AM
20    A.  They did not say those words.      11:58 AM
21    Q.  Did they say in substance you had a      11:58 AM
22  right to the position?
23    A.  They did not say those words either.      11:58 AM
24    Q.  Did they, in substance, did they tell      11:58 AM
25  you, yeah, we agree you had a right to the

---

106

1              Carol Melton
2  position?
3    A.  Well, they agreed when they offered to      11:58 AM
4  compensate me.
5    Q.  So that would be compensate you for      11:58 AM
6  the loss of the pay.  It's $12,000.  Did they pay
7  you the $12,000?
8    A.  They made an offer.          11:58 AM
9    Q.  What did they offer?          11:58 AM
10    A.  At that time, it was $2,500.          11:58 AM
11    Q.  So that was to settle the grievance or      11:58 AM
12  settle this claim?
13    A.  That was to settle the 21st Century      11:58 AM
14  after-school extra assignment position.
15    Q.  O.K.  Did you accept that 2,000 dollar      11:58 AM
16  settlement?
17    A.  I did not.                   11:58 AM
18    Q.  Did you demand your union proceed to      11:58 AM
19  arbitration?
20    A.  No.                         11:58 AM
21    Q.  O.K.  And then you didn't get the      11:58 AM
22  position the following year.  Did somebody offer
23  you money the following year, too, the 2016-2017
24  school year?
25    A.  No, no one offered me.          11:59 AM

28

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

107

1          Carol Melton
2      Q.  Did you file another grievance on the    11:59 AM
3   subject, now specifying denial of the 21st Century
4   after-school program based on your seniority?
5      A.  Yes, I filed.              11:59 AM
6      Q.  Well, I haven't seen that grievance.    11:59 AM
7   Where did that go?  How far did that go?
8      A.  It didn't get to Step I, which is    11:59 AM
9   probably why you won't have it.
10     Q.  So it never got submitted to the    11:59 AM
11  district at all.  Step I is the first place you
12  submit it to the district, right, at an
13  administrative level?
14     A.  Yes, once it reaches Step I then it    11:59 AM
15  goes to administration but it needs to get past the
16  intake of our union.
17     Q.  Your union decided not to proceed with  11:59 AM
18  it; is that what you're saying?
19     A.  Not to pursue it.          12:00 PM
20     Q.  Right.  So the union took the position  12:00 PM
21  that the grievance did not have merit; is that
22  correct?
23          MR. WATSON:  Objection.      12:00 PM
24     Q.  You can answer the question.      12:00 PM
25     A.  The union just did not pursue it.    12:00 PM

---

108

1          Carol Melton
2      Q.  Do you know why they did not pursue   12:00 PM
3   it?
4      A.  I don't know exactly why, but it had  12:00 PM
5   something to do with the union's understanding of
6   the CBA.
7      Q.  The union and you had a difference of  12:00 PM
8   opinion as to what the collective bargaining
9   agreement required at this school district on the
10  subject of transfers and on the subject of your
11  right to an assignment at Clinton; is that fair?
12  You and the union did not agree, correct?
13     A.  Well, you have to -- the union      12:00 PM
14  leadership during 2015 was not in agreement.  The
15  union leadership changed after that.
16     Q.  O.K. So at the time that the      12:01 PM
17  grievance was being processed, the one at least for
18  2015-2016 school year, your union leadership
19  disagreed with your opinion in terms of what your
20  seniority rights were on the issue of transfer and
21  on the issue of the 21st Century after-school
22  program assignment, fair?
23     A.  Yes.  Our local union.        12:01 PM
24     Q.  Yes.  By the time of the 2016-2017    12:01 PM
25  school year, were the same people in office at the

---

109

1          Carol Melton
2   union?
3      A.  Which year are you saying now?      12:01 PM
4      Q.  2016-2017?              12:01 PM
5      A.  No.                12:01 PM
6      Q.  So now you have new union leadership,  12:01 PM
7   but you told me you filed a grievance on the
8   21st Century after-school program Teaching
9   Assistant position being denied to you for the
10  2016-2017 school year and that it didn't get beyond
11  the union to even Step I or Stage I.
12          So isn't it true that the union took  12:02 PM
13  the position in the 2016-2017 school year that you
14  weren't entitled to the assignment at Clinton for
15  the 21st Century after-school program?
16     A.  Yes.  The union was colluding with the  12:02 PM
17  district.
18     Q.  So the union's position both years    12:02 PM
19  about interpreting this contract in terms of your
20  right to these positions differed from yours, for
21  both years?
22     A.  Repeat that.            12:02 PM
23     Q.  Sure.  We have two schools years,    12:02 PM
24  2015-2016, 2016-2017.  It's your testimony that the
25  union's position in terms of your right to

---

110

1          Carol Melton
2   assignment to this after-school program 21st Century
3   after-school program at Clinton was different than
4   yours; you believed you had the right to the
5   position, they contended that you did not have a
6   contract right to the position, right?
7      A.  Yes, their decision, opinion, differed  12:02 PM
8   from mine.
9      Q.  O.K.  We had in this grievance      12:03 PM
10  process, we had originally Nadine Dargan rendering
11  a decision, and you said she's African-American,
12  right?
13     A.  Yes.                12:03 PM
14     Q.  And then we had the decision by      12:03 PM
15  Dr. Ronel Cook, is he also African-American?
16     A.  Yes.                12:03 PM
17     Q.  Superintendent of Schools at that    12:03 PM
18  time, who was that?
19     A.  Dr. Nicole Williams.          12:03 PM
20     Q.  Right.  Is she still the        12:03 PM
21  Superintendent of Schools?
22     A.  Yes.                12:03 PM
23     Q.  What's her race?            12:03 PM
24     A.  She's black.            12:03 PM
25     Q.  She looks African-American, correct?   12:03 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

111

Carol Melton

1
2     A.  I guess, yes.                              12:03 PM
3     Q.  O.K.  Let's see what else we've got        12:03 PM
4  here.
5         Paragraph 13 of the Facts portion, the    12:04 PM
6  Facts: Amendment portion of your complaint.  All
7  right.  This is about you being reassigned to the
8  library for the week of Monday, June 6th, 2016 to
9  Monday June 13, 2016, and you say she wrote in the
10  email that you would be covering two classes alone
11  all day for Ms. Bass for two days and that then you
12  could submit a timecard for payment for those two
13  days only thereby implying that I would not receive
14  compensation for this extra assignment for these
15  other days.
16         Did you believe you had a contractual     12:05 PM
17  entitlement to -- withdraw that.
18         If you're covering a class alone,          12:05 PM
19  you're entitled to be compensated as a Teaching
20  Assistant, right?
21     A.  Yes.                                       12:05 PM
22     Q.  So in other words, if there's no          12:05 PM
23  teacher in the classroom, you're entitled to be
24  compensated.
25     A.  Yes.                                        12:05 PM

---

112

Carol Melton

1
2     Q.  Is that like $9 an hour additional,        12:05 PM
3  something like that?
4     A.  $9 per period.                              12:05 PM
5     Q.  Per school period.                           12:05 PM
6     A.  Mm-hmm.                                       12:05 PM
7     Q.  O.K.  So if you're doing that for,         12:05 PM
8  what five school periods, it would be like $45 for
9  that day?
10     A.  Approximately.                             12:05 PM
11     Q.  Approximately.                             12:05 PM
12         Now, on the other days that were           12:05 PM
13  involved here, were you in a class without a
14  teacher?
15     A.  The other days?                            12:06 PM
16     Q.  Yes.  It says here that you'd be on       12:06 PM
17  these days for one week, which, I guess, is five
18  school days, two of those days you would be alone
19  and you should submit a timecard for those
20  payments.  Did you get paid for those two days?
21     A.  I was not there.  I was absent.           12:06 PM
22     Q.  So you didn't cover those classes; you    12:06 PM
23  were out sick.
24     A.  I was out sick.                            12:06 PM
25     Q.  Well, is there something you allege in    12:06 PM

---

113

Carol Melton

1
2  paragraph 13 that you're claiming is an act of
3  either discrimination or retaliation by, I guess
4  Ms. Dargan?
5     A.  Ms. Dargan reassigned me to the           12:06 PM
6  library for that week.
7     Q.  Is she not allowed to do that?            12:06 PM
8     A.  In our contract, it states that we get   12:06 PM
9  our assignment for the school year within two weeks
10  of the commencement of the school year.
11     Q.  Right.  But you understood this was a    12:07 PM
12  situation in which somebody was going to be out,
13  right?  Ms. Bass was going to be out during that
14  period of time, right?
15     A.  It doesn't say whether she was out or    12:07 PM
16  not.  It just says that I will be covering her
17  class.
18     Q.  All right.  So is this again a claim     12:07 PM
19  that you're saying that you contractually were
20  entitled not to be assigned to the library?  Is
21  that your testimony?
22     A.  Say that again.                            12:07 PM
23     Q.  I'll go back a moment.                     12:07 PM
24         You told me that if you get                12:07 PM
25  assigned to a -- if a teacher's out of a class, is

---

114

Carol Melton

1
2  not in the class that you're assigned to, you get
3  paid money, $9 a period approximately, right?
4     A.  Yes.                                         12:07 PM
5     Q.  O.K.  Is it your testimony that if you    12:07 PM
6  have a situation where -- if the School has a
7  situation where it needs coverage in the library,
8  contractually it cannot assign you to it because
9  the assignments must be set at the beginning of the
10  school year?  Is that your testimony?
11     A.  Extra assignments --                       12:07 PM
12     Q.  Is that your testimony?  Yes or no.       12:08 PM
13     A.  Not reassigned.                            12:08 PM
14     Q.  Well, this assignment in June of 2016    12:08 PM
15  for a week, did you come back at some point after
16  that week was up?
17     A.  I believe yes.                             12:08 PM
18     Q.  All right.  And did you go back to       12:08 PM
19  your -- you were in the lab then, weren't you?
20     A.  Yes.                                        12:08 PM
21     Q.  Did you go back to the lab?               12:08 PM
22     A.  Yes.                                        12:08 PM
23     Q.  O.K.  And I gather you never actually    12:08 PM
24  were there for the assignment of taking over any
25  portion of Ms. Bass's library duties, right, you

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

115

```
 1            Carol Melton
 2   didn't do any of these days?
 3        A.  I did not.              12:08 PM
 4        Q.  O.K.  Is it your testimony that    12:08 PM
 5   Ms. Dargan could not place you in the library in
 6   the absence of Ms. Bass or to assist Ms. Bass, for
 7   that matter, from the lab for a week in June of
 8   2016?  Are you saying she's contractually
 9   prohibited from doing that?  Yes or no.
10        A.  Contractually, it says --     12:09 PM
11        Q.  So you're saying -- contractually, is    12:09 PM
12   she prohibited from doing it?  I want your position
13   on your contract.
14        A.  To reassignment.           12:09 PM
15        Q.  You're saying this was a violation of    12:09 PM
16   your contract, what she was doing; is that correct?
17        A.  Yes.                    12:09 PM
18        Q.  Did you file a grievance?       12:09 PM
19        A.  I'm not sure.             12:09 PM
20        Q.  Is it your claim that Ms. Dargan did    12:09 PM
21   that because of your race or -- well, let's start
22   with that.  Are you claiming this Ms. Dargan did
23   this reassignment for a week because you're
24   African-American?  Yes or no.
25        A.  No.                     12:09 PM
```

---

117

```
 1            Carol Melton
 2   December of 2015, correct?  You're not saying that,
 3   are you?
 4        A.  I'm not sure what you're asking.    12:10 PM
 5        Q.  Simple.  You filed an action alleging    12:11 PM
 6   race discrimination and retaliation, right?
 7   Correct?
 8        A.  Yes.                    12:11 PM
 9        Q.  You put in your complaint as a    12:11 PM
10   specific typed-in portion at paragraph 13 an
11   allegation about reassignment to the library for a
12   week by Ms. Dargan.
13            We'll do it again.  Are you claiming    12:11 PM
14   Ms. Dargan did this because you're
15   African-American?  Yes or no.
16        A.  No.                     12:11 PM
17        Q.  Are you claiming she did it because    12:11 PM
18   you filed the complaint with the EEOC in
19   December of 2015?  Yes or no.
20        A.  Yes, I believe that.         12:11 PM
21        Q.  O.K.  And your basis for that belief    12:11 PM
22   is what?
23        A.  My basis for that is because she gave    12:11 PM
24   me a reassignment for the entire week, again,
25   violating the contract, again, out of seniority.
```

---

116

```
 1            Carol Melton
 2        Q.  Are you claiming Ms. Dargan did this    12:09 PM
 3   because you had filed a complaint with the EEOC in
 4   December of 2015?  Yes or no.
 5        A.  I don't know the answer to that.    12:09 PM
 6        Q.  Well, why did you put this in your    12:10 PM
 7   claim?  This allegation of paragraph 13, why is
 8   that even there?
 9        A.  Because the action is retaliatory.    12:10 PM
10        Q.  Retaliation for what?         12:10 PM
11        A.  To reassign me for entire week.    12:10 PM
12        Q.  That's, you're saying, is what the    12:10 PM
13   retaliatory action is, but what are you claiming
14   she was retaliating against you for doing?
15        A.  I don't know.  I can't speak to what    12:10 PM
16   Ms. Dargan was thinking.
17        Q.  Well, this allegation is part of a    12:10 PM
18   claim of race discrimination and retaliation for
19   protected conduct under the discrimination law,
20   which would be, for example, like filing a
21   complaint with the EEOC.
22            If I've got it right, you're not    12:10 PM
23   telling me that you're alleging Ms. Dargan was
24   retaliating against you by this one-week assignment
25   because you had filed a complaint with the EEOC in
```

---

118

```
 1            Carol Melton
 2   Again, multiple reasons.
 3        Q.  Every reason you've again me so far is    12:11 PM
 4   you claim you had a contractual right not to be
 5   reassigned.  Is there any other basis for you
 6   claiming you had a right not to be reassigned other
 7   than you claim your contract precludes it?  Is
 8   there any other basis?
 9        A.  The basis is what I said and that    12:12 PM
10   someone else could have been reassigned or assigned
11   to cover.
12        Q.  Well, how can anybody be reassigned?    12:12 PM
13   They're all assigned at the beginning of the school
14   year, I thought.
15        A.  So assigned.             12:12 PM
16        Q.  No one could be reassigned.     12:12 PM
17        A.  No one should be reassigned.    12:12 PM
18        Q.  So if you have a need to put a    12:12 PM
19   Teaching Assistant in the library you didn't do it
20   because everyone is signed at the beginning of the
21   school year.  Is that your understanding of the
22   contract?
23        A.  It's my understanding --      12:12 PM
24        Q.  Is that your understanding of the    12:12 PM
25   contract?
```

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

119

Carol Melton

1
2      A.  That's my understanding of the          12:12 PM
3  contract.
4      Q.  O.K.  Apart from the fact that this      12:12 PM
5  reassignment happened or was made by Ms. Dargan, do
6  you have any other basis for claiming that it was
7  retaliation for your EEOC complaint?
8      A.  Not at this time.              12:13 PM
9      Q.  Not as of today.              12:13 PM
10     A.  Not at this time, yes.         12:13 PM
11     Q.  Up to today, you have no basis for      12:13 PM
12  your claim other than the fact that the
13  reassignment was made and in December of 2015 you
14  filed an EEOC complaint; is that correct?
15         MR. WATSON:  Objection.         12:13 PM
16     Q.  Answer the question.           12:13 PM
17     A.  What I said was Ms. Dargan did it out   12:13 PM
18  of retaliation.
19     Q.  For?                     12:13 PM
20     A.  Possibly filing the claim.      12:13 PM
21     Q.  Possibly, you say.            12:13 PM
22     A.  Mm-hmm.                   12:13 PM
23     Q.  What basis do you have for claiming it  12:13 PM
24  has anything to do with your EEOC complaint?
25     A.  Because I have no idea what Ms. Dargan  12:13 PM

---

120

Carol Melton

1
2  was thinking.  Her actions for this is
3  unprecedented.  I do not know why she used -- and
4  sent reassigned.  She sent me an email.
5      Q.  So you're saying this school district,  12:13 PM
6  you're saying it's unprecedented.  You're saying in
7  this school district nobody has been ever, quote,
8  "reassigned" from, let's say a lab or a class which
9  isn't a mandated class to assist in, let's say a
10  library, that's never happened before; is that your
11  testimony?
12     A.  I don't know if it's happened before.    12:14 PM
13  I just know it hasn't -- didn't happen to me.
14     Q.  Ah, O.K.                  12:14 PM
15         Number 14, the district deducted      12:14 PM
16  three-and-a-half days of pay from your paycheck.
17  Now, weren't these three-and-a-half days deducted
18  from your paycheck 'cause you engaged in what you
19  claim to be union business on those
20  three-and-a-half days?
21     A.  Yes.                     12:14 PM
22     Q.  All right.                 12:14 PM
23     A.  But there's still one day that they     12:14 PM
24  deducted.
25     Q.  If I understand correctly, they         12:14 PM

---

121

Carol Melton

1
2  deducted three-and-a-half days; is that right?
3      A.  Yes, I was.                12:14 PM
4      Q.  Were you engaging in union business     12:14 PM
5  for three-and-a-half days?
6      A.  Not for three-and-a-half days.        12:14 PM
7      Q.  For how many were you?          12:15 PM
8      A.  I believe it was two.           12:15 PM
9      Q.  So you believe that they had -- let's   12:15 PM
10  do it in pieces.
11         Were they entitled to deduct from your  12:15 PM
12  pay the two days of union business?  Yes or no.
13     A.  The district?                12:15 PM
14     Q.  Yes.                     12:15 PM
15     A.  No.                      12:15 PM
16     Q.  O.K.  And so, you believe that they     12:15 PM
17  improperly took, whatever it was, whether it's two
18  days or three-and-a-half days, you believe they
19  improperly took money out of your paycheck for you
20  engaging in union business, right?
21     A.  Yes.                     12:15 PM
22     Q.  O.K.  And why would you be entitled to  12:15 PM
23  engage in union business on district time?  Were
24  you a union officer at the time?
25     A.  I was doing --              12:15 PM

---

122

Carol Melton

1
2      Q.  Were you a union officer at the time?   12:15 PM
3      A.  Explain or what does union officer     12:15 PM
4  mean?
5      Q.  Were you elected to any position in     12:15 PM
6  the union?
7         MR. WATSON:  Let her finish        12:15 PM
8  her --
9         MR. RUSHFIELD:  No.  She asked      12:15 PM
10  me a question.
11         MR. WATSON:  Well, she didn't       12:15 PM
12  finish the question.
13     Q.  You want me to explain why?  What I     12:15 PM
14  mean by a union position?
15     A.  You said union officer.         12:15 PM
16     Q.  All right, great.             12:15 PM
17         And you don't know what I mean by      12:15 PM
18  that, is that what you're saying?
19     A.  Well, I want to understand what you     12:16 PM
20  are saying by union officer.
21     Q.  Sure.  Were you elected to any         12:16 PM
22  position in the union for the 2015-2016 school
23  year?
24     A.  No.                      12:16 PM
25     Q.  Had you been designated as steward by   12:16 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

123

1          Carol Melton
2    the union during the 2015-2016 school year?
3          A.  I was on an ongoing committee.          12:16 PM
4          Q.  Had you been designated as a steward?   12:16 PM
5    Yes or no.
6          A.  Yes, that would be a steward.          12:16 PM
7          Q.  All right.  So if the union said you   12:16 PM
8    weren't a steward, they would be lying; is that
9    correct?
10         A.  That's correct.                        12:16 PM
11         Q.  O.K.  Did the union, in fact, tell the 12:16 PM
12   district that you were not a steward?
13         A.  Yes, they did.                         12:16 PM
14         Q.  If you were not a steward and          12:16 PM
15   you were not an elected union official, did you
16   have any right to engage in union business while
17   being paid a paycheck by the school district?
18         A.  The union claimed that I was not a     12:16 PM
19   steward.
20         Q.  Right.                                 12:16 PM
21         A.  That was not true.                     12:16 PM
22         Q.  O.K.  So let's see what we've got      12:16 PM
23   here.  You, in fact, filed a grievance on that
24   subject, didn't you?
25         A.  Yes, for my pay.                       12:16 PM

124

1          Carol Melton
2          Q.  All right.  So first of all let's talk 12:17 PM
3    about you acknowledge that the union took the
4    position that for three-and-a-half days -- well,
5    let's mark a document.  Make it easier.  I don't
6    want to confuse you.
7              MR. RUSHFIELD:  Defendant's D.         12:17 PM
8              (Whereupon, Defendant's               12:17 PM
9         Exhibit D, 10/24/16 email from Lesley
10        Callis to Leighann Ciferri, 000292, is
11        marked for identification, as of this
12        date.)
13         Q.  Let me show you Defendant's D.  So     12:18 PM
14   this is an October 24, 2016 email from your union,
15   from Lesley Callis to Leighann Ciferri.  Who is
16   Lesley Callis?
17         A.  Lesley Callis was the President at the 12:19 PM
18   time in 2015.
19         Q.  At the time during the 2015-2016       12:19 PM
20   school year that you used the business days?
21         A.  I used the union business days.        12:19 PM
22         Q.  While Ms. Callis was the local union   12:19 PM
23   president.
24         A.  Yes.                                   12:19 PM
25         Q.  Leighann, L-e-i --                     12:19 PM

125

1          Carol Melton
2          A.  Leighann.                              12:19 PM
3          Q.  L-e-i-g-h-a-n-n, Ciferri,              12:19 PM
4    C-i-f-e-r-r-i, who is she?
5          A.  Leighann Ciferri is the current union  12:19 PM
6    president of Local 3209.
7          Q.  And this document, this email is dated 12:19 PM
8    October 24, 2016.  At that time was Ms. Ciferri the
9    president of the local union?
10         A.  Yes.                                   12:20 PM
11         Q.  O.K.                                   12:20 PM
12         A.  I believe so.                          12:20 PM
13         Q.  So Ms. Callis -- well, what's          12:20 PM
14   Ms. Callis's race?  Is she white or black?
15         A.  She's white.                           12:20 PM
16         Q.  And do you believe Ms. Callis engaged  12:20 PM
17   in race discrimination when she wrote this email?
18         A.  She was in collusion with the          12:20 PM
19   district.
20         Q.  And you know she was in collusion with 12:20 PM
21   the district to retaliate against you?
22         A.  That is my belief.                     12:20 PM
23         Q.  And what's the basis for your belief   12:20 PM
24   that she was in collusion with the district to
25   engage in retaliation against you?

126

1          Carol Melton
2          A.  Because she lied.                      12:20 PM
3          Q.  So she's in collusion because of what  12:20 PM
4    she said in this email.
5          A.  That's correct.                        12:20 PM
6          Q.  Anything else that leads you to        12:20 PM
7    conclude she was in collusion with the district?
8          A.  Which person are you talking about,    12:20 PM
9    Ms. Callis?
10         Q.  Ms. Callis.                            12:20 PM
11         A.  She is, in this email, she is          12:20 PM
12   confirming something that is not true.
13         Q.  Other than this email -- I understand  12:21 PM
14   what you're saying.  You're saying the email is not
15   true and therefore she's in collusion, but of
16   course she didn't send the email to the district,
17   she sent it to the union president, the new union
18   president.  But, putting that aside, other than
19   this email, do you have anything else that leads
20   you to believe that Ms. Callis was in collusion?
21         A.  That she was in collusion?             12:21 PM
22         Q.  Yes.  You said Ms. Callis was in       12:21 PM
23   collusion with the district to retaliate against
24   you.
25         A.  Yes.                                   12:21 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

127

Carol Melton

1
2    Q.  What motive would Ms. Callis have to    12:21 PM
3    retaliate against you?
4        MR. WATSON:  Objection.        12:21 PM
5    Q.  What motive do you claim she would    12:21 PM
6    have to retaliate against you?
7    A.  I cannot speak to what her motives    12:21 PM
8    are.  I can only seek to what was written down.
9    Q.  All right.  So the only reason that    12:21 PM
10   you claim that she in collision is because they
11   wrote something in a memo that you believe is not
12   true -- in an email that you believe is not true,
13   is that fair?
14   A.  That is not true.        12:21 PM
15   Q.  Is that fair?  That's the only reason    12:21 PM
16   you claim she was in collusion, right?
17   A.  Yes.        12:22 PM
18   Q.  Is Ms. Ciferri also in collusion with    12:22 PM
19   the district to retaliate against you?
20   A.  Yes.        12:22 PM
21   Q.  Do you have a motive?  Can you give me    12:22 PM
22   a motive that you would claim Ms. Ciferri would
23   have to retaliate against you?
24   A.  Ms. Ciferri, Leighann Ciferri, is also    12:22 PM
25   confirming that this is true.

128

Carol Melton

1
2    Q.  So Ms. -- right, O.K.  'Cause    12:22 PM
3    Ms. Ciferri, you're saying, confirmed that to the
4    district; is that correct?
5    A.  Right.        12:22 PM
6    Q.  O.K.  We keep going back to the fact    12:22 PM
7    that you say is the basis for claiming collusion.
8        Are you claiming that Ms. Ciferri    12:22 PM
9    wanted to retaliate against you?
10   A.  What I said was that Ms. Ciferri was    12:22 PM
11   in collusion with the district.
12   Q.  To retaliate --        12:22 PM
13   A.  And she knew --        12:22 PM
14   Q.  Sorry.        12:22 PM
15   A.  -- that what Ms. Callis wrote was not    12:22 PM
16   through.
17   Q.  O.K.        12:22 PM
18   A.  Which then caused the district to    12:22 PM
19   deduct three-and-a-half days of pay from my salary.
20   Q.  It's your claim that the district    12:23 PM
21   asked Ms. Callis to issue this email?
22   A.  I don't know who asked.  All I know is    12:23 PM
23   that this email was sent to Ms. Ciferri.
24   Q.  O.K.  So I'm trying to figure out    12:23 PM
25   where the collusion part is.  How was the district

129

Carol Melton

1
2    involved in this email getting issued?  Did they
3    ask the union to issue this particular email to
4    agree that you were not permitted to use union
5    business days; is that what you're saying?
6    A.  Yes, I would say that --        12:23 PM
7    Q.  Who --        12:23 PM
8    A.  -- the district --        12:23 PM
9    Q.  -- Yes.        12:23 PM
10   A.  -- must have asked the union for a    12:23 PM
11   clarification or confirmation that I had either a
12   steward or part of a committee that would warrant
13   using three-and-a-half union business days.
14   Q.  So you're saying that your    12:23 PM
15   understanding of what the district may have done is
16   the district may have inquired or -- either
17   inquired as to whether you were entitled to use
18   business days or asked the union to confirm that
19   you were not entitled to it; that would be the
20   collusion that you're referring to by the district,
21   correct?
22   A.  No.  That's asking for information.    12:24 PM
23   Once the district -- once the union provided this
24   information in writing to the district and they
25   know that this is not true, then they're colluding.

130

Carol Melton

1
2    Q.  O.K.  And how did the district -- why    12:24 PM
3    are they colluding?  Why do you think they're
4    colluding?
5    A.  Which?        12:24 PM
6    Q.  The union, why is the union colluding?    12:24 PM
7    A.  I don't know why.  I just know that    12:24 PM
8    their actions are that they are not in that
9    position where they're telling the truth in this
10   instance.
11   Q.  O.K.  So, I mean this is a case of    12:24 PM
12   either race discrimination or retaliation.  Are you
13   claiming that Ms. Callis and/or Ms. Ciferri were
14   trying to assist the district in retaliating
15   against you because you filed an EEOC complaint?
16   A.  I don't know if they were aware or not    12:25 PM
17   aware.  I just know that their actions are that
18   they're assisting the district.
19   Q.  And they're assisting the district by    12:25 PM
20   simply agreeing that you weren't entitled to the
21   union business days, correct?
22   A.  Yes.        12:25 PM
23   Q.  O.K.  Let's get the grievance stuff.    12:25 PM
24   A.  Oh.        12:25 PM
25   Q.  Yes, go ahead.        12:25 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

131

Carol Melton

1
2      A.  Can I make a text so I can be picked    12:25 PM
3  up before we have that break so there's no delay?
4      Q.  Go right ahead.                    12:26 PM
5      A.  'Cause I don't want to be walking.    12:26 PM
6      Q.  So we have October 24, 2015, that's    12:28 PM
7  Defendant's D, where the union puts out this email
8  from one president to another saying you weren't
9  entitled to three-and-a-half business days.
10      MR. RUSHFIELD:  Let's have this    12:28 PM
11  marked as Defendant's E.
12      (Whereupon, Defendant's    12:29 PM
13  Exhibit E, 6/21-22/16 email stream
14  between Carol Melton and Dr. Ronel Cook,
15  000192, is marked for identification, as
16  of this date.)
17      Q.  Showing the witness Defendant's E.    12:29 PM
18  This is an email stream between you and Dr. Cook.
19  It begins with Dr. Cook writing to you on June 21,
20  2016, in which he says he's learned that you
21  utilized three-and-a-half school days to conduct
22  union business, and then he asks a number of
23  questions.  He asks what is your official title as
24  an officer; who are the other officers who worked
25  with you; what type of work was performed; was

132

Carol Melton

1
2  Ms. Callis aware of it; did you receive
3  authorization from your school principal, him or
4  Superintendent Williams for the three-and-a-half
5  days, and your response's above that; is that
6  correct?
7      A.  Yes.                            12:30 PM
8      Q.  O.K.                            12:30 PM
9      MR. WATSON:  Oh, counselor, I    12:30 PM
10  actually have a different document here.
11      MR. RUSHFIELD:  That probably    12:30 PM
12  explains why I have another one here.  I
13  gave you the one that doesn't have the
14  response?
15      MR. WATSON:  Right.                12:30 PM
16      MR. RUSHFIELD:  Here you go.  I    12:30 PM
17  will take that one back.  It's on here
18  anyway.  This, what you gave back to me,
19  was the inquiry by Dr. Cook, which is on
20  the bottom of Defendant's E.
21      Q.  Now, according to the timeframe here,    12:30 PM
22  Mr. Cook didn't contact you about this subject
23  until June 21, 2016 and it was a number of months
24  later, Defendant's D, that Ms. Callis wrote to
25  Ms. Ciferri.  Let's move on.

133

Carol Melton

1
2      MR. RUSHFIELD:  Let's mark this    12:31 PM
3  as Defendant's F.
4      (Whereupon, Defendant's    12:31 PM
5  Exhibit F, 6/21/16 email from Sheryl
6  Small to Dr. Ronel Cook, 000225, is
7  marked for identification, as of this
8  date.)
9      Q.  Showing you Defendant's F, that's an    12:32 PM
10  email from Sheryl Small to Dr. Cook, dated June 21,
11  2016.  Who's Ms. Small or who was she then?
12      A.  I only know that she works in the    12:32 PM
13  district.  I don't know the exact name of her
14  title.
15      Q.  Does she work in the administration    12:32 PM
16  building?
17      A.  Yes, I believe so.                12:32 PM
18      Q.  She said that on June 21 she spoke to    12:32 PM
19  you that morning to ask you about your union
20  business time.  Did that happen?  Did she have a
21  conversation with you on that date?
22      A.  I don't remember.                12:32 PM
23      Q.  Do you recall having a conversation    12:32 PM
24  with her about the subject of your use of union
25  business time?

134

Carol Melton

1
2      A.  I don't remember that.            12:32 PM
3      Q.  O.K.  According to this, she informed    12:32 PM
4  you that you cannot use business time, that it's
5  only for officers and has to be preapproved and so
6  you will be docked for those days.  Did Ms. Small
7  have that conversation with you?
8      A.  I said I don't remember the        12:33 PM
9  conversation.
10      Q.  You don't remember that either.  All    12:33 PM
11  right.
12      She said she went through your time    12:33 PM
13  back to the '11-12 school year and sees no record
14  of your using union business days.  Had you ever
15  used union business days between the 2011-12 school
16  year and the use of union business days in June of
17  2016?
18      A.  I'm sorry, what was the question?    12:33 PM
19      Q.  When had you used union business days    12:33 PM
20  in 2015-2016 school year?
21      A.  What were the dates?            12:33 PM
22      Q.  Well, yes, or give me at least a    12:33 PM
23  month.
24      A.  It was -- I think it was October.  I'm    12:33 PM
25  not real sure of the days.

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

135

```
1              Carol Melton
2       Q.  Well, by the fact that we have      12:34 PM
3   Defendant's D, where the issue is being addressed
4   by your union, is it fair to say that it was before
5   October 24th, 2016?  I'm sorry.  Withdraw that.  It
6   had to be.
7              We know it was before June of 2016.   12:34 PM
8   Do you recall how early it was in the school year
9   that you used union business days?
10      A.  I think the approximate time was in    12:34 PM
11  October.
12      Q.  Of 2015.                    12:34 PM
13      A.  Of Twenty -- what was it?  I'm not     12:34 PM
14  sure.  I know it was October --
15      Q.  O.K.                       12:34 PM
16      A.  -- sometime.                 12:34 PM
17      Q.  This issue is coming up with the       12:34 PM
18  district in June of 2016.  Am I correct that it
19  happened, it was October 6 that same school year,
20  Ms. Melton?
21      A.  I said I don't remember if it was     12:34 PM
22  then.
23      Q.  All right.  We'll move on.           12:35 PM
24             According to Defendant's F, Ms. Small   12:35 PM
25  went back till the '11-12 school year and saw no
```

136

```
1              Carol Melton
2   record of your using union business days.  Had you
3   used union business days before the 2015-2016
4   school year?  Had you used union business days
5   before that?
6       A.  Yes.                        12:35 PM
7       Q.  All right.  And did you report those   12:35 PM
8   union business days to the principal of the school
9   you were working in?
10      A.  That's not something you needed to do.  12:35 PM
11      Q.  Did you report it to anybody?         12:35 PM
12      A.  You just put it into the system.      12:35 PM
13      Q.  You put union business day into the    12:35 PM
14  system?
15      A.  That's correct.               12:35 PM
16      Q.  And then it will come up in the       12:35 PM
17  system, so Ms. Small should have seen that in the
18  system that you used it before, right?
19      A.  I don't know.                 12:35 PM
20      Q.  If it's in the system, if Ms. Small   12:35 PM
21  has access to that system, you understand she would
22  be able to find out you had used it because she
23  says you didn't.
24      A.  I don't know if that was the same     12:36 PM
25  system we were using in that particular timeframe.
```

137

```
1              Carol Melton
2       Q.  If you don't know, you don't know.  Do  12:36 PM
3   you want to hand me these back, please.
4       A.  O.K.                       12:36 PM
5       Q.  You filed a grievance on this subject,  12:36 PM
6   right?  Correct?
7       A.  Yes.                        12:36 PM
8          MR. RUSHFIELD:  G.              12:36 PM
9          (Whereupon, Defendant's           12:36 PM
10      Exhibit G, 6/30/16 Official
11      Grievance Form re loss of pay for
12      union business days, one-page, is
13      marked for identification, as of
14      this date.)
15      Q.  Defendant's G.  This is a grievance    12:37 PM
16  you filed on the subject of you being deducted from
17  your paycheck days that you had allegedly used for union
18  business?  Yes or no.
19      A.  Yes.                        12:37 PM
20      Q.  O.K.  And was that grievance denied?    12:37 PM
21      A.  Yes.                        12:37 PM
22      Q.  It was denied both by Dr. Cook and by   12:37 PM
23  the Board of Education, wasn't it?
24      A.  I know it was on Step I.  I don't know  12:38 PM
25  the subsequent steps.
```

138

```
1              Carol Melton
2          MR. RUSHFIELD:  Well, let's have       12:38 PM
3   this marked as H.
4          (Whereupon, Defendant's           12:38 PM
5       Exhibit H, 7/13/15 Memorandum from Dr.
6       Ronel Cook to Leighann Ciferri, Subject:
7       State II Response, 000076-77, is marked
8       for identification, as of this date.)
9          (Whereupon, Defendant's           12:38 PM
10      Exhibit I, 8/12/16 memo, from Ralph
11      Coates to Leighann Ciferri, Re:  Stage
12      III Response, 000074, is marked for
13      identification, as of this date.)
14      Q.  Let me show you what's been marked as  12:39 PM
15  Defendant's H, Ms. Melton.  Have you seen that
16  before today?  Ms. Melton, have you seen that
17  before today?
18      A.  I may have.                  12:40 PM
19      Q.  Well, you'll notice there's a Bates    12:40 PM
20  stamp number on it, which means if you looked at
21  the documents we produced to you, you would have
22  seen it.
23             Am I correct, am I not, that Dr. Cook  12:40 PM
24  at Stage II denied your grievance claiming that you
25  were not entitled to union business days?
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

139

Carol Melton

1
2    A.   Yes.                           12:40 PM
3    Q.   O.K.  I'll show you Defendant's I.    12:40 PM
4  And that purports to be a Board of Education
5  decision by the President of the Board of Ed.
6    A.   Yes.                           12:40 PM
7    Q.   Which is the same conclusion as    12:40 PM
8  Dr. Cook, that you weren't entitled to the union
9  business days, right?
10   A.   That's what it says.            12:41 PM
11   Q.   O.K.  Did your union arbitrate the    12:41 PM
12 grievance?
13   A.   No.                            12:41 PM
14   Q.   Union's position, as you knew, is that  12:41 PM
15 you were not entitled to the pay, right?
16   A.   The union was not going to arbitrate    12:41 PM
17 it.
18   Q.   You knew the union's position.  You    12:41 PM
19 know the union's position as of October of 2016,
20 when they communicated amongst each other, that you
21 were not entitled to union business days, right?
22        That's your collusion claim, but you    12:41 PM
23 know the union's position in writing was that you
24 weren't entitled to it, right?
25        MR. WATSON:  Objection.         12:41 PM

---

140

Carol Melton

1
2    A.   The union put in writing that I wasn't  12:41 PM
3  entitled to it, but I also said the union was
4  lying.
5    Q.   I understand that.             12:41 PM
6        You claim you were entitled to it, but  12:41 PM
7  you understand they did not arbitrate the claim,
8  right?
9    A.   They wouldn't arbitrate the claim if   12:41 PM
10 they're lying.
11   Q.   They wouldn't arbitrate the claim    12:41 PM
12 'cause their position was different than yours.
13   A.   No.  I --                      12:42 PM
14   Q.   They didn't arbitrate the claim simply  12:42 PM
15 because you believe they were lying.
16   A.   I know they were lying.        12:42 PM
17   Q.   O.K.  And the district's position that  12:42 PM
18 you weren't entitled to it, are they also lying?
19   A.   The district received the information   12:42 PM
20 from my union.
21   Q.   So they relied upon the information    12:42 PM
22 they got from your union.
23   A.   That is correct.               12:42 PM
24   Q.   O.K.  So are you claiming that the    12:42 PM
25 district relying on the information they got from

---

141

Carol Melton

1
2  your union in denying you days for union business
3  was because of your race?
4    A.   What I've said was the district --    12:42 PM
5    Q.   Are you claiming it was because of    12:42 PM
6  your race?
7    A.   The district in -- the union, in    12:42 PM
8  collusion, with the district performed some sort of
9  retaliatory action based on a lie.  The district
10 also deducted an extra day that was not put into
11 the system as a union day.  That has not been
12 explained.  So they took an additional day that was
13 not part of --
14   Q.   Did they take only three-and-a-half    12:43 PM
15 days --
16        MR. WATSON:  Let her finish her    12:43 PM
17 answer, sir.
18   Q.   -- or did they take more than --    12:43 PM
19        MR. WATSON:  Counselor.         12:43 PM
20   Q.   I'm sorry.  Is there something else    12:43 PM
21 you wanted to say?
22   A.   The district took three-and-a-half    12:43 PM
23 days from my pay.
24   Q.   Right.  And that's what your grievance  12:43 PM
25 was about, in fact, wasn't it?

---

142

Carol Melton

1
2    A.   Because I need --              12:43 PM
3    Q.   Was your grievance not about the    12:43 PM
4  three-and-a-half days?
5    A.   My grievance was about          12:43 PM
6  three-and-a-half days, but in the writing it says
7  it was all union days.  That is not correct.
8    Q.   O.K.                           12:43 PM
9    A.   The district took an additional day    12:43 PM
10 which has not been explained.
11   Q.   Right.  And did the district ever    12:43 PM
12 state that it acknowledged that it had taken an
13 additional day?
14   A.   The district has not confirmed nor    12:43 PM
15 denied.
16   Q.   The district has taken           12:43 PM
17 three-and-a-half days from you for unapproved union
18 business; that's what the district has done, right?
19   A.   They took three-and-a-half days.    12:43 PM
20   Q.   For what they claimed was unapproved    12:43 PM
21 union business, correct?
22   A.   That's what they said.         12:44 PM
23   Q.   You grieved that action by the    12:44 PM
24 district, right?
25   A.   I grieved that action, yes.    12:44 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

143

1              Carol Melton
2        Q.  You claimed that contractually they      12:44 PM
3    weren't entitled to take any of that money away
4    from you, right?  Right?
5        A.  Yes.                              12:44 PM
6        Q.  And your grievance was denied both by    12:44 PM
7    Dr. Cook at Stage II and by the Board of Education
8    at Stage III, right?
9        A.  Yes.                              12:44 PM
10       Q.  And your union did not arbitrate the     12:44 PM
11   claim because, at least according to you, their
12   position by lying was the same as the district's
13   right?
14       A.  Yes.                              12:44 PM
15       Q.  O.K.  But it's your claim that this     12:44 PM
16   was retaliation by the district for your having
17   filed an EEOC complaint; is that correct?
18       A.  I don't believe I said that.       12:44 PM
19       Q.  Is that your claim, that they engaged    12:44 PM
20   in this process of taking the days and denying your
21   grievance in collusion with your union because the
22   district wanted to retaliate against you for your
23   filing the EEOC complaint?  Is that your claim?
24       A.  I believe that the union was in        12:45 PM
25   collusion with the district.

144

1              Carol Melton
2        Q.  Is that your claim, that the district   12:45 PM
3    retaliated against you in collusion with your union
4    because you filed this EEOC complaint with regard
5    to this three-and-a-half day union business?
6        A.  I can say that, yes.              12:45 PM
7        Q.  That's your position.            12:45 PM
8        A.  I can say that, yes.              12:45 PM
9        Q.  And other than the fact do you       12:45 PM
10   disagree with the union and the district, do you
11   have any other evidence that this was in
12   retaliation for your EEOC complaint?
13       A.  I'm unsure what you mean by evidence.   12:45 PM
14       Q.  Well, you claim it was in retaliation.  12:45 PM
15   What we have in front of us is your union and the
16   district agreeing what the contract requires.  You
17   may think it's all collusion, that's what you're
18   saying, but they agree that that's what's required.
19           You have no knowledge of them -- am I   12:45 PM
20   correct that you have no knowledge of the union and
21   the district actually engaging in any acts of
22   collusion?  Do you have any knowledge of them
23   actually engaging in any acts of collusion, of
24   discussing among them let's do this against
25   Ms. Melton?  Do you have any evidence of that or

145

1              Carol Melton
2    knowledge of that?
3           MR. WATSON:  Objection.           12:46 PM
4        Q.  Do you have any knowledge of that?     12:46 PM
5        A.  I have knowledge of the fact that the   12:46 PM
6    union lied.
7        Q.  Do you have anything else other than    12:46 PM
8    your knowledge that the union lied?
9        A.  Not at this time.                 12:46 PM
10       Q.  And do you know why the union lied?     12:46 PM
11       A.  Do I know?                       12:46 PM
12       Q.  Yes.  You said they lied.  They must    12:46 PM
13   have a reason, right?  Why did they lie?
14       A.  I can't speak to why they lied.      12:46 PM
15       Q.  Do you have any knowledge of why they   12:46 PM
16   lied?
17       A.  I know that they lied.            12:46 PM
18       Q.  Do you have any knowledge of why they   12:46 PM
19   lied?
20       A.  I don't know why, what they're --    12:46 PM
21       Q.  That's what I figured.            12:46 PM
22       A.  -- what their actions were, what they   12:46 PM
23   wanted to do.  Only that --
24       Q.  Only that --                     12:47 PM
25       A.  -- they lied and it subsequently ended  12:47 PM

146

1              Carol Melton
2    in my having three-and-a-half days deducted from my
3    pay.
4        Q.  You understand that that           12:47 PM
5    three-and-a-half days being deducted from your pay
6    and the end result was a consequence of the union
7    taking the position that you weren't entitled to
8    it, right?
9        A.  Yes.                             12:47 PM
10       Q.  O.K.                             12:47 PM
11           MR. RUSHFIELD:  I don't know if     12:47 PM
12   we're a waiting for someone to come for
13   you, in which case we will go until they
14   come for you.
15           THE WITNESS:  Yes.                12:47 PM
16           MR. RUSHFIELD:  Let me see if      12:47 PM
17   he's here.
18           Off the record.                   12:47 PM
19           (Whereupon, at 12:47 a lunch        12:47 PM
20   recess is taken.)
21
22
23
24
25

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

147

1
2          AFTERNOON SESSION              01:31 PM
3          (Time noted: 1:31 p.m.)        01:31 PM
4    WHEREUPON,                           01:31 PM
5          CAROL MELTON,                  01:31 PM
6    having been previously duly          01:31 PM
7    sworn/affirmed by a Notary Public, is
8    examined and testifies further as
9    follows:
10   EXAMINATION (Resumed)                01:31 PM
11   BY MR. RUSHFIELD:                    01:31 PM
12       Q.  Ms. Melton, at Morse School, does the   01:31 PM
13   school day end for you at 2:45 p.m.?
14       A.  Yes, that's approximately right.   01:31 PM
15       Q.  O.K.  And the 21st Century       01:31 PM
16   after-school program at Clinton, doesn't that start
17   at 2:35 p.m.?
18       A.  I -- my understanding is it started at   01:32 PM
19   2:30.
20       Q.  O.K.  When you were at Morse, how   01:32 PM
21   could you do this 21st Century after-school program
22   if that program started 15 minutes before your day
23   at Morse ended?
24       A.  I'm sorry.                   01:32 PM
25       Q.  Sure.  It's easy.           01:32 PM

---

148

1                Carol Melton
2        A.  The question you're asking me is   01:32 PM
3    escaping me.  I didn't...
4        Q.  I'll do it again.          01:32 PM
5        A.  O.K.                        01:32 PM
6        Q.  Your school day at Morse ended at 2:45   01:32 PM
7    p.m.  You answered that question, right?
8        A.  Yes.                        01:32 PM
9        Q.  You said that the 21st Century   01:32 PM
10   after-school program at Clinton starts at 2:30,
11   right?  Right?
12       A.  Yes.                        01:32 PM
13       Q.  O.K.  Well, how can you be there at   01:32 PM
14   the beginning of the 21st Century after-school
15   program at Clinton if your school day at Morse
16   doesn't end until 2:30, 15 minutes after the 21st
17   Century program begins?
18       A.  I know that the school day ends later,   01:33 PM
19   too, at Clinton as well.
20       Q.  But you just told me that they start   01:33 PM
21   the 21st Century after-school program at 2:30.
22       A.  That is true.              01:33 PM
23       Q.  O.K.  So how would you be at Morse   01:33 PM
24   until 2:45 doing your Teaching Assistant duties
25   there and be at the after-school program at

---

149

1                Carol Melton
2    Clinton, the 21st Century one, 15 minutes before
3    you school day ends?
4        A.  I would say that the person who is in   01:33 PM
5    that position is starting earlier, but also if
6    there's a sub and whatever building they're coming
7    from would arrive at the time that they arrive at.
8        Q.  O.K.  You've seen the discovery
9    materials that I sent you in this matter.  Have you
10   reviewed them at all?
11       A.  Yes, I reviewed them.       01:33 PM
12       Q.  O.K.  Do you recall there being -- let   01:33 PM
13   me ask you a question.
14           In your complaint you allege that you   01:33 PM
15   made a complaint against Dr. Cook that he was
16   harassing you.  Do you recall that?
17       A.  Yes.                        01:34 PM
18       Q.  Do you believe he was harassing you --   01:34 PM
19   and this is before you filed your EEOC complaint,
20   correct?  Your harassment complaint of Dr. Cook was
21   before you filed your EEOC complaint; is that not
22   correct?
23       A.  Yes.                        01:34 PM
24       Q.  O.K.  Is it your belief Dr. Cook was   01:34 PM
25   harassing you because you're African-American?

---

150

1                Carol Melton
2        A.  O.K., you're saying that --   01:34 PM
3        Q.  No.  It's a simple question.  Did you   01:34 PM
4    believe that Dr. Cook was harassing you because
5    you're African-American?  Yes or no.
6        A.  I don't remember saying that he   01:34 PM
7    harassed me before I put the EEOC case in.
8        Q.  Well, the EEOC complaint, as we know,   01:34 PM
9    is December 21, 2015.  When did you put in your
10   notice that Dr. Cook was harassing you?
11           MR. RUSHFIELD:  Let's mark this   01:35 PM
12   J.
13           (Whereupon, Defendant's        01:35 PM
14           Exhibit J, 10/31/16 email, from
15           Carol Melton to Dr. Nicole
16           Williams, Re: Cease and desist
17           from stalking, harassment,
18           intimidation, etc., 000167, is
19           marked for identification, as of
20           this date.)
21       Q.  Here's your harassment complaint,   01:36 PM
22   Defendant's J.  It's dated October 31, 2016, and it
23   says in it that "Dr. Cook has a history and pattern
24   of repeated harassment and retaliation towards me."
25   When did that start?

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

151

Carol Melton

2    A.   Sometime in the 2016.                01:36 PM
3    Q.   So it didn't happen during the      01:36 PM
4  2015-2016 school year?
5    A.   Well, 2015-2016, so when I say 2016,   01:36 PM
6  Two Thousand, the latter part and then 2016-2017.
7    Q.   So you're saying the 2015-2016 school   01:36 PM
8  year would have ended around now in June, so it
9  would be June 28, 2016, right, in that area?
10   A.   Yes, that's when our school year ends.   01:37 PM
11   Q.   So you're saying he started harassing   01:37 PM
12 you in June of 2016?  May of 2016?  April?
13   A.   I don't know the exact date.          01:37 PM
14   Q.   Well, what was the first thing he did   01:37 PM
15 that you considered to be an act of harassment,
16 retaliation or intimidating actions?
17   A.   In addition to this letter in front of   01:37 PM
18 me?
19   Q.   Well, the letter doesn't tell me      01:37 PM
20 about, actions.  I'm talking about what is the
21 first thing he did that you considered to be an act
22 of harassment, intimidation, retaliation?
23   A.   When he followed me to a school, when   01:37 PM
24 he --
25   Q.   Well, when was that?  When did he      01:37 PM

152

Carol Melton

2  follow you to a school?
3    A.   That was in 2015-2016 school year.      01:37 PM
4    Q.   When?  Give me a month.               01:37 PM
5    A.   It was on October twenty -- in        01:38 PM
6  October, 24th, 25th, yes.
7    Q.   October twenty?                       01:38 PM
8    A.   Fourth, 25th.                         01:38 PM
9    Q.   Of 2015.                              01:38 PM
10   A.   2016.                                 01:38 PM
11   Q.   That would be a week before this      01:38 PM
12 email.
13   A.   Yeah, because this is what --         01:38 PM
14   Q.   But that would make it in the         01:38 PM
15 2016-2017 school year, not at all in the 2016-2017
16 school year.
17   A.   Right.                                01:38 PM
18   Q.   So the first incident of what you      01:38 PM
19 considered harassment, intimidation, et cetera
20 happened around October 24, 2016; is that your
21 testimony?
22   A.   What I'm saying is -- when I first      01:38 PM
23 noticed it?
24   Q.   Well, when he first did something --    01:38 PM
25   A.   Right.                                01:38 PM

153

Carol Melton

2    Q.   -- that you considered to be          01:38 PM
3  intimidating, harassing, retaliating.
4    A.   Well, a compilation of everything      01:39 PM
5  together and getting to this last incident led me
6  to believe that.
7    Q.   I want to ask you when is the first     01:39 PM
8  incident, even with hindsight what's the first
9  incident that has led you to believe by October 31,
10 2016 that Dr. Cook was engaging in harassment,
11 retaliation, intimidation?
12   A.   That I'm aware of is the deducting of   01:39 PM
13 the three-and-a-half days.
14   Q.   In June of 2016.                      01:39 PM
15   A.   Yes.                                  01:39 PM
16   Q.   Right?                                01:39 PM
17   A.   Yeah, if that's the date.             01:39 PM
18   Q.   So that's the first thing that you      01:39 PM
19 considered to be an act of intimidation,
20 harassment, et cetera was Dr. Cook -- was his
21 involvement in the deduction.  Was he the one that
22 decided that the deduction would be made?
23   A.   He is the one who decides.            01:39 PM
24   Q.   He decides, not the Superintendent of   01:39 PM
25 Schools?

154

Carol Melton

2    A.   Not that I'm aware of, no.            01:39 PM
3    Q.   Are you aware that he's the one who     01:39 PM
4  made the final decision?
5    A.   That's what I am aware of, yes.        01:39 PM
6    Q.   How do you know he made the final       01:40 PM
7  decision?
8    A.   Because he -- his position isn't Human   01:40 PM
9  Resources.
10   Q.   Who is the final decision-maker in the   01:40 PM
11 district below the Board of Education?
12   A.   Generally, the superintendent.        01:40 PM
13   Q.   Do you know whether she's the one who   01:40 PM
14 made the decision?
15   A.   I do not know that.                   01:40 PM
16   Q.   So as far as you know, she may have     01:40 PM
17 made the decision.
18   A.   It's possible.                        01:40 PM
19   Q.   O.K.  Do you think she was engaging in   01:40 PM
20 harassment, intimidation or retaliation against
21 you, too?
22   A.   I don't know that.  I'm not aware of   01:40 PM
23 that.
24   Q.   You're not claiming that.             01:40 PM
25   A.   I'm not aware at this time.           01:40 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

155

Carol Melton

1
2    Q. Are you claiming it?                    01:40 PM
3    A. I'm not claiming yes or no. I'm         01:40 PM
4    saying I'm not aware of --
5    Q. Well, I'm asking yes or no. Is it a    01:40 PM
6    claim in this case that the Superintendent of
7    Schools, Dr. Williams, engaged in intimidation,
8    harassment, or retaliation against you?
9    A. At this time that we're talking about   01:40 PM
10   with Dr. Cook? No. I can't --
11   Q. By October 31, 2016, no?               01:40 PM
12   A. Yes, by this time, I'm not aware of     01:41 PM
13   anything.
14   Q. O.K. Anyway, you looked through the     01:41 PM
15   discovery in this case. Let me show you this
16   document which we will mark as K.
17       MR. RUSHFIELD: Defendant's K.          01:41 PM
18       (Whereupon, Defendant's                01:41 PM
19   Exhibit K, series of 9/22-24/15
20   emails between Nadine Dargan,
21   Dr. Ronel Cook and Dr. Nicole
22   Williams, with attached 2015-2016
23   schedule for Carol Melton,
24   000230-34 and 000113-17, is marked
25   for identification, as of this

---

156

Carol Melton

1
2    date.)
3    Q. Let me show you what's been marked as   01:41 PM
4    defendant's K. It's a series of email
5    communications between Dr. Cook and Dr. Williams
6    where an attachment of your schedule for the
7    2015-2016 school year.
8        Have you reviewed these pages, which    01:42 PM
9    are all Bates stamped, prior to today?
10   A. O.K.                                     01:42 PM
11   Q. Have you reviewed these prior to         01:42 PM
12   today?
13   A. Yes. This is many.                       01:42 PM
14   Q. Is it correct that you understand that   01:43 PM
15   these email communications represent communications
16   by Dr. Cook saying you could do the 21st Century
17   program at Clinton despite the fact that the
18   program starts earlier at Clinton than the end of
19   your school day and that Dr. Williams was the one
20   who said no, you could not? Do you understand that
21   from reading this?
22   A. Yes, I understand that.                  01:43 PM
23   Q. So you understand the decision on this   01:43 PM
24   issue about whether you could do that program was
25   made by Dr. Williams. In fact, Dr. Cook thought

---

157

Carol Melton

1
2    they could make some kind of accommodation, which
3    Dr. Williams wasn't prepared to do, right?
4    A. It appears to be that way.               01:43 PM
5    Q. Right. So you're claiming that           01:43 PM
6    Dr. Williams was taking action against you in
7    September of 2015 because you're African-American?
8    Are you claiming that?
9    A. What I'm saying is that I was not        01:43 PM
10   aware of this.
11   Q. You are now.                             01:44 PM
12   A. I am now.                                01:44 PM
13   Q. Well, we're talking about today, as of   01:44 PM
14   today, 'cause your claim in this case you were
15   denied this position, 21st Century grant Teaching
16   Assistant position at Clinton because of your race.
17   It was too early to be retaliation, it had to be
18   race.
19       MR. WATSON: Objection.                  01:44 PM
20   Q. This document makes clear to you, does   01:44 PM
21   it now not, that, in fact, Dr. Williams was the one
22   who made that eventual decision, contrary, actually
23   to the recommendation of Dr. Cook, right?
24   A. Contrary -- say that again.             01:44 PM
25   Q. You understood that Dr. Cook took the    01:44 PM

---

158

Carol Melton

1
2    position that they could make an accommodation for
3    you to be able to go to Clinton to do this program
4    even though your Morse employment took you beyond
5    the beginning of the Clinton 21st Century program,
6    you understood that from this document, right?
7    A. Yes, after I read it, yes.               01:44 PM
8    Q. Well, obviously.                         01:44 PM
9        You also understood from this document  01:44 PM
10   that Dr. Williams is the one who said no, that's
11   not acceptable and that somebody else would have to
12   be assigned to the Clinton program, right?
13   A. Yes.                                     01:45 PM
14   Q. O.K. Well so, you understand, do you     01:45 PM
15   not, that Superintendent Williams was the one who
16   decided that you could not be assigned to the 21st
17   Century Teaching Assistant program at Clinton for
18   the 2015-2016 school year; you understand that from
19   this, do you not?
20   A. Yes, I read that.                        01:45 PM
21   Q. All right. So I ask you again,           01:45 PM
22   'cause you claim it was an action of race
23   discrimination, are you claiming that Dr. Williams
24   was discriminating against you because you were
25   African-American, at that time, beginning of the

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

159

1         Carol Melton
2    2015-2016 school year?
3         A.  I --                           01:45 PM
4         Q.  Yes or no.                      01:45 PM
5         I made the claim that discrimination    01:45 PM
6    was -- this I just found out.  Whether or not she
7    was behind the scenes, I'm not aware of that.
8         Q.  But now you are.  But now you are.    01:46 PM
9         A.  Yes.                            01:46 PM
10        Q.  You know as of the date you read these   01:46 PM
11   documents we produced to you in discovery that
12   Dr. Williams is the one who made that decision,
13   right?  You see that here.
14        A.  Yes, I know that now.           01:46 PM
15        Q.  So I'm asking, today, are you still    01:46 PM
16   claiming that when you didn't get the Clinton
17   after-school 21st Century grant position that it
18   was an act of race discrimination because Ms. Brown
19   got it instead of you?  Is that your claim still
20   ever after having read this?
21        A.  What I also --                  01:46 PM
22        Q.  Is that your claim after having read    01:46 PM
23   this?  Yes or --
24        A.  What I --                       01:46 PM
25        Q.  You have to answer my question.    01:46 PM

160

1         Carol Melton
2         MR. WATSON:  Counsel, you don't    01:46 PM
3    have to raise your voice.
4         MR. RUSHFIELD:  Well, you can      01:46 PM
5    see it becomes very frustrating, Counsel.
6         Q.  You have to answer the question I ask.  01:46 PM
7    It's a very simple question.
8         Are you still claiming after having    01:46 PM
9    read this, after having read Defendant's K that the
10   act decided by Dr. Williams that you would not be
11   able to get the extra assignment position,
12   21st Century grant position at Clinton was an act
13   of race discrimination?  Are you still claiming
14   that?  Yes or No.
15        A.  I am claiming --               01:47 PM
16        Q.  Yes or no.  You have to answer my    01:47 PM
17   question.
18        A.  I am answering your question.    01:47 PM
19        Q.  It's a yes or no question.  Answer my    01:47 PM
20   question.
21        A.  The question is not a yes or no, but    01:47 PM
22   it requires me to say, restate what you said.
23        So your question was, am I claiming?    01:47 PM
24   I am claiming that upon reading this, I have
25   discovered that Dr. Williams made the final

161

1         Carol Melton
2    decision.
3         Also, in these papers that you gave    01:47 PM
4    me, Dr. Cook was saying as well that someone else
5    was given the opportunity to leave work at an
6    earlier time as well.
7         Q.  All correct.  All correct.       01:47 PM
8         A.  O.K.                            01:47 PM
9         Q.  My question to you remains the same.    01:47 PM
10   Having read this, Dr. Williams, who you know is an
11   African-American, are you claiming that
12   Dr. Williams' decision that you were to not get
13   that position because of the conflict in hours,
14   that was what she's saying, was because of your
15   race?  It's a yes or no question.  Yes or no.
16        A.  Dr. Williams --                 01:48 PM
17        Q.  Can you answer my question?  You're    01:48 PM
18   either making that claim in this action now or
19   you're not.
20        A.  You made several statements.       01:48 PM
21        Q.  My statement each time, Ms. Melton, is    01:48 PM
22   the exact same thing.
23        Having read this document, knowing    01:48 PM
24   that Dr. Williams is the one who made the
25   decision --

162

1         Carol Melton
2         A.  Mm-hmm.                         01:48 PM
3         Q.  -- nobody else, in fact, there was a    01:48 PM
4    conflict between her and Dr. Cook on it, knowing
5    all that, and having earlier testified that you
6    believed this decision that you not get that
7    assignment in Clinton, this 21st Century grant
8    position you said earlier was because of your race,
9    are you still maintaining that position?  You
10   either are or you are not.  Yes or no.
11        A.  I am going to maintain that position    01:49 PM
12   because I don't know what Dr. Williams' mind set at
13   that time when she made the decision.  I don't even
14   know if she knew who he was.
15        Q.  Well, if she didn't know who you were,    01:49 PM
16   then she couldn't have known your race, could she?
17        A.  That's possible.                01:49 PM
18        Q.  So I ask again, are you claiming that    01:49 PM
19   Dr. Williams' decision is because you're black?
20        A.  It's possible.                  01:49 PM
21        Q.  Anything is possible.  Do you have any    01:49 PM
22   reason to believe it's true?
23        A.  Well, you said earlier if Dr. Williams    01:49 PM
24   was black.  By her appearances, yes, she's black,
25   but she speaks Spanish, so I'm not sure what her

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

163

Carol Melton

1
2  nationality is.  I was not given the opportunity to
3  say that earlier because I was sort of cut off with
4  the yes or no.
5      Q.  I have no idea what you were just         01:49 PM
6  talking about, but that's O.K.
7      MR. WATSON:  Objection.                       01:49 PM
8      Q.  Let' move on to the question.  This       01:49 PM
9  question is simple.
10     You know that Dr. Williams was the one        01:49 PM
11 who made that decision.  You're not disagreeing
12 with that.  Either Ms. Williams made that decision
13 because you are African-American or she didn't.
14     Is it your contention that she made in        01:50 PM
15 a decision because you're African-American?  That's
16 your claim.  You're either making it or you're not.
17     A.  I don't know what she was thinking.
18     Q.  So you don't know whether your race       01:50 PM
19 played any role in that decision then.
20     A.  I don't know.                             01:50 PM
21     Q.  O.K., fair enough.  You can return        01:50 PM
22 that to me.
23     MR. RUSHFIELD:  May I have this               01:51 PM
24 marked as L.
25     (Whereupon, Defendant's                       01:51 PM

164

Carol Melton

1
2  Exhibit L, 6/14/18 email, from Carol
3  Melton to Mark Rushfield containing
4  Amended Document Requests, one page, is
5  marked for identification, as of this
6  date.)
7      Q.  Mrs. Melton, I'm showing you a            01:51 PM
8  document that's marked Defendant's L.  It's an
9  email that you sent me only, what, two weeks ago
10 today with Amended Document Requests, and the last
11 one at No. 4 asks for the name of all Teaching
12 Assistants that received positions for
13 extra-assignment/extra-service assignment in the
14 following programs and it lists them.  Is this list
15 a list of Teaching Assistant positions that you
16 claim you were denied on account of your race or in
17 retaliation because of your EEOC complaint?
18     A.  This is a list of all positions that      01:52 PM
19 Teaching Assistants would have an opportunity to
20 apply for.
21     Q.  Did you apply for all of these?           01:52 PM
22     A.  I believe so.                             01:52 PM
23     Q.  In paragraph 3 there's also a             01:52 PM
24 reference to an extended school year position
25 starting late July, early August 2017.  Apart from

165

Carol Melton

1
2  that or in addition to that, are the positions
3  named in paragraph 4 the positions that you claim
4  in this action you were denied either in
5  retaliation for your filing of the EEOC complaint
6  or because of your race?  Is this inclusive of all
7  the ones we're talking about that are teacher
8  assistant positions, not promotional ones?
9      A.  These are Teaching Assistant              01:53 PM
10 positions, yes, that you apply for.
11     Q.  Listen to my question, Ms. Melton,        01:53 PM
12 please.  I know that.  You've told me that already.
13 That's not what I'm asking you.
14     A.  These are ones that I applied for.        01:53 PM
15     Q.  All right.  Are these all the ones --     01:53 PM
16 and you didn't get any of these, right?
17     A.  I did not get any of these.               01:53 PM
18     Q.  Right.  Are these the ones you're         01:53 PM
19 claiming in this action were the ones that were
20 denied to you because of retaliation or race
21 discrimination?
22     A.  Yes.                                      01:53 PM
23     Q.  Are there more than these?  I want to     01:53 PM
24 be clear.
25     A.  Are there more than these?               01:53 PM

166

Carol Melton

1
2      Q.  In this action, which is a 2015-2016      01:53 PM
3  and 2016-2017 school years, are there additional
4  positions other than these that you claim you were
5  denied improperly?
6      A.  That are -- that Teaching Assistants      01:54 PM
7  can apply for.
8      Q.  Right, not promotional positions.        01:54 PM
9      O.K.                                          01:54 PM
10     Q.  So is this complete?                      01:54 PM
11     A.  This is -- these are what I asked for.    01:54 PM
12 I don't know whether or not it's complete.  There
13 may have been other positions --
14     Q.  Do you remember having --                 01:54 PM
15     A.  -- that were offered.                     01:54 PM
16     Q.  There may have been a host of other       01:54 PM
17 positions offered.  The question is the ones that
18 you were denied.  I gather for you to be denied to
19 it, you would have had to make application, right?
20     A.  Yes.                                      01:54 PM
21     Q.  All right.  So did you apply for any      01:54 PM
22 positions that you were denied during the 2015-2016
23 or 2016-17 school year that were Teaching
24 Assistants other than the ones listed at
25 paragraph 4 of Defendant's Exhibit L?

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

167

Carol Melton

1
2      A.  These seem to be the extent of the        01:54 PM
3   positions that I applied for.
4      Q.  O.K.  Well, that helps 'cause it          01:55 PM
5   narrows down for what we're talking about.  O.K.
6      MR. RUSHFIELD:  M.                             01:55 PM
7      (Whereupon, Defendant's                        01:55 PM
8   Exhibit M, packet of Poughkeepsie
9   City School District Board of
10  Education documents, 16 pages, is
11  marked for identification, as of
12  this date.)
13     Q.  I'm showing you, Ms. Melton, what         01:55 PM
14  we've marked as Defendant's M.  This is a document
15  that I provided to you with a number of other ones
16  in response to your paragraph 4 in Defendant's L,
17  and I did that maybe a week or so ago.  And the
18  first page -- withdraw that.
19         If we go to the second and third          01:56 PM
20  pages of this document, I'm hoping that's where it
21  is, on the third page of this document, it talks
22  about paraprofessional extra-service -- withdraw
23  that.
24         No.  We'll go to the first page of        01:57 PM
25  Defendant's M, do them in order.  The first page,

---

168

Carol Melton

1
2   this is a Board of Education Agenda Items and the
3   first page is for the position of extended school
4   year program for students with disabilities at
5   Morse School.  Did you, effective July 6th, 2015
6   extending through August 14, 2015, did you apply
7   for that position?
8      A.  Yes.                                       01:57 PM
9      Q.  O.K.  Now, it looks like you did          01:57 PM
10  not get -- you got a sub position rather than a
11  full Teaching Assistant position, right?  That's
12  what happened that year?
13     A.  That's what it looks like, yes.           01:57 PM
14     Q.  And does that also reflect your           01:57 PM
15  recollection of what happened that year?
16     A.  Yes.                                       01:57 PM
17     Q.  O.K.  Now, the Teaching Assistants who    01:57 PM
18  got positions over you, there are Sharon Bridges,
19  Atkins, Earth-Colon, C-o-l-o-n, Logan, Haggerty,
20  Shillingford, Baker.  Are you senior to all of
21  those persons?
22     A.  I'm senior to some of them.               01:58 PM
23     Q.  Are you senior to Bridges?                01:58 PM
24     A.  No.                                        01:58 PM
25     Q.  Are you senior to Atkins?                 01:58 PM

---

169

Carol Melton

1
2      A.  No.                                        01:58 PM
3      Q.  Are you senior to Earth-Colon?            01:58 PM
4      A.  I don't -- I don't remember her.          01:58 PM
5      Q.  Are you senior to Logan?                  01:58 PM
6      A.  No.                                        01:58 PM
7      Q.  Are you senior to Haggerty?               01:58 PM
8      A.  No.                                        01:58 PM
9      Q.  Are you senior to Shillingford?           01:58 PM
10     A.  Yes.                                       01:58 PM
11     Q.  O.K.  So is -- now, is Shillingford a     01:58 PM
12  white person?
13     A.  She's black.                              01:58 PM
14     Q.  So should you have gotten the position    01:58 PM
15  over Shillingford?
16     A.  Yes.                                       01:58 PM
17     Q.  So they discriminated against you in      01:58 PM
18  favor of another black teacher -- black Teaching
19  Assistant; is that your claim?
20     A.  That -- you -- you --                      01:58 PM
21     Q.  Well, you're claiming you should have     01:58 PM
22  gotten the position instead of Shillingford,
23  because of your seniority, right?
24     A.  You asked me --                            01:59 PM
25     Q.  You are claiming you should have          01:59 PM

---

170

Carol Melton

1
2   gotten that position over Shillingford because of
3   your seniority, is that not correct?
4      A.  If it's seniority, yes.                    01:59 PM
5      Q.  Well, your claim is it's supposed to      01:59 PM
6   be seniority.
7      A.  Yes.                                       01:59 PM
8      Q.  Your District-wide seniority is           01:59 PM
9   greater than Shillingford's.
10     A.  Yes.                                       01:59 PM
11     Q.  But she got it over you?                  01:59 PM
12     A.  Yes.                                       01:59 PM
13     Q.  So you're saying the district actually    01:59 PM
14  discriminated against you in favor of another black
15  Teaching Assistant, right?
16     A.  I don't know their mindset, but...        01:59 PM
17     Q.  But that's the fact, is that an           01:59 PM
18  African-American Teaching Assistant got a position
19  that you claim you should have gotten instead of
20  her, right?
21     A.  That's one claim.                         01:59 PM
22     Q.  That's what this reflects, right?         01:59 PM
23     A.  That's my claim.  Yes.                    01:59 PM
24     Q.  Now, are any of the teaching --          01:59 PM
25  actually this will probably help us.

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

171

Carol Melton

1
2     You provided me with a seniority list,  01:59 PM
3  right?
4       A.  Yes.                              01:59 PM
5       MR. RUSHFIELD:  Let's have that       01:59 PM
6  marked as N.
7       (Whereupon, Defendant's               02:00 PM
8       Exhibit N, two-page document
9       headed "Teaching Assistant
10      Seniority List 16/17 School Year,"
11      is marked for identification, as
12      of this date.)
13      Q.  I'll show you what's been marked as  02:00 PM
14  Defendant's M, and that's something that says
15  "Teaching Assistant Seniority List 16/17 School
16  Year," and you provided this to me, right?
17      A.  Yes.                              02:00 PM
18      Q.  O.K.  Where did you get this from?  02:00 PM
19      A.  I received this from my union who  02:00 PM
20  received it from the --
21      Q.  District?                         02:00 PM
22      A.  -- district.                      02:00 PM
23      Q.  O.K.  So the names who got subs,   02:00 PM
24  Christine Arnfield, is she senior to Adelma
25  Shillingford?

---

172

Carol Melton

1
2       A.  To Shillingford you said?         02:01 PM
3       A.  To Shillingford.                  02:01 PM
4       A.  Christine Arnfield?               02:01 PM
5       Q.  That's what it says.              02:01 PM
6       A.  Christine Arnfield is not on the  02:01 PM
7  paper.
8       Q.  Alice Rahemba?                    02:01 PM
9       A.  Alice Rahemba?                    02:01 PM
10      Q.  Actually she appears to be junior just  02:01 PM
11  looking at the list.  So let's go through it.
12      A.  Yes, she junior.                  02:01 PM
13      You skipped Maryann Baker, though.     02:01 PM
14      Q.  So?  What is it about Maryann Baker?  02:01 PM
15  Is she, is Maryann Baker senior to Shillingford?
16      A.  No.                               02:01 PM
17      Q.  Is she senior to -- is Maryann Baker  02:01 PM
18  black or white?
19      A.  White.                            02:01 PM
20      Q.  O.K.  Let's see who else we've got  02:01 PM
21  here.
22      Sarah Herman, isn't Sarah Herman       02:01 PM
23  senior to Adelma Shillingford?
24      A.  Yes.                              02:02 PM
25      Q.  But she's listed as a sub here.    02:02 PM

---

173

Carol Melton

1
2  Shouldn't she have gotten the position occupied,
3  let's say, by Shillingford?
4       A.  She should have gotten a position that  02:02 PM
5  was occupied by anyone who she has more seniority
6  over.
7       Q.  That would include Shillingford,   02:02 PM
8  right?
9       A.  That would include Shillingford.   02:02 PM
10      Q.  Ms. Bridges, is she black or white?  02:02 PM
11      A.  Ms. Bridges?  She's black.         02:02 PM
12      Q.  So is Sara Herman senior to         02:02 PM
13  Ms. Bridges?
14      No, I think not.                       02:02 PM
15      Is she senior to Ms. Atkins?  Is        02:02 PM
16  Ms. Atkins black or white?
17      A.  Ms. Atkins is -- she's black.       02:02 PM
18      Q.  It doesn't matter, she's senior to  02:02 PM
19  Ms. Herman.
20      A.  Yes.                               02:02 PM
21      Q.  Earth-Colon I don't think we see here,  02:02 PM
22  do we?
23      No.                                    02:02 PM
24      A.  I -- their -- I'm not sure at this  02:02 PM
25  time if Christine Arnfield, who was white, is

---

174

Carol Melton

1
2  retired.  Maryann Baker is white, but she's not a
3  Teaching Assistant.
4       Q.  I didn't ask you that.             02:03 PM
5       So anyway, Ms. Herman was entitled to  02:03 PM
6  a teaching position over Ms. Shillingford, right,
7  based on seniority?
8       A.  She's senior to anyone that -- who's  02:03 PM
9  under her.
10      Q.  Right.  And that would include      02:03 PM
11  Ms. Shillingford according to Defendant's N, right?
12      A.  Yes.                               02:03 PM
13      Q.  Herman' number 13 and Shillingford's  02:03 PM
14  number 22.
15      A.  Yes.                               02:03 PM
16      Q.  But Ms. Herman didn't get the position  02:03 PM
17  either, right?
18      A.  She did not.                       02:03 PM
19      Q.  O.K.  In order to become a sub you  02:03 PM
20  have to have applied for the teaching position,
21  correct?
22      A.  That's correct.                    02:03 PM
23      Q.  O.K.  Helen Purnell, is she white or  02:03 PM
24  black?
25      A.  She's black.                       02:04 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

175

1        Carol Melton
2        Q.   All right.  And she was also entitled   02:04 PM
3    based on her seniority to the position filled by
4    Shillingford, right?  She's senior to Shillingford,
5    right?
6        A.   Yes.                          02:04 PM
7        Q.   O.K.  So Purnell, who's a black   02:04 PM
8    Teaching Assistant, according to you, should have
9    gotten the position occupied by another black
10   Teaching Assistant but the district didn't do that,
11   right?
12       A.   I don't know other than what's on this   02:04 PM
13   paper.  I also don't know if these same TAs also
14   applied for other positions and perhaps received
15   those positions.  I only know the lineup on here
16   and what it's stating.
17       Q.   I understand.  I understand.  You only   02:04 PM
18   know what I know, what I can tell from this, which
19   is, certain people, including you became subs,
20   certain people got the full-time Teaching Assistant
21   positions; that's what it shows, right?
22       A.   Yes, that's what it's shows, yes.   02:05 PM
23       Q.   Right.  And it shows that senior   02:05 PM
24   Caucasian and senior black Teaching Assistants
25   didn't get the full Teaching Assistant positions

---

176

1        Carol Melton
2    that were occupied by both black and white people,
3    right?
4        A.   Yes.                          02:05 PM
5        Q.   All right.  And even though their   02:05 PM
6    seniority gave them greater seniority than
7    Ms. Shillingford, she got the full-time position
8    and Ms. Herman and Ms. Purnell and -- well,
9    Ms. Herman and Ms. Purnell, who were both senior
10   did not?  One's black and one's white, right?
11       A.   But not more senior than I am.   02:05 PM
12       Q.   Well, Ms. Herman is more senior than   02:05 PM
13   you.
14       A.   Yes.                          02:05 PM
15       Q.   And Ms. Purnell is more senior than   02:05 PM
16   you.
17       A.   No, Ms. Purnell is not.        02:05 PM
18       Q.   No?  Let's see now.  Right.  She's   02:05 PM
19   right behind you.
20          Ms. Herman is senior to you.     02:06 PM
21       A.   Yes.                          02:06 PM
22       Q.   And she should have got -- she was   02:06 PM
23   entitled to the position assigned to
24   Ms. Shillingford based to her seniority, according
25   to you, right?

---

177

1        Carol Melton
2        A.   According to, yes, her seniority.   02:06 PM
3        Q.   Right.                        02:06 PM
4        A.   And also --                   02:06 PM
5        Q.   Well, is there some other reason that   02:06 PM
6    Ms. Herman should have gotten it over
7    Ms. Shillingford other than her seniority,
8    according to you?
9        A.   If Ms. Herman applied for this   02:06 PM
10   position for this first time and she should have
11   received the position from the least senior person,
12   and this --
13       Q.   Over the least senior person.   02:06 PM
14       A.   Over the least senior person.   02:06 PM
15       Q.   But actually over any person who she's   02:06 PM
16   senior to, right?
17       A.   Right.                        02:06 PM
18       Q.   Well Ms. --                   02:06 PM
19       A.   But my feeling here --         02:06 PM
20       Q.   Ms. Shillingford is junior to her.   02:06 PM
21       A.   Right.                        02:06 PM
22       Q.   Ms. Shillingford did not have the   02:06 PM
23   right to retain the position over Ms. Herman,
24   according to you, right?
25          MR. WATSON:  Is there a         02:06 PM

---

178

1        Carol Melton
2    question?
3          MR. RUSHFIELD:  The end the       02:06 PM
4    question was correct.
5        Q.   Isn't that correct?           02:06 PM
6        A.   Yes.                          02:06 PM
7        Q.   Ms. Herman's seniority entitled her to   02:06 PM
8    the same position that Ms. Shillingford got; is
9    that not correct?
10       A.   Ms. Herman --                 02:07 PM
11       Q.   Is that not correct?           02:07 PM
12       A.   Ms. Herman's entitled --       02:07 PM
13       Q.   Is that not correct?           02:07 PM
14       A.   Ms. Herman's entitled to any position   02:07 PM
15   that anyone holds that she has more senior --
16   seniority over whether they're black or white.
17       Q.   Exactly.  Exactly.            02:07 PM
18          And in this case, it was a       02:07 PM
19   black person -- it was a black Teaching Assistant
20   who got a position that she was entitled to based
21   on her seniority.
22       A.   She also has more seniority over --   02:07 PM
23       Q.   You know something?  Would you answer   02:07 PM
24   my question, please.
25          MR. WATSON:  Counselor.         02:07 PM

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

179

1        Carol Melton
2        MR. RUSHFIELD:  It's very        02:07 PM
3    frustrating, Counselor.  Your witness
4    wants to say what she wants to say rather
5    than answering my questions.  I'm going
6    to insist she answer my question.
7        MR. WATSON:  I think part of it        02:07 PM
8    is the complexity of the questions that
9    are being asked.
10        MR. RUSHFIELD:  Well, I        02:07 PM
11    understand you may think that but my
12    questions are very simple.  They're
13    almost childlike in simplicity.
14        Q.  The question is, and I think you've        02:07 PM
15    answered it, but I just want to make sure we're
16    clear, Ms. Herman, who's white had an entitlement
17    over Ms. Shillingford to a Teaching Assistant
18    position for this paraprofessional extra-service
19    appointment, right?
20        A.  Ms. Herman had --        02:08 PM
21        Q.  It's a yes or no question, Ms. Melton.        02:08 PM
22    Did she not have a seniority entitlement over
23    Ms. Shillingford?
24        A.  Ms. Herman --        02:08 PM
25        Q.  Did she have a seniority entitlement        02:08 PM

---

180

1        Carol Melton
2    over Ms. Shillingford?  It's a simple yes or no
3    question.
4        A.  So are you asking me if --        02:08 PM
5        Q.  I am asking you the same thing over        02:08 PM
6    and over again.
7        Did Ms. Herman have a seniority        02:08 PM
8    entitlement to the position for the extended school
9    year program for students with disabilities at
10    Morse School over Ms. Shillingford based on her
11    seniority?  Yes or no.
12        A.  Ms. Herman --        02:08 PM
13        Q.  Yes or no, Ms. Melton.        02:08 PM
14        A.  I'm not being difficult.        02:08 PM
15        Q.  Oh, no, you're being extremely        02:08 PM
16    difficult, but I don't want to debate that with
17    you.  It's a yes or no question.  Answer my
18    question.
19        Did Mr. Herman have a seniority        02:08 PM
20    entitlement over Ms. Shillingford for the position
21    referenced at the first page of Defendant's M?  Yes
22    or no.
23        A.  Yes, Ms. Herman has --        02:08 PM
24        Q.  You've answered my question, Then        02:08 PM
25    you've answered my question.

---

181

1        Carol Melton
2        Third page of this document.  Now this        02:08 PM
3    talks about paraprofessional extra-services
4    appointment's amendment.  Is this the same position
5    that's referenced on the first page of
6    Defendant's M or is this a different position?
7        A.  This is the same one.        02:09 PM
8        Q.  And this is a position you applied        02:09 PM
9    for?
10        A.  Yes.        02:09 PM
11        Q.  O.K.  Now, this one looks like it        02:10 PM
12    changed the earlier list by adding Alice Rahemba.
13    Is Alice black or white?
14        A.  She's white.        02:10 PM
15        Q.  O.K.  Now, there are a number of white        02:10 PM
16    persons listed here.  Is Alice Rahemba -- she's
17    junior to you, right?
18        A.  Yes.        02:10 PM
19        Q.  Are you claiming that Alice Rahemba        02:10 PM
20    was given this position over you because of your
21    race or because of some act of retaliation or both?
22        A.  It could be both, yes.        02:10 PM
23        Q.  Well, what are you claiming?  Are you        02:10 PM
24    claiming that she was given this position over you
25    on account of your race or because of retaliation

---

182

1        Carol Melton
2    or neither?
3        A.  It appears to be race.        02:10 PM
4        Q.  O.K.  So is that purely because        02:11 PM
5    seniority wasn't applied to decide who got the
6    position?  Do you have any other basis to claim it
7    was race other than that?
8        A.  That's the only basis right now.        02:11 PM
9        Q.  And Ms. Herman didn't get the position        02:11 PM
10    and she's more senior than Ms. Rahemba too, right?
11        A.  That's correct.        02:11 PM
12        Q.  Do you think race a consideration in        02:11 PM
13    her not getting it?
14        A.  I can't seek to Ms. Herman.        02:11 PM
15        Q.  Well, in this case, we had a black        02:11 PM
16    person, Ms. Shillingford getting the position, as
17    we discussed a moment ago, and Ms. Herman not
18    getting it.  Do you think the district engaged in
19    discrimination against Caucasians in not giving the
20    position to Herman and instead giving it to
21    Shillingford?
22        A.  I don't know what the process was in        02:11 PM
23    the selection of Ms. Shillingford.
24        Q.  You don't know what the process was in        02:11 PM
25    the selection at all, do you?

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

183

Carol Melton

1
2    A.  I know what the process is supposed to    02:11 PM
3    be.
4    Q.  All right.  Did you file a grievance    02:11 PM
5    about not getting this position?
6    A.  Yes, I did.    02:11 PM
7    Q.  What happened with that one?  What    02:11 PM
8    happened with it?
9        We'll do it piece by piece.  Did it    02:12 PM
10   even get submitted at the first step?
11   A.  I don't remember if it went beyond the    02:12 PM
12   first step, but I think it did.  And if I remember
13   correctly, when I made this claim about seniority
14   being the most important factor, I included that
15   they should have given Ms. Herman the position
16   because she has more seniority, followed by me, and
17   followed by the next senior person.
18   Q.  So did the grievance get submitted at,    02:12 PM
19   I think Stage II would be the first step for that,
20   did it go to Dr. Cook?
21   A.  I don't know.    02:12 PM
22   Q.  Did it go to the Board of Education?    02:12 PM
23   A.  I don't know that.    02:13 PM
24   Q.  Did your union support your position    02:13 PM
25   at all on that subject?

184

Carol Melton

1
2    A.  I don't believe so, no.    02:13 PM
3    Q.  So the union did not take the position    02:13 PM
4    that for this assignment seniority should be the
5    determining factor, right?  Right?
6    A.  I believe so, yes.    02:13 PM
7    Q.  And your position is that seniority is    02:13 PM
8    the determining factor as a matter of the terms of
9    the collective bargaining agreement, right?
10   A.  Seniority is the most important    02:13 PM
11   factor.
12   Q.  You're saying that's required by the    02:13 PM
13   collective bargaining agreement --
14   A.  Yes, it is.    02:13 PM
15   Q.  -- for this position.    02:13 PM
16   MR. WATSON:  Let her...    02:13 PM
17   Q.  I'm sorry.  I thought you finished.    02:13 PM
18   A.  For extra-service/extra-assignment    02:13 PM
19   positions.
20   Q.  Which this is.    02:13 PM
21   A.  Which this is.    02:13 PM
22   Q.  O.K.  And your union has not agreed    02:13 PM
23   with you on that, fair?
24   A.  No, they have not agreed with me.    02:13 PM
25   Q.  And except for the seniority issue,    02:13 PM

185

Carol Melton

1
2    except for the fact that you're senior so you
3    believe contractually you should have gotten it, do
4    you have any basis for claiming that the decision
5    to give the position, the Teaching Assistant
6    position to people between Bridges and Rahemba and
7    not you was because of your race?
8    A.  Yes.    02:14 PM
9    Q.  What else besides the fact that you're    02:14 PM
10   senior to them?
11   A.  The fact that Maryann Baker is not a    02:14 PM
12   Teaching Assistant.
13   Q.  Well, then Ms. Herman should have    02:14 PM
14   gotten that position over you, right?
15   A.  Or Shillingford.    02:14 PM
16   Q.  Well, Shillingford got the position.    02:14 PM
17   A.  Or anyone who is -- has less    02:14 PM
18   seniority, but certainly --
19   Q.  So all --    02:14 PM
20   MR. WATSON:  Let her finish.    02:14 PM
21   Q.  Go ahead.    02:14 PM
22   A.  -- but certainly needs to be a    02:14 PM
23   certified Teaching Assistant.
24   Q.  So all these Teaching Assistants, the    02:14 PM
25   ones who are listed as Teaching Assistants, are

186

Carol Melton

1
2    they certified Teaching Assistants?
3    A.  No.    02:14 PM
4    Q.  Is Ms. Kraus a certified Teaching    02:14 PM
5    Assistant?
6    A.  Are you talking about just a    02:14 PM
7    substitute?
8    Q.  Yes, the ones that say substitutes.    02:14 PM
9    A.  O.K.  So --    02:14 PM
10   Q.  Other than Ms. Baker, on this list,    02:14 PM
11   which is three pages in on Defendant's M, are any
12   of them other than Baker not certified Teaching
13   Assistants?
14   A.  That I am aware of?    02:15 PM
15   Q.  Yes.    02:15 PM
16   A.  Yes.    02:15 PM
17   Q.  Who else?    02:15 PM
18   A.  That, what are you saying, are not?    02:15 PM
19   Q.  Are not.    02:15 PM
20   A.  No, there's only her.    02:15 PM
21   Q.  So it's your position that everybody    02:15 PM
22   who's listed as a sub should have the position over
23   Ms. Baker, Right?  Right?
24   A.  Anyone who has seniority.    02:15 PM
25   Q.  Well, would Ms. Baker have any    02:15 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

187

1          Carol Melton
2    seniority if she's not certified?
3          A.   She wouldn't have any.          02:15 PM
4          Q.   So everybody who is listed as a sub    02:15 PM
5    would have more seniority than Ms. Baker, right?
6          A.   Yes.                    02:15 PM
7          Q.   O.K.  So all those people got        02:15 PM
8    discriminated against as compared to Ms. Baker
9    because they should have had the job instead of
10   Ms. Baker?
11         MR. WATSON:  Objection.          02:15 PM
12         Q.   You can answer it.  Yes?        02:15 PM
13         A.   Yes.  If --                02:15 PM
14         Q.   Are there white people among these    02:15 PM
15   subs?
16         A.   Yes.                    02:15 PM
17         Q.   Ms. Herman is one.            02:16 PM
18         A.   Yes.                    02:16 PM
19         Q.   Ms. Kraus, is she one?          02:16 PM
20         A.   I believe so.              02:16 PM
21         Q.   Ms. Arnfield, is she white?        02:16 PM
22         A.   Yes.                    02:16 PM
23         Q.   Ms. DeWitt?                02:16 PM
24         A.   Yes.                    02:16 PM
25         Q.   Ms. Enciso, E-n-c-i-s-o?        02:16 PM

188

1          Carol Melton
2          A.   No.                    02:16 PM
3          Q.   She's black?              02:16 PM
4          A.   She's Hispanic.            02:16 PM
5          Q.   Hispanic?  Do you think she was      02:16 PM
6    discriminated against based upon her Hispanic
7    origin because Ms. Baker got the position rather
8    than her?
9          A.   I don't know.              02:16 PM
10         Q.   Do you believe that's the case?      02:16 PM
11         A.   I don't know that answer.        02:16 PM
12         Q.   O.K.  Well, you don't know that you    02:16 PM
13   didn't get it because of your race either, do you?
14         A.   I know that my seniority, I have more    02:16 PM
15   senior seniority over these individuals.
16         Q.   Other than seniority, we keep doing    02:16 PM
17   this.  I understand your position on seniority,
18   although apparently your union doesn't agree with
19   you --
20         MR. WATSON:  Objection.          02:16 PM
21         Q.   -- according to you.  Other than      02:16 PM
22   seniority, if you take seniority out of the mix, do
23   you have any basis for claiming that you didn't get
24   a Teaching Assistant jobs, putting aside Ms. Baker
25   for the moment, because of your race?  Any basis?

189

1          Carol Melton
2          A.   Yes, it's --              02:17 PM
3          Q.   Well besides seniority, what basis do    02:17 PM
4    you have?  Did somebody say something to you to say
5    this is raced-based?  Did someone communicate to
6    you, We're making this decision based on race?
7          MR. WATSON:  Objection.          02:17 PM
8          A.   You can answer the question.        02:17 PM
9          A.   I have not had someone say to me,      02:17 PM
10   communicate that to me.
11         Q.   All right.  Well, you've got to have    02:17 PM
12   something.  If you claim that, apart from
13   seniority, apart from that factor that it was
14   race-based, you must have something besides the
15   lack of seniority, the seniority issue to base it
16   on, and I'm waiting to hear what you have to base
17   it on other than the seniority issue.  Tell me.
18         A.   Out of title.              02:17 PM
19         Q.   That's Miss Baker?            02:17 PM
20         A.   That's correct.            02:17 PM
21         Q.   And that applied to everybody who's a    02:17 PM
22   Teaching Assistant sub, including white people,
23   right?
24         A.   I can't speak to that.          02:17 PM
25         Q.   Right.  I know you can't.        02:17 PM

190

1          Carol Melton
2          All right.  Apart from Ms. Baker not    02:18 PM
3    being certified, which affects like eight or nine
4    people, and apart from the seniority issue which
5    your union didn't agree with you on --
6          MR. WATSON:  Objection.          02:18 PM
7          Q.   -- do you have something else?      02:18 PM
8          A.   I have that which is -- says that if    02:18 PM
9    you're not a Teaching Assistant, you should not --
10         Q.   That's --                02:18 PM
11         MR. WATSON:  Let her finish.        02:18 PM
12         A.   If you're not a Teaching Assistant    02:18 PM
13   certified, you should not have a Teaching Assistant
14   position.  It should go by seniority when they
15   chose two white individuals and they added
16   Rahemba's name on there, because she previously
17   wasn't on the first list.  So the amendment is
18   showing that whoever made the decision knowingly
19   added a person with less seniority.
20         Q.   Other than what you just told me, for    02:18 PM
21   what it's worth --
22         MR. WATSON:  Objection.          02:19 PM
23         Q.   -- do you have any information, apart    02:19 PM
24   from the seniority claim you keep asserting and
25   apart from the Ms. Baker issue, that you had a

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

191

Carol Melton

1
2    right to a Teaching Assistant position job and were
3    denied it because of your race?
4        A.  I believe I had a right to a position    02:19 PM
5    if I'm a certified Teaching Assistant.
6        Q.  And what information do you possess    02:19 PM
7    that leads you to believe that it was your race
8    other than the fact that Ms Baker wasn't a
9    certified Teaching Assistant and you're senior to
10   some of the people who got Teaching Assistant
11   positions?  What else do you have, if anything?
12       A.  That's what I have right now.    02:19 PM
13       Q.  That's what you have as of June 28,    02:19 PM
14   2018, that's your testimony?
15       A.  Yes, that's what I have up till now.    02:19 PM
16       Q.  O.K.    02:19 PM
17       The next page is the Credit Recovery    02:20 PM
18   Program at Poughkeepsie High School.  Is that a
19   position that you applied for?
20       A.  Yes.    02:20 PM
21       Q.  Now that went to Clarissa    02:20 PM
22   Banks-Whitaker, according to this, right?
23       A.  Yes.    02:20 PM
24       Q.  Are you claiming that you were    02:20 PM
25   entitled to this position over her?

192

Carol Melton

1
2        A.  I applied for it.    02:20 PM
3        Q.  I know you applied for It.  We're only    02:20 PM
4    dealing with ones you applied for.
5        Ms. Clarissa Banks-Whitaker is number    02:20 PM
6    four on the seniority list.
7        A.  That's correct.    02:20 PM
8        Q.  What's her race, by the way?    02:20 PM
9        A.  I believe she's black.    02:20 PM
10       Q.  So the district apparently appointed a    02:20 PM
11   black Teaching Assistant senior to you for the
12   Credit Recovery Program Teaching Assistant
13   position.  Are you still claiming that your denial
14   of this position was because of your race or was in
15   retaliation for your complaint to the EEOC?
16       A.  I don't know if this one was, in    02:21 PM
17   particular.
18       Q.  So you wouldn't be claiming this one    02:21 PM
19   was.
20       MR. WATSON:  Objection.    02:21 PM
21       Q.  This position, page 1 of 1 on the --    02:21 PM
22   which is four pages in on Defendant's M, am I
23   correct that you are not claiming you were denied
24   that position on account of your race or in
25   retaliation for your having filed the complaint

193

Carol Melton

1
2    with the EEOC?
3        A.  I'm not claiming anything.  I'm    02:21 PM
4    just -- I asked --
5        Q.  Excuse me.  Excuse me.  You are    02:21 PM
6    claiming a lot.  This whole action is about your
7    claims.
8        You have identified this position in    02:21 PM
9    your list as a position that you were denied.  What
10   I want to know is, you now know that this was given
11   to a person of your same race who's senior to you.
12   Are you still claiming you were denied your
13   position on account of your race or in retaliation
14   for your EEOC complaint?  Yes or no.
15       MR. WATSON:  Objection.    02:22 PM
16       Q.  Fine.  Answer the question.    02:22 PM
17       A.  I'm claiming that the information I    02:22 PM
18   requested was for all the positions I applied for.
19       Q.  This is one of them, right?    02:22 PM
20       A.  Yes.  But it --    02:22 PM
21       Q.  And this position that you applied    02:22 PM
22   for, you -- I want to know if you're withdrawing
23   your claim.  Are you still claiming that the
24   position that Ms. Banks-Whitaker got is one you
25   should have gotten.  Yes or no.

194

Carol Melton

1
2        A.  What I'm claiming --    02:22 PM
3        Q.  Yes or no.  It's simple.  Are you    02:22 PM
4    claiming that or not?
5        A.  Ms. Clarissa Banks-Whitaker received    02:22 PM
6    this position because she has more seniority than
7    me.
8        Q.  Do you know what the basis they used    02:22 PM
9    to give this position to her was?  Were you
10   involved in that decision?
11       A.  No, I was not.    02:22 PM
12       Q.  You're speculating about why she was    02:22 PM
13   given it, are you not?
14       A.  I didn't say --    02:23 PM
15       Q.  You don't know for a fact why she was    02:23 PM
16   chosen, do you?  You only know why you believe she
17   was chosen, correct?  Correct?
18       A.  I can only say the reasons why you    02:23 PM
19   apply for a position and what it says in our
20   contract.
21       Q.  You've told me about your contract.    02:23 PM
22   You also told me your union doesn't agree with your
23   interpretation.  So I want to deal with what your
24   claims are.
25       All I want you to tell me is, are you    02:23 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

195

Carol Melton

1
2  still claiming that you were denied this position,
3  the one that Ms. Banks-Whitaker got on account of
4  your race? It's a simple question. Are you
5  claiming that or are you not claiming that?
6      A. I'm saying that Clarissa Banks was a        02:23 PM
7  union member --
8      MR. RUSHFIELD: Can you direct        02:23 PM
9  the witness to answer my question,
10  please. This is outrageous, and I'm
11  going to have to make a sanctions
12  application because she won't answer my
13  questions.
14      MR. WATSON: Counselor, please        02:23 PM
15  stop yelling. You have been yelling, and
16  I don't know what effect that has or what
17  effect you intend it to have on the
18  witness, but she's not --
19      MR. RUSHFIELD: Counsel, this is        02:23 PM
20  my yelling.
21      MR. WATSON: I don't want to        02:24 PM
22  hear your yelling.
23      MR. RUSHFIELD: The reason I        02:24 PM
24  consented to moving this case over to
25  today was because I knew she needed to

196

Carol Melton

1
2  have counsel present. Counsel has a role
3  here besides simply objecting to form.
4  Counsel is an officer of the court, he's
5  expected to require the person he
6  represents to actually answer the
7  questions she's asked. I have throughout
8  this deposition had to ask her the same
9  question multiple times, struggling to
10  get simple answers to relatively simple
11  questions like what's your claim.
12      Now if you want to take a break,        02:24 PM
13  that's fine. But I want her to answer
14  the questions I ask her. I'm entitled to
15  that.
16      MR. WATSON: I understand,        02:24 PM
17  Counselor. I do not believe she's
18  intending to be difficult. She's trying
19  to answer the question. We can take a
20  break and we can just --
21      MR. RUSHFIELD: I'm asking yes        02:24 PM
22  or no questions. I want yes or no
23  answers unless she really can't answer
24  them way, and this is clearly one she
25  should.

197

Carol Melton

1
2      And if I'm sounding loud,        02:24 PM
3  because this is extremely frustrating,
4  and I think you can see why it would be.
5      Now either I'll continue and        02:25 PM
6  she'll answer the questions I ask her,
7  and if you want to ask her questions,
8  that's fine, or else I'm going to get to
9  a position here where this gets so
10  intolerable that I'm going to present
11  this transcript to the magistrate judge
12  and ask for this case to be dismissed.
13      I've never had to go through        02:25 PM
14  this before with anybody, even a pro se
15  plaintiff who represented herself.
16      MR. WATSON: Counsel.        02:25 PM
17      MR. RUSHFIELD: She wants to        02:25 PM
18  argue. I don't want argument. I want
19  answers to My questions. That's what I'm
20  entitled to.
21      MR. WATSON: I don't agree that        02:25 PM
22  she's trying to argue, but I think it
23  would be helpful. Why don't we just
24  take --
25      MR. RUSHFIELD: Why don't you take a        02:25 PM

198

Carol Melton

1
2  few minutes.
3      MR. WATSON: -- a minute or two --        02:25 PM
4      MR. RUSHFIELD: Go right ahead.        02:25 PM
5      MR. WATSON: -- just to        02:25 PM
6  regroup --
7      MR. RUSHFIELD: Go right ahead.        02:25 PM
8      MR. WATSON: -- and we'll come        02:25 PM
9  back.
10      MR. RUSHFIELD: Go right ahead.        02:25 PM
11  Why don't you take a moment.
12      (Whereupon, there is a recess        02:25 PM
13  taken.)
14  BY MR. RUSHFIELD:        02:38 PM
15      Q. Let's stay on the same document and        02:38 PM
16  let's move beyond the one that we were just on
17  'cause I think we pretty much covered that.
18      The next one on this document after        02:38 PM
19  the Clarissa Banks-Whitaker appointment for the
20  Credit Recovery Program Teaching Assistant position
21  was a Teaching Assistant position for the Summer
22  School Poughkeepsie High School and Poughkeepsie
23  Middle School Registration. Did you apply for that
24  position?
25      A. What was that position you said again?        02:38 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

199

Carol Melton

1
2     Q.  We were dealing with Clarissa          02:38 PM
3  Banks-Whitaker.  The next page is the position of
4  Summer School Poughkeepsie High School and
5  Poughkeepsie Middle School Registration, it's an
6  extra-assignment position.
7        Did you apply for that position?         02:39 PM
8     A.  I don't recollect applying for that.
9     Q.  O.K., we'll move on.                     02:39 PM
10       The next page -- well, actually it       02:39 PM
11  would be two pages because there was an amendment.
12  Two pages from that deals with an August 10, 2016
13  meeting, extra-assignment position for Summer
14  Academy at Morse School.  This is for the summer of
15  2016 -- well for part of the summer of 2016.  Did
16  you apply for that position?
17    A.  No, I don't remember applying for that  02:39 PM
18  one.
19    Q.  O.K.  In any event, Sarah Herman got    02:39 PM
20  it and she's senior to you, right?
21    A.  Yes.                                     02:39 PM
22    Q.  O.K.                                     02:39 PM
23    A.  Not the substitute.                      02:39 PM
24    Q.  The next page after that -- well,        02:39 PM
25  two-pages after that is a position of --

---

200

Carol Melton

1
2       MR. WATSON:  Counsel, we're not          02:39 PM
3  on the same page so...
4       MR. RUSHFIELD:  It's going to            02:39 PM
5  be -- the top left corner is going to be
6  dated 6/20/2016.  It's a meeting of April
7  25, 2017 -- I'm sorry, it's a 2018 date
8  on the top, which is a printing date.
9       MR. WATSON:  Mm-hmm.                     02:40 PM
10      MR. RUSHFIELD:  Meeting of              02:40 PM
11  April 25th, 2017, Resolution 17-0274,
12  Para-Professional Extra-Assignment
13  Appointments.
14      MR. WATSON:  It's past this             02:40 PM
15  page, I think.
16    Q.  It has Shannon Muse as the first name.  02:40 PM
17      MR. WATSON:  Right.                      02:40 PM
18    Q.  Followed by Dennis Dean.               02:40 PM
19    A.  O.K.                                    02:40 PM
20    Q.  Did you apply for the position at       02:40 PM
21  Summer Academy at Poughkeepsie High School?
22    A.  No, I did not.
23    Q.  O.K.  Moving on.                        02:40 PM
24       The next one it looks like has a        02:40 PM
25  Submission Checklist on the top and looks like PMS,

---

201

Carol Melton

1
2  which would be Poughkeepsie Middle School, an
3  Elementary Summer Academy Teaching Assistant for
4  July 25, 2017 through July 27, 2017.  Did you apply
5  for that?
6    A.  Oh, we're on this page here?  Oh, the   02:41 PM
7  submission.
8    Q.  Did you apply for that position or for  02:41 PM
9  either of positions, apparently one --
10   A.  Oh, O.K.                                 02:41 PM
11   Q.  -- elementary and one middle school?    02:41 PM
12   A.  Right.  I was being looking for what    02:41 PM
13  program it was.
14   Q.  And did you apply for this position?    02:41 PM
15   A.  Yes.                                     02:41 PM
16   Q.  Either of these positions?              02:41 PM
17   A.  Yes.                                     02:41 PM
18   Q.  Did you apply for the elementary one    02:41 PM
19  or the middle school one or both?
20   A.  I believe the elementary one.           02:41 PM
21   Q.  And that was granted to Sarah Herman,   02:41 PM
22  right?  Right?  That's what it says.
23   A.  Yes.                                     02:41 PM
24   Q.  Right.  And Sarah Herman is senior to   02:41 PM
25  you, right?

---

202

Carol Melton

1
2    A.  Yes.                                     02:41 PM
3    Q.  So am I correct that you wouldn't be     02:41 PM
4  claiming that Ms. Herman got that position over you
5  on account of your race or retaliation, right?
6    A.  No.                                      02:41 PM
7    Q.  You're agreeing with me, you're not     02:41 PM
8  making a retaliation or race claim about not
9  getting that position, right?
10   A.  No.                                      02:42 PM
11   Q.  Are you disagreeing with me or          02:42 PM
12  agreeing with me?  Listen to the question.  It may
13  be because of the way I'm phrasing it.
14      Let me put it to you this way.  Are      02:42 PM
15  you claiming that you did not get the position that
16  Ms. Herman got of Teaching Assistant/Elementary
17  that's listed on this page because of your race?
18   A.  I am not claiming that she got that     02:42 PM
19  position because of my race.
20   Q.  O.K.  And you're not claiming that she  02:42 PM
21  got that position because of some retaliation
22  against you, correct?  Right?
23   A.  I don't know.                            02:42 PM
24   Q.  All right.                               02:42 PM
25   A.  I don't know.                            02:42 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

203

Carol Melton

1
2        Q.  The next page.  Para-Professional        02:42 PM
3   Extra-Assignment Appointments, Poughkeepsie Middle
4   School and Elementary Summer Academy, July 5, 2017
5   through July 27,2017.  Same position.  Let's see.
6   This seems to be the same position.
7        But, in any event, Ms. Herman is        02:43 PM
8   listed as getting it.  This is a position you
9   applied for, right?
10       A.  I can't be sure.        02:43 PM
11       Q.  In any event, if you had applied        02:43 PM
12  for it, you would have been applying for the
13  elementary position, right?
14       A.  Sometimes.        02:43 PM
15       Q.  Well, do you recall applying for a        02:43 PM
16  middle school Teaching Assistant position at the
17  Poughkeepsie Middle School for the Poughkeepsie
18  Middle School Summer Academy?
19       A.  I don't think it was summer.  It might        02:43 PM
20  have been spring.
21       Q.  This is the summer one.        02:43 PM
22       Proctors, we don't need to talk about        02:43 PM
23  that.
24       The last page of this document was a        02:44 PM
25  Summer School -- Extra-Assignment position for

204

Carol Melton

1
2   Summer School Poughkeepsie High School and
3   Poughkeepsie Middle School Registration effective
4   June 30, 2015 through July 2, 2015, and that was
5   given to Dennis Dean.  Did you apply for that
6   position?
7        A.  No, I don't recall.        02:44 PM
8        Q.  No?        02:44 PM
9        A.  No, I don't recall applying for it.        02:44 PM
10       Q.  O.K.  Moving on from that one.        02:44 PM
11       MR. RUSHFIELD:  Whatever I'm up        02:44 PM
12  to.  I lose track.
13       (Whereupon, Defendant's        02:44 PM
14  Exhibit O, packet of Poughkeepsie City
15  School District Board of Education
16  documents, 26 pages, is marked for
17  identification, as of this date.)
18       Q.  Showing you what's been marked as O.        02:45 PM
19       MR. WATSON:  Do you have a copy        02:45 PM
20  for me?
21       MR. RUSHFIELD:  I'm sorry.  I'm        02:45 PM
22  sure I do.  I have three of everything.
23  Are you sure?
24       MR. WATSON:  I have it.        02:46 PM
25       Q.  Let's just make sure I'm clear.  The        02:46 PM

205

Carol Melton

1
2   document on its face talks about the 21st Century
3   Community Learning Centers After-School and
4   Saturday Programs.  That's the one you applied for
5   in 2015-2016 and 2016-2017, right?
6        A.  Yes.        02:46 PM
7        Q.  O.K.  That's the one we talked about        02:46 PM
8   earlier?
9        A.  Yes.        02:46 PM
10       Q.  O.K.  I don't need to go through the        02:46 PM
11  positions there.  We have already done that.
12       Let me see how many pages we have to        02:46 PM
13  go in.  Seven pages in.  Seven pages in?
14       A.  Oh.  Counting the first page?        02:47 PM
15       Q.  Counting the first page as number one.        02:47 PM
16  This has a Submission Checklist at the beginning.
17  This says it's for the Krieger Before School
18  Computer Program for December, 2015 to June, 2016.
19  Did you apply for this program?
20       A.  I'm not sure.  I might have.        02:47 PM
21       Q.  All right.  This is a program that was        02:47 PM
22  awarded to Sharon Bridges.  First of all, is Sharon
23  Bridges a Teaching Assistant at Krieger?
24       A.  I -- I really don't know.        02:47 PM
25       Q.  That's O.K.  If you don't know, you        02:47 PM

206

Carol Melton

1
2   don't know?
3        Sharon Bridges, though, is senior to        02:47 PM
4   you, right?
5        A.  Yes.        02:47 PM
6        Q.  So if you applied to your position,        02:47 PM
7   according to your interpretation of the collective
8   bargaining agreement, she would have been entitled
9   to it over you, right?
10       A.  Yes.        02:48 PM
11       Q.  I see Shillingford, though, is a        02:48 PM
12  substitute.  Would you have been entitled to her
13  substitute position on account of your seniority if
14  seniority was the rule --
15       A.  Yes.        02:48 PM
16       Q.  -- when you applied?        02:48 PM
17       And Ms. Shillingford, you said, was        02:48 PM
18  African-American like you.
19       A.  Yes.        02:48 PM
20       Q.  O.K.        02:48 PM
21       A.  But I don't know if she was at        02:48 PM
22  Krieger.
23       Q.  I understand.  The next page is the        02:48 PM
24  resolution for the 21st Century Community Learning
25  Centers After-School and Saturdays Programs

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

207

Carol Melton

1
2  Teaching Assistants for the 2016-2017, and we went
3  through some of this already.  It lists who got the
4  positions.  I don't think we need to go through
5  that again.  Let's move on.
6          21St Century.  21st Century.  I just    02:49 PM
7  want to make sure I'm not asking the same thing
8  again.
9          O.K.  The next page after we get         02:49 PM
10  through the 21st Century is Submission Checklist
11  for Consent Agenda Item and it's for the program
12  dates November 208, 2016 to June 10, 2017, Krieger
13  Before School Computer Program.  Let me know when
14  you're there.
15      A.  Yes, I'm there.                         02:49 PM
16      Q.  O.K.  Did you apply for this position?  02:49 PM
17      A.  I don't -- I don't recall if I did --   02:50 PM
18      Q.  O.K.                                    02:50 PM
19      A.  -- for this specific position.          02:50 PM
20      Q.  Anyway you wouldn't have any objection  02:50 PM
21  to the concept -- if you had applied for it, you
22  wouldn't have any objection to Ms. Bridges getting
23  the assignment; she's senior to you?
24      A.  Yes.                                    02:50 PM
25      Q.  And also, she, from what we saw a        02:50 PM

208

Carol Melton

1
2  moment ago, she had the assignment prior year --
3  not the prior year or the prior period, right?
4      A.  Yes, that's what it indicated.           02:50 PM
5      Q.  O.K.  Here's something new, all right.   02:50 PM
6          You have to get to the Submission        02:50 PM
7  Checklist for Consent Agenda Items for the
8  Program/Initiative Name Extended Learning Time and
9  Before/After-School Programs - Teaching Assistant.
10  Do you see that one?
11      A.  Yes.                                     02:50 PM
12      Q.  Did you apply for this position?         02:50 PM
13      A.  Yes.                                     02:50 PM
14      Q.  Are you claiming in this case that you   02:50 PM
15  were denied this position on account of your race
16  or retaliation for having filed an EEOC charge?
17          MR. WATSON:  Objection.                  02:51 PM
18      A.  Yes.                                     02:51 PM
19      Q.  But actually these program dates are     02:51 PM
20  relating to the 2017-2018 school year, right?
21      A.  Yes.                                     02:51 PM
22      Q.  All right.  You understand that's        02:51 PM
23  beyond the scope of your complaint?
24      A.  I don't understand that.                 02:51 PM
25          MR. RUSHFIELD:  Actually, she            02:51 PM

209

Carol Melton

1
2  was told that By Judge Smith, but that's
3  all right.  We know what we know.
4          MR. WATSON:  Yes.                         02:51 PM
5          MR. RUSHFIELD:  Anyway, I'm not           02:51 PM
6  going to ask about things that are beyond
7  the scope of the complaint.
8      Q.  Here we go, O.K.  Let me see how many    02:51 PM
9  pages we have to go further back.  From the
10  Submission Checklist page that we were just talking
11  about, you have to go back four pages to an Agenda
12  Item Details for June 22, 2016.
13      A.  Before this page?                        02:52 PM
14      Q.  I don't know what page you're looking    02:52 PM
15  at.
16      A.  You said the Submission Checklist for    02:52 PM
17  Consent Agenda Items.
18      Q.  Beyond that, after that page.            02:52 PM
19      A.  After that page.                         02:52 PM
20      Q.  Right.  It has Agenda Meeting Details    02:52 PM
21  for a meeting June 22, 2016, so it's for the
22  Extended School Year Program with Students with
23  Disabilities at Morse School.  The first name
24  listed is Sharon Bridges.
25      A.  O.K.  It's not July 5th, 2016?           02:52 PM

210

Carol Melton

1
2      Q.  No.  It's June 22, 2016.                 02:52 PM
3      A.  Oh, so I'm looking at...                 02:52 PM
4          June 22, 2016.                           02:52 PM
5      Q.  Are you there?                           02:52 PM
6      A.  Yes.                                     02:52 PM
7      Q.  Is this a position you applied for?      02:52 PM
8      A.  Yes.                                     02:52 PM
9      Q.  And are you claiming in this action      02:53 PM
10  that you were denied this position either on
11  account of your race or in retaliation for your
12  filing of an EEOC complaint?
13          MR. WATSON:  Objection.                  02:53 PM
14      Q.  Or both?                                 02:53 PM
15      A.  I believe this is the same one.          02:53 PM
16      Q.  You think it's the same one we           02:53 PM
17  discussed earlier?
18      A.  Yes, this is the same one.               02:53 PM
19      Q.  I'm trying to remember if it was the     02:53 PM
20  same school year.
21      A.  I don't have that.                       02:53 PM
22      Q.  No.  The other one was the 2015 school   02:53 PM
23  year.  The other one was for --
24      A.  I thought this was --                     02:53 PM
25      Q.  The other one was effective July 6th,    02:53 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

211

```
1          Carol Melton
2    2015 and through August 14, 2015, that was
3    defendant's M.
4          This one is for July 5, 2016,        02:53 PM
5    extending through August 12th 2016.  It looks like
6    the same people got the positions but it's a
7    different school year.  O.K.?
8    A.  O.K. I can't 'cause I don't have the    02:54 PM
9    reference.
10   Q.  Let me show you Defendant's M.          02:54 PM
11   A.  It looks like the same one.             02:54 PM
12   Q.  Let me show you Defendant's M.          02:54 PM
13   A.  I don't know if it's the same one.      02:54 PM
14          Look at the first page of            02:54 PM
15   Defendant's M.
16   A.  Oh, it was this one.  I think that,     02:54 PM
17   yeah, it's a different number.  That's what I was
18   confused...
19   Q.  And so, let's just make sure we're on   02:54 PM
20   the same page.  You acknowledge, do you not, that
21   the same seven people who got Teaching Assistant
22   positions for the Extended School Year Program for
23   Students with Disabilities at Morse School,
24   effective July 5, 2016, are the same ones that in
25   Defendant's M got it for July of 2015?
```

212

```
1          Carol Melton
2    A.  Yes, it's the same.                     02:55 PM
3    Q.  O.K., great.                            02:55 PM
4          Is there some practice in the school  02:55 PM
5    district of people who had the position the prior
6    school year get it the next school year unless
7    something untoward happens?
8    A.  Yes.                                    02:55 PM
9    Q.  So these people, under that practice,   02:55 PM
10   these people would have had the right to the
11   position for this school year because they served
12   it in a prior school year, right?
13   A.  Yes.                                    02:55 PM
14   Q.  Why don't you give me Defendant's M     02:55 PM
15   back, the old one, so I can give it back to here.
16          If we go three pages from the back of 02:56 PM
17   the document, from the back of Defendant's O;
18   counting back from the back, three pages forward.
19   A.  From the back?                          02:56 PM
20   Q.  This appears to reflect that for the    02:56 PM
21   same program, the same disabilities at Morse School
22   Teaching Assistant program, two names were added,
23   this one is dated later than the earlier one, and
24   that was Danielle Atkins and Sarah Herman.
25          Is Ms. Atkins Caucasian, black or some 02:56 PM
```

213

```
1          Carol Melton
2    other race?
3    A.  She's black.                           02:56 PM
4    Q.  And Ms. Herman, we know is Caucasian.  02:56 PM
5          It looks like they were added to this 02:56 PM
6    list to extend the number of people, but you
7    remained as a Teaching Assistant sub.  Is
8    Ms. Atkins senior to you or junior to you?
9    A.  Junior.                                02:57 PM
10   Q.  So I see there's more than one Atkins, 02:57 PM
11   isn't there?
12   A.  Yes.                                   02:57 PM
13   Q.  O.K.  If Ms Atkins is junior to you,   02:57 PM
14   what it looks like is the district assigned an
15   African-American Teaching Assistant and a Caucasian
16   Teaching Assistant to this list.  The Caucasian
17   assistant, Ms. Herman, is senior to you; the
18   African-American one is junior to you.
19          Are you claiming that this had       02:57 PM
20   something to do with your race or retaliation for
21   your filing the EEOC complaint?
22   A.  Yes.                                   02:57 PM
23   Q.  Which one or both?                     02:57 PM
24   A.  Both.                                  02:57 PM
25   Q.  Well, choosing Ms. Atkins over you     02:57 PM
```

214

```
1          Carol Melton
2    even though she's the one who's junior to you,
3    Ms. Atkins is African-American.  I'm not quite
4    sure.
5          Can you explain to me how you could   02:58 PM
6    claim race discrimination by the school district
7    appointing out-of-seniority an African-American
8    Teaching Assistant over you?
9    A.  'Cause --                              02:58 PM
10   MR. WATSON:  Objection.                    02:58 PM
11   Q.  Go ahead.                              02:58 PM
12   A.  -- I'm not aware why they choose       02:58 PM
13   Ms. Danielle Atkins.
14   Q.  I understand that.  I understand how   02:58 PM
15   that might relate to a retaliation claim --
16   A.  Right.                                 02:58 PM
17   Q.  -- 'cause that's more direct to you.   02:58 PM
18   A.  Right.                                 02:58 PM
19   Q.  But race, your race is the same as     02:58 PM
20   Ms. Atkins, according to you.  So what I'm trying
21   to fathom is, if you're making a race claim about
22   that as opposed to a retaliation claim about that,
23   what's the basis for your saying that they chose
24   Ms. Atkins, who is African-American, over you
25   because of your race?
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

215

```
1            Carol Melton
2            MR. WATSON:  Objection.  If I        02:58 PM
3    could just clarify.  You're asking a
4    compound question.  You're asking about
5    discrimination and retaliation, in the
6    same sentence.
7            MR. RUSHFIELD:  No.  Actually       02:59 PM
8    I'm not.  I've severed it out.  I'll do
9    it again.  Not a problem.
10       Q.  I'm not asking about retaliation,    02:59 PM
11   'cause you said it was both.  Leaving the
12   retaliation issue aside, because that one I'll get
13   into, but at least I can fathom it.
14           Are you making a claim of race       02:59 PM
15   discrimination with regard to Ms. Atkins, who is
16   junior to you, getting a Teaching Assistant
17   position as per this June 21, 2017 regular meeting
18   action, which is three pages from the back of
19   Defendant's O?  Are you making a race claim about
20   that?
21       A.  No, I'm not making a race claim about  02:59 PM
22   that.
23       Q.  So you're making a retaliation claim   02:59 PM
24   about that, right?
25       A.  Yes.                                  02:59 PM
```

---

216

```
1            Carol Melton
2        Q.  Other than the fact that you claim    02:59 PM
3    that you have seniority entitlement over Ms. Atkins
4    and some of these others, right, because we've
5    dealt with seniority?  I understand your position.
6            Other than the fact that you're senior  02:59 PM
7    to them, do you have any other basis for claiming
8    this is retaliation?  And putting aside Maryann
9    Baker's certification status; you told me that,
10   too.
11           Putting aside Maryann Baker's         03:00 PM
12   certification status and putting aside the
13   seniority claim you make, do you have any other
14   basis for claiming that Ms. Atkins was placed as a
15   Teaching Assistant and you remained a sub other
16   than -- I'm sorry, do you have any basis for
17   claiming that was retaliation?
18           If it's not seniority and if seniority  03:00 PM
19   isn't the issue, because you've explained to me, we
20   have been round about with regard to that, if
21   seniority is not the issue and Maryann Baker's not
22   being certified as a Teaching Assistant isn't the
23   issue, putting those aside, do you have any basis
24   for claiming that this decision to place Ms. Atkins
25   as a Teaching Assistant and not you was
```

---

217

```
1            Carol Melton
2    retaliatory?
3        A.  Yes.                                  03:00 PM
4        Q.  What other basis do you have?         03:00 PM
5        A.  She was added new to the list.        03:00 PM
6        Q.  We know this.                         03:00 PM
7        A.  Right.                                03:00 PM
8        Q.  But you're saying she was added new to  03:00 PM
9    the list in retalia- -- and you're added instead of
10   her in retaliation.  What information do you have
11   that it was retaliatory other than your claim about
12   seniority and your claim about Ms. Baker not being
13   certified?  Do you have anything else?
14       A.  I was trying to explain it.           03:01 PM
15       Q.  Do you have any other information?     03:01 PM
16   That's my question.
17       A.  Other than she was added there and the  03:01 PM
18   previous people had applied and were on the sub
19   list and they should have -- her name did not show
20   up before --
21       Q.  That's correct.                       03:01 PM
22       A.  -- as a sub.  So it should have        03:01 PM
23   subsequently, just like Ms. Herman's name moved up
24   the list as she received the position.
25       Q.  Right.  But Ms. Herman, you're saying,  03:01 PM
```

---

218

```
1            Carol Melton
2    would have been entitled to it based on her
3    seniority.
4        A.  But I'm saying -- I'm sorry.  What I'm  03:01 PM
5    saying is she wasn't before.  She was on the sub
6    list and then she moved up the list.
7        Q.  Ms. Atkins.                           03:01 PM
8        A.  No, Ms. Herman.                       03:01 PM
9        Q.  O.K.                                  03:01 PM
10       A.  So she got the position.              03:01 PM
11       Q.  Mm-hmm.                               03:01 PM
12       A.  So then, to correct, then, the next    03:02 PM
13   subsequent person who has seniority would go and
14   move up the list.  I see that --
15       Q.  How many people on this list have      03:02 PM
16   seniority over Ms. Atkins?  How many people on the
17   sub list have seniority over Ms. Atkins?
18       A.  I don't know.  Let's see.             03:02 PM
19           On the sub?                           03:02 PM
20       Q.  Yes.  On the sub list, how many people  03:02 PM
21   are more senior than Danielle Atkins?
22       A.  Ms. McKitty.                          03:02 PM
23       Q.  O.K.  Yourself.                       03:02 PM
24       A.  Myself.                               03:02 PM
25       Q.  In fact, Ms. McKitty has -- are those  03:03 PM
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

219

```
1              Carol Melton
2   the only two?  Let's deal with that.
3       A.  Well, I -- maybe I'm overlooking, but   03:03 PM
4   I don't see --
5       Q.  Are those the only two you've noticed?   03:03 PM
6       A.  Oh, no.  I see Nanetti.            03:03 PM
7       Q.  O.K.                              03:03 PM
8       A.  She seems to be above Atkins,       03:03 PM
9   Ms. Danielle Atkins.
10      Q.  O.K.  So we have three so far, right?   03:03 PM
11      A.  Right.  I believe the others are all   03:03 PM
12  juniors.
13      Q.  Ms. Nanetti, is she black or white?   03:03 PM
14      A.  I don't know.                      03:03 PM
15      Q.  You don't know her.                03:03 PM
16      Ms. McKitty, is she black or white?    03:03 PM
17      A.  I think she's black.  Yeah, she's    03:03 PM
18  black.
19      Q.  And Ms. Atkins is black, right?      03:03 PM
20      A.  Yes.                              03:03 PM
21      Q.  All right.  So there are at least    03:03 PM
22  three of you who, if seniority was the judge, would
23  claim seniority entitlement to the position that
24  Ms. Atkins was given, correct?
25      A.  Yes.  They have more seniority than   03:04 PM
```

220

```
1              Carol Melton
2   her.
3       Q.  They have more seniority.           03:04 PM
4       Apart from -- and so we have both       03:04 PM
5   white and black people who were replaced by
6   Ms. Atkins, who were taken -- or Ms. Atkins was
7   given preference for.
8       MR. WATSON:  Objection.                03:04 PM
9       Q.  What I'm trying to find out is apart   03:04 PM
10  from your claim that your seniority gave you
11  entitlement to the position that Ms. Atkins got or
12  apart from the fact that she wasn't on the list, do
13  you have anything else that would support your
14  claim that your not getting this position was
15  because of retaliation for your EEOC complaint?
16  Anything else?
17      A.  Not at this time.                   03:05 PM
18      Q.  Now, Ms. McKitty is senior to you,   03:05 PM
19  right?
20      A.  I think --                         03:05 PM
21      Q.  She's No. 14 on the list.           03:05 PM
22      A.  Yes.                              03:05 PM
23      Q.  You're 19.                         03:05 PM
24      A.  Yes, she is.                       03:05 PM
25      Q.  And Ms. McKitty, I think you told me,   03:05 PM
```

221

```
1              Carol Melton
2   is black?
3       A.  Yes.                              03:05 PM
4       Q.  And she didn't get it either.  Did   03:05 PM
5   Ms. McKitty file an EEOC complaint?
6       A.  I have no idea.  I don't know.      03:05 PM
7       Q.  So you don't know of any acts of     03:05 PM
8   retaliation as against Ms. McKitty being involved
9   here.
10      A.  I don't know.                      03:05 PM
11      Q.  The next page and the page that      03:05 PM
12  follows relates to Teaching Assistant for Extended
13  Learning Time and Before and After-School Program
14  at Clinton, Krieger, Morse, Warring and
15  Poughkeepsie Middle School -- withdraw that.  This
16  is for the 2017-2018 school year.  I'm not asking
17  about that.
18      All right, you can hand me that back.   03:05 PM
19      MR. RUSHFIELD:  P.                     03:06 PM
20      (Whereupon, Defendant's               03:06 PM
21      Exhibit P, Packet of Poughkeepsie City
22      School District Board of Education
23      documents, 13 pages, is marked for
24      identification, as of this date.)
25      Q.  Ms. Melton, I'm showing you         03:07 PM
```

222

```
1              Carol Melton
2   Defendant's P, which is again going to have
3   different positions.
4       The first position here is the Spring   03:07 PM
5   Break Academies at Morse Elementary School and
6   Poughkeepsie Middle School, effective March 21,
7   2016.  Is this a position you applied for?
8       A.  Yes.                              03:07 PM
9       Q.  This is a position that's involved in   03:07 PM
10  your complaint in this action?
11      A.  Yes.                              03:07 PM
12      Q.  All right.  Now, in this case, we     03:07 PM
13  have, according to this document, for that
14  position, it was given to Sarah Herman for Morse,
15  Sharon Bridges for Poughkeepsie Middle School with
16  you as a substitute.  Are you claiming that either
17  of those positions was denied to you either on
18  account of your race or retaliation for your filing
19  of the EEOC complaint?
20      MR. WATSON:  Objection.                03:08 PM
21      I'm sorry, I'm just looking at --      03:08 PM
22  reading the page.  Is this the same --
23      Q.  Let's just deal with one page at a    03:08 PM
24  time.  We will go through them.
25      A.  O.K.                              03:08 PM
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

223

Carol Melton

1
2  Q.  The first page, according to the          03:08 PM
3  document, it says Ms. Herman got the Morse
4  position.  Now, if this is a claim in your action,
5  then you're claiming that Ms. Herman -- I'm sorry.
6  The document says that Ms. Bridges got the middle
7  school position.  Is Ms. Bridges in the middle
8  school?  Is that where she works?
9  A.  No.                                        03:09 PM
10  Q.  Where does she work?                       03:09 PM
11  A.  I know she don't work in the middle        03:09 PM
12  school.  I believe she works at Krieger.
13  Q.  Was that the case in the 2016-2017         03:09 PM
14  school year?
15  A.  I said I believe.  I'm not --              03:09 PM
16  Q.  You're not certain?                        03:09 PM
17  A.  -- quite certain.  I'm not quite           03:09 PM
18  certain but I -- she...
19  Q.  O.K  Both Ms. Herman and Ms. Bridges       03:09 PM
20  were senior to you, correct?
21  A.  Yes.                                       03:09 PM
22  Q.  All right.  In fact, it lists you as a     03:09 PM
23  substitute.  Is that what happened for the Spring
24  Break Academies at Morse, effective March 21, 2016,
25  that you were listed as the substitute and

224

Carol Melton

1
2  Ms. Herman and Ms. Bridges got the positions?
3  A.  Yes, that's what it's saying.              03:09 PM
4  Q.  Now, is it your claim that they got        03:09 PM
5  the positions over you because of your race?
6  A.  No, I'm not.                               03:09 PM
7  Q.  Are you claiming that they got the         03:09 PM
8  positions over you in retaliation for your filing
9  of the EEOC complaint in December of 2015?
10  A.  No, not for this position.                 03:09 PM
11  Q.  O.K.                                       03:09 PM
12  A.  Not at this time.                          03:09 PM
13  Q.  Let's move on to the next page, see if     03:10 PM
14  it's the same thing.  It looks like it's the same
15  thing.
16  A.  No, it's a little different.  It           03:10 PM
17  actually says Sharon Bridges was given the position
18  at Morse.
19  Q.  Oh, for Morse and Herman PMS, you're       03:10 PM
20  right.
21  And, in fact, I have a correction              03:10 PM
22  page.
23  MR. RUSHFIELD:  So why don't we                03:10 PM
24  mark it as Q and then we'll explain it.
25  As a matter of fact, I don't have to,

225

Carol Melton

1
2  actually.  I withdraw that.
3  Q.  The two are for the same position but      03:10 PM
4  one is dated February 24th, 2016 and the other one
5  is March 9, 2016, right?  The first page is
6  March 9th, 2016; the earlier page is February 24th,
7  2016.  Do you see that?
8  A.  For the meeting date --                     03:10 PM
9  Q.  Yes.                                        03:10 PM
10  A.  -- yes.                                     03:10 PM
11  Q.  So it looks like they changed it from      03:10 PM
12  February to March for the assignments, to rearrange
13  them, having them switch places.
14  A.  Yeah, that appears to be so because        03:11 PM
15  it's the same resolution.
16  Q.  Yes, O.K.                                  03:11 PM
17  A.  16-912.                                    03:11 PM
18  Q.  I have a document that talks about the     03:11 PM
19  change but it really isn't necessary.  All right.
20  Let's see what else we've got.
21  O.K., here we go.  Three pages into            03:11 PM
22  this document is the position of Elementary and
23  Middle School Break -- I'm sorry.  Elementary and
24  Middle School Spring Break Academies at Morse and
25  Poughkeepsie Middle School, and according to this

226

Carol Melton

1
2  document, you got the Spring Break Academy at the
3  middle school.  Did that happen?
4  This was effective date of appointment         03:11 PM
5  February 24, 2016, commencing March 21, 2016
6  through March 24, 2016, it's a three-day program.
7  Did you get the assignment to the Poughkeepsie
8  Middle School Teaching Assistant for the Spring
9  Break Academy?
10  A.  I don't recollect this.                     03:12 PM
11  Q.  I'm sorry?                                 03:12 PM
12  A.  I don't remember this.                      03:12 PM
13  Q.  Well, are you denying that you got the      03:12 PM
14  Teaching Assistant position for the Spring Break
15  Academy for March 21, 2016 to March 24, 2016?
16  A.  I'm not denying that on this paper          03:12 PM
17  that I'm reading that it states that --
18  Q.  I know --                                  03:12 PM
19  A.  -- I was appointed.                         03:12 PM
20  Q.  I didn't ask you if you're denying         03:12 PM
21  that it states that.  It obviously states that.
22  The question is, it's $878, did you            03:12 PM
23  get the position?
24  A.  I don't remember doing it, that's --        03:12 PM
25  that's what I'm trying to say.

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

227

Carol Melton

1
2    Q.  Do you recall declining a position or   03:12 PM
3    becoming sick for a position?
4        A.  No, I'm not saying that I declined it   03:12 PM
5    or not.  What I am trying to say is that, for
6    example, a position could be posted and you got
7    appointed but for some reason or another, it
8    doesn't actually happen because it still depends on
9    the enrollment.
10       Q.  So there could have been essentially a   03:13 PM
11   rescission of all the appointments for that because
12   they may not have had the amount of students they
13   needed?
14       A.  Yes.                           03:13 PM
15       Q.  O.K.                          03:13 PM
16       A.  And I can't -- don't recollect this.   03:13 PM
17       Q.  Let me change my question, then.     03:13 PM
18       Do you recall being notified that you   03:13 PM
19   got this appointment, the one for the PMS Teaching
20   Assistant for Spring Break Academy.
21       A.  I don't remember.               03:13 PM
22       Q.  O.K.  If you got such an appointment,   03:13 PM
23   though, it would reflect, at least in that case,
24   you weren't subject to either retaliation or race
25   discrimination, right?

---

228

Carol Melton

1
2        A.  I don't know.                  03:13 PM
3        Q.  O.K.  The next one is for the same   03:13 PM
4    program for March 26th to March 29th.  It looks
5    like they run these in three-day segments.  In this
6    case, and this one appears to follow the other one,
7    basically with a two-day break.
8        Hold on.  I may be wrong.  I am wrong.  03:14 PM
9    This is for the 2018 school year.  I don't need
10   that.  2018 school year.  Let me see if there's
11   anything else in here.
12       I'll ask -- no, that's O.K.  I don't   03:14 PM
13   need anything else on this document.  You can
14   return it to me.
15       MR. RUSHFIELD:  Q.               03:16 PM
16       (Whereupon, Defendant's           03:16 PM
17   Exhibit Q, 6/30/16 and 6/13/16
18   memoranda indicating names of
19   staff members for ESY, 000226-29
20   and 000048-51, respectively, and
21   6/13-6/20/16 emails, 000180,
22   000190-191 and 00296, is marked
23   for identification, as of this
24   date.)
25       Q.  I show you a document that we've   03:16 PM

---

229

Carol Melton

1
2    marked as Defendant's Q, Ms. Melton.  This appears
3    to be a statement and letterhead of appointments on
4    June 30, 2016 for the ESY.  Do you know what ESY
5    stands for?
6        A.  Yes.                         03:16 PM
7        Q.  What is that?                 03:16 PM
8        A.  Extended school year.          03:16 PM
9        Q.  O.K.  So we get to at the bottom of   03:16 PM
10   the first page, it starts with Teaching Assistants,
11   and it has a number of names, and then it has
12   Substitute Teaching Assistants where your name is
13   the first name that appears.
14       Do you have a claim in this case that   03:17 PM
15   you were denied extended school year Teaching
16   Assistant appointment for the period after June 30,
17   2016 either on account of your race or in
18   retaliation for your filing of the EEOC complaint?
19       A.  Yes.                         03:17 PM
20       Q.  And in terms of the Teaching     03:17 PM
21   Assistants who got appointed, some of them are
22   senior to you and some of them are junior to you;
23   is that correct?
24       A.  Yes.                         03:17 PM
25       Q.  O.K.  And in terms of the substitute   03:17 PM

---

230

Carol Melton

1
2    teaching assignments, there are people on this
3    list, some of whom are senior to people on the
4    full-time assignments and some of whom are junior
5    to the people on the full-time assignments, right?
6        A.  It appears to be, yes.         03:18 PM
7        Q.  We can use, for example, number eight   03:18 PM
8    in the list who got Teaching Assistant assignments
9    is you did Danielle Atkins.  We've dealt with her
10   before.
11       In the substitute teaching         03:18 PM
12   assignments, you are senior to Ms. Atkins, convince,
13   right?
14       A.  Yes.                         03:18 PM
15       Q.  Sarah Herman is senior to Ms. Atkins,   03:18 PM
16   right?
17       A.  Yes.                         03:18 PM
18       Q.  Ms. Nanetti, I think you told me, is   03:18 PM
19   senior to Ms. Atkins, right?
20       A.  Yes, to Danielle Atkins.        03:18 PM
21       Q.  Well, that's who we're dealing with.   03:18 PM
22       A.  There's two Atkinses.          03:18 PM
23       Q.  I know that.                  03:18 PM
24       A.  Oh.                          03:18 PM
25       Q.  In fact, on this list, it looks like   03:18 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

231

```
1            Carol Melton
2    the first name for Teaching Assistants is
3    Dionnedra, D-i-o-n-n-e-d-r-a, who appears to be the
4    senior one, right?
5            Dionnedra is the senior Atkins,      03:18 PM
6    correct?
7        A.  Yes, she's the senior Atkins.      03:19 PM
8        Q.  So, we have, am I correct, that we     03:19 PM
9    have both African-American and Caucasian people who
10   are listed as substitute Teaching Assistants who
11   are senior to some of the persons who were given
12   the full-time Teaching Assistant assignments for
13   the extended school year 2016, right?
14       A.  Yes.                               03:19 PM
15       Q.  O.K.  Again, other than the issue of   03:19 PM
16   seniority, which I understand your position, and
17   other than the fact that Maryann Baker, who is not
18   certified, is also listed here again, do you have
19   any other basis for claiming that it was a matter
20   of either race or retaliation?
21       A.  And you mentioned Alice Rahemba as     03:19 PM
22   well?
23       Q.  She's also junior to you, right?     03:19 PM
24       A.  Right, yes.                        03:19 PM
25       Q.  I understand that.  There are a number  03:19 PM
```

---

232

```
1            Carol Melton
2    of people who are on the Teaching Assistant list
3    who are junior to you, right?
4        A.  Yes.                               03:19 PM
5        Q.  My question remains the same.  Putting  03:19 PM
6    aside seniority, we've been through all that,
7    putting aside Maryann Baker's status, do you have
8    any basis for arguing that this was a matter of
9    retaliation or discrimination?  Is there any other
10   basis you have other than the fact that Ms. Baker
11   is not certified and you're senior to some of these
12   people?  Do you have anything else?
13       A.  In addition to retaliation?          03:20 PM
14       Q.  Or retaliation.                    03:20 PM
15       A.  O.K.                               03:20 PM
16       Q.  For your retaliation claim --        03:20 PM
17       A.  O.K.                               03:20 PM
18       Q.  -- you filed the EEOC complaint      03:20 PM
19   December of 2015, right?
20       A.  Yes.                               03:20 PM
21       Q.  And you didn't get this position.    03:20 PM
22       A.  Yes.                               03:20 PM
23       Q.  And putting aside seniority and      03:20 PM
24   Ms. Baker's status, are there any other facts that
25   you can give me that support a claim of
```

---

233

```
1            Carol Melton
2    retaliation?
3        A.  No, not at this time.              03:20 PM
4        Q.  O.K.  These pages are numbered which  03:20 PM
5    will make it easier.
6            O.K., page 48, it's a few pages in.  03:20 PM
7        A.  On the bottom?                     03:21 PM
8        Q.  On the bottom.  The numbers are on the  03:21 PM
9    bottom.
10       A.  This one?                          03:21 PM
11       Q.  Keep going, you'll find the page that  03:21 PM
12   says 48.
13       A.  O.K.                               03:21 PM
14       Q.  With me?                           03:21 PM
15       A.  Yes.                               03:21 PM
16       Q.  O.K.  It looks like actually this was  03:21 PM
17   amended by the later one, so we don't need to go
18   through that.  Let me see if there's anything else.
19   No, thank goodness.  You can give me that back.
20           For any of the Teaching Assistant --  03:22 PM
21   let me see if I can shortcut this.  For any
22   Teaching Assistant position that you claim you
23   should have gotten except for retaliation or race
24   discrimination, do you have any information that
25   supports a claim of retaliation or race
```

---

234

```
1            Carol Melton
2    discrimination other than the fact that people who
3    were -- that Caucasian people junior to you --
4    withdraw that.  Do it again.
5            For any of these Teaching Assistant    03:22 PM
6    positions that you applied for in 2015-2016 and
7    2016-2017 that you were denied and that people
8    junior to you got appointed, other than the fact
9    that they were either junior to you or, like
10   Ms. Baker were not certified, do you have any other
11   information that supports a claim of either race
12   discrimination or retaliation?
13       A.  Now, Mr. Rushfield, I really         03:22 PM
14   understood what you said, but it was a lot, and it
15   sounded like there was like --
16       Q.  I'll do it a third time.            03:23 PM
17       A.  -- a few questions there.           03:23 PM
18       Q.  I'll do it a third time.            03:23 PM
19       A.  Maybe I'm mistaken.                 03:23 PM
20       Q.  I'll do it a third time, it's not a   03:23 PM
21   problem.
22       A.  O.K.                               03:23 PM
23       Q.  I mean, I can go through these to some  03:23 PM
24   extent one by one, which I've been kind of doing,
25   but I would be asking this question each time
```

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

235

1          Carol Melton
2    anyway, so I just want to know.
3          We went through on Defendant's L a        03:23 PM
4    list of Teaching Assistant positions that you say
5    were denied to you either on account of race or on
6    account of retaliation for your filing of the EEOC
7    complaint, O.K.?  Are you with me on that?
8        A.  Yes.                    03:24 PM
9        Q.  That is, in fact, your claim with        03:24 PM
10   regard to Teaching Assistant positions that you
11   were denied during those two school years, right?
12       A.  Yes.                    03:24 PM
13       Q.  I've asked you almost the same        03:24 PM
14   question with regard to each one we have gone
15   through, which is, other than the fact that you had
16   people who were junior to you appointed to Teaching
17   Assistant positions where you, let's say didn't get
18   the position or just a sub, other than seniority,
19   them being junior to you, or Ms. Baker's situation
20   of her not being certified, do you have any other
21   factual support for a claim that the decision of
22   the district not to appoint you was because of your
23   race or in retaliation for your EEOC complaint?
24       A.  I -- I -- no, because I don't know why   03:24 PM
25   the decision the district made to place those

---

236

1          Carol Melton
2    people in that position or moved them off the sub
3    list into those positions.
4        Q.  O.K.  Have you finished your answer?    03:25 PM
5    'Cause I understand what you're telling me.  ?
6        A.  Yeah, other than what I've claimed.    03:25 PM
7        Q.  I understand.  O.K.            03:25 PM
8          MR. RUSHFIELD:  R.            03:27 PM
9          (Whereupon, Defendant's        03:27 PM
10   Exhibit R, 6/30/15 one-page
11   Official Grievance Form with
12   attached 7/13/16 Stage II
13   Response, 000080-81, and 8/12/15
14   Stage III Response, 000072, is
15   marked for identification, as of
16   this date.)
17       Q.  I'm showing you, Ms. Melton, what    03:28 PM
18   we've marked as Defendant's R.  The first page of
19   Defendant's R is an official grievance form.  Does
20   that bear your signature?
21       A.  Yes.                    03:28 PM
22       Q.  Can you tell me what your grievance    03:28 PM
23   was in this case?  Can you explain to me who and
24   what this involved?
25       A.  Let me just get a moment to read it.   03:28 PM

---

237

1          Carol Melton
2        Q.  Sure.                    03:28 PM
3        A.  O.K.  So this is in front of me a        03:29 PM
4    grievance regarding the district placing as a
5    substitute a non-employee, non-certified, and
6    out-of-title individual to fill an opening that is
7    designated for a Teaching Assistant.
8        Q.  Yes, I can read all that.  I mean,    03:29 PM
9    that much I can tell from looking at it.
10       A.  Mm-hmm.                    03:29 PM
11       Q.  Who was the non-employee?        03:29 PM
12       A.  I believe the name was Mona Henley.    03:29 PM
13       Q.  H-e-n-l-e-y?                03:30 PM
14       A.  H-e-n-l-e-y.                03:30 PM
15       Q.  O.K.  And is this a Teaching Assistant  03:30 PM
16   position we're talking about?
17       A.  Yes.                    03:30 PM
18       Q.  So where did the district place this    03:30 PM
19   person as a substitute?
20       A.  I -- I don't remember the position but  03:30 PM
21   as you were going through paperwork I saw it.
22       Q.  Is this a position that you applied    03:30 PM
23   for and that you wanted?
24       A.  I have to look at the position.    03:30 PM
25       Q.  Well, I don't know which position    03:30 PM

---

238

1          Carol Melton
2    you're referring to here.
3        A.  It was for -- is it on here?  In any    03:30 PM
4    event, it's an extra-assignment position.
5        Q.  Extra-assignment.  What was it?        03:30 PM
6        A.  Right.  So --                03:30 PM
7        Q.  There's a reference, I can tell you,    03:30 PM
8    in the second page of the Cook letter, which is
9    Bates number 81, to a Summer Enrichment Program.
10   He talks about a Summer Enrichment Program.
11          Was it a Summer Enrichment Program    03:31 PM
12   that this related to?
13       A.  I'm sorry.  Where are you at?    03:31 PM
14          MR. WATSON:  On the next page.    03:31 PM
15       Q.  In the Cook letter --            03:31 PM
16       A.  Oh, O.K.                    03:31 PM
17       Q.  -- on the second page, he's talking    03:31 PM
18   about claims relating to the Summer Enrichment
19   Program.
20       A.  Oh, yes, I see what he's saying.    03:31 PM
21       Q.  Does that help you in terms of        03:31 PM
22   discovering what assignment this was?
23       A.  It's hard to determine because of --    03:31 PM
24   oh, it actually says their name, the person's name.
25       Q.  What's the name given?            03:31 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

239

Carol Melton

1
2   A.   It just has Mrs. Henley.          03:31 PM
3   Q.   Oh, O.K., the last paragraph, O.K.   03:31 PM
4   A.   Yes.                      03:31 PM
5   Q.   Of Cook's letter.            03:31 PM
6   A.   Right.                     03:31 PM
7   Q.   O.K.  So is this a position you     03:31 PM
8  applied for?
9   A.   I'm not sure.               03:31 PM
10   Q.   The one that was given to Ms. Henley?   03:31 PM
11   A.   I -- I don't remember.          03:31 PM
12   Q.   So the complaint about Ms. Henley      03:31 PM
13  getting this position in this case, that, as far as
14  you can recall, you don't have a recollection of
15  that relating to a denial to you of a Teaching
16  Assistant position in the Summer Enrichment
17  Program, for example?
18   A.   I don't remember what?         03:32 PM
19   Q.   Why did you file the grievance?    03:32 PM
20   A.   Why did I file -- because --     03:32 PM
21   Q.   Why were you the one who filed it?   03:32 PM
22  Because I see Ms. Herman, who was the union rep who
23  filed it, but why were you the employee who filed
24  it?  Why were you affected?
25   A.   If I did, and I don't recollect if I   03:32 PM

240

Carol Melton

1
2  applied for this position, then I would have been
3  put on as a substitute instead of this person.
4   Q.   And was Ms. Henley put on as a sub --   03:32 PM
5  oh, so this was about getting the sub -- we've had
6  these assignments, Teaching Assistant positions,
7  and then we've these sub listings.
8   A.   That's correct.             03:32 PM
9   Q.   In almost every case we've dealt with   03:32 PM
10  up to now the issue was if you were listed, you
11  were on the sub list; that was the problem.
12       Is this a situation where you were not   03:33 PM
13  on the sub list but Ms. Henley was?
14   A.   Yes, that would be a case --     03:33 PM
15   Q.   O.K.                     03:33 PM
16   A.   -- if not me, someone else.     03:33 PM
17   Q.   Well, wait.  That last part throws me.   03:33 PM
18  Were you on the sub list that     03:33 PM
19  Ms. Henley's name was on?
20   A.   There's only her name on the sub list.   03:33 PM
21   Q.   O.K., we've seen that, for example,   03:33 PM
22  where there's only one sub listed.  And when her
23  name was removed, according to this her name was
24  removed in July of 2016, and it says we'll appoint
25  another employee to the position, to the sub list,

241

Carol Melton

1
2  I guess.  Was somebody else placed on the sub list
3  in Ms. Henley's place?
4   A.   I don't recall.             03:33 PM
5   Q.   Do you recall if your name was placed   03:33 PM
6  on the sub list to replace Ms. Henley?
7   A.   I don't recall.             03:33 PM
8   Q.   Now, according to the grievance      03:33 PM
9  decision by Dr. Cook and the Board of Ed decision,
10  which is the last page of this document, they both
11  say seniority is not applicable to the Summer
12  Enrichment Program.  They also say it doesn't have
13  to be performed -- extra work assignments during
14  the summer don't have to be performed by Teaching
15  Assistants, and the Board --
16   A.   Where does it say that?         03:34 PM
17   Q.   That was Dr. Cook's position in his   03:34 PM
18  letter.
19       MR. WATSON:  And which page were   03:34 PM
20  you on?
21   Q.   That was stated on the first page of   03:34 PM
22  Dr. Cook's letter, page Bates stamped 80.  He
23  states that "Neither provision states that extra
24  work assignments during the summer can only be
25  performed by Teaching Assistants or that an extra

242

Carol Melton

1
2  assignment must be first filled by seeking
3  volunteers or in reverse order of seniority where
4  there are no volunteers for that position."
5       In the second page he says that      03:35 PM
6  "'Seniority' is also not applicable to the Summer
7  Enrichment Program," because he claims that "The
8  Summer Enrichment Program does not involve a
9  vacancy or a transfer."
10       And the board takes the same position   03:35 PM
11  in its letter, almost verbatim.
12       Did the union challenge that position   03:35 PM
13  subsequently?  Did they file a grievance for
14  arbitration, for example?
15   A.   I'm sorry.  I'm just reading what you   03:35 PM
16  first read.
17   Q.   All right.               03:35 PM
18   A.   The union -- the -- it appears that   03:35 PM
19  the error was corrected.
20   Q.   'Cause they took the name off.   03:35 PM
21   A.   'Cause they removed the person.   03:35 PM
22   Q.   Right.  But do you understand the      03:36 PM
23  position taken by Dr. Cook and the Board was that
24  the collective bargaining agreement provision
25  regarding seniority did not apply, and that's a

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

243

|   |   |
|---|---|
| 1 | Carol Melton |
| 2 | position, I gather you would not agree with, right? |
| 3 | A.  Well, that's not the only thing that    03:36 PM |
| 4 | Article IX states. |
| 5 | Q.  O.K.  But you --    03:36 PM |
| 6 | A.  Seniority is just the first word    03:36 PM |
| 7 | that's there. |
| 8 | Q.  But my question to you simply is, did    03:36 PM |
| 9 | this grievance go to arbitration?  It either did or |
| 10 | it didn't. |
| 11 | A.  No, it did not go to arbitration.    03:36 PM |
| 12 | Q.  You can give me that.    03:36 PM |
| 13 | MR. RUSHFIELD:  S.    03:36 PM |
| 14 | (Whereupon, Defendant's    03:36 PM |
| 15 | Exhibit S, 6/29/16 one-page Official |
| 16 | Grievance Form, 7/13/16 Stage II |
| 17 | Response, 000082-83, is marked for |
| 18 | identification, as of this date.) |
| 19 | Q.  Ms. Melton, I'm showing you a document    03:37 PM |
| 20 | that's been marked as Defendant's S.  It's |
| 21 | constituted of an Official Grievance Form by Sarah |
| 22 | Herman, it does not have your signature, and a |
| 23 | decision by Dr. Cook. |
| 24 | Were you aware of this grievance being    03:37 PM |
| 25 | filed? |

244

|   |   |
|---|---|
| 1 | Carol Melton |
| 2 | A.  Just give me a moment.  I'm just    03:38 PM |
| 3 | reading it. |
| 4 | Q.  Go ahead.    03:38 PM |
| 5 | A.  It states it's a class action, I    03:38 PM |
| 6 | think.  Yes, I remember this. |
| 7 | Q.  O.K.  So can you tell me the    03:38 PM |
| 8 | underlying circumstances involving this grievance? |
| 9 | What was it about other than what it says? |
| 10 | A.  This was a class action made in regard    03:38 PM |
| 11 | to the district putting -- hiring a non-certified |
| 12 | or out-of-title individual and another that was out |
| 13 | of seniority and then failed to fill the third |
| 14 | position with a Teaching Assistant. |
| 15 | Q.  Did this one also involve Ms. Henley?    03:39 PM |
| 16 | A.  I don't -- I don't think so.    03:39 PM |
| 17 | Q.  The reason is, is because in    03:39 PM |
| 18 | Dr. Cook's decision, he talks about this being an |
| 19 | ESY program, at the end he says the district will |
| 20 | appoint another employee to the position other than |
| 21 | Ms. Henley. |
| 22 | So did this involve Ms. Henley as    03:39 PM |
| 23 | well?  Would that be the non-certified, |
| 24 | out-of-title individual? |
| 25 | A.  No.  That could be Ms. Baker.    03:39 PM |

245

|   |   |
|---|---|
| 1 | Carol Melton |
| 2 | Ms. Henley is not an employee of the district in |
| 3 | any capacity. |
| 4 | Q.  Well, there's no reference to    03:40 PM |
| 5 | Ms. Baker in the decision.  Oh, there is, wait a |
| 6 | minute.  O.K. |
| 7 | There is an allegation here about    03:40 PM |
| 8 | there was apparently an attempt to remove Rahemba |
| 9 | or Baker from the ESY program, right?  Right? |
| 10 | A.  I'm sorry, repeat that again.    03:40 PM |
| 11 | Q.  If you look at Cook's decision --    03:40 PM |
| 12 | A.  On which page?    03:40 PM |
| 13 | Q.  The first page.    03:40 PM |
| 14 | A.  O.K.    03:40 PM |
| 15 | Q.  It talks about the non-certified,    03:40 PM |
| 16 | out-of-title individual, which apparently you're |
| 17 | telling me is Ms. Baker, placed another out of |
| 18 | seniority, and failed to fill a third opening with |
| 19 | a Teaching Assistant.  It says in that first |
| 20 | paragraph the union also complains that Alice |
| 21 | Rahemba, a Certified Teaching Assistant, did not |
| 22 | work in the program in the previous year and should |
| 23 | not be it allowed to work in it this year. |
| 24 | Now, was there a claim that    03:41 PM |
| 25 | Ms. Rahemba should not have been assigned a |

246

|   |   |
|---|---|
| 1 | Carol Melton |
| 2 | position in the extended school year program? |
| 3 | A.  This is what this grievance is talking    03:41 PM |
| 4 | about. |
| 5 | Q.  O.K.  And was this a grievance that    03:41 PM |
| 6 | you were involved in? |
| 7 | A.  This is a class action, so --    03:41 PM |
| 8 | Q.  Were you involved in it, though?    03:41 PM |
| 9 | A.  Yes.    03:41 PM |
| 10 | Q.  O.K.  And were you seeking to have a    03:41 PM |
| 11 | position assigned to you rather than to Ms. Rahemba |
| 12 | or Ms. Baker through this grievance, an ESY |
| 13 | position? |
| 14 | A.  If I applied, yes.    03:41 PM |
| 15 | Q.  Well, I think one of the claims you    03:41 PM |
| 16 | have in this case is that you were denied an ESY |
| 17 | position, right? |
| 18 | A.  Yes.    03:41 PM |
| 19 | Q.  You claimed it was based on either --    03:41 PM |
| 20 | you're claiming in this action that it either race |
| 21 | or in retaliation for filing the EEOC complaint, |
| 22 | correct? |
| 23 | A.  Yes.    03:42 PM |
| 24 | Q.  So in this case a grievance was filed    03:42 PM |
| 25 | about, among other things, Ms. Rahemba and |

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

247

1                    Carol Melton
2   Ms. Baker being assigned to the ESY program, right?
3        A.  That appears what it's saying.        03:42 PM
4        Q.  They were assigned and you were made a  03:42 PM
5   sub, right?  Is that correct?
6        A.  Yeah, I believe this is --        03:42 PM
7        Q.  O.K.  And part of this grievance is    03:42 PM
8   about the fact that you were a sub and they got the
9   position, right?
10       A.  According to this grievance, it's --  03:42 PM
11  it's a few things --
12       Q.  Right, but one of the things --    03:42 PM
13       A.  -- because of the --        03:42 PM
14       Q.  I understand that.  I'm trying to    03:42 PM
15  focus on the thing that most directly affected
16  you.
17       A.  Mm-hmm.        03:42 PM
18       Q.  One of the claims in this case, you    03:42 PM
19  understand, is that you should have gotten a
20  Teaching Assistant position rather than Ms. Baker
21  or Ms. Rahemba in the Extended School Year Program,
22  right?
23       A.  Yes.        03:42 PM
24       Q.  And the grievance was denied on the    03:42 PM
25  grounds set forth -- I mean, you were claiming that

248

1                    Carol Melton
2   your seniority and your certified status entitled
3   you to the Teaching Assistant position over Ms.
4   Baker or Ms. Rahemba, right?  That was a claim you
5   made.
6        A.  Yes.        03:43 PM
7        Q.  O.K.  And that claim was denied here,  03:43 PM
8   and they claim that seniority is not applicable to
9   the ESY Program, right?  That's the second
10  paragraph on the page 83 of the Cook decision.  Do
11  you see that?
12       A.  Yes, I see that.        03:43 PM
13       Q.  All right.  Did the union move that    03:43 PM
14  grievance after it was denied up to the Board
15  level?
16       A.  I believe it was.        03:43 PM
17       Q.  O.K.  And did the Board render the    03:43 PM
18  same decision as Dr. Cook or did they grant the
19  grievance?
20       A.  I'm sure that the Board rendered the    03:44 PM
21  same --
22       Q.  O.K.        03:44 PM
23       A.  -- decision.        03:44 PM
24       Q.  So, did the union grieve that denial,  03:44 PM
25  including the claim that seniority was inapplicable

249

1                    Carol Melton
2   to the ESY program, to arbitration?
3        A.  No, not arbitration.        03:44 PM
4        Q.  Did anybody render a decision that    03:44 PM
5   established that seniority was applicable to the
6   ESY program?
7        A.  Did anyone render a decision --    03:44 PM
8        Q.  Render a decision.        03:44 PM
9        A.  -- that it was, that seniority is not  03:44 PM
10  applicable to --
11       Q.  That seniority is applicable to the    03:44 PM
12  ESY program.  We have a decision that says it's
13  not.
14       A.  Seniority is applicable.        03:44 PM
15       Q.  Right.  Did anyone say it was?        03:44 PM
16       A.  No.        03:44 PM
17       Q.  Did anybody render a decision to say    03:44 PM
18  it was?
19       A.  Not to my knowledge.        03:44 PM
20       Q.  So as far as you know, the final    03:44 PM
21  decision on this issue of whether seniority ruled
22  with regard to the ESY Program for Teaching
23  Assistants was one that it did not, right?
24       A.  Yes.        03:44 PM
25       Q.  O.K., thank you.        03:44 PM

250

1                    Carol Melton
2            (Whereupon, there is a recess    03:45 PM
3   taken.)
4            (Whereupon, Defendant's    04:08 PM
5   Exhibit T, 6/8/16 one-page Official
6   Grievance Form, 6/17/16 Grievance denial,
7   000020-21 7/14/16 two-page Stage II
8   Response, and 8/12/16 Stage III Response,
9   000073, is marked for identification, as
10  of this date.)
11  BY MR. RUSHFIELD:        04:08 PM
12       Q.  I'm going to follow up, Ms. Melton,    04:08 PM
13  with asking about a couple more other grievances
14  and then we can wrap that up and move on to
15  something else.  I'm going to put these together
16  differently.
17            Showing you what's been marked as    04:09 PM
18  Defendant's T, Ms. Melton.  In your complaint, if
19  you look at your complaint again for a moment,
20  Ms. Melton -- where was it? -- at Paragraph 9 of
21  your complaint, this is the Facts: Amendment
22  portion, you talk about an incident that happened
23  on or about May 17, 2016 when Assistant Principal
24  Penn, P-e-n-n, wanted to cover Ms. Rhodes' class.
25  Do you see that?

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

251

```
 1            Carol Melton
 2      A.  Yes, I see it.              04:10 PM
 3      Q.  O.K.  And according to this, she asked  04:10 PM
 4  you to cover Ms. Rhodes' class and you politely
 5  declined as per your rights under the contract,
 6  according to you, right?
 7      A.  Yes.                        04:11 PM
 8      Q.  O.K.                        04:11 PM
 9      A.  That's what it says.        04:11 PM
10      Q.  And apparently after that Ms. Dargan,  04:11 PM
11  who was the principal, gave you a directive to
12  cover Ms. Rhodes' class, correct?
13      A.  Yes.                        04:11 PM
14      Q.  And did you follow that directive?   04:11 PM
15      A.  Yes.                        04:11 PM
16      Q.  So you didn't follow it until you got  04:11 PM
17  it from Ms. Dargan in writing?  Did she give it to
18  you in writing?
19      A.  Yes.                        04:11 PM
20      Q.  And that's when you followed the     04:11 PM
21  directive, right?
22      A.  Yes.                        04:11 PM
23      Q.  And Defendant's T, is that a grievance  04:11 PM
24  you filed about that circumstance?
25      A.  What did you say again?      04:11 PM
```

252

```
 1            Carol Melton
 2      Q.  Sure.  Defendant's T, the grievance.  04:11 PM
 3      A.  Oh.                         04:11 PM
 4      Q.  That's all right, I understand.       04:11 PM
 5      A.  I thought you meant a name.  O.K.     04:11 PM
 6      Q.  No.  Defendant's T --      04:11 PM
 7      A.  Yes.                        04:11 PM
 8      Q.  -- is that a grievance you filed about  04:11 PM
 9  the actions of Ms. Penn and Ms. Dargan on or
10  May 17, 2016?
11      A.  Yes.                        04:11 PM
12      Q.  O.K.  And it's fair to say -- you'll  04:11 PM
13  see attached to this is a decision by Ms. Dargan, a
14  decision by Dr. Cook, a decision by Mr. Coates as
15  Board of Ed president, and for some reason on the
16  back of this one, I don't know if it's on the back
17  of yours, is a grievance attached.  No, you're
18  good.  Just mine.
19           O.K.  So did you file Defendant's T  04:12 PM
20  about this incident on or about May 17, 2016,
21  Ms. Melton?
22      A.  Yes.                        04:12 PM
23      Q.  O.K.  So they all denied the grievance  04:12 PM
24  saying, if I can paraphrase, that the district had
25  the right to make involuntarily transfers when
```

253

```
 1            Carol Melton
 2  deemed necessary by the school district for
 3  programmatic reasons.
 4           Did you think that this action on or   04:12 PM
 5  about May 17, 2016 was an act of either race
 6  discrimination or retaliation or both?
 7      A.  Yes.                        04:12 PM
 8      Q.  Which?  Did you believe that this     04:13 PM
 9  directive, this assignment to you was being given
10  to you because you're African-American?  Start with
11  that.
12      A.  No.                         04:13 PM
13      Q.  Did you believe this directive was    04:13 PM
14  being given to you because you had filed an EEOC
15  complaint?
16      A.  Yes, I believe.             04:13 PM
17      Q.  All right.  And other than your claim  04:13 PM
18  that you weren't required to do this assignment, do
19  you have any other basis for claiming that it was a
20  matter of retaliation?
21      A.  Are you asking if it was a matter of  04:13 PM
22  retaliation?
23      Q.  Let me ask it again.         04:13 PM
24           You're claiming that -- you're saying  04:13 PM
25  that this was an act of retaliation, what
```

254

```
 1            Carol Melton
 2  Ms. Dargan and what Ms. Penn did, right?
 3      A.  Yes.                        04:13 PM
 4      Q.  Correct?  O.K.              04:13 PM
 5           And you've asserted that your        04:13 PM
 6  seniority entitled you to refuse such an
 7  assignment; have I got that right?
 8      A.  Yes.                        04:13 PM
 9      Q.  O.K.  According to the decisions      04:13 PM
10  rendered by Ms. Dargan, Dr. Cook and the Board of
11  Education, you understood they claimed no, your
12  seniority did not entitle you no make that
13  decision, correct?
14      A.  Yes.                        04:14 PM
15      Q.  All right.  They claimed that         04:14 PM
16  contractually or policy-wise they had the right to
17  assign you to this coverage of Ms. Rhodes' class;
18  that's the position the district took at each of
19  the stages of the grievance, right?
20      A.  It appears to be.           04:14 PM
21      Q.  O.K.  And your union did not arbitrate  04:14 PM
22  this grievance after the final decision of the
23  Board of Education, right?
24      A.  No, the union did not go to  04:14 PM
25  arbitration.
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

255

Carol Melton

1
2     Q.   The union did not dispute -- I'm          04:14 PM
3  correct, am I not, that the union did not dispute
4  the district's claim that they had a right to
5  assign you to this position?  Correct?
6     A.   The local union?                    04:15 PM
7     Q.   Your union, the union who has the       04:15 PM
8  contract with the Poughkeepsie City School
9  District, they did not take the position contrary
10 to that of the district, because they didn't
11 arbitrate the grievance, right?
12    A.   They didn't arbitrate but it did go    04:15 PM
13 through the subsequent steps.
14    Q.   Right.  And the subsequent steps, the  04:15 PM
15 final decision was the district was well within its
16 rights; that's the only decisions we have, right?
17    A.   Right, that's what the district said.  04:15 PM
18    Q.   So other than the fact that you        04:15 PM
19 disagreed that they had that right, is there any
20 other basis for your claiming this was retaliatory?
21    A.   No, other than the -- what the         04:15 PM
22 contract and my submission of my claim.
23    Q.   Submission of your claim, you mean      04:15 PM
24 submitting the EEOC complaint.
25    A.   Yes.                            04:15 PM

256

Carol Melton

1
2     Q.   So do I understand correctly that your  04:15 PM
3  basis for claiming that the actions of the district
4  in directing you to this cover Ms. Rhodes' position
5  despite your claim of seniority was retaliatory
6  because you filed the EEOC complaint and you
7  believe that the contract gave you the right to
8  refuse the assignment, correct?
9     A.   You asked two questions, so...         04:16 PM
10    Q.   No, I didn't, but I'll rephrase it.    04:16 PM
11       Apart from the fact that you claim     04:16 PM
12 that you had, which the district disagreed with,
13 that you had the right to refuse that assignment
14 and there was an EEOC complaint filed, do you have
15 any other basis for claiming that the actions of
16 the district in making this assignment to you were
17 retaliatory?
18    A.   I don't have at this time, no.        04:16 PM
19    Q.   O.K.  You can give me that back.      04:16 PM
20 Thank you.
21       MR. WATSON:  Do you need these        04:16 PM
22 back, too?  It's the document requests.
23       MR. RUSHFIELD:  The document          04:16 PM
24 requests we will take back.
25       Let's leave that there.  I don't     04:16 PM

257

Carol Melton

1
2  know that I'll need it, but it might just
3  be that I do.
4       Let's do this because maybe you       04:17 PM
5  can figure it out.  Defendant's U.
6       MR. WATSON:  Are there more            04:18 PM
7  pages?
8       MR. RUSHFIELD:  No, this is it.       04:18 PM
9       As you can tell, I can barely         04:18 PM
10 read this here, but since Ms. Melton
11 signed it, she may be able to help us.
12       MR. WATSON:  I can read it.           04:18 PM
13       MR. RUSHFIELD:  You can.              04:18 PM
14       MR. WATSON:  Yes.                     04:18 PM
15       (Whereupon, Defendant's               04:18 PM
16 Exhibit U, 6/20/16 one-page Official
17 Grievance Form, is marked for
18 identification, as of this date.)
19    Q.   I'm showing you Defendant's U,       04:18 PM
20 Ms. Melton.  And if you can't read it, we're going
21 to have counsel read it into the record, because he
22 can read it.
23       MR. WATSON:  I don't know if          04:18 PM
24 that's allowed but...
25    Q.   Can you tell me what words appear     04:18 PM

258

Carol Melton

1
2  after the words "List Applicable Violation"?
3  Because I can't read it.
4     A.   O.K., give me a second.             04:18 PM
5     Q.   Go ahead.                         04:18 PM
6     A.   I have to read the whole thing because 04:18 PM
7  I have to focus:  "The district violated Article,"
8  it looks like "VIII - Individual and Association
9  Rights, Section 2, Notice of Assignment, Workday,
10 Extended Workday and Work Year."  Oh, goodness.
11 "A-Permanent and B-Occasional; Article IX --
12 Seniority," it looks like it says, "Reduction in
13 Force, Section A, Seniority, Past Practice and any
14 other applicable provisions of the contract when
15 it" -- I'm not sure.
16       MR. WATSON:  "Requested."             04:19 PM
17    A.   -- "requested the grievant to        04:19 PM
18 voluntarily work an extra assignment, and when she
19 declined, turned the voluntarily request into a
20 mandatory request, rather than seek other
21 volunteers."
22    Q.   O.K.  You don't have to read anything 04:20 PM
23 further because it looks like this is the same
24 claim that's in Defendant's T.  It is.  It's the
25 same.  I can read the rest of it and see it's the

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

259

1           Carol Melton
2    same language as in the grievance we just get
3    outlined.
4        A.   The one that we just handed back?    04:20 PM
5        Q.   Yes.  In one way it came out in that    04:20 PM
6    kind of print and in one way it came out full.
7        A.   I thought -- I didn't see --    04:20 PM
8           MR. RUSHFIELD:  Let me show her    04:20 PM
9    Defendant's T.
10          MR. WATSON:  Well, this    04:20 PM
11   page says Step II and this page says
12   Step I.
13          MR. RUSHFIELD:  Right.  So the    04:20 PM
14   difference is it's a different step
15   decision.  It's a different step it was
16   submitted at.
17          You can return that to me.  I    04:20 PM
18   know what happened with it, so...
19       Q.   Ms. Dargan, earlier I had shown you a    04:21 PM
20   document that included your complaint --
21       A.   I'm not Ms. Dargan, but that's O.K.    04:21 PM
22       Q.   Oh, that's right.  Ms. Dargan's a    04:22 PM
23   principal.  It's a promotion.
24       A.   I look exactly like her.    04:22 PM
25          MR. WATSON:  Do you?    04:22 PM

---

260

1           Carol Melton
2           THE WITNESS:  No.  That's a    04:22 PM
3    joke.
4        Q.   Ms. Melton, earlier you saw your    04:22 PM
5    complaint of harassment made about Dr. Cook, right?
6    We went over that earlier.  Do you recall that?
7        A.   The one harassment, yes.    04:22 PM
8        Q.   Right, the harassment complaint that    04:22 PM
9    was in an email.
10       A.   Yes, I remember that.    04:22 PM
11       Q.   O.K.  And after you were contacted by    04:22 PM
12   the district about engaging in a
13   discrimination/harassment complaint investigation,
14   right?  You were contacted by Steven Rappleyea?
15       A.   Yes.    04:22 PM
16       Q.   O.K.  And he asked for you to    04:22 PM
17   cooperate with him in investigating your
18   allegations of harassment, right?
19       A.   Yes.    04:22 PM
20       Q.   Did you ever meet with him?    04:22 PM
21       A.   No.    04:22 PM
22       Q.   Why not?    04:22 PM
23       A.   You have that.  There were several    04:22 PM
24   reasons why.
25       Q.   Well, give me them.    04:22 PM

---

261

1           Carol Melton
2        A.   Well, in the beginning he was very    04:22 PM
3    assertive.
4        Q.   Assertive about having a meeting?    04:23 PM
5        A.   Yes.    04:23 PM
6        Q.   O.K.  What else?    04:23 PM
7        A.   He did not wait for me to respond, he    04:23 PM
8    just told me he was sending a taxi to come pick me
9    up.
10       Q.   All right.  Well let's do it this way.    04:23 PM
11          MR. RUSHFIELD:  V, as in Victor.    04:23 PM
12          (Whereupon, Defendant's    04:23 PM
13   Exhibit V, several emails dated between
14   11/7/16 and 12/8/16, 000350, 000295,
15   000169, 000294, is marked for
16   identification, as of this date.)
17       Q.   Showing you a document that we've    04:24 PM
18   marked as Defendant's V.  It's a series of emails.
19   I want to take you through them.
20          The first one is an email to    04:24 PM
21   Dr. Williams, the Superintendent of Schools -- I'm
22   sorry, from -- well, it appears to be from Steven
23   Rappleyea to Becky Torres with a copy to
24   Dr. Williams, Subject:  Cease and desist from
25   stalking, harassment, intimidation, et cetera.  And

---

262

1           Carol Melton
2    the November 7 email to Dr. Williams says, I called
3    Ms. Melton to schedule an appointment for Thursday.
4    She noted that transportation would be an issue and
5    needed to confer with her family to determine if
6    the morning or afternoon was better for an
7    appointment."
8           Did that happen?  Did you have a    04:25 PM
9    conversation about that subject with Mr. Rappleyea?
10       A.   I believe I recall that.    04:25 PM
11       Q.   O.K.  It goes on to say, "I asked her    04:25 PM
12   if it would be easier to speak with me at her
13   school."  Do you recall Mr. Rappleyea saying that
14   to you?
15       A.   Yes, I do.    04:25 PM
16       Q.   Then it says, "She noted that she    04:25 PM
17   would be uncomfortable with that."  Did you say
18   that to him?
19       A.   Yes, I believe I said that.    04:25 PM
20       Q.   He then goes on to say to    04:25 PM
21   Dr. Williams, "I communicated my understanding,
22   noting that the interview would take place in my
23   offices."  Is that, in fact, something he
24   communicated to you, that he would do the interview
25   in his offices?

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

263

Carol Melton

1
2      A.  I don't remember that, but it probably   04:25 PM
3  was --
4      Q.  You don't have --                        04:25 PM
5      A.  -- in his office.                        04:25 PM
6      Q.  -- A specific recollection, but it's     04:25 PM
7  your belief that probably is what he offered you?
8      A.  Mm-hmm.                                  04:26 PM
9      Q.  Yes?                                     04:26 PM
10     A.  Yes.                                     04:26 PM
11     Q.  O.K.  Then he says, "I gave her my       04:26 PM
12  district cell phone number and asked her to let me
13  know what time would be preferable."  Did that
14  happen, did he give you his district cell phone
15  number?
16     A.  I don't remember that.                   04:26 PM
17     Q.  And then it says, "Ms. Melton            04:26 PM
18  stated she would call today," which was Monday, and
19  he was currently awaiting your call.  Did you tell
20  him you would call that Monday?
21     A.  I don't remember.                        04:26 PM
22     Q.  O.K.  He says to Dr. Williams if he      04:26 PM
23  doesn't hear from you that day, which was Monday,
24  he will call tomorrow to request that you appear at
25  his offices first thing Thursday.

---

264

Carol Melton

1
2      Next page, it has a November 14 email   04:26 PM
3  to you from Mr. Rappleyea.  Do you see that?
4  That's at the bottom of the page.
5      A.  That's the next page, correct?          04:26 PM
6      Q.  Right, next page.                        04:27 PM
7      A.  O.K.                                     04:27 PM
8      Q.  All right.  So he says in that           04:27 PM
9  November 14, 2016 email that he was appointed to
10  position of Alternate Title VII compliance officer.
11  Do you know why he was made the alternate, why he
12  was selected as the Alternate Title VII compliance
13  officer?
14     A.  I believe because someone else had the   04:27 PM
15  position.
16     Q.  Wasn't Dr. Cook the person who           04:27 PM
17  actually was the Title VII compliance officers?
18     A.  I believe he was.                        04:27 PM
19     Q.  So there was a problem because your      04:27 PM
20  allegations were about Dr. Cook, right?
21     A.                                           04:27 PM
22     Q.  Yes?                                     04:27 PM
23     A.  Yes.                                     04:27 PM
24     Q.  O.K.  He told you he's been asked to     04:27 PM
25  investigate an allegation of harassment you

---

265

Carol Melton

1
2  reported against Dr. Ronel Cook.  He says, "I made
3  contact with you last week in order to schedule an
4  interview time such that could gather information
5  related to your report," which had happened, right?
6  He had contacted you the prior week to schedule an
7  interview, right?
8      A.  Yes.                                     04:28 PM
9      Q.  O.K.  According to this you expressed    04:28 PM
10  to him that you were hoping to speak with an
11  attorney prior to the meeting and that you would
12  get back to him prior to your conversation.  Did
13  you tell him you were hoping to speak with an
14  attorney?
15     A.  Yes, I said that I was hoping to speak   04:28 PM
16  with an attorney.
17     Q.  O.K.  Next email, next page, contains    04:28 PM
18  that email and then another email of November 28,
19  2016, which is now three weeks after --
20  approximately three weeks after he spoke to you.
21     He says he hopes you had a lovely            04:28 PM
22  Thanksgiving and are returning to work refreshed
23  and ready for the tasks ahead.  He says, "It has
24  been two weeks since my last request to meet you.
25  I have not heard from you in this time."  Is that

---

266

Carol Melton

1
2  correct, that he had not heard from you between
3  November 7th and November 28th?
4      A.  I don't remember, but...                 04:28 PM
5      Q.  Do you remember having a communication   04:28 PM
6  with him during that two- to three-week period,
7  that three-week period between November 7th, 2016
8  and November 28th, 2016?
9      A.  I don't remember speaking with him       04:29 PM
10  over --
11     Q.  Telephone?                               04:29 PM
12     A.  -- the holiday break.                    04:29 PM
13     Q.  O.K.  Do you have any recollection       04:29 PM
14  again of speaking to him between November 7th and
15  November 28th when he sent you this email?
16     A.  No, I don't remember speaking with him   04:29 PM
17  again.
18     Q.  Then there's an email, next page, last   04:29 PM
19  page, of the December 8th.  It says, "Despite my
20  prior attempts to contact you and arrange a
21  conference to discuss your allegations of
22  harassment against Dr. Cook, I have not heard from
23  you."  He says, "I have written emails on the 14th
24  and the 28th of November to attempt to schedule
25  these conversations, as well as phone contact and

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

267

```
1          Carol Melton
2  text messages." Had he sent you text messages?
3      A.  I don't recollect.              04:29 PM
4      Q.  Had he tried to call you by phone?   04:29 PM
5      A.  I don't recall that either.     04:29 PM
6      Q.  All right.  He says that "After     04:29 PM
7  initially scheduling and confirming a meeting for
8  Thursday, November 10th, you informed me on the
9  morning of November 10th, by text, that you were
10 waiting to hear back from your attorney."  Did that
11 happen?
12     A.  Sorry.  I'm reading.            04:30 PM
13     Q.  Second paragraph, first sentence.   04:30 PM
14     A.  Yes, I see that.               04:30 PM
15     Q.  Did that happen?               04:30 PM
16     A.  Did which happen?              04:30 PM
17     Q.  Did you initially schedule and confirm   04:30 PM
18 a meeting for Thursday November 10th?  Yes or no.
19     A.  I don't remember the exact date, but I   04:30 PM
20 believe I did.
21     Q.  O.K.  Then it says, "you informed me    04:30 PM
22 on the morning of the November 10th," which was the
23 date of this meeting apparently, "by text, that you
24 were waiting to hear back from your attorney."  Did
25 you tell him that?
```

268

```
1          Carol Melton
2      A.  Yes.                           04:30 PM
3      Q.  Who was the attorney you were speaking   04:30 PM
4  with?
5      A.  I called several people.       04:30 PM
6      Q.  Well, it says you were waiting to hear   04:30 PM
7  back from your attorney.  Which attorney were you
8  waiting to her back from?
9      A.  Several.  I was getting information    04:30 PM
10 on...
11     Q.  So you were just contacting various    04:31 PM
12 attorneys about maybe representing you, yes?
13     A.  Yes.                           04:31 PM
14     Q.  O.K.  He says, "I noted by text that I   04:31 PM
15 would await your response."  Did he do that?
16         This is on November 10th.      04:31 PM
17     A.  I don't recall that.           04:31 PM
18     Q.  He then says, "After not hearing from   04:31 PM
19 you for two weeks, I sent you a follow-up email
20 inviting you to schedule a meeting such that I
21 could receive the substantive facts of your
22 concern, such that I might complete the
23 investigation on behalf of the district."  Now we
24 know he sent you an email on November 14th and
25 November 28th.  So November 14th to November 28th
```

269

```
1          Carol Melton
2  is a long two weeks.
3         So you don't deny that he sent you an   04:31 PM
4  email --
5      A.  Yes, I remember the --         04:31 PM
6      Q.  After not hearing from you for two    04:31 PM
7  weeks, he sent you a follow-up email, right?
8      A.  Yes.                           04:31 PM
9      Q.  You acknowledge that.          04:31 PM
10     A.  Yes.                           04:31 PM
11     Q.  And then he invites you to at the very   04:31 PM
12 least provide him a written statement of the events
13 that are of concern.  Did you give him a written
14 statement?
15     A.  No, I didn't provide a written     04:32 PM
16 statement.
17     Q.  Did you ever arrange to be interviewed   04:32 PM
18 by him?
19     A.  I did not meet with him.        04:32 PM
20     Q.  Was that intentional on your behalf    04:32 PM
21 that you did not meet with him?
22     A.  It's not intentional.          04:32 PM
23     Q.  Well, why didn't you meet with him?    04:32 PM
24     A.  I said that he was assertive.   04:32 PM
25     Q.  O.K.  Did you complain --      04:32 PM
```

270

```
1          Carol Melton
2      MR. WATSON:  Let her finish.       04:32 PM
3      A.  I'm sorry.  Is there something more?   04:32 PM
4      A.  I said that he was assertive.  I do   04:32 PM
5  remember him contacting me, and that was before he
6  was actually appointed or --
7      Q.  Board appointed you mean?       04:32 PM
8      A.  Board appointed to take over that    04:32 PM
9  position.  I do remember him not actually setting
10 up a meeting but telling me you need to come speak
11 to me, without knowing the exact words, like right
12 away.
13     Q.  O.K.                          04:33 PM
14     A.  And then he sent a taxi to pick me up.   04:33 PM
15     Q.  And did you go?                04:33 PM
16     A.  And he -- if I may finish.  He sent a   04:33 PM
17 taxi to pick me up.  I received an email in regard
18 to that from another principal.  He apparently sent
19 the taxi to another school.
20     Q.  O.K.                          04:33 PM
21     A.  So I was -- I was afraid.  I was --   04:33 PM
22     Q.  You were afraid to meet with him?    04:33 PM
23     A.  I was afraid because he didn't even    04:33 PM
24 know what school I was in, and, to me, that just
25 didn't seem to show that he cared about the
```

69

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

271

Carol Melton

1
2  incident if he didn't even know what school -- he
3  didn't do the efforts to find out what school I'm
4  in.
5          And then, the email he sent to the      04:34 PM
6  principal, I'm pretty sure that principal had
7  nothing to do with it, is now knowledgeable about
8  it and probably -- because it did say my name,
9  probably was wondering what it was about, and so,
10 it was just very uncomfortable.
11     Q.  Did you tell Dr. Rappleyea that you      04:34 PM
12 wouldn't meet with him because he was assertive?
13     A.  I didn't speak to him at --      04:34 PM
14     Q.  So you never spoke --      04:34 PM
15     A.  I did not speak to him --      04:34 PM
16     Q.  Did you ever speak to them?      04:34 PM
17     A.  -- with that same --      04:34 PM
18     Q.  Did you ever speak to him on the      04:34 PM
19 phone?
20     A.  I only spoke to him on the phone      04:34 PM
21 regarding when -- that I remember, when he said
22 schedule, I think, it was to schedule something,
23 but that's all I can recall after that.
24     Q.  O.K.  Did you ever let the      04:34 PM
25 administration of the school district know that you

272

Carol Melton

1
2  were uncomfortable with Dr. Rappleyea?
3     A.  I didn't -- I did not speak to anyone   04:34 PM
4  else.
5     Q.  So you didn't tell anyone that you      04:34 PM
6  were uncomfortable with him.
7     A.  I didn't know there was anyone I      04:35 PM
8  should speak with.
9     Q.  You know who the Superintendent of      04:35 PM
10 Schools was right?
11     A.  Yes, I do.      04:35 PM
12     Q.  You know there was a Board of Ed?      04:35 PM
13     A.  I do.      04:35 PM
14     Q.  Are you telling me that you couldn't      04:35 PM
15 think of anyone you would contact to complain about
16 Dr. Rappleyea's behavior?  Is that what you're
17 telling me?  Is that your testimony?
18     A.  I'm saying that I didn't know who I      04:35 PM
19 should contact.
20     Q.  Did you ask anybody about who you      04:35 PM
21 should contact?
22     A.  No.      04:35 PM
23     Q.  Did you engage in any follow-up with      04:35 PM
24 Dr. Rappleyea after he was trying to arrange these
25 meetings with you?

273

Carol Melton

1
2     A.  With Dr. Rappleyea follow up?      04:35 PM
3     Q.  Yes.  Did you follow up with him about   04:35 PM
4  any circumstance, either scheduling a meeting or
5  telling him I'd like to speak with someone else?
6     A.  I didn't tell him.  I didn't know that   04:35 PM
7  that was an option, and I did not speak with him
8  after that point.  If he's the person that is
9  assigned, that's my understanding, he's the one
10 that's assigned.
11     Q.  Right.  But you knew he had taken the   04:36 PM
12 place of Dr. Cook in being assigned, right?
13     A.  Yeah, after it was -- he sent me that   04:36 PM
14 email.
15     Q.  So you knew that the Board could      04:36 PM
16 assign other alternates than Dr. Rappleyea or
17 Dr. Cook to be your Title IX investigator?
18     A.  I'm not aware of that.      04:36 PM
19     Q.  Do you know the district had a policy   04:36 PM
20 against discrimination?
21     A.  I believe that, yeah.      04:36 PM
22     Q.  Were you aware of that policy?      04:36 PM
23     A.  I don't know but I believe that most   04:36 PM
24 businesses have some sort of policy in place.
25     Q.  Did you ever check the policy to see   04:36 PM

274

Carol Melton

1
2  what your rights were?
3     A.  I don't remember reading it.      04:36 PM
4     Q.  Right.  Is the policy available to      04:36 PM
5  employees of the district?
6     A.  I guess so.      04:36 PM
7     Q.  Is it online?  Isn't in their      04:36 PM
8  board.docs?
9     A.  I don't know.  I've never searched for   04:36 PM
10 that.
11     Q.  Never looked for it.      04:37 PM
12     A.  I never looked for it.      04:37 PM
13     Q.  O.K.  Well, you knew that if you made   04:37 PM
14 a harassment complaint, there would be an
15 investigator assigned because that had happened,
16 right?
17     A.  No, I did not know.      04:37 PM
18     Q.  Well once you made the complaint with   04:37 PM
19 regards to Dr. Cook you knew that an investigator
20 would be assigned because one was assigned, right?
21     A.  I knew when the person contacted me.      04:37 PM
22     Q.  Exactly.  And did you ever make any      04:37 PM
23 other complaints of discrimination or retaliation
24 to the school district after you learned that they
25 had a discrimination complaint investigator that

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

275

1          Carol Melton
2    they would assign to complaints?
3        A.  Could you say that again?          04:37 PM
4        Q.  Sure.  You made a harassment complaint  04:37 PM
5    against Dr. Cook, right?  Correct?
6        A.  Yes.                    04:37 PM
7        Q.  And after you made that harassment      04:37 PM
8    client, you were notified of the assignment of an
9    investigator to investigate your claim of
10   harassment, right?
11       A.  Yes.                    04:37 PM
12       Q.  At that point, you knew that the        04:38 PM
13   district would appoint people to investigate claims
14   of discrimination, right?
15       A.  No, I did not.              04:38 PM
16       Q.  Well, you knew that they would        04:38 PM
17   investigate claims of harassment, intimidation, and
18   retaliation, right?  That's the allegation also you
19   made against Dr. Cook.
20       A.  When the person contacted me and told   04:38 PM
21   me that was their responsibility, that's when I
22   knew.
23       Q.  And that's like November of 2015,       04:38 PM
24   right?
25       A.  No.  2016.                04:38 PM

---

276

1          Carol Melton
2        Q.  O.K.  November of 2016.          04:38 PM
3        From November 2016 on you know that if  04:38 PM
4    you make a complaint of, let's say, retaliation
5    there will be an investigator appointed, right?
6        A.  At that time.              04:38 PM
7        Q.  Right.                  04:38 PM
8        A.  O.K.                    04:38 PM
9        Q.  From November of 2016 through the      04:38 PM
10   2016-2017 school year, did you ever make a
11   complaint of retaliation at the district?  Just
12   like you made one against Dr. Cook, did you make a
13   complaint of retaliation for anything else that
14   happened at the district after November 2016?
15       A.  But are you talking -- this complaint   04:39 PM
16   against him harassing me?
17       Q.  No.  Listen to my question.        04:39 PM
18       You made a complaint about Dr. Cook,    04:39 PM
19   right?
20       A.  Yes.                    04:39 PM
21       Q.  You believed you had the right to make  04:39 PM
22   a complaint against Dr. Cook, right?
23       A.  I wanted him to stop.          04:39 PM
24       Q.  Right?                  04:39 PM
25       A.  Yes.                    04:39 PM

---

277

1          Carol Melton
2        Q.  And you claimed he was retaliating     04:39 PM
3    against you among other things, right?
4        A.  Yes.                    04:39 PM
5        Q.  You've made allegations in this case   04:39 PM
6    that you were the subject of retaliation also
7    throughout the 2016-2017 school year, right?
8        A.  Yes.                    04:39 PM
9        Q.  When you made the complaint against    04:39 PM
10   Dr. Cook, there was an investigator appointed to
11   investigate the allegations.  You didn't meet with
12   him but you knew one was appointed, right?
13       A.  Yes.                    04:39 PM
14       Q.  You knew the Board made the          04:39 PM
15   appointment, right?  That's what you told me.
16       A.  Yes.  I knew someone made an          04:39 PM
17   appointment, yes.
18       Q.  Well you told me you knew the Board    04:39 PM
19   made the appointment because Rappleyea --
20       A.  Well --                  04:39 PM
21       Q.  -- was appointed later than --        04:39 PM
22       A.  Right.                  04:40 PM
23       Q.  -- when he first contacted you.       04:40 PM
24       A.  And it's in his email.          04:40 PM
25       Q.  All right.  So you knew the Board made  04:40 PM

---

278

1          Carol Melton
2    such appointments, right?
3        A.  Yes.                    04:40 PM
4        Q.  From November of 2016, when you        04:40 PM
5    learned Dr. Rappleyea was appointed, through the
6    2016-2017 school year and in the extended school
7    year of 2016-2017, did you make any internal
8    complaints of retaliation to the district?
9        A.  Other than my claim?          04:40 PM
10       Q.  The EEOC complaint, did you send the   04:40 PM
11   EEOC complaint to the district yourself?
12       A.  No.                    04:40 PM
13       Q.  Did you tell anybody in the district   04:40 PM
14   that you had filed an EEOC complaint?
15       A.  No.                    04:40 PM
16       Q.  Did you know when the district        04:40 PM
17   received your EEOC complaint?
18       A.  Not the exact date, no.          04:40 PM
19       Q.  Do you have an on-or-about date you    04:40 PM
20   can give me when you understand they received it?
21       A.  No.                    04:40 PM
22       Q.  If I told you they received it on      04:40 PM
23   May 2, 2016, would that surprise you?
24       A.  No.  It doesn't surprise me.        04:41 PM
25       Q.  O.K.                    04:41 PM

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

279

Carol Melton

1
2     A.  I'm not sure.                              04:41 PM
3     Q.  So let's deal with it.  Throughout the   04:41 PM
4  2016-2017 school year, which after November leaves
5  us December, January, February, March, April, May
6  and June, and if we extend it through the extended
7  school year, July and August before the next
8  September, did you ever make another complaint of
9  retaliation at the district level?
10    A.  At the district level?  No.              04:41 PM
11    Q.  No.  So after you EEOC complaint from    04:41 PM
12  December 31, 2015, you never make another complaint
13  of retaliation against the district, either
14  internally or externally, to anyone, right?
15    A.  Not internally, no.                      04:41 PM
16    Q.  Or externally, you don't make another    04:41 PM
17  complaint to the EEOC, right?  You only made the
18  one.
19    A.  Right.                                   04:41 PM
20    Q.  You don't make any complaint at the      04:41 PM
21  district level about you being the subject of
22  retaliation after you learn that there is a
23  procedure for the appointment of an investigator,
24  correct?
25    A.  In regard to this one?                   04:42 PM

280

Carol Melton

1
2     Q.  No.                                       04:42 PM
3     A.  I'm getting confused.                     04:42 PM
4     Q.  In regards to any claims of              04:42 PM
5  retaliation.
6     A.  O.K.                                      04:42 PM
7     Q.  We've been through this.  You made a      04:42 PM
8  claim of retaliation against Cook.  You have claims
9  of retaliation against the district for the
10  2016-2017 school year relating to appointments,
11  relating to actions that Nicole Penn and Ms. Dargan
12  brought, which are raised in your complaint, but
13  you don't make any internal complaint of
14  discrimination or retaliation by Penn, by Dargan,
15  by the district relating to Teaching Assistant
16  appointments, right?  You don't make any internal
17  claims of retaliation of discrimination, correct?
18    A.  No, I don't submit it internally.         04:42 PM
19    Q.  Why not?                                  04:42 PM
20    A.  Because this is -- I've already           04:42 PM
21  submitted my EEOC, and part of that is subsequent,
22  it's been following.
23    Q.  Part of it is what?                       04:43 PM
24    A.  Part of it, the retaliation, has been     04:43 PM
25  ongoing.

281

Carol Melton

1
2     Q.  Right.  And you still filed no            04:43 PM
3  internal complaints with the district about these
4  ongoing acts of retaliation?
5     A.  No.                                       04:43 PM
6     Q.  And you've never even looked to find      04:43 PM
7  out if there is discrimination procedure,
8  anti-discrimination procedure or anti-harassment
9  procedure in the policies of the district, is that
10  what you're telling me, you never looked?
11    A.  No.                                       04:43 PM
12    Q.  Why not?                                  04:43 PM
13    A.  Because I've already filed a claim.       04:43 PM
14    Q.  Right, relating to -- in December 2015    04:43 PM
15  relating to events that led up to December 31,
16  2015, right?  There's nothing in your EEOC
17  complaint of December 31, 2015 that talks about
18  things that happened afterwards, right?
19    A.  Not in the initial statement but the      04:43 PM
20  amendment.  The amendment --
21    Q.  No.  You're talking about the             04:43 PM
22  complaint in the action, in this court action.  I'm
23  not asking about that.
24        The EEOC complaint you filed with the     04:44 PM
25  EEOC, dated December 31, 2015, you don't say in

282

Carol Melton

1
2  that complaint, oh, and things have happened in
3  January of 2016 and February; you're not talking
4  about things that happened after your complaint to
5  the EEOC.
6     A.  No, because when I filed it, that         04:44 PM
7  wasn't happening at the time I filed it.
8     Q.  Right.                                    04:44 PM
9     A.  It happened afterwards.                   04:44 PM
10    Q.  So you don't file something new with      04:44 PM
11  the EEOC about events that happened after that,
12  right?
13    A.  I don't believe so.                       04:44 PM
14    Q.  And you don't file anything internally    04:44 PM
15  with the district about things that happened after
16  that, right?
17    A.  No, I didn't file anything with the       04:44 PM
18  district.
19    Q.  You don't even look to see if there's     04:44 PM
20  a discrimination, anti-discrimination or
21  anti-retaliation policy of the district that sets
22  forth a procedure, right?
23    A.  I did not.                                04:44 PM
24    Q.  And you don't look for that even          04:44 PM
25  though you know there must be some kind of

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

283

1          Carol Melton
2    procedure because you've been contacted about a
3    retaliation complaint under that procedure, right?
4          A.  I don't know that.          04:44 PM
5          Q.  You were contacted by Rappleyea.     04:44 PM
6    Where do you think he came from?
7          A.  Think I understood to be harassment.    04:44 PM
8          Q.  O.K., but you had complained in your     04:45 PM
9    complaint about Cook, you also said he retaliated
10   against you.
11         A.  But this particular one Rappleyea is     04:45 PM
12   responding to is about Dr. Cook harassed me.
13         Q.  Right.                    04:45 PM
14         A.  O.K.                      04:45 PM
15         Q.  And did you believe Dr. Cook's     04:45 PM
16   harassment of you was related to your race?
17         A.  I don't know what his rationale was.    04:45 PM
18   I just know that I contacted about the harassment.
19         Q.  O.K.  In your complaint, the Facts:    04:45 PM
20   Amendment portion, at paragraph 14, you state,
21   "During the 2015-2016 and 2016-2017 school years,
22   non-black employees in the same position were
23   allowed to substitute (for extra money) while I was
24   not permitted to do so when I was working in the
25   same mandatory classes."

---

284

1          Carol Melton
2          Which non-black employees were in the    04:46 PM
3    same position as you and were allowed to substitute
4    for extra money while you were not?
5          A.  Which?                    04:46 PM
6          Q.  You say non-black employees in the     04:46 PM
7    same position were allowed to substitute for extra
8    money while you were not during these two school
9    years.  I'm asking who you're talking about.
10         A.  Alice Rahemba.              04:46 PM
11         Q.  O.K.  Anybody else?           04:46 PM
12         A.  Donna Roman.                04:46 PM
13         Q.  What position did Ms. Rahemba     04:46 PM
14   substitute for you for that you were not permitted
15   to do?
16         A.  She didn't substitute for me.     04:47 PM
17         Q.  No.  I mean, she substituted -- what    04:47 PM
18   position did Mr. Rahemba substitute for?
19         A.  I don't know what the position was.    04:47 PM
20         Q.  Well, how do you know that she was     04:47 PM
21   allowed to substitute for extra money while you
22   were not?
23         A.  Because they make an announcement.    04:47 PM
24         Q.  What was the announcement?        04:47 PM
25         A.  The announcement is whatever it is    04:47 PM

---

285

1          Carol Melton
2    that particular day.  I can't recollect the exact
3    name.
4          Q.  I want to make sure you understand.    04:47 PM
5    You've made an allegation in a complaint, right?
6    You're under oath, and for you to support this
7    allegation, you have to be able to give particulars
8    about what you're talking about.
9          So you've identified two non-black     04:47 PM
10   employees so far in the same position, which I
11   assume you mean Teaching Assistant, right?
12         A.  Teaching Assistant.           04:47 PM
13         Q.  Right?  So two Teaching Assistants who   04:47 PM
14   were not black were allowed to substitute for extra
15   money while you were not permitted to do so.
16         So let's talk about Rahemba first.    04:48 PM
17   What substitute position was she given extra money
18   for?
19         A.  To substitute for a teacher.     04:48 PM
20         Q.  Which teacher?               04:48 PM
21         A.  I don't know which teacher.      04:48 PM
22         Q.  When?                      04:48 PM
23         A.  I don't recall that.          04:48 PM
24         Q.  Was it once or more than once,     04:48 PM
25   Ms. Rahemba?

---

286

1          Carol Melton
2          A.  It's at least one time.        04:48 PM
3          Q.  All right  So you have some     04:48 PM
4    recollection that during those two -- one of
5    those -- was it both school years or one?  If it
6    was only one time, it can't be in two years.
7          Which school year was it?          04:48 PM
8          A.  It could be in both school years.  I    04:48 PM
9    just don't recall.
10         Q.  If it was one time, it can't be in     04:48 PM
11   both school years, Ms. Melton, by definition.  Was
12   it more than one for Ms. Rahemba?  Was it more than
13   once for Ms. Rahemba?
14         A.  It is possible it's more than once.    04:48 PM
15         Q.  I'm not asking what's possible.  Do    04:48 PM
16   you have a recollection of it happening more than
17   once?
18         A.  Yes.                       04:48 PM
19         Q.  Tell me the two sub positions that    04:48 PM
20   Ms. Rahemba got, or if it's more, tell me more,
21   that you think you should have gotten if that's
22   what you're arguing.
23         A.  I'm really not sure what you're     04:49 PM
24   asking.
25         Q.  Read paragraph 16.            04:49 PM

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

287

Carol Melton

1
2     A.  I did.                                    04:49 PM
3     Q.  What non- -- you say Ms. Rahemba is        04:49 PM
4  one of the non-black employees who was a Teaching
5  Assistant allowed to substitute for extra money
6  while you were not permitted to do so.  What
7  positions was she allowed to substitute for extra
8  money during those two school years?
9     A.  I said she probably substituted --        04:49 PM
10     Q.  I'm sorry.  She said what?               04:49 PM
11     A.  She substituted for a teacher.           04:49 PM
12  Probably substituted for a teacher.
13     Q.  Did you say probably?                    04:49 PM
14     A.  Yes.                                     04:49 PM
15     Q.  Do you know if she did or didn't?  As    04:49 PM
16  opposed to probably, do you if she did or did not?
17     A.  O.K.  You asked who she substituted       04:49 PM
18  for.
19     Q.  Right.  And I'm not asking about          04:49 PM
20  probably.  I'm asking what you know.  Who did she
21  substitute for?
22     A.  She would substitute for a teacher.       04:49 PM
23     Q.  What was the name of the teacher?        04:50 PM
24     A.  I don't know the name of the teacher.    04:50 PM
25     Q.  All right.  When did this happen?        04:50 PM

289

Carol Melton

1
2     Q.  What was the announcement that            04:50 PM
3  mentioned Ms. Rahemba and the substitute position?
4     A.  The announcements are when someone's      04:50 PM
5  absent, they will say the teacher's name and the
6  person who's substituting.
7     Q.  O.K.  And they do this for -- well,        04:51 PM
8  these years you were at Morse, right?
9     A.  Yes.                                       04:51 PM
10     Q.  All right.  So at Morse do they           04:51 PM
11  announce it for all the schools in the district or
12  just for Morse?
13     A.  I don't -- I'm not aware if it's done     04:51 PM
14  at the other schools.
15     Q.  If there's somebody being substituted     04:51 PM
16  for and you hear on the Morse intercom, is that
17  Morse intercom only talking about a substitution in
18  Morse or is it talking about a substitution in
19  Krieger school, for example?
20     A.  That's what I said.  It's only talking    04:51 PM
21  about Morse.
22     Q.  It would be only about the school         04:51 PM
23  you're in.
24     A.  Only about the school we're in.           04:51 PM
25     Q.  Makes sense.                              04:51 PM

288

Carol Melton

1
2     A.  I don't know -- recall that either.       04:50 PM
3     Q.  You're sure it happened during             04:50 PM
4  2015-2016, 2016-2017 school years or could it have
5  happened later or earlier?
6     A.  It happened during those days.            04:50 PM
7     Q.  During those school years.                 04:50 PM
8     A.  During those school years.                 04:50 PM
9     Q.  So it happened, with Ms. Rahemba, did     04:50 PM
10  it happen during each of those school years?
11     A.  I don't recall.                           04:50 PM
12     Q.  So it could be in only one of the         04:50 PM
13  school years.
14     A.  That's possible.                          04:50 PM
15     Q.  And it could only be once, right?         04:50 PM
16  You're not sure if it happened more than once,
17  right?
18     A.  I know it's at least once.                04:50 PM
19     Q.  And you know it's at least once            04:50 PM
20  because you heard something over an intercom
21  system?
22     A.  Yes.                                      04:50 PM
23     Q.  And the announcement was what?           04:50 PM
24     A.  The announcement was the daily           04:50 PM
25  announcement to let --

290

Carol Melton

1
2     So you're telling me there was a               04:51 PM
3  announcement at one point that you recall about a
4  substitute position at Morse, correct?
5     A.  Yes.                                       04:51 PM
6     Q.  And did this announcement say             04:51 PM
7  Ms. Rahemba is filling this -- the position being
8  filled, the subbing, was it subbing for a Teaching
9  Assistant or it was subbing for a teacher?
10     A.  It's subbing for a teacher.               04:51 PM
11     Q.  So this is a teacher who's not there      04:51 PM
12  and the Teaching Assistant goes in instead of the
13  teacher?
14     A.  The teacher is absent.                    04:52 PM
15     Q.  Is this one of these $9 a period --        04:52 PM
16     A.  Yes.                                      04:52 PM
17     Q.  -- benefits?  Got it.  O.K.               04:52 PM
18     So there's an occasion, at least one          04:52 PM
19  during one of these school years, 2015-2016 or
20  2016-2017, where there was an announcement that
21  mentioned Ms. Rahemba, is that what you're telling
22  me?
23     A.  Yes.                                      04:52 PM
24     Q.  What did it say?                          04:52 PM
25     A.  It just said so and so teacher is         04:52 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

291

Carol Melton

1
2  absent and Ms. Rahemba is covering.
3      Q.  O.K.                            04:52 PM
4      A.  That's the extent of it.        04:52 PM
5      Q.  All right.  And you said that this  04:52 PM
6  also happened with someone named Roman?
7      A.  Yes.                            04:52 PM
8      Q.  What was her first name?        04:52 PM
9      A.  Donna.                          04:52 PM
10     Q.  And how many times did it happen with  04:52 PM
11  Donna Roman?
12     A.  I don't recall.                 04:52 PM
13     Q.  More than once?                 04:52 PM
14     A.  At least once.                  04:52 PM
15     Q.  You recall once.                04:52 PM
16     A.  At least once.                  04:52 PM
17     Q.  All right.  Do you recall more than  04:52 PM
18  one?
19     A.  I know at least once it happened.  04:52 PM
20     Q.  You have a recollection of hearing it  04:52 PM
21  once, is that what you're saying?
22     A.  Yes, that's what I recall.      04:53 PM
23     Q.  O.K.  And which school year was it in,  04:53 PM
24  the one you recall?
25     A.  I don't remember which school year.  04:53 PM

292

Carol Melton

1
2      Q.  And what was the announcement in her  04:53 PM
3  case?
4      A.  It would be the same.           04:53 PM
5      Q.  O.K.  How many Teaching Assistants are  04:53 PM
6  there at Morse?
7      A.  Now?                            04:53 PM
8      Q.  In 2015-2016 and 2016-2017.     04:53 PM
9      A.  More than three.                04:53 PM
10     Q.  O.K.  Well, there's you, Rahemba and  04:53 PM
11  Roman, those are the at least three?
12     A.  Yes.                            04:53 PM
13     Q.  All right.  And how many more than  04:53 PM
14  three were there?
15     A.  Well, there's more than three.  04:54 PM
16     Q.  Right, but more than three could be a  04:54 PM
17  hundred, and I'm sure that's not what you mean.
18     A.  It's less than a hundred but --  04:54 PM
19     Q.  How many Teaching Assistants are there  04:54 PM
20  at Morse in each of these school years?
21     A.  At least six.                   04:54 PM
22     Q.  So there are --                 04:54 PM
23     A.  'Cause I don't remember the exact  04:54 PM
24  number.
25     Q.  I understand.  But at least six.  04:54 PM

293

Carol Melton

1
2      And so, in terms of making this  04:54 PM
3  assignment, these two assignments you're talking
4  about, what you have a recollection of is two
5  people out of the six getting these symptoms during
6  the 2015-2016 and 2016-2017 school year, is that
7  what your testimony is?  Two people at least one
8  time each out of the six you had?
9      A.  Those two people that I mentioned.  04:55 PM
10     Q.  Out of the six that were there, at  04:55 PM
11  least six that were there.
12     A.  Out of the six that were there.  04:55 PM
13     Q.  O.K.  Ms. Rahemba, she's Caucasian?  04:55 PM
14     A.  She's Caucasian.                04:55 PM
15     Q.  And Ms. Roman, she's Caucasian?  04:55 PM
16     A.  Yes.                            04:55 PM
17     Q.  And the other four, one of them is  04:55 PM
18  you.  You're African-American.  What are the other
19  two, minimum of two?  Who were the other two?
20     A.  Some of the others are Caucasian.  04:55 PM
21     Q.  Well, there are two others.  Were you  04:55 PM
22  the only African-American Teaching Assistant at
23  Morse during those years?
24     A.  No.                             04:55 PM
25     Q.  So at least one of those other ones  04:55 PM

294

Carol Melton

1
2  was African-American?
3      A.  At least one.                   04:55 PM
4      Q.  And at least one of the others was  04:55 PM
5  Caucasian?
6      A.  Yes.                            04:55 PM
7      Q.  So the only two out of the six that  04:55 PM
8  got these assignments that you have a recollection
9  of were Roman and Rahemba at least one time each,
10  is that your testimony?
11     A.  Those are the examples that I used.  04:55 PM
12     Q.  Can you give me other examples?  This  04:55 PM
13  is not an example allegation.  You're saying
14  non-black employees.  You've given me two for maybe
15  one occasion each so far that you can recall.  Any
16  others?
17     Any others?                         04:56 PM
18     A.  There are others.               04:56 PM
19     Q.  Well, when was another -- besides the  04:56 PM
20  one for Roman that you remember and the one for
21  Rahemba that you remember, which other Teaching
22  Assistant was assigned a sub position during
23  2015-2016 or 2016-2017 that you heard about?
24     A.  I don't recall if it was during those  04:56 PM
25  years, though.

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

295

Carol Melton

1
2       Q.  All right.  Well, those are the years    04:56 PM
3   that you've alleged here.
4           So in terms of what's alleged here,    04:56 PM
5   your allegation is, in fact, that two Teaching
6   Assistants, at least once each but you can't tell
7   which school year were allowed to substitute or
8   were announced as being substituting for an absent
9   teacher; is that your allegation there?
10      A.  That they substituted over the    04:57 PM
11  announcements and I heard it?
12      Q.  Two that you recall, right?    04:57 PM
13      A.  That I recall.    04:57 PM
14      Q.  Two for two white teachers.    04:57 PM
15      A.  I didn't say they were white teachers.    04:57 PM
16      Q.  Well, you said they were non-black.    04:57 PM
17  Is Rahemba not Caucasian?
18      A.  Oh, you mean Teaching Assistants, yes.    04:57 PM
19      Q.  Yes.  That's what the allegation is    04:57 PM
20  about, Teaching Assistants.  Did I say teachers?
21      A.  You did.    04:57 PM
22      Q.  I'm sorry, Teaching Assistants.    04:57 PM
23      Q.  O.K., so is your claim that Rahemba    04:57 PM
24  and Roman were announced as being substitutes for
25  absent teachers at least once each in this

---

296

Carol Melton

1
2   combination of school years was school of your race
3   that you didn't get it, is that what you're
4   claiming?
5       A.  What I'm claiming is that we were    04:57 PM
6   not -- I was not permitted when I was in a mandated
7   classroom to substitute.  Mandated classes.
8       Q.  When you were in a mandated classroom,    04:58 PM
9   they would not pull you out of that classroom to
10  substitute for an absent teacher, is that what
11  you're saying?
12      A.  No.    04:58 PM
13      Q.  You are saying that or you're not?    04:58 PM
14      A.  No, they would not pull me out.    04:58 PM
15      Q.  Right.  But if you're in a mandated    04:58 PM
16  classroom, you have to stay there, don't you?
17  You're mandated, A Teaching Assistant is mandated
18  for the classroom, right?
19      A.  That's what I believed.    04:58 PM
20      Q.  That's why it's called mandated, isn't    04:58 PM
21  it?
22      A.  That's what it should be.    04:58 PM
23      Q.  Right.  So if a class -- we've been    04:58 PM
24  through this, mandated classrooms are special ed
25  classes, correct?

---

297

Carol Melton

1
2       A.  That's correct.    04:58 PM
3       Q.  The IEPs for the students in those    04:58 PM
4   classes require there be a Teaching Assistant in
5   the class, right?
6       A.  Yes.    04:58 PM
7       Q.  That's why it's mandated, right?    04:58 PM
8       A.  Yes.    04:58 PM
9       Q.  You can't pull a teacher out of a    04:58 PM
10  mandated class if -- a Teaching Assistant, you
11  can't pull a Teaching Assistant out of a mandated
12  class without violating the IEPs of the students in
13  the class, right?  You know that, don't you?  Don't
14  you know that?
15      A.  I understand that.    04:59 PM
16      Q.  Right, O.K.    04:59 PM
17          Ms. Rahemba, was she in a mandated    04:59 PM
18  class at the time this announcement came out?
19      A.  I don't remember.    04:59 PM
20      Q.  Ms. Roman was she in a mandated class    04:59 PM
21  at the time this announcement came out?
22      A.  You're -- by the time the announcement    04:59 PM
23  came out is -- can you be more specific?
24      Q.  I can't because you're not more    04:59 PM
25  specific in your allegation.

---

298

Carol Melton

1
2       A.  O.K.  So in those years when the    04:59 PM
3   announcement came out, if the person was pulled
4   from a mandatory class, that is what I'm saying.
5       Q.  Right.  But you have no knowledge that    04:59 PM
6   anybody was pulled out of a mandatory class, do
7   you?
8       A.  Other than the announcement.    05:00 PM
9       Q.  Did the announcement say we're pulling    05:00 PM
10  Ms. Rahemba out of a mandatory class?
11      A.  It doesn't say --    05:00 PM
12      Q.  Of course not.    05:00 PM
13      A.  -- the class.    05:00 PM
14      Q.  All right.  So let me do it again.    05:00 PM
15  This is making very little sense to me.
16          Your allegation, I think you're    05:00 PM
17  telling me, is that they pulled others out of
18  mandated classes but didn't pull you out of a
19  mandated class; is that your allegation is?
20      A.  They were assigned, yes.    05:00 PM
21      Q.  O.K., that's your allegation with    05:00 PM
22  regard to these non-black employees getting these
23  sub positions, right?
24      A.  Yes.    05:00 PM
25      Q.  But you have no knowledge that    05:00 PM

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

299

1          Carol Melton
2    Ms. Rahemba and Ms. Roman were in mandated classes
3    when they were pulled out, correct?  You don't know
4    that, right?
5         A.  I don't recall.                    05:00 PM
6         Q.  Right.  So -- O.K.              05:00 PM
7          And you know that, in fact,        05:00 PM
8    teachers cannot -- Teaching Assistants cannot be
9    pulled out of mandated classes unless they're
10   substituted with another Teaching Assistant, right?
11   Correct?
12        A.  I understand that rule.          05:01 PM
13        Q.  O.K.  Let's move on.            05:01 PM
14        Next paragraph is 17, and we may have  05:01 PM
15   dealt with this, I just want to know if we did.
16   "On or about July 1, 2016, the district hired union
17   employees to fill summer extra assignment positions
18   out of order of seniority."  It says, I should have
19   received a summer position that I was entitled to."
20        Are these the cases in which you were  05:01 PM
21   on the sub list?  Is that what that's referring to?
22   Were you on the sub list and junior Teaching
23   Assistants to you got the summer extra assignment?
24        A.  I'm sorry, I'm reading this.    05:01 PM
25        Q.  Sure.                            05:01 PM

300

1          Carol Melton
2         A.  I'm not sure if that's talking about  05:01 PM
3    the ones we have already spoken about.
4         Q.  Well, I don't know either.  What are  05:01 PM
5    you talking about there?
6         "On or about July 1, 2016, they filled  05:01 PM
7    summer extra assignment positions out of order of
8    seniority."  Is that one of the ones we dealt with
9    already?
10        A.  Yes.  It could be, yes.        05:02 PM
11        Q.  Your best recollection -- your    05:02 PM
12   understanding is that we already addressed that
13   assignment during that your testimony today,
14   correct?
15        A.  Yes.                            05:02 PM
16        Q.  I certainly don't want to do it again.  05:02 PM
17        First of all, let's talk about number  05:02 PM
18   22 of your facts, which will get me to something.
19   Twenty-two says, "During the 2015-2016 and the
20   2016-2017 school year I was prevented from applying
21   for any positions.  The district even refuses to
22   read my letter of intent emails."  Now, when we
23   were in court with Judge Smith, you provided me
24   with three screenshots where you claimed that
25   someone had not read your email, right?

301

1          Carol Melton
2         A.  Yes.                        05:03 PM
3         Q.  O.K.                            05:03 PM
4         MR. RUSHFIELD:  Let's just mark    05:03 PM
5    them and deal with them quickly.
6         (Whereupon, Defendant's        05:05 PM
7    Exhibit W, screenshots of emails, four
8    pages, is marked for identification, as
9    of this date.)
10        Q.  Here you go, Ms. Melton.  These are  05:05 PM
11   the screenshots you gave me.  Are these the ones
12   you claim were not read by the persons you sent the
13   emails to?
14        If you want me to, Ms. Melton, I can  05:06 PM
15   represent to you these are the ones you gave to me
16   when we were in front of Judge Smith.  'Cause I
17   don't even know how you make a picture of your
18   screen.
19        MR. WATSON:  No?              05:06 PM
20        MR. RUSHFIELD:  I don't.  I've    05:06 PM
21   never done it.
22        MR. WATSON:  Print screen on the    05:06 PM
23   keyboard.
24        A.  O.K.                        05:06 PM
25        Q.  O.K.?  If I understand correctly --  05:06 PM

302

1          Carol Melton
2    Ms. Melton?  Ms. Melton?
3         A.  Yes.                        05:06 PM
4         Q.  I think you're going to kill yourself  05:06 PM
5    trying to read these things.
6         If I understand correctly, it's your  05:06 PM
7    assertion that they weren't read because the
8    read -- you didn't get a read response, right, that
9    was what you were claiming?
10        A.  Yes.                        05:06 PM
11        Q.  Now, the fact is when you send an  05:06 PM
12   email requesting a read response, isn't it true
13   that the recipient gets a choice about whether they
14   want to send a read receipt or not even if they
15   read it?
16        A.  They can choose.            05:07 PM
17        Q.  Right.  So they can either say yes or  05:07 PM
18   no, they don't want to send a read receipt, right?
19        A.  Yes.                        05:07 PM
20        Q.  I know that because I got one.    05:07 PM
21        So the fact that you didn't get a read  05:07 PM
22   receipt doesn't mean they didn't read it.  It just
23   means they didn't send you a read response, right?
24   Isn't that what that means?  If you don't get a
25   read response, that they did not check off yes for

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

303

1           Carol Melton
2    about sending receipt?
3           A.  Yes, but it covers the screen, so you    05:07 PM
4    have to make a choice.
5           Q.  Right.  The recipient of the email has    05:07 PM
6    to either check a box to say yes or check a box for
7    no or could check a box about don't ask me about
8    sending receipts again, right?
9           A.  I don't know about that but I just    05:08 PM
10   know about --
11          Q.  All right.  I'll show you this.  It    05:08 PM
12   might be easiest to finish up.
13          MR. RUSHFIELD:  X.    05:08 PM
14          (Whereupon, Defendant's    05:08 PM
15          Exhibit X, screenshot of Microsoft
16          Outlook request to send a receipt,
17          one page, is marked for
18          identification, as of this date.)
19          Q.  I'm showing you a receipt I got, a    05:08 PM
20   request for a receipt I got from Sean Daneshvar,
21   D-a-n-e-s-h-v-a-r.  He's an employee of the
22   district, is he not?
23          A.  Yes.    05:08 PM
24          Q.  She's actually their technological    05:08 PM
25   guy, right?

304

1           Carol Melton
2           A.  Yes.    05:08 PM
3           Q.  And his statement, the statement that    05:08 PM
4    I get, is that the same one that any recipient of
5    your emails would get?  You requested a read
6    receipt be sent, do you want to send a receipt?
7           Is that what you get when people send    05:09 PM
8    you read requests?
9           A.  This could be it.    05:09 PM
10          Q.  Right.  And it gives you a choice.    05:09 PM
11   You can say don't ask me about sending receipts
12   again, right?
13          A.  I don't know.    05:09 PM
14          Q.  And you have a choice, certainly you    05:09 PM
15   have a choice of checking yes or no about whether
16   you want to send a receipt, right?  You don't deny
17   that, do you?
18          A.  Yes, there's usually a yes or no.    05:09 PM
19          Q.  So if someone checks no, it doesn't    05:09 PM
20   mean they didn't read your email.  It just means
21   they don't want to send you a receipt, right?
22   Right?
23          A.  It could be both.    05:09 PM
24          Q.  It would be either, right.  It doesn't    05:09 PM
25   mean by definition that they didn't read it.

305

1           Carol Melton
2           First of all, if you don't get a read    05:09 PM
3    receipt, does that establish that it wasn't read or
4    just that you didn't get a read receipt?
5           A.  It could establish both.    05:09 PM
6           Q.  Or either, right?    05:09 PM
7           A.  Or either.    05:09 PM
8           Q.  And you don't know which happened in    05:09 PM
9    the cases reflected by Defendant's W.  You don't
10   know if they just decided not to send a read
11   receipt, right?
12          A.  I don't know.  I guess.    05:10 PM
13          Q.  So you were prevented from applying    05:10 PM
14   for positions.  You're talking there about
15   positions outside of Teaching Assistant positions,
16   right?  Correct?
17          A.  It could be any position.    05:10 PM
18          Q.  All right.  We have already dealt with    05:10 PM
19   the Teaching Assistant positions.  So let's deal
20   with the promotional positions.
21          You applied for positions that were    05:10 PM
22   promotional, in the nature of not being Teaching
23   Assistant positions but being at a higher level,
24   right?
25          A.  Yes.    05:10 PM

306

1           Carol Melton
2           Q.  And one of them was to be Coordinator    05:10 PM
3    of Elementary Instructional Technology?  Did you
4    make an application for that position in
5    December of 2015?
6           A.  I did apply for something about    05:11 PM
7    coordinator.
8           Q.  Coordinator of Elementary    05:11 PM
9    Instructional Technology, do you recall making a
10   application for that position?
11          A.  Yes.    05:11 PM
12          Q.  O.K.  Is that a position that you're    05:11 PM
13   claiming you were denied the -- prevented from
14   applying for at paragraph 22 of your complaint?
15          A.  I don't know.  I don't recall.  I have    05:11 PM
16   to see.
17          Q.  I'm sorry?    05:11 PM
18          A.  I don't know.  I don't remember.    05:11 PM
19          Q.  Well, you have an allegation in this    05:11 PM
20   case that you were denied, in fact, I think you
21   said in your EEOC complaint by checking off a box,
22   you were denied promotions, right?  That's what you
23   claimed, you were denied promotions?
24          A.  Yes.    05:11 PM
25          Q.  And don't you know what promotions    05:11 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

307

1        Carol Melton
2    you're claiming you were denied?
3        A.  I applied for many positions, some      05:11 PM
4    with names that are very similar.
5        Q.  All right.  You know what?  It's easy      05:12 PM
6    enough, easy-peasy.
7        MR. RUSHFIELD:  Off the record      05:12 PM
8    for a moment.
9        (Whereupon, there is a      05:12 PM
10   discussion off the record.)
11       MR. RUSHFIELD:  Defendant's Y.      05:12 PM
12       (Whereupon, Defendant's      05:12 PM
13   Exhibit Y, 12/14/15 three-page email,
14   from Carol Melton to Dr. Ronel Cook,
15   one-page Please Post notice, and job
16   description for Coordinator of Elementary
17   Instructional Technology, is marked for
18   identification, as of this date.)
19       Q.  Showing you what's been marked as      05:13 PM
20   Defendant's Y, Ms. Melton, and you'll note that the
21   cover page is an email from you in which you
22   express your interest in this position, right?
23       A.  Yes.      05:13 PM
24       Q.  O.K.  If you go back four pages you'll   05:13 PM
25   see a Please Post notice for that position.  Do you

---

308

1        Carol Melton
2    see that?
3        A.  Yes.      05:13 PM
4        Q.  And it says "Qualifications:      05:13 PM
5    Minimally a Master's Degree from an accredited
6    college or university."  Do you have a Master's
7    Degree?
8        A.  Yes.      05:14 PM
9        Q.  Then it says, "Appropriate New York      05:14 PM
10   State SAS, SBL, SDA, or SDL certification."  Do you
11   have any of those?
12       A.  No.      05:14 PM
13       Q.  Then it says, "Administrative      05:14 PM
14   Experience Preferred."  Have you ever acted as an
15   administrator, Ms. Melton?
16       A.  Not in -- as a principal      05:14 PM
17   administrator.
18       Q.  Not as an administrator in a school      05:14 PM
19   district, right?
20       A.  Not in that particular context.      05:14 PM
21       Q.  Then you'll see a job description on      05:14 PM
22   the next page.  Do you see it says, "Job
23   Description" and "Instructional Technology
24   Coordinator," and that has qualifications, too, and
25   that says "New York State Administrative

---

309

1        Carol Melton
2    Certification."  Do you have a New York
3    State Administrative Certification?
4        A.  No.      05:14 PM
5        Q.  O.K.  If you go down to four, it says,   05:15 PM
6    "Minimum of five years successful experience as a
7    classroom teacher and administrator."  Do you have
8    any years of experience as a classroom teacher or
9    administrator?
10       A.  I don't have four.      05:15 PM
11       Q.  No, there's no numbers on it.  It's      05:15 PM
12   page 431.
13       A.  That's the page I'm on.      05:15 PM
14       Q.  All right.  Look at Qualifications.      05:15 PM
15   Under Qualifications go four down, do you see that,
16   "Minimum of five years successful experience as a
17   classroom teacher and administrator"?  Do you see
18   that?
19       A.  Yes.      05:15 PM
20       Q.  Do you have that?  Ms. Melton?      05:15 PM
21       A.  No.      05:15 PM
22       Q.  And then it says "SDA or SDL      05:15 PM
23   Certification."  Do you have either of those?
24       A.  No.      05:15 PM
25       Q.  Were you qualified for this position      05:15 PM

---

310

1        Carol Melton
2    that you applied for?
3        MR. WATSON:  Objection.      05:16 PM
4        Q.  Did you meet the minimal      05:16 PM
5    qualifications?
6        A.  Not as they're stated.      05:16 PM
7        Q.  O.K.  Are you claiming you were denied   05:16 PM
8    this position on account of your race?  Yes or no.
9        A.  Could be.      05:16 PM
10       Q.  I'm sorry?      05:16 PM
11       A.  Maybe.      05:16 PM
12       Q.  Maybe?  You've brought a complaint      05:16 PM
13   claiming you were denied promotions and it's either
14   race discrimination or --
15       A.  Retaliation.      05:16 PM
16       Q.  -- or retaliation, and you acknowledge   05:16 PM
17   you don't meet the minimum qualifications for the
18   position.
19       So I ask you again, are you claiming      05:16 PM
20   in this case that you were subject to race
21   discrimination because you didn't get that
22   position?
23       A.  It's a -- this requires more      05:16 PM
24   explanation.
25       Q.  Do you meet the minimum      05:16 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

311

Carol Melton

1
2  qualifications?  Yes or no.
3       A.  Not as it's stated.          05:16 PM
4       Q.  O.K., thank you.  You can return that   05:16 PM
5  to me.
6            Do you have any evidence that your   05:16 PM
7  denial of this position was on account of your
8  race?  Anything.
9       A.  I'm not sure what you're asking.      05:17 PM
10       Q.  Do you have -- simple question.  You   05:17 PM
11  don't meet the minimum qualifications; you
12  acknowledge you don't meet the minimal
13  qualifications for the position.  I'm asking, do
14  you have any information, any evidence you can
15  provide, either, that would arguably establish that
16  you didn't get this position because you're
17  African-American?
18       A.  No, not at this time.          05:17 PM
19       Q.  Do you have any information or        05:17 PM
20  evidence that would support a contention that you
21  were denied this position in retaliation for your
22  EEOC complaint?
23       A.  No, not at this time.          05:17 PM
24       Q.  Thank you.               05:17 PM
25            MR. RUSHFIELD:  The next one is     05:18 PM

---

312

Carol Melton

1
2  Z.
3            (Whereupon, Defendant's          05:18 PM
4       Exhibit Z, nine pages of
5       correspondence between Carol
6       Melton and Dr. Ronel Cook re
7       Assistant Principal positions,
8       three Please Posts, four pages, is
9       marked for identification, as of
10       this date.)
11       Q.  Showing you, Ms. Melton, what we have   05:18 PM
12  marked as Defendant's Z, it's a series of emails
13  and documents, and in a moment I'm going to ask you
14  about this position.
15            Did you apply for the position of     05:19 PM
16  Assistant Principal in 2015?
17       A.  Yes.               05:19 PM
18       Q.  O.K.  And did you apply for this      05:19 PM
19  position again in 2016?  If you go to page numbered
20  62, which is four pages in, you'll see a reference
21  to that.
22            O.K., Ms. Melton, did you apply for it   05:20 PM
23  in 2016 as well?
24       A.  I'm reading it.          05:20 PM
25       Q.  The fourth page in, Ms. Melton, has a   05:20 PM

---

313

Carol Melton

1
2  an email from you dated October 5, 2016, Bates
3  stamp number 62.  Can you go to that page?
4       A.  Yes, I have it.          05:20 PM
5       Q.  In fact, in October of 2016, you      05:20 PM
6  applied for the position of Assistant Principal,
7  right?
8       A.  Yes.               05:20 PM
9       Q.  According to the first page of this    05:20 PM
10  exhibit, you also applied for that position in
11  April of 2015, right?  Ms. Melton, first page?
12       A.  Yes.               05:20 PM
13       Q.  O.K.  Now, let's go to -- do you need   05:20 PM
14  a glass of water Ms. Melton?
15       A.  No, I don't want to drink too much     05:21 PM
16  water.
17       Q.  I'd like you to go four pages from the   05:21 PM
18  back.
19       A.  That's four pages from the back.      05:21 PM
20       Q.  From the back of the exhibit, yes.    05:21 PM
21  Then I will bring you to the rest of it.
22            This appears to be a posting for      05:21 PM
23  Elementary Assistant Principal.  Qualifications
24  say, "Appropriate New York State SAS, SBL, SDA or
25  SDL certification."  Do you have any of those?

---

314

Carol Melton

1
2       A.  No.               05:21 PM
3       Q.  It also says, "Experience as a         05:22 PM
4  teacher."  Have you ever been a teacher?
5       A.  Not a certified teacher, no.      05:22 PM
6       Q.  You've only been a Teaching Assistant,   05:22 PM
7  right?
8       A.  In this school district, yes.      05:22 PM
9       Q.  Right.  The next-to-last page of this   05:22 PM
10  document.
11       A.  You said the next-to-last?      05:22 PM
12       Q.  Next-to-last, yes, next-to-last.  That   05:22 PM
13  also has a Please Post for Assistant Principal
14  Secondary.  "Qualifications:  New York State
15  Administrative Certification," you don't have that,
16  do you?
17       A.  No.               05:22 PM
18       Q.  "Previous Administrative experience    05:22 PM
19  preferred," you don't have any administrative
20  experience, right?
21       A.  Not in the context you're asking.     05:22 PM
22       Q.  O.K.  Let's go to the last page, which   05:22 PM
23  is a posting for two Assistant Principal-Secondary
24  again.  That has the same two requirements of New
25  York State Administrative Certification and

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

315

Carol Melton

1
2 previous administrative experience preferred,
3 right?
4     A.  Yes.                           05:23 PM
5     Q.  You don't have those, right?        05:23 PM
6     A.  I don't have the New York State      05:23 PM
7 Administrative Certification.
8     Q.  Now, if we go four pages into the    05:23 PM
9 exhibit?
10     A.  From the back?                 05:23 PM
11     Q.  From the front, please.  There's an   05:23 PM
12 email here in which Dr. Cook, in 2016, says,
13 "Please email me a copy of your Administrative
14 Certificate for consideration."  Do you know what
15 he was referring to?
16     A.  Yes.                           05:24 PM
17     Q.  What was he referring to?         05:24 PM
18     A.  He was asking for Administrative    05:24 PM
19 Certification.
20     Q.  And that's something you don't     05:24 PM
21 possess, right?
22     A.  No, I do not possess that.       05:24 PM
23     Q.  O.K.  Your response was, "I have   05:24 PM
24 access to receive an internship certificate and
25 traditional D just like many other colleagues here

---

316

Carol Melton

1
2 in the PCSD.  Once an offer of employment position
3 was made, then I will proceed to the subsequent
4 steps."  It says here "have access to receive an
5 internship certificate."  Did you have an
6 internship certificate?
7     A.  It's says I have access to receive    05:24 PM
8 one.
9     Q.  Right.  Did you have one yet?      05:24 PM
10     A.  And it also says "once an offer of   05:24 PM
11 employment is made" --
12     Q.  Listen to my question.  It's a simple  05:24 PM
13 question.
14     A.  O.K.                          05:24 PM
15     Q.  It says, "I have access to receive an  05:24 PM
16 internship certificate," and I'm trying to see what
17 that means.  Did you in October of 2016 when you
18 wrote that email, did you yet have an internship
19 certificate?  Yes or no.
20     A.  I did not yet have the internship    05:25 PM
21 certificate.
22     Q.  Had you ever served as an intern?  Yes  05:25 PM
23 or no.
24     A.  Yes.                          05:25 PM
25     Q.  Who had you interned with?       05:25 PM

---

317

Carol Melton

1
2     A.  Ms. Jackson IV.               05:25 PM
3     Q.  And who's Jackson IV.          05:25 PM
4     A.  A few people.                 05:25 PM
5     Q.  I'm sorry?                    05:25 PM
6     A.  A few people.                 05:25 PM
7     Q.  O.K.  And had you completed the    05:25 PM
8 process of getting the internship certificate?
9     A.  That's -- no, that's not how it works.  05:25 PM
10     Q.  Well, how do you get an internship   05:25 PM
11 certificate?
12     A.  The intern certificate is when you're  05:25 PM
13 offered a position.
14     Q.  So in order to get the internship    05:25 PM
15 certificate you have to be offered, let's say, an
16 Assistant Principal position even though you don't
17 meet the minimal qualifications for the position;
18 is that what your testimony is?
19     A.  Well, you can't get an internship    05:25 PM
20 certificate unless you enrolled in SBL, SDL
21 Certification program.
22     Q.  Had you done that as of October of   05:26 PM
23 2016?
24     A.  Yes.                          05:26 PM
25     Q.  And had you completed that program?   05:26 PM

---

318

Carol Melton

1
2     A.  No, I have not completed it.      05:26 PM
3     Q.  Have you completed it as of now?   05:26 PM
4     A.  No, I have not completed it.      05:26 PM
5     Q.  This traditional D, what's a       05:26 PM
6 traditional D?  Or is it a Transitional D?
7     A.  Tran...                        05:26 PM
8     Q.  What's it supposed to be?        05:26 PM
9     A.  It's a Transitional D.           05:26 PM
10     Q.  What's a Transitional D?         05:26 PM
11     A.  A Transitional D is a certification   05:26 PM
12 that's given to an individual that is enrolled in
13 an SDL/SBL Certification program.
14     Q.  Had you ever gotten one?         05:26 PM
15     A.  You do not get one until you are    05:26 PM
16 offered a position.
17     Q.  Well, why would the district offer you  05:26 PM
18 a position that you don't meet the minimum
19 qualifications for in order for you to be able to
20 try to qualify if it can find people who are
21 already qualified?  What motive would the district
22 have to do that that you can testify to?
23     A.  I can't speak to the district's     05:26 PM
24 motives.  I just know eligible based on being
25 enrolled in an SBL/SDL program to get a position as

---

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

319

1          Carol Melton
2  an assistant principal or a position that requires
3  that certification under the internship certificate
4  and/or the Transitional D.
5      Q.  Is there another route one can get --     05:27 PM
6  how do people normally get an Administrative
7  Certificate.  How do people normally get these
8  certifications?  Do they have to take classes?
9          New York State Administrative      05:27 PM
10  Certification, how do you normally get it?
11      A.  It depends on which year you're      05:27 PM
12  talking about.
13      Q.  In 2015-2016, 2016-2017, how do you      05:27 PM
14  get it?
15      A.  Currently, you would have to be      05:27 PM
16  enrolled in that program.
17      Q.  And you would have to complete the      05:27 PM
18  program to get the certificate, right?
19      A.  No.  You do not have to complete the      05:28 PM
20  program to get the certificate.
21      Q.  Let's says, like here, the document      05:28 PM
22  says that you have qualification for the
23  position is you have that certificate.  Is it your
24  testimony that no one has that certificate until
25  they've been offered an administrative position?

---

320

1          Carol Melton
2  Is that what you're telling me?
3      A.  That's what I'm saying.      05:28 PM
4      Q.  So it's your understanding that the      05:28 PM
5  people who got those positions didn't have
6  Administrative Certificates before they got them?
7      A.  That's correct.      05:28 PM
8      Q.  Who got the Assistant Principal      05:28 PM
9  Administrative positions that you claim you should
10  have received?
11      A.  I don't know because I don't know      05:28 PM
12  which schools they were.
13      Q.  Well, the Elementary Assistant      05:28 PM
14  Principal posting said you had to have experience
15  as a teacher, so you wouldn't have qualified for
16  that one anyway, right?  Right?
17      A.  Not as it's stated in --      05:29 PM
18      Q.  In terms of --      05:29 PM
19          MR. WATSON:  Let her finish.      05:29 PM
20      A.  -- the context of this.      05:29 PM
21      Q.  In terms of what they're saying are      05:29 PM
22  the minimum qualifications, you didn't have --
23  you're saying you might be able to get one, but you
24  didn't have the other, the experience as a teacher,
25  right?

---

321

1          Carol Melton
2      A.  I believe what I said was in not      05:29 PM
3  the context of it.  I'm really trying to explain it
4  to you because --
5      Q.  Well, tell me what experience as a      05:29 PM
6  teacher would you assert.
7      A.  So experience as a teacher is you can      05:29 PM
8  work as a substitute teacher for X amount of --
9  there is a -- cumulative hours that the state will
10  accept as having experience as a teacher in a
11  classroom.
12      Q.  And you get something from the State      05:29 PM
13  saying that you meet that qualification?
14      A.  That's correct.      05:29 PM
15      Q.  Do you have that?      05:29 PM
16      A.  I'm giving you examples.  That's one      05:29 PM
17  example.
18      Q.  Do you have that one?      05:30 PM
19      A.  I do not have that one.      05:30 PM
20      Q.  All right.  Is there another way you      05:30 PM
21  meet experience as a teacher qualification?
22      A.  The other way is if you -- the      05:30 PM
23  district does not have a certified teacher
24  available to facilitate a classroom, and so, the
25  district can have an uncertified individual in the

---

322

1          Carol Melton
2  classroom.
3      Q.  Serving as the teacher of the      05:30 PM
4  classroom?
5      A.  Serving as the teacher of the      05:30 PM
6  classroom.
7      Q.  And for how long do you have to do      05:30 PM
8  that?
9      A.  I believe it's three to five years.      05:30 PM
10      Q.  Did you do that?      05:30 PM
11      A.  Yes, I did.      05:30 PM
12      Q.  So you served as the only teacher in a      05:30 PM
13  classroom at the Poughkeepsie City School District
14  for three years?
15      A.  It was actually five years.      05:30 PM
16      Q.  Where was that?      05:31 PM
17      A.  It was at the Circle of Courage.      05:31 PM
18      Q.  And there was no teacher in the class?      05:31 PM
19      A.  There was no teacher.      05:31 PM
20      Q.  For three to five -- for five years.      05:31 PM
21      A.  That's correct.      05:31 PM
22      Q.  And did you get some type of      05:31 PM
23  certificate based on that?
24      A.  I got a paper signed that I was acting      05:31 PM
25  as a teacher.

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

323

Carol Melton

1
2     Q.  O.K.  Did you bring that piece of          05:31 PM
3  paper to the attention of Dr. Cook?
4     A.  Dr. Cook was told several times.          05:31 PM
5     Q.  Well, you told Dr. Cook that you had      05:31 PM
6  five years teaching experience?  Yes?
7     A.  I don't think that that was the main      05:31 PM
8  thing.  You can have five years teaching experience
9  and certified but you still need the administrative
10  portion in order to be an administrator, so even if
11  I -- I'm sorry.
12     Q.  No go ahead?                             05:31 PM
13     A.  So even if I were a certified teacher    05:31 PM
14  and I did 30 years, that still would not permit me
15  to be in an administrative role.  I still would
16  need that extra component.
17     Q.  O.K.                                     05:32 PM
18     A.  Ideally, you should have both.           05:32 PM
19     Q.  Well, are you claiming that you were     05:32 PM
20  denied assistant principal positions also in 2015
21  and 2016 because of your race, 'cause your
22  African-American?  Yes or no.
23     A.  I don't know about that.                 05:32 PM
24     Q.  Are you claiming you were denied         05:32 PM
25  assistant principal positions in April of 2015 in

---

324

Carol Melton

1
2  retaliation for something?
3     A.  Yes, I do.                                05:32 PM
4     Q.  Retaliation for what?                     05:32 PM
5     A.  Because I wasn't given the same           05:32 PM
6  opportunity.
7     Q.  Retaliation for what conduct that you     05:32 PM
8  had engaged in were you denied consideration as an
9  assistant principal in 2015?
10     A.  I'm not sure what you're asking,         05:32 PM
11  Mr. Rushfield.
12     Q.  I'll rephrase it.  I asked you           05:33 PM
13  whether -- you said you're not sure about race, but
14  you believe you were denied the position in 2015
15  because of retaliation.  If December of 2015 is
16  when you first filed a complaint with the EEOC, and
17  it wouldn't surprise you that they didn't even know
18  you had done so until May of 2016, in April of
19  2015, or thereabouts, what would the retaliation be
20  for?  What conduct would you have engaged in that
21  you're claiming they retaliated against you for
22  then?
23     A.  Well, there are many issues.             05:33 PM
24     Q.  What conduct that you engaged in are     05:33 PM
25  you claiming was protected so that retaliation

---

325

Carol Melton

1
2  would be unlawful?
3     A.  What I said was that when I applied       05:33 PM
4  for these positions, at the time I was not given
5  the same opportunity.
6     Q.  Is that race or is that retaliation?      05:33 PM
7     A.  It could be both.                         05:33 PM
8     Q.  Well, what would the retaliation be       05:33 PM
9  for?
10     I keep asking the same question.  I'm        05:33 PM
11  still waiting for an answer.
12     A.  I don't know.  I can't attest to what    05:33 PM
13  the person who is in charge...
14     Q.  Had you engaged in any complaints of     05:34 PM
15  civil rights violations prior to December 31, 2015
16  at the district?  Had you made any complaints of
17  civil rights violations against you?
18     A.  No.                                      05:34 PM
19     Q.  So was there any activity you engaged    05:34 PM
20  in that would support your claim that in 2015 you
21  were denied an assistant principal position because
22  it was retaliation for some civil rights complaint?
23     A.  I don't understand "activity" that I     05:34 PM
24  was engaged in.
25     Q.  Do you understand when you filed an      05:34 PM

---

326

Carol Melton

1
2  EEOC complaint, that's a protected activity?  Do
3  you understand into?
4     A.  Oh, yes.  Now I understand.               05:34 PM
5     Q.  Well, we know you did that.  We know      05:34 PM
6  you did that.
7     A.  O.K.                                      05:34 PM
8     Q.  I'm trying to figure out what other       05:34 PM
9  protected activity you engaged in that you're
10  claiming this could have been retaliation for, this
11  April 15, 2015 denial of an assistant principal
12  position, and I'm still waiting to hear.
13     What protected activity did you engage       05:35 PM
14  in that you claim to have been retaliated against
15  in April of 2015?
16     A.  Well, union work is a protected          05:35 PM
17  activity.
18     Q.  Right.  And is it one of your claims      05:35 PM
19  in this case that union activities are why you were
20  denied these promotional opportunities?
21     A.  I don't remember if I put that in        05:35 PM
22  there.
23     Q.  I'm not saying you put it in there       05:35 PM
24  I'm just trying to figure out if that's what you're
25  claiming.

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

327

Carol Melton

1
2       Are you claiming that one of the         05:35 PM
3   factors involved in you not getting these
4   promotional positions was your union activities?
5   Yes or no.
6       A.  No, I'm not claiming that at this      05:35 PM
7   time.  No.
8       Q.  What do you mean at this time?        05:35 PM
9       A.  I'm not claiming that the union       05:35 PM
10  activity was a component.
11      Q.  O.K.  So I ask you again.  Union       05:35 PM
12  activity you're not claiming.
13      What activity did you engage in prior     05:35 PM
14  to the filling of the position that was posted or
15  that was available in April of 2015 for assistant
16  principal that you were retaliated against for?
17      A.  I'm trying to say, but I guess --      05:36 PM
18      Q.  Tell me.                              05:36 PM
19      A.  What I said was I applied for these    05:36 PM
20  positions and I was not given the same opportunity.
21      Q.  I know all that, Ms. Melton.  That's   05:36 PM
22  clear.  I understand what you're claiming.  You
23  didn't get the position.  We know you didn't get
24  the position.  We know there are issues of your
25  qualifications for.

328

Carol Melton

1
2       What I'm asking you is what was the       05:36 PM
3   activity -- if you're claiming retaliation here,
4   which is what you told me you're claiming,
5   retaliation for your doing what?
6       A.  Well, you asked if it was based on     05:36 PM
7   race.
8       Q.  Right, and you told me it wasn't.      05:36 PM
9       A.  And I said it wasn't.                  05:36 PM
10      Q.  Right.  And then --                    05:36 PM
11      A.  Not that I know of.                    05:36 PM
12      Q.  And then you said retaliation?         05:36 PM
13      A.  And then you said retaliation and I    05:36 PM
14  said it could be.
15      Q.  Right.  Retaliation for what?         05:36 PM
16      A.  I don't know.                          05:36 PM
17      Q.  O.K., I'll move on.                    05:36 PM
18      'Cause I don't know what the district      05:36 PM
19  is thinking, or the person.
20      Q.  You're not claiming you engaged in     05:36 PM
21  some protected activity that it would have been
22  retaliation for, right?  You have no protected
23  activity that your alleging, right?
24      A.  Not at this time, no.                  05:37 PM
25      MR. RUSHFIELD:  Defendant's AA.           05:37 PM

329

Carol Melton

1
2       (Whereupon, Defendant's              05:37 PM
3   Exhibit AA, letter and emails between
4   Carol Melton and Tracy Farrell re
5   Elementary Instructional Leader/Assistant
6   Principal position, four pages, and
7   one-page Please Post, is marked for
8   identification, as of this date.)
9       Q.  Showing you Defendant's AA, this       05:38 PM
10  appears to be a position for Elementary
11  Instructional Leader/Assistant Principal.  Is this
12  a position that you claim you were denied because
13  of your race or retaliation for some protected
14  activity?
15      A.  I don't remember if this is one.  The  05:39 PM
16  titles are so much the same.
17      Q.  I'd ask, Ms. Melton, if you are        05:39 PM
18  speaking to yourself, don't speak out loud because
19  it all gets taken down.
20      A.  No.  I was actually speaking to you.   05:39 PM
21  You asked me.
22      Q.  I asked you whether you applied for    05:39 PM
23  this position, and I'm waiting for an answer.  It's
24  either yes, no, or I don't know or I don't
25  remember.  Those are your options, it seems to me.

330

Carol Melton

1
2       A.  Yes, I applied for this position.     05:39 PM
3       Q.  Second question is, are you claiming   05:39 PM
4   that this position was one you were denied
5   promotion in this litigation for during 2015-2016
6   school year and the basis of your race or in
7   retaliation for some kind of protected activity?
8       A.  And I said that I can't recall if this  05:39 PM
9   particular position was one of them.
10      Q.  So you don't know if it is or isn't,   05:40 PM
11  correct?
12      A.  I don't know.  Because I said the      05:40 PM
13  titles are very similar.
14      Q.  I'm not asking you to explain it to    05:40 PM
15  me.  I'm just asking you whether you can say, and
16  you're telling me that you can't tell me whether
17  this is one of the positions involved in your
18  complaint or not, correct?
19      A.  No, I can't remember that.            05:40 PM
20      Q.  O.K.  This position has, according to  05:40 PM
21  the last page, again has "Appropriate New York
22  State SAS, SBL, SDA or SDL Certification."  You
23  don't have those, right?
24      A.  That's correct.                        05:40 PM
25      Q.  You can return that to me.             05:40 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

331

1          Carol Melton
2          MR. RUSHFIELD:  BB.                05:41 PM
3          (Whereupon, Defendant's            05:41 PM
4     Exhibit BB, 9/30/16 emails and
5     correspondence between Carol Melton, Dr.
6     Ronel Cook and Angelo Aiello re Director
7     of Technology position, three pages, and
8     two-page Please Post, is marked for
9     identification, as of this date.)
10         Q.   Showing you Defendant's BB, this   05:41 PM
11    includes a letter of interest for the Director of
12    Technology position.  This appears at or about
13    submitted in 2013.  Did you apply -- then let's see
14    if there's any more.  They're all 2013.
15         Did you apply for this position    05:42 PM
16    outside of 2013.
17         A.   Yes.                          05:42 PM
18         Q.   O.K.  Well, when did you apply for the   05:42 PM
19    position of Director of Technology?
20         A.   It appears on this email that it was   05:42 PM
21    in 2013.
22         Q.   Right.  You said you applied again.   05:42 PM
23    Did you apply in 2015-2016 or 2016-2017 school
24    years?
25         A.   I applied for a similar position.   05:42 PM

332

1          Carol Melton
2          Q.   Was that Director of Technology and   05:42 PM
3     Media Services?
4          A.   I don't remember the exact title.   05:43 PM
5          Q.   O.K.  Well, on the last page of this   05:43 PM
6     document, there is a Please Post for this position
7     of Director of Technology and Media Services and in
8     the qualifications the first one is SDL/SDA
9     Certification.  You don't have those, right?
10         A.   No.                           05:43 PM
11         Q.   O.K.                          05:43 PM
12         A.   The first one?                05:43 PM
13         Q.   Yes, SDL/SDA Certification.  Do you   05:43 PM
14    have that?
15         A.   I'm sorry.  I was on the wrong page.   05:43 PM
16         Q.   Last page.                    05:43 PM
17         A.   The qualifications.  Oh, no.   05:43 PM
18         Q.   Actually, next-to-last page.   05:43 PM
19         A.   The next-to-last page.  That's why I   05:43 PM
20    was confused.  The next-to-last page, that's what I
21    was on.
22         Q.   My mistake.  My mistake.       05:43 PM
23         A.   O.K.                          05:43 PM
24         Q.   You don't have SDL or SDA     05:43 PM
25    certification, right?

333

1          Carol Melton
2          A.   No.                           05:43 PM
3          Q.   And on the second page of this   05:44 PM
4     document, under Required Education and Experiences,
5     it lists at least one year of supervisory or
6     administrative experience.  Do you have a year of
7     supervisory or administrative experience?
8          A.   You said on the last Post.    05:44 PM
9          Q.   Yep.  Required Education and   05:44 PM
10    Experiences, last bullet.
11         A.   That bullet is not very clear as far   05:44 PM
12    as supervisory.
13         Q.   Have you ever been a supervisor in the   05:44 PM
14    Poughkeepsie City School District?
15         A.   No, not in Poughkeepsie School   05:44 PM
16    District under that title.
17         Q.   Have you ever been a supervisor in a   05:44 PM
18    school district?
19         A.   No, not in a school district.   05:44 PM
20         Q.   O.K.  You can give me that one back   05:44 PM
21    and we'll move on.
22         MR. RUSHFIELD:  CC.                05:45 PM
23         (Whereupon, Defendant's            05:45 PM
24    Exhibit CC, 2/2016 correspondence between
25    Carol Melton and Dr. Ronel Cook re

334

1          Carol Melton
2     Director of Family and Community
3     Engagement, seven pages, two-page Please
4     Post and Account Information from TEACH,
5     two pages, is marked for identification,
6     as of this date.)
7          Q.   Ms. Melton, I'm showing you a document   05:45 PM
8     we've marked as Defendant's CC, a letter of intent
9     for Director of Family and Community Engagement is
10    the position here.  Did you apply for this position
11    in February of 2016, or about?
12         A.   Thereabouts, yes.             05:46 PM
13         Q.   O.K.  On the second page of this   05:46 PM
14    document there's an email from Dr. Cook to you
15    saying he's in receipt of your letter of interest
16    for the posting.  It says, "Please be advised that
17    the candidate for this position must have a
18    Transitional D or New York State District Leader
19    Certificate."  Do you have either of those things?
20         A.   On which page are you on?      05:47 PM
21         Q.   Second page, Ms. Melton.       05:47 PM
22         A.   The second page?              05:47 PM
23         Q.   It has page 89 at the bottom.   05:47 PM
24         A.   O.K.  Your question was?       05:47 PM
25         Q.   Dr. Cook is telling you you have to   05:47 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

335

1              Carol Melton
2    have a Carol Melton D or New York State District
3    Leader Certificate.  He said he's reviewed your
4    TEACH account and you do not have either one of
5    those.  Did you have either one of those?
6         A.  No, not at that time.            05:47 PM
7         Q.  O.K.  And the -- if we go four pages   05:47 PM
8    in from the back, you'll see that it looks like
9    Dr. Cook had placed an asterisk and underlined the
10   portion of the posting that says "Transitional D or
11   New York State School District Leader
12   Certification."
13             Is this a position that you're     05:48 PM
14   claiming that you were not awarded either in
15   retaliation for a protected activity or because
16   you're an African-American or both?
17        A.  Both.                    05:48 PM
18        Q.  Both?  Is that your testimony, both?  05:48 PM
19        A.  Yes.                     05:48 PM
20        Q.  O.K.  What leads you to believe that   05:48 PM
21   the reason you didn't get this position for which
22   you didn't have the minimum qualifications --
23   withdraw that.
24             You acknowledge you didn't have these  05:48 PM
25   qualifications that are underlined by Dr. Cook,

---

336

1              Carol Melton
2    right, the ones that are in the posting?
3         A.  The --                   05:48 PM
4         Q.  Transitional D --           05:48 PM
5         A.  -- Page 95.               05:48 PM
6         Q.  The page 95, exactly.  You acknowledge  05:48 PM
7    you didn't have those.
8         A.  Yes.                     05:49 PM
9         Q.  What leads you to conclude that the   05:49 PM
10   decision not to grant you this position was because
11   you're African-American?
12        A.  Because it was given to someone else.  05:49 PM
13        Q.  Did that someone else have a       05:49 PM
14   Transitional D or a New York State School District
15   Leader certification?
16        A.  No.                      05:49 PM
17        Q.  Who was that person?          05:49 PM
18        A.  Are you asking who's in this position  05:49 PM
19   now?
20        Q.  Who got the position in the 2016-2017  05:49 PM
21   school year, which was last school year, not this
22   one?
23        A.  Natasha Cherry.             05:50 PM
24        Q.  And Natasha Cherry, you're saying, did  05:50 PM
25   not have a Transitional D or a New York State

---

337

1              Carol Melton
2    School District Leader certification?
3         A.  I explained that the Transitional D is  05:50 PM
4    only given if you are enrolled in a university that
5    has an SBL/SDL program.
6         Q.  And did she possess the Transitional D  05:50 PM
7    or did she possess a New York State School District
8    Leader certification when she was granted the
9    position?
10        A.  No.                      05:50 PM
11        Q.  And you know that how?  How do you   05:50 PM
12   know that Ms. Melton?
13        A.  I -- can I speak with my lawyer?    05:51 PM
14        Q.  After you answer my question you can.  05:51 PM
15        A.  Well, that's the reason why I want   05:51 PM
16   to --
17        Q.  It doesn't work that way, Ms. Melton.  05:51 PM
18        A.  O.K.                     05:51 PM
19        Q.  If you have knowledge, you have to   05:51 PM
20   tell me the source of your knowledge.
21        A.  The person --             05:51 PM
22             MR. WATSON:  Unless, for some       05:51 PM
23   reason, it would be privileged.
24             MR. RUSHFIELD:  Well, it has to     05:51 PM
25   be an attorney or a priest or a

---

338

1              Carol Melton
2    psychiatrist.
3         Q.  Do you have that information from an  05:51 PM
4    attorney or a priest or a psychiatrist?
5             MR. RUSHFIELD:  I'm not sure        05:51 PM
6    about the priest, but...
7         A.  No.                      05:51 PM
8         Q.  So how do you know that she didn't   05:51 PM
9    have either of these things when she got the
10   appointment?
11        A.  Because she was enrolled in the same  05:51 PM
12   school as I was.
13        Q.  O.K.  But do you know whether she had  05:51 PM
14   that Transitional D or New York State School
15   District Leader certification when the offer was
16   made to her?
17        A.  I know that she did not complete.    05:51 PM
18        Q.  You know that how?           05:52 PM
19        A.  Because she was enrolled in the same  05:52 PM
20   school as I was.
21        Q.  How long were you enrolled in that   05:52 PM
22   school?
23        A.  Almost two years.           05:52 PM
24        Q.  And was she enrolled for both years  05:52 PM
25   with you?

---

86

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

339

Carol Melton

1
2   A.   No.                                   05:52 PM
3   Q.   How many of those years was she       05:52 PM
4   enrolled with you?
5   A.   I'm not for sure, but less than two   05:52 PM
6   years.
7   Q.   Is that an online course?            05:52 PM
8   A.   It is.                               05:52 PM
9   Q.   Do you know if she completed the      05:52 PM
10  online course before she was offered the position?
11  A.   No, she didn't.
12  Q.   Had you completed the online course at 05:52 PM
13  the time you made your application?
14  A.   I did not finish the complete         05:52 PM
15  coursework.
16  Q.   So the answer to my question is no,   05:52 PM
17  you had not completed the course at the time of
18  your application, correct?
19  A.   No.                                   05:52 PM
20  Q.   O.K.  Ms. Cherry, is she not black?   05:53 PM
21  A.   She's white.                          05:53 PM
22  Q.   So you're claiming -- it's your claim 05:53 PM
23  that they chose Ms. Cherry over you because you're
24  African-American and she is not?  Is that your
25  claim?

340

Carol Melton

1
2   A.   Yes, I'm claiming that at this time.  05:53 PM
3   Q.   The people who would have made this   05:53 PM
4   choice, would that have involved the Superintendent
5   of Schools?
6   A.   I don't know.                         05:53 PM
7   Q.   Who makes the decision to appoint?    05:53 PM
8   Who makes the decision to make an offer of
9   appointment?  Would it be Dr. Cook?  Would it be
10  the Superintendent of Schools?  Would it be someone
11  else?
12  A.   It could be Dr. Cook.  It could be the 05:53 PM
13  Superintendent of Schools.
14  Q.   O.K.  Both those people are           05:53 PM
15  African-American, right, as far as you know?
16  They're both black, right?
17  A.   Yes.                                  05:53 PM
18  Q.   Right?                                05:53 PM
19  A.   Yes.                                  05:53 PM
20  Q.   The Board of Education has black      05:53 PM
21  members, too, don't they?
22  A.   Yes.                                  05:53 PM
23  Q.   O.K.  Are you telling me that these   05:53 PM
24  people, Dr. Cook, Dr. Williams, members of the
25  Board of Ed, decided that they didn't want you to

341

Carol Melton

1
2   fill this position and wanted Ms. Cherry to do it
3   because you're black and she's white?  Is that your
4   testimony?
5   A.   I'm stating that he underlined that   05:54 PM
6   portion that says you have to have a Transitional D
7   and/or administrative certification.
8   Q.   But that's not what I asked you.      05:54 PM
9   Is it your testimony that those people 05:54 PM
10  who were involved in choosing Ms. Cherry over you,
11  those people, who are all African-American, were
12  involved in choosing Ms. Cherry over you because
13  you're African-American?  It's a yes or no
14  question.
15  A.   I don't know their state of mind.     05:54 PM
16  Q.   So you don't know if that's the case  05:54 PM
17  or not, correct?
18  A.   I can't speak for them.               05:54 PM
19  Q.   Well, you are speaking for them if    05:54 PM
20  you're alleging they made their decision based on
21  your race, aren't you?
22  A.   I'm basing that on the minimum        05:54 PM
23  qualifications required for them.
24  Q.   So if Ms. Cherry got the position and 05:54 PM
25  you did not get the position, and you're equally

342

Carol Melton

1
2   qualified, let's assume that for the moment, are
3   you saying that they chose Ms. Cherry instead of
4   you because she's white and you're black?
5   A.   I don't know what the reason why      05:55 PM
6   but...
7   Q.   Isn't that what you just alleged?     05:55 PM
8   Haven't you told me that race was the reason?
9   A.   I said I don't know why the district  05:55 PM
10  made the decision, but based on --
11  Q.   But you're claiming race was the      05:55 PM
12  reason.  You're claiming it was based on your race
13  that Dr. Williams and Dr. Cook and the Board were
14  deciding that they were going to choose Ms. Cherry
15  over you because you're African-American; are you
16  claiming that?
17  A.   If she's white.                       05:55 PM
18  Q.   Is it simply because she's white that 05:55 PM
19  it must be because of her race?
20  A.   I'm saying, again, yes, that it's     05:55 PM
21  based on the race and/or retaliation.
22  Q.   Well, I know those are, generically,  05:55 PM
23  your two claims.  The administration of this
24  district is African-American, isn't it,
25  substantially?

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

343

```
1           Carol Melton
2      A.  The ones that I sent this to is      05:56 PM
3  Dr. Cook, yes.
4      Q.  Right.  And you know that his boss is   05:56 PM
5  the Superintendent of Schools, and she's
6  African-American, right?
7      A.  I guess she is.                 05:56 PM
8      A.  She appears to be.             05:56 PM
9      A.  She appears to be.             05:56 PM
10     Q.  She's black.  I don't like the term   05:56 PM
11 but she's black.
12          And because they chose a white person  05:56 PM
13 and not you, do you have any other basis for
14 claiming that the decision was based on your race
15 other than the fact that she's white and you're
16 black?
17     A.  Well, if --                    05:56 PM
18     Q.  Yes or no.  Do you have anything else?  05:56 PM
19     A.  Yes.  What I said was that if the    05:56 PM
20 person does not meet the minimum qualifications to
21 be appointed to this position, that it certainly
22 leads me to believe that it was based on color.
23     Q.  Now, you and she had the same      05:56 PM
24 qualifications, isn't that what you're telling me?
25     A.  We do not have the same          05:57 PM
```

344

```
1           Carol Melton
2  qualifications.
3      Q.  Well, what did you possess that she   05:57 PM
4  did not for purposes of meeting the minimum
5  qualifications?
6      A.  I was still enrolled in the program.   05:57 PM
7      Q.  And she was not enrolled in the     05:57 PM
8  program any longer?
9      A.  No.                           05:57 PM
10     Q.  All right  And did she have to      05:57 PM
11 continue to be enrolled in the program in order to
12 qualify?
13     A.  You have to be enrolled in the program  05:57 PM
14 continuously in order to get a Transitional D.
15     Q.  O.K.  You don't know if she completed   05:57 PM
16 the program or not, right?
17     A.  I said, to the best of my knowledge,    05:57 PM
18 she did complete the program.
19     Q.  Do you know whether she got a        05:57 PM
20 Transitional D?
21     A.  I don't know if she received one or    05:57 PM
22 not.
23     Q.  And if she did, she would meet the    05:57 PM
24 minimum qualifications, right?
25     A.  If she finished this program?        05:57 PM
```

345

```
1           Carol Melton
2      Q.  If she got the Transitional D,      05:57 PM
3  she would meet the minimum qualifications for this
4  position, right?
5      A.  If she finished the program.       05:57 PM
6      Q.  Can you get the Transitional D without  05:57 PM
7  finishing the program?
8      A.  Not that I'm aware of.           05:58 PM
9      Q.  Well then, if she had a          05:58 PM
10 Transitional D, she met the minimum qualifications,
11 right?
12     A.  Yes.                          05:58 PM
13     Q.  And your claim that you were denied    05:58 PM
14 the position in retaliation, when was -- these
15 communications you're having are in February 2016,
16 and I've represented to you that the district
17 didn't even know you filed an EEOC complaint until
18 May of 2016.
19          Do you have any knowledge that they    05:58 PM
20 received a complaint of discrimination to the EEOC
21 by you prior to awarding the Director for Family
22 and Community Engagement position to Ms. Cherry?
23     A.  I don't know, and on this date in     05:58 PM
24 February, February 5th, 2016, based on my
25 submission of my complaint.
```

346

```
1           Carol Melton
2      Q.  Your complaint, you didn't submit it   05:59 PM
3  to the district.  You submitted to the EEOC.
4      A.  Right.                        05:59 PM
5      Q.  You don't know -- well actually you    05:59 PM
6  probably do because you probably did get a notice
7  at some point that copied the district.  Do you
8  recall getting that?
9      A.  I believe so.                  05:59 PM
10     Q.  Right.  Do you recall that the date of  05:59 PM
11 that was May 2nd, 2016?
12     A.  I don't recall if that's the date.    05:59 PM
13     Q.  O.K.  But assuming for argument's     05:59 PM
14 sake, 'cause there's a document that we all have,
15 that it was May 2nd, 2016 that it was received by
16 the district, and your getting notice in
17 February of 2016 from Dr. Cook that you have to
18 have certain qualifications that you don't have,
19 you would acknowledge, would you not, that it
20 couldn't be an act of retaliation because they
21 wouldn't have known what to retaliate against you
22 for?
23     A.  Mm-hmm.                       05:59 PM
24     Q.  Right?  Correct?               05:59 PM
25     A.  Yes, at this time.             06:00 PM
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

347

1        Carol Melton
2    Q.  May I have that back, please.         06:00 PM
3        MR. RUSHFIELD:  Winding down.         06:00 PM
4    I think I'm pretty much -- maybe          06:00 PM
5    15 minutes and we're done.
6        MR. WATSON:  All right.               06:00 PM
7        MR. RUSHFIELD:  'Cause that           06:00 PM
8    stuff we really already have done in a
9    different format and the rest of the
10   stuff I find unnecessary.  I hope that's
11   the case so we don't have to fight about
12   the time.
13       MR. WATSON:  You're O.K. to go        06:00 PM
14   another 15 minutes?
15       THE WITNESS:  Yes, I'm fine.          06:01 PM
16       MR. RUSHFIELD:  Because we don't      06:01 PM
17   want to fight about having to come back.
18       THE WITNESS:  Yes, I'm fine.          06:01 PM
19       MR. RUSHFIELD:  We are up to DD       06:01 PM
20   now.
21       (Whereupon, Defendant's              06:01 PM
22   Exhibit DD, 6/29-6/30/15 correspondence
23   between Carol Melton and Dr. Ronel Cook
24   re Dean of Students at the Middle School,
25   000257-58 and 000125-26, 2/17/16 email

---

348

1        Carol Melton
2    from Carol Melton to Dr. Michelle
3    Cardwell re Spring Break, 000259-60 and a
4    one-page Please Post, 000385, is marked
5    for identification, as of this date.)
6    BY MR. RUSHFIELD:                         06:01 PM
7    Q.  Showing you Defendant's DD, did you   06:01 PM
8    apply for the position of Dean of Students at the
9    middle school in June of 2015?
10   A.  Yes.                                  06:01 PM
11   Q.  All right.  And if you go to          06:01 PM
12   page Bates stamped No. 125, do you see that page?
13   There's an email there from Dr. Cook that says,
14   "Ms. Melton please forward me a copy of your
15   Internship, Initial and/or Professional School
16   Building Leader or School District Leader
17   certificate to my attention as soon as possible.
18   The administrative positions that you have applied
19   for requires certification."
20       Did you ever send him a copy of your  06:02 PM
21   Internship, Initial and/or Professional School
22   Building Leader or School District Leader
23   certificate?
24   A.  No.                                   06:03 PM
25   Q.  Did you have such things?             06:03 PM

---

349

1        Carol Melton
2    A.  No.  I wrote him back.                06:03 PM
3    Q.  I understand that.  I'm asking my     06:03 PM
4    question.  Did you have such things?
5    A.  No.                                   06:03 PM
6    Q.  I see what you wrote back.  You don't 06:03 PM
7    have to tell me what it says.
8        On the last page of the document      06:03 PM
9    there's a Please Post for Dean of Students for
10   Poughkeepsie Middle School, and among the
11   Education/Skills/Requirements are a New York State
12   Administrative Certificate, SDL/SBL or Eligibility
13   for a Transitional Certificate.  Did you have
14   either one of those qualifications?
15   A.  One is a qualification, no, I did not 06:04 PM
16   have that.  Eligibility is based on offer of
17   position.
18   Q.  So if you were offered the position,  06:04 PM
19   then you might be eligible?
20   A.  Then I'll be eligible as per the      06:04 PM
21   email.
22   Q.  And if you were not first offered the 06:04 PM
23   position, you wouldn't be eligible?
24   A.  I'm sorry.  Repeat that.             06:04 PM
25   Q.  If you're not offered the position    06:04 PM

---

350

1        Carol Melton
2    first, you wouldn't be eligible; is that what your
3    testimony is?
4    A.  Yes, you have to be offered it first. 06:04 PM
5    Q.  O.K.  Who became Dean of Students?    06:04 PM
6    Who got this position?
7    A.  I don't remember who.                06:04 PM
8    Q.  What was their race?                  06:04 PM
9    A.  I said I don't remember who it was.   06:04 PM
10   Q.  Well, are you claiming you were denied 06:04 PM
11   this position because of your race?  Yes or no.
12   A.  No, I don't know at this time.        06:04 PM
13   Q.  All right.  So you don't have         06:04 PM
14   information upon which to base a claim that you
15   were denied this position because of your race; is
16   that fair?
17   A.  Because I don't know who got the      06:05 PM
18   position.
19   Q.  Are you claiming in this case that you 06:05 PM
20   were denied this position on account of your race?
21   Yes or no.
22   A.  Not at this time.                     06:05 PM
23   Q.  O.K.  And your answer's going to      06:05 PM
24   depend on whatever the race of the person who got
25   the position was, right?

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

351

1        Carol Melton
2        MR. WATSON:  Objection.        06:05 PM
3        A.  The information is based on whether or   06:05 PM
4    not if the position was even filled.
5        Q.  Oh, do you know if it was filled?   06:05 PM
6        A.  I don't know.            06:05 PM
7        Q.  O.K.  Are you claiming that this had   06:05 PM
8    anything to do with retaliation against you?
9        A.  I'm not claiming that at this time.   06:05 PM
10       Q.  O.K.  You're not claiming that in this   06:05 PM
11   action, is that what you're saying?  Ms. Melton --
12       A.  I'm sorry.            06:05 PM
13       Q.  In your action, you're not claiming   06:05 PM
14   that your not getting the Dean of Students position
15   was an act of retaliation against you for protected
16   activity, right?
17       A.  Yes, I'm not complaining of that at   06:05 PM
18   this time.
19       Q.  You keep saying at this time.  You   06:05 PM
20   have a complaint.  Are you claiming it in your
21   complaint or are you not claiming it in your
22   complaint?
23       A.  Based on what I'm seeing in front of   06:06 PM
24   me.
25       Q.  In your complaint, all you talk about   06:06 PM

352

1        Carol Melton
2    is promotional positions, so I don't know what they
3    are.  Is this a promotional position that you claim
4    you were denied on account of your race?  Yes or
5    no.
6        This is not something that you can   06:06 PM
7    change your mind over time.  Yes or no.
8        A.  I don't know.            06:06 PM
9        Q.  You don't know if you're claiming that   06:06 PM
10   or not; is that your testimony?
11       A.  That this particular position --   06:06 PM
12       Q.  Yes.  Is it your testimony that you   06:06 PM
13   don't know whether you're claiming this position
14   was denied to you on account of your race?  Is that
15   what you're testifying?
16       A.  Yes, that's what I'm saying.   06:06 PM
17       Q.  All right.  Give it back.        06:06 PM
18       MR. RUSHFIELD:  Last two.        06:06 PM
19       EE.                06:07 PM
20       (Whereupon, Defendant's        06:07 PM
21   Exhibit EE, 1/11/16 email from Carol
22   Melton to Dr. Ronel Cook, 000327, and
23   Please Post re Coordinator of Elementary
24   Instructional Technology, 000392, is
25   marked for identification, as of this

353

1        Carol Melton
2    date.)
3        Q.  Here you go.  Showing you Defendant's   06:07 PM
4    EE, this for the position of Coordinator of
5    Elementary and Instructional Technology.  You
6    applied for that position -- did you apply for that
7    position in or around January of 2016?  Did you
8    actually apply for it?
9        A.  Coordinator of Elementary and   06:08 PM
10   Instructional Technology?
11       Q.  Did you actually apply for the   06:08 PM
12   position?
13       A.  Yes, I believe I applied for this one.   06:08 PM
14       Q.  Is this a position that you're   06:08 PM
15   claiming you were denied because of either your
16   race or in retaliation for a protected activity?
17   Yes or no.
18       A.  I'm not sure.  I don't remember this   06:08 PM
19   because of the title.
20       Q.  Ms. Melton, you make a claim in your   06:08 PM
21   complaint that you were denied promotional
22   opportunities.  I'm trying to figure out which ones
23   you're talking about because you don't identify any
24   of them in your complaint.  So I've tried to find
25   any place where you made application or what at

354

1        Carol Melton
2    least looked like an application, and I'm trying to
3    see if these are the ones.
4        On this one, it doesn't actually say   06:09 PM
5    you made an application.  I just says that you were
6    interested in it or you wanted to know if they'd
7    begun interviews for it already.  But you're saying
8    you believe you made an application.
9        In that case, I want to know if you're   06:09 PM
10   claiming in this action that this is a position
11   that you were denied because of your race or
12   retaliation for a protected activity.  You have to
13   be able to establish that to go forward with it.
14   So I need to know the answer to that question.
15       A.  Yes, Mr. Rushfield, I understand.   06:09 PM
16       What I said was this title is very   06:09 PM
17   similar to another one, and I'm not sure if this
18   particular title, that's -- and I said that
19   earlier, a lot of the titles -- many of the titles
20   have very similar names and --
21       Q.  You're aware that you're going to have   06:09 PM
22   to be able to identify positions that you were
23   denied if it's on account or race or retaliation.
24   You're going to have to do that in this case --
25       A.  Yes.                06:09 PM

90

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

355

1            Carol Melton
2     Q.  -- right?                          06:09 PM
3        So --                              06:09 PM
4        MR. WATSON:  Let her just take a    06:09 PM
5  moment with this document and see if she
6  can answer the question.
7        MR. RUSHFIELD:  Sure.             06:10 PM
8     Q.  Take your time.                    06:10 PM
9        (Whereupon, there is a             06:10 PM
10  discussion off the record.)
11       MR. RUSHFIELD:  I've only got      06:10 PM
12  one more after this.
13    A.  I believe this position was not filled  06:10 PM
14  and it didn't go beyond this posting.
15    Q.  O.K.                              06:11 PM
16    A.  So --                             06:11 PM
17    Q.  The my question remains, I understand  06:11 PM
18  you believe it wasn't filled.  Are you claiming
19  that it wasn't filled by you because of your race
20  or because of retaliation for a protected activity?
21    A.  Well, I'm saying it was not filled by  06:11 PM
22  anyone.
23    Q.  I understand that.                 06:11 PM
24    A.  So I don't -- I can't at this time say  06:11 PM
25  that -- the person, because no one got this

356

1            Carol Melton
2  position.
3     Q.  Let me rephrase my question.  I    06:11 PM
4  understand you're telling me you don't believe of
5  the position was filled.  So we're not going to be
6  identifying somebody who got it and try to figure
7  out their race.  But you could make -- I don't know
8  if you are, but you could make a claim, hey, they
9  didn't fill it because I was the one interested in
10  it and I'm African-American or because I have
11  engaged in some protected activity.  I just need to
12  know if you're claiming that.  I don't know.
13    A.  Now I understand what you're saying,  06:12 PM
14  and I don't know.  I don't know.
15    Q.  You don't know if you're making such a  06:12 PM
16  claim.  I can't even say that.
17       You have a complaint in this action.  06:12 PM
18  Are you making that claim or not?
19       It can't be I don't know 'cause it's  06:12 PM
20  what you're claiming in the case.  You have to
21  know.  You have to make a decision.
22    A.  Well, based on what I have in front of  06:12 PM
23  me, I can't make that claim at this time.
24    Q.  O.K.  That's fair enough.  We'll move  06:12 PM
25  on.

357

1            Carol Melton
2        MR. RUSHFIELD:  Last one.          06:12 PM
3        (Whereupon, Defendant's            06:12 PM
4  Exhibit FF, 11/29/16 email from Carol
5  Melton to Dr. Nicole Williams, Subject:
6  Letter of Intent Elementary Teacher,
7  000348, is marked for identification, as
8  of this date.)
9     Q.  Here you go, Ms. Melton.  I'm showing  06:13 PM
10  you what appears to be a letter of intent, which I
11  think is your application system, for an Elementary
12  Teacher position.  Are you certified as an
13  elementary school teacher?
14    A.  No.                               06:13 PM
15    Q.  Are you qualified -- do you meet the  06:13 PM
16  qualifications to be an elementary teacher?
17    A.  Yes and no.                        06:13 PM
18    Q.  What's the no part?                06:13 PM
19    A.  So, it's complicated.  So I'll try to  06:13 PM
20  condense it.
21    Q.  Go ahead.                          06:14 PM
22    A.  Because I have a Master's and because  06:14 PM
23  I have X amount of years of experience and in the
24  district for elementary teacher, I can get a
25  Transitional, I think it's B or C that would permit

358

1            Carol Melton
2  me to teach under the supervision of another
3  teacher or Dr. Williams who's the Superintendent of
4  Schools would also -- could permit me to teach in
5  that position.
6     Q.  That's for a limited period of time,  06:14 PM
7  isn't it?  It's not an indefinite; you have to get
8  a teacher certification?
9     A.  Right, but you have to get enrolled.  06:14 PM
10  If they offer, then you have to get enrolled in the
11  teacher certification completion program, but you
12  have to have certain other criteria.
13    Q.  O.K.  So you could -- things could  06:15 PM
14  happen that would permit you to, for example, teach
15  under the supervision of a teacher or have this
16  like provisional system where you might get
17  certified later on; is that fair?
18    A.  That's fair.                       06:15 PM
19    Q.  All right.  Who got the position, this  06:15 PM
20  Elementary Teacher position that you submitted a
21  letter of intent for?
22    A.  I don't know.                      06:15 PM
23    Q.  Well, do you know if it got filled,   06:15 PM
24  this position?
25    A.  I don't know.                      06:15 PM

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

359

1          Carol Melton
2          Q.   Is this a position that you are          06:15 PM
3    claiming is -- this November 29, 2016 position, is
4    this a position that you're claiming in this action
5    that you would have gotten except for retaliation
6    or race?
7          A.   Not at this time.          06:15 PM
8          Q.   O.K.          06:15 PM
9          MR. RUSHFIELD:  Let's call it,          06:15 PM
10    unless counsel wants to start the process
11    of asking questions.  You can.  It rarely
12    happens that people do, though.
13          Ms. Melton, God knows I could go          06:15 PM
14    on for another four hours, but we've
15    wrapped up your position.  It's been
16    interesting.  Thank you.
17          Q.   Oh, I do want to ask one thing before    06:16 PM
18    you go.
19          Ms. Melton, are there any positions          06:16 PM
20    that I've not covered, promotional positions, that
21    you applied for during 2015-2016 or 2016-2017 that
22    you can remember?
23          A.   That I can remember, no.          06:16 PM
24          Q.   No?          06:16 PM
25          A.   No, that I can remember.          06:16 PM

360

1          Carol Melton
2          Q.   Thank you.  I thought I got them, but   06:16 PM
3    I wanted to be sure.  O.K.
4          THE COURT REPORTER:  Mr. Watson,          06:16 PM
5    are you ordering a copy?
6          MR. WATSON:  Yes.  Yes.          06:16 PM
7          (Time noted:  6:16 p.m.)          06:16 PM
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

361

1

2                        ACKNOWLEDGMENT

3

4    STATE OF NEW YORK        )
                              )  ss.:
5    COUNTY OF _____    )

6

7              I, CAROL MELTON, hereby certify

8        that I have read the transcript of my

9        testimony taken under oath on the 28th

10       day of June, 2018; that the transcript,

11       except as noted in any attached errata

12       sheet(s), is a true record of my

13       testimony.

14

15                    _____
                          CAROL MELTON

16

17   Subscribed and sworn to before me

18   this ____ day of _____, 20____.

19

20

21   _____
              Notary Public

22

23   My Commission expires the

24   _____ day of _____, 20____.

25

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

362

```
 1
 2                    CERTIFICATE
 3
   STATE OF NEW YORK         )
 4                           )  ss.:
   COUNTY OF WESTCHESTER     )
 5
 6            I, KATHLEEN T. KEILTY, a
 7     Certified Shorthand Reporter and Notary
 8     Public within and for the State of New
 9     York, do hereby certify:
10            That CAROL MELTON, the witness
11     whose testimony is hereinbefore set
12     forth, was duly sworn/affirmed by me and
13     that the foregoing transcript is a true
14     record of said testimony.
15            I further certify that I am not
16     related to any of the parties to this
17     action by blood or marriage, and that I
18     am in no way interested in the outcome of
19     this matter.
20            IN WITNESS WHEREOF, I have
21     hereunto set my hand this 13th day of
22     July 2018.
                       Kathleen T. Keilty
23     _____
                       KATHLEEN T. KEILTY, C.S.R.
24                     License No. 000755-1
25
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

363

```
 1
 2    June 28, 2018
 3
 4                         INDEX
 5    WITNESS                              PAGE
 6    CAROL MELTON
 7        Examination by Mr. Rushfield        4
 8
 9                        EXHIBITS
10
      DEFENDANT'S           DESCRIPTION      PAGE
11
12     A          Employment Discrimination    40
                  Complaint with attachments,
13                23 pages, filed 5/18/17
14
       B          One-page document titled     50
15                "9420 Assignments and
                  Transfers"
16
17     C          Official Grievance Form,     52
                  000043, with attached
18                Stage I, 000019, and
                  Stage II, 000042 and
19                000045, documents
20
       D          10/24/16 email from Lesley   124
21                Callis to Leighann Ciferri,
                  000292
22
23     E          6/21-22/16 email stream      131
                  between Carol Melton and
24                Dr. Ronel Cook, 000192
25
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

364

```
 1
 2   June 28, 2018
 3                        EXHIBITS
                        (Continued)
 4
     DEFENDANT'S              DESCRIPTION              PAGE
 5
 6    F         6/21/16 email from Sheryl      133
                Small to Dr. Ronel Cook
 7
 8    G         6/30/16 Official Grievance     137
                Form re loss of pay for union
 9              business days, one-page
10
     H          7/13/15 Memorandum from        138
11              Dr. Ronel Cook to Leighann
                Ciferri, Subject:  Stage II
12              Response, 000076-77
13
     I          8/12/16 memo, from Ralph       138
14              Coates to Leighann Ciferri,
                Re:  Stage III Response,
15              000074
16
     J          10/31/16 email, from Carol     150
17              Melton to Dr. Nicole
                Williams, Re: Cease and
18              desist from stalking,
                harassment, intimidation,
19              etc., 000167
20
     K          Series of 9/22-24/15 emails    155
21              between Nadine Dargan,
                Dr. Ronel Cook and
22              Dr. Nicole Williams with
                attached 2015-2016 Schedule
23              for Carol Melton,
                000230-34 and 000113-17
24
25
```

365

1

2    June 28, 2018

3                          EXHIBITS
                           (Continued)
4
     DEFENDANT'S            DESCRIPTION            PAGE
5

6
     L          6/14/18 email, from Carol       163
7               Melton to Mark Rushfield
                containing Amended Document
8               Requests, one page

9
     M           Packet of Poughkeepsie City    167
10              School District Board of
                Education documents, 16 pages
11

12   N          Two-page document headed        171
                "Teaching Assistant Seniority
13              List 16/17 School Year"

14
     O          Packet of Poughkeepsie City     204
15              School District Board of
                Education documents, 26 pages
16

17   P          Packet of Poughkeepsie City     221
                School District Board of
18              Education documents, 13 pages

19
     Q          6/30/16 and 6/13/16 memoranda   228
20              indicating names of staff
                members for ESY, 000226-29
21              and 000048-51, respectively,
                and 6/13-6/20/16 emails,
22              000180, 000190-191 and 00296

23

24

25

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

366

1
2   June 28, 2018
3                           EXHIBITS
                            (Continued)
4
    DEFENDANT'S           DESCRIPTION              PAGE
5
6     R           6/30/15 one-page Official        236
                  Grievance Form with attached
7                 7/13/16 Stage II Response,
                  000080-81, and 8/12/15
8                 Stage III Response, 000072
9
      S           6/29/16 one-page Official        243
10                Grievance Form, 7/13/16
                  Stage II Response, 000082-83
11
12    T           6/8/16 one-page Official         250
                  Grievance Form, 6/17/16
13                Grievance denial, 000020-21
                  7/14/16 two-page Stage II
14                Response, and 8/12/16
                  Stage III Response, 000073
15
16    U           6/20/16 one-page Official        257
                  Grievance Form
17
18    V           Several emails dated between     261
                  11/7/16 and 12/8/16, 000350,
19                000295, 000169, 000294
20
      W           Screenshots of emails, four      301
21                pages
22
      X           Screenshot of Microsoft          303
23                Outlook request to send
                  a receipt, one page
24
25

367

```
 1
 2   June 28, 2018
 3                         EXHIBITS
                          (Continued)
 4
     DEFENDANT'S           DESCRIPTION              PAGE
 5
 6    Y          12/14/15 three-page email,    307
                 from Carol Melton to
 7               Dr. Ronel Cook, one-page,
                 Please Post notice, and
 8               job description for
                 Coordinator of Elementary
 9               Instructional Technology
10
      Z          Nine pages of correspondence  312
11               between Carol Melton and
                 Dr. Ronel Cook re Assistant
12               Principal positions, three
                 Please Posts, four pages
13
14   AA          Letter and emails between     329
                 Carol Melton and Tracy
15               Farrell re Elementary
                 Instructional
16               Leader/Assistant Principal
                 position, four pages, and
17               one-page Please Post
18
     BB          9/30/16 emails and           331
19               correspondence between
                 Carol Melton, Dr. Ronel
20               Cook and Angelo Aiello
                 Re Director of Technology
21               position, three pages,
                 and two-page Please Post
22
23
24
25
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

368

1
2    June 28, 2018
3                        EXHIBITS
                       (Continued)
4
     DEFENDANT'S           DESCRIPTION              PAGE
5
6
     CC          2/2016 correspondence          333
7                between Carol Melton and
                 Dr. Ronel Cook Re Director
8                of Family and Community
                 Engagement, seven pages,
9                two-page Please Post and
                 Account Information from
10               TEACH, two pages
11
     DD          6/29-6/30/15 correspondence    347
12               between Carol Melton and
                 Dr. Ronel Cook Re Dean of
13               Students at the Middle
                 School, 000257-58 and
14               000125-26, 2/17/16 email
                 from Carol Melton to
15               Dr. Michelle Cardwell Re
                 Spring Break, 000259-60
16               and a one-page Please Post,
                 000385
17
18   EE          1/11/16 email from Carol       352
                 Melton to Dr. Ronel Cook,
19               000327, and Please Post
                 Re Coordinator of
20               Elementary Instructional
                 Technology, 000392
21
22   FF          11/29/16 email from Carol      357
                 Melton to Dr. Nicole
23               Williams, Subject:  Letter
                 of Intent Elementary
24               Teacher, 000348
25

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

369

```
 1

 2   June 28, 2018

 3                  PRODUCTION REQUESTS

 4   NUMBER      REQUEST                    PAGE LINE

 5    1.         Letter from Dr. Ronel Cook   71   16
                 addressing transfers based on
 6               least seniority

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

370

1

2                          ERRATA SHEET

3                      Page ____ of ____

4        I, CAROL MELTON, wish to make the following
     changes to the foregoing transcript of my
5    testimony taken on the 28th day of June 2018, for
     the reasons cited below:
6    PG-LN        CHANGE FRM/TO              REASON

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18

                     _____
19                        CAROL MELTON

20   Subscribed and sworn to before me

21   this ____ day of _____, 20____.

22

     _____
23        NOTARY PUBLIC

24   My Commission expires the ____ day

25   of _____, 20_____.

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

371

1

2                        ERRATA SHEET

3                      Page ____ of ____

4     I, CAROL MELTON, wish to make the following
changes to the foregoing transcript of my
5 testimony taken on the 28th day of June 2018, for
the reasons cited below:
6 PG-LN       CHANGE FRM/TO              REASON

7  _____    _____    _____

8  _____    _____    _____

9  _____    _____    _____

10 _____    _____    _____

11 _____    _____    _____

12 _____    _____    _____

13 _____    _____    _____

14 _____    _____    _____

15 _____    _____    _____

16 _____    _____    _____

17 _____    _____    _____

18

                    _____
19                        CAROL MELTON

20 Subscribed and sworn to before me

21 this ____ day of _____, 20____.

22

   _____
23        NOTARY PUBLIC

24 My Commission expires the ____ day

25 of _____, 20_____.

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

372

```
 1

 2                      ERRATA SHEET

 3                  Page ____ of ____

 4      I, CAROL MELTON, wish to make the following
     changes to the foregoing transcript of my
 5   testimony taken on the 28th day of June 2018, for
     the reasons cited below:
 6   PG-LN      CHANGE FRM/TO              REASON

 7   _____   _____   _____

 8   _____   _____   _____

 9   _____   _____   _____

10   _____   _____   _____

11   _____   _____   _____

12   _____   _____   _____

13   _____   _____   _____

14   _____   _____   _____

15   _____   _____   _____

16   _____   _____   _____

17   _____   _____   _____

18

19                     _____
                          CAROL MELTON

20   Subscribed and sworn to before me

21   this ____ day of _____, 20____.

22

23   _____
            NOTARY PUBLIC

24   My Commission expires the ____ day

25   of _____, 20_____.
```

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

**A**

**A-Permanent (1)** 258:11
**a.m (1)** 1:9
**AA (4)** 328:25 329:3,9 367:14
**ability (2)** 49:17 100:2
**able (10)** 5:16 136:22 158:3 160:11 257:11 285:7 318:19 320:23 354:13,22
**absence (1)** 115:6
**absent (7)** 112:21 289:5 290:14 291:2 295:8,25 296:10
**Academies (3)** 222:5 223:24 225:24
**Academy (11)** 56:5,6 199:14 200:21 201:3 203:4,18 226:2,9 226:15 227:20
**accept (2)** 106:15 321:10
**acceptable (2)** 12:3 158:11
**access (7)** 136:21 315:24 316:4,7 316:15
**accommodation (2)** 157:2 158:2
**account (36)** 10:11,13 11:5 14:11 15:7 20:17 26:17 27:5,20,25 28:21 29:2,12 30:22 164:16 181:25 192:24 193:13 195:3 202:5 206:13 208:15 210:11 222:18 229:17 235:5,6 310:8 311:7 334:4 335:4 350:20 352:4 352:14 354:23 368:9
**accredited (1)** 308:5
**acknowledge (9)** 29:10 124:3 211:20 269:9 310:16 311:12 335:24 336:6 346:19
**acknowledged (1)** 142:12
**acknowledgement (4)** 10:15,17,20 13:7
**acknowledgments (1)** 13:19
**acknowledging (1)** 31:18
**ACKNOWLEDGMENT (1)** 361:2
**act (17)** 10:2 64:11 72:12,13 96:20 113:2 151:15,21 153:19 159:18 160:10,12 181:21 253:5,25 346:20 351:15
**acted (1)** 308:14
**acting (1)** 322:24
**action (44)** 4:14 27:3,19,23 28:21 30:10,11 32:8,21 33:12 34:11 40:13 73:2,10 116:9,13 117:5 141:9 142:23,25 157:6 158:22 161:18 165:4,19 166:2 193:6 210:9 215:18 222:10 223:4 244:5 244:10 246:7,20 253:4 281:22,22 351:11,13 354:10 356:17 359:4 362:17
**actions (14)** 31:17 32:22 34:9 64:15 120:2 130:8,17 145:22 151:16,20 252:9 256:3,15 280:11

**activities (2)** 326:19 327:4
**activity (23)** 32:2 73:4,14 325:19 325:23 326:2,9,13,17 327:10,12 327:13 328:3,21,23 329:14 330:7 335:15 351:16 353:16 354:12 355:20 356:11
**acts (8)** 64:15,22 93:10 95:4 144:21,23 221:7 281:4
**ad (1)** 97:3
**add (1)** 21:3
**added (9)** 21:2 190:15,19 212:22 213:5 217:5,8,9,17
**adding (2)** 21:7 181:12
**addition (3)** 151:17 165:2 232:13
**addressed (2)** 135:3 300:12
**addressing (1)** 369:5
**Adelma (3)** 171:24 172:23
**administer (1)** 3:19
**administration (4)** 107:15 133:15 271:25 342:23
**administrative (25)** 58:19 107:13 308:13,25 309:3 314:15,18,19,25 315:2,7,13,18 319:6,9,25 320:6,9 323:9,15 333:6,7 341:7 348:18 349:12
**administrator (7)** 308:15,17,18 309:7,9,17 323:10
**advised (1)** 334:16
**AF (1)** 49:4
**affirm (1)** 4:9
**afforded (1)** 31:15
**afraid (3)** 270:21,22,23
**African-American (42)** 11:24,25 37:14 48:21 53:10 78:2 110:11 110:15,25 115:24 117:15 149:25 150:5 157:7 158:25 161:11 163:13,15 170:18 206:18 213:15 213:18 214:3,7,24 231:9 253:10 293:18,22 294:2 311:17 323:22 335:16 336:11 339:24 340:15 341:11,13 342:15,24 343:6 356:10
**African-Americans (1)** 34:18
**after-program (1)** 85:13
**after-school (53)** 72:11 73:12 75:4 75:13 78:23 79:5,9,14,18 80:21 81:3 82:22 83:7 84:19 85:3 86:23 88:4,22 89:14 90:3 92:19,25 93:24 94:5,6 96:19 97:5 98:14 100:11 101:19 102:11 103:11,25 104:13,18 105:17 106:14 107:4 108:21 109:8,15 110:2,3 147:16 147:21 148:10,14,21,25 159:17 205:3 206:25 221:13
**afternoon (2)** 147:2 262:6

**against- (1)** 1:5
**agency (1)** 58:20
**Agenda (6)** 168:2 207:11 208:7 209:11,17,20
**ago (5)** 87:22 164:9 167:17 182:17 208:2
**agree (12)** 15:22 16:18 69:21 105:25 108:12 129:4 144:18 188:18 190:5 194:22 197:21 243:2
**agreed (6)** 3:6,12,17 106:3 184:22 184:24
**agreeing (4)** 130:20 144:16 202:7 202:12
**agreement (9)** 49:22 50:3 58:2 108:9,14 184:9,13 206:8 242:24
**agreement's (1)** 82:20
**Ah (1)** 120:14
**ahead (17)** 27:18 61:2,2 66:2,19 130:25 131:4 185:21 198:4,7,10 214:11 244:4 258:5 265:23 323:12 357:21
**aide (3)** 43:11,23 45:9
**Aiello (2)** 331:6 367:20
**Alice (9)** 172:8,9 181:12,13,16,19 231:21 245:20 284:10
**allegation (21)** 10:8 46:3 73:8,22 116:7,17 117:11 245:7 264:25 275:18 285:5,7 294:13 295:5,9 295:19 297:25 298:16,19,21 306:19
**allegations (7)** 45:25 72:20 260:18 264:20 266:21 277:5,11
**allege (2)** 112:25 149:14
**alleged (4)** 103:7 295:3,4 342:7
**allegedly (1)** 137:17
**alleging (5)** 73:10 116:23 117:5 328:23 341:20
**allowed (13)** 43:22,22 113:7 245:23 257:24 283:23 284:3,7,21 285:14 287:5,7 295:7
**allowing (1)** 31:18
**alternate (3)** 264:10,11,12
**alternates (1)** 273:16
**amended (4)** 164:4,10 233:17 365:7
**amendment (13)** 45:24 52:16 55:16,23 68:9 71:20 111:6 181:4 190:17 199:11 250:21 281:20,20 283:20
**Americas (1)** 2:5
**amount (4)** 76:20 227:12 321:8 357:23
**and- (1)** 2:9
**and/or (7)** 31:17 130:13 319:4 341:7 342:21 348:15,21
**Angelo (2)** 331:6 367:20

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

announce (1) 289:11
announced (2) 295:8,24
announcement (17) 284:23,24,25
  288:23,24,25 289:2 290:3,6,20
  292:2 297:18,21,22 298:3,8,9
announcements (2) 289:4 295:11
answer (67) 4:17,22,23,25 5:6,12
  5:22 6:10 10:5 11:13,20 14:13
  19:10 26:23 27:7,10 29:6,9 30:16
  32:6,12,13 34:7,21 37:10 39:23
  44:22 49:24 59:5,21 60:8,9 62:2
  62:5 63:17 92:9 94:23 107:24
  116:5 119:16 141:17 159:25
  160:6,16,19 161:17 178:23 179:6
  180:17 187:12 188:11 189:8
  193:16 195:9,12 196:6,13,19,23
  197:6 236:4 325:11 329:23
  337:14 339:16 354:14 355:6
answer's (1) 350:23
answered (10) 6:25 38:22 43:2
  62:3 94:9,15 148:7 179:15
  180:24,25
answering (4) 5:17 92:10 160:18
  179:5
answers (6) 5:5 61:21 70:5 196:10
  196:23 197:19
anti-discrimination (2) 281:8
  282:20
anti-harassment (1) 281:8
anti-retaliation (1) 282:21
anybody (10) 78:6 118:12 136:11
  197:14 249:4,17 272:20 278:13
  284:11 298:6
anyway (9) 55:4 68:5 132:18
  155:14 174:5 207:20 209:5 235:2
  320:16
apart (13) 12:9 119:4 164:25
  189:12,13 190:2,4,23,25 220:4,9
  220:12 256:11
apparently (9) 45:4 188:18 192:10
  201:9 245:8,16 251:10 267:23
  270:18
appear (2) 257:25 263:24
appearances (2) 2:2 162:24
appearing (1) 15:2
appears (21) 157:4 172:10 182:3
  212:20 225:14 228:6 229:2,13
  230:6 231:3 242:18 247:3 254:20
  261:22 313:22 329:10 331:12,20
  343:8,9 357:10
applicable (10) 101:24 241:11
  242:6 248:8 249:5,10,11,14
  258:2,14
application (14) 75:15 78:11 81:2
  166:19 195:12 306:4,10 339:13
  339:18 353:25 354:2,5,8 357:11
applications (4) 9:16 18:10 19:8

30:7
applied (87) 8:12,16,20,24 9:20
  10:14,15,18 13:7,22 14:24 16:3
  16:12 17:15 18:19 19:18,21 20:2
  21:14 22:23 24:6,25 25:9,12,22
  26:6 27:8,12 30:3,4,8,24,25 31:2
  31:13,18 36:19 37:20 38:5 75:16
  78:5 80:15 82:9 97:9 165:14
  167:3 174:20 175:14 177:9 181:8
  182:5 189:21 191:19 192:2,3,4
  193:18,21 203:9,11 205:4 206:6
  206:16 207:21 210:7 217:18
  222:7 234:6 237:22 239:8 240:2
  246:14 305:21 307:3 310:2 313:6
  313:10 325:3 327:19 329:22
  330:2 331:22,25 348:18 353:6,13
  359:21
applies (1) 80:3
apply (57) 9:12 12:11 16:15 17:4
  17:12 21:19,23 22:4,8,14,19 23:8
  23:15 26:3 27:10 75:11 78:6 80:5
  80:6,18 82:8,22 97:5 103:20
  164:20,21 165:10 166:7,21 168:6
  194:19 198:23 199:7,16 200:20
  201:4,8,14,18 204:5 205:19
  207:16 208:12 242:25 306:6
  312:15,18,22 331:13,15,18,23
  334:10 348:8 353:6,8,11
applying (10) 17:8 19:23 199:8,17
  203:12,15 204:9 300:20 305:13
  306:14
appoint (5) 235:22 240:24 244:20
  275:13 340:7
appointed (17) 35:21 192:10
  226:19 227:7 229:21 234:8
  235:16 264:9 270:6,7,8 276:5
  277:10,12,21 278:5 343:21
appointing (1) 214:7
appointment (14) 179:19 198:19
  226:4 227:19,22 229:16 262:3,7
  277:15,17,19 279:23 338:10
  340:9
appointment's (1) 181:4
appointments (7) 200:13 203:3
  227:11 229:3 278:2 280:10,16
appropriate (4) 69:14 308:9
  313:24 330:21
approximate (1) 135:10
approximately (13) 7:6,22 16:14
  36:9 63:24 64:6 71:23 84:12
  112:10,11 114:3 147:14 265:20
April (10) 151:12 200:6,11 279:5
  313:11 323:25 324:18 326:11,15
  327:15
arbitrate (16) 57:21 58:17,21 59:3
  59:8 104:19 139:11,16 140:7,9
  140:11,14 143:10 254:21 255:11

255:12
arbitrated (2) 58:14,24
arbitrating (1) 59:11
arbitration (18) 49:10 57:24 58:10
  58:25 60:6,22 103:4 104:17
  105:2,5,11 106:19 242:14 243:9
  243:11 249:2,3 254:25
area (1) 151:9
arguably (1) 311:15
argue (2) 197:18,22
arguing (2) 232:8 286:22
argument (3) 66:3 69:25 197:18
argument's (1) 346:13
Arnfield (5) 171:24 172:4,6 173:25
  187:21
arrange (3) 266:20 269:17 272:24
arrive (2) 149:7,7
arrived (1) 95:23
Article (4) 101:22 243:4 258:7,11
aside (10) 126:18 188:24 215:12
  216:8,11,12,23 232:6,7,23
asked (36) 5:2,15,16 6:11,13 14:10
  14:15 29:7 41:9 60:14 93:4,5,7
  122:9 128:21,22 129:10,18
  166:11 169:24 179:9 193:4 196:7
  235:13 251:3 256:9 260:16
  262:11 263:12 264:24 287:17
  324:12 328:6 329:21,22 341:8
asking (45) 4:15 25:20,21 28:5
  32:14 36:24 42:16 61:24 70:24
  103:8 117:4 129:22 148:2 155:5
  159:15 165:13 180:4,5 196:21
  207:7 215:3,4,10 221:16 234:25
  250:13 253:21 281:23 284:9
  286:15,24 287:19,20 311:9,13
  314:21 315:18 324:10 325:10
  328:2 330:14,15 336:18 349:3
  359:11
asks (3) 131:22,23 164:11
assert (1) 321:6
asserted (1) 254:5
asserting (1) 190:24
assertion (1) 302:7
assertive (5) 261:3,4 269:24 270:4
  271:12
assign (5) 114:8 254:17 255:5
  273:16 275:2
assigned (43) 46:12,17,19,24
  47:13,16,19 48:4 57:23 62:11,14
  62:19 63:3 65:7 77:12 84:24
  85:12 86:16 96:10,14,16 113:20
  113:25 114:2 118:10,13,15
  158:12,16 176:23 213:14 245:25
  246:11 247:2,4 273:9,10,12
  274:15,20,20 294:22 298:20
assignment (59) 51:16 53:16,24
  62:13,25 71:24 75:13,17 78:4

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

3

79:9,14 85:2 90:3,9 91:5,7,25
92:3,19 94:5 101:18 102:11
103:11,25 104:14,18 106:14
108:11,22 109:14 110:2 111:14
113:9 114:14,24 116:24 160:11
162:7 164:13 184:4 207:23 208:2
226:7 238:22 242:2 253:9,18
254:7 256:8,13,16 258:9,18
275:8 293:3 299:17,23 300:7,13
**assignments (21)** 50:14 56:18
66:8 72:25 93:6 96:10 114:9,11
225:12 230:2,4,5,8,12 231:12
240:6 241:13,24 293:3 294:8
363:15
**assist (3)** 115:6 120:9 130:14
**assistant (158)** 8:3,9,18 16:5 41:18
41:19,25 42:3,14,15 43:9,19 44:7
45:4 48:8 54:6,11 55:2 62:18
67:15,17,22 69:23 75:17 76:22
76:24 77:3 78:16 79:10,19 80:9
81:2,4,5,24,25 82:16,21 83:2
84:4 88:5,21 89:13 91:17 98:15
109:9 111:20 118:19 148:24
157:16 158:17 164:15 165:8,9
168:11 169:19 170:15,18 171:9
171:15 174:3 175:8,10,20,25
178:19 179:17 185:5,12,23 186:5
188:24 189:22 190:9,12,13 191:2
191:5,9,10 192:11,12 198:20,21
201:3 203:16 205:23 208:9
211:21 212:22 213:7,15,16,17
214:8 215:16 216:15,22,25
221:12 226:8,14 227:20 229:16
230:8 231:12 232:2 233:20,22
234:5 235:4,10,17 237:7,15
239:16 240:6 244:14 245:19,21
247:20 248:3 250:23 280:15
285:11,12 287:5 290:9,12 293:22
294:22 296:17 297:4,10,11
299:10 305:15,19,23 324:9
325:21 326:11 327:15 365:12
367:11
**Assistant/Elementary (1)** 202:16
**Assistants (53)** 48:16,19,22 56:15
65:17,25 66:7 67:2,4,6,9,11
70:18,24 76:10 77:5,7,10,14,19
77:22,25 86:18,22 101:19 164:12
164:19 166:6,24 168:17 175:24
185:24,25 186:2,13 207:2 229:10
229:12,21 231:2,10 241:15,25
249:23 285:13 292:5,19 295:6,18
295:20,22 299:8,23
**assisting (2)** 130:18,19
**associated (1)** 60:19
**Association (1)** 258:8

**assume (3)** 6:19 285:11 342:2
**assuming (2)** 89:22 346:13
**asterisk (1)** 335:9
**Atkins (37)** 168:19,25 173:15,16
173:17 212:14,25 213:8,10,13,25
214:3,13,20,24 215:15 216:3,14
216:24 218:7,16,17,21 219:8,9
219:19,24 220:6,6,11 230:9,12
230:15,19,20 231:5,7
**Atkinses (1)** 230:22
**attached (10)** 40:19 52:4 155:22
236:12 252:13,17 361:11 363:17
364:22 366:6
**attachment (1)** 156:6
**attachments (2)** 40:16 363:12
**attempt (2)** 245:8 266:24
**attempts (1)** 266:20
**attend (1)** 35:22
**attention (2)** 323:3 348:17
**attest (2)** 10:6 325:12
**attorney (11)** 60:15 265:11,14,16
267:10,24 268:3,7,7 337:25
338:4
**attorneys (3)** 2:4,14 268:12
**August (6)** 164:25 168:6 199:12
211:2,5 279:7
**authorization (1)** 132:3
**authorized (1)** 3:19
**automatically (1)** 97:18
**available (3)** 274:4 321:24 327:15
**Avenue (1)** 2:5
**await (1)** 268:15
**awaiting (1)** 263:19
**awarded (6)** 35:23 36:12 37:5,18
205:22 335:14
**awarding (1)** 345:21
**aware (28)** 34:3,14,15 47:10 51:18
51:21 57:7 130:16,17 132:2
153:12 154:2,3,5,22,25 155:4,12
157:10 159:7 186:14 214:12
243:24 273:18,22 289:13 345:8
354:21
**Ayers-Holloway (3)** 45:3,5,13

---

**B**

**B (4)** 50:11,13 357:25 363:14
**B-Occasional (1)** 258:11
**back (62)** 6:14 11:2 13:10 14:2
46:2 51:24 55:15 68:23,24 69:3,4
69:6,10 92:11 95:2 100:25
113:23 114:15,18,21 128:6
132:17,18 134:13 135:25 137:3
198:9 209:9,11 212:15,15,16,17
212:18,18,19 215:18 221:18
233:19 252:16,16 256:19,22,24
259:4 265:12 267:10,24 268:7,8
307:24 313:18,19,20 315:10

333:20 335:8 347:2,17 349:2,6
352:17
**background (2)** 11:25 53:10
**Baker (32)** 168:20 172:13,14,15,17
174:2 185:11 186:10,12,23,25
187:5,8,10 188:7,24 189:19
190:2,25 191:8 217:12 231:17
232:10 234:10 244:25 245:5,9,17
246:12 247:2,20 248:4
**Baker's (6)** 216:9,11,21 232:7,24
235:19
**Banks (1)** 195:6
**Banks-Whitaker (7)** 191:22 192:5
193:24 194:5 195:3 198:19 199:3
**barely (1)** 257:9
**bargaining (10)** 49:2,22 50:2 58:2
82:20 108:8 184:9,13 206:8
242:24
**base (3)** 189:15,16 350:14
**based (36)** 14:18 31:17 66:3 73:2
73:17 78:4 93:21 95:13 96:5
102:10 107:4 141:9 174:7 175:3
176:24 178:20 180:10 188:6
189:6 218:2 246:19 318:24
322:23 328:6 341:20 342:10,12
342:21 343:14,22 345:24 349:16
351:3,23 356:22 369:5
**basically (2)** 55:7 228:7
**basing (1)** 341:22
**basis (35)** 32:3 33:13 71:6 117:21
117:23 118:5,8,9 119:6,11,23
125:23 128:7 182:6,8 185:4
188:23,25 189:3 194:8 214:23
216:7,14,16,23 217:4 231:19
232:8,10 253:19 255:20 256:3,15
330:6 343:13
**Bass (4)** 111:11 113:13 115:6,6
**Bass's (1)** 114:25
**Bates (7)** 50:21 138:19 156:9
238:9 241:22 313:2 348:12
**BB (4)** 331:2,4,10 367:18
**bear (2)** 52:10 236:20
**Becky (1)** 261:23
**becoming (2)** 44:8 227:3
**Before/After-School (1)** 208:9
**began (2)** 17:8 94:22
**beginning (13)** 46:20 48:10 84:16
85:11 96:11 114:9 118:13,20
148:14 158:5,25 205:16 261:2
**begins (2)** 131:19 148:17
**begun (1)** 354:7
**behalf (3)** 1:17 268:23 269:20
**behavior (1)** 272:16
**belief (6)** 13:9 117:21 125:22,23
149:24 263:7
**believe (73)** 18:8 26:7 33:21 34:3
44:16 89:23,24,25 96:5 111:16

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

4

114:17 117:20 121:8,9,16,18
125:12,16 126:20 127:11,12
133:17 140:15 143:18,24 149:18
150:4 153:6,9 162:22 164:22
184:2,6 185:3 187:20 188:10
191:4,7 192:9 194:16 196:17
201:20 210:15 219:11 223:12,15
237:12 247:6 248:16 253:8,13,16
256:7 262:10,19 264:14,18
267:20 273:21,23 282:13 283:15
321:2 322:9 324:14 335:20
343:22 346:9 353:13 354:8
355:13,18 356:4
**believed (5)** 92:4 110:4 162:6
276:21 296:19
**benefits (1)** 290:17
**best (3)** 22:2 300:11 344:17
**better (5)** 34:22 41:11 42:13,22
262:6
**beyond (11)** 8:17 16:4 100:21
109:10 158:4 183:11 198:16
208:23 209:6,18 355:14
**black (62)** 35:14,16 45:9 48:12,16
48:18,21 53:9 65:11,16,24 66:6
67:11 77:10,18 110:24 125:14
162:19,24,24 169:13,18,18
170:14 172:18 173:10,11,16,17
174:24,25 175:7,9,24 176:2,10
178:16,19,19 181:13 182:15
188:3 192:9,11 212:25 213:3
219:13,16,17,18,19 220:5 221:2
285:14 339:20 340:16,20 341:3
342:4 343:10,11,16
**blood (1)** 362:17
**board (52)** 35:18,21,22 36:12 51:7
57:15,18 58:3,6,10,20 59:3,6,10
59:15,25 60:4 68:6 102:24
137:23 139:4,5 143:7 154:11
167:9 168:2 183:22 204:15
221:22 241:9,15 242:10,23
248:14,17,20 252:15 254:10,23
270:7,8 272:12 273:15 277:14,18
277:25 340:20,25 342:13 365:10
365:15,17
**board.docs (1)** 274:8
**body (2)** 5:6,9
**boss (1)** 343:4
**bottom (8)** 41:9 132:20 229:9
233:7,8,9 264:4 334:23
**box (5)** 32:18 303:6,6,7 306:21
**break (21)** 6:22 7:2,7,10,14,16
131:3 196:12,20 222:5 223:24
225:23,24 226:2,9,14 227:20
228:7 266:12 348:3 368:15
**Bridges (17)** 168:18,23 173:10,11
173:13 185:6 205:22,23 206:3
207:22 209:24 222:15 223:6,7,19

224:2,17
**bring (2)** 313:21 323:2
**broad (1)** 70:8
**brought (2)** 280:12 310:12
**Brown (33)** 46:11,12 47:6,15,16
48:4 62:10 63:7,8 65:2 74:17,18
77:2,9,12,19,22,24 78:4,17 84:10
84:25 85:12 87:24,25 88:2 95:16
98:4 99:9 101:20 104:2,5 159:18
**building (5)** 96:14 133:16 149:6
348:16,22
**buildings (2)** 51:17 79:19
**bullet (2)** 333:10,11
**business (37)** 120:19 121:4,12,20
121:23 123:16 124:20,21 129:5
129:13,18 130:21 131:9,22
133:20,25 134:4,14,15,16,19
135:9 136:2,3,4,8,13 137:12,18
138:25 139:9,21 141:2 142:18,21
144:5 364:9
**businesses (1)** 273:24

---

**C**

**C (13)** 41:12,13 51:25 52:3,8,10
56:20,23 57:19 60:6 101:2
357:25 363:17
**C-i-f-e-r-r-i (1)** 125:4
**C-o-l-o-n (1)** 168:19
**C.S.R (1)** 362:23
**call (7)** 31:14 263:18,19,20,24
267:4 359:9
**called (5)** 25:14 40:21 262:2 268:5
296:20
**Callis (18)** 124:10,15,16,17,22
125:13,16 126:9,10,20,22 127:2
128:15,21 130:13 132:2,24
363:21
**Callis's (1)** 125:14
**candidate (1)** 334:17
**capacity (1)** 245:3
**Cardwell (2)** 348:3 368:15
**cared (1)** 270:25
**Carol (395)** 1:3,13,4:3 5:1 6:1 7:1
8:1 9:1 10:1 11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1 91:1 92:1

93:1 94:1 95:1 96:1 97:1 98:1
99:1 100:1 101:1 102:1 103:1
104:1 105:1 106:1 107:1 108:1
109:1 110:1 111:1 112:1 113:1
114:1 115:1 116:1 117:1 118:1
119:1 120:1 121:1 122:1 123:1
124:1 125:1 126:1 127:1 128:1
129:1 130:1 131:1,14 132:1
133:1 134:1 135:1 136:1 137:1
138:1 139:1 140:1 141:1 142:1
143:1 144:1 145:1 146:1 147:5
148:1 149:1 150:1,15 151:1
152:1 153:1 154:1 155:1,23
156:1 157:1 158:1 159:1 160:1
161:1 162:1 163:1 164:1,2 165:1
166:1 167:1 168:1 169:1 170:1
171:1 172:1 173:1 174:1 175:1
176:1 177:1 178:1 179:1 180:1
181:1 182:1 183:1 184:1 185:1
186:1 187:1 188:1 189:1 190:1
191:1 192:1 193:1 194:1 195:1
196:1 197:1 198:1 199:1 200:1
201:1 202:1 203:1 204:1 205:1
206:1 207:1 208:1 209:1 210:1
211:1 212:1 213:1 214:1 215:1
216:1 217:1 218:1 219:1 220:1
221:1 222:1 223:1 224:1 225:1
226:1 227:1 228:1 229:1 230:1
231:1 232:1 233:1 234:1 235:1
236:1 237:1 238:1 239:1 240:1
241:1 242:1 243:1 244:1 245:1
246:1 247:1 248:1 249:1 250:1
251:1 252:1 253:1 254:1 255:1
256:1 257:1 258:1 259:1 260:1
261:1 262:1 263:1 264:1 265:1
266:1 267:1 268:1 269:1 270:1
271:1 272:1 273:1 274:1 275:1
276:1 277:1 278:1 279:1 280:1
281:1 282:1 283:1 284:1 285:1
286:1 287:1 288:1 289:1 290:1
291:1 292:1 293:1 294:1 295:1
296:1 297:1 298:1 299:1 300:1
301:1 302:1 303:1 304:1 305:1
306:1 307:1,14 308:1 309:1
310:1 311:1 312:1,5 313:1 314:1
315:1 316:1 317:1 318:1 319:1
320:1 321:1 322:1 323:1 324:1
325:1 326:1 327:1 328:1 329:1,4
330:1 331:1,5 332:1 333:1,25
334:1 335:1 336:1 337:1 338:1
339:1 340:1 341:1 342:1 343:1
344:1 345:1 346:1 347:1,23
348:1,2 349:1 350:1 351:1 352:1
352:21 353:1 354:1 355:1 356:1
357:1,4 358:1 359:1 360:1 361:7
361:15 362:10 363:6,23 364:16
364:23 365:6 367:6,11,14,19

# Carol Melton v. Poughkeepsie City School District
## June 28, 2018

5

368:7,12,14,18,22 370:4,19
371:4,19 372:4,19
**case (46)** 1:3 24:19 26:13 50:18
51:9 57:25 60:19 72:20 73:5
89:23 99:8 130:11 146:13 150:7
155:6,15 157:14 178:18 182:15
188:10 195:24 197:12 208:14
222:12 223:13 227:23 228:6
229:14 236:23 239:13 240:9,14
246:16,24 247:18 277:5 292:3
306:20 310:20 326:19 341:16
347:11 350:19 354:9,24 356:20
**cases (3)** 90:2 299:20 305:9
**Caucasian (20)** 35:7 37:5 38:16
66:7 77:21 78:3,16 175:24
212:25 213:4,15,16 231:9 234:3
293:13,14,15,20 294:5 295:17
**Caucasians (1)** 182:19
**caucus (1)** 60:24
**cause (33)** 5:18 21:4 29:9 50:3
63:12 70:7 71:17 79:22 82:17
91:5 97:19 120:18 128:2 131:5
140:12 157:14 158:22 167:4
198:17 211:8 214:9,17 215:11
236:5 242:20,21 292:23 301:16
323:21 328:18 346:14 347:7
356:19
**caused (1)** 128:18
**CBA (5)** 56:16 69:24 70:3 81:7
108:6
**CC (4)** 333:22,24 334:8 368:6
**Cease (3)** 150:16 261:24 364:17
**cell (2)** 263:12,14
**Centers (2)** 205:3 206:25
**Century (58)** 72:10 73:11 75:4,13
75:16,17 78:23 79:4,14,18 80:20
82:22 83:7,17 84:4,19 85:3,12
86:13 88:4,22 89:14 90:2 92:19
94:6 96:19,25 97:5 98:14 100:11
101:18 102:11 103:11 106:13
107:3 108:21 109:8,15 110:2
147:15,21 148:9,14,17,21 149:2
156:16 157:15 158:5,17 159:17
160:12 162:7 205:2 206:24 207:6
207:6,10
**Century's (1)** 87:17
**certain (9)** 32:22 85:5 175:19,20
223:16,17,18 346:18 358:12
**certainly (5)** 185:18,22 300:16
304:14 343:21
**certainty (1)** 14:7
**certificate (26)** 315:14,24 316:5,6
316:16,19,21 317:8,11,12,15,20
319:3,7,18,20,23,24 322:23
334:19 335:3 348:17,23 349:12
349:13 362:2
**Certificates (1)** 320:6

**certification (30)** 3:9 216:9,12
308:10 309:2,3,23 313:25 314:15
314:25 315:7,19 317:21 318:11
318:13 319:3,10 330:22 332:9,13
332:25 335:12 336:15 337:2,8
338:15 341:7 348:19 358:8,11
**certifications (1)** 319:8
**certified (25)** 1:18 185:23 186:2,4
186:12 187:2 190:3,13 191:5,9
216:22 217:13 231:18 232:11
234:10 235:20 245:21 248:2
314:5 321:23 323:9,13 357:12
358:17 362:7
**certify (3)** 361:7 362:9,15
**cetera (3)** 152:19 153:20 261:25
**challenge (1)** 242:12
**change (9)** 51:16 61:21 62:8
225:19 227:17 352:7 370:6 371:6
372:6
**changed (3)** 108:15 181:12 225:11
**changes (3)** 370:4 371:4 372:4
**charge (2)** 208:16 325:13
**check (5)** 273:25 302:25 303:6,6,7
**checking (3)** 32:18 304:15 306:21
**Checklist (6)** 200:25 205:16
207:10 208:7 209:10,16
**checks (1)** 304:19
**Cherry (13)** 38:13 39:10 336:23,24
339:20,23 341:2,10,12,24 342:3
342:14 345:22
**Cherry's (1)** 38:14
**chest (1)** 4:20
**childlike (1)** 179:13
**choice (9)** 80:9 81:13,15 302:13
303:4 304:10,14,15 340:4
**choose (8)** 11:23 81:10,10,11 82:5
214:12 302:16 342:14
**choosing (3)** 213:25 341:10,12
**chose (5)** 190:15 214:23 339:23
342:3 343:12
**chosen (2)** 194:16,17
**Christine (4)** 171:24 172:4,6
173:25
**Ciferri (20)** 124:10,15 125:3,5,8
127:18,22,24,24 128:3,8,10,23
130:13 132:25 138:6,11 363:21
364:11,14
**Circle (23)** 46:19 53:15,16,24
54:15 56:6,15,25 57:2 64:2,3,16
64:17 65:3,6,13 66:9 69:4,7
70:25 84:15 95:16 322:17
**circumstance (2)** 251:24 273:4
**circumstances (1)** 244:8
**cited (3)** 370:5 371:5 372:5
**City (26)** 1:6 4:14 7:20,22 8:5,8,17
17:5 46:5 51:4 67:23 70:9,11
71:22 72:4,7 73:10 167:9 204:14

221:21 255:8 322:13 333:14
365:9,14,17
**civil (3)** 325:15,17,22
**claim (136)** 11:4 13:13 14:10,17,18
14:20 15:4,25 26:12,17 27:3
29:11 30:10,21 33:4,7,8 34:9
56:14 57:21 72:19 73:20,23,25
97:23 102:9,16 104:17,20 106:12
113:18 115:20 116:7,18 118:4,7
119:12,20 120:19 127:5,10,16,22
128:20 139:22 140:6,7,9,11,14
143:11,15,19,23 144:2,14 155:6
157:14 158:22 159:5,19,22
161:18 163:16 164:16 165:3
166:4 169:19 170:5,19,21,23
182:6 183:13 189:12 190:24
193:23 196:11 202:8 214:6,15,21
214:22 215:14,19,21,23 216:2,13
217:11,12 219:23 220:10,14
223:4 224:4 229:14 232:16,25
233:22,25 234:11 235:9,21
245:24 248:4,7,8,25 253:17
255:4,22,23 256:5,11 258:24
275:9 278:9 280:8 281:13 295:23
301:12 320:9 325:20 326:14
329:12 339:22,25 345:13 350:14
352:3 353:20 356:8,16,18,23
**claimant (1)** 29:11
**claimed (11)** 27:19 123:18 142:20
143:2 236:6 246:19 254:11,15
277:2 300:24 306:23
**claiming (139)** 24:19 27:23 28:19
28:25 31:6 32:9,22 33:13 46:25
56:12 72:12 87:8 96:19 98:16
100:7,9 102:15 103:9,23 113:2
115:22 116:2,13 117:13,17 118:6
119:6,23 128:7,8 130:13 138:24
140:24 141:5 154:24 155:2,3
157:5,8 158:23 159:16 160:8,13
160:15,23,24 161:11 162:18
165:19 169:21,25 181:19,23,24
185:4 188:23 191:24 192:13,18
192:23 193:3,6,12,17,23 194:2,4
195:2,5,5 202:4,15,18,20 208:14
210:9 213:19 216:7,14,17,24
222:16 223:5 224:7 231:19
246:20 247:25 253:19,24 255:20
256:3,15 296:4,5 302:9 306:13
307:2 310:7,13,19 323:19,24
324:21,25 326:10,25 327:2,6,9
327:12,22 328:3,4,20 330:3
335:14 339:22 340:2 342:11,12
342:16 343:14 350:10,19 351:7,9
351:10,13,20,21 352:9,13 353:15
354:10 355:18 356:12,20 359:3,4
**claims (15)** 72:24,25 193:7 194:24
238:18 242:7 246:15 247:18

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

275:13,17 280:4,8,17 326:18
342:23
**clarification (3)** 94:18,20 129:11
**clarify (2)** 61:9 215:3
**Clarissa (6)** 191:21 192:5 194:5
195:6 198:19 199:2
**class (40)** 47:9,11,13,17,19 48:4,6
48:7 53:17 54:5,8,20,25 111:18
112:13 113:17,25 114:2 120:8,9
244:5,10 246:7 250:24 251:4,12
254:17 296:23 297:5,10,12,13,18
297:20 298:4,6,10,13,19 322:18
**classes (10)** 111:10 112:22 283:25
296:7,25 297:4 298:18 299:2,9
319:8
**classroom (24)** 54:18,21 95:18,19
95:20,25,25 96:15,17 111:23
296:7,8,9,16,18 309:7,8,17
321:11,24 322:2,4,6,13
**classrooms (6)** 51:17 62:15,16,19
63:4 296:24
**clear (8)** 25:25 61:14 157:20
165:24 179:16 204:25 327:22
333:11
**clearly (1)** 196:24
**client (1)** 275:8
**Climate (18)** 18:8,9 20:8 24:16,21
25:14,25 26:7 27:4 28:2 29:3,18
30:6,12,17,19 38:9 40:6
**Clinton (91)** 46:13,14,17 47:7,8,17
47:20 56:4,24,25 62:11,12 63:2,9
63:11,13,15,23 64:2,16 65:3
68:23,25 69:4 74:6,8,18,20,21,22
74:25 75:2,12,21 76:14 77:3,7,19
77:22 78:23 79:6,9,11,17,20 80:5
81:10,19 82:3 83:21 84:7 85:4,8
85:11,13 86:4,12,16,19 88:3,13
91:2,3,6 93:21 98:2,9,17,20
100:10 102:12 105:17 108:11
109:14 110:3 147:16 148:10,15
148:19 149:2 156:17,18 157:16
158:3,5,12,17 159:16 160:12
162:7 221:14
**close (1)** 7:7
**Coates (3)** 138:11 252:14 364:14
**colleagues (1)** 315:25
**collective (9)** 49:22 50:2 58:2
82:19 108:8 184:9,13 206:7
242:24
**college (1)** 308:6
**collision (1)** 127:10
**colluding (5)** 109:16 129:25 130:3
130:4,6
**collusion (23)** 125:18,20,24 126:3
126:7,15,20,21,23 127:16,18
128:7,11,25 129:20 139:22 141:8
143:21,25 144:3,17,22,23

**color (1)** 343:22
**combination (1)** 296:2
**come (10)** 27:13 64:21 114:15
136:16 146:12,14 198:8 261:8
270:10 347:17
**comfortable (1)** 11:24
**coming (2)** 135:17 149:6
**commencement (2)** 84:23 113:10
**commencing (2)** 9:16 226:5
**Commission (5)** 40:22 361:23
370:24 371:24 372:24
**committee (2)** 123:3 129:12
**common (2)** 5:7,15
**communicate (2)** 189:5,10
**communicated (3)** 139:20 262:21
262:24
**communication (1)** 266:5
**communications (4)** 156:5,15,15
345:15
**Community (19)** 9:2,4,6,19 10:10
11:3,9 12:12,23,24 15:6 20:21,23
205:3 206:24 334:2,9 345:22
368:8
**compared (1)** 187:8
**compensate (2)** 106:4,5
**compensated (2)** 111:19,24
**compensation (1)** 111:14
**compilation (1)** 153:4
**complain (2)** 269:25 272:15
**complained (1)** 283:8
**complaining (1)** 351:17
**complains (1)** 245:20
**complaint (123)** 28:11,25 29:20
30:23 32:17 33:3,18 34:5 40:12
40:16,20 41:4 52:16 55:16,24
68:9 71:21 93:13,17 95:6 111:6
116:3,21,25 117:9,18 119:7,14
119:24 130:15 143:17,23 144:4
144:12 149:14,15,19,20,21 150:8
150:21 164:17 165:5 192:15,25
193:14 208:23 209:7 210:12
213:21 220:15 221:5 222:10,19
224:9 229:18 232:18 235:7,23
239:12 246:21 250:18,19,21
253:15 255:24 256:6,14 259:20
260:5,8,13 274:14,18,25 275:4
276:4,11,13,15,18,22 277:9
278:10,11,14,17 279:8,11,12,17
279:20 280:12,13 281:17,22,24
282:2,4 283:3,9,19 285:5 306:14
306:21 310:12 311:22 324:16
325:22 326:2 330:18 345:17,20
345:25 346:2 351:20,21,22,25
353:21,24 356:17 363:12
**complaints (6)** 274:23 275:2 278:8
281:3 325:14,16
**complete (8)** 166:10,12 268:22

319:17,19 338:17 339:14 344:18
**completed (9)** 317:7,25 318:2,3,4
339:9,12,17 344:15
**completion (1)** 358:11
**complexity (1)** 179:8
**compliance (3)** 264:10,12,17
**complicated (1)** 357:19
**component (2)** 323:16 327:10
**compound (1)** 215:4
**Computer (2)** 205:18 207:13
**concept (1)** 207:21
**concern (2)** 268:22 269:13
**conclude (5)** 64:13 93:5,9 126:7
336:9
**concluded (1)** 95:3
**conclusion (4)** 64:22 93:12 95:12
139:7
**condense (1)** 357:20
**conduct (5)** 116:19 131:21 324:7
324:20,24
**confer (2)** 61:14 262:5
**conference (2)** 7:9 266:21
**confirm (3)** 10:12 129:18 267:17
**confirmation (1)** 129:11
**confirmed (2)** 128:3 142:14
**confirming (3)** 126:12 127:25
267:7
**conflict (2)** 161:13 162:4
**confuse (1)** 124:6
**confused (6)** 15:8 16:2 39:3
211:18 280:3 332:20
**confusing (1)** 39:2
**connected (1)** 31:3
**Consent (3)** 207:11 208:7 209:17
**consented (1)** 195:24
**consequence (1)** 146:6
**consider (7)** 9:25 20:15 42:12
64:10,14 101:10 102:5
**consideration (3)** 182:12 315:14
324:8
**considered (5)** 151:15,21 152:19
153:2,19
**constituted (1)** 243:21
**constituting (1)** 30:6
**consulting (2)** 61:7,20
**contact (7)** 132:22 265:3 266:20
266:25 272:15,19,21
**contacted (9)** 260:11,14 265:6
274:21 275:20 277:23 283:2,5,18
**contacting (2)** 268:11 270:5
**containing (2)** 164:3 365:7
**contains (1)** 265:17
**contended (1)** 110:5
**contention (4)** 70:11,15 163:14
311:20
**context (5)** 23:9 308:20 314:21
320:20 321:3

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

7

**continue (3)** 7:15 197:5 344:11
**Continued (5)** 364:3 365:3 366:3 367:3 368:3
**continuously (1)** 344:14
**contract (28)** 49:7,9,25 50:4,4 70:15 99:12 100:10 101:10,24 109:19 110:6 113:8 115:13,16 117:25 118:7,22,25 119:3 144:16 194:20,21 251:5 255:8,22 256:7 258:14
**contractual (4)** 49:19 70:6 111:16 118:4
**contractually (10)** 70:12 82:2 113:19 114:8 115:8,10,11 143:2 185:3 254:16
**contrary (3)** 157:22,24 255:9
**conversation (8)** 5:7 61:12 133:21 133:23 134:7,9 262:9 265:12
**conversations (1)** 266:25
**convince (1)** 230:12
**Cook (93)** 55:6 57:11 70:23 71:8 110:15 131:14,18,19 132:19,22 133:6,10 137:22 138:6,23 139:8 143:7 149:15,20,24 150:4,10,23 153:10,20 155:10,21 156:5,16,25 157:23,25 161:4 162:4 183:20 238:8,15 241:9 242:23 243:23 248:10,18 252:14 254:10 260:5 264:16,20 265:2 266:22 273:12 273:17 274:19 275:5,19 276:12 276:18,22 277:10 280:8 283:9,12 307:14 312:6 315:12 323:3,4,5 331:6 333:25 334:14,25 335:9,25 340:9,12,24 342:13 343:3 346:17 347:23 348:13 352:22 363:24 364:6,11,21 367:7,11,20 368:7 368:12,18 369:5
**Cook's (6)** 239:5 241:17,22 244:18 245:11 283:15
**cooperate (1)** 260:17
**coordinator (24)** 9:2,4,18 10:9 11:2,10 17:13 18:3,8 24:4 30:5 30:11,18 40:6 306:2,7,8 307:16 308:24 352:23 353:4,9 367:8 368:19
**copied (1)** 346:7
**copy (8)** 71:14,16 204:19 261:23 315:13 348:14,20 360:5
**corner (1)** 200:5
**correct (131)** 9:21 10:24 12:15 19:15 23:5 24:2,3 25:2,10 27:2 27:21 29:12,14 32:24 33:18 37:15 42:4,5 44:20 49:22 54:7 56:7,10 58:7,11 62:7 70:6 78:3 78:14 79:3 81:13,14,18,21 82:13 85:4 87:20 90:22 91:2,18 92:6,8 92:9,13 94:8,10,13,14 98:17

104:10 107:22 108:12 110:25 115:16 117:2,7 119:14 123:9,10 126:5 128:4 129:21 130:21 132:6 135:18 136:15 137:6 138:23 140:23 142:7,21 143:17 144:20 149:20,22 156:14 161:7,7 170:3 174:21,22 178:4,5,9,11,13 182:11 189:20 192:7,23 194:17 194:17 202:3,22 217:21 218:12 219:24 223:20 229:23 231:6,8 240:8 246:22 247:5 251:12 254:4 254:13 255:3,5 256:8 264:5 266:2 275:5 279:24 280:17 290:4 296:25 297:2 299:3,11 300:14 305:16 320:7 321:14 322:21 330:11,18,24 339:18 341:17 346:24
**corrected (1)** 242:19
**correcting (1)** 70:24
**correction (1)** 224:21
**correctly (9)** 18:23 78:10 80:2,24 120:25 183:13 256:2 301:25 302:6
**correspondence (8)** 312:5 331:5 333:24 347:22 367:10,19 368:6 368:11
**counsel (23)** 2:17 3:7 6:8,16,23,23 15:16 59:22 60:18 61:8,21 62:8 94:20 160:2,5 195:19 196:2,2,4 197:16 200:2 257:21 359:10
**counselor (9)** 15:11 16:20 26:20 132:9 141:19 178:25 179:3 195:14 196:17
**counting (3)** 205:14,15 212:18
**COUNTY (2)** 361:5 362:4
**couple (1)** 250:13
**Courage (46)** 46:20 53:15,16,24 54:15 56:7,15,25 57:3 64:2,3,16 64:17 65:4,6,14 66:9 69:4,7 70:25 84:15 93:23 95:17 96:3 322:17
**course (6)** 126:16 298:12 339:7,10 339:12,17
**coursework (1)** 339:15
**court (9)** 1:2 3:1 5:10,19 7:8 196:4 281:22 300:23 360:4
**cover (7)** 112:22 118:11 250:24 251:4,12 256:4 307:21
**coverage (2)** 114:7 254:17
**covered (2)** 198:17 359:20
**covering (4)** 111:10,18 113:16 291:2
**covers (1)** 303:3
**Credit (3)** 191:17 192:12 198:20
**criteria (2)** 94:2 358:12
**Cross (1)** 24:15
**Culture (18)** 18:7,9 20:8 24:16,21

25:13,25 26:6 27:4,25 29:3,18 30:5,12,17,18 38:8 40:6
**cumulative (1)** 321:9
**current (1)** 125:5
**currently (2)** 263:19 319:15
**cut (1)** 163:3

---

**D**

**D (30)** 124:7,9,13 131:7 132:24 135:3 315:25 318:5,6,6,9,10,11 319:4 334:18 335:2,10 336:4,14 336:25 337:3,6 338:14 341:6 344:14,20 345:2,6,10 363:20
**D-a-n-e-s-h-v-a-r (1)** 303:21
**D-i-o-n-n-e-d-r-a (1)** 231:3
**daily (1)** 288:24
**Daneshvar (2)** 35:6 303:20
**Danielle (6)** 212:24 214:13 218:21 219:9 230:9,20
**Dargan (32)** 52:23 53:2,8,9,12 55:10 110:10 113:4,5 115:5,20 115:22 116:2,16,23 117:12,14 119:5,17,25 155:20 251:10,17 252:9,13 254:2,10 259:19,21 280:11,14 364:21
**Dargan's (1)** 259:22
**date (54)** 9:14 40:18 44:5 50:15 52:7 73:15,17 85:20 105:6,9 124:12 131:16 133:8,21 137:14 138:8,13 150:20 151:13 153:17 156:2 159:10 164:6 167:12 171:12 200:7,8 204:17 221:24 225:8 226:4 228:24 236:16 243:18 250:10 257:18 261:16 267:19,23 278:18,19 301:9 303:18 307:18 312:10 329:8 331:9 334:6 345:23 346:10,12 348:5 353:2 357:8
**dated (12)** 103:15,18 125:7 133:10 150:22 200:6 212:23 225:4 261:13 281:25 313:2 366:18
**dates (8)** 19:20 21:10 26:8 30:9 37:3 134:21 207:12 208:19
**day (33)** 93:2 111:11 112:9 120:23 136:13 141:10,11,12 142:9,13 144:5 147:13,22 148:6,15,18 149:3 156:19 263:23 285:2 361:10,18,24 362:21 370:5,21,24 371:5,21,24 372:5,21,24
**days (61)** 11:22 111:11,13,15 112:12,15,17,18,18,20 115:2 120:16,17,20 121:2,5,6,12,18,18 124:4,20,21 128:19 129:5,13,18 130:21 131:9,21 132:5 134:6,14 134:15,16,19,25 135:9 136:2,3,4 136:8 137:12,17 138:25 139:9,21 141:2,15,23 142:4,6,7,17,19

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

8

143:20 146:2,5 153:13 288:6
364:9
**DD (4)** 347:19,22 348:7 368:11
**deal (6)** 194:23 219:2 222:23 279:3
301:5 305:19
**dealing (3)** 192:4 199:2 230:21
**deals (1)** 199:12
**dealt (6)** 216:5 230:9 240:9 299:15
300:8 305:18
**Dean (8)** 200:18 204:5 347:24
348:8 349:9 350:5 351:14 368:12
**debate (1)** 180:16
**December (28)** 33:9,11,12,17,21
33:23,24 34:5,11 95:12 116:4
117:2,19 119:13 150:9 205:18
224:9 232:19 266:19 279:5,12
281:14,15,17,25 306:5 324:15
325:15
**decide (2)** 105:16 182:5
**decided (8)** 102:23,24 107:17
153:22 158:16 160:10 305:10
340:25
**decides (3)** 104:21 153:23,24
**deciding (1)** 342:14
**decision (72)** 11:8,17 52:23 53:6
57:25 58:6,10 59:16,18 60:4,12
60:13,17 70:21 90:9 110:7,11,14
139:5 154:4,7,14,17 156:23
157:22 159:12 161:2,12,25 162:6
162:13,19 163:11,12,15,19 185:4
189:6 190:18 194:10 216:24
235:21,25 241:9,9 243:23 244:18
245:5,11 248:10,18,23 249:4,7,8
249:12,17,21 252:13,14,14
254:13,22 255:15 259:15 336:10
340:7,8 341:20 342:10 343:14
356:21
**decision-maker (1)** 154:10
**decisions (5)** 60:2 99:21 100:22
254:9 255:16
**declined (4)** 69:7 227:4 251:5
258:19
**declining (1)** 227:2
**deduct (2)** 121:11 128:19
**deducted (8)** 120:15,17,24 121:2
137:16 141:10 146:2,5
**deducting (1)** 153:12
**deduction (2)** 153:21,22
**deemed (1)** 253:2
**defendant (4)** 1:7,17 2:14 4:13
**defendant's (112)** 40:11,12,14
50:11,12 51:25 52:2,8,10 56:20
56:23 57:19 60:6 101:2 124:7,8
124:13 131:7,11,12,17 132:20,24
133:3,4,9 135:3,24 137:9,15
138:4,9,15 139:3 150:13,22
155:17,18 156:4 160:9 163:25

164:8 166:25 167:7,14,16,25
171:7,14 174:11 180:21 181:6
186:11 192:22 204:13 211:3,10
211:12,15,25 212:14,17 215:19
221:20 222:2 228:16 229:2 235:3
236:9,18,19 243:14,20 250:4,18
251:23 252:2,6,19 257:5,15,19
258:24 259:9 261:12,18 301:6
303:14 305:9 307:11,12,20 312:3
312:12 328:25 329:2,9 331:3,10
333:23 334:8 347:21 348:7
352:20 353:3 357:3 363:10 364:4
364:5 366:4 367:4 368:4
**define (1)** 41:16
**definitely (1)** 73:17
**definition (2)** 286:11 304:25
**Degree (2)** 308:5,7
**delay (1)** 131:3
**demand (2)** 104:16 105:11 106:18
**denial (11)** 9:25 72:24,24 107:3
192:13 239:15 248:24 250:6
311:7 326:11 366:13
**denied (98)** 10:9 11:4 13:10,14
14:7,11 15:5 24:20 26:17,25 27:3
27:20,24 28:3,13,21,25 29:11,15
30:11,22 31:9 33:4 44:12 45:5,6
45:9,11,13,14 57:6,8,9,10 70:5,5
79:13 92:18 96:18 97:8 98:16
109:9 137:20,22 138:24 142:15
143:6 157:15 164:16 165:4,20
166:5,18,18,22 191:3 192:23
193:9,12 195:2 208:15 210:10
222:17 229:15 234:7 235:5,11
246:16 247:24 248:7,14 252:23
306:13,20,22,23 307:2 310:7,13
311:21 323:20,24 324:8,14
325:21 326:20 329:12 330:4
345:13 350:10,15,20 352:4,14
353:15,21 354:11,23
**Dennis (2)** 200:18 204:5
**deny (4)** 11:8 57:18 269:3 304:16
**denying (5)** 141:2 143:20 226:13
226:16,20
**depend (1)** 350:24
**depending (1)** 18:18
**depends (3)** 68:19 227:8 319:11
**deposed (1)** 4:19
**deposition (6)** 1:13 3:9,18 6:2,8
196:8
**describe (1)** 90:25
**described (3)** 22:12 35:24 76:18
**description (10)** 307:16 308:21,23
363:10 364:4 365:4 366:4 367:4
367:8 368:4
**designated (3)** 122:25 123:4 237:7
**desist (3)** 150:16 261:24 364:18
**despite (3)** 156:17 256:5 266:19

**Details (2)** 209:12,20
**determination (1)** 59:10
**determine (4)** 56:14 65:21 238:23
262:5
**determining (2)** 184:5,8
**DeWitt (1)** 187:23
**differed (2)** 109:20 110:7
**difference (2)** 108:7 259:14
**different (32)** 11:15 18:9,10,12
19:8 21:8 26:3 30:4,6,7,13,19
40:7 43:24 56:9,10 62:14 63:3
81:17 90:24 91:22 110:3 132:10
140:12 181:6 211:7,17 222:3
224:16 259:14,15 347:9
**differently (2)** 48:15 250:16
**difficult (4)** 60:7 180:14,16 196:18
**Dionnedra (2)** 231:3,5
**direct (2)** 195:8 214:17
**directing (1)** 256:4
**directive (5)** 251:11,14,21 253:9
253:13
**directly (1)** 247:15
**director (33)** 12:12,18,21 13:17
15:5 17:14,17 18:7 20:8,24 21:18
24:16,21 25:13,25 26:6 27:4,25
29:2,17 34:17,24 38:8 331:6,11
331:19 332:2,7 334:2,9 345:21
367:20 368:7
**disabilities (5)** 168:4 180:9 209:23
211:23 212:21
**disagree (1)** 144:10
**disagreed (5)** 70:11,14 108:19
255:19 256:12
**disagreeing (2)** 163:11 202:11
**discovered (1)** 160:25
**discovering (1)** 238:22
**discovery (6)** 50:17,21 71:18
149:8 155:15 159:11
**discriminated (4)** 169:17 170:14
187:8 188:6
**discriminating (1)** 158:24
**discrimination (45)** 10:3 40:15,20
64:11,15,23 72:13 73:5,25 93:10
95:4 96:20 113:3 116:18,19
117:6 125:17 130:12 158:23
159:5,18 160:13 165:21 182:19
214:6 215:5,15 227:25 232:9
233:24 234:2,12 253:6 273:20
274:23,25 275:14 280:14,17
281:7 282:20 310:14,21 345:20
363:12
**discrimination/harassment (1)**
260:13
**discuss (3)** 59:22 60:17 266:21
**discussed (4)** 12:10 97:2 182:17
210:17
**discussing (1)** 144:24

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

discussion (4) 61:9,18 307:10
  355:10
dismissed (1) 197:12
dispute (2) 255:2,3
disregard (2) 46:7 49:16
distract (1) 15:19
distracted (2) 15:17 79:21
district (196) 1:2,2,6 4:14 7:20,22
  8:5,8,17 17:5 31:21 32:4,9,22
  33:13,22 34:4 43:18 46:5 51:4,15
  57:8 67:24 69:18,20 70:4,8,10,11
  70:14 71:23 72:4,8 73:11 75:8,18
  76:11,21 78:16 81:2,10 82:2,21
  83:12 95:15 99:22 100:23 101:21
  107:11,12 108:9 109:17 120:5,7
  120:15 121:13,23 123:12,17
  125:19,21,24 126:7,16,23 127:19
  128:4,11,18,20,25 129:8,15,16
  129:20,23,24 130:2,14,18,19
  133:13 135:18 140:19,25 141:4,7
  141:8,9,22 142:9,11,14,16,18,24
  143:16,22,25 144:2,10,16,21
  154:11 167:9 170:13 171:21,22
  175:10 182:18 192:10 204:15
  212:5 213:14 214:6 221:22
  235:22,25 237:4,18 244:11,19
  245:2 252:24 253:2 254:18 255:9
  255:10,15,17 256:3,12,16 258:7
  260:12 263:12,14 268:23 271:25
  273:19 274:5,24 275:13 276:11
  276:14 278:8,11,13,16 279:9,10
  279:13,21 280:9,15 281:3,9
  282:15,18,21 289:11 299:16
  300:21 303:22 308:19 314:8
  318:17,21 321:23,25 322:13
  325:16 328:18 333:14,16,18,19
  334:18 335:2,11 336:14 337:2,7
  338:15 342:9,24 345:16 346:3,7
  346:16 348:16,22 357:24 365:10
  365:15,17
district's (5) 51:19 140:17 143:12
  255:4 318:23
district-wide (15) 63:12 65:18,21
  69:21 70:16 76:7 78:12 80:4,19
  82:9,11,13,14 97:9 170:8
docked (1) 134:6
document (58) 40:20,23 41:8
  50:13,16 51:14 52:9,23 71:10,12
  71:13 124:5 125:7 132:10 155:16
  157:20 158:6,9 161:23 164:4,8
  164:10 167:14,20,21 171:8 181:2
  198:15,18 203:24 205:2 212:17
  222:13 223:3,6 225:18,22 226:2
  228:13,25 241:10 243:19 256:22
  256:23 259:20 261:17 314:10
  319:21 332:6 333:4 334:7,14
  346:14 349:8 355:5 363:14 365:7

365:12
documents (12) 52:6,9 138:21
  159:11 167:10 204:16 221:23
  312:13 363:19 365:10,15,18
doing (15) 15:19 53:20,23 90:2
  112:7 115:9,12,16 116:14 121:25
  148:24 188:16 226:24 234:24
  328:5
dollar (1) 106:15
Donna (5) 41:12 43:11 284:12
  291:9,11
Dr (135) 55:6 57:11 70:23 71:8
  110:15,19 131:14,18,19 132:19
  133:6,10 137:22 138:5,23 139:8
  143:7 149:15,20,24 150:4,10,15
  150:23 153:10,20 155:7,10,21,21
  156:5,5,16,19,25,25 157:3,6,21
  157:23,25 158:10,23 159:12
  160:10,25 161:4,10,12,16,24
  162:4,12,19,23 163:10 183:20
  241:9,17,22 242:23 243:23
  244:18 248:18 252:14 254:10
  260:5 261:21,24 262:2,21 263:22
  264:16,20 265:2 266:22 271:11
  272:2,16,24 273:2,12,16,17
  274:19 275:5,19 276:12,18,22
  277:10 278:5 283:12,15 307:14
  312:6 315:12 323:3,4,5 331:5
  333:25 334:14,25 335:9,25 340:9
  340:12,24,24 342:13,13 343:3
  346:17 347:23 348:2,13 352:22
  357:5 358:3 363:24 364:6,11,17
  364:21,22 367:7,11,19 368:7,12
  368:15,18,22 369:5
drink (1) 313:15
duly (3) 4:4 147:6 362:12
duties (2) 114:25 148:24

_____

E

E (5) 131:11,13,17 132:20 363:23
E-n-c-i-s-o (1) 187:25
earlier (20) 93:4,5,7 149:5 156:18
  161:6 162:5,8,23 163:3 181:12
  205:8 210:17 212:23 225:6
  259:19 260:4,6 288:5 354:19
early (3) 135:8 157:17 164:25
Earth-Colon (3) 168:19 169:3
  173:21
easier (3) 124:5 233:5 262:12
easiest (1) 303:12
easy (2) 147:25 307:5
easy-peasy (1) 307:6
ed (9) 54:7 57:16,18 139:5 241:9
  252:15 272:12 296:24 340:25
education (25) 48:7 54:12,18,21
  58:3,7 62:16 96:17 137:23 139:4
  143:7 154:11 167:10 168:2

183:22 204:15 221:22 254:11,23
  333:4,9 340:20 365:10,15,18
Education/Skills/Requirements...
  349:11
EE (4) 352:19,21 353:4 368:18
EEOC (64) 32:17 33:7,8,17 34:5
  52:16 93:18 95:6 116:3,21,25
  117:18 119:7,14,24 130:15
  143:17,23 144:4,12 149:19,21
  150:7,8 164:17 165:5 192:15
  193:2,14 208:16 210:12 213:21
  220:15 221:5 222:19 224:9
  229:18 232:18 235:6,23 246:21
  253:14 255:24 256:6,14 278:10
  278:11,14,17 279:11,17 280:21
  281:16,24,25 282:5,11 306:21
  311:22 324:16 326:2 345:17,20
  346:3
effect (3) 3:20 195:16,17
effective (7) 168:5 204:3 210:25
  211:24 222:6 223:24 226:4
efficient (1) 51:15
efforts (1) 271:3
eight (16) 18:18 19:6,8,11 20:4,16
  21:6,16 31:8 36:9,10 40:24 76:15
  76:18 190:3 230:7
either (70) 5:18 10:7 14:9,12 22:14
  24:25 28:19 30:12 44:16,18
  45:12 60:9 64:10,14,19 73:2
  96:20 100:21 104:8 105:23 113:3
  129:11,16 130:12 134:10 161:18
  162:10 163:12,16 165:4 174:17
  188:13 197:5 201:9,16 210:10
  221:4 222:16,17 227:24 229:17
  231:20 234:9,11 235:5 243:9
  246:19,20 253:5 267:5 273:4
  279:13 288:2 300:4 302:17 303:6
  304:24 305:6,7 309:23 310:13
  311:15 329:24 334:19 335:4,5,14
  338:9 349:14 353:15
elected (3) 122:5,21 123:15
elementary (37) 18:3 24:5 53:3
  54:16 88:15,19,20 89:10 201:3
  201:11,18,20 203:4,13 222:5
  225:22,23 306:3,8 307:16 313:23
  320:13 329:5,10 352:23 353:5,9
  357:6,11,13,16,24 358:20 367:8
  367:15 368:20,23
Eligibility (2) 349:12,16
eligible (5) 318:24 349:19,20,23
  350:2
email (72) 111:10 120:4 124:9,14
  125:7,17 126:4,11,13,14,16,19
  127:12 128:21,23 129:2,3 131:7
  131:13,18 133:5,10 150:14
  152:12 156:4,15 164:2,9 260:9
  261:20 262:2 264:2,9 265:17,18

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

265:18 266:15,18 268:19,24
269:4,7 270:17 271:5 273:14
277:24 300:25 302:12 303:5
304:20 307:13,21 313:2 315:12
315:13 316:18 331:20 334:14
347:25 348:13 349:21 352:21
357:4 363:20,23 364:6,16 365:6
367:6 368:14,18,22
**emails (18)** 155:20 228:21 261:13
261:18 266:23 300:22 301:7,13
304:5 312:12 329:3 331:4 364:20
365:21 366:18,20 367:14,18
**employed (9)** 7:20,21,24,25 8:2
63:14,15 74:8,10
**employee (10)** 43:17 47:2 49:2
52:11 65:9 239:23 240:25 244:20
245:2 303:21
**employee(s) (1)** 46:6
**employees (14)** 46:8 48:13 49:13
64:25 65:11 274:5 283:22 284:2
284:6 285:10 287:4 294:14
298:22 299:17
**Employer (1)** 59:6
**employment (20)** 40:15,19,21 41:3
44:12,17 45:5,10 58:20 59:2,9,14
59:15,25 60:3 68:6 158:4 316:2
316:11 363:12
**Enciso (1)** 187:25
**ended (5)** 44:8 145:25 147:23
148:6 151:8
**ends (3)** 148:18 149:3 151:10
**engage (6)** 121:23 123:16 125:25
272:23 326:13 327:13
**engaged (17)** 32:2 33:12 73:14
120:18 125:16 143:19 155:7
182:18 324:8,20,24 325:14,19,24
326:9 328:20 356:11
**Engagement (16)** 9:3,5,6,19 10:10
11:3,9 12:13,24 15:6 20:21,23
334:3,9 345:22 368:8
**engaging (7)** 121:4,20 144:21,23
153:10 154:19 260:12
**Enrichment (8)** 238:9,10,11,18
239:16 241:12 242:7,8
**enrolled (16)** 317:20 318:12,25
319:16 337:4 338:11,19,21,24
339:4 344:6,7,11,13 358:9,10
**enrollment (1)** 227:9
**entire (2)** 116:11 117:24
**entitle (1)** 254:12
**entitled (41)** 7:12 70:12 92:4 98:20
102:10 109:14 111:19,23 113:20
121:11,22 129:17,19,20 130:20
131:9 138:25 139:8,15,21,24
140:3,6,18 143:3 146:7 174:5
175:2 176:23 178:7,12,14,20
191:25 196:14 197:20 206:8,12

218:2 248:2 254:6 299:19
**entitlement (12)** 79:18 103:23
105:16 111:17 179:16,22,25
180:8,20 216:3 219:23 220:11
**Equal (2)** 40:21 41:3
**equally (1)** 341:25
**errata (4)** 361:11 370:2 371:2
372:2
**error (1)** 242:19
**escaping (1)** 148:3
**ESQ (3)** 2:7,10,17
**essentially (1)** 227:10
**establish (4)** 305:3,5 311:15
354:13
**established (2)** 70:21 249:5
**ESY (14)** 228:19 229:4,4 244:19
245:9 246:12,16 247:2 248:9
249:2,6,12,22 365:20
**et (3)** 152:19 153:20 261:25
**ethnic (1)** 37:13
**event (4)** 199:19 203:7,11 238:4
**events (3)** 269:12 281:15 282:11
**eventual (1)** 157:22
**everybody (3)** 186:21 187:4
189:21
**evidence (7)** 31:7 144:11,13,25
311:6,14,20
**exact (19)** 17:22,25 18:4,15,16
25:4,23 26:8 44:5 85:20 133:13
151:13 161:22 267:19 270:11
278:18 285:2 292:23 332:4
**exactly (6)** 108:4 178:17,17 259:24
274:22 336:6
**Examination (3)** 4:10 147:10 363:7
**examined (2)** 4:7 147:8
**example (16)** 76:2,13 81:9,20
90:20 97:16 116:20 227:6 230:7
239:17 240:21 242:14 289:19
294:13 321:17 358:14
**examples (3)** 294:11,12 321:16
**Excuse (2)** 193:5,5
**exhibit (36)** 40:15 50:13 52:3 124:9
131:13 133:5 137:10 138:5,10
150:14 155:19 164:2 166:25
167:8 171:8 204:14 221:21
228:17 236:10 243:15 250:5
257:16 261:13 301:7 303:15
307:13 312:4 313:10,20 315:9
329:3 331:4 333:24 347:22
352:21 357:4
**EXHIBITS (6)** 363:9 364:3 365:3
366:3 367:3 368:3
**existing (1)** 101:5
**expected (1)** 196:5
**experience (19)** 308:14 309:6,8,16
314:3,18,20 315:2 320:14,24
321:5,7,10,21 323:6,8 333:6,7

357:23
**Experiences (2)** 333:4,10
**expires (4)** 361:23 370:24 371:24
372:24
**explain (12)** 35:19 95:9,10,11
122:3,13 214:5 217:14 224:24
236:23 321:3 330:14
**explained (4)** 141:12 142:10
216:19 337:3
**explains (1)** 132:12
**explanation (1)** 310:24
**express (1)** 307:22
**expressed (1)** 265:9
**extend (2)** 213:6 279:6
**extended (15)** 164:24 168:3 180:8
208:8 209:22 211:22 221:12
229:8,15 231:13 246:2 247:21
258:10 278:6 279:6
**extending (2)** 168:6 211:5
**extent (3)** 167:2 234:24 291:4
**externally (2)** 279:14,16
**extra (26)** 56:17 71:24 75:17 76:6
85:2 106:14 111:14 114:11
141:10 160:11 241:13,23,25
258:18 283:23 284:4,7,21 285:14
285:17 287:5,7 299:17,23 300:7
323:16
**extra-assignment (7)** 199:6,13
200:12 203:3,25 238:4,5
**extra-assignment/extra-service...**
164:13
**extra-service (2)** 167:22 179:18
**extra-service/extra-assignment...**
184:18
**extra-services (1)** 181:3
**extremely (2)** 180:15 197:3

**F**

**F (5)** 133:3,5,9 135:24 364:6
**face (1)** 205:2
**facilitate (1)** 321:24
**fact (47)** 66:16,16 89:25 119:4,12
123:11,23 128:6 135:2 141:25
144:9 145:5 156:17,25 157:21
162:3 170:17 185:2,9,11 191:8
194:15 216:2,6 218:25 220:12
223:22 224:21,25 230:25 231:17
232:10 234:2,8 235:9,15 247:8
255:18 256:11 262:23 295:5
299:7 302:11,21 306:20 313:5
343:15
**factor (8)** 56:17 101:11 102:6
183:14 184:5,8,11 189:13
**factors (1)** 327:3
**facts (13)** 45:24 52:15 55:15,23
68:9 71:20 111:5,6 232:24
250:21 268:21 283:19 300:18

Carol Melton v. Poughkeepsie City School District
June 28, 2018

11

**factual (2)** 45:25 235:21
**failed (4)** 101:10 102:5 244:13
  245:18
**fair (14)** 19:6 48:8 108:11,22
  127:13,15 135:4 163:21 184:23
  252:12 350:16 356:24 358:17,18
**familiar (1)** 88:11
**family (16)** 9:2,4,18 10:10 11:3,9
  12:12,22 15:5 20:21,22 262:5
  334:2,9 345:21 368:8
**far (19)** 18:17 41:15 44:4 61:22
  66:23 70:21 71:18 90:6,7 107:7
  118:3 154:16 219:10 239:13
  249:20 285:10 294:15 333:11
  340:15
**Farrell (2)** 329:4 367:15
**fathom (2)** 214:21 215:13
**favor (2)** 169:18 170:14
**February (11)** 225:4,6,12 226:5
  279:5 282:3 334:11 345:15,24,24
  346:17
**feel (2)** 15:20 79:17
**feeling (1)** 177:19
**female (1)** 45:9
**FF (2)** 357:4 368:22
**fight (2)** 347:11,17
**figure (6)** 128:24 257:5 326:8,24
  353:22 356:6
**figured (1)** 145:21
**file (18)** 48:25 50:6 99:11,13,18
  100:12,15 107:2 115:18 183:4
  221:5 239:19,20 242:13 252:19
  282:10,14,17
**filed (50)** 34:8 40:17 41:4 43:14
  68:14 72:18 93:13,16 95:6 100:6
  100:18 101:15 107:5 109:7 116:3
  116:25 117:5,18 119:14 123:23
  130:15 137:5,16 143:17 144:4
  149:19,21 192:25 208:16 232:18
  239:21,23,23 243:25 246:24
  251:24 252:8 253:14 256:6,14
  278:14 281:2,13,24 282:6,7
  324:16 325:25 345:17 363:13
**filing (12)** 3:8 116:20 119:20
  143:23 165:5 210:12 213:21
  222:18 224:8 229:18 235:6
  246:21
**fill (6)** 237:6 244:13 245:18 299:17
  341:2 356:9
**filled (15)** 38:2,4,5 175:3 242:2
  290:8 300:6 351:4,5 355:13,18
  355:19,21 356:5 358:23
**filling (4)** 84:3 85:2 290:7 327:14
**filmed (1)** 35:25
**films (3)** 36:2,5,11
**final (10)** 57:25 58:5,10 154:4,6,10
  160:25 249:20 254:22 255:15

**find (9)** 59:3 136:22 220:9 233:11
  271:3 281:6 318:20 347:10
  353:24
**fine (7)** 7:11 12:5 193:16 196:13
  197:8 347:15,18
**finish (12)** 5:21,22 122:7,12 141:16
  185:20 190:11 270:2,16 303:12
  320:19 339:14
**finished (6)** 5:18 11:20 184:17
  236:4 344:25 345:5
**finishing (1)** 345:7
**first (74)** 4:4 7:19,21,24 9:12 29:9
  46:3 51:13 52:8,15 53:5 55:24
  57:9 60:16 64:14 68:8 83:11
  100:24 107:11 124:2 151:14,21
  152:18,22,24 153:7,8,18 167:18
  167:24,25 168:3 177:10 180:21
  181:5 183:10,12,19 190:17
  200:16 205:14,15,22 209:23
  211:14 222:4 223:2 225:5 229:10
  229:13 231:2 236:18 241:21
  242:2,16 243:6 245:13,19 261:20
  263:25 267:13 277:23 285:16
  291:8 300:17 305:2 313:9,11
  324:16 332:8,12 349:22 350:2,4
**five (11)** 23:20 112:8,17 309:6,16
  322:9,15,20,20 323:6,8
**focus (2)** 247:15 258:7
**follow (7)** 152:2 228:6 250:12
  251:14,16 273:2,3
**follow-up (3)** 268:19 269:7 272:23
**followed (5)** 151:23 183:16,17
  200:18 251:20
**following (11)** 62:12 78:25 91:8
  104:7 106:22,23 164:14 280:22
  370:4 371:4 372:4
**follows (3)** 4:8 147:9 221:12
**force (5)** 3:20 58:16,21 101:22
  258:13
**foregoing (4)** 362:13 370:4 371:4
  372:4
**form (25)** 3:13 4:22 6:9,18 26:22
  38:19,19,24,25 40:19 52:3
  137:11 196:3 236:11,19 243:16
  243:21 250:6 257:17 363:17
  364:8 366:6,10,12,16
**format (1)** 347:9
**forth (3)** 247:25 282:22 362:12
**forward (3)** 212:18 348:14 354:13
**found (1)** 159:6
**four (23)** 16:12 76:14,15 192:6,22
  209:11 293:17 301:7 307:24
  309:5,10,15 312:8,20 313:17,19
  315:8 329:6 335:7 359:14 366:20
  367:12,16
**fourth (2)** 152:8 312:25
**FRANKEL (1)** 2:4

**free (1)** 15:20
**FRM/TO (3)** 370:6 371:6 372:6
**front (7)** 144:15 151:17 237:3
  301:16 315:11 351:23 356:22
**frustrating (3)** 160:5 179:3 197:3
**full (3)** 168:11 175:25 259:6
**full-time (5)** 175:20 176:7 230:4,5
  231:12
**function (2)** 4:21,21
**funded (1)** 75:5
**further (7)** 3:12,17 45:25 147:8
  209:9 258:23 362:15

--------

## G

**G (4)** 137:8,10,15 364:8
**gather (4)** 114:23 166:18 243:2
  265:4
**Generally (1)** 154:12
**generic (2)** 25:6,25
**generically (2)** 25:14 342:22
**gesture (1)** 5:9
**gestures (2)** 15:13,15
**getting (27)** 20:16 79:21 87:7
  101:6 103:10 129:2 153:5 182:13
  182:16,18 183:5 202:9 203:8
  207:22 215:16 220:14 239:13
  240:5 268:9 280:3 293:5 298:22
  317:8 327:3 346:8,16 351:14
**give (33)** 18:16 20:22,25 22:3 23:2
  25:23 51:24 61:25 62:4 68:11
  85:21 127:21 134:22 152:4 185:5
  194:9 212:14,15 232:25 233:19
  243:12 244:2 251:17 256:19
  258:4 260:25 263:14 269:13
  278:20 285:7 294:12 333:20
  352:17
**given (34)** 10:7 18:17 19:7,17,22
  19:25 34:17 49:14 90:20 161:5
  163:2 181:20,24 183:15 193:10
  194:13 204:5 219:24 220:7
  222:14 224:17 231:11 238:25
  239:10 253:9,14 285:17 294:14
  318:12 324:5 325:4 327:20
  336:12 337:4
**gives (1)** 304:10
**giving (4)** 39:9 182:19,20 321:16
**glass (1)** 313:14
**go (87)** 21:16 27:18 35:21 55:5,15
  57:13,24 58:9,19 60:25 61:2,3,15
  66:19 70:25 81:5 82:3,4,6 83:3
  97:4,12 104:23 105:4 107:7,7,8
  113:23 114:18,21 130:25 131:4
  132:16 146:13 158:3 167:19,24
  172:11 183:20,22 185:21 190:14
  197:13 198:4,7,10 205:10,13
  207:4 209:8,9,11 212:16 214:11
  218:13 222:24 225:21 233:17

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

**234:**23 243:9,11 244:4 254:24
255:12 258:5 270:15 301:10
307:24 309:5,15 312:19 313:3,13
313:17 314:22 315:8 323:12
335:7 347:13 348:11 353:3
354:13 355:14 357:9,21 359:13
359:18
**God (1)** 359:13
**goes (5)** 71:5 107:15 262:11,20
290:12
**going (43)** 4:15,25 6:17 7:6 9:8
11:2 15:23 21:16 45:23 61:11
65:13 71:17 80:23 82:17 84:14
95:2 100:25 104:25 113:12,13
128:6 139:16 162:11 179:5
195:11 197:8,10 200:4,5 209:6
222:2 233:11 237:21 250:12,15
257:20 302:4 312:13 342:14
350:23 354:21,24 356:5
**good (2)** 61:3 252:18
**goodness (2)** 233:19 258:10
**got- (1)** 176:22
**gotten (20)** 10:17 40:23 76:6 97:23
169:14,22 170:2,19 173:2,4
175:9 177:6 185:3,14 193:25
233:23 247:19 286:21 318:14
359:5
**governing (1)** 49:17
**grant (14)** 75:5,8,9 80:4 81:3 84:4
94:6 100:11 157:15 159:17
160:12 162:7 248:18 336:10
**grant-funded (1)** 75:5
**granted (7)** 9:23 44:2,11,16 45:19
201:21 337:8
**great (3)** 76:25 122:16 212:3
**greater (2)** 170:9 176:6
**grievance (101)** 49:9 50:6 52:3
53:6 55:4,5,8,11 56:23 57:5,7,19
58:5 59:4,12 60:5,22 68:7,14
69:12 72:18 93:19 99:14,18
100:6,12,23 101:7,14 102:9,22
102:22 103:10,14,18,19,24
104:13 106:11 107:2,6,21 108:17
109:7 110:9 115:18 123:23
130:23 137:5,11,15,20 138:24
139:12 141:24 142:3,5 143:6,21
183:4,18 236:11,19,22 237:4
239:19 241:8 242:13 243:9,16,21
243:24 244:8 246:3,5,12,24
247:7,10,24 248:14,19 250:6,6
251:23 252:2,8,17,23 254:19,22
255:11 257:17 259:2 363:17
364:8 366:6,10,12,13,16
**grievances (2)** 100:18 250:13
**grievant (1)** 258:17
**grieve (2)** 56:19 248:24
**grieved (2)** 142:23,25

**grounds (1)** 247:25
**groups (1)** 37:14
**guess (9)** 105:13 111:2 112:17
113:3 241:2 274:6 305:12 327:17
343:7
**guy (1)** 303:25

---

**H**

**H (4)** 138:3,5,15 364:10
**H-e-n-l-e-y (2)** 237:13,14
**Haggerty (2)** 168:19 169:7
**half (1)** 7:7
**hand (5)** 15:12,15 137:3 221:18
362:21
**handed (1)** 259:4
**handling (1)** 89:5
**happen (15)** 42:6 120:13 133:20
151:3 226:3 227:8 262:8 263:14
267:11,15,16 287:25 288:10
291:10 358:14
**happened (33)** 58:23 68:6 79:2
105:12 119:5 120:10,12 135:19
152:20 168:12,15 183:7,8 223:23
250:22 259:18 265:5 274:15
276:14 281:18 282:2,4,9,11,15
288:3,5,6,9,16 291:6,19 305:8
**happening (2)** 282:7 286:16
**happens (2)** 212:7 359:12
**harassed (2)** 150:7 283:12
**harassing (8)** 149:16,18,25 150:4
150:10 151:11 153:3 276:16
**harassment (27)** 149:20 150:17,21
150:24 151:15,22 152:19 153:10
153:20 154:20 155:8 260:5,7,8
260:18 261:25 264:25 266:22
274:14 275:4,7,10,17 283:7,16
283:18 364:18
**hard (2)** 11:23 238:23
**Harris (2)** 45:8,19
**headed (2)** 171:9 365:12
**health (3)** 43:11,23 45:9
**hear (8)** 189:16 195:22 263:23
267:10,24 268:6 289:16 326:12
**heard (6)** 265:25 266:2,22 288:20
294:23 295:11
**hearing (5)** 59:16,17 268:18 269:6
291:20
**held (10)** 1:13 8:7 62:10 71:25 74:3
78:22 87:14 97:18 98:22,23
**Helen (1)** 174:23
**help (3)** 170:25 238:21 257:11
**helpful (2)** 15:12 197:23
**helps (1)** 167:4
**Henley (11)** 237:12 239:2,10,12
240:4,13 241:6 244:15,21,22
245:2
**Henley's (2)** 240:19 241:3

**hereinbefore (1)** 362:11
**hereto (1)** 3:8
**hereunto (1)** 362:21
**Herman (53)** 52:19 87:2,7,18 97:17
172:22,22 173:12,19 174:5,16
176:8,9,12,20 177:6,9,23 178:10
179:16,20,24 180:7,12,19,23
182:9,14,17,20 183:15 185:13
187:17 199:19 201:21,24 202:4
202:16 203:7 212:24 213:4,17
217:25 218:8 222:14 223:3,5,19
224:2,19 230:15 239:22 243:22
**Herman' (1)** 174:13
**Herman's (5)** 52:19 178:7,12,14
217:23
**hey (1)** 356:8
**high (10)** 81:12,20 86:11 88:3,6
191:18 198:22 199:4 200:21
204:2
**higher (1)** 305:23
**hindsight (1)** 153:8
**hired (1)** 299:16
**hiring (1)** 244:11
**Hispanic (5)** 37:12 66:7 188:4,5,6
**historically (1)** 94:4
**history (1)** 150:23
**hitting (1)** 15:13
**hold (5)** 8:4,6 74:4,12 228:8
**holds (1)** 178:15
**holiday (1)** 266:12
**Hon (1)** 1:14
**hope (1)** 347:10
**hopefully (1)** 5:21
**hopes (1)** 265:21
**hoping (4)** 167:20 265:10,13,15
**host (2)** 4:15 166:16
**hour (3)** 7:7,15 112:2
**hours (4)** 7:13 161:13 321:9
359:14
**Human (1)** 154:8
**hundred (2)** 292:17,18

---

**I**

**idea (4)** 15:14 119:25 163:5 221:6
**ideally (2)** 68:22 323:18
**identification (32)** 40:18 50:15
52:6 124:11 131:15 133:7 137:13
138:8,13 150:19 155:25 164:5
167:11 171:11 204:17 221:24
228:23 236:15 243:18 250:9
257:18 261:16 301:8 303:18
307:18 312:9 329:8 331:9 334:5
348:5 352:25 357:7
**identified (6)** 22:8 31:8,9 37:20
193:8 285:9
**identify (4)** 8:25 41:12 353:23
354:22

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

13

**identifying (1)** 356:6
**IEP (2)** 54:12 62:23
**IEPs (2)** 297:3,12
**II (16)** 52:5 55:6 57:10 138:7,24
  143:7 183:19 236:12 243:16
  250:7 259:11 363:18 364:11
  366:7,10,13
**III (7)** 138:12 143:8 236:14 250:8
  364:14 366:8,14
**immediate (1)** 27:10
**implying (1)** 111:13
**important (5)** 56:17 101:11 102:6
  183:14 184:10
**improperly (4)** 98:16 121:17,19
  166:5
**inapplicable (1)** 248:25
**inception (1)** 87:17
**incident (7)** 152:18 153:5,8,9
  250:22 252:20 271:2
**include (5)** 101:17 102:9 173:7,9
  174:10
**included (3)** 103:16 183:14 259:20
**includes (4)** 101:5,6 102:16 331:11
**including (4)** 77:14 175:19 189:22
  248:25
**inclusive (1)** 165:6
**indefinite (1)** 358:7
**INDEX (1)** 363:3
**indicate (1)** 4:25
**indicated (1)** 208:4
**indicating (2)** 228:18 365:20
**individual (11)** 50:3 72:3,7 78:12
  237:6 244:12,24 245:16 258:8
  318:12 321:25
**individuals (3)** 69:14 188:15
  190:15
**information (24)** 36:8 44:15,20
  129:22,24 140:19,21,25 190:23
  191:6 193:17 217:10,15 233:24
  234:11 265:4 268:9 311:14,19
  334:4 338:3 350:14 351:3 368:9
**informed (3)** 134:3 267:8,21
**initial (5)** 53:13 93:8 281:19 348:15
  348:21
**initially (5)** 46:24 84:25 93:11
  267:7,17
**inquired (2)** 129:16,17
**inquiry (1)** 132:19
**insist (2)** 6:10 179:6
**instance (1)** 130:10
**Instructional (12)** 306:3,9 307:17
  308:23 329:5,11 352:24 353:5,10
  367:9,15 368:20
**intake (2)** 40:22 107:16
**intend (2)** 102:9 195:17
**intending (1)** 196:18
**intent (6)** 300:22 334:8 357:6,10

  358:21 368:23
**intentional (2)** 269:20,22
**intercom (3)** 288:20 289:16,17
**interest (3)** 307:22 331:11 334:15
**interested (4)** 36:7 354:6 356:9
  362:18
**interesting (2)** 27:14 359:16
**intern (2)** 316:22 317:12
**internal (4)** 278:7 280:13,16 281:3
**internally (4)** 279:14,15 280:18
  282:14
**interned (1)** 316:25
**internship (13)** 315:24 316:5,6,16
  316:18,20 317:8,10,14,19 319:3
  348:15,21
**interpretation (2)** 194:23 206:7
**interpreting (1)** 109:19
**interrupt (1)** 5:14
**interval (1)** 16:14
**interview (4)** 262:22,24 265:4,7
**interviewed (4)** 13:3 20:12 31:16
  269:17
**interviews (3)** 10:15 20:3 354:7
**intimidating (2)** 151:16 153:3
**intimidation (10)** 150:18 151:22
  152:19 153:11,19 154:20 155:7
  261:25 275:17 364:18
**intolerable (1)** 197:10
**investigate (5)** 264:25 275:9,13,17
  277:11
**investigating (1)** 260:17
**investigation (2)** 260:13 268:23
**investigator (8)** 273:17 274:15,19
  274:25 275:9 276:5 277:10
  279:23
**invites (1)** 269:11
**inviting (1)** 268:20
**involuntarily (24)** 46:5,9 47:24
  48:14 49:15,18 52:14 55:20,25
  64:8 66:9,23 67:6,9,12,15,18,23
  68:3 69:22 70:17 93:20 95:14
  252:25
**involuntary (4)** 56:21 101:3,8
  102:2
**involve (3)** 242:8 244:15,22
**involved (18)** 11:8,15,17 30:13
  36:19 112:13 129:2 194:10 221:8
  222:9 236:24 246:6,8 327:3
  330:17 340:4 341:10,12
**involvement (1)** 153:21
**involving (2)** 19:7 244:8
**issue (24)** 50:7 73:9,9 100:19
  108:20,21 128:21 129:3 135:3,17
  156:24 184:25 189:15,17 190:4
  190:25 215:12 216:19,21,23
  231:15 240:10 249:21 262:4
**issued (1)** 129:2

**issues (2)** 324:23 327:24
**Item (2)** 207:11 209:12
**Items (3)** 168:2 208:7 209:17
**IV (2)** 317:2,3
**IX (4)** 101:22 243:4 258:11 273:17

---

**J**

**J (4)** 150:12,14,22 364:16
**Jackson (2)** 317:2,3
**January (3)** 279:5 282:3 353:7
**job (4)** 4:16 42:25 43:8,24 72:24
  187:9 191:2 307:15 308:21,22
  367:8
**jobs (2)** 101:5 188:24
**joke (1)** 260:3
**judge (5)** 197:11 209:2 219:22
  300:23 301:16
**July (17)** 164:25 168:5 201:4,4
  203:4,5 204:4 209:25 210:25
  211:4,24,25 240:24 279:7 299:16
  300:6 362:22
**June (41)** 1:8 55:11 111:8,9 114:14
  115:7 131:19 132:23 133:10,18
  134:16 135:7,18 151:8,9,12
  153:14 191:13 204:4 205:18
  207:12 209:12,21 210:2,4 215:17
  229:4,16 279:6 348:9 361:10
  363:2 364:2 365:2 366:2 367:2
  368:2 369:2 370:5 371:5 372:5
**junior (34)** 65:13,17 66:12 77:6,8
  77:13 86:15,19 87:4,6,23,25 89:2
  89:17 172:10,12 177:20 181:17
  213:8,9,13,18 214:2 215:16
  229:22 230:4 231:23 232:3 234:3
  234:8,9 235:16,19 299:22
**juniors (1)** 219:12

---

**K**

**K (6)** 155:16,17,19 156:4 160:9
  364:20
**Kathleen (4)** 1:17 4:6 362:6,23
**keep (8)** 15:21 57:22 128:6 188:16
  190:24 233:11 325:10 351:19
**Keilty (4)** 1:17 4:7 362:6,23
**keyboard (1)** 301:23
**kill (1)** 302:4
**kind (6)** 103:4 157:2 234:24 259:6
  282:25 330:7
**kitchen (1)** 79:24
**knew (20)** 93:15 104:25 128:13
  139:14,18 162:14 195:25 273:11
  273:15 274:13,19,21 275:12,16
  275:22 277:12,14,16,18,25
**know (307)** 4:12 5:8,16 13:12
  22:13 23:21 28:6 29:21,22,24
  30:2 33:25 34:8,25 35:11,12,14
  35:15,16,17 37:23 38:7,9 39:4,9

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

39:13,15,17,18,21,25 40:2,7,22
41:15,23,24 42:11 44:4,5,14,19
45:7,12,15,18,22 47:21,22,23,24
48:3,5,24 50:23 55:13 63:16,17
65:15 66:17,18,24,24,25 67:5,10
67:14,16,17,21,25 68:2,13 70:21
70:23 88:2,12 90:6 93:3 96:9
97:16 103:8,22 104:22 105:6
108:2,4 116:5,15 120:3,12,13
122:17 125:20 128:22,22 129:25
130:7,7,16,17 133:12,13 135:7
135:14 136:19,24 137:2,2,24,24
139:19,23 140:16 145:10,11,17
145:20 146:11 148:18 150:8
151:13 154:6,13,15,16,22 159:10
159:14 161:10 162:12,14,15
163:10,17,18,20 165:12 166:12
170:16 175:12,13,15,18,18
178:23 182:22,24 183:2,21,23
188:9,11,12,14 189:25 192:3,16
193:10,10,22 194:8,15,16 195:16
202:23,25 205:24,25 206:2,21
207:13 209:3,3,14 211:13 213:4
217:6 218:18 219:14,15 221:6,7
221:10 223:11 226:18 228:2
229:4 230:23 235:2,24 237:25
249:20 252:16 257:2,23 259:18
263:13 264:11 268:24 270:24
271:2,25 272:7,9,12,18 273:6,19
273:23 274:9,17 276:3 278:16
282:25 283:4,17,18 284:19,20
285:21 287:15,20,24 288:2,18,19
291:19 297:13,14 299:3,7,15
300:4 301:17 302:20 303:9,10
304:13 305:8,10,12 306:15,18,25
307:5 315:14 318:24 320:11,11
323:23 324:17 325:12 326:5,5
327:21,23,24 328:11,16,18
329:24 330:10,12 337:11,12
338:8,13,17,18 339:9 340:6,15
341:15,16 342:5,9,22 343:4
344:15,19,21 345:17,23 346:5
350:12,17 351:5,6 352:2,8,9,13
354:6,9,14 356:7,12,12,14,14,15
356:19,21 358:22,23,25
**knowing (4)** 36:8 161:23 162:4
270:11
**knowingly (1)** 190:18
**knowledge (18)** 59:24 64:24
144:19,20,22 145:2,4,5,8,15,18
249:19 298:5,25 337:19,20
344:17 345:19
**knowledgeable (1)** 271:7
**known (2)** 162:16 346:21
**knows (2)** 39:5 359:13
**KRAMER (1)** 2:4
**Kraus (2)** 186:4 187:19

**Krieger (9)** 89:12,15 205:17,23
206:22 207:12 221:14 223:12
289:19

———————— L ————————

**L (7)** 163:24 164:2,8 166:25 167:16
235:3 365:6
**L-e-i- (1)** 124:25
**L-e-i-g-h-a-n-n (1)** 125:3
**lab (8)** 54:3,8,8 65:7 114:19,21
115:7 120:8
**labor-management (2)** 105:13,15
**lack (1)** 189:15
**ladder (1)** 99:24
**Lambert (2)** 1:15 2:14
**language (1)** 259:2
**late (1)** 164:25
**law (1)** 116:19
**laws (1)** 73:5
**lawyer (1)** 337:13
**lay (1)** 45:24
**lead (1)** 44:16
**Leader (11)** 334:18 335:3,11
336:15 337:2,8 338:15 348:16,16
348:22,22
**Leader/Assistant (3)** 329:5,11
367:16
**leadership (4)** 108:14,15,18 109:6
**leads (6)** 126:6,19 191:7 335:20
336:9 343:22
**learn (2)** 105:4 279:22
**learned (4)** 105:10 131:20 274:24
278:5
**Learning (4)** 205:3 206:24 208:8
221:13
**leave (2)** 161:5 256:25
**leaves (1)** 279:4
**Leaving (1)** 215:11
**led (4)** 96:4 153:5,9 281:15
**left (2)** 46:9 200:5
**legally (1)** 54:17
**Leighann (11)** 124:10,15,25 125:2
125:5 127:24 138:6,11 363:21
364:11,14
**lengthy (1)** 18:5
**Lesley (5)** 124:9,15,16,17 363:20
**Let' (1)** 163:8
**let's (63)** 7:14,18 9:10 15:20 21:17
40:10 42:22 48:11 50:10 61:15
69:18 80:5 83:2 97:4 111:3
115:21 120:8,9 121:9 123:22
124:2,5 130:23 131:10 132:25
133:2 138:2 144:24 150:11 171:5
172:11,20 173:3 176:18 198:15
198:16 203:5 204:25 207:5
211:19 218:18 219:2 222:23
224:13 225:20 235:17 256:25

257:4 261:10 276:4 279:3 285:16
299:13 300:17 301:4 305:19
313:13 314:22 317:15 319:21
331:13 342:2 359:9
**letter (19)** 151:17,19 238:8,15
239:5 241:18,22 242:11 300:22
329:3 331:11 334:8,15 357:6,10
358:21 367:14 368:23 369:5
**letterhead (1)** 229:3
**level (7)** 100:23 107:13 248:15
279:9,10,21 305:23
**LEVIN (1)** 2:4
**library (9)** 111:8 113:6,20 114:7,25
115:5 117:11 118:19 120:10
**License (1)** 362:24
**lie (2)** 141:9 145:13
**lied (10)** 126:2 145:6,8,10,12,14,16
145:17,19,25
**limited (1)** 358:6
**limiting (1)** 73:24
**LINE (1)** 369:4
**lineup (1)** 175:15
**Lisa (1)** 1:14
**list (48)** 21:13 43:16,20 44:24 45:9
164:14,15,18 171:2,10,15 172:11
181:12 186:10 190:17 192:6
193:9 213:6,16 217:5,9,19,24
218:6,6,14,15,17,20 220:12,21
230:3,8,25 232:2 235:4 236:3
240:11,13,18,20,25 241:2,6
258:2 299:21,22 365:13
**listed (16)** 43:17 45:3 166:24
172:25 181:16 185:25 186:22
187:4 202:17 203:8 209:24
223:25 231:10,18 240:10,22
**listen (7)** 4:16 27:17 28:16 165:11
202:12 276:17 316:12
**listing (1)** 43:2
**listings (1)** 240:7
**lists (4)** 164:14 207:3 223:22 333:5
**litigation (1)** 330:5
**little (2)** 224:16 298:15
**LLP (2)** 2:4,14
**local (5)** 108:23 124:22 125:6,9
255:6
**located (2)** 81:16 86:13
**location (1)** 93:25
**Logan (3)** 88:25 168:19 169:5
**long (5)** 81:12 93:2 269:2 322:7
338:21
**longer (7)** 7:11 41:24 63:9,13,14
63:15 344:8
**look (11)** 5:12 36:2,5 211:14
237:24 245:11 250:19 259:24
282:19,24 309:14
**looked (7)** 138:20 155:14 274:11
274:12 281:6,10 354:2

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

**looking (7)** 50:24 172:11 201:12
209:14 210:3 222:21 237:9
**looks (21)** 51:5,6 110:25 168:9,13
181:11 200:24,25 211:5,11 213:5
213:14 224:14 225:11 228:4
230:25 233:16 258:8,12,23 335:8
**Loretta (2)** 45:3,4
**lose (1)** 204:12
**loss (3)** 106:6 137:11 364:8
**lot (3)** 193:6 234:14 354:19
**loud (2)** 197:2 329:18
**lovely (1)** 265:21
**lunch (2)** 7:10 146:19
**lying (7)** 123:8 140:4,10,15,16,18
143:12

**M**

**M (16)** 167:6,8,14,25 171:14
180:21 181:6 186:11 192:22
211:3,10,12,15,25 212:14 365:9
**magistrate (1)** 197:11
**main (1)** 323:7
**maintain (1)** 162:11
**maintaining (1)** 162:9
**making (25)** 26:12,16 27:3 69:15
69:22 70:16 72:19 73:23 101:11
102:6 161:18 163:16 189:6 202:8
214:21 215:14,19,21,23 256:16
293:2 298:15 306:9 356:15,18
**management (1)** 53:14
**mandated (36)** 47:9,10,13,16,19
48:4,6 53:17 54:6,8,17,25 95:18
95:19,20,24,25 96:14 120:9
296:6,7,8,15,17,17,20,24 297:7
297:10,11,17,20 298:18,19 299:2
299:9
**mandatory (5)** 258:20 283:25
298:4,6,10
**March (12)** 222:6 223:24 225:5,6
225:12 226:5,6,15,15 228:4,4
279:5
**Margaret (1)** 1:14
**Maria (11)** 46:11,12 47:6,15 74:17
74:18 84:10 87:25 88:2 95:16
98:4
**mark (11)** 2:17 4:13 40:10 124:5
133:2 150:11 155:16 164:3
224:24 301:4 365:7
**marked (52)** 12:8 40:17 50:10,14
52:6 124:11 131:11,15 133:7
137:13 138:3,7,12,14 150:19
155:24 156:3 163:24 164:5,8
167:11,14 171:6,11,13 204:16,18
221:23 228:22 229:2 236:15,18
243:17,20 250:9,17 257:17
261:15,18 301:8 303:17 307:17
307:19 312:9,12 329:7 331:8

**marriage (1)** 362:17
**Maryann (11)** 172:13,14,15,17
174:2 185:11 216:8,11,21 231:17
232:7
**Master's (3)** 308:5,6 357:22
**materials (1)** 149:9
**matter (13)** 70:15 82:19 99:12
115:7 149:9 173:18 184:8 224:25
231:19 232:8 253:20,21 362:19
**McKitty (7)** 218:22,25 219:16
220:18,25 221:5,8
**mean (26)** 39:5,6,19,21,25 62:19
68:13 97:2 122:4,14,17 130:11
144:13 234:23 237:8 247:25
255:23 270:7 284:17 285:11
292:17 295:18 302:22 304:20,25
327:8
**meaning (3)** 5:8,11 90:16
**means (9)** 37:11 39:13,15 69:15
138:20 302:23,24 304:20 316:17
**meant (2)** 39:9 252:5
**Media (2)** 332:3,7
**meet (22)** 54:17 260:20 265:24
269:19,21,23 270:22 271:12
277:11 310:4,17,25 311:11,12
317:17 318:18 321:13,21 343:20
344:23 345:3 357:15
**meeting (20)** 55:10,11 105:13,15
199:13 200:6,10 209:20,21
215:17 225:8 261:4 265:11 267:7
267:18,23 268:20 270:10 273:4
344:4
**meetings (5)** 35:18,21,23 36:12
272:25
**Melton (452)** 1:3,13 4:3,12 5:1 6:1
7:1,19 8:1 9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1,23 17:1 18:1
19:1 20:1 21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1 35:1 36:1
37:1 38:1 39:1,14,17 40:1,25
41:1 42:1 43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1,16 51:1 52:1
53:1 54:1 55:1 56:1 57:1 58:1
59:1 60:1 61:1,20 62:1 63:1 64:1
65:1 66:1 67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1 99:1 100:1
101:1 102:1 103:1 104:1 105:1
106:1 107:1 108:1 109:1 110:1
111:1 112:1 113:1 114:1 115:1
116:1 117:1 118:1 119:1 120:1
121:1 122:1 123:1 124:1 125:1

126:1 127:1 128:1 129:1 130:1
131:1,14 132:1 133:1 134:1
135:1,20 136:1 137:1 138:1,15
138:16 139:1 140:1 141:1 142:1
143:1 144:1,25 145:1 146:1
147:5,12 148:1 149:1 150:1,15
151:1 152:1 153:1 154:1 155:1
155:23 156:1 157:1 158:1 159:1
160:1 161:1,21 162:1 163:1
164:1,3,7 165:1,11 166:1 167:1
167:13 168:1 169:1 170:1 171:1
172:1 173:1 174:1 175:1 176:1
177:1 178:1 179:1,21 180:1,13
181:1 182:1 183:1 184:1 185:1
186:1 187:1 188:1 189:1 190:1
191:1 192:1 193:1 194:1 195:1
196:1 197:1 198:1 199:1 200:1
201:1 202:1 203:1 204:1 205:1
206:1 207:1 208:1 209:1 210:1
211:1 212:1 213:1 214:1 215:1
216:1 217:1 218:1 219:1 220:1
221:1,25 222:1 223:1 224:1
225:1 226:1 227:1 228:1 229:1,2
230:1 231:1 232:1 233:1 234:1
235:1 236:1,17 237:1 238:1
239:1 240:1 241:1 242:1 243:1
243:19 244:1 245:1 246:1 247:1
248:1 249:1 250:1,12,18,20
251:1 252:1,21 253:1 254:1
255:1 256:1 257:1,10,20 258:1
259:1 260:1,4 261:1 262:1,3
263:1,17 264:1 265:1 266:1
267:1 268:1 269:1 270:1 271:1
272:1 273:1 274:1 275:1 276:1
277:1 278:1 279:1 280:1 281:1
282:1 283:1 284:1 285:1 286:1
286:11 287:1 288:1 289:1 290:1
291:1 292:1 293:1 294:1 295:1
296:1 297:1 298:1 299:1 300:1
301:1,10,14 302:1,2,2 303:1
304:1 305:1 306:1 307:1,14,20
308:1,15 309:1,20 310:1 311:1
312:1,6,11,22,25 313:1,11,14
314:1 315:1 316:1 317:1 318:1
319:1 320:1 321:1 322:1 323:1
324:1 325:1 326:1 327:1,21
328:1 329:1,4,17 330:1 331:1,5
332:1 333:1,25 334:1,7,21 335:1
336:1 337:1,12,17 338:1 339:1
340:1 341:1 342:1 343:1 344:1
345:1 346:1 347:1,23 348:1,2,14
349:1 350:1 351:1,11 352:1,22
353:1,20 354:1 355:1 356:1
357:1,5,9 358:1 359:1,13,19
360:1 361:7,15 362:10 363:6,23
364:17,23 365:7 367:6,11,14,19
368:7,12,14,18,22 370:4,19

Carol Melton v. Poughkeepsie City School District
June 28, 2018

371:4,19 372:4,19
**member (2)** 48:25 195:7
**members (4)** 228:19 340:21,24
365:20
**memo (3)** 127:11 138:10 364:13
**memoranda (2)** 228:18 365:19
**Memorandum (2)** 138:5 364:10
**mentioned (6)** 65:2 87:22 231:21
289:3 290:21 293:9
**merit (1)** 107:21
**messages (2)** 267:2,2
**met (1)** 345:10
**Michelle (2)** 348:2 368:15
**Microsoft (2)** 303:15 366:22
**middle (31)** 81:11,19 82:4 86:11
88:8,10 198:23 199:5 201:2,11
201:19 203:3,16,17,18 204:3
221:15 222:6,15 223:6,7,11
225:23,24,25 226:3,8 347:24
348:9 349:10 368:13
**midway (1)** 40:20
**mind (3)** 162:12 341:15 352:7
**mindset (1)** 170:16
**mine (2)** 110:8 252:18
**minimal (3)** 310:4 311:12 317:17
**Minimally (1)** 308:5
**minimum (16)** 293:19 309:6,16
310:17,25 311:11 318:18 319:22
320:22 335:22 341:22 343:20
344:4,24 345:3,10
**minute (2)** 198:3 245:6
**minutes (6)** 147:22 148:16 149:2
198:2 347:5,14
**missing (1)** 51:6
**mistake (2)** 332:22,22
**mistaken (1)** 234:19
**misunderstood (2)** 14:14 16:10
**mix (1)** 188:22
**Mm-hmm (18)** 15:24 24:7 68:10
82:24 86:2,5 99:3 101:13,16
112:6 119:22 162:2 200:9 218:11
237:10 247:17 263:8 346:23
**moment (15)** 5:6 21:17 87:22
113:23 182:17 188:25 198:11
208:2 236:25 244:2 250:19 307:8
312:13 342:2 355:5
**Mona (1)** 237:12
**Monday (5)** 111:8,9 263:18,20,23
**money (12)** 106:23 114:3 121:19
143:3 283:23 284:4,8,21 285:15
285:17 287:5,8
**month (3)** 85:21 134:23 152:4
**months (2)** 27:11 132:23
**morning (4)** 133:19 262:6 267:9,22
**Morse (63)** 53:3 54:16,20 57:3
64:8,17 65:14 66:3,10 74:10,11
74:13 76:2,15 80:5 81:8,19,24

83:2,3,9,23,24,24 84:13 86:11,25
87:8 88:13 95:23 97:17 147:12
147:20,23 148:6,15,23 158:4
168:5 180:10 199:14 209:23
211:23 212:21 221:14 222:5,14
223:3,24 224:18,19 225:24 289:8
289:10,12,16,17,18,21 290:4
292:6,20 293:23
**motive (5)** 127:2,5,21,22 318:21
**motives (2)** 127:7 318:24
**move (5)** 69:13 99:24 132:25
135:23 163:8 198:16 199:9 207:5
218:14 224:13 248:13 250:14
299:13 328:17 333:21 356:24
**moved (6)** 84:13,14 100:21 217:23
218:6 236:2
**moving (1)** 195:24 200:23 204:10
**mrushfield@shawperelson.co...**
2:18
**multiple (5)** 25:17 76:17 77:14
118:2 196:9
**Muse (1)** 200:16

N

**N (4)** 171:6,8 174:11 365:12
**Nadine (5)** 52:23 53:2 110:10
155:20 364:21
**NAFTALIS (1)** 2:4
**name (38)** 4:12 35:4 43:3,11,16,20
47:14 49:4,14 89:16 133:13
164:11 190:16 200:16 208:8
209:23 217:19,23 229:12,13
231:2 237:12 238:24,24,25
240:19,20,23,23 241:5 242:20
252:5 271:8 285:3 287:23,24
289:5 291:8
**named (2)** 165:3 291:6
**names (12)** 18:15,16 25:17 56:9,10
171:23 212:22 228:18 229:11
307:4 354:20 365:20
**Nanetti (3)** 219:6,13 230:18
**narrows (1)** 167:5
**Natasha (4)** 38:13,14 336:23,24
**nationality (1)** 163:2
**nature (1)** 305:22
**nauseam (1)** 97:3
**necessary (3)** 51:16 225:19 253:2
**need (23)** 6:13,22,23 7:10 59:20
69:13 96:2 118:18 142:2 203:22
205:10 207:4 228:9,13 233:17
256:21 257:2 270:10 313:13
323:9,16 354:14 356:11
**needed (2)** 71:8 136:10
195:25 227:13 262:5
**needs (6)** 6:23 53:14 94:19 107:15
114:7 185:22
**neither (2)** 182:2 241:23

**never (16)** 10:17 70:20 82:25 103:3
107:10 114:23 120:10 197:13
271:14 274:9,11,12 279:12 281:6
281:10 301:21
**new (33)** 1:2,16,19 2:5,5,15 4:6
109:6 126:17 208:5 217:5,8
282:10 308:9,25 309:2 313:24
314:14,24 315:6 319:9 330:21
334:18 335:2,11 336:14,25 337:7
338:14 349:11 361:4 362:3,8
**next-to-last (7)** 314:9,11,12,12
332:18,19,20
**Nicole (9)** 88:25 110:19 150:15
155:21 280:11 357:5 364:17,22
368:22
**nine (3)** 190:3 312:4 367:10
**noise (2)** 79:22,23
**non- (1)** 287:3
**non-black (20)** 37:6,7,11 46:6,8,25
49:13 64:25 65:9 72:2 73:13
74:15 283:22 284:2,6 285:9
287:4 294:14 295:16 298:22
**non-certified (4)** 237:5 244:11,23
245:15
**non-employee (2)** 237:5,11
**non-programmatic (2)** 101:9
102:3
**noon (1)** 7:7
**normally (4)** 319:6,7,10
**Notary (8)** 1:18 4:5 147:7 361:21
362:7 370:23 371:23 372:23
**note (1)** 307:20
**noted (6)** 147:3 262:4,16 268:14
360:7 361:11
**notes (2)** 55:10,13
**notice (8)** 138:19 150:10 258:9
307:15,25 346:6,16 367:7
**noticed (3)** 15:16 152:23 219:5
**notified (2)** 227:18 275:8
**noting (1)** 262:22
**November (32)** 101:15 103:19,24
207:12 262:2 264:2,9 265:18
266:3,3,7,8,14,15,24 267:8,9,18
267:22 268:16,24,25,25,25
275:23 276:2,3,9,14 278:4 279:4
359:3
**number (27)** 50:22 52:9 71:25 74:4
87:18 120:15 131:22 132:23
138:20 167:15 174:13,14 181:15
192:5 205:15 211:17 213:6
229:11 230:7 231:25 238:9
263:12,15 292:24 300:17 313:3
369:4
**numbered (2)** 233:4 312:19
**numbers (2)** 233:8 309:11
**numerous (5)** 8:23 22:25 23:2,7
25:4

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

---

**O**

**O (5)** 204:14,18 212:17 215:19
  365:14
**O'Leary (3)** 54:23,24,24
**O.K (354)** 5:25 7:3,18 9:7,11 11:16
  11:20 12:6 13:6,9,13 14:14,15
  15:3,10 17:7,11,13,18,20,23 18:2
  18:6,14 20:3,15 21:7,12 22:2
  23:22 24:15 27:2 28:6,7 29:7,17
  30:10 33:20 34:10,16 38:8 41:6
  43:10 44:2,8,24 45:8,23 46:14
  48:6,10 49:7 50:6 51:8,11,13,24
  52:18,22 53:5 54:5,14 55:4,15
  57:5 59:23 62:10 63:7,19 64:21
  65:9 66:6 67:8 68:5 69:9 70:20
  71:19 72:16 73:17,19 74:3,7
  75:21 76:5,25 77:6,9 79:13 80:17
  81:23 82:15 84:22 86:20,25
  87:11 88:8 91:20 92:25 93:4 96:4
  97:8,22 98:9 99:11,24 101:7
  102:8,21 103:22 104:16 105:10
  106:15,21 108:16 110:9 111:3
  112:7 114:5,23 115:4 117:21
  119:4 120:14 121:16,22 123:11
  123:14,22 125:11 128:2,6,17,24
  130:2,11,23 132:8 134:3 135:15
  137:4,20 139:3,11 140:17,24
  142:8 143:15 146:10 147:15,20
  148:5,13,23 149:8,12,24 150:2
  154:19 155:14 156:10 158:14
  161:8 163:6,21 166:9 167:4,5
  168:9,17 169:11 171:18,23
  172:20 174:19,23 175:7 181:11
  181:15 182:4 184:22 186:9 187:7
  188:12 191:16 199:9,19,22
  200:19,23 201:10 202:20 203:11
  204:10 205:7,10,25 206:20 207:9
  207:16,18 208:5 209:8,25 211:7
  211:8 212:3 213:13 218:9,23
  219:7,10 222:25 223:19 224:11
  225:16,21 227:15,22 228:3,12
  229:9,25 231:15 232:15,17 233:4
  233:6,13,16 234:22 235:7 236:4
  236:7 237:3,15 238:16 239:3,3,7
  240:15,21 243:5 244:7 245:6,14
  246:5,10 247:7 248:7,17,22
  249:25 251:3,8 252:5,12,19,23
  254:4,9,21 256:19 258:4,22
  259:21 260:11,16 261:6 262:11
  263:11,17,22 264:7,21,24 265:9
  265:17 266:13 267:21 268:14
  269:25 270:13,20 271:24 274:13
  276:2,8 278:25 280:6 283:8,14
  283:19 284:11 287:17 289:7
  290:17 291:3,23 292:5,10 293:13
  295:23 297:16 298:2,21 299:6,13
  301:3,24,25 306:12 307:24 309:5

310:7 311:4 312:18,22 313:13
  314:22 315:23 316:14 317:7
  323:2,17 326:7 327:11 328:17
  330:20 331:18 332:5,11,23
  333:20 334:13,24 335:7,20
  337:18 338:13 339:20 340:14,23
  344:15 346:13 347:13 350:5,23
  351:7,10 355:15 356:24 358:13
  359:8 360:3
**oath (3)** 3:20 285:6 361:9
**object (3)** 6:9,17 38:18
**objected (1)** 26:21
**objecting (1)** 196:3
**objection (51)** 10:4 11:12 13:24
  19:9 26:19,22 27:6 28:12,18 29:5
  29:13 30:15 31:12,24 32:5,11
  34:6,20 37:9 38:15,18,19,24,24
  44:21 49:23 102:13 107:23
  119:15 127:4 139:25 145:3
  157:19 163:7 187:11 188:20
  189:7 190:6,22 192:20 193:15
  207:20,22 208:17 210:13 214:10
  215:2 220:8 222:20 310:3 351:2
**objections (1)** 3:13
**obligated (1)** 69:21
**obviously (2)** 158:8 226:21
**occasion (3)** 51:14 290:18 294:15
**occupied (4)** 173:2,5 175:9 176:2
**occupy (1)** 44:9
**October (29)** 71:22 74:7 77:4
  83:13 84:2 85:23,25 90:4 101:18
  124:14 125:8 131:6 134:24 135:5
  135:11,14,19 139:19 150:22
  152:5,6,7,20 153:9 155:11 313:2
  313:5 316:17 317:22
**offer (10)** 106:8,9,22 316:2,10
  318:17 338:15 340:8 349:16
  358:10
**offered (15)** 69:6 106:3,25 166:15
  166:17 263:7 317:13,15 318:16
  319:25 339:10 349:18,22,25
  350:4
**offering (5)** 75:20,22,22,24 76:3
**office (2)** 108:25 263:5
**officer (10)** 3:19 121:24 122:2,3,15
  122:20 131:24 196:4 264:10,13
**officers (3)** 131:24 134:5 264:17
**offices (4)** 1:15 262:23,25 263:25
**official (16)** 52:3 123:15 131:23
  137:10 236:11,19 243:15,21
  250:5 257:16 363:17 364:8 366:6
  366:9,12,16
**oh (32)** 12:8 35:6 37:13 62:14 89:5
  130:24 132:9 180:15 201:6,6,10
  205:14 210:3 211:16 219:6
  224:19 230:24 238:16,20,24
  239:3 240:5 245:5 252:3 258:10

259:22 282:2 295:18 326:4
  332:17 351:5 359:17
**old (1)** 212:15
**on-or-about (1)** 278:19
**once (25)** 96:12 100:16 107:14
  129:23,23 274:18 285:24,24
  286:13,14,17 288:15,16,18,19
  291:13,14,15,16,19,21 295:6,25
  316:2,10
**one's (4)** 5:16 20:7 176:10,10
**one-page (18)** 50:13 137:12
  236:10 243:15 250:5 257:16
  307:15 329:7 348:4 363:14 364:9
  366:6,9,12,16 367:7,17 368:16
**one-week (1)** 116:24
**ones (34)** 17:15 18:12 20:19 35:24
  36:7,25 38:4,5,5 66:13 68:7 77:7
  165:7,8,14,15,18,19 166:17,24
  167:15 185:25 186:8 192:4
  211:24 293:25 300:3,8 301:11,15
  336:2 343:2 353:22 354:3
**ongoing (4)** 96:25 123:3 280:25
  281:4
**online (4)** 274:7 339:7,10,12
**open (2)** 69:17 97:13
**opening (2)** 237:6 245:18
**operate (1)** 6:7
**operation (1)** 51:15
**opinion (3)** 108:8,19 110:7
**opportunities (3)** 44:3 326:20
  353:22
**opportunity (14)** 31:16 41:4 44:12
  44:17 45:5,10,14 94:21 161:5
  163:2 164:19 324:6 325:5 327:20
**opposed (3)** 63:11 214:22 287:16
**option (1)** 273:7
**options (1)** 329:25
**order (12)** 1:14 167:25 174:19
  242:3 265:3 299:18 300:7 317:14
  318:19 323:10 344:11,14
**ordering (1)** 360:5
**origin (2)** 78:2 188:7
**original (1)** 92:22
**originally (3)** 84:14 85:7 110:10
**out-of-seniority (1)** 214:7
**out-of-title (4)** 237:6 244:12,24
  245:16
**outcome (1)** 362:18
**outlined (1)** 259:3
**Outlook (2)** 303:16 366:23
**outrageous (1)** 195:10
**outside (2)** 305:15 331:16
**outstanding (2)** 7:2 59:21
**overlooking (1)** 219:3

---

**P**

**P (4)** 221:19,21 222:2 365:17

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

P-e-n-n (1) 250:24
p.m (5) 147:3,13,17 148:7 360:7
PACE (10) 56:4,6,25 64:3 66:10
  84:15,20,25 85:7 93:23
PACE/Circle (1) 96:3
packet (6) 167:8 204:14 221:21
  365:9,14,17
pad (1) 15:13
page (114) 41:8 44:24 52:8,22 55:5
  55:9 164:4 167:18,21,24,25
  168:3 180:21 181:2,5 191:17
  192:21 199:3,10,24 200:3,15
  201:6 202:17 203:2,24 205:14,15
  206:23 207:9 209:10,13,14,18,19
  211:14,20 221:11,11 222:22,23
  223:2 224:13,22 225:5,6 229:10
  233:6,11 236:18 238:8,14,17
  241:10,19,21,22 242:5 245:12,13
  248:10 259:11,11 264:2,4,5,6
  265:17 266:18,19 303:17 307:21
  308:22 309:12,13 312:19,25
  313:3,9,11 314:9,22 330:21
  332:5,15,16,18,19,20 333:3,8
  334:13,20,21,22,23 336:5,6
  348:12,12 349:8 363:5,10 364:4
  365:4,8 366:4,23 367:4 368:4
  369:4 370:3 371:3 372:3
pages (48) 40:16,24 45:25 156:8
  167:10,20 186:11 192:22 199:11
  199:12 204:16 205:12,13,13
  209:9,11 212:16,18 215:18
  221:23 225:21 233:4,6 257:7
  301:8 307:24 312:4,8,20 313:17
  313:19 315:8 329:6 331:7 334:3
  334:5 335:7 363:13 365:10,15,18
  366:21 367:10,12,16,21 368:8,10
paid (6) 71:23 73:11 83:12 112:20
  114:3 123:17
paper (6) 70:23 172:7 175:13
  226:16 322:24 323:3
papers (1) 161:3
paperwork (1) 237:21
Para-Professional (2) 200:12
  203:2
paragraph (26) 51:13 52:15 55:24
  71:20 72:21 73:8,16,23 75:11
  111:5 113:2 116:7 117:10 164:23
  165:3 166:25 167:16 239:3
  245:20 248:10 250:20 267:13
  283:20 286:25 299:14 306:14
paragraphs (1) 68:8
paraphrase (1) 252:24
paraprofessional (3) 167:22
  179:18 181:3
Paraprofessionals (1) 49:6
part (17) 51:7,18 69:20 103:10
  116:17 128:25 129:12 141:13

151:6 179:7 199:15 240:17 247:7
  280:21,23,24 357:18
participate (1) 7:8
particular (12) 25:8 28:4,8 129:3
  136:25 192:17 283:11 285:2
  308:20 330:9 352:11 354:18
particulars (2) 30:2 285:7
parties (2) 3:7 362:16
pattern (1) 150:23
pay (13) 71:24 106:6,6 120:16
  121:12 123:25 128:19 137:11
  139:15 141:23 146:3,5 364:8
paycheck (5) 120:16,18 121:19
  123:17 137:17
payment (1) 111:12
payments (1) 112:20
PCSD (1) 316:2
Peace (1) 53:15
pending (1) 7:3
Penn (5) 250:24 252:9 254:2
  280:11,14
people (60) 5:16,20 11:15,16 35:12
  35:20 37:5 41:12 87:23 90:21
  108:25 175:19,20 176:2 185:6
  187:7,14 189:22 190:4 191:10
  211:6,21 212:5,9,10 213:6
  217:18 218:15,16,20 220:5 230:2
  230:3,5 231:9 232:2,12 234:2,3,7
  235:16 236:2 268:5 275:13 293:5
  293:7,9 304:7 317:4,6 318:20
  319:6,7 320:5 340:3,14,24 341:9
  341:11 359:12
PERB (1) 60:19
Perelson (2) 1:15 2:14
performed (5) 131:25 141:8
  241:13,14,25
period (10) 112:4,5 113:14 114:3
  208:3 229:16 266:6,7 290:15
  358:6
periods (1) 112:8
permit (4) 323:14 357:25 358:4,14
permitted (9) 6:17,24,24 129:4
  283:24 284:14 285:15 287:6
  296:6
person (45) 4:18 71:6 72:2 73:13
  74:15 76:17 81:9 90:2 91:4,6,16
  94:4 95:21 97:14 126:8 149:4
  169:12 177:11,13,14,15 178:19
  182:16 183:17 190:19 193:11
  196:5 218:13 237:19 240:3
  242:21 264:16 273:8 274:21
  275:20 289:6 298:3 325:13
  328:19 336:17 337:21 343:12,20
  350:24 355:25
person's (3) 39:18,24 238:24
persons (8) 11:7 41:10 42:21
  44:25 168:21 181:16 231:11

301:12
PG-LN (3) 370:6 371:6 372:6
phone (6) 263:12,14 266:25 267:4
  271:19,20
phrasing (1) 202:13
pick (3) 261:8 270:14,17
picked (1) 131:2
picture (1) 301:17
piece (4) 40:23 183:9,9 323:2
pieces (1) 121:10
place (13) 46:9 61:3 69:14 107:11
  115:5 216:24 235:25 237:18
  241:3 262:22 273:12,24 353:25
placed (5) 216:14 241:2,5 245:17
  335:9
places (1) 225:13
placing (1) 237:4
plaintiff (4) 1:4,13 2:4 197:15
played (1) 163:19
please (35) 14:2 15:20 16:20 26:23
  27:17 29:6 62:5 137:3 165:12
  178:24 195:10,14 307:15,25
  312:8 314:13 315:11,13 329:7
  331:8 332:6 334:3,16 347:2
  348:4,14 349:9 352:23 367:7,12
  367:17,21 368:9,16,19
plus (2) 90:10,13
PM (2771) 107:19,20,23,24,25
  108:2,4,7,13,16,23,24 109:3,4,5
  109:6,12,16,18,22,23 110:7,9,13
  110:14,16,17,19,20,22,23,24,25
  111:2,3,5,16,18,21,22,25 112:2,4
  112:5,6,7,10,11,12,15,16,21,22
  112:24,25 113:5,7,8,11,15,18,22
  113:23,24 114:4,5,11,12,13,14
  114:17,18,20,21,22,23 115:3,4
  115:10,11,14,15,17,18,19,20,25
  116:2,5,6,9,10,11,12,15,17,22
  117:4,5,8,9,13,16,17,20,21,23
  118:3,9,12,15,16,17,18,23,24
  119:2,4,8,9,10,11,15,16,17,19,20
  119:21,22,23,25 120:5,12,14,15
  120:21,22,23,25 121:3,4,6,7,8,9
  121:11,13,14,15,16,21,22,25
  122:2,3,5,7,9,11,13,15,16,17,19
  122:21,24,25 123:3,4,6,7,10,11
  123:13,14,18,20,21,22,25 124:2
  124:7,8,13,17,19,21,22,24,25
  125:2,3,5,7,10,11,12,13,15,16,18
  125:20,22,23 126:2,3,5,6,8,10,11
  126:13,21,22,25 127:2,4,5,7,9,14
  127:15,17,18,20,21,24 128:2,5,6
  128:8,10,12,13,14,15,17,18,20
  128:22,24 129:6,7,8,9,10,14,22
  130:2,5,6,7,11,16,19,22,23,24,25
  131:2,4,5,6,10,12,17 132:7,8,9
  132:11,15,16,21 133:2,4,9,12,15

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

19

133:17,18,22,23 134:2,3,8,10,12
134:18,19,21,22,24 135:2,7,10
135:12,13,15,16,17,21,23,24
136:6,7,10,11,12,13,15,16,19,20
136:24 137:2,4,5,7,8,9,15,19,20
137:21,22,24 138:2,4,9,14,18,19
138:23 139:2,3,6,7,10,11,13,14
139:16,18,22,25 140:2,5,6,9,11
140:13,14,16,17,19,21,23,24
141:4,5,7,14,16,18,19,20,22,24
142:2,3,5,8,9,11,14,16,19,20,22
142:23,25 143:2,5,6,9,10,14,15
143:18,19,24 144:2,6,7,8,9,13,14
144:19 145:3,4,5,7,9,10,11,12,14
145:15,17,18,20,21,22,24,25
146:4,9,10,11,15,16,18,19 147:2
147:3,4,5,6,10,11,12,14,15,18,20
147:24,25 148:2,4,5,6,8,9,12,13
148:18,20,22,23 149:4,8,11,12
149:14,17,18,23,24 150:2,3,6,8
150:11,13,21 151:2,3,5,7,10,11
151:13,14,17,19,23,25 152:3,4,5
152:7,8,9,10,11,13,14,17,18,22
152:24,25 153:2,4,7,12,14,15,16
153:17,18,23,24 154:2,3,5,6,8,10
154:12,13,15,16,18,19,22,24,25
155:2,3,5,9,11,12,14,17,18 156:3
156:8,10,11,13,14,22,23 157:4,5
157:9,11,12,13,19,20,24,25
158:7,8,9,13,14,20,21 159:3,4,5
159:8,9,10,14,15,21,22,24,25
160:2,4,6,8,15,16,18,19,21,23
161:3,7,8,9,16,17,20,21,23 162:2
162:3,11,15,17,18,20,21,23
163:5,7,8,10,14,17,18,20,21,23
163:25 164:7,18,21,22,23 165:9
165:11,14,15,17,18,22,23,25
166:2,6,8,9,10,11,14,15,16,20,21
167:2,4,6,7,13,19,24 168:8,9,13
168:14,16,17,22,23,24,25 169:2
169:3,4,5,6,7,8,9,10,11,13,14,16
169:17,20,21,24,25 170:4,5,7,8
170:10,11,12,13,16,17,21,22,23
170:24 171:2,4,5,7,13,17,18,19
171:21,22,23 172:2,3,4,5,6,8,9
172:10,12,13,14,16,17,19,20,22
172:24,25 173:4,7,9,10,11,12,14
173:15,17,18,20,21,23,24 174:4
174:5,8,10,12,13,15,16,18,19,22
174:23,25 175:2,6,7,12,17,22,23
176:4,5,11,12,14,15,17,18,20,21
176:22 177:2,3,4,5,9,13,14,15,17
177:18,19,20,21,22,25 178:3,5,6
178:7,10,11,12,13,14,17,18,22
178:23,25 179:2,7,10,14,20,21
179:24,25 180:4,5,7,12,13,14,15
180:19,23,24 181:2,7,8,10,11,14

181:15,18,19,22,23 182:3,4,8,9
182:11,12,14,15,22,24 183:2,4,6
183:7,9,11,18,21,22,23,24 184:2
184:3,6,7,10,12,14,15,16,17,18
184:20,21,22,24,25 185:8,9,11
185:13,15,16,17,19,20,21,22,24
186:3,4,6,8,9,10,14,15,16,17,18
186:19,20,21,24,25 187:3,4,6,7
187:11,12,13,14,16,17,18,19,20
187:21,22,23,24,25 188:2,3,4,5,9
188:10,11,12,14,16,20,21 189:2
189:3,7,8,9,11,18,19,20,21,24,25
190:2,6,7,8,10,11,12,20,22,23
191:4,6,12,13,15,16,17,20,21,23
191:24 192:2,3,5,7,8,9,10,16,18
192:20,21 193:3,5,8,15,16,17,19
193:20,21 194:2,3,5,8,11,12,14
194:15,18,21,25 195:6,8,14,19
195:21,23 196:12,16,21 197:2,5
197:13,16,17,21,25 198:3,4,5,7,8
198:10,12,14,15,18,25 199:2,7,8
199:9,10,17,19,21,22,23,24
200:2,4,9,10,14,16,17,18,19,20
200:22,23,24 201:6,8,10,11,12
201:14,15,16,17,18,20,21,23,24
202:2,3,6,7,10,11,14,18,20,23,24
202:25 203:2,7,10,11,14,15,19
203:21,22,24 204:7,8,9,10,11,13
204:18,19,21,24,25 205:6,7,9,10
205:12,14,15,20,21,24,25 206:3
206:5,6,10,11,15,16,17,19,20,21
206:23 207:6,9,15,16,17,18,19
207:20,24,25 208:4,5,6,11,12,13
208:14,17,18,19,21,22,24,25
209:4,5,8,13,14,16,18,19,20,25
210:2,3,4,5,6,7,8,9,13,14,15,16
210:18,19,21,22,24,25 211:4,8
211:10,11,12,13,14,16,19 212:2
212:3,4,8,9,13,14,16,19,20,25
213:3,4,5,9,10,12,13,19,22,23,24
213:25 214:5,9,10,11,12,14,16
214:17,18,19 215:2,7,10,14,21
215:23,25 216:2,6,11,18 217:3,4
217:5,6,7,8,14,15,17,21,22,25
218:4,7,8,9,10,11,12,15,16,19,20
218:22,23,24,25 219:3,5,6,7,8,10
219:11,13,14,15,16,17,19,20,21
219:25 220:3,4,8,9,17,18,20,21
220:22,23,24,25 221:3,4,6,7,10
221:11,18,19,20,25 222:4,8,9,11
222:12,20,21,23,25 223:2,9,10
223:11,13,15,16,17,19,21,22
224:3,4,6,7,10,11,12,13,16,19,21
224:23 225:3,8,9,10,11,14,16,17
225:18,21 226:4,10,11,12,13,16
226:18,19,20,22,24 227:2,4,10
227:14,15,16,17,18,21,22 228:2

228:3,8,12,15,16,25 229:6,7,8,9
229:14,19,20,24,25 230:6,7,11
230:14,15,17,18,20,21,22,23,24
230:25 231:5,7,8,14,15,21,23,24
231:25 232:4,5,13,14,15,16,17
232:18,20,21,22,23 233:3,4,6,7,8
233:10,11,13,14,15,16,20 234:5
234:13,16,17,18,19,20,21,23
235:3,8,9,12,13,24 236:4,6,7,8,9
236:17,21,22,25 237:2,3,8,10,11
237:12,13,14,15,17,18,20,22,24
237:25 238:3,5,6,7,11,13,14,15
238:16,17,20,21,23,25 239:2,3,4
239:5,6,7,9,10,11,12,18,19,20,21
239:25 240:4,8,9,12,14,15,16,17
240:18,20,21 241:4,5,7,8,16,17
241:19,21 242:5,10,12,15,17,18
242:20,21,22 243:3,5,6,8,11,12
243:13,14,19,24 244:2,4,5,7,10
244:15,16,17,22,25 245:4,7,10
245:11,12,13,14,15,24 246:3,5,7
246:8,9,10,14,15,18,19,23,24
247:3,4,6,7,10,12,13,14,17,18,23
247:24 248:6,7,12,13,16,17,20
248:22,23,24 249:3,4,7,8,9,11,14
249:15,16,17,19,20,24,25 250:2
250:4,11,12,17 251:2,3,7,8,9,10
251:13,14,15,16,19,20,22,23,25
252:2,3,4,5,6,7,8,11,12,19,22,23
253:4,7,8,12,13,16,17,21,23,24
254:3,4,5,8,9,14,15,20,21,24
255:2,6,7,12,14,17,18,21,23,25
256:2,9,10,11,18,19,21,23,25
257:4,6,8,9,12,13,14,15,19,23,25
258:4,5,6,16,17,22 259:4,5,7,8
259:10,13,17,19,21,22,24,25
260:2,4,7,8,10,11,15,16,19,20,21
260:22,23,25 261:2,4,5,6,7,10,11
261:12,17,20 262:8,10,11,15,16
262:19,20 263:2,4,5,6,8,9,10,11
263:16,17,21,22 264:2,5,6,7,8,14
264:16,18,19,21,22,23,24 265:8
265:9,15,17,21 266:4,5,9,11,12
266:13,16,18 267:3,4,5,6,12,13
267:14,15,16,17,19,21 268:2,3,5
268:6,9,11,13,14,16,17,18 269:3
269:5,6,8,9,10,11,15,17,19,20,22
269:23,24,25 270:2,3,4,7,8,13,14
270:15,16,20,21,22,23 271:5,11
271:13,14,15,16,17,18,20,24
272:3,5,7,9,11,12,13,14,18,20,22
272:23 273:2,3,6,11,13,15,18,19
273:21,22,23,25 274:3,4,6,7,9,11
274:12,13,17,18,21,22 275:3,4,6
275:7,11,12,15,16,20,23,25
276:2,3,6,7,8,9,15,17,18,20,21
276:23,24,25 277:2,4,5,8,9,13,14

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

277:16,18,20,21,22,23,24,25
278:3,4,9,10,12,13,15,16,18,19
278:21,22,24,25 279:2,3,10,11
279:15,16,19,20,25 280:2,3,4,6,7
280:18,19,20,23,24 281:2,5,6,11
281:12,13,14,19,21,24 282:6,8,9
282:10,13,14,17,19,23,24 283:4
283:5,7,8,11,13,14,15,17,19
284:2,5,6,10,11,12,13,16,17,19
284:20,23,24,25 285:4,9,12,13
285:16,19,20,21,22,23,24 286:2
286:3,7,8,10,14,15,18,19,23,25
287:2,3,9,10,11,13,14,15,17,19
287:22,23,24,25 288:2,3,6,7,8,9
288:11,12,14,15,18,19,22,23,24
289:2,4,7,9,10,13,15,20,22,24,25
290:2,5,6,10,11,14,15,16,17,18
290:23,24,25 291:3,4,5,7,8,9,10
291:12,13,14,15,16,17,19,20,22
291:23,25 292:2,4,5,7,8,9,10,12
292:13,15,16,18,19,21,22,23,25
293:2,9,10,12,13,14,15,16,17,20
293:21,24,25 294:3,4,6,7,11,12
294:17,18,19,24 295:2,4,10,12
295:13,14,15,16,18,19,21,22,23
296:5,8,12,13,14,15,19,20,22,23
297:2,3,6,7,8,9,15,16,17,19,20
297:22,24 298:2,5,8,9,11,12,13
298:14,16,20,21,24,25 299:5,6,7
299:12,13,14,20,24,25 300:2,4,6
300:10,11,15,16,17 301:2,3,4,6
301:10,14,19,20,22,24,25 302:3
302:4,6,10,11,16,17,19,20,21
303:3,5,9,11,13,14,19,23,24
304:2,3,7,9,10,13,14,18,19,23,24
305:2,5,6,7,8,12,13,17,18,21,25
306:2,6,8,11,12,15,17,18,19,24
306:25 307:3,5,7,9,11,12,19,24
307:24 308:3,4,8,9,12,13,16,18
308:20,21 309:4,5,10,11,13,14
309:19,20,21,22,24,25 310:3,4,6
310:7,9,10,11,12,15,16,19,23,25
311:3,4,6,9,10,18,19,23,24,25
312:3,11,15,17,18,22,24,25
313:4,5,8,9,12,13,15,17,19,20,22
314:2,3,5,6,8,9,11,12,17,18,21
314:22 315:4,5,6,8,10,11,16,17
315:18,20,22,23 316:7,9,10,12
316:14,15,20,22,24,25 317:2,3,4
317:5,6,7,9,10,12,14,19,22,24,25
318:2,3,4,5,7,8,9,10,11,14,15,17
318:23 319:5,9,11,13,15,17,19
319:21 320:3,4,7,8,11,13,17,18
320:19,20,21 321:2,5,7,12,14,15
321:16,18,19,20,22 322:3,5,7,9
322:10,11,12,15,16,17,18,19,20
322:21,22,24 323:2,4,5,7,12,13

323:17,18,19,23,24 324:3,4,5,7
324:10,12,23,24 325:3,6,7,8,10
325:12,14,18,19,23,25 326:4,5,7
326:8,13,16,18,21,23 327:2,6,8,9
327:11,13,17,18,19,21 328:2,6,8
328:9,10,11,12,13,15,16,17,18
328:20,24,25 329:2,9,15,17,20
329:22 330:2,3,8,10,12,14,19,20
330:24,25 331:2,3,10,15,17,18
331:20,22,25 332:2,4,5,10,11,12
332:13,15,16,17,18,19,22,23,24
333:2,3,8,9,11,13,15,17,19,20,22
333:23 334:7,12,13,20,21,22,23
334:24,25 335:6,7,13,17,18,19
335:20,24 336:3,4,5,6,8,9,12,13
336:16,17,18,20,23,24 337:3,6
337:10,11,13,14,15,17,18,19,21
337:22,24 338:3,5,7,8,11,13,17
338:18,19,21,23,24 339:2,3,5,7,8
339:9,11,12,14,16,19,20,21,22
340:2,3,6,7,12,14,17,18,19,20,22
340:23 341:5,8,9,15,16,18,19,22
341:24 342:5,7,9,11,17,18,20,22
343:2,4,7,8,9,10,12,17,18,19,23
343:25 344:3,6,7,9,10,13,15,17
344:19,21,23,25 345:2,5,6,8,9,12
345:13,19,23 346:2,4,5,9,10,12
346:13,23,24,25 347:2,3,4,6,7,13
347:15,16,18,19,21 348:6,7,10
348:11,20,24,25 349:2,3,5,6,8,15
349:18,20,22,24,25 350:4,5,7,8,9
350:10,12,13,17,19,22,23 351:2
351:3,5,6,7,9,10,12,13,17,19,23
351:25 352:6,8,9,11,12,16,17,18
352:19,20 353:3,9,11,13,14,18
353:20 354:4,9,15,16,21,25
355:2,3,4,7,8,9,11,13,15,16,17
355:21,23,24 356:3,13,15,17,19
356:22,24 357:2,3,9,14,15,17,18
357:19,21,22 358:6,9,13,18,19
358:22,23,25 359:2,7,8,9,13,17
359:19,23,24,25 360:2,4,6,7
**PMS (3)** 200:25 224:19 227:19
**point (8)** 51:22 95:3 98:6 114:15
273:8 275:12 290:3 346:7
**policies (1)** 281:9
**policy (9)** 51:3,7,19 273:19,22,24
273:25 274:4 282:21
**policy-wise (1)** 254:16
**politely (1)** 251:4
**portion (12)** 55:16 68:9 71:21
111:5,6 114:25 117:10 250:22
283:20 323:10 335:10 341:6
**position (444)** 7:25 8:4,6,18 9:13
9:23 10:2,7,9,18 11:4,9,10 12:9
13:4,10,14,17 14:11 15:5 17:4,21
17:24 20:9 21:19,22 22:3,7,11,15

22:24 23:3,8,10 24:22 26:4,13,15
26:17 27:4 28:20 29:3,17 30:3,5
30:12 31:19 34:24,25 38:9,9
41:14,21 44:9 62:10 65:20 71:25
71:25 72:4,5,8,9 73:12,21 74:3,5
74:12,20,21,22 75:12 76:23
77:13,24 78:5,7,17,20,22,24
79:17,19 80:8,10,15,18,25 81:4
81:15,16 82:19 83:4,12,19,20
84:3,5,11 85:2 86:16 87:7,12,14
87:19 90:19,21 91:10,12 93:19
93:24 94:11 97:13,14,16,17,18
97:23 98:12,15,15,19,22,23
100:11 101:6,19 105:22 106:2,14
106:22 107:20 109:9,13,18,25
110:5,6 115:12 122:5,14,22
124:4 130:9 139:14,18,19,23
140:12,17 143:12 144:7 146:7
149:5 154:8 157:15,16 158:2
159:17 160:11,12 161:13 162:8,9
162:11 164:24 168:3,7,10,11
169:14,22 170:2,18 173:2,4
174:6,16,20 175:3,9 176:7,23
177:10,11,23 178:8,14,20 179:18
180:8,20 181:4,6,8,20,24 182:6,9
182:16,20 183:5,15,24 184:3,7
184:15 185:5,6,14,16 186:21,22
188:7,17 190:14 191:2,4,19,25
192:13,14,21,24 193:8,9,13,21
193:24 194:6,9,19 195:2 197:9
198:20,21,24,25 199:3,6,7,13,16
199:25 200:20 201:8,14 202:4,9
202:15,19,21 203:5,6,8,13,16,25
204:6 206:6,13 207:16,19 208:12
208:15 210:7,10 212:5,11 215:17
216:5 217:24 218:10 219:23
220:11,14 222:4,7,9,14 223:4,7
224:10,17 225:3,22 226:14,23
227:2,3,6 231:16 232:21 233:22
235:18 236:2 237:16,20,22,24,25
238:4 239:7,13,16 240:2,25
241:17 242:4,10,12,23 243:2
244:14,20 246:2,11,13,17 247:9
247:20 248:3 254:18 255:5,9
256:4 264:10,15 270:9 283:22
284:3,7,13,18,19 285:10,17
289:3 290:4,7 294:22 299:19
305:17 306:4,10,12 307:22,25
309:25 310:8,18,22 311:7,13,16
311:21 312:14,15,19 313:6,10
316:2 317:13,16,17 318:16,18,25
319:2,23,25 324:14 325:21
326:12 327:14,23,24 329:6,10,12
329:23 330:2,4,9,20 331:7,12,15
331:19,25 332:6 334:10,10,17
335:13,21 336:10,18,20 337:9
339:10 341:2,23,24,25 343:21

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

345:4,14,22 348:8 349:17,18,23
349:25 350:6,11,15,18,20,25
351:4,14 352:3,11,13 353:4,6,7
353:12,14 354:10 355:13 356:2,5
357:12 358:5,19,20,24 359:2,3,4
359:15 367:16,21
**positions (143)** 8:7,12,16,20,23
10:13,16 12:11 13:20 14:23 16:4
16:4,12,16 17:9,12 18:19 19:18
19:21,22 20:4,17,23 21:8,13,15
23:15 24:6 25:4,12 26:4 27:9,9
27:20,24 28:10,20,24 29:4,18,19
30:4,7,22,24,25 31:2,5,7,9,14,23
33:4 34:16,18,19 35:9,10,13,23
36:12,18 37:4,16,19,21,21,23
40:7,8 57:22 69:16 78:21 80:20
86:23 109:20 164:12,15,18 165:2
165:3,8,10 166:4,8,13,17,22
167:3 168:18 175:14,15,21,25
184:19 191:11 193:18 201:9,16
205:11 207:4 211:6,22 222:3,17
224:2,5,8 234:6 235:4,10,17
236:3 240:6 286:19 287:7 298:23
299:17 300:7,21 305:14,15,15,19
305:20,21,23 307:3 312:7 320:5
320:9 323:20,25 325:4 327:4,20
330:17 348:18 352:2 354:22
359:19,20 367:12
**positron (1)** 82:10
**possess (6)** 191:6 315:21,22 337:6
337:7 344:3
**possible (10)** 66:11,15 154:18
162:17,20,21 286:14,15 288:14
348:17
**Possibly (2)** 119:20,21
**Post (16)** 307:15,25 314:13 329:7
331:8 332:6 334:4 348:4 349:9
352:23 367:7,17,21 368:9,16,19
**posted (2)** 227:6 327:14
**posting (7)** 313:22 314:23 320:14
334:16 335:10 336:2 355:14
**Posts (2)** 312:8 367:12
**Poughkeepsie (52)** 1:6,16 2:15
4:14 7:20,22 8:5,8,17 17:5 46:4
49:6 51:4 67:23 70:9,10 71:22
72:4,7 73:10 81:19,20 82:4 88:12
167:8 191:18 198:22,22 199:4,5
200:21 201:2 203:3,17,17 204:2
204:3,14 221:15,21 222:6,15
225:25 226:7 255:8 322:13
333:14,15 349:10 365:9,14,17
**PPSPA (1)** 49:6
**practice (8)** 72:6 90:15 94:4 99:13
101:23 212:4,9 258:13
**preapproved (1)** 134:5
**precludes (1)** 118:7
**prefer (1)** 94:24

**preferable (1)** 263:13
**preference (1)** 220:7
**preferred (3)** 308:14 314:19 315:2
**prepared (2)** 43:14 157:3
**present (4)** 6:16 104:16 196:2
197:10
**president (9)** 124:17,23 125:6,9
126:17,18 131:8 139:5 252:15
**pretty (4)** 25:6 198:17 271:6 347:4
**prevented (3)** 300:20 305:13
306:13
**previous (5)** 90:16 217:18 245:22
314:18 315:2
**previously (6)** 78:20,22 87:13
97:14 147:6 190:16
**priest (3)** 337:25 338:4,6
**principal (29)** 53:2 132:3 136:8
250:23 251:11 259:23 270:18
271:6,6 308:16 312:7,16 313:6
313:23 314:13 317:16 319:2
320:8,14 323:20,25 324:9 325:21
326:11 327:16 329:6,11 367:12
367:16
**Principal-Secondary (1)** 314:23
**print (2)** 259:6 301:22
**printing (1)** 200:8
**prior (48)** 8:11,15,21 10:10 11:10
12:10 13:15 14:20,22,24 15:6
19:23 20:23 24:17 25:12 26:4
32:2 33:12 34:5,11 37:21 87:14
89:8,21 90:5,11,14 91:8,17,25
97:19,20 98:5,7 156:9,11 208:2,3
208:3 212:5,12 265:6,11,12
266:20 325:15 327:13 345:21
**privileged (1)** 337:23
**pro (1)** 197:14
**probably (17)** 9:17 19:11 87:16
107:9 132:11 170:25 263:2,7
271:8,9 287:9,12,13,16,20 346:6
346:6
**problem (4)** 215:9 234:21 240:11
264:19
**procedure (8)** 49:10 279:23 281:7
281:8,9 282:22 283:2,3
**proceed (3)** 106:18 107:17 316:3
**proceeding (2)** 4:21 6:5
**process (7)** 110:10 143:20 182:22
182:24 183:2 317:8 359:10
**processed (2)** 60:22 108:17
**processing (1)** 60:5
**Proctors (1)** 203:22
**produce (1)** 71:17
**produced (4)** 50:20 71:18 138:21
159:11
**PRODUCTION (1)** 369:3
**Professional (1)** 348:15,21
**program (124)** 53:15 72:11 73:12

75:4,7 78:24 79:5,9,14 80:3,4,21
81:3,5,11,12 82:23 83:8,8 84:20
85:3 86:4,8,21,23 87:23 88:4,22
89:6,14,20 90:3,4,10,13 91:16,16
92:20,24,25 94:5,6 96:19,25 97:5
98:15 102:11 105:17 107:4
108:22 109:8,15 110:3 147:16,21
147:22 148:10,15,17,21,25
156:17,18,24 158:3,5,12,17
168:4 180:9 191:18 192:12
198:20 201:13 205:18,19,21
207:11,13 208:19 209:22 211:22
212:21,22 221:13 226:6 228:4
238:9,10,11,19 239:17 241:12
242:7,8 244:19 245:9,22 246:2
247:2,21 248:9 249:2,6,12,22
317:21,25 318:13,25 319:16,18
319:20 337:5 344:6,8,11,13,16
344:18,25 345:5,7 358:11
**program/Circle (1)** 93:23
**Program/Initiative (1)** 208:8
**programmatic (3)** 53:21 56:22
253:3
**programs (5)** 81:13 164:14 205:4
206:25 208:9
**prohibited (2)** 115:9,12
**promotion (9)** 9:16 12:25 20:16
24:20 44:6 45:20 72:24 259:23
330:5
**promotional (33)** 8:12,16 10:18
12:11 16:4,15 17:4,8,12 27:24
28:9,20,24 29:19 30:22,24 31:22
37:21 41:13,16,21 44:2 45:14
165:8 166:8 305:20,22 326:20
327:4 352:2,3 353:21 359:20
**promotions (11)** 28:14 29:11,15
30:4 31:14,15 45:16 306:22,23
306:25 310:13
**protected (19)** 73:4,5,13 116:19
324:25 326:2,9,13,16 328:21,22
329:13 330:7 335:15 351:15
353:16 354:12 355:20 356:11
**provide (4)** 60:21 269:12,15
311:15
**provided (6)** 50:17 129:23 167:15
171:2,16 300:23
**providing (1)** 51:8
**provision (2)** 241:23 242:24
**provisional (1)** 358:16
**provisions (3)** 82:20 101:24
258:14
**psychiatrist (2)** 338:2,4
**public (18)** 1:18 4:5 58:20 59:2,6,9
59:14,15,25 60:2,3 68:6 147:7
361:21 362:8 370:23 371:23
372:23
**pull (6)** 60:2 296:9,14 297:9,11

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

298:18
**pulled (5)** 298:3,6,17 299:3,9
**pulling (1)** 298:9
**purely (2)** 90:8 182:4
**Purnell (6)** 174:23 175:7 176:8,9
  176:15,17
**purports (1)** 139:4
**purposes (3)** 54:7 98:17 344:4
**pursuant (2)** 1:14 49:21
**pursue (3)** 107:19,25 108:2
**put (19)** 33:8 55:17 70:23 71:8
  116:6 117:9 118:18 136:12,13
  140:2 141:10 150:7,9 202:14
  240:3,4 250:15 326:21,23
**puts (1)** 131:7
**putting (12)** 23:9 33:7 126:18
  188:24 216:8,11,12,23 232:5,7
  232:23 244:11

## Q

**qualification (4)** 319:22 321:13,21
  349:15
**qualifications (30)** 308:4,24
  309:14,15 310:5,17 311:2,11,13
  313:23 314:14 317:17 318:19
  320:22 327:25 332:8,17 335:22
  335:25 341:23 343:20,24 344:2,5
  344:24 345:3,10 346:18 349:14
  357:16
**qualified (5)** 309:25 318:21 320:15
  342:2 357:15
**qualify (2)** 318:20 344:12
**question (131)** 3:14 4:16,17,22,22
  4:23,24 5:2,9,13,15,17,21,23 6:9
  6:10,11,12,14,18 7:2,3 10:5
  13:21,23 14:2,4,9 19:10 26:23
  27:7,15,17 28:16 29:6 30:16
  31:25 32:6,7,12,16 33:15 34:21
  38:18,20,22 41:9 42:20 43:2
  44:22,25 51:2 59:5,22 61:24,24
  62:2,4 63:12 79:25 91:18 92:9,10
  94:16,17 107:24 119:16 122:10
  122:12 134:18 148:2,7 149:13
  150:3 159:25 160:6,7,17,18,19
  160:20,21,23 161:9,15,17 163:8
  163:9 165:11 166:17 178:2,4,24
  179:6,14,21 180:3,17,18,24,25
  189:8 193:16 195:4,9 196:9,19
  202:12 215:4 217:16 226:22
  227:17 232:5 234:25 235:14
  243:8 276:17 311:10 316:12,13
  325:10 330:3 334:24 337:14
  339:16 341:14 349:4 354:14
  355:6,17 356:3
**questionnaire (2)** 40:22 43:14
**questions (22)** 4:16 15:2 29:8
  32:13 61:22 94:23,24 131:23

179:5,8,12 195:13 196:7,11,14
  196:22 197:6,7,19 234:17 256:9
  359:11
**quickly (2)** 16:17 301:5
**quite (4)** 36:20 214:3 223:17,17
**quote (2)** 51:14 120:7
**quotes (1)** 68:15

## R

**R (5)** 236:8,10,18,19 366:6
**race (146)** 10:2,11,13 11:5,17,22
  12:4 13:10,15 14:8,12 15:7 20:17
  26:18,25 27:5,20,25 28:3,21 29:2
  29:12,16 30:14,23 31:4,11,17
  35:12 38:14 39:10,13,18,24
  52:20 53:8 72:13 73:2,3,9,18,24
  74:2 87:9 93:10 95:4,13 96:6
  110:23 115:21 116:18 117:6
  125:14,17 130:12 141:3,6 157:16
  157:18 158:22 159:18 160:13
  161:15 162:8,16 163:18 164:16
  165:6,20 181:21,25 182:3,7,12
  185:7 188:13,25 189:6 191:3,7
  192:8,14,24 193:11,13 195:4
  202:5,8,17,19 208:15 210:11
  213:2,20 214:6,19,19,21,25
  215:14,19,21 222:18 224:5
  227:24 229:17 231:20 233:23,25
  234:11 235:5,23 246:20 253:5
  283:16 296:2 310:8,14,20 311:8
  323:21 324:13 325:6 328:7
  329:13 330:6 341:21 342:8,11,12
  342:19,21 343:14 350:8,11,15,20
  350:24 352:4,14 353:16 354:11
  354:23 355:19 356:7 359:6
**race-based (1)** 189:14
**raced-based (1)** 189:5
**races (1)** 77:14
**racial (3)** 64:11,15,23
**racism (1)** 14:19
**Rahemba (38)** 172:8,9 181:12,16
  181:19 182:10 185:6 231:21
  245:8,21,25 246:11,25 247:21
  248:4 284:10,13,18 285:16,25
  286:12,13,20 287:3 288:9 289:3
  290:7,21 291:2 292:10 293:13
  294:9,21 295:17,23 297:17
  298:10 299:2
**Rahemba's (1)** 190:16
**raise (2)** 16:21 160:3
**raised (1)** 280:12
**Ralph (2)** 138:10 364:13
**Rappleyea (14)** 260:14 261:23
  262:9,13 264:3 271:11 272:2,24
  273:2,16 277:19 278:5 283:5,11
**Rappleyea's (1)** 272:16
**rarely (1)** 359:11

**rationale (1)** 283:17
**reach (2)** 93:12 95:12
**reaches (1)** 107:14
**read (54)** 6:14 13:25 14:3 42:20
  55:7 62:6 92:11,12 158:7,20
  159:10,20,22 160:9,9 161:10,23
  236:25 237:8 242:16 257:10,12
  257:20,21,22 258:3,6,22,25
  286:25 300:22,25 301:12 302:5,7
  302:8,8,12,14,15,18,21,22,23,25
  304:5,8,20,25 305:2,3,4,10 361:8
**reading (11)** 101:7 156:21 160:24
  222:22 226:17 242:15 244:3
  267:12 274:3 299:24 312:24
**ready (1)** 265:23
**real (1)** 134:25
**realized (1)** 96:13
**really (11)** 23:24 32:13,14 59:5
  196:23 205:24 225:19 234:13
  286:23 321:3 347:8
**rearrange (1)** 225:12
**reason (24)** 43:21 55:8 97:15
  101:9 102:3 118:3 127:9,15
  145:13 162:22 177:5 195:23
  227:7 244:17 252:15 335:21
  337:15,23 342:5,8,12 370:6
  371:6 372:6
**reasons (9)** 53:22 56:22 118:2
  194:18 253:3 260:24 370:5 371:5
  372:5
**reassign (1)** 116:11
**reassigned (11)** 111:7 113:5
  114:13 118:5,6,10,12,16,17
  120:4,8
**reassignment (7)** 46:15 115:14,23
  117:11,24 119:5,13
**recall (50)** 9:19 17:22 32:17,18
  34:13 51:8,10 60:17 89:16
  133:23 135:8 149:12,16 203:15
  204:7,9 207:17 227:2,18 239:14
  241:4,5,7 260:6 262:10,13 267:5
  268:17 271:23 285:23 286:9
  288:2,11 290:3 291:12,15,17,22
  291:24 294:15,24 295:12,13
  299:5 306:9,15 330:8 346:8,10
  346:12
**receipt (16)** 302:14,18,22 303:2,16
  303:19,20 304:6,6,16,21 305:3,4
  305:11 334:15 366:23
**receipts (2)** 303:8 304:11
**receive (13)** 10:19,22 12:25 13:6
  13:19 45:16 111:13 132:2 268:21
  315:24 316:4,7,15
**received (18)** 93:24 140:19 164:12
  171:19,20 175:14 177:11 194:5
  217:24 270:17 278:17,20,22
  299:19 320:10 344:21 345:20

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

23

346:15
**receiving (1)** 31:3
**recess (4)** 61:4 146:20 198:12 250:2
**recipient (3)** 302:13 303:5 304:4
**recollect (6)** 199:8 226:10 227:16 239:25 267:3 285:2
**recollection (11)** 16:5 168:15 239:14 263:6 266:13 286:4,16 291:20 293:4 294:8 300:11
**recommendation (1)** 157:23
**record (16)** 4:25 14:3 39:7 61:16 61:18 62:6 92:12 134:13 136:2 146:18 257:21 307:7,10 355:10 361:12 362:14
**Recovery (3)** 191:17 192:12 198:20
**Reduction (2)** 101:22 258:12
**refer (5)** 12:4 39:18,22,24 52:15
**reference (7)** 11:23 49:12 164:24 211:9 238:7 245:4 312:20
**referenced (2)** 180:21 181:5
**referred (4)** 28:24 30:23 35:10 68:8
**referring (11)** 15:15 28:10 29:19 55:14 72:9 79:23 129:20 238:2 299:21 315:15,17
**reflect (3)** 168:14 212:20 227:23
**reflected (1)** 305:9
**reflects (1)** 170:22
**refrain (1)** 15:12
**refreshed (1)** 265:22
**refuse (3)** 254:6 256:8,13
**refuses (1)** 300:21
**regard (16)** 31:22 48:12 58:4,5 73:7,22 144:4 215:15 216:20 235:10,14 244:10 249:22 270:17 279:25 298:22
**regarding (5)** 32:23 72:20 237:4 242:25 271:21
**regardless (1)** 26:13
**regards (2)** 274:19 280:4
**Registration (3)** 198:23 199:5 204:3
**regroup (1)** 198:6
**regular (2)** 75:7 215:17
**reinstated (1)** 78:24
**relate (1)** 214:15
**related (4)** 238:12 265:5 283:16 362:16
**relates (1)** 221:12
**relating (8)** 208:20 238:18 239:15 280:10,11,15 281:14,15
**Relations (8)** 58:20 59:2,6,9,15,25 60:4 68:6
**relatively (2)** 13:23 196:10
**relevant (1)** 99:9

**relied (1)** 140:21
**relief (1)** 104:12
**relying (1)** 140:25
**remained (3)** 93:21 213:7 216:15
**remains (3)** 161:9 232:5 355:17
**remedy (4)** 68:11,13 69:11,20
**remember (77)** 9:9,14 11:6,14,19 13:8 19:4,18,20,23,25 20:6,11,14 20:20 21:10 21:10 23:17,19,24 24:18 26:8,11 30:9 37:2 51:20 85:20 105:9 133:22 134:2,8,10 135:21 150:6 166:14 169:4 183:11,12 199:17 210:19 226:12,24 227:21 237:20 239:11,18 244:6 260:10 263:2,16,21 266:4,5,9,16 267:19 269:5 270:5,9 271:21 274:3 291:25 292:23 294:20,21 297:19 306:18 326:21 329:15,25 330:19 332:4 350:7,9 353:18 359:22,23 359:25
**remove (1)** 245:8
**removed (3)** 240:23,24 242:21
**render (7)** 59:10,18 248:17 249:4,7 249:8,17
**rendered (8)** 58:6 59:16 60:4,12 99:21 100:22 248:20 254:10
**rendering (1)** 110:10
**rep (1)** 239:22
**repeat (7)** 8:13 55:22 61:23 67:20 109:22 245:10 349:24
**repeated (1)** 150:24
**rephrase (7)** 6:11,14 31:25 50:25 256:10 324:12 356:3
**replace (1)** 241:6
**replaced (1)** 220:5
**report (3)** 136:7,11 265:5
**reported (1)** 265:2
**reporter (6)** 1:18 5:10,19 7:8 360:4 362:7
**represent (3)** 4:13 156:15 301:15
**representative (1)** 52:19
**represented (2)** 197:15 345:16
**representing (2)** 6:8 268:12
**represents (1)** 196:6
**request (8)** 258:19,20 263:24 265:24 303:16,20 366:23 369:4
**requested (4)** 193:18 258:16,17 304:5
**requesting (1)** 302:12
**requests (7)** 164:4,10 256:22,24 304:8 365:8 369:3
**require (2)** 196:5 297:4
**required (12)** 54:12 59:3 62:22 70:2 108:9 144:18 184:12 253:18 309:2 333:4,9 341:23
**requirement (1)** 70:22
**requirements (2)** 54:18 314:24

**requires (8)** 75:8,9 94:18 144:16 160:22 310:23 319:2 348:19
**rescission (1)** 227:11
**reserved (1)** 3:14
**resolution (3)** 200:11 206:24 225:15
**Resources (1)** 154:9
**respective (1)** 3:7
**respectively (2)** 228:20 365:21
**respond (1)** 261:7
**responding (1)** 283:12
**response (26)** 5:9 27:12,13 55:6 132:14 138:7,12 167:16 236:13 236:14 243:17 250:8,8 268:15 302:8,12,23,25 315:23 364:12,14 366:7,8,10,14,14
**response's (1)** 132:5
**responsibilities (2)** 43:8,25
**responsibility (1)** 275:21
**rest (3)** 258:25 313:21 347:9
**restate (1)** 160:22
**result (2)** 10:14 146:6
**Resumed (1)** 147:10
**retain (1)** 177:23
**retained (2)** 66:8 98:12
**retalia- (1)** 217:9
**retaliate (10)** 125:21 126:23 127:3 127:6,19,23 128:9,12 143:22 346:21
**retaliated (8)** 32:9 33:22 34:4 144:3 283:9 324:21 326:14 327:16
**retaliating (8)** 31:22 32:4 33:14 116:14,24 130:14 153:3 277:2
**retaliation (130)** 14:18 32:18,23 33:2,5,5,6 72:13,16,17,19 73:3,9 73:13,19,23 96:21 113:3 116:10 116:18 117:6 119:7,18 125:25 130:12 143:16 144:12,14 150:24 151:16,22 153:11 154:20 155:8 157:17 164:17 165:5,20 181:21 181:25 192:15,25 193:13 202:5,8 202:21 208:16 210:11 213:20 214:15,22 215:5,10,12,23 216:8 216:17 217:10 220:15 221:8 222:18 224:8 227:24 229:18 231:20 232:9,13,14,16 233:2,23 233:25 234:12 235:6,23 246:21 253:6,20,22,25 274:23 275:18 276:4,11,13 277:6 278:8 279:9 279:13,22 280:5,8,9,14,17,24 281:4 283:3 310:15,16 311:21 324:2,4,7,15,19,25 325:6,8,22 326:10 328:3,5,12,13,15,22 329:13 330:7 335:15 342:21 345:14 346:20 351:8,15 353:16 354:12,23 355:20 359:5

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

**retaliatory (11)** 31:17 34:9,10
   116:9,13 141:9 217:2,11 255:20
   256:5,17
**retired (1)** 174:2
**return (5)** 163:21 228:14 259:17
   311:4 330:25
**returning (1)** 265:22
**reverse (1)** 242:3
**review (1)** 36:11
**reviewed (5)** 149:10,11 156:8,11
   335:3
**REYHAN (1)** 2:7
**Rhodes' (5)** 250:24 251:4,12
   254:17 256:4
**right (476)** 9:18 12:21 14:4 19:5
   20:11,13 22:19,21 23:4,14 24:2,4
   25:10 30:20 33:9,16 36:24 37:16
   42:10 49:2,17,19 50:4 51:22
   53:12 54:12,25 55:2,18 57:16,22
   58:3,9 60:25 61:2 64:7,8 65:7,18
   65:22,24 66:4,24 68:15,16 69:19
   70:2,4,6,9,18 71:7 72:23 76:11
   76:25 77:15 79:11,16 81:4,17,21
   82:2,5,18 83:4,20,21,23 84:13,17
   84:22 85:8,9 88:2 91:4,9,13,20
   92:23 95:10 97:9,12 98:21,24
   100:7 102:23,25 103:6,11,13,20
   104:2,4,10,25 105:2,22,25
   107:12,20 108:11 109:20,25
   110:4,6,6,12,20 111:7,20 113:11
   113:13,14,18 114:3,18,25 116:22
   117:6 118:4,6 120:22 121:2,20
   122:16 123:7,16,20 124:2 127:9
   127:16 128:2,5 131:4 132:15
   134:11 135:23 136:7,18 137:6
   139:9,15,21,24 140:8 141:24
   142:11,18,24 143:4,4,8,13
   145:13 146:8 147:14 148:7,11,11
   151:9 152:17,25 153:16 157:3,5
   157:23 158:6,12,21 159:13
   165:15,16,18 166:8,19,21 168:11
   169:23 170:15,20,22 171:3,16
   173:8 174:6,10,11,17 175:2,4,5
   175:11,21,23 176:3,5,10,18,19
   176:25 177:3,16,17,21,23,24
   179:19 181:17 182:8,10 183:4
   184:5,5,9 185:14 186:23,23
   187:5 189:11,23,25 190:2 191:2
   191:4,12,22 193:19 198:4,7,10
   199:20 200:17 201:12,22,22,24
   201:25 202:5,9,22,24 203:9,13
   205:5,21 206:4,9 207:23 208:3,5
   208:20,22 209:3,20 212:10,12
   214:16,18 215:24 216:4 217:7,25
   219:10,11,19,21 220:19 221:18
   222:12 223:22 224:20 225:5,19
   227:25 230:5,13,16,19 231:4,13

231:23,24 232:3,19 235:11 238:6
   239:6 242:17,22 243:2 245:9,9
   246:17 247:2,5,9,12,22 248:4,9
   248:13 249:15,23 251:6,21 252:4
   252:25 253:17 254:2,7,15,16,19
   254:23 255:4,11,14,16,17,19
   256:7,13 259:13,22 260:5,8,14
   260:18 261:10 264:6,8,20 265:5
   265:7 267:6 269:7 270:11 272:10
   273:11,12 274:4,16,20 275:5,10
   275:14,18,24 276:5,7,19,21,22
   276:24 277:3,7,12,15,22,25
   278:2 279:14,17,19 280:16 281:2
   281:14,16,18 282:8,12,16,22
   283:3,13 285:5,11,13 286:3
   287:19,25 288:15,17 289:8,10
   291:5,17 292:13,16 295:2,12
   296:15,18,23 297:5,7,13,16
   298:5,14,23 299:4,6,10 300:25
   302:8,17,18,23 303:5,8,11,25
   304:10,12,16,21,22,24 305:6,11
   305:16,18,24 306:22 307:5,22
   308:19 309:14 313:7,11 314:7,9
   314:20 315:3,5,21 316:9 319:18
   320:16,16,25 321:20 326:18
   328:8,10,15,22,23 330:23 331:22
   332:9,25 336:2 340:15,16,18
   343:4,6 344:10,16,24 345:4,11
   346:4,10,24 347:6 348:11 350:13
   350:25 351:16 352:17 355:2
   358:9,19
**rights (8)** 108:20 251:5 255:16
   258:9 274:2 325:15,17,22
**Road (2)** 1:16 2:15
**Robinson (4)** 41:12,13 42:23 44:11
**role (3)** 163:19 196:2 323:15
**Roman (14)** 41:12 43:10,11 44:11
   284:12 291:6,11 292:11 293:15
   294:9,20 295:24 297:20 299:2
**Ronel (23)** 110:15 131:14 133:6
   138:6 155:21 265:2 307:14 312:6
   331:6 333:25 347:23 352:22
   363:24 364:6,11,21 367:7,11,19
   368:7,12,18 369:5
**round (1)** 216:20
**route (1)** 319:5
**rule (2)** 206:14 299:12
**ruled (1)** 249:21
**rules (1)** 6:7
**run (1)** 228:5
**running (1)** 81:13
**Rushfield (102)** 2:17 4:11,13 6:19
   12:7 13:25 15:14 26:21 38:17,23
   39:3,8,16 40:10 50:9 51:25 60:25
   61:6,10,15,19,25 92:11 94:19,25
   102:14 122:9 124:7 131:10
   132:11,16 133:2 137:8 138:2

146:11,16 147:11 150:11 155:17
   160:4 163:23 164:3 167:6 171:5
   178:3 179:2,10 195:8,19,23
   196:21 197:17,25 198:4,7,10,14
   200:4,10 204:11,21 208:25 209:5
   215:7 221:19 224:23 228:15
   234:13 236:8 243:13 250:11
   256:23 257:8,13 259:8,13 261:11
   301:4,20 303:13 307:7,11 311:25
   324:11 328:25 331:2 333:22
   337:24 338:5 347:3,7,16,19
   348:6 352:18 354:15 355:7,11
   357:2 359:9 363:7 365:7
**rwatson@kramerlevin.com (1)**
   2:7

---
**S**
---

**S (4)** 243:13,15,20 366:9
**sake (1)** 346:14
**salary (1)** 128:19
**sanctions (1)** 195:11
**Sara (1)** 173:12
**Sarah (10)** 52:19 172:22,22 199:19
   201:21,24 212:24 222:14 230:15
   243:21
**SAS (3)** 308:10 313:24 330:22
**Saturday (1)** 205:4
**Saturdays (1)** 206:25
**saw (4)** 135:25 207:25 237:21
   260:4
**saying (79)** 25:3 27:8 59:15 78:19
   91:5 99:12 101:14 102:15,18
   103:4,25 104:19 107:18 109:3
   113:19 115:8,11,15 116:12 117:2
   120:5,6,6 122:18,20 126:14,14
   128:3 129:5,14 131:8 144:18
   150:2,6 151:7,11 152:22 155:4
   156:16 157:9 161:4,14 170:13
   184:12 186:18 195:6 214:23
   217:8,25 218:4,5 224:3 227:4
   238:20 247:3 252:24 253:24
   262:13 272:18 291:21 294:13
   296:11,13 298:4 320:3,21,23
   321:13 326:23 334:15 336:24
   342:3,20 351:11,19 352:16 354:7
   355:21 356:13
**says (81)** 41:9,17 42:20 52:11
   53:12 55:19 68:16 69:24 70:3
   71:21 101:4,21 102:2 112:16
   113:16 115:10 131:20 136:23
   139:10 142:6 150:23 171:14
   172:5 190:8 194:19 201:22
   205:17 223:3,6 224:17 233:12
   238:24 240:24 242:5 244:9,19
   245:19 249:12 251:9 258:12
   259:11,11 262:2,16 263:11,17,22
   264:8 265:2,21,23 266:19,23

# Carol Melton v. Poughkeepsie City School District
## June 28, 2018

267:6,21 268:6,14,18 299:18
300:19 308:4,9,13,22,25 309:5
309:22 314:3 315:12 316:4,7,10
316:15 319:21,22 334:16 335:10
341:6 348:13 349:7 354:5
**SBL (4)** 308:10 313:24 317:20
330:22
**SBL/SDL (2)** 318:25 337:5
**scenario (1)** 6:25
**scenes (1)** 159:7
**schedule (11)** 155:23 156:6 262:3
265:3,6 266:24 267:17 268:20
271:22,22 364:22
**scheduling (2)** 267:7 273:4
**school (355)** 1:6 4:14 7:20,22 8:5,8
8:11,17,22 10:11 11:10 12:10,15
13:15 14:21,25 15:6 16:6,14,24
17:3,5,11 18:20,25 19:15,19,24
21:4,9,20,23 22:4,9,15,20,23
23:7,16 24:10,17,20,25 25:13
26:5,9 30:8 31:10,20 32:3,21
36:25 37:22 38:6 41:14,22 42:7,8
42:9 43:18 44:4,13,18 45:17,20
46:5,13,14,18,21,24,25 51:4,7
53:3,15,16 54:16,16 56:2,3 57:8
62:13 67:24 68:23,25 69:4 70:9
70:11 71:22,24 72:4,7 73:11
74:23,25 75:2,12,12,18,21 76:11
78:12 79:10 81:11,12,14,20,20
81:25 82:4,5,6 83:2,3 84:16,24
85:11 86:11,12 88:3,7,8,10,19,20
90:5,9,18,19,21 91:8,9,17,18,18
92:3,16,17,20,22 93:2 94:7,7
95:22 96:10,21,22 97:3,6,11,17
98:2,24 99:2 100:13,16 103:20
104:5,7 105:7,8 106:24 108:9,18
108:25 109:10,13 112:5,8,18
113:9,10 114:6,10 118:13,21
120:5,7 122:22 123:2,17 124:20
131:21 132:3 134:13,15,20 135:8
135:19,25 136:4,8 147:12,13
148:6,15,18 149:3 151:4,7,10,23
152:2,3,15,16 156:7,19 158:18
159:2 164:24 166:3,23 167:9
168:3,5 171:10,15 180:8,10
191:18 198:22,22,23 199:4,4,5
199:14 200:21 201:2,11,19 203:4
203:16,17,18,25 204:2,2,3,15
205:17 207:13 208:20 209:22,23
210:20,22 211:7,22,23 212:4,6,6
212:11,12,21 214:6 221:15,16,22
222:5,6,15 223:7,8,12,14 225:23
225:24,25 226:3,8 228:9,10
229:8,15 231:13 235:11 246:2
247:21 253:2 255:8 262:13
270:19,24 271:2,3,25 274:24
276:10 277:7 278:6,6 279:4,7

280:10 283:21 284:8 286:5,7,8
286:11 287:8 288:4,7,8,10,13
289:19,22,24 290:19 291:23,25
292:20 293:6 295:7 296:2,2
300:20 308:18 314:8 322:13
330:6 331:23 333:14,15,18,19
335:11 336:14,21,21 337:2,7
338:12,14,20,22 347:24 348:9,15
348:16,21,22 349:10 357:13
365:10,13,15,17 368:13
**schools (11)** 18:9 30:6,13,19 40:7
75:19,22,24 76:17 80:6,20 81:17
86:9,17,20 87:21,24 88:12,15
89:10 91:15 97:22 109:23 110:17
110:21 153:25 155:7 261:21
272:10 289:11,14 320:12 340:5
340:10,13 343:5 358:4
**scope (2)** 208:23 209:7
**screen (3)** 301:18,22 303:3
**screenshot (2)** 303:15 366:22
**screenshots (4)** 300:24 301:7,11
366:20
**SDA (5)** 308:10 309:22 313:24
330:22 332:24
**SDL (6)** 308:10 309:22 313:25
317:20 330:22 332:24
**SDL/SBL (2)** 318:13 349:12
**SDL/SDA (2)** 332:8,13
**se (1)** 197:14
**sealing (1)** 3:8
**Sean (3)** 35:6,7 303:20
**searched (1)** 274:9
**second (17)** 41:8 52:22 57:11 96:2
96:12 167:19 238:8,17 242:5
248:9 258:4 267:13 330:3 333:3
334:13,21,22
**Secondary (1)** 314:14
**Section (3)** 101:23 258:9,13
**secure (1)** 34:18
**see (63)** 50:25 52:18,24 55:7,18
56:20 69:18 91:13 99:16 102:12
111:3 123:22 146:16 159:13
160:5 172:20 173:21 176:18
197:4 203:5 205:12 206:11
208:10 209:8 213:10 218:14,18
219:4,6 224:13 225:7,20 228:10
233:18,21 238:20 239:22 248:11
248:12 250:25 251:2 252:13
258:25 259:7 264:3 267:14
273:25 282:19 306:16 307:25
308:2,21,22 309:15,17 312:20
316:16 331:13 335:8 348:12
349:6 354:3 355:5
**seeing (1)** 351:23
**seek (4)** 58:13 127:8 182:14
258:20
**seeking (5)** 68:15 69:11 72:25

242:2 246:10
**seen (10)** 51:11,12 71:10 107:6
136:17 138:15,16,22 149:8
240:21
**sees (1)** 134:13
**segments (1)** 228:5
**selected (1)** 264:12
**selection (2)** 182:23,25
**send (15)** 104:18 126:16 278:10
302:11,14,18,23 303:16 304:6,7
304:16,21 305:10 348:20 366:23
**sending (4)** 261:8 303:2,8 304:11
**senior (84)** 48:16,18 71:6 77:6,18
77:19,22 78:2,16 80:9,25 81:9,23
81:25 82:7,21 86:22 87:4,19 89:2
89:3,17,19 95:21 99:6,7,8 168:20
168:22,23,25 169:3,5,7,9 171:24
172:15,17,23 173:12,15,18 174:8
175:4,23,24 176:9,11,12,15,20
177:11,13,14,16 178:15 182:10
183:17 185:2,10 188:15 191:9
192:11 193:11 199:20 201:24
206:3 207:23 213:8,17 216:6
218:21 220:18 223:20 229:22
230:3,12,15,19 231:4,5,7,11
232:11
**seniority (142)** 46:7,7 47:25 48:13
49:15,16,17 56:14,16 57:23
63:10 64:25 65:18,21 66:3 69:16
69:22 70:16 72:3,6 75:11 76:6,8
76:9,16,17,19 87:10 90:8,10,15
93:22 95:15 96:15 97:21 99:13
101:10,22,23 102:6,10 107:4
108:20 117:25 169:23 170:3,4,6
170:8 171:2,10,15 173:5 174:7
175:3 176:6,6,24 177:2,7 178:7
178:16,21,22 179:22,25 180:7,11
180:19 182:5 183:13,16 184:4,7
184:10,25 185:18 186:24 187:2,5
188:14,15,16,17,22,22 189:3,13
189:15,15,17 190:4,14,19,24
192:6 194:6 206:13,14 216:3,5
216:13,18,18,21 217:12 218:3,13
218:16,17 219:22,23,25 220:3,10
231:16 232:6,23 235:18 241:11
242:3,25 243:6 244:13 245:18
248:2,8,25 249:5,9,11,14,21
254:6,12 256:5 258:12,13 299:18
300:8 365:12 369:6
**Seniority' (1)** 242:6
**sense (2)** 289:25 298:15
**sent (20)** 120:4,4 126:17 128:23
149:9 164:9 266:15 267:2 268:19
268:24 269:3,7 270:14,16,18
271:5 273:13 301:12 304:6 343:2
**sentence (2)** 215:6 267:13
**September (23)** 46:4,18 48:19

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

26

51:19 52:14 53:13 54:17,20
55:19,25 83:25 84:2,2,12,12,16
84:23 85:6 93:8 95:3,13 157:7
279:8
sequentially (1) 10:14
series (5) 155:19 156:4 261:18
312:12 364:20
served (3) 212:11 316:22 322:12
Services (2) 332:3,7
Serving (2) 322:3,5
SESSION (1) 147:2
set (5) 114:9 162:12 247:25 362:11
362:21
sets (1) 282:21
setting (1) 270:9
settle (3) 106:11,12,13
settled (1) 60:20
settlement (5) 60:21 103:5,6,7
106:16
seven (12) 7:13 18:18 20:12 31:8
36:9,10 76:16 205:13,13 211:21
334:3 368:8
severed (1) 215:8
Shannon (1) 200:16
Sharon (7) 168:18 205:22,22 206:3
209:24 222:15 224:17
Shaw (2) 1:15 2:14
she'd (1) 98:5
she'll (1) 197:6
SHEET (3) 370:2 371:2 372:2
sheet(s) (1) 361:12
Sheryl (3) 133:5,10 364:6
Shillingford (36) 168:20 169:9,11
169:15,22 170:2 171:25 172:2,3
172:15,23 173:3,7,9 174:6,11
175:4,4 176:7,24 177:7,20,22
178:8 179:17,23 180:2,10,20
182:16,21,23 185:15,16 206:11
206:17
Shillingford's (2) 170:9 174:13
shortcut (1) 233:21
Shorthand (2) 1:18 362:7
show (14) 61:2 124:13 138:14
139:3 155:15 156:3 171:13
211:10,12 217:19 228:25 259:8
270:25 303:11
showing (21) 131:17 133:9 164:7
167:13 190:18 204:18 221:25
236:17 243:19 250:17 257:19
261:17 303:19 307:19 312:11
329:9 331:10 334:7 348:7 353:3
357:9
shown (1) 259:19
shows (3) 175:21,22,23
sick (3) 112:23,24 227:3
side (1) 93:11
signature (5) 52:10,11,18 236:20

243:22
signed (5) 3:18,21 118:20 257:11
322:24
similar (13) 41:10 42:21,23 43:4,5
43:6,12 45:2 307:4 330:13
331:25 354:17,20
simple (16) 13:23 28:17 32:16
94:13 117:5 150:3 160:7 163:9
179:12 180:2 194:3 195:4 196:10
196:10 311:10 316:12
simplicity (1) 179:13
simply (5) 130:20 140:14 196:3
243:8 342:18
sir (3) 6:20 43:5 141:17
situation (13) 41:10 42:21,24 43:4
43:6,12,13 45:2 113:12 114:6,7
235:19 240:12
six (9) 36:9 292:21,25 293:5,8,10
293:11,12 294:7
skipped (1) 172:13
Small (8) 133:6,10,11 134:6
135:24 136:17,20 364:6
Smith (4) 1:14 209:2 300:23
301:16
somebody (10) 76:16 84:3 88:4
106:22 113:12 158:11 189:4
241:2 289:15 356:6
someone's (1) 289:4
someplace (1) 79:5
somewhat (1) 26:3
soon (1) 348:17
sorry (46) 8:13 12:8 20:24 55:22
56:24 65:10 66:19 67:3 70:12
72:5,22 78:9 79:21 81:24 93:6,16
128:14 134:18 135:5 141:20
147:24 184:17 200:7 204:21
216:16 218:4 222:21 223:5
225:23 226:11 238:13 242:15
245:10 261:22 267:12 270:3
287:10 295:22 299:24 306:17
310:10 317:5 323:11 332:15
349:24 351:12
sort (3) 141:8 163:3 273:24
sound (1) 5:6
sounded (1) 234:15
sounding (1) 197:2
sounds (3) 5:8,11 103:5
source (2) 31:21 337:20
SOUTHERN (1) 1:2
Spanish (1) 162:25
speak (23) 59:20 60:14 116:15
127:7 145:14 189:24 262:12
265:10,13,15 270:10 271:13,15
271:16,18 272:3,8 273:5,7
318:23 329:18 337:13 341:18
speaking (9) 16:17 62:8 266:9,14
266:16 268:3 329:18,20 341:19

speaks (1) 162:25
special (8) 48:7 54:7,11,18,21
62:16 96:16 296:24
specific (5) 117:10 207:19 263:6
297:23,25
specifying (1) 107:3
speculating (1) 194:12
spend (1) 64:2
spoke (4) 133:18 265:20 271:14,20
spoken (1) 300:3
spring (10) 203:20 222:4 223:23
225:24 226:2,8,14 227:20 348:3
368:15
ss (2) 361:4 362:4
staff (3) 51:17 228:19 365:20
stage (25) 52:4,5 55:6 57:10,13
109:11 138:11,24 143:7,8 183:19
236:12,14 243:16 250:7,8 363:18
363:18 364:11,14 366:7,8,10,13
366:14
stages (3) 99:25 102:23 254:19
stalking (3) 150:17 261:25 364:18
stamp (3) 50:22 138:20 313:3
stamped (3) 156:9 241:22 348:12
stands (2) 58:11 229:5
start (16) 5:17 7:13 9:16 42:22
63:22 83:18 85:17,18,19,21
115:21 147:16 148:20 150:25
253:10 359:10
started (12) 9:15 34:9 63:19,23
83:14 85:17 86:4,8 92:24 147:18
147:22 151:11
starting (2) 149:5 164:25
starts (3) 148:10 156:18 229:10
state (28) 1:19 4:6 138:7 142:12
283:20 308:10,25 309:3 313:24
314:14,25 315:6 319:9 321:9,12
330:22 334:18 335:2,11 336:14
336:25 337:7 338:14 341:15
349:11 361:4 362:3,8
stated (6) 54:14 241:21 263:18
310:6 311:3 320:17
statement (8) 161:21 229:3 269:12
269:14,16 281:19 304:3,3
statements (1) 161:20
states (12) 1:2 46:3 51:14 55:7
113:8 226:17,21,21 241:23,23
243:4 244:5
stating (2) 175:16 341:5
status (5) 216:9,12 232:7,24 248:2
stay (2) 198:15 296:16
stayed (1) 93:21
step (18) 53:5 57:9,11,15 58:8 70:7
107:8,11,14 109:11 137:24
183:10,12,19 259:11,12,14,15
steps (7) 57:14 58:4 104:24 137:25
255:13,14 316:4

Carol Melton v. Poughkeepsie City School District
June 28, 2018

27

**Steven (2)** 260:14 261:22
**steward (8)** 122:25 123:4,6,8,12
123:14,19 129:12
**STIPULATED (3)** 3:6,12,17
**STIPULATIONS (1)** 3:4
**stop (2)** 195:15 276:23
**stopped (2)** 42:13 84:11
**stream (3)** 131:13,18 363:23
**struggling (1)** 196:9
**student (2)** 53:14 54:12
**student's (1)** 62:23
**students (13)** 168:4 180:9 209:22
211:23 227:12 297:3,12 347:24
348:8 349:9 350:5 351:14 368:13
**stuff (3)** 130:23 347:8,10
**sub (35)** 149:6 168:10 172:25
174:19 186:22 187:4 189:22
213:7 216:15 217:18,22 218:5,17
218:19,20 235:18 236:2 240:4,5
240:7,11,13,18,20,22,25 241:2,6
247:5,8 286:19 294:22 298:23
299:21,22
**subbing (4)** 290:8,8,9,10
**subject (19)** 107:3 108:10,10
123:24 132:22 133:24 137:5,16
138:6 183:25 227:24 261:24
262:9 277:6 279:21 310:20 357:5
364:11 368:23
**submission (10)** 200:25 201:7
205:16 207:10 208:6 209:10,16
255:22,23 345:25
**submit (5)** 107:12 111:12 112:19
280:18 346:2
**submitted (8)** 107:10 183:10,18
259:16 280:21 331:13 346:3
358:20
**submitting (1)** 255:24
**subs (3)** 171:23 175:19 187:15
**Subscribed (4)** 361:17 370:20
371:20 372:20
**subsequent (11)** 57:2,14 96:22,24
104:24 137:25 218:13 255:13,14
280:21 316:3
**subsequently (3)** 145:25 217:23
242:13
**substance (2)** 105:21,24
**substantially (1)** 342:25
**substantive (1)** 268:21
**substitute (37)** 41:17,24 42:14
186:7 199:23 206:12,13 222:16
223:23,25 229:12,25 230:11
231:10 237:5,19 240:3 283:23
284:3,7,14,16,18,21 285:14,17
285:19 287:5,7,21,22 289:3
290:4 295:7 296:7,10 321:8
**substituted (8)** 284:17 287:9,11,12
287:17 289:15 295:10 299:10

**substitutes (2)** 186:8 295:24
**substituting (2)** 289:6 295:8
**substitution (2)** 289:17,18
**successful (2)** 309:6,16
**sue (1)** 58:16
**suing (1)** 32:21
**summer (27)** 198:21 199:4,13,14
199:15 200:21 201:3 203:4,18,19
203:21,25 204:2 238:9,10,11,18
239:16 241:11,14,24 242:6,8
299:17,19,23 300:7
**superintendent (14)** 110:17,21
132:4 153:24 154:12 155:6
158:15 261:21 272:9 340:4,10,13
343:5 358:3
**supervision (2)** 358:2,15
**supervisor (2)** 333:13,17
**supervisory (3)** 333:5,7,12
**support (8)** 53:14 183:24 220:13
232:25 235:21 285:6 311:20
325:20
**supports (2)** 233:25 234:11
**supposed (6)** 53:20,23 101:17
170:5 183:2 318:8
**sure (53)** 8:15 17:25 18:4 24:24
25:24 55:23 67:21 71:15 80:24
82:18 88:10 109:23 115:19 117:4
122:21 134:25 135:14 147:25
162:25 173:24 179:15 203:10
204:22,23,25 205:20 207:7
211:19 214:4 237:2 239:9 248:20
252:2 258:15 271:6 275:4 279:2
285:4 286:23 288:3,16 292:17
299:25 300:2 311:9 324:10,13
338:5 339:5 353:18 354:17 355:7
360:3
**surprise (3)** 278:23,24 324:17
**switch (1)** 225:13
**sworn (6)** 3:18,21 361:17 370:20
371:20 372:20
**sworn/affirmed (3)** 4:4 147:7
362:12
**symptoms (1)** 293:5
**system (11)** 136:12,14,17,18,20,21
136:25 141:11 288:21 357:11
358:16

---

**T**

**T (13)** 1:17 4:6 250:5,18 251:23
252:2,6,19 258:24 259:9 362:6
362:23 366:12
**take (31)** 5:11,19 6:22 7:2,9,10,13
7:15 27:11 83:12 97:15 105:11
132:17 141:14,18 143:3 184:3
188:22 196:12,19 197:24,25
198:11 255:9 256:24 261:19
262:22 270:8 319:8 355:4,8

**taken (17)** 1:16 6:2 34:11 61:5
142:12,16 146:20 198:13 220:6
242:23 250:3 273:11 329:19
361:9 370:5 371:5 372:5
**takes (1)** 242:10
**talk (8)** 6:23,23 124:2 203:22
250:22 285:16 300:17 351:25
**talked (2)** 75:10 205:7
**talking (35)** 13:16 14:23 15:21
56:24 57:2,4 68:20 70:7 76:7
80:19 126:8 151:20 155:9 157:13
163:6 165:7 167:5 186:6 209:10
237:16 238:17 246:3 276:15
281:21 282:3 285:8 289:17,18,20
293:3 300:2,5 305:14 319:12
353:23
**talks (9)** 101:8 167:21 181:3 205:2
225:18 238:10 244:18 245:15
281:17
**TAs (1)** 175:13
**tasks (1)** 265:23
**taxi (4)** 261:8 270:14,17,19
**teach (6)** 334:4 335:4 358:2,4,14
368:10
**teacher (57)** 17:19 21:22 36:18
37:4 111:23 112:14 165:7 169:18
285:19,20,21 287:11,12,22,23,24
290:9,10,11,13,14,23 295:9
296:10 297:9 309:7,8,17 314:4,4
314:5 320:15,24 321:6,7,8,10,21
321:23 322:3,5,12,18,19,25
323:13 357:6,12,13,16,24 358:3
358:8,11,15,20 368:24
**teacher's (2)** 113:25 289:5
**teachers (13)** 36:14,16 46:23
51:16 66:23,25 67:3 86:15
295:14,15,20,25 299:8
**teachers' (1)** 35:9
**teaching (202)** 8:2,9,18 16:4 41:18
41:18,24 42:3,14,14 43:9,18 44:7
45:4 48:7,16,19,22 54:6,11 55:2
56:15 62:18 65:16,25 66:7 67:2,3
67:6,8,11,14,17,21 69:22 70:17
70:24 74:24 75:16 76:10,22,24
77:3,5,7,10,14,18,21,25 78:16
79:10,19 80:9,25 81:3,5,24,25
82:16,21 83:2 84:4 86:18,22 88:5
88:21 89:13 91:17 92:18 94:7
98:15 101:19 109:8 111:19
118:19 148:24 157:15 158:17
164:11,15,19 165:9 166:6,23
168:11,17 169:18 170:15,18,24
171:9,15 174:3,6,20 175:8,10,20
175:24,25 178:19 179:17 185:5
185:12,23,24,25 186:2,4,12
188:24 189:22 190:9,12,13 191:2
191:5,9,10 192:11,12 198:20,21

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

201:3 202:16 203:16 205:23
207:2 208:9 211:21 212:22 213:7
213:15,16 214:8 215:16 216:15
216:22,25 221:12 226:8,14
227:19 229:10,12,15,20 230:2,8
230:11 231:2,10,12 232:2 233:20
233:22 234:5 235:4,10,16 237:7
237:15 239:15 240:6 241:14,25
244:14 245:19,21 247:20 248:3
249:22 280:15 285:11,12,13
287:4 290:8,12 292:5,19 293:22
294:21 295:5,18,20,22 296:17
297:4,10,11 299:8,10,22 305:15
305:19,22 314:6 323:6,8 365:12
**tech (4)** 35:9 36:16,18 37:4
**technical (1)** 36:14
**technician (2)** 17:21 22:2
**technological (1)** 303:24
**technology (35)** 17:17,19,24 18:4
21:18,22 22:7,11,15,24 23:3,9,15
24:5 34:17,24 37:16,19,21 53:25
306:3,9 307:17 308:23 331:7,12
331:19 332:2,7 352:24 353:5,10
367:9,20 368:20
**telephone (2)** 7:9 266:11
**tell (43)** 4:24 6:13 9:8 15:20 17:15
19:3 23:3,25 25:11,21 34:2 39:10
59:7 60:2,16 61:11 105:24
123:11 151:19 175:18 189:17
194:25 236:22 237:9 238:7 244:7
257:9,25 263:19 265:13 267:25
271:11 272:5 273:6 278:13
286:19,20 295:6 321:5 327:18
330:16 337:20 349:7
**telling (31)** 21:5 26:2 39:12 60:3
62:23 78:11,13,15 79:2 80:3 83:5
95:5 103:18 116:23 130:9 236:5
245:17 270:10 272:14,17 273:5
281:10 290:2,21 298:17 320:2
330:16 334:25 340:23 343:24
356:4
**term (3)** 47:10 50:2 343:10
**terms (28)** 19:18 25:21 28:23
49:21 65:3,13,17 66:2 68:5 72:16
93:5,7 94:4 96:18 97:14 99:12
104:13 108:19 109:19,25 184:8
229:20,23 238:21 293:2 295:4
320:18,21
**testified (5)** 6:4 16:3 39:14 65:7
162:5
**testifies (2)** 4:7 147:8
**testify (1)** 318:22
**testifying (1)** 352:15
**testimony (40)** 7:13 16:7,9 17:7
25:11 29:24 34:12 56:13 69:19
95:7 102:16,25 109:24 113:21
114:5,10,12 115:4 120:11 152:21

191:14 272:17 293:7 294:10
300:13 317:18 319:24 335:18
341:4,9 350:3 352:10,12 361:9
361:13 362:11,14 370:5 371:5
372:5
**text (6)** 131:2 267:2,2,9,23 268:14
**thank (10)** 40:5 75:3 94:15 233:19
249:25 256:20 311:4,24 359:16
360:2
**Thanksgiving (1)** 265:22
**thereabouts (2)** 324:19 334:12
**they'd (1)** 354:6
**thing (18)** 25:15 63:5 68:2 105:12
151:14,21 153:18 161:22 180:5
207:7 224:14,15 243:3 247:15
258:6 263:25 323:8 359:17
**things (19)** 4:19 6:15 43:22 51:6
209:6 246:25 247:11,12 277:3
281:18 282:2,4,15 302:5 334:19
338:9 348:25 349:4 358:13
**think (61)** 24:12,14 38:21 39:5,6,8
39:14 40:24 56:12 63:21 65:6
76:5 87:22 88:6,9 95:6 97:3,11
130:3 134:24 135:10 144:17
154:19 173:14,21 179:7,11,14
182:12,18 183:12,19 188:5 197:4
197:22 198:17 200:15 203:19
207:4 210:16 211:16 219:17
220:20,25 230:18 244:6,16
246:15 253:4 271:22 272:15
283:6,7 286:21 298:16 302:4
306:20 323:7 347:4 357:11,25
**thinking (4)** 116:16 120:2 163:17
328:19
**third (9)** 57:13 167:19,21 181:2
234:16,18,20 244:13 245:18
**thought (9)** 21:7 74:18 118:14
156:25 184:17 210:24 252:5
259:7 360:2
**Thousand (1)** 151:6
**three (29)** 14:16 16:15 23:18,23
25:7 89:11 186:11 204:22 212:16
212:18 215:18 219:10,22 225:21
265:19,20 292:9,11,14,15,16
300:24 312:8 322:9,14,20 331:7
367:12,21
**three-and-a-half (23)** 120:16,17,20
121:2,5,6,18 124:4 128:19
129:13 131:9,21 132:4 141:14,22
142:4,6,17,19 144:5 146:2,5
153:13
**three-day (2)** 226:6 228:5
**three-page (2)** 307:13 367:6
**three-week (2)** 266:6,7
**throws (1)** 240:17
**Thursday (4)** 262:3 263:25 267:8
267:18

**till (4)** 7:15 84:2 135:25 191:15
**time (102)** 3:14 5:7,20 9:10 12:17
34:23 43:13 46:15 63:25 64:3,12
75:23 76:3,20 84:25,25 85:5 86:3
86:9 88:10 96:2,12 104:5 106:10
108:15,16,24 110:18 113:14
119:8,10 121:23,24 122:2 124:18
124:19 125:8 133:20,25 134:4,12
135:10 145:9 147:3 149:7 154:25
155:9,12 158:25 161:6,21 162:13
173:25 177:10 208:8 220:17
221:13 222:24 224:12 233:3
234:16,18,20,25 256:18 263:13
265:4,25 276:6 282:7 286:2,6,10
293:8 294:9 297:18,21,22 311:18
311:23 325:4 327:7,8 328:24
335:6 339:13,17 340:2 346:25
347:12 350:12,22 351:9,18,19
352:7 355:8,24 356:23 358:6
359:7 360:7
**timecard (2)** 111:12 112:19
**timeframe (2)** 132:21 136:25
**times (4)** 14:16 196:9 291:10 323:4
**TIMUR (1)** 2:10
**title (22)** 17:22,25 18:5,5 22:3 25:4
25:6,8 26:2 42:25 131:23 133:14
189:18 264:10,12,17 273:17
332:4 333:16 353:19 354:16,18
**titled (3)** 27:5 50:13 363:14
**titles (15)** 9:8 18:13,15,16 22:25
23:3,7 25:18,23 26:3 43:24
329:16 330:13 354:19,19
**today (14)** 51:11 119:9,11 138:16
138:17 156:9,12 157:13,14
159:15 164:10 195:25 263:18
300:13
**told (34)** 18:22 19:2 20:5 49:13
66:12 73:7 80:7 82:12 91:14 94:3
95:5 96:6 109:7 113:24 148:20
165:12 190:20 194:21,22 209:2
216:9 220:25 230:18 261:8
264:24 275:20 277:15,18 278:22
323:4,5 328:4,8 342:8
**tomorrow (1)** 263:24
**top (3)** 200:5,8,25
**Torres (1)** 261:23
**total (1)** 76:20
**track (1)** 204:12
**Tracy (2)** 329:4 367:14
**traditional (3)** 315:25 318:5,6
**Tran (1)** 318:7
**transcript (8)** 5:12 197:11 361:8
361:10 362:13 370:4 371:4 372:4
**transfer (22)** 52:14 53:13 56:19,24
57:2 63:25 64:16,17 65:3 66:18
69:6,15 95:18,18 96:2 101:2,8,12
102:3,7 108:20 242:9

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

**transferred (46)** 46:5,10 47:2,25
  48:14,23 49:16,18 53:21 54:15
  54:19 55:20,20 56:2 64:8 65:10
  65:12,22,25 66:2,9,21,23 67:6,9
  67:12,15,19,23 68:3,23,24 69:10
  85:7,8,10 93:20,22,25 95:15,16
  95:17,20,21,24 96:12
**transferring (1)** 46:6
**transfers (20)** 50:14 56:17,21
  64:11,22 68:7,12 69:23 70:17
  93:8,8,9 95:4,13 96:5 101:4
  108:10 252:25 363:15 369:5
**Transitional (22)** 318:6,9,10,11
  319:4 334:18 335:2,10 336:4,14
  336:25 337:3,6 338:14 341:6
  344:14,20 345:2,6,10 349:13
  357:25
**transportation (1)** 262:4
**treated (4)** 41:11 42:13,22 45:2
**trial (1)** 3:15
**tried (2)** 267:4 353:24
**true (14)** 109:12 123:21 126:12,15
  127:12,12,14,25 129:25 148:22
  162:22 302:12 361:12 362:13
**truth (1)** 130:9
**try (4)** 5:10 318:20 356:6 357:19
**trying (21)** 60:7 128:24 130:14
  196:18 197:22 210:19 214:20
  217:14 220:9 226:25 227:5
  247:14 272:24 302:5 316:16
  321:3 326:8,24 327:17 353:22
  354:2
**ttusiray@kramerlevin.com (1)**
  2:10
**turned (1)** 258:19
**TUSIRAY (1)** 2:10
**twenty (3)** 135:13 152:5,7
**Twenty-two (1)** 300:19
**two (83)** 5:19 6:16 18:9,10,12,13
  18:19 19:7 25:7 26:7 29:8 30:6,7
  30:13,19 40:7 41:12 44:18 64:5
  64:19 68:8 83:19 87:16 93:9
  98:25 100:18 102:23 109:23
  111:10,11,12 112:18,20 113:9
  121:8,12,17 151:6 164:9 190:15
  198:3 199:11,12 212:22 219:2,5
  225:3 230:22 235:11 256:9
  265:24 268:19 269:2,6 284:8
  285:9,13 286:4,6,19 287:8 293:3
  293:4,7,9,19,19,19,21 294:7,14
  295:5,12,14,14 314:23,24 334:5
  338:23 339:5 342:23 352:18
  358:10
**two- (1)** 266:6
**two-day (1)** 228:7
**two-page (8)** 171:8 250:7 331:8
  334:3 365:12 366:13 367:21
  368:9
**two-pages (1)** 199:25
**type (2)** 131:25 322:22
**typed-in (1)** 117:10
**typewritten (1)** 55:10

---

**U**

**U (4)** 257:5,16,19 366:16
**U.S (1)** 40:21
**Uh-uh (1)** 38:3
**unapproved (2)** 142:17,20
**uncertified (1)** 321:25
**uncomfortable (4)** 262:17 271:10
  272:2,6
**uncommon (1)** 4:18
**underlined (3)** 335:9,25 341:5
**underlying (1)** 244:8
**understand (78)** 4:23 5:3,4,23 6:12
  7:4,12,16 16:25 25:19,22 31:5
  32:7,14 33:15 42:16 43:3 56:13
  72:23 78:10 80:2,16,24 90:7
  91:12 102:14 103:17 120:25
  122:19 126:13 136:21 140:5,7
  146:4 156:14,20,22,23 158:14,18
  175:17,17 179:11 188:17 196:16
  206:23 208:22,24 214:14,14
  216:5 231:16,25 236:5,7 242:22
  247:14,19 252:4 256:2 278:20
  285:4 292:25 297:15 299:12
  301:25 302:6 325:23,25 326:3,4
  327:22 349:3 354:15 355:17,23
  356:4,13
**understandable (1)** 25:23
**understanding (14)** 80:10,13
  86:21 108:5 118:21,23,24 119:2
  129:15 147:18 262:21 273:9
  300:12 320:4
**understood (11)** 5:2 70:10,14 86:4
  113:11 157:25 158:6,9 234:14
  254:11 283:7
**unfilled (1)** 37:25
**union (142)** 49:2,5,7,9 50:4 52:18
  57:21 58:16,21 59:3,7,10 60:4
  99:19 100:4 104:16,21 106:18
  107:16,17,20,25 108:7,12,13,15
  108:18,23 109:2,6,11,12,16
  120:19 121:4,12,20,23,24 122:2
  122:3,6,14,15,20,22 123:2,7,11
  123:15,16,18 124:3,14,21,22
  125:5,9 126:17,17 129:3,4,10,13
  129:18,23 130:6,6,21 131:7,22
  133:19,24 134:14,15,16,19 135:4
  135:9 136:2,3,4,8,13 137:12,17
  138:25 139:8,11,16,21 140:2,3
  140:20,22 141:2,2,7,11 142:7,17
  142:21 143:10,21,24 144:3,5,10
  144:15,20 145:6,8,10 146:6

---

**171:19** 183:24 184:3,22 188:18
  190:5 194:22 195:7 239:22
  242:12,18 245:20 248:13,24
  254:21,24 255:2,3,6,7,7 299:16
  326:16,19 327:4,9,11 364:8
**union's (7)** 108:5 109:18,25
  139:14,18,19,23
**unit (1)** 49:2
**UNITED (1)** 1:2
**universe (1)** 14:25
**university (2)** 308:6 337:4
**unlawful (1)** 325:2
**unnecessary (1)** 347:10
**unprecedented (2)** 120:3,6
**unsure (1)** 144:13
**untoward (2)** 78:25 212:7
**use (10)** 11:23 50:2 69:21 70:16
  129:4,17 133:24 134:4,16 230:7
**usually (1)** 304:18
**utilized (1)** 131:21

---

**V**

**V (4)** 261:11,13,18 366:18
**vacancy (1)** 242:9
**vacant (1)** 85:15
**Van (2)** 1:16 2:15
**variation (1)** 25:5
**various (4)** 5:8 37:13 62:19 268:11
**verbal (1)** 5:13
**verbally (1)** 5:13
**verbatim (1)** 242:11
**viable (1)** 55:8
**Vicki (1)** 45:8
**Victor (1)** 261:11
**videos (1)** 36:11
**VII (3)** 264:10,12,17
**VIII (1)** 258:8
**violated (3)** 72:6 101:22 258:7
**violating (2)** 117:25 297:12
**violation (4)** 100:9 101:9 115:15
  258:2
**violations (2)** 325:15,17
**voice (2)** 16:21 160:3
**voices (1)** 5:19
**voluntarily (3)** 48:22 258:18,19
**voluntary (1)** 68:12
**volunteer (3)** 70:25 71:3,5
**volunteers (3)** 242:3,4 258:21

---

**W**

**W (3)** 301:7 305:9 366:20
**W-a-r-i-n-g (1)** 88:17
**W-a-r-r-i-n-g (1)** 88:18
**Wagner (2)** 1:16 2:15
**wait (5)** 5:20,21 240:17 245:5
  261:7
**waited (1)** 95:11

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

**waiting (9)** 146:12 189:16 267:10
267:24 268:6,8 325:11 326:12
329:23
**waived (1)** 3:10
**walking (1)** 131:5
**want (60)** 4:19,20 25:24 32:13 35:4
37:22 59:5 61:21 62:7 68:18,21
80:10 82:3,3,4,18 83:3 91:12
92:8 103:22 104:19 115:12
122:13,19 124:6 131:5 137:3
153:7 165:23 179:15 180:16
193:10,22 194:23,25 195:21
196:12,13,22 197:7,18,18 207:7
235:2 261:19 285:4 299:15
300:16 301:14 302:14,18 304:6
304:16,21 313:15 337:15 340:25
347:17 354:9 359:17
**wanted (13)** 69:10,18,20 128:9
141:21 143:22 145:23 237:23
250:24 276:23 341:2 354:6 360:3
**wants (4)** 179:4,4 197:17 359:10
**warrant (1)** 129:12
**Warring (3)** 88:14,16 221:14
**wasn't (25)** 57:10 62:22 78:15
85:16 91:3 92:2,15 93:11 137:23
140:2 141:25 157:3 182:5 190:17
191:8 218:5 220:12 264:16 282:7
305:3 324:5 328:8,9 355:18,19
**water (2)** 313:14,16
**Watson (107)** 2:7 6:21 10:4 11:12
13:24 15:11,22 16:18,20,23 19:9
26:19 27:6 28:12,18 29:5,13
30:15 31:12,24 32:5,11 34:6,20
37:9 38:15,21 39:2,4,12,23 44:21
49:23 61:8,13 94:17 102:13
107:23 119:15 122:7,11 127:4
132:9,15 139:25 141:16,19 145:3
157:19 160:2 163:7 177:25
178:25 179:7 184:16 185:20
187:11 188:20 189:7 190:6,11,22
192:20 193:15 195:14,21 196:16
197:16,21 198:3,5,8 200:2,9,14
200:17 204:19,24 208:17 209:4
210:13 214:10 215:2 220:8
222:20 238:14 241:19 256:21
257:6,12,14,23 258:16 259:10,25
270:2 301:19,22 310:3 320:19
337:22 347:6,13 351:2 355:4
360:4,6
**way (20)** 10:7 12:3 47:22,23 48:3
48:11 63:9 90:7 157:4 192:8
196:24 202:13,14 259:5,6 261:10
321:20,22 337:17 362:18
**we'll (11)** 7:9 117:13 135:23
167:24 183:9 198:8 199:9 224:24
240:24 333:21 356:24
**we're (22)** 7:6 15:21 25:24 68:19

146:12 155:9 157:13 165:7 167:5
179:15 189:6 192:3 200:2 201:6
211:19 230:21 237:16 257:20
289:24 298:9 347:5 356:5
**we've (40)** 97:2 111:3 123:22
167:14 172:20 216:4 225:20
228:25 230:9 232:6 236:18 240:5
240:7,9,21 261:17 280:7 296:23
334:8 359:14
**week (14)** 111:8 112:17 113:6
114:15,16 115:7,23 116:11
117:12,24 152:11 167:17 265:3,6
**weeks (10)** 27:11 64:5 113:9 164:9
265:19,20,24 268:19 269:2,7
**went (15)** 37:25 55:5 56:14 57:14
83:24,24 84:15 103:3 134:12
135:25 183:11 191:21 207:2
235:3 260:6
**weren't (16)** 69:6 90:25 109:14
114:19 120:17 123:8 130:20
131:8 139:8,24 140:18 143:3
146:7 227:24 253:18 302:7
**WESTCHESTER (1)** 362:4
**WHEREOF (1)** 362:20
**whichever (1)** 81:5
**white (42)** 37:12 52:21 65:24 66:22
66:25 67:5,8,14 77:10 125:14,15
169:12 172:18,19 173:10,16,25
174:2,23 176:2,10 178:16 179:16
181:13,14,15 187:14,21 189:22
190:15 219:13,16 220:5 295:14
295:15 339:21 341:3 342:4,17,18
343:12,15
**Williams (35)** 110:19 132:4 150:16
155:7,22 156:5,19,25 157:3,6,21
158:10,15,23 159:12 160:10,25
161:10,16,24 162:23 163:10,12
261:21,24 262:2,21 263:22
340:24 342:13 357:5 358:3
364:17,22 368:23
**Williams' (3)** 161:12 162:12,19
**Winding (1)** 347:3
**wish (7)** 6:10 21:3 81:5 94:23
370:4 371:4 372:4
**withdraw (14)** 26:14 57:6 70:13
79:15 84:13 93:6 111:17 135:5
167:18,22 221:15 225:2 234:4
335:23
**withdrawing (1)** 193:22
**witness (14)** 4:9 15:17 94:23
131:17 146:15 179:3 195:9,18
260:2 347:15,18 362:10,20 363:5
**wondering (1)** 271:9
**word (1)** 243:6
**wording (1)** 49:25
**words (8)** 25:5 42:8 105:20,23
111:22 257:25 258:2 270:11

**work (17)** 5:10,18 131:25 133:15
161:5 223:10,11 241:13,24
245:22,23 258:10,18 265:22
321:8 326:16 337:17
**Workday (2)** 258:9,10
**worked (6)** 76:13,14 90:10,13
91:16 131:24
**working (11)** 54:2 63:19,20,22,23
64:3 76:10 92:3,15 136:9 283:24
**works (9)** 76:19,20 80:11,14 90:8
133:12 223:8,12 317:9
**worth (1)** 190:21
**wouldn't (14)** 54:5 140:9,11 187:3
192:18 202:3 207:20,22 271:12
320:15 324:17 346:21 349:23
350:2
**wrap (1)** 250:14
**wrapped (1)** 359:15
**writing (7)** 129:24 131:19 139:23
140:2 142:6 251:17,18
**written (5)** 127:8 266:23 269:12,13
269:15
**wrong (5)** 59:11 60:5 228:8,8
332:15
**wrote (9)** 24:4 111:9 125:17
127:11 128:15 132:24 316:18
349:2,6

| X |
| --- |

**x (7)** 1:3,8 303:13,15 321:8 357:23
366:22

| Y |
| --- |

**Y (4)** 307:11,13,20 367:6
**yeah (13)** 64:6 66:14 87:16 105:25
152:13 153:17 211:17 219:17
225:14 236:6 247:6 273:13,21
**year (175)** 8:11,22 10:11 11:11
12:10,15 13:15 14:21,25 15:7
16:6,14,24 17:3,12 18:20,25
19:15,19,24 21:4,9,20,24 22:4,9
22:16,20,24 23:8,16 24:11,17,21
25:2,13,16 26:5,10 30:8 31:10,20
32:3 36:25 37:22 38:6 41:22 42:8
42:9 44:4,13 46:18,21,25 48:14
48:23 62:12,13 66:24 67:7,12
71:24 75:12 78:25 79:11 84:17
84:24 85:11 87:15 89:21 91:8,9
91:17,18 94:7 96:21 97:3,6,19
98:3,5,7,24 99:2 100:13,16
103:20 104:5,7 105:7,8 106:22
106:23,24 108:18,25 109:3,10,13
113:9,10 114:10 118:14,21
122:23 123:2 124:20 134:13,16
134:20 135:8,19,25 136:4 151:4
151:8,10 152:3,15,16 156:7
158:18 159:2 164:24 166:23

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

31

168:4,12,15 171:10,16 180:9
208:2,3,20 209:22 210:20,23
211:7,22 212:6,6,11,12 221:16
223:14 228:9,10 229:8,15 231:13
245:22,23 246:2 247:21 258:10
276:10 277:7 278:6,7 279:4,7
280:10 286:7 291:23,25 293:6
295:7 300:20 319:11 330:6 333:5
333:6 336:21,21 365:13
**years (65)** 16:15 41:15 42:7 44:18
45:17,21 72:2 74:4 76:14,15,16
76:16,18 79:8 83:19 87:16,18
89:8 90:5,11,14,17 96:22 98:25
109:18,21,23 166:3 235:11
283:21 284:9 286:5,6,8,11 287:8
288:4,7,8,10,13 289:8 290:19
292:20 293:23 294:25 295:2
296:2 298:2 309:6,8,16 322:9,14
322:15,20 323:6,8,14 331:24
338:23,24 339:3,6 357:23
**yelling (4)** 195:15,15,20,22
**Yep (1)** 333:9
**York (27)** 1:2,16,19 2:5,5,15 4:6
308:9,25 309:2 313:24 314:14,25
315:6 319:9 330:21 334:18 335:2
335:11 336:14,25 337:7 338:14
349:11 361:4 362:3,9

---

**Z**

**Z (4)** 312:2,4,12 367:10

---

**0**

**000019 (2)** 52:4 363:18
**000020-21 (2)** 250:7 366:13
**000042 (2)** 52:5 363:18
**000043 (2)** 52:4 363:17
**000045 (2)** 52:5 363:19
**000048-51 (2)** 228:20 365:21
**000072 (2)** 236:14 366:8
**000073 (2)** 250:9 366:14
**000074 (2)** 138:12 364:15
**000076-77 (2)** 138:7 364:12
**000080-81 (2)** 236:13 366:7
**000082-83 (2)** 243:17 366:10
**000113-17 (2)** 155:24 364:23
**000125-26 (2)** 347:25 368:14
**000167 (2)** 150:18 364:19
**000169 (2)** 261:15 366:19
**000180 (2)** 228:21 365:22
**000190-191 (2)** 228:22 365:22
**000192 (2)** 131:15 363:24
**000225 (1)** 133:6
**000226-29 (2)** 228:19 365:20
**000230-34 (2)** 155:24 364:23
**000257-58 (2)** 347:25 368:13
**000259-60 (2)** 348:3 368:15
**000292 (2)** 124:10 363:21

**000294 (2)** 261:15 366:19
**000295 (2)** 261:14 366:19
**000327 (2)** 352:22 368:19
**000348 (2)** 357:7 368:24
**000350 (2)** 261:14 366:18
**000385 (2)** 348:4 368:16
**000392 (2)** 352:24 368:20
**000755-1 (1)** 362:24
**000296 (2)** 228:22 365:22
**01:31 (10)** 147:2,3,4,5,6,10,11,12
147:14,15
**01:32 (12)** 147:18,20,24,25 148:2,4
148:5,6,8,9,12,13
**01:33 (9)** 148:18,20,22,23 149:4,8
149:11,12,14
**01:34 (8)** 149:17,18,23,24 150:2,3
150:6,8
**01:35 (2)** 150:11,13
**01:36 (5)** 150:21 151:2,3,5,7
**01:37 (10)** 151:10,11,13,14,17,19
151:23,25 152:3,4
**01:38 (14)** 152:5,7,8,9,10,11,13,14
152:17,18,22,24,25 153:2
**01:39 (13)** 153:4,7,12,14,15,16,17
153:18,23,24 154:2,3,5
**01:40 (17)** 154:6,8,10,12,13,15,16
154:18,19,22,24,25 155:2,3,5,9
155:11
**01:41 (5)** 155:12,14,17,18 156:3
**01:42 (4)** 156:8,10,11,13
**01:43 (6)** 156:14,22,23 157:4,5,9
**01:44 (10)** 157:11,12,13,19,20,24
157:25 158:7,8,9
**01:45 (7)** 158:13,14,20,21 159:3,4
159:5
**01:46 (13)** 159:8,9,10,14,15,21,22
159:24,25 160:2,4,6,8
**01:47 (10)** 160:15,16,18,19,21,23
161:3,7,8,9
**01:48 (7)** 161:16,17,20,21,23 162:2
162:3
**01:49 (11)** 162:11,15,17,18,20,21
162:23 163:5,7,8,10
**01:50 (5)** 163:14,17,18,20,21
**01:51 (3)** 163:23,25 164:7
**01:52 (4)** 164:18,21,22,23
**01:53 (10)** 165:9,11,14,15,17,18,22
165:23,25 166:2
**01:54 (11)** 166:6,8,9,10,11,14,15
166:16,20,21 167:2
**01:55 (4)** 167:4,6,7,13
**01:56 (1)** 167:19
**01:57 (7)** 167:24 168:8,9,13,14,16
168:17
**01:58 (20)** 168:22,23,24,25 169:2,3
169:4,5,6,7,8,9,10,11,13,14,16
169:17,20,21

**01:59 (19)** 169:24,25 170:4,5,7,8
170:10,11,12,13,16,17,21,22,23
170:24 171:2,4,5
**02:00 (8)** 171:7,13,17,18,19,21,22
171:23
**02:01 (16)** 172:2,3,4,5,6,8,9,10,12
172:13,14,16,17,19,20,22
**02:02 (16)** 172:24,25 173:4,7,9,10
173:11,12,14,15,17,18,20,21,23
173:24
**02:03 (12)** 174:4,5,8,10,12,13,15
174:16,18,19,22,23
**02:04 (6)** 174:25 175:2,6,7,12,17
**02:05 (10)** 175:22,23 176:4,5,11,12
176:14,15,17,18
**02:06 (22)** 176:20,21,22 177:2,3,4
177:5,9,13,14,15,17,18,19,20,21
177:22,25 178:3,5,6,7
**02:07 (14)** 178:10,11,12,13,14,17
178:18,22,23,25 179:2,7,10,14
**02:08 (15)** 179:20,21,24,25 180:4,5
180:7,12,13,14,15,19,23,24
181:2
**02:09 (3)** 181:7,8,10
**02:10 (8)** 181:11,14,15,18,19,22,23
182:3
**02:11 (13)** 182:4,8,9,11,12,14,15
182:22,24 183:2,4,6,7
**02:12 (5)** 183:9,11,18,21,22
**02:13 (18)** 183:23,24 184:2,3,6,7
184:10,12,14,15,16,17,18,20,21
184:22,24,25
**02:14 (18)** 185:8,9,11,13,15,16,17
185:19,20,21,22,24 186:3,4,6,8,9
186:10
**02:15 (19)** 186:14,15,16,17,18,19
186:20,21,24,25 187:3,4,6,7,11
187:12,13,14,16
**02:16 (21)** 187:17,18,19,20,21,22
187:23,24,25 188:2,3,4,5,9,10,11
188:12,14,16,20,21
**02:17 (12)** 189:2,3,7,8,9,11,18,19
189:20,21,24,25
**02:18 (8)** 190:2,6,7,8,10,11,12,20
**02:19 (8)** 190:22,23 191:4,6,12,13
191:15,16
**02:20 (12)** 191:17,20,21,23,24
192:2,3,5,7,8,9,10
**02:21 (7)** 192:16,18,20,21 193:3,5
193:8
**02:22 (12)** 193:15,16,17,19,20,21
194:2,3,5,8,11,12
**02:23 (9)** 194:14,15,18,21,25 195:6
195:8,14,19
**02:24 (6)** 195:21,23 196:12,16,21
197:2
**02:25 (13)** 197:5,13,16,17,21,25

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

198:3,4,5,7,8,10,12
**02:38 (5)** 198:14,15,18,25 199:2
**02:39 (12)** 199:7,8,9,10,17,19,21
199:22,23,24 200:2,4
**02:40 (11)** 200:9,10,14,16,17,18,19
200:20,22,23,24
**02:41 (18)** 201:6,8,10,11,12,14,15
201:16,17,18,20,21,23,24 202:2
202:3,6,7
**02:42 (9)** 202:10,11,14,18,20,23,24
202:25 203:2
**02:43 (8)** 203:7,10,11,14,15,19,21
203:22
**02:44 (7)** 203:24 204:7,8,9,10,11
204:13
**02:45 (3)** 204:18,19,21
**02:46 (7)** 204:24,25 205:6,7,9,10
205:12
**02:47 (9)** 205:14,15,20,21,24,25
206:3,5,6
**02:48 (9)** 206:10,11,15,16,17,19,20
206:21,23
**02:49 (4)** 207:6,9,15,16
**02:50 (13)** 207:17,18,19,20,24,25
208:4,5,6,11,12,13,14
**02:51 (10)** 208:17,18,19,21,22,24
208:25 209:4,5,8
**02:52 (14)** 209:13,14,16,18,19,20
209:25 210:2,3,4,5,6,7,8
**02:53 (12)** 210:9,13,14,15,16,18,19
210:21,22,24,25 211:4
**02:54 (8)** 211:8,10,11,12,13,14,16
211:19
**02:55 (7)** 212:2,3,4,8,9,13,14
**02:56 (7)** 212:16,19,20,25 213:3,4
213:5
**02:57 (9)** 213:9,10,12,13,19,22,23
213:24,25
**02:58 (11)** 214:5,9,10,11,12,14,16
214:17,18,19 215:2
**02:59 (8)** 215:7,10,14,21,23,25
216:2,6
**03:00 (8)** 216:11,18 217:3,4,5,6,7,8
**03:01 (12)** 217:14,15,17,21,22,25
218:4,7,8,9,10,11
**03:02 (8)** 218:12,15,18,19,20,22,23
218:24
**03:03 (16)** 218:25 219:3,5,6,7,8,10
219:11,13,14,15,16,17,19,20,21
**03:04 (5)** 219:25 220:3,4,8,9
**03:05 (15)** 220:17,18,20,21,22,23
220:24,25 221:3,4,6,7,10,11,18
**03:06 (2)** 221:19,20
**03:07 (6)** 221:25 222:4,8,9,11,12
**03:08 (5)** 222:20,21,23,25 223:2
**03:09 (17)** 223:9,10,11,13,15,16,17
223:19,21,22 224:3,4,6,7,10,11

224:12
**03:10 (10)** 224:13,16,19,21,23
225:3,8,9,10,11
**03:11 (6)** 225:14,16,17,18,21 226:4
**03:12 (12)** 226:10,11,12,13,16,18
226:19,20,22,24 227:2,4
**03:13 (10)** 227:10,14,15,16,17,18
227:21,22 228:2,3
**03:14 (2)** 228:8,12
**03:16 (7)** 228:15,16,25 229:6,7,8,9
**03:17 (5)** 229:14,19,20,24,25
**03:18 (14)** 230:6,7,11,14,15,17,18
230:20,21,22,23,24,25 231:5
**03:19 (10)** 231:7,8,14,15,21,23,24
231:25 232:4,5
**03:20 (13)** 232:13,14,15,16,17,18
232:20,21,22,23 233:3,4,6
**03:21 (8)** 233:7,8,10,11,13,14,15
233:16
**03:22 (2)** 233:20 234:5
**03:23 (9)** 234:13,16,17,18,19,20,22
234:23 235:3
**03:24 (5)** 235:8,9,12,13,24
**03:25 (3)** 236:4,6,7
**03:27 (2)** 236:8,9
**03:28 (5)** 236:17,21,22,25 237:2
**03:29 (5)** 237:3,8,10,11,12
**03:30 (13)** 237:13,14,15,17,18,20
237:22,24,25 238:3,5,6,7
**03:31 (20)** 238:11,13,14,15,16,17
238:20,21,23,25 239:2,3,4,5,6,7
239:9,10,11,12
**03:32 (8)** 239:18,19,20,21,25 240:4
240:8,9
**03:33 (12)** 240:12,14,15,16,17,18
240:20,21 241:4,5,7,8
**03:34 (4)** 241:16,17,19,21
**03:35 (8)** 242:5,10,12,15,17,18,20
242:21
**03:36 (9)** 242:22 243:3,5,6,8,11,12
243:13,14
**03:37 (2)** 243:19,24
**03:38 (5)** 244:2,4,5,7,10
**03:39 (5)** 244:15,16,17,22,25
**03:40 (8)** 245:4,7,10,11,12,13,14
245:15
**03:41 (11)** 245:24 246:3,5,7,8,9,10
246:14,15,18,19
**03:42 (14)** 246:23,24 247:3,4,6,7
247:10,12,13,14,17,18,23,24
**03:43 (6)** 248:6,7,12,13,16,17
**03:44 (18)** 248:20,22,23,24 249:3,4
249:7,8,9,11,14,15,16,17,19,20
249:24,25
**03:45 (1)** 250:2
**04:08 (3)** 250:4,11,12
**04:09 (1)** 250:17

**04:10 (2)** 251:2,3
**04:11 (22)** 251:7,8,9,10,13,14,15
251:16,19,20,22,23,25 252:2,3,4
252:5,6,7,8,11,12
**04:12 (5)** 252:19,22,23 253:4,7
**04:13 (13)** 253:8,12,13,16,17,21,23
253:24 254:3,4,5,8,9
**04:14 (6)** 254:14,15,20,21,24 255:2
**04:15 (10)** 255:6,7,12,14,17,18,21
255:23,25 256:2
**04:16 (8)** 256:9,10,11,18,19,21,23
256:25
**04:17 (1)** 257:4
**04:18 (13)** 257:6,8,9,12,13,14,15
257:19,23,25 258:4,5,6
**04:19 (2)** 258:16,17
**04:20 (8)** 258:22 259:4,5,7,8,10,13
259:17
**04:21 (2)** 259:19,21
**04:22 (18)** 259:22,24,25 260:2,4,7
260:8,10,11,15,16,19,20,21,22
260:23,25 261:2
**04:23 (7)** 261:4,5,6,7,10,11,12
**04:24 (2)** 261:17,20
**04:25 (11)** 262:8,10,11,15,16,19,20
263:2,4,5,6
**04:26 (10)** 263:8,9,10,11,16,17,21
263:22 264:2,5
**04:27 (11)** 264:6,7,8,14,16,18,19
264:21,22,23,24
**04:28 (7)** 265:8,9,15,17,21 266:4,5
**04:29 (10)** 266:9,11,12,13,16,18
267:3,4,5,6
**04:30 (13)** 267:12,13,14,15,16,17
267:19,21 268:2,3,5,6,9
**04:31 (13)** 268:11,13,14,16,17,18
269:3,5,6,8,9,10,11
**04:32 (13)** 269:15,17,19,20,22,23
269:24,25 270:2,3,4,7,8
**04:33 (8)** 270:13,14,15,16,20,21,22
270:23
**04:34 (12)** 271:5,11,13,14,15,16,17
271:18,20,24 272:3,5
**04:35 (13)** 272:7,9,11,12,13,14,18
272:20,22,23 273:2,3,6
**04:36 (14)** 273:11,13,15,18,19,21
273:22,23,25 274:3,4,6,7,9
**04:37 (12)** 274:11,12,13,17,18,21
274:22 275:3,4,6,7,11
**04:38 (12)** 275:12,15,16,20,23,25
276:2,3,6,7,8,9
**04:39 (19)** 276:15,17,18,20,21,23
276:24,25 277:2,4,5,8,9,13,14,16
277:18,20,21
**04:40 (16)** 277:22,23,24,25 278:3,4
278:9,10,12,13,15,16,18,19,21
278:22

# Carol Melton v. Poughkeepsie City School District
## June 28, 2018

**04:41 (10)** 278:24,25 279:2,3,10,11 279:15,16,19,20
**04:42 (9)** 279:25 280:2,3,4,6,7,18 280:19,20
**04:43 (11)** 280:23,24 281:2,5,6,11 281:12,13,14,19,21
**04:44 (14)** 281:24 282:6,8,9,10,13 282:14,17,19,23,24 283:4,5,7
**04:45 (7)** 283:8,11,13,14,15,17,19
**04:46 (7)** 284:2,5,6,10,11,12,13
**04:47 (11)** 284:16,17,19,20,23,24 284:25 285:4,9,12,13
**04:48 (16)** 285:16,19,20,21,22,23 285:24 286:2,3,7,8,10,14,15,18 286:19
**04:49 (13)** 286:23,25 287:2,3,9,10 287:11,13,14,15,17,19,22
**04:50 (20)** 287:23,24,25 288:2,3,6 288:7,8,9,11,12,14,15,18,19,22 288:23,24 289:2,4
**04:51 (14)** 289:7,9,10,13,15,20,22 289:24,25 290:2,5,6,10,11
**04:52 (23)** 290:14,15,16,17,18,23 290:24,25 291:3,4,5,7,8,9,10,12 291:13,14,15,16,17,19,20
**04:53 (12)** 291:22,23,25 292:2,4,5 292:7,8,9,10,12,13
**04:54 (9)** 292:15,16,18,19,21,22,23 292:25 293:2
**04:55 (18)** 293:9,10,12,13,14,15,16 293:17,20,21,24,25 294:3,4,6,7 294:11,12
**04:56 (6)** 294:17,18,19,24 295:2,4
**04:57 (12)** 295:10,12,13,14,15,16 295:18,19,21,22,23 296:5
**04:58 (15)** 296:8,12,13,14,15,19,20 296:22,23 297:2,3,6,7,8,9
**04:59 (9)** 297:15,16,17,19,20,22,24 298:2,5
**05:00 (14)** 298:8,9,11,12,13,14,16 298:20,21,24,25 299:5,6,7
**05:01 (9)** 299:12,13,14,20,24,25 300:2,4,6
**05:02 (5)** 300:10,11,15,16,17
**05:03 (3)** 301:2,3,4
**05:05 (2)** 301:6,10
**05:06 (11)** 301:14,19,20,22,24,25 302:3,4,6,10,11
**05:07 (7)** 302:16,17,19,20,21 303:3 303:5
**05:08 (9)** 303:9,11,13,14,19,23,24 304:2,3
**05:09 (14)** 304:7,9,10,13,14,18,19 304:23,24 305:2,5,6,7,8
**05:10 (7)** 305:12,13,17,18,21,25 306:2
**05:11 (11)** 306:6,8,11,12,15,17,18

306:19,24,25 307:3
**05:12 (5)** 307:5,7,9,11,12
**05:13 (5)** 307:19,23,24 308:3,4
**05:14 (9)** 308:8,9,12,13,16,18,20 308:21 309:4
**05:15 (11)** 309:5,10,11,13,14,19,20 309:21,22,24,25
**05:16 (16)** 310:3,4,6,7,9,10,11,12 310:15,16,19,23,25 311:3,4,6
**05:17 (6)** 311:9,10,18,19,23,24
**05:18 (3)** 311:25 312:3,11
**05:19 (3)** 312:15,17,18
**05:20 (9)** 312:22,24,25 313:4,5,8,9 313:12,13
**05:21 (6)** 313:15,17,19,20,22 314:2
**05:22 (11)** 314:3,5,6,8,9,11,12,17 314:18,21,22
**05:23 (6)** 315:4,5,6,8,10,11
**05:24 (12)** 315:16,17,18,20,22,23 316:7,9,10,12,14,15
**05:25 (15)** 316:20,22,24,25 317:2,3 317:4,5,6,7,9,10,12,14,19
**05:26 (16)** 317:22,24,25 318:2,3,4 318:5,7,8,9,10,11,14,15,17,23
**05:27 (6)** 319:5,9,11,13,15,17
**05:28 (8)** 319:19,21 320:3,4,7,8,11 320:13
**05:29 (12)** 320:17,18,19,20,21 321:2,5,7,12,14,15,16
**05:30 (12)** 321:18,19,20,22 322:3,5 322:7,9,10,11,12,15
**05:31 (14)** 322:16,17,18,19,20,21 322:22,24 323:2,4,5,7,12,13
**05:32 (10)** 323:17,18,19,23,24 324:3,4,5,7,10
**05:33 (9)** 324:12,23,24 325:3,6,7,8 325:10,12
**05:34 (9)** 325:14,18,19,23,25 326:4 326:5,7,8
**05:35 (11)** 326:13,16,18,21,23 327:2,6,8,9,11,13
**05:36 (17)** 327:17,18,19,21 328:2,6 328:8,9,10,11,12,13,15,16,17,18 328:20
**05:37 (3)** 328:24,25 329:2
**05:38 (1)** 329:9
**05:39 (7)** 329:15,17,20,22 330:2,3 330:8
**05:40 (7)** 330:10,12,14,19,20,24,25
**05:41 (3)** 331:2,3,10
**05:42 (7)** 331:15,17,18,20,22,25 332:2
**05:43 (15)** 332:4,5,10,11,12,13,15 332:16,17,18,19,22,23,24 333:2
**05:44 (9)** 333:3,8,9,11,13,15,17,19 333:20
**05:45 (3)** 333:22,23 334:7

**05:46 (2)** 334:12,13
**05:47 (8)** 334:20,21,22,23,24,25 335:6,7
**05:48 (10)** 335:13,17,18,19,20,24 336:3,4,5,6
**05:49 (8)** 336:8,9,12,13,16,17,18 336:20
**05:50 (6)** 336:23,24 337:3,6,10,11
**05:51 (16)** 337:13,14,15,17,18,19 337:21,22,24 338:3,5,7,8,11,13 338:17
**05:52 (16)** 338:18,19,21,23,24 339:2,3,5,7,8,9,11,12,14,16,19
**05:53 (15)** 339:20,21,22 340:2,3,6 340:7,12,14,17,18,19,20,22,23
**05:54 (9)** 341:5,8,9,15,16,18,19,22 341:24
**05:55 (8)** 342:5,7,9,11,17,18,20,22
**05:56 (11)** 343:2,4,7,8,9,10,12,17 343:18,19,23
**05:57 (16)** 343:25 344:3,6,7,9,10 344:13,15,17,19,21,23,25 345:2 345:5,6
**05:58 (6)** 345:8,9,12,13,19,23
**05:59 (9)** 346:2,4,5,9,10,12,13,23 346:24
**06:00 (7)** 346:25 347:2,3,4,6,7,13
**06:01 (9)** 347:15,16,18,19,21 348:6 348:7,10,11
**06:02 (1)** 348:20
**06:03 (7)** 348:24,25 349:2,3,5,6,8
**06:04 (14)** 349:15,18,20,22,24,25 350:4,5,7,8,9,10,12,13
**06:05 (15)** 350:17,19,22,23 351:2,3 351:5,6,7,9,10,12,13,17,19
**06:06 (10)** 351:23,25 352:6,8,9,11 352:12,16,17,18
**06:07 (3)** 352:19,20 353:3
**06:08 (6)** 353:9,11,13,14,18,20
**06:09 (9)** 354:4,9,15,16,21,25 355:2,3,4
**06:10 (5)** 355:7,8,9,11,13
**06:11 (7)** 355:15,16,17,21,23,24 356:3
**06:12 (8)** 356:13,15,17,19,22,24 357:2,3
**06:13 (6)** 357:9,14,15,17,18,19
**06:14 (4)** 357:21,22 358:6,9
**06:15 (11)** 358:13,18,19,22,23,25 359:2,7,8,9,13
**06:16 (9)** 359:17,19,23,24,25 360:2 360:4,6,7
**09:56 (1)** 4:2
**09:58 (8)** 4:3,4,9,10,11,12,15,18
**09:59 (7)** 5:4,5,14,24,25 6:3,4

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

**1 (14)** 46:3,4,18 48:19 55:19,19,25
84:23 85:6 192:21,21 299:16
300:6 369:5
**1,2015 (1)** 52:14
**1/11/16 (2)** 352:21 368:18
**1:31 (1)** 147:3
**10 (3)** 55:11 199:12 207:12
**10/24/16 (2)** 124:9 363:20
**10/31/16 (2)** 150:14 364:16
**10:00 (7)** 6:6,7,12,16,19,21,22
**10:01 (9)** 7:5,6,12,17,18,19,21,24
8:2
**10:02 (18)** 8:4,6,7,10,11,13,15,19
8:20,21,22,23,25 9:2,4,6,7,8
**10:03 (15)** 9:10,11,12,14,15,17,18
9:22,23,24,25 10:4,5,6,8
**10:04 (8)** 10:12,17,19,21,22,24,25
11:2
**10:05 (10)** 11:6,7,12,13,14,16,19
11:20,21,22
**10:06 (22)** 12:2,3,5,6,7,9,12,14,16
12:17,18,19,20,21,23,24 13:2,3,5
13:6,8,9
**10:07 (13)** 13:12,13,17,18,19,21,22
13:23,24,25 14:3,4,6
**10:08 (11)** 14:9,10,14,15,17,18,20
14:22,23 15:3,4
**10:09 (11)** 15:8,9,10,11,14,19,22
15:23,24,25 16:3
**10:10 (16)** 16:8,9,10,13,17,18,19
16:20,22,23,24 17:2,3,6,7,10
**10:11 (10)** 17:11,13,15,17,18,19,20
17:21,23,24
**10:12 (6)** 18:2,3,6,7,10,12
**10:13 (15)** 18:14,15,17,21,22,24,25
19:4,6,9,10,11,12,13,14
**10:14 (11)** 19:15,16,17,20,22,25
20:3,6,7,8,9
**10:15 (7)** 20:10,11,14,15,18,19,20
**10:16 (8)** 20:22 21:2,3,7,9,10,12,13
**10:17 (12)** 21:15,18,21,22,25 22:2
22:6,7,10,11,13,14
**10:18 (17)** 22:17,19,21,22,25 23:2
23:5,6,11,12,13,14,17,18,19,20
23:21
**10:19 (16)** 23:22,24,25 24:3,4,7,8,9
24:10,12,13,14,15,16,18,19
**10:20 (6)** 24:23,24 25:3,7,10,15
**10:21 (6)** 25:19,24 26:6,9,11,12
**10:22 (9)** 26:15,19,21,23,24 27:2,6
27:7,8
**10:23 (13)** 27:14,16,17,18,19,22,23
28:3,5,6,7,8,9
**10:24 (12)** 28:12,13,15,16,18,19,23
29:5,6,7,10,13
**10:25 (10)** 29:14,15,17,21,22,23,24
30:2,5,9

**10:26 (9)** 30:10,15,16,17,18,20,21
30:24 31:5
**10:27 (3)** 31:12,13,20
**10:28 (14)** 31:24,25 32:2,5,6,7,8,11
32:12,13,15,17,20,21
**10:29 (11)** 32:25 33:2,7,8,10,11,15
33:16,17,19,20
**10:30 (12)** 33:23,24,25 34:2,6,7,8
34:10,13,14,15,16
**10:31 (15)** 34:20,21,22,24 35:2,3,4
35:5,6,7,8,9,11,12,14
**10:32 (12)** 35:16,18,19,20,22,25
36:2,4,5,7,9,13
**10:33 (20)** 36:14,15,16,17,18,20,21
36:22,24 37:2,4,6,7,8,9,10,11,13
37:15,16
**10:34 (15)** 37:19,20,25 38:2,3,4,7,8
38:11,12,13,14,15,16,17
**10:35 (18)** 38:21,23 39:2,3,4,8,12
39:16,17,20,21,23,24 40:2,3,4,5
40:6
**10:36 (3)** 40:9,10,14
**10:37 (7)** 40:19,24 41:2,3,5,6,7
**10:38 (7)** 41:8,13,16,17,20,21,23
**10:39 (13)** 42:2,3,4,5,6,9,10,11,12
42:16,18,19,20
**10:40 (7)** 42:25 43:2,5,6,8,10,15
**10:41 (11)** 43:16,17,20,21 44:2,5,6
44:7,8,10,11
**10:42 (8)** 44:14,15,19,20,21,22,23
44:24
**10:43 (11)** 45:7,8,12,13,15,16,18
45:19,22,23 46:3
**10:44 (7)** 46:8,11,12,13,14,16,17
**10:45 (19)** 46:19,22,23 47:4,5,6,7,8
47:9,10,12,13,15,16,18,19,21,22
47:23
**10:46 (11)** 47:24 48:2,3,5,6,9,10,12
48:15,17,18
**10:47 (12)** 48:20,21,24,25 49:3,4,6
49:7,8,9,11,12
**10:48 (11)** 49:20,21,23,24,25 50:2
50:5,6,8,9,12
**10:49 (3)** 50:16,19,20
**10:50 (11)** 50:23,24,25 51:3,5,8,10
51:11,12,13,18
**10:51 (6)** 51:20,21,23,24,25 52:2
**10:52 (3)** 52:8,12,13
**10:53 (8)** 52:17,18,21,22,25 53:2,4
53:5
**10:54 (14)** 53:7,8,9,10,11,12,18,19
53:21,23,25 54:2,4,5
**10:55 (12)** 54:9,10,13,14,19,21,22
54:23,24,25 55:3,4
**10:56 (3)** 55:9,13,15
**10:57 (9)** 55:18,22,23 56:4,6,8,9,11
56:12

**10:58 (5)** 56:16,19,20 57:4,5
**10:59 (15)** 57:7,9,10,12,13,14,15
57:17,18,20,21,24,25 58:4,5
**10036 (1)** 2:5
**10th (5)** 267:8,9,18,22 268:16
**11-12 (2)** 134:13 135:25
**11/29/16 (2)** 357:4 368:22
**11/7/16 (2)** 261:14 366:18
**11:00 (13)** 58:8,9,12,13,15,16,18
58:19,22,23,25 59:2,5
**11:01 (9)** 59:9,13,14,17,18,20,21
59:23,24
**11:02 (11)** 60:7,9,11,12,14,16,19
60:21,23,24,25
**11:03 (1)** 61:4
**11:10 (10)** 61:6,7,8,10,13,15,17,19
61:20,23
**11:11 (9)** 61:25 62:3,4,6,7,9,10,14
62:16
**11:12 (17)** 62:17,18,21,22,24,25
63:3,5,6,7,8,10,11,16,17,18,19
**11:13 (6)** 63:21,22,23,25 64:4,5
**11:14 (11)** 64:6,7,9,10,12,13,18,19
64:20,21,24
**11:15 (14)** 65:2,5,6,8,9,11,15,16,19
65:20,23,24 66:5,6
**11:16 (12)** 66:11,12,14,15,17,19,20
66:22,25 67:2,5,8
**11:17 (11)** 67:10,13,14,16,17,20,21
67:25 68:2,4,5
**11:18 (16)** 68:10,11,13,14,17,18,19
68:21,22,24 69:2,3,5,6,8,9
**11:19 (7)** 69:13,18,24,25 70:3,4,7
**11:20 (7)** 70:9,14,19,20,23 71:3,5
**11:21 (11)** 71:7,9,10,11,12,13,14
71:15,16,19,20
**11:22 (5)** 72:9,10,12,15,16
**11:23 (5)** 72:18,19,22,23 73:7
**11:24 (15)** 73:15,16,17,19,21,22
74:2,3,6,7,9,10,11,12,14
**11:25 (12)** 74:15,17,18,19,20,21,22
74:24,25 75:2,3,4
**11:26 (10)** 75:6,7,9,10,14,15,16,18
75:19,21
**11:27 (13)** 75:24 76:2,4,5,9,10,12
76:13,20,22,24,25 77:2
**11:28 (11)** 77:5,6,8,9,11,12,16,17
77:18,20,21
**11:29 (10)** 77:23,24 78:4,6,8,9,10
78:14,15,19
**11:30 (7)** 78:22 79:3,4,7,8,12,13
**11:31 (9)** 79:16,21,23,24,25 80:2,8
80:12,13
**11:32 (8)** 80:15,16,17,18,22,23
81:7,8
**11:33 (14)** 81:15,16,18,19,22,23
82:8,9,10,12,14,15,16,17

# Carol Melton v. Poughkeepsie City School District
## June 28, 2018

**11:34 (6)** 82:24,25 83:6,7,10,11
**11:35 (15)** 83:15,16,17,18,19,20,22 83:23 84:6,7,8,9,10,11,14
**11:36 (12)** 84:18,19,21,22 85:5,6,9 85:10,14,15,16,17
**11:37 (18)** 85:18,19,20,21,23,24 86:2,3,5,6,7,8,10,11,13,15,18,20
**11:38 (15)** 86:24,25 87:3,4,6,7,10 87:11,12,14,16,18,20,21,25
**11:39 (27)** 88:2,6,8,9,11,14,15,16 88:17,18,19,20,21,23,24,25 89:2 89:3,4,5,7,8,9,10,12,13,16
**11:40 (9)** 89:17,19,20,22,23,24,25 90:6,7
**11:41 (12)** 90:12,13,15,18,19,20,23 90:24 91:3,4,10,11
**11:42 (13)** 91:15,19,20,21,22,24 92:2,5,6,7,8,10,11
**11:43 (11)** 92:12,13,14,15,17,18,21 92:23,24,25 93:3
**11:44 (7)** 93:4,7,13,14,15,16,18
**11:45 (10)** 94:3,9,10,11,13,14,15 94:17,19,22
**11:46 (6)** 94:25 95:2,8,9,10,14
**11:47 (5)** 95:23 96:4,7,8,9
**11:48 (5)** 96:12,18,24 97:2,4
**11:49 (9)** 97:7,8,10,11,13,19,20,22 97:24
**11:50 (20)** 97:25 98:2,3,4,5,8,9,11 98:13,18,19,22,23,25 99:2,3,4,5 99:6,7
**11:51 (5)** 99:8,10,11,15,16
**11:52 (17)** 99:18,20,21,23,24 100:2 100:3,5,6,8,9,14,15,17,18,20,21
**11:53 (8)** 100:24,25 101:3,7,13,14 101:16,17
**11:54 (6)** 101:21,25 102:2,4,5,8
**11:55 (16)** 102:13,14,15,18,19,20 102:21,22 103:2,3,8,9,12,13,14 103:16
**11:56 (13)** 103:17,21,22 104:3,4,6 104:7,9,10,11,12,15,16
**11:57 (12)** 104:21,22,23,25 105:3,4 105:6,7,9,10,12,15
**11:58 (18)** 105:18,19,20,21,23,24 106:3,5,8,9,10,11,13,15,17,18,20 106:21
**11:59 (8)** 106:25 107:2,5,6,8,10,14 107:17
**1177 (1)** 2:5
**12,000 (3)** 71:23 106:6,7
**12/14/15 (2)** 307:13 367:6
**12/8/16 (2)** 261:14 366:18
**12:00 (9)** 107:19,20,23,24,25 108:2 108:4,7,13
**12:01 (7)** 108:16,23,24 109:3,4,5,6
**12:02 (6)** 109:12,16,18,22,23 110:7

**12:03 (13)** 110:9,13,14,16,17,19,20 110:22,23,24,25 111:2,3
**12:04 (1)** 111:5
**12:05 (13)** 111:16,18,21,22,25 112:2,4,5,6,7,10,11,12
**12:06 (9)** 112:15,16,21,22,24,25 113:5,7,8
**12:07 (9)** 113:11,15,18,22,23,24 114:4,5,11
**12:08 (11)** 114:12,13,14,17,18,20 114:21,22,23 115:3,4
**12:09 (11)** 115:10,11,14,15,17,18 115:19,20,25 116:2,5
**12:10 (9)** 116:6,9,10,11,12,15,17 116:22 117:4
**12:11 (10)** 117:5,8,9,13,16,17,20 117:21,23 118:3
**12:12 (10)** 118:9,12,15,16,17,18,23 118:24 119:2,4
**12:13 (14)** 119:8,9,10,11,15,16,17 119:19,20,21,22,23,25 120:5
**12:14 (10)** 120:12,14,15,21,22,23 120:25 121:3,4,6
**12:15 (21)** 121:7,8,9,11,13,14,15 121:16,21,22,25 122:2,3,5,7,9,11 122:13,15,16,17
**12:16 (17)** 122:19,21,24,25 123:3,4 123:6,7,10,11,13,14,18,20,21,22 123:25
**12:17 (3)** 124:2,7,8
**12:18 (1)** 124:13
**12:19 (10)** 124:17,19,21,22,24,25 125:2,3,5,7
**12:20 (17)** 125:10,11,12,13,15,16 125:18,20,22,23 126:2,3,5,6,8,10 126:11
**12:21 (11)** 126:13,21,22,25 127:2,4 127:5,7,9,14,15
**12:22 (16)** 127:17,18,20,21,24 128:2,5,6,8,10,12,13,14,15,17,18
**12:23 (9)** 128:20,22,24 129:6,7,8,9 129:10,14
**12:24 (6)** 129:22 130:2,5,6,7,11
**12:25 (7)** 130:16,19,22,23,24,25 131:2
**12:26 (2)** 131:4,5
**12:28 (2)** 131:6,10
**12:29 (2)** 131:12,17
**12:30 (7)** 132:7,8,9,11,15,16,21
**12:31 (2)** 133:2,4
**12:32 (9)** 133:9,12,15,17,18,22,23 134:2,3
**12:33 (8)** 134:8,10,12,18,19,21,22 134:24
**12:34 (9)** 135:2,7,10,12,13,15,16 135:17,21
**12:35 (12)** 135:23,24 136:6,7,10,11

136:12,13,15,16,19,20
**12:36 (7)** 136:24 137:2,4,5,7,8,9
**12:37 (5)** 137:15,19,20,21,22
**12:38 (4)** 137:24 138:2,4,9
**12:39 (1)** 138:14
**12:40 (7)** 138:18,19,23 139:2,3,6,7
**12:41 (13)** 139:10,11,13,14,16,18 139:22,25 140:2,5,6,9,11
**12:42 (11)** 140:13,14,16,17,19,21 140:23,24 141:4,5,7
**12:43 (17)** 141:14,16,18,19,20,22 141:24 142:2,3,5,8,9,11,14,16,19 142:20
**12:44 (12)** 142:22,23,25 143:2,5,6 143:9,10,14,15,18,19
**12:45 (9)** 143:24 144:2,6,7,8,9,13 144:14,19
**12:46 (15)** 145:3,4,5,7,9,10,11,12 145:14,15,17,18,20,21,22
**12:47 (11)** 145:24,25 146:4,9,10,11 146:15,16,18,19,19
**124 (1)** 363:20
**125 (1)** 348:12
**12th (1)** 211:5
**13 (9)** 54:17 111:5,9 113:2 116:7 117:10 174:13 221:23 365:18
**131 (1)** 363:23
**133 (1)** 364:6
**137 (1)** 364:8
**138 (2)** 364:10,13
**13th (1)** 362:21
**14 (11)** 71:22 83:13 84:2,12 85:25 120:15 168:6 211:2 220:21 264:2 264:9
**14th (3)** 266:23 268:24,25
**15 (6)** 147:22 148:16 149:2 326:11 347:5,14
**150 (1)** 364:16
**155 (1)** 364:20
**16 (5)** 167:10 283:20 286:25 365:10 369:5
**16-912 (1)** 225:17
**16/17 (3)** 171:10,15 365:13
**163 (1)** 365:6
**167 (1)** 365:9
**17 (5)** 250:23 252:10,20 253:5 299:14
**17-0274 (1)** 200:11
**171 (1)** 365:12
**19 (1)** 220:23
**1999 (3)** 7:23,25 9:15
**1st (1)** 85:12

---

**2**

**2 (5)** 101:15 103:19 204:4 258:9 278:23
**2,000 (1)** 106:15

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

**2,500 (1)** 106:10
**2/17/16 (2)** 347:25 368:14
**2/2016 (2)** 333:24 368:6
**2:30 (4)** 147:19 148:10,16,21
**2:35 (1)** 147:17
**2:45 (3)** 147:13 148:6,24
**20 (8)** 361:18,24 370:21,25 371:21
   371:25 372:21,25
**2011 (1)** 63:24
**2011-12 (1)** 134:15
**2012 (23)** 9:17,20 10:2 12:17,19
   14:24 16:5,11,12,13 17:9,10 18:7
   18:21,22 19:12 21:4,8,14 22:17
   25:15 31:13 36:22
**2013 (4)** 331:13,14,16,21
**2014 (1)** 85:25
**2014-2015 (1)** 98:13
**2015 (90)** 16:11,19,22 17:14 19:14
   20:24 22:18 25:16 27:12,13 33:9
   33:11,12,17,23,24 34:5,12 36:23
   45:17 46:4,18 48:19 51:19 54:17
   54:20 55:19,25 71:22 74:7 77:4
   83:13,25 84:2,3,12,16,23 85:6
   90:4 93:9 95:3,12 101:15,18
   103:19,24 108:14 116:4 117:2,19
   119:13 124:18 131:6 135:12
   150:9 152:9 157:7 168:5,6 204:4
   204:4 205:18 210:22 211:2,2,25
   224:9 232:19 275:23 279:12
   281:14,16,17,25 306:5 312:16
   313:11 323:20,25 324:9,14,15,19
   325:15,20 326:11,15 327:15
   348:9
**2015-16 (2)** 44:13 45:20
**2015-2016 (98)** 8:11,15,22 10:10
   11:10 12:10,14 13:15 14:21,25
   15:6 16:6,13,24 17:11,16 18:20
   18:25 19:13,15,19,24 21:4,9,20
   21:23 22:4,9,15,20,23 23:7,16
   24:10,17,20,25 25:13 26:5,9,16
   26:16 30:8 31:10,20 32:3 36:21
   36:25 37:22 38:6 41:14,22,23
   42:7 44:3 46:20 48:11 71:24
   75:12 83:8 96:21 97:3 98:14,24
   100:12 103:20 105:8 108:18
   109:24 122:22 123:2 124:19
   134:20 136:3 151:4,5,7 152:3
   155:22 156:7 158:18 159:2 166:2
   166:22 205:5 234:6 283:21 288:4
   290:19 292:8 293:6 294:23
   300:19 319:13 330:5 331:23
   359:21 364:22
**2016 (90)** 55:12 111:8,9 114:14
   115:8 124:14 125:8 131:20
   132:23 133:11 134:17 135:5,7,18
   139:19 150:22 151:2,5,9,12,12
   152:10,20 153:10,14 155:11

199:12,15,15 205:18 207:12
209:12,21,25 210:2,4 211:4,5,24
222:7 223:24 225:4,5,6,7 226:5,5
226:6,15,15 229:4,17 231:13
240:24 250:23 252:10,20 253:5
264:9 265:19 266:7,8 275:25
276:2,3,9,14 278:4,23 282:3
299:16 300:6 312:19,23 313:2,5
315:12 316:17 317:23 323:21
324:18 334:11 345:15,18,24
346:11,15,17 353:7 359:3
**2016-17 (5)** 44:13 45:17,20 97:25
   166:23
**2016-2017 (38)** 41:14,22 42:7 44:3
   96:22 97:4 100:16 106:23 108:24
   109:4,10,13,24 151:6 152:15,15
   166:3 205:5 207:2 223:13 234:7
   276:10 277:7 278:6,7 279:4
   280:10 281:21 288:4 290:20
   292:8 293:6 294:23 300:20
   319:13 321:23 336:20 359:21
**2017 (8)** 164:25 200:7,11 201:4,4
   203:4 207:12 215:17
**2017-2018 (2)** 208:20 221:16
**2018 (17)** 1:8 191:14 200:7 228:9
   228:10 361:10 362:22 363:2
   364:2 365:2 366:2 367:2 368:2
   369:2 370:5 371:5 372:5
**204 (1)** 365:14
**208 (1)** 207:12
**21 (13)** 1:15 2:15 84:19 131:19
   132:23 133:10,18 150:9 215:17
   222:6 223:24 226:5,15
**212.715.9364 (1)** 2:11
**212.716.9311 (1)** 2:8
**21st (57)** 72:10 73:11 75:4,13,16
   75:17 78:23 79:4,14,18 80:20
   82:22 83:7,17 84:4 85:3 86:13
   87:17 88:4,22 89:14 90:2 92:19
   94:6 96:19,25 97:5 98:14 100:11
   101:18 102:11 103:11 106:13
   107:3 108:21 109:8,15 110:2
   147:15,21 148:9,14,16,21 149:2
   156:16 157:15 158:5,16 159:17
   160:12 162:7 205:2 206:24 207:6
   207:6,10
**22 (7)** 174:14 209:12,21 210:2,4
   300:18 306:14
**221 (1)** 365:17
**228 (1)** 365:19
**23 (2)** 40:16 363:13
**236 (1)** 366:6
**24 (7)** 124:14 125:8 131:6 152:20
   226:5,6,15
**243 (1)** 366:9
**24th (4)** 135:5 152:6 225:4,6
**25 (2)** 200:7 201:4

**250 (1)** 366:12
**257 (1)** 366:16
**25th (3)** 152:6,8 200:11
**26 (2)** 204:16 365:15
**261 (1)** 366:18
**26th (1)** 228:4
**27 (1)** 201:4
**27,2017 (1)** 203:5
**28 (11)** 1:8 151:9 191:13 265:18
   363:2 364:2 365:2 366:2 367:2
   368:2 369:2
**28th (10)** 266:3,8,15,24 268:25,25
   361:9 370:5 371:5 372:5
**29 (1)** 359:3
**29th (1)** 228:4
**2nd (2)** 346:11,15

─────────── **3** ───────────

**3 (1)** 164:23
**30 (4)** 204:4 229:4,16 323:14
**301 (1)** 366:20
**303 (1)** 366:22
**307 (1)** 367:6
**31 (16)** 33:11,12,17,23,24 34:5,11
   95:12 150:22 153:9 155:11
   279:12 281:15,17,25 325:15
**31,2015 (1)** 33:21
**312 (1)** 367:10
**3209 (1)** 125:6
**329 (1)** 367:14
**331 (1)** 367:18
**333 (1)** 368:6
**347 (1)** 368:11
**352 (1)** 368:18
**357 (1)** 368:22

─────────── **4** ───────────

**4 (13)** 58:8 71:20 72:21 73:8,16,23
   74:7 75:11 164:11 165:3 166:25
   167:16 363:7
**40 (1)** 363:12
**431 (1)** 309:12
**45 (1)** 112:8
**48 (2)** 233:6,12

─────────── **5** ───────────

**5 (4)** 203:4 211:4,24 313:2
**5/18/17 (2)** 40:17 363:13
**5:00 (1)** 7:15
**50 (1)** 363:14
**52 (1)** 363:17
**5th (2)** 209:25 345:24

─────────── **6** ───────────

**6 (2)** 7:16 135:19
**6/13-6/20/16 (2)** 228:21 365:21
**6/13/16 (2)** 228:17 365:19

**Carol Melton v. Poughkeepsie City School District**
**June 28, 2018**

**6/14/18 (2)** 164:2 365:6
**6/17/16 (2)** 250:6 366:12
**6/20/16 (2)** 257:16 366:16
**6/20/2016 (1)** 200:6
**6/21-22/16 (2)** 131:13 363:23
**6/21/16 (2)** 133:5 364:6
**6/29-6/30/15 (2)** 347:22 368:11
**6/29/16 (2)** 243:15 366:9
**6/30/15 (2)** 236:10 366:6
**6/30/16 (4)** 137:10 228:17 364:8
   365:19
**6/8/16 (2)** 250:5 366:12
**6:16 (1)** 360:7
**62 (2)** 312:20 313:3
**6th (3)** 111:8 168:5 210:25

---
**7**

**7 (1)** 262:2
**7/13/15 (2)** 138:5 364:10
**7/13/16 (4)** 236:12 243:16 366:7,10
**7/14/16 (2)** 250:7 366:13
**7:16-cv-09701 (1)** 1:4
**71 (1)** 369:5
**7th (3)** 266:3,7,14

---
**8**

**8/12/15 (2)** 236:13 366:7
**8/12/16 (4)** 138:10 250:8 364:13
   366:14
**80 (1)** 241:22
**81 (1)** 238:9
**83 (1)** 248:10
**845.486.4200 (1)** 2:16
**878 (1)** 226:22
**89 (1)** 334:23
**8th (1)** 266:19

---
**9**

**9 (6)** 112:2,4 114:3 225:5 250:20
   290:15
**9/22-24/15 (2)** 155:19 364:20
**9/30/16 (2)** 331:4 367:18
**9:57 (1)** 1:9
**9420 (2)** 50:13 363:15
**95 (2)** 336:5,6
**9th (1)** 225:6