

**Deft's Exhibit**
**H**
5/28/21 - K. Reed

**From:** Maria Brown <mbrown@poughkeepsieschools.org>
**Date:** July 26, 2017 at 12:17:05 PM EDT
**To:** Carol Melton <cmelton@poughkeepsieschools.org>
**Subject: Interview**

Good Afternoon Mrs. Melton,

An interview for the teaching assistant position has been schedule for Thursday, July 27, 2017 at 2:00 pm. This interview will be held at Morse School.

Thank You,
Mbrown