# Mark Rushfield

| | |
|---|---|
| **From:** | Mark Rushfield |
| **Sent:** | Thursday, July 15, 2021 12:41 PM |
| **To:** | Carman, Derrick J.; C M |
| **Cc:** | Jen McLeroy; Ann Maxwell |
| **Subject:** | Melton v. Poughkeepise CSD - 19-CV-09755 - Claim No. PHK-2019-009 |
| **Attachments:** | Letter to Melton 06-16-21 w-transcript.pdf; 05.28.21-Melton-full.pdf; Transcript ERRATA SHEET.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | Carman, Derrick J. | |
| | C M | |
| | Jen McLeroy | Delivered: 7/15/2021 12:41 PM |
| | Ann Maxwell | Delivered: 7/15/2021 12:41 PM |

Mr. Carman and Ms. Melton:

On or about June 17, 2021, this office sent to Ms. Melton the transcript of her deposition with a cover letter and Errata Sheet. See attached and email below. I have, as of this date, not received a signed copy of the transcript back as requested in my letter.

In the transcript, Ms. Melton agreed to provide me with the following:

1. The email to applicants from Lisa Clark regarding an ESY position that advised recipients of the email that attendance at a group interview was required.
2. The document (presumably an email) by which Nicole Penn advised Ms. Melton that she would not interview her for an ESY program for students with disabilities.
3. Any written response that Ms. Melton made to the September 4, 2018 email to Ms. Melton from then Interim Supt. Farrell.
4. Ms. Mitchell's email in which she stated that Ms. Melton had been terminated.
5. Ms. Melton's doctor notes that she provided copies of to her representative relating to the 3020-a charges against her.

Please arrange for Ms. Melton to promptly provide the above-requested documents to me and to promptly return the executed transcript to me.

Mark C. Rushfield, Esq.
Of Counsel
Shaw, Perelson, May, & Lambert, LLP
21 Van Wagner Road
Poughkeepsie, N.Y. 12603
845/486-4200
Fax: (845) 486-4298

Confidentiality Notice: This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any

1

# Mark Rushfield

| | |
|---|---|
| **From:** | C M <shaolin1princess@hotmail.com> |
| **Sent:** | Tuesday, July 27, 2021 9:16 AM |
| **To:** | Mark Rushfield |
| **Cc:** | Carman, Derrick J. |
| **Subject:** | Documnets |
| **Attachments:** | 2006_2007_Administration_PMS_Exhibit_11.pdf; 2007_2008_School_Year_Exhibit_10.pdf; CM to Mitchell re remote sign-in 2-13-21.pdf; Dr. K letter 11-24.pdf; group Interview.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Rushfield,

    Here are the documents you requested I could not find an email for September 4, 2018. I provided a few more documents that I included in my 3020-a. This is not an exhaustive list of documents used for the 3929-a. Thank you

Respectfully,

Carol Melton


Sent from Mail for Windows 10

1

**From:** Carol Melton <cmelton@poughkeepsieschools.org>
**Date:** September 29, 2020 at 10:13:49 AM EDT
**To:** C M <shaolin1princess@hotmail.com>
**Subject: Fwd: ESY Teacher Assistant Interview**

Kindest Regards,
Carol Melton, M.Ed

Begin forwarded message:

**From:** Carol Melton <cmelton@poughkeepsieschools.org>
**Date:** July 6, 2018 at 4:17:56 PM EDT
**To:** C M <shaolin1princess@hotmail.com>
**Subject: Fwd: ESY Teacher Assistant Interview**

---------- Forwarded message ----------
From: **Carol Melton** <cmelton@poughkeepsieschools.org>
Date: Tue, May 16, 2017 at 7:20 PM
Subject: Re: ESY Teacher Assistant Interview
To: Lisa Clark <lclark@poughkeepsieschools.org>

Greetings. Thank you for responding to my letter of intent for the ESY Teacher Assistant position. I appreciate the invitation and opportunity to interview for this position. I will be at the scheduled time in the Student Services office.

Kindest Regards,
Carol Melton, M.Ed
On May 15, 2017, at 2:33 PM, Lisa Clark <lclark@poughkeepsieschools.org> wrote:

Greetings,

Thank you for your interest in working at in the ESY Program. You have been selected to interview for the Teacher Assistant Position for the ESY Program at Morse Elementary. The interviews will be held at 1:10 p.m. on Friday, May 19th in the Student Services Office. This is the only time the interviews will be scheduled. Please RSVP via email to Lisa Clark.

Thank you.

Lisa Clark
Executive Secretary
Poughkeepsie City School District

Office of Family and Student Services
55 College Ave.
Poughkeepsie, NY 12603
845-437-3473 x-5725
Fax 845-437-3477

*"Delivering on the promise of a high-quality education.*

*Every scholar. Every day. Every classroom"*

This message may contain confidential information and is intended only for the individual(s) named. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail from your system.