

Poughkeepsie City Schools - Board of Education Agenda Item

## Agenda Item Details

| | |
|---|---|
| Meeting | Jul 02, 2015 - Regular Meeting |
| Category | 5. CONSENT - PERSONNEL |
| Subject | 5.3 Para-Professional Extra-Service Appointments Amendment to – Resolution #15-515 from the June 24, 2015 Board of Education Meeting - Amended Resolution |
| Access | Public |
| Type | Action (Consent) |
| Recommended Action | a. BE IT RESOLVED, that the following individuals be appointed to the following extra-service position for the Extended School Year Program for Students with Disabilities at Morse School, effective July 6, 2015 and extending through August 14, 2015 in the Poughkeepsie City School District. These positions will be paid for from the Special Education Fund. |

## Public Content

| Name | Position | Hours | Amount |
|---|---|---|---|
| Sharon Bridges | Teaching Assistant | 165 | $4,699.20 |
| Dionnedra Atkins | Teaching Assistant | 165 | $4,443.45 |
| I'Egypt Earth-Colon | Teaching Assistant | 165 | $3,887.40 |
| Nicole Logan | Teaching Assistant | 165 | $4,443.45 |
| Roxanne Haggerty | Teaching Assistant | 165 | $4,629.90 |
| Adelma Shillingford | Teaching Assistant | 165 | $4,006.20 |
| Maryann Baker | Teaching Assistant | 165 | $4,265.25 |
| Christine Arnfield | Teaching Assistant (sub.) | | No Cost |
| Alice Rahemba | Teaching Assistant (sub.) | | No Cost |
| Lori Kraus | Teaching Assistant (sub.) | | No Cost |
| Carol Melton | Teaching Assistant (sub.) | | No Cost |
| Sarah Herman | Teaching Assistant (sub.) | | No Cost |
| Kathy DeWitt | Teaching Assistant (sub.) | | No Cost |
| Maria Enciso | Teaching Assistant (sub.) | | No Cost |
| Maria Nanetti | Teaching Assistant (sub.) | | No Cost |
| Helen Purnell | Teaching Assistant (sub.) | | No Cost |
| Danielle Atkins | Teaching Assistant (sub.) | | No Cost |
| TOTAL | | | $30,374.85 |



Amendment

## Administrative Content



Def't's EXHIBIT M
DATE 6/28/18
Kathleen T. Keilty, CSR

## Motion & Voting



Poughkeepsie City Schools - Board of Education Agenda Item

## Agenda Item Details

| | |
|---|---|
| Meeting | Aug 12, 2015 - Regular Meeting |
| Category | 10. CONSENT - PERSONNEL |
| Subject | 10.7 Para-Professional Extra-Service Appointments Amendment to - Resolution #15-515 from the July 2, 2015 BOE Meeting – Amended Resolution. |
| Access | Public |
| Type | Action (Consent) |
| Recommended Action | a. BE IT RESOLVED, that the following individuals be appointed to the following extra-service position for the Extended School Year Program for Students with Disabilities at Morse School, effective July 6, 2015 and extending through August 14, 2015 in the Poughkeepsie City School District. These positions will be paid for from the Special Education Fund. |

## Public Content

Para-Professional Extra-Service Appointments Amendment to Resolution #15-515.pdf (264 KB)

## Administrative Content

## Motion & Voting

Motion to approve Consent Agenda Items

Motion by Gregory Charter, second by Raymond Duncan.
Final Resolution: Motion Carries
Yea: Ralph Coates, Raymond Duncan, Gregory Charter, Jacqueline Roman, Felicia Watson

