## Teaching Assistant Senority List 16/17 School Year

| # | Name | Emp # | BUILDING | RANK |
|---|------|-------|----------|------|
| 1 | HAGGERTY, ROXANNE M | | ELC | 1 OF 51 |
| 2 | HALLADEEN, PAULINE V | | CLINTON | 2 OF 51 |
| 3 | MASERJIAN, JULIE A | | CLINTON | 3 OF 51 |
| 4 | BANKS-WHITAKER, CLARISSA | | PHS | 4 OF 51 |
| 5 | ECKES, SUZANNE | | ELC | 5 OF 51 |
| 6 | DEAN, DENNIS L | | PHS | 6 OF 51 |
| 7 | DEQUINZIO, LAURA A | | PMS | 7 OF 51 |
| 8 | ATKINS, DIONNEDRA | | PHS | 8 OF 51 |
| 9 | LOGAN, NICOLE M | | WARRING | 9 OF 51 |
| 10 | BENANTI, CHERYL L | | KRIEGER | 10 OF 51 |
| 11 | BRIDGES, SHARON L | | ELC | 11 OF 51 |
| 12 | GALASSI, SHARON A | | CLINTON | 12 OF 51 |
| 13 | HERMAN, SARAH S | | MORSE | 13 OF 51 |
| 14 | MCKITTY, MERVIL L | | ELC | 14 OF 51 |
| 15 | BLYTHE, MAGARY M | | WARRING | 15 OF 51 |
| 16 | REALE, ELISA L | | WARRING | 16 OF 51 |
| 17 | CALLIS, LESLEY | | PMS | 17 OF 51 |
| 18 | SILKWORTH, SUSAN L | | ELC | 18 OF 51 |
| 19 | MELTON, CAROL | | MORSE | 19 of 51 |
| 20 | PURNELL, HELEN | | PMS | 20 of 51 |
| 21 | GOZO, CAMILLE S | | ELC | 21 of 51 |
| 22 | SHILLINGFORD, ADELMA | | ELC | 22 of 51 |
| 23 | ORTIZ, NILSA I | | ELC | 23 of 51 |
| 24 | GREY, DONNA L | | ELC | 24 of 51 |
| 25 | ZOBRE, TERRI L | | KRIEGER | 25 of 51 |
| 26 | BROWN, MARIA | | CLINTON | 26 of 51 |
| 27 | NANETTI, MARIA E | | PHS | 27 of 51 |
| 28 | RAHEMBA, ALICE A | | MORSE | 28 of 51 |
| 29 | CIFERRI, LEIGHANN | | ELC | 29 of 51 |
| 30 | ATKINS, DANIELLE | | PMS | 30 of 51 |
| 31 | FAIRCLOTH, JANIQUA R | | PMS | 31 of 51 |
| 32 | KRAUS, LORI | | ELC | 32 of 51 |
| 33 | ENCISO, MARIA C | | WARRING | 33 of 51 |
| 34 | MUSE, SHANNON | | PHS | 34 of 51 |
| 35 | LEWIS, DIANE | | MORSE | 35 OF 51 |
| 36 | AYERS-HOLLOWAY, LORETTA | | MORSE | 36 OF 51 |
| 37 | ROBINSON, CHRISTINE R | | MORSE | 37 OF 51 |
| 38 | RILLIE, TAMIKA S | | CLINTON | 38 IF 51 |
| 39 | ANSON, TRACY-ANN M. | | KRIEGER | 39 OF 51 |
| 40 | STOFA, KIM M. | | KRIEGER | 40 OF 51 |
| 41 | ROMAN, DONNA M | | MORSE | 41 OF 51 |
| 42 | RODRIGUEZ, JOSHUA J | | PACE | 42 of 51 |
| 43 | VALLELLANES, LORRAINE | | KRIEGER | 43 of 51 |
| 44 | CASTELLANOS, KHYRSYS S | | WARRING | 44 of 51 |
| 45 | STEPHENSON, SALLY A | | KRIEGER | 45 of 51 |



Deft's EXHIBIT N DATE 6/28/18 Kathleen T. Keilty, CSR

Effective June 2017 Pulled 3/12/18

Teaching Assistant Senority List 16/17 School Year

| | Name | Emp # | BUILDING | RANK |
|---|---|---|---|---|
| 46 | SPENCER-TAYLOR, GWENDOLYN A | | PACE | 46 of 51 |
| 47 | BAYOUMY, GHADA A | | MORSE | 47 of 51 |
| 48 | PITZELE, NIKOLAI | | WARRING | 48 of 51 |
| 49 | CELLI, MARITZA | | KRIEGER | 49 of 51 |
| 50 | EMERICK, KATRINA J. | | PMS | 50 of 51 |
| 52 | PETERSON, CHRISTINA | | KRIEGER | 51 of 51 |
| 1 | BAKER, MARYANN M | | MORSE | 1 OF 2 |
| 2 | HENRY, DOREEN | | PHS | 2 OF 2 |

Effective June 2017