# Submission Checklist for Consent Agenda Items

Before the consent agenda item is submitted, ensure that the following is complete by checking the appropriate box:

___New Resolution    _X_ Amended Resolution #_15-741_ and Board meeting date _10/21/15_

- School(s): Clinton, Krieger, Morse, Warring and Poughkeepsie Middle School

- Program/Initiative Name: 21 Century Community Learning Centers After-School and Saturday Programs

- Program Dates: October 13, 2015- June 14, 2016

- Effective Date of Appointment of Personnel: October 13, 2015

- Rationale for Program/Initiative: 21st Century Community Learning Centers is a federally-funded program which supports the creation of community learning centers that operate programs for students, particularly those who attend high-poverty and low-performing schools, and their families. By providing tutoring and other academic enrichment activities along with a broad array of youth development opportunities that complement their regular academic programs, these centers help students meet state and local student standards in core academic subjects, such as English language arts and math. In addition, literacy and other educational services are offered to families of students participating in the program.

- Academic Return on Investment aligned to Evidence of Success: Goal 1: Academic Achievement. To establish a culture of learning. Strengthen the instructional core– the core includes three interdependent components: *teachers'* knowledge and skill; *students'* engagement in their own learning; and academically challenging content. GOAL 3: Family and Community Communication and Engagement Families, community members, and all stakeholders will experience a customer-service oriented school system with robust, two-way communication processes and clear, transparent, timely communication about the Poughkeepsie City School District. Stakeholders will be engaged as partners in a "collective responsibility" framework.

- Number of Students Served: 900 Students

- Days /Time of Operation of Initiative/Program: Various day, dates and times depending on site from October 13, 2015-June 14, 2016

- Evaluation of Effectiveness of Initiative/Program *(How will the program be evaluated?* Initiative will be evaluated by NYSED, grant funded evaluator, Impact, and by project coordinator and other district personnel.

- Background / Supporting Documentation Attached:

- Funding Source: 21 Century CLC Grant and ESD/SVP Grant

- Person Submitting the Item: Mrs. Tracy Farrell


Deft's EXHIBIT O DATE 6/28/18 Kathleen T. Keilty, CSR

## Submission Checklist for Consent Agenda Items

| Name | Position | Hours (Not to exceed) Exact Hours Depend upon the programming scheduled at each site. | Amount |
|---|---|---|---|
| Maria Brown | After-school/Saturday Program Teaching Assistant for Clinton | 330 | $11,880 |
| Terri Zobre Adelma Shillingford Sharon Bridges Diane Lewis | After-school/Saturday Program Teaching Assistant for Krieger (This is a shared position) | 330 | $11,880 |
| Sarah Herman | After-school/Saturday Program Teaching Assistant for Morse | 330 | $11,880 |
| Nicole Logan | After-school/Saturday Program Teaching Assistant for Warring | 330 | $11,880 |
| Helen Purnell | After-school/Saturday Program Teaching Assistant for PMS | 330 | $11,880 |
| Lori Kraus | Substitute | | No Cost |
| Meegan Shea | Substitute | | No Cost |
| Carol Melton | Substitute | | No Cost |
| Loretta Holloway | Substitute | | No Cost |
| Danielle Omondi | Substitute | | No Cost |
| Tamika Rillie | Substitute | | No Cost |
| TOTAL | | | $59,400 |

## Agenda Item Details

| | | | |
|---|---|---|---|
| Meeting | Nov 16, 2015 - Regular Meeting | Category | CONSENT - PERSONNEL |
| Subject | Para-Professional Extra-Assignment Appointments Amendment to Resolution #15-741 from the October 21, 2015 Board of Education Meeting – Amended Resolution. | Type | Action |
| Recommended Action | | | |

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment part-time position of Teaching Assistant at Clinton, Krieger, Morse, Poughkeepsie Middle School and Warring for 21st Century Community Learning Centers After-School and Saturday Programs, effective October 13, 2015 and extending through June 14, 2016. These positions will be paid for from the 21st Century Community Learning Centers Grant and ESD/SVP Grant.

