## Submission Checklist for Consent Agenda Items

Before the consent agenda item is submitted, ensure that the following is complete by checking the appropriate box:

___ New Resolution   _X_ Amended Resolution #_18-___ and Board meeting date _10/18/17_

- School(s): Clinton, Krieger, Morse, Warring and Poughkeepsie Middle School

- Program/Initiative Name: Extended Learning Time & Before/After-School Programs – Teaching Assistant

- Program Dates: October 23, 2017- May 31, 2018

- Effective Date of Appointment of Personnel: October 18, 2017

- Rationale for Program/Initiative: Extended Learning Time and After-School Program is a federally-funded program which supports the creation of community learning centers that operate programs for students, particularly those who attend high-poverty and low-performing schools, and their families. By providing tutoring and targeted academic enrichment activities along with a broad array of youth development opportunities that complement their regular academic programs, these centers help students meet state and local student standards in core academic subjects, such as English language arts and math. In addition, literacy and other educational services are offered to families of students participating in the program.

- Academic Return on Investment aligned to Evidence of Success: Goal 1: Academic Achievement. To establish a culture of learning. Strengthen the instructional core– the core includes three interdependent components: *teachers'* knowledge and skill; *students'* engagement in their own learning; and academically challenging content. GOAL 3: Family and Community Communication and Engagement Families, community members, and all stakeholders will experience a customer-service oriented school system with robust, two-way communication processes and clear, transparent, timely communication about the Poughkeepsie City School District. Stakeholders will be engaged as partners in a "collective responsibility" framework.

- Number of Students Served: 1000 Students

- Days /Time of Operation of Initiative/Program: Various day, dates and times depending on site from October 16, 2017- May 31, 2018

- Evaluation of Effectiveness of Initiative/Program *(How will the program be evaluated?* Initiative will be evaluated by OCFS, grant funded evaluator, Impact, and by project coordinator and other district personnel.

- Background / Supporting Documentation Attached:

- Funding Source: Empire/SIG Grants

- Person Submitting the Item: Mrs. Tracy Farrell

| Name | Position | Hours (Not to | Amount |
|---|---|---|---|

## Submission Checklist for Consent Agenda Items

| | | exceed) Exact Hours Depend upon the programming scheduled at each site. | |
|---|---|---|---|
| Helen Purnell | PMS ELT Teaching Assistant | 330 | $7,999 |
| Tamika Rillie | Clinton ELT Teaching Assistant | 330 | $7,438 |
| Lorraine Boughton-Vallellanes | Krieger ELT Teaching Assistant | 180 | $6,567 |
| Adelma Shillingford | Krieger ELT Teaching Assistant | 72 | $1,701 |
| Sarah Herman | Morse ELT Teaching Assistant | 330 | $8,962 |
| Nicole Logan | Warring ELT Teaching Assistant | 330 | $8,250 |
| Sharon Bridges | Krieger Before School Computer T A | 125 | $3,395 |
| Adelma Shillingford | Substitute | | No Cost |
| Carol Melton | Substitute | | No Cost |
| Sharon Bridges | Substitute | | No Cost |
| Loretta Ayers-Halloway | Substitute | | No Cost |
| Diane Lewis | Substitute | | No Cost |
| Maria Brown | Substitute | | No Cost |
| TOTAL | | | $44,312 |

Poughkeepsie City Schools - Board of Education Agenda Item

## Agenda Item Details

| | |
|---|---|
| Meeting | Nov 01, 2017 - Regular Meeting |
| Category | 9. CONSENT- PERSONNEL |
| Subject | 9.6 Para-Professional Extra-Assignment Appointments – Amendment to Resolution #18-0179 from the October 18, 2017 Board of Education – Amended Resolution. |
| Access | Public |
| Type | Action |
| Recommended Action | a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment position of Teaching Assistant for Extended Learning Time and Before and After-School Program at Clinton, Krieger, Morse, Warring and Poughkeepsie Middle School effective at the start of the program and extended through May 31, 2018. These positions will be paid for from Empire/School Improvement Grant-Grants. |

## Public Content

Amendment to Resolution #18-0179.pdf (291 KB)

## Administrative Content

## Motion & Voting

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment position of Teaching Assistant for Extended Learning Time and Before and After-School Program at Clinton, Krieger, Morse, Warring and Poughkeepsie Middle School effective at the start of the program and extended through May 31, 2018. These positions will be paid for from Empire/School Improvement Grant-Grants.