Para-Professional Extra-Service Appointments Amendment to Resolution #15-515

*New Amendment #15-515*

| Name | Position | Hours | Amount |
|---|---|---|---|
| Sharon Bridges | Teaching Assistant | 165 | $4,699.20 |
| Dionnedra Atkins | Teaching Assistant | 165 | $4,443.45 |
| I'Egypt Earth-Colon | Teaching Assistant | 165 | $3,887.40 |
| Nicole Logan | Teaching Assistant | 165 | $4,443.45 |
| Roxanne Haggerty | Teaching Assistant | 165 | $4,629.90 |
| Adelma Shillingford | Teaching Assistant | 165 | $4,006.20 |
| Maryann Baker | Teaching Assistant | 165 | $4,265.25 |
| Alice Rahemba | Teaching Assistant | 165 | $3,697.65 |
| Christine Arnfield | Teaching Assistant (sub.) | | No Cost |
| Lori Kraus | Teaching Assistant (sub.) | | No Cost |
| Carol Melton | Teaching Assistant (sub.) | | No Cost |
| Sarah Herman | Teaching Assistant (sub.) | | No Cost |
| Kathy DeWitt | Teaching Assistant (sub.) | | No Cost |
| Maria Enciso | Teaching Assistant (sub.) | | No Cost |
| Maria Nanetti | Teaching Assistant (sub.) | | No Cost |
| Helen Purnell | Teaching Assistant (sub.) | | No Cost |
| Danielle Atkins | Teaching Assistant (sub.) | | No Cost |
| TOTAL | | | $34,072.50 |

## Agenda Item Details

| | |
|---|---|
| Meeting | Jan 20, 2016 - Regular Meeting |
| Category | |
| Subject | CONSENT - PERSONNEL |
| Type | Para-Professional Extra-Assignment Appointment - Resolution #16-865 |
| Recommended Action | Action (Consent) |

a. BE IT RESOLVED, that the following individuals be appointed to the following part-time extra-assignment position for the Credit Recovery Program at Poughkeepsie High School effective December 2015 and extending through August 2016. This position will be paid for from the Extended School Day Grant.

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Clarissa Banks -Whitaker | Credit Recovery Program Teaching Assistant | 208 | $7,899.84 |
| TOTAL | | | $7,899.84 |

## Motion & Voting

Motion to approve consent agenda items

Motion by Gregory Charter, second by Raymond Duncan.
Final Resolution: Motion Carries
Yea: Ralph Coates, Raymond Duncan, Gregory Charter, Jacqueline Roman, Felicia Watson

# Agenda Item Details

| | | |
|---|---|---|
| Meeting | Aug 12, 2015 - Regular Meeting | Category |
| | CONSENT - PERSONNEL | Subject |
| | Para-Professional Extra-Assignment Appointments Amendment to Resolution #15-514 from the June 24, 2015 Board of Education Meeting - Amended Resolution. | Type |
| | Action (Consent) | Recommended Action |

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment position for Summer School Poughkeepsie High School and Poughkeepsie Middle School Registration effective June 30, 2015 and extending through July 2, 2015. These positions will be paid for from the Poughkeepsie Middle School - School Improvement Grant.

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Dennis Dean | Teaching Assistant | 12 | $323.04 |
| Doreen Henry | Teaching Assistant | 12 | $334.05 |
| TOTAL | | | $657.09 |

*Amendment*

Subject

11.15 Para-Professional Extra-Assignment Appointments - Resolution #16-1102

Meeting

Jun 22, 2016 - Regular Meeting

Category

11. CONSENT - PERSONNEL

Type

Action

Recommended Action

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment position for Summer Academy at Morse School, effective July 5, 2016 and extending will be paid for from the School Improvement Grant 6.

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Sarah Herman | Teaching Assistant | 56 | $1,520.96 |
| Monia Henley | Substitute | | No Cost |
| TOTAL | | | $1,520.96 |

## Agenda Item Details

| | | | |
|---|---|---|---|
| Meeting | Aug 10, 2016 - Public Hearing/RegularMeeting | Category | |
| Subject | CONSENT PERSONNEL | | |
| Type | Para-Professional Extra-Assignment Appointment – Amendment to Resolution #16-1102 from the June 22, 2016 Board of Education Meeting to remove Monia Henley as a Substitute – Amended Resolution. | | |
| Recommended Action | Action (Consent) | | |

a. BE IT RESOLVED, that the following individual be appointed to the following extra-assignment position for Summer Academy at Morse School, effective July 5, 2016 and extending through July 28, 2016. These positions will be paid for from the School Improvement Grant 6.