| Name | Position | Hours (Not to exceed) Exact Hours Depend upon the programming scheduled at each site | Amount |
|---|---|---|---|
| Maria Brown | After-school/Saturday Program Teaching Assistant for Clinton | 330 | $11,880.00 |
| Terri Zobre<br>Adelma Shillingford<br>Sharon Bridges<br>Diane Lewis | After-school/Saturday Program Teaching Assistant for Krieger (This is a shared position) | 330 | $11,880.00 |
| Sarah Herman | After-school/Saturday Program Teaching Assistant for Morse | 330 | $11,880.00 |
| Nicole Logan | After-school/Saturday Program Teaching Assistant for Warring | 330 | $11,880.00 |
| Helen Purnell | After-school/Saturday Program Teaching Assistant for PMS | 330 | $11,880.00 |
| Lori Kraus | Substitute | | No Cost |
| Meegan Shea | Substitute | | No Cost |
| Carol Melton | Substitute | | No Cost |
| Loretta Ayers-Holloway | Substitute | | No Cost |
| TOTAL | | | $59,400.00 |

*Amendment*

## Motion & Voting

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment part-time position of Teaching Assistant at Clinton, Krieger, Morse, Poughkeepsie Middle School and Warring for 21st Century Community Learning Centers After-School and Saturday Programs, effective October 13, 2015 and extending through June 14, 2016. These positions will be paid for from the 21st Century Community Learning Centers Grant and ESD/SVP Grant.

Motion by Gregory Charter, second by Raymond Duncan.
Final Resolution: Motion Carries
Yea: Ralph Coates, Raymond Duncan, Gregory Charter, Jacqueline Roman
Nay: Felicia Watson

## Agenda Item Details

| | | | |
|---|---|---|---|
| Meeting | Oct 21, 2015 - Regular Meeting | Category | |
| Subject | Para-Professional Extra-Assignment Appointment - Resolution #15-741 | | |
| Type | Action (Consent) | | |
| Recommended Action | | | |

CONSENT - PERSONNEL

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment part-time position of Teaching Assistant at Clinton, Krieger, Morse, Poughkeepsie Middle School and Warring for 21st Century Community Learning Centers After-School and Saturday Programs, effective October 13, 2015 and extending through June 14, 2016. These positions will be paid for from the 21st Century Community Learning Centers Grand and ESD/SVP Grant.

| Name | Position | Hours (Not to exceed) Exact Hours Depend upon the programming scheduled at each site | Amount |
|---|---|---|---|
| Maria Brown | After-school/Saturday Program Teaching Assistant for Clinton | 330 | $11,880.00 |
| Terri Zobre<br>Adelma Shillingford<br>Sharon Bridges<br>Diane Lewis | After-school/Saturday Program Teaching Assistant for Krieger (This is a shared position) | 330 | $11,880.00 |
| Sarah Herman | After-school/Saturday Program Teaching Assistant for Morse | 330 | $11,880.00 |
| Nicole Logan | After-school/Saturday Program Teaching Assistant for Warring | 330 | $11,880.00 |
| Helen Purnell | After-school/Saturday Program Teaching Assistant for PMS | 330 | $11,880.00 |
| Lori Kraus | Substitute | - | No Cost |
| Meegan Shea | Substitute | | No Cost |
| Carol Melton | Substitute | | No Cost |
| TOTAL | | | $59,400.00 |

## Motion & Voting

Motion to approve Consent Agenda Items.

Motion by Gregory Charter, second by Raymond Duncan.
Final Resolution: Motion Carries
Yea: Ralph Coates, Raymond Duncan, Gregory Charter, Jacqueline Roman, Felicia Watson

## Submission Checklist for Consent Agenda Items

Before the consent agenda item is submitted, ensure that the following is complete by checking the appropriate box:

_X_ New Resolution      ___ Amended Resolution #___ and Board meeting date ___

- School(s):  Krieger School

- Program/Initiative Name:  Krieger Before School Computer Program

- Program Dates: December, 2015- June, 2016

- Effective Date of Appointment of Personnel: December 16, 2015

- Rationale for Program/Initiative:  Before School Computer Program/21st Century Community Learning Centers is a federally-funded program which supports the creation of community learning centers that operate programs for students, particularly those who attend high-poverty and low-performing schools, and their families.  By providing tutoring and other academic enrichment activities along with a broad array of youth development opportunities that complement their regular academic programs, these centers help students meet state and local student standards in core academic subjects, such as English language arts and math. In addition, literacy and other educational services are offered to families of students participating in the program.