Motion by Raymond Duncan, second by Randall Johnson.
Final Resolution: Motion Carries
Yea: Raymond Duncan, Felicia Watson, Randall Johnson, Debra Long, Doreen Clifford

| Name | Position | Hours (Not to exceed) Exact Hours Depend upon the programming scheduled at each site. | Amount |
|---|---|---|---|
| Helen Purnell | PMS ELT Teaching Assistant | 330 | $7,999.00 |
| Tamika Rillie | Clinton ELT Teaching Assistant | 330 | $7,438.00 |
| Sarah Herman | Morse ELT Teaching Assistant | 330 | $8,962.00 |
| Nicole Logan | Warring ELT Teaching Assistant | 330 | $8,250.00 |
| Lorraine Boughton-Vallellanes | Krieger ELT Teaching Assistant | 180 | $6,567.00 |
| Sharon Bridges | Krieger Before School Computer TA | 125 | $3,395.00 |
| Adelma Shillingford | Krieger ELT Teaching Assistant | 72 | $1,701.00 |
| Adelma Shillingford | Substitute | | No Cost |
| Carol Melton | Substitute | | No Cost |
| Sharon Bridges | Substitute | | No Cost |
| Loretta Ayers-Halloway | Substitute | | No Cost |
| Diane Lewis | Substitute | | No Cost |
| Maria Brown | Substitute | | No Cost |
| TOTAL | | | $44,312.00 |

*Amendment*

## Agenda Item Details

| | | |
|---|---|---|
| Meeting | Jun 22, 2016 - Regular Meeting | Category |
| CONSENT - PERSONNEL | | Subject |
| Para-Professional Extra-Service Appointments - Resolution #16-1103 | | Type |
| Action | | Recommended Action |

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-service position for the Extended School Year Program for Students with Disabilities at Morse School, effective July 5, 2016 and extending through August 12, 2016 in the Poughkeepsie City School District. These positions will be paid for from the Special Education Fund.

| Name of Employee | Position | Hours | Amount |
|---|---|---|---|
| Sharon Bridges | Teaching Assistant | 165 | $4,826.25 |
| Dionnedra Atkins | Teaching Assistant | 165 | $4,443.45 |
| Nicole Logan | Teaching Assistant | 165 | $4,826.29 |
| Roxanne Haggerty | Teaching Assistant | 165 | $4,629.90 |
| Adelma Shillingford | Teaching Assistant | 165 | $4,078.80 |
| Maryann Baker | Teaching Assistant | 165 | $4,591.95 |
| Alice Rahemba | Teaching Assistant | 165 | $3,697.65 |
| Lori Kraus | Teaching Assistant (sub.) | | No cost |
| Carol Melton | Teaching Assistant (sub.) | | No cost |
| Sarah Herman | Teaching Assistant (sub.) | | No cost |
| Kathleen DeWitt | Teaching Assistant (sub.) | | No cost |
| Maria Enciso | Teaching Assistant (sub.) | | No cost |
| Maria Nanetti | Teaching Assistant (sub.) | | No cost |
| Helen Purnell | Teaching Assistant (sub.) | | No cost |
| TOTAL | | | $31,094.29 |

## Motion & Voting

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-service position for the Extended School Year Program for Students with Disabilities at Morse School, effective July 5, 2016 and extending through August 12, 2016 in the Poughkeepsie City School District. These positions will be paid for from the Special Education Fund.

Motion by Gregory Charter, second by Raymond Duncan.
Final Resolution: Motion Carries

Yea: Ralph Coates, Raymond Duncan, Gregory Charter, Jacqueline Roman
Abstain: Felicia Watson



Poughkeepsie City Schools - Board of Education Agenda Item

## Agenda Item Details

| | |
|---|---|
| Meeting | Jun 30, 2017 - Special Meeting |
| Category | 7. CONSENT- PERSONNEL |
| Subject | 7.13 Para-Professional Extra-Service Appointments – Amendment to Resolution #17-0362 from the June 21, 2017 Board of Education Meeting – Amended Resolution. |
| Type | Action (Consent) |
| Recommended Action | a. BE IT RESOLVED, that the following individuals be appointed to the following extra-service positions for the Extended School Year Program for Students with Disabilities at Morse School, effective July 5, 2017 and extending through August 15, 2017 in the Poughkeepsie City School District. These positions will be paid for from the Special Education Fund. |

| Name | Position | Hours | Amount |
|---|---|---|---|
| Sharon Bridges | Teaching Assistant | 165 | $4,481.40 |
| Dionnedra Atkins | Teaching Assistant | 165 | $4,298.25 |
| Nicole Logan Cummings | Teaching Assistant | 165 | $4,125.00 |
| Roxanne Haggerty | Teaching Assistant | 165 | $4,298.25 |
| Adelma Shillingford | Teaching Assistant | 165 | $4,078.80 |
| Maryann Baker | Teaching Assistant | 165 | $4,265.25 |
| Alice Rahemba | Teaching Assistant | 165 | $3,969.90 |
| Danielle Atkins | Teaching Assistant | 165 | $3,542.55 |
| Sara Herman | Teaching Assistant | 165 | $4,481.40 |
| Mervil McKitty | Teaching Assistant (sub.) | | No cost |
| Carol Melton | Teaching Assistant (sub.) | | No cost |
| Christine Robinson | Teaching Assistant (sub.) | | No cost |
| Lorraine Boughton | Teaching assistant (sub.) | | No cost |
| Diane Lewis | Teaching Assistant (sub.) | | No cost |
| Loretta Ayers-Holloway | Teaching Assistant (sub.) | | No cost |
| Maria Enciso | Teaching Assistant (sub.) | | No cost |
| Maria Nanetti | Teaching Assistant (sub.) | | No cost |
| Nikolai Pitzele | Teaching Assistant (sub.) | | No cost |
| Katarina Emerick | Teaching Assistant (sub.) | | No cost |
| Leighann Ciferri | Teaching Assistant (sub.) | | No cost |
| TOTAL AMOUNT | | | $37,540.80 |