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Sarah Herman | Teaching Assistant | 56 | $1,520.96 |
| TOTAL | | | $1,520.96 |

Navigate There

# Submission Checklist for Consent Agenda Items

Before the consent agenda item is submitted, ensure that the following is complete by checking the appropriate box:

__X__ New Resolution   ____ Amended Resolution #_____ and Board meeting date _____

- School(s): PHS Summer Academy

- Program/Initiative Name: PHS Summer Academy

- Program Dates: July 5, 2017- August 15, 2017 (Monday-Thursday; 8:30-12:30pm)

- Effective Date of Appointment of Personnel: April 25, 2017

- Rationale for Program/Initiative: To provide assistance for summer school.

- Academic Return on Investment aligned to Evidence of Success: Goal 1: Academic Achievement. To establish a culture of learning. Strengthen the instructional core– the core includes three interdependent components: teachers' knowledge and skill; students' engagement in their own learning; and academically challenging content.

- Number of Students Served: 250 Students

- Days /Time of Operation of Initiative/Program: 8:30AM – 12:30PM

- Evaluation of Effectiveness of Initiative/Program (How will the program be evaluated? Has the program been evaluated in the past?): Program will be evaluated based on pre and post assessment data from Imagine Learning; FILWs conducted throughout the program; staff evaluations from administrator of program; review of lesson plans from administrator of program and designated central office staff.

- Background / Supporting Documentation Attached:

- Funding Source: Title Funding/GOB

- Person Submitting the Item: Tracy Farrell

| Name | Position | Hours (Not to exceed) | Amount | Funding Source |
|---|---|---|---|---|
| Shannon Muse | Teaching Assistant /Shared | 100 | $1,720.50 | TBD |
| | | | | |
| TOTAL | | | $1,720.50 | |

# Agenda Item Details

| | | |
|---|---|---|
| Meeting | Apr 25, 2017 - Regular/BOCES Annual Meeting | Category |
| CONSENT - PERSONNEL | | Subject |
| Para-Professional Extra-Assignment Appointments - Resolution #17-0274 | | Type |
| Action | | Recommended Action |

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment position for Summer Academy at Poughkeepsie High School, effective June 30, 2017 and extending through August 15, 2017. These positions will be paid for from the Title Funding/GOB.

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Shannon Muse | Teaching Assistant /Shared | 100 | 1,720.50 |
| Dennis Dean | Substitute | | No Cost |
| TOTAL | | | 1,720.50 |

## Motion & Voting

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment position for Summer Academy at Poughkeepsie High School, effective June 30, 2017 and extending through August 15, 2017. These positions will be paid for from the Title Funding/GOB.

Motion by Gregory Charter, second by Raymond Duncan.
Final Resolution: Motion Carries
Yea: Ralph Coates, Raymond Duncan, Gregory Charter
Abstain: Felicia Watson

# Submission Checklist for Consent Agenda Items

Before the consent agenda item is submitted, ensure that the following is complete by checking the appropriate box:

_X_ New Resolution  _____ Amended Resolution #_____ and Board meeting date ____

- School(s): PMS, and Elementary Summer Academy

- Program/Initiative Name: PMS, and Elementary Summer Academy Teaching Assistant

- Program Dates: (Monday-Thursday; 8:30-12:30pm)
  July 5, 2017 – July 27, 2017 PMS and Elementary Summer Academy

- Effective Date of Appointment of Personnel: May 31, 2017

- Rationale for Program/Initiative: To provide assistance for summer school.

- Academic Return on Investment aligned to Evidence of Success: Goal 1: Academic Achievement. To establish a culture of learning. Strengthen the instructional core– the core includes three interdependent components: teachers' knowledge and skill; students' engagement in their own learning; and academically challenging content.