- Academic Return on Investment aligned to Evidence of Success: Goal 1: Academic Achievement. To establish a culture of learning. Strengthen the instructional core– the core includes three interdependent components: *teachers'* knowledge and skill; *students'* engagement in their own learning; and academically challenging content. GOAL 3: Family and Community Communication and Engagement Families, community members, and all stakeholders will experience a customer-service oriented school system with robust, two-way communication processes and clear, transparent, timely communication about the Poughkeepsie City School District. Stakeholders will be engaged as partners in a "collective responsibility" framework.

- Number of Students Served: 150 Students

- Days /Time of Operation of Initiative/Program: Various day, dates and times depending on site from December, 2015-June, 2016

- Evaluation of Effectiveness of Initiative/Program *(How will the program be evaluated?* Initiative will be evaluated by NYSED, grant funded evaluator, Impact, and by project coordinator and other district personnel.

- Background / Supporting Documentation Attached:

- Funding Source: 21 Century CLC Grant and ESD/SVP Grant

- Person Submitting the Item:  Mrs. Tracy Farrell

| Name | Position | Hours (Not to exceed) | Amount |
|---|---|---|---|
| | | | |

## Submission Checklist for Consent Agenda Items

|  |  | Exact Hours Depend upon the programming scheduled at each site. |  |
|---|---|---|---|
| Sharon Bridges | Before School Computer Program Teaching Assistant | 125 | $4,500 |
| Adelma Shillingford | Substitute |  | No Cost |
| TOTAL |  |  | $4,500 |

## Agenda Item Details

| | | | |
|---|---|---|---|
| Meeting | Jan 06, 2016 - Workshop/Special Meeting | Category | |
| Subject | CONSENT - PERSONNEL | | |
| Type | Para-Professional Extra-Assignment Appointments - Resolution #15-842 | | |
| Action (Consent) | | Recommended Action | |

a. BE IT RESOLVED, that the following individuals be appointed to the following part-time extra-assignment position for Krieger Before School Computer Program effective December 2015 and extending through June 2016. This position will be paid for from the 21st Century CLC Grant and ESD/SVP Grant.

| Name | Position | Hours (Not to exceed) Exact Hours Depend upon the programming scheduled at each site. | Amount |
|---|---|---|---|
| Sharon Bridges | Before School Computer Program Teaching Assistant | 125 | $4,500.00 |
| Adelma Shillingford | Substitute | | No Cost |
| TOTAL | | | $4,500.00 |

## Motion & Voting

Motion to approve Consent Agenda Items

Motion by Gregory Charter, second by Raymond Duncan.
Final Resolution: Motion Carries
Yea: Ralph Coates, Raymond Duncan, Gregory Charter, Jacqueline Roman, Felicia Watson

## Submission Checklist for Consent Agenda Items

Before the consent agenda item is submitted, ensure that the following is complete by checking the appropriate box:

\_\_\_New Resolution    \_x\_ Amended Resolution #\_17-0018a\_\_ and Board meeting date \_10-26-16\_\_

- School(s): Clinton, Krieger, Morse, Warring and Poughkeepsie Middle School

- Program/Initiative Name: 21 Century Community Learning Centers After-School and Saturday Programs Teaching Assistants

- Program Dates: October 17, 2016- June 10, 2017

- Effective Date of Appointment of Personnel: October 12, 2016

- Rationale for Program/Initiative: 21st Century Community Learning Centers is a federally-funded program which supports the creation of community learning centers that operate programs for students, particularly those who attend high-poverty and low-performing schools, and their families. By providing tutoring and other academic enrichment activities along with a broad array of youth development opportunities that complement their regular academic programs, these centers help students meet state and local student standards in core academic subjects, such as English language arts and math. In addition, literacy and other educational services are offered to families of students participating in the program.