*Amendment*



Poughkeepsie City Schools - Board of Education Agenda Item

## Agenda Item Details

| | |
|---|---|
| Meeting | Jun 21, 2017 - Regular Meeting |
| Category | 9. CONSENT- PERSONNEL |
| Subject | 9.8 Para-Professional Extra-Service Appointments – Resolution #17-0362 |
| Access | Public |
| Type | Action (Consent) |
| Recommended Action | a. BE IT RESOLVED, that the following individuals be appointed to the following extra-service positions for the Extended School Year Program for Students with Disabilities at Morse School, effective July 5, 2017 and extending through August 15, 2017 in the Poughkeepsie City School District. These positions will be paid for from the Special Education Fund. |

## Public Content

| Name | Position | Hours | Amount |
|---|---|---|---|
| Sharon Bridges | Teaching Assistant | 165 | $4,481.40 |
| Dionnedra Atkins | Teaching Assistant | 165 | $4,298.25 |
| Nicole Logan Cummings | Teaching Assistant | 165 | $4,125.00 |
| Roxanne Haggerty | Teaching Assistant | 165 | $4,298.25 |
| Adelma Shillingford | Teaching Assistant | 165 | $4,078.80 |
| Maryann Baker | Teaching Assistant | 165 | $4,265.25 |
| Alice Rahemba | Teaching Assistant | 165 | $3,969.90 |
| Danielle Atkins | Teaching Assistant | 165 | $3,542.55 |
| Sara Herman | Teaching Assistant | 165 | $4,481.40 |
| Mervil McKitty | Teaching Assistant (sub.) | | No cost |
| Carol Melton | Teaching Assistant (sub.) | | No cost |
| Christine Robinson | Teaching Assistant (sub.) | | No cost |
| Lorraine Boughton | Teaching assistant (sub.) | | No cost |
| Diane Lewis | Teaching Assistant (sub.) | | No cost |
| Loretta Ayers-Holloway | Teaching Assistant (sub.) | | No cost |
| Maria Enciso | Teaching Assistant (sub.) | | No cost |
| Maria Nanetti | Teaching Assistant (sub.) | | No cost |
| Nikolai Pitzele | Teaching Assistant (sub.) | | No cost |
| Katarina Emerick | Teaching Assistant (sub.) | | No cost |
| TOTAL AMOUNT | | | $37,540.80 |

## Administrative Content

## Agenda Item Details

| | |
|---|---|
| Meeting | Nov 01, 2017 - Regular Meeting |
| Category | CONSENT- PERSONNEL |
| Subject | Para-Professional Extra-Assignment Appointments – Amendment to Resolution #18-0179 from the October 18, 2017 Board of Education – Amended Resolution. |
| Type | Action |
| Recommended Action | |

a. BE IT RESOLVED, that the following individuals be appointed to the following extra-assignment position of Teaching Assistant for Extended Learning Time and Before and After-School Program at Clinton, Krieger, Morse, Warring and Poughkeepsie Middle School effective at the start of the program and extended through May 31, 2018. These positions will be paid for from Empire/School Improvement Grant-Grants.

Amendment to Resolution #18-0179.pdf (291 KB)

| Name | Position | Hours (Not to exceed) Exact Hours Depend upon the programming scheduled at each site. | Amount |
|---|---|---|---|
| Helen Purnell | PMS ELT Teaching Assistant | 330 | $7,999.00 |
| Tamika Rillie | Clinton ELT Teaching Assistant | 330 | $7,438.00 |
| Sarah Herman | Morse ELT Teaching Assistant | 330 | $8,962.00 |
| Nicole Logan | Warring ELT Teaching Assistant | 330 | $8,250.00 |
| Lorraine Boughton-Vallellanes | Krieger ELT Teaching Assistant | 180 | $6,567.00 |
| Sharon Bridges | Krieger Before School Computer TA | 125 | $3,395.00 |
| Adelma Shillingford | Krieger ELT Teaching Assistant | 72 | $1,701.00 |
| Adelma Shillingford | Substitute | | No Cost |
| Carol Melton | Substitute | | No Cost |
| Sharon Bridges | Substitute | | No Cost |
| Loretta Ayers-Halloway | Substitute | | No Cost |
| Diane Lewis | Substitute | | No Cost |
| Maria Brown | Substitute | | No Cost |
| TOTAL | | | $44,312.00 |

*Amendment*