- Number of Students Served: 250 Students

- Days /Time of Operation of Initiative/Program: 8:30AM – 12:30PM

- Evaluation of Effectiveness of Initiative/Program (How will the program be evaluated? Has the program been evaluated in the past?): Program will be evaluated based on pre and post assessment data from Imagine Learning; FILWs conducted throughout the program; staff evaluations from administrator of program; review of lesson plans from administrator of program and designated central office staff.

- Background / Supporting Documentation Attached:

- Funding Source: Title Funding/GOB

- Person Submitting the Item: Tracy Farrell

| Name | Position | Hours (Not to exceed) | Amount | Funding Source |
|---|---|---|---|---|
| Leighann Ciferri | Teaching Assistant /PMS | 62 | $1,017.12 | TBD |
| Sarah Herman | Teaching Assistant /Elementary | 62 | $1,683.92 | TBD |
| Nikolai Pitzele | Substitute | | No Cost | |
| Lorraine Vallellanes | Substitute | | No Cost | |
| Antoinette Holman | Substitute | | No Cost | |
| Katrina Emerick | Substitute | | No Cost | |
| TOTAL | | | $2,701.04 | |

# Agenda Item Details

| | | |
|---|---|---|
| Meeting | Jun 07, 2017 - Public Hearing/WorkshopMeeting | Category |
| CONSENT PERSONNEL | | Subject |
| Para-Professional Extra-Assignment Appointments - Resolution #17-0319 | | Type |
| Action (Consent) | | Recommended Action |

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment positions for Poughkeepsie Middle School and Elementary Summer Academy, effective July 5, 2017 and extending through July 27, 2017 in the Poughkeepsie City School District. These positions will be paid for from the Title Funding/GOB.

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Katrina Emerick | Teaching Assistant /PMS | 62 | $1,017.12 |
| Sarah Herman | Teaching Assistant /Elementary | 62 | $1,683.92 |
| Nikolai Pitzele | Substitute | | No Cost |
| Lorraine Vallellanes | Substitute | | No Cost |
| Antoinette Holman | Substitute | | No Cost |
| Leighann Ciferri | Substitute | | No Cost |
| Kraus, Lori | Substitute | | No Cost |
| TOTAL | | | $2,701.04 |

# Submission Checklist for Consent Agenda Items

Before the consent agenda item is submitted, ensure that the following is complete by checking the appropriate box:

__X__ New Resolution   ____ Amended Resolution # _____ and Board meeting date _____

- School(s): Poughkeepsie High School

- Program/Initiative Name: Teacher Assistants Proctors/Grading/Regents Review

- Program Dates: December 11, 2014 to January 29, 2015

- Effective Date of Appointment of Personnel: April 22, 2015

- Rationale for Program/Initiative: To provide extended learning opportunities for students to prepare them to pass their Regents Exams. Identified students will be assigned to work with a teacher who will review past Regents exams and use item skills analysis to prepare tutoring sessions which are tailored to meet the academic needs of the student. The teacher will provide immediate constructive feedback to students on their performance towards mastering the skills needed to pass the Regents exam. Each teacher will be assigned a minimum of ten students to tutor.

- Academic Return on Investment aligned to Evidence of Success: Goal 1: Academic Achievement. To establish a culture of learning. Strengthen the instructional core-- the core includes three interdependent components: teachers' knowledge and skill; students' engagement in their own learning; and academically challenging content.

- Number of Students Served: 200 Students

- Days /Time of Operation of Initiative/Program: Various Dates and Times from December 11, 2014 to January 29, 2015.

- Evaluation of Effectiveness of Initiative/Program *(How will the program be evaluated?* Effectiveness of the program will be based off of student pass rate of the regents and the student attendance rate for the program. The building principal or designee will evaluate the teachers selected to work the program on their effectiveness at the completion of the program. Regents Prep teachers and tutors are expected to know strategies for approaching each type of question in each section of the exam and prepare students to master the strategies. In addition, they must create Regents prep questions and/or activities that identify weaknesses and target tutoring for maximum results. It is the expectation that the tutors selected to provide Regents tutoring have minimally of 70% of the students that they tutor pass the Regents exam.