- Academic Return on Investment aligned to Evidence of Success: Goal 1: Academic Achievement. To establish a culture of learning. Strengthen the instructional core– the core includes three interdependent components: *teachers'* knowledge and skill; *students'* engagement in their own learning; and academically challenging content. GOAL 3: Family and Community Communication and Engagement Families, community members, and all stakeholders will experience a customer-service oriented school system with robust, two-way communication processes and clear, transparent, timely communication about the Poughkeepsie City School District. Stakeholders will be engaged as partners in a "collective responsibility" framework.

- Number of Students Served: 900 Students

- Days /Time of Operation of Initiative/Program: Various day, dates and times depending on site from October 17, 2016-June 10, 2017

-

- Evaluation of Effectiveness of Initiative/Program *(How will the program be evaluated?* Initiative will be evaluated by NYSED, grant funded evaluator, Impact, and by project coordinator and other district personnel.

- Background / Supporting Documentation Attached:

- Funding Source: 21 Century CLC Grant / SIG / Title I

- Person Submitting the Item: Mrs. Tracy Farrell

## Submission Checklist for Consent Agenda Items

| Name | Position | Hours (Not to exceed) Exact Hours Depend upon the programming scheduled at each site. | Amount | Federal Code |
|---|---|---|---|---|
| Maria Brown | After-school/Saturday Program Teaching Assistant for Clinton | 330 | $7,085 | F2110.150.88.2017 |
| Lorraine Boughton-Vallellanes | After-school/Saturday Program Teaching Assistant for Krieger | 330 | $5,881 | F2110.150.88.2017 |
| Sarah Herman | After-school/Saturday Program Teaching Assistant for Morse | 330 | $8,963 | F2110.150.88.2017 |
| Nicole Logan | After-school/Saturday Program Teaching Assistant for Warring | 330 | $8,250 | F2110.150.88.2017 |
| Helen Purnell | After-school/Saturday Program Teaching Assistant for PMS | 330 | $7,795 | F2110.150.88.2017 |
| Adelma Shillingford | Substitute | | No Cost | Please use code of corresponding staff member you are substituting for |
| Dionnedra Atkins | Substitute | | No Cost | Please use code of corresponding staff member you are substituting for |
| Terri Zobre | Substitute | | No Cost | Please use code of corresponding staff member you are substituting for |
| Sharon Bridges | Substitute | | No Cost | Please use code of corresponding staff member you are substituting for |
| Carol Melton | Substitute | | No Cost | Please use code of corresponding staff member you are substituting for |
| *Diane Lewis* | Substitute | | No Cost | Please use code of corresponding staff member you are substituting for |
| *Loretta Ayers-Holloway* | Substitute | | No Cost | Please use code of corresponding staff member you are substituting for |
| *Tamika Rillie* | Substitute | | No Cost | Please use code of corresponding staff member you are substituting for |
| TOTAL | | | $37,974 | |


.20/2018


BoardDocs® Pro

Poughkeepsie City Schools - Board of Education Agenda Item

### Agenda Item Details

| | |
|---|---|
| Meeting | Mar 22, 2017 - Regular Meeting |
| Category | 9. CONSENT - PERSONNEL |
| Subject | 9.1 Para-Professional Extra-Assignment Appointments – Amendment to Resolution#17-0018 from the January 25, 2017 Board of Education Meeting – Amended Resolution. |
| Type | Action (Consent) |
| Recommended Action | a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment position for the 21st Century Community Learning Centers After-School and Saturday Programs at Clinton, Krieger, Morse, Poughkeepsie Middle School and Warring, effective October 17, 2016 and extending through June 10, 2017. These positions will be paid for from the 21st Century CLC Grant, SIG Grant and Title 1. |

| Name | Position | Hours (Not to exceed) Exact Hours Depend upon the programming scheduled at each site | Amount | Federal Code |
|---|---|---|---|---|
| Maria Brown | After-school/Saturday Program Teaching Assistant for Clinton | 330 | $7,085.00 | F2110.150.88.2017 |
| Lorraine Vallellanes | After-school/Saturday Program Teaching Assistant for Krieger | 330 | $5,881.00 | F2110.150.88.2017 |
| Sarah Herman | After-school/Saturday Program Teaching Assistant for Morse | 330 | $8,963.00 | F2110.150.88.2017 |
| Nicole Logan | After-school/Saturday Program Teaching Assistant for Warring | 330 | $8,250.00 | F2110.150.88.2017 |
| Helen Purnell | After-school/Saturday Program Teaching Assistant for PMS | 330 | $7,795.00 | F2110.150.88.2017 |
| Adelma Shillingford | Substitute | | No Cost | Please use code of corresponding staff member you are substituting for |
| Dionnedra Atkins | Substitute | | No Cost | " |
| Terri Zobre | Substitute | | No Cost | " |