- Background / Supporting Documentation Attached:

- Funding Source: Poughkeepsie High School – School Improvement Grant

- Person Submitting the Item: Dr. Michelle Cardwell

## Submission Checklist for Consent Agenda Items

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Dionnedra Atkins | Proctors/Grading/Regents Review | 7.20 | $482.40 |
| Desti Cauther | Proctors/Grading/Regents Review | 5 | $335.00 |
| Clarissa Banks-Whitaker | Proctors/Grading/Regents Review | 3.20 | $214.40 |
| TOTAL | | | $1,031.80 |

Para-Professional Extra-Assignment Appointments Amendment to Resolution #15-434

*New Amendment #15-434*

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Dionnedra Atkins | Proctors/Grading/Regents Review | 7.25 | $244.04 |
| Desti Cauthen | Proctors/Grading/Regents Review | 4.75 | $125.07 |
| Clarissa Banks-Whitaker | Proctors/Grading/Regents Review | 3.25 | $123.44 |
| TOTAL | | | $492.55 |

-Original submitted at 4/21/15 BOE Meeting

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Dionnedra Atkins | Proctors/Grading/Regents Review | 7.20 | $482.40 |
| Desti Cauthen | Proctors/Grading/Regents Review | 5 | $335.00 |
| Clarissa Banks-Whitaker | Proctors/Grading/Regents Review | 3.20 | $214.40 |
| TOTAL | | | $1,031.80 |

# Submission Checklist for Consent Agenda Items

Before the consent agenda item is submitted, ensure that the following is complete by checking the appropriate box:

_X_ New Resolution     ___ Amended Resolution #_____ and Board meeting date _____

- School(s): Poughkeepsie Middle School/High School

- Program/Initiative Name: Summer School Poughkeepsie Middle School/High School Registration

- Program Dates: Tentative Dates include: June 30, 2015-July 2, 2015

- Effective Date of Appointment of Personnel: June 25, 2015

- Rationale for Program/Initiative: To provide assistance to register students for summer school.

- Academic Return on Investment aligned to Evidence of Success: Goal 1: Academic Achievement. To establish a culture of learning. Strengthen the instructional core– the core includes three interdependent components: teachers' knowledge and skill; students' engagement in their own learning; and academically challenging content.

- Number of Students Served: 400 Students

- Days /Time of Operation of Initiative/Program: 8:00AM – 1:00PM

- Evaluation of Effectiveness of Initiative/Program (How will the program be evaluated? Has the program been evaluated in the past?): Program will be evaluated based on pre and post assessment data from Imagine Learning; FILWs conducted throughout the program; staff evaluations from administrator of program; review of lesson plans from administrator of program and designated central office staff.

- Background / Supporting Documentation Attached:

- Funding Source: Race to the Top and 1003 A – Basic School Improvement Funding

- Person Submitting the Item: Dr. Michelle Cardwell

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Dennis Dean | Teaching Assistant | 12 | $323.04 |
| TOTAL | | | $323.04 |

# Agenda Item Details

| | | | |
|---|---|---|---|
| Meeting | Jun 24, 2015 - Regular Meeting | Category | CONSENT - PERSONNEL |
| Subject | Para-Professional Extra-Assignment Appointment - Resolution #15-514 | Type | Action (Consent) |
| Recommended Action | | | |

a. BE IT RESOLVED, that the following individual be appointed to the following extra-assignment position for Summer School Poughkeepsie High School and Poughkeepsie Middle School Registration effective June 30, 2015 and extending through July 2, 2015. This position will be paid for from the Poughkeepsie Middle School - School Improvement Grant.

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| Dennis Dean | Teaching Assistant | 12 | $323.04 |
| TOTAL | | | $323.04 |

## Motion & Voting

MOTION to approve Consent Agenda Items

Motion by Raymond Duncan, second by Randall Johnson.
Final Resolution: Motion Carries
Yea: Raymond Duncan, Randall Johnson, Jacqueline Roman, Gregory Charter, Ralph Coates