| Name | Role | | Cost | |
|---|---|---|---|---|
| Sharon Bridges | Substitute | | No Cost | " |
| Carol Melton | Substitute | | No Cost | " |
| Loretta Ayers-Holloway | Substitute | | No Cost | " |
| Diane Lewis | Substitute | | No Cost | " |
| Tamika Rillie | Substitute | | No Cost | " |
| TOTAL | | | $37,974.00 | |

*Amendment*

# Submission Checklist for Consent Agenda Items

Before the consent agenda item is submitted, ensure that the following is complete by checking the appropriate box:

_X_ New Resolution     ___ Amended Resolution #___ and Board meeting date ___

- School(s): Krieger School

- Program/Initiative Name: Krieger Before School Computer Program

- Program Dates: November 28, 2016- June 10, 2017

- Effective Date of Appointment of Personnel: November 21, 2016

- Rationale for Program/Initiative: Before School Computer Program/21st Century Community Learning Centers is a federally-funded program which supports the creation of community learning centers that operate programs for students, particularly those who attend high-poverty and low-performing schools, and their families. By providing tutoring and other academic enrichment activities along with a broad array of youth development opportunities that complement their regular academic programs, these centers help students meet state and local student standards in core academic subjects, such as English language arts and math. In addition, literacy and other educational services are offered to families of students participating in the program.

- Academic Return on Investment aligned to Evidence of Success: Goal 1: Academic Achievement. To establish a culture of learning. Strengthen the instructional core– the core includes three interdependent components: *teachers'* knowledge and skill; *students'* engagement in their own learning; and academically challenging content. GOAL 3: Family and Community Communication and Engagement Families, community members, and all stakeholders will experience a customer-service oriented school system with robust, two-way communication processes and clear, transparent, timely communication about the Poughkeepsie City School District. Stakeholders will be engaged as partners in a "collective responsibility" framework.

- Number of Students Served: 150 Students

- Days /Time of Operation of Initiative/Program: Various day, dates and times depending on site from November 28, 2016- June 10, 2017

- Evaluation of Effectiveness of Initiative/Program *(How will the program be evaluated?* Initiative will be evaluated by NYSED, grant funded evaluator, Impact, and by project coordinator and other district personnel.

- Background / Supporting Documentation Attached:

- Funding Source: 21 Century CLC Grant/Krieger SIG

- Person Submitting the Item: Mrs. Tracy Farrell

| Name | Position | Hours (Not to exceed) | Amount |
|------|----------|------------------------|--------|
|      |          |                        |        |

## Submission Checklist for Consent Agenda Items

|  |  | Exact Hours Depend upon the programming scheduled at each site. |  |
|---|---|---|---|
| Sharon Bridges | Before School Computer Program Teaching Assistant | 112 | $4,032 |
| Adelma Shillingford | Substitute |  | No Cost |
| TOTAL |  |  | $4,032 |

# Agenda Item Details

| | |
|---|---|
| Meeting | Nov 21, 2016 - Public Hearing/Regular Meeting |
| Category | CONSENT - PERSONNEL |
| Subject | Para-Professional Extra-Assignment Appointments - Resolution #17-0069 |
| Type | Action (Consent) |
| Recommended Action | |

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment position for the Krieger Before School Computer Program, effective November 28, 2016 and extending through June 10, 2017. These positions will be paid for from the 21st Century CLC Grant/Krieger SIG.

| Name | Position | Hours (Not to exceed) Exact Hours Depend upon the programming scheduled at each site. | Amount |
|---|---|---|---|
| Sharon Bridges | Before School Computer Program Teaching Assistant | 112 | $4,032 |
| Adelma Shillingford | Substitute | | No Cost |
| TOTAL | | | $4,032.00 |