1

2                    UNITED STATES DISTRICT COURT

3                    SOUTHERN DISTRICT OF NEW YORK

4

5    CAROL MELTON,                )
                                  )
6          Plaintiff,             )  Index No. 19 CV 09755 (VB)
                                  )
7    -against-                    )
                                  )
8    POUGHKEEPSIE CITY            )
     SCHOOL DISTRICT,             )
9                                 )
           Defendant.             )
10   _____ )

11

12                        DEPOSITION OF

13                        NICOLE CHERRY

14              CONDUCTED VIRTUALLY VIA ZOOM

15                 TUESDAY, JUNE 29, 2021

16                    9:31 A.M. EST

17

18

19

20

21

22

23   Reported By:

24   Cheryl A. Dixon, RPR, CRR

25   Job No:  196258

Page 2

```
 1
 2          Deposition of NICOLE CHERRY, conducted
 3    virtually.
 4
 5
 6
 7
 8
 9
10
11
12
13          Pursuant to notice, before Cheryl A. Dixon,
14    Registered Professional Reporter, Certified Realtime
15    Reporter and Notary Public in and for the State of
16    Texas.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2                A P P E A R A N C E S
 3
 4    ON BEHALF OF THE PLAINTIFF:
 5          MR. DERRICK CARMAN, ESQ.
 6          ROBINS KAPLAN
 7          399 Park Avenue
 8          New York, NY 10022
 9
10
11
12
13    ON BEHALF OF THE DEFENDANT:
14          MR. MARK RUSHFIELD, ESQ.
15          SHAW PERELSON MAY & LAMBERT
16          21 Van Wagner Road
17          Poughkeepsie, NY 12603
18
19
20
21
22    Also Present:
23    Carol Melton
24
25
```

Page 4

```
 1
 2                I N D E X
 3                                          PAGE
 4    Appearances                              3
 5    NICOLE CHERRY
 6       Examination By Mr. Carman              5
 7       Examination By Mr. Rushfield          33
 8       Further Examination By Mr. Carman     41
 9    Witness Errata Sheet                     45
10    Certificate of Shorthand Reporter        47
11
12                E X H I B I T S
13    NO.        DESCRIPTION                  PAGE
14    Exhibit 2   Deposition Notice            14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                    Nicole Cherry
 2               P R O C E E D I N G S
 3                   --- oOo ---
 4                  NICOLE CHERRY,
 5    having been first duly sworn, testified as follows:
 6                  EXAMINATION
 7    BY MR. CARMAN:
 8        Q.    Good morning, Ms. Cherry.
 9        A.    Good morning.
10        Q.    My name is Derrick Carman and I represent
11    Ms. Melton in this proceeding.  I'm going to be asking
12    you some questions and you're going to be answering
13    those questions, so we'll run through some logistics
14    here.  But before we get started with that, can you
15    please state your full name and home address for the
16    record?
17        A.    Natasha --
18                MR. RUSHFIELD:  You can give your office
19    address rather than your home address.
20                THE WITNESS:  Natasha Cherry, 18 South
21    Perry Street, P-e-r-r-y, Poughkeepsie, New York.
22    BY MR. CARMAN:
23        Q.    Have you ever been deposed before,
24    Ms. Cherry?
25        A.    I'm not sure.  Can you explain what that
```

## Page 6

Nicole Cherry

1
2  means?
3      Q.    Sure.  So this is a deposition like what
4  we're doing right now where you've been under oath and
5  an attorney has been asking you questions.  Have you
6  ever done that before?
7      A.    Yes.
8      Q.    How many times?
9      A.    Once.
10     Q.    And what was the nature of that case where
11 you previously were deposed?
12          MR. RUSHFIELD:  Objection to form.  She's
13 not saying she was previously deposed.  She's saying she
14 previously testified under oath.
15 BY MR. CARMAN:
16     Q.    You can answer the question.
17     A.    I'm sorry, now I'm confused.
18     Q.    Sure.  I'll rephrase.  You had previously
19 testified under oath; correct?
20     A.    Correct.
21     Q.    What was nature of that case where you
22 previously gave testimony under oath?
23     A.    It had to do with the district.  Am I allowed
24 to say what?
25          MR. RUSHFIELD:  Yes, you can.

## Page 7

Nicole Cherry

1
2          THE WITNESS:  It was an -- I believe an
3  arbitration.
4  BY MR. CARMAN:
5      Q.    Okay.  And what was the arbitration about?
6      A.    It had to do with unit matters involving
7  administrators.
8      Q.    What do you mean when you say "unit
9  matters"?
10     A.    Do you want me to specifically state what it
11 was about?
12     Q.    Please.
13     A.    Whether they were 12-month or 10-month
14 employees.
15     Q.    So is it fair to say it related to employment
16 issues?
17     A.    Yes.
18     Q.    Okay.  And how long ago was it that you
19 testified in that proceeding?
20     A.    About one month.
21     Q.    To quickly go over some logistics here,
22 please answer any questions that I ask completely and
23 accurately.  Understand?
24     A.    Yes.
25     Q.    If you do not hear or understand any of my

## Page 8

Nicole Cherry

1
2  questions, please let me know.  If you have a
3  question -- I'm sorry.  If you answer a question, I will
4  assume that you have heard it and understood it and have
5  answered it completely and accurately.  Understand?
6      A.    Yes.
7      Q.    Okay.  Let me finish my questions before you
8  begin to answer so the court reporter can transcribe
9  what is being said.  Okay?
10     A.    Yes.
11     Q.    If the answer is "yes" or "no," please say
12 "yes" or "no" so that the court reporter can transcribe
13 your answer.  They have difficulty with nonverbal
14 gestures.
15          Does that make sense?
16     A.    Yes.
17     Q.    Okay.  Are you under the influence of any
18 medications or drugs that would affect your ability to
19 testify truthfully and completely today?
20     A.    No, I am not under the influence of any
21 drugs.
22     Q.    Is there any reason at all that you would not
23 be able to testify truthfully and completely today?
24     A.    No, there's no reason why I would not be able
25 to testify truthfully and completely.

## Page 9

Nicole Cherry

1
2      Q.    What did you do to prepare for today's
3  deposition?
4      A.    I'm sorry, can you repeat that?  I missed the
5  first part.
6      Q.    Sure.  What did you do to prepare for today's
7  deposition?
8      A.    What did I do to prepare?
9      Q.    Yes.
10     A.    Aside from speaking to Mr. Rushfield?
11     Q.    Okay.  So you met with counsel,
12 Mr. Rushfield; is that correct?
13     A.    Correct.
14     Q.    Okay.  Did you meet just with Mr. Rushfield
15 or was there anybody else present?
16     A.    No, just Mr. Rushfield.
17     Q.    How long would you say you met with
18 Mr. Rushfield to prepare for today's deposition?
19     A.    I met with Mr. Rushfield for about an hour.
20     Q.    Okay.  Did you review any documents in
21 preparation for today's deposition?
22     A.    The only documents that I reviewed was the
23 statement that I originally had given.
24     Q.    And when you say "statement that you had
25 originally given," what do you mean?

Nicole Cherry

1
2      A.    When Dr. Wade asked me -- and forgive me
3  because I'm trying to remember -- asked me about my
4  involvement with the Empire Grant.
5      Q.    So Dr. Wade, about a year ago, asked you to
6  give a statement related to Empire Grants; is that
7  correct?
8      A.    It was a long time ago.
9      Q.    Okay.  And when you say he asked you to give
10 a statement, do you mean a sworn statement?
11     A.    No.  No, in my -- okay.  No, he did not ask
12 me to give a sworn statement.  In my current capacity,
13 I'm over grants and he was trying to see if I was always
14 over the grants.
15     Q.    When you say "over the grants" what do you
16 mean by that?
17     A.    I oversee them in my current capacity, but I
18 did not oversee them in regards to this.
19     Q.    Okay.  Did you meet with anybody other than
20 Mr. Rushfield to prepare for today's deposition?
21     A.    No, sir.
22     Q.    Have you ever been convicted of a felony?
23     A.    No, sir.
24     Q.    Have you ever been subject to any type of
25 disciplinary proceeding?

Nicole Cherry

1
2      A.    No, sir.
3      Q.    Okay.  Could you please describe your formal
4  education, beginning with high school?
5      A.    I went to Poughkeepsie High School, graduated
6  in 1995.  I received my associate's degree from Dutchess
7  Community College in 2007.  I received my bachelor's
8  degree from New Paltz in 2013.  I received my master's
9  degree from Marist College in 2017.  And I received my
10 Certificate of Advanced Study from Niagara in 2020, I
11 believe.
12     Q.    Where are you currently employed?
13     A.    Poughkeepsie City School District.
14     Q.    And how long have you been employed at
15 Poughkeepsie City School District?
16     A.    2010.
17     Q.    So about 11 years; right?
18     A.    Yes, sir.
19     Q.    And what is your current role there?
20     A.    Interim executive director of community
21 schools.
22     Q.    And what are your responsibilities as the --
23 I'm sorry, could you say that again.  I just want to
24 write it down because it was sort of a long title.
25     A.    My current title is interim executive

Nicole Cherry

1
2  director of community schools.
3      Q.    Okay.  And how long have you been the interim
4  executive director of community schools?
5      A.    August 2020.
6      Q.    And what are your responsibilities as the
7  interim executive director of community schools?
8      A.    One of my responsibilities is to oversee
9  extended learning time in after-school programs, it's to
10 create programs within the district.  It's to bring in
11 community partners.  It's to change our schools into
12 community schools, which means it offers resources, both
13 inside and outside of schools, for students and their
14 families.
15          I'm a member of the leadership team, so I
16 create district goals, along with the superintendent.  I
17 work in concert with other executive directors to
18 achieve district goals such as increased graduation
19 rate, increased opportunities for students, early
20 childhood education, social, emotional support.
21     Q.    And what was your role before you became the
22 interim executive director of community schools?
23     A.    Director of family community engagement.
24     Q.    And how long did you hold that position?
25     A.    I held that position for five years and was

Nicole Cherry

1
2  granted tenure in February 2020.
3      Q.    Could you say that again.  I didn't quite
4  hear that.
5      A.    I held -- I'm sorry, I just took a drink.
6      Q.    That's fine.
7      A.    I held the position of director
8  of community -- director of family and community
9  engagement for five years and was granted tenure in
10 February 2020.
11     Q.    Okay.  And what were your responsibilities in
12 your role as director of family community engagement?
13     A.    My primary responsibility was to oversee the
14 My Brother's Keeper Program, to increase family
15 engagement district wide, to work on the Title 1, the
16 Title 1 goals, school improvement efforts.  My office
17 was rotated throughout different school buildings who
18 needed additional support.  Also, the district's
19 community liaison.
20     Q.    Before you became director of family
21 community engagement, what role did you hold?
22     A.    I was the coordinator of family community
23 engagement.
24     Q.    And how long did you hold that role?
25     A.    One year.

Page 14

Nicole Cherry

1
2  Q.    What position did you hold in the district
3  before the coordinator of family community engagement?
4  A.    Before the coordinator of family community
5  engagement, I was the director of climate and culture at
6  Poughkeepsie Middle School.
7  Q.    I'm going to put in front of you what has
8  previously been marked as Plaintiff's Exhibit 2.
9       (Exhibit 2 marked.)
10 BY MR. CARMAN:
11 Q.    So I'm going to share this with you through
12 the chat.
13 A.    Okay.
14 Q.    Let me know if you have any issue opening the
15 file and I can screen share if we need to.
16 A.    May I take a moment to read?
17 Q.    Sure.  Let me know when you're ready.
18 A.    Okay.  (Reviewing document.)
19      Okay.
20 Q.    Have you ever seen this document before?
21 A.    No, sir.  I'm trying to get back to my screen
22 here.  Am I here?  Okay.  No, sir.
23 Q.    Okay.  So I'd like to direct your attention
24 to page 4, and specifically numbered paragraph 6.
25 A.    I'd have to open it back, I'm sorry.  I

Page 15

Nicole Cherry

1
2  closed it trying to get back.  Page 4?
3  Q.    Yes.  Numbered paragraph 6.
4  A.    Okay.
5  Q.    All right.  And so do you understand that you
6  are here to testify on behalf of Poughkeepsie City
7  School District on topic number 6 which is, "The persons
8  involved in and procedures related to solicitation of
9  applications, application process, and selection of
10 recipients of Empire State Grants from 2017 to
11 present"?
12 A.    Yes, sir, I understand.
13 Q.    Okay.  You can likely close that now.  We
14 won't need to keep looking at that exhibit.
15      Ms. Cherry, have you ever heard of
16 something called an "Empire State Grant"?
17 A.    Yes, sir.
18 Q.    What is an Empire State Grant?
19 A.    So an Empire State Grant was a grant awarded
20 by the office of OCFS.  We received Empire funding for
21 round one and round three.  It's to provide enrichment
22 opportunities after the school day for students.
23 Q.    I believe you referred to something as "OCSF"
24 [sic], what does that mean?
25 A.    I'm sorry -- I apologize.  Office of

Page 16

Nicole Cherry

1
2  Children's and Family Services.
3  Q.    And is that an office within Poughkeepsie
4  City School District?
5  A.    No, sir, that's a state office.
6  Q.    And so a state office called the Office of
7  Children and Family Services allocates funds to the
8  Poughkeepsie City School District to then distribute as
9  Empire State Grants; is that correct?
10 MR. RUSHFIELD:  Objection to form.
11 You can answer.
12 THE WITNESS:  Yes, sir.
13 I lost the question now --
14 MR. RUSHFIELD:  Let me just let the
15 witness know.  I can -- the only objection I can make
16 during this proceeding normally is an objection to the
17 form of a question.  You can nonetheless be required to
18 answer the question if you understand it.  The objection
19 is really reserved for a potential trial.  So the fact
20 that I -- I'd ask you to have a pregnant pause between
21 the question and the answer in case I may have an
22 objection so the reporter can get it, but you can
23 nonetheless answer the question if you feel you
24 understand.
25 Thank you, Counsel.

Page 17

Nicole Cherry

1
2  THE WITNESS:  Can you please restate the
3  question, I lost it now?
4  MR. CARMAN:  Could the court reporter
5  read the last question back, please?
6  (Record read.)
7  MR. RUSHFIELD:  You have my objection to
8  the form of the question.  If you understand it, you can
9  answer it, Ms. Cherry.
10 THE WITNESS:  I'm confused when you say
11 "allocate funds to the district."  Can you --
12 BY MR. CARMAN:
13 Q.    Sure.  Who awards Empire State Grants?
14 A.    This is a complicated question.  I'm going to
15 answer the best way I can.  The District applied for an
16 Empire State Grant.  Once they applied to the Empire
17 State Grant, they were required -- I'm getting confused
18 here.
19      OCFS awards Empire State Grants.  The
20 money is disbursed to the community-based partners
21 through the school district that provide the services.
22 I don't know if that makes sense, but I'm trying to
23 answer the best I can.
24 Q.    That's all I could ask of you.  I'll try and
25 ask some clarifying questions, then we'll see if we can

| Page 18 | Page 19 |

**Page 18**

Nicole Cherry

1  get it in order here.  So a -- strike that.
2
3      The Poughkeepsie City School District
4  applies to OCSF for an Empire State Grant; correct?
5      A.   Correct.
6      Q.   And that money ultimately will be distributed
7  to I believe you referred to them as "community
8  partners"; is that right?
9      A.   I believe I said community-based
10 organizations, CBOs; if I didn't say that, that's what I
11 meant to say.
12     Q.   So if I refer to community-based
13 organizations or CBOs, you will understand what I'm
14 referring to; correct?
15     A.   Yes, sir.
16     Q.   So the funding -- strike that.
17     Poughkeepsie City School District
18 receives an Empire State Grant from OCSF; correct?
19     A.   Yes.
20     Q.   And then Poughkeepsie City School District
21 distributes those funds to community-based
22 organizations; right?
23     A.   Yes.
24     Q.   Do the community-based organizations apply to
25 Poughkeepsie City School District to receive those

**Page 19**

Nicole Cherry

1
2  funds?
3      A.   They -- the community-based organizations
4  apply through an RFP to the school district.
5      Q.   And what is an "RFP"?
6      A.   Request for proposals.
7      Q.   And a community-based organization that
8  wishes to receive a portion of the Empire State Grant
9  submits a request for proposal to Poughkeepsie City
10 School District; right?
11     A.   Yes.
12     Q.   Who within Poughkeepsie City School District
13 decides who will receive a portion of the Empire State
14 Grant?
15     A.   I need a clarifying question because I was
16 not involved with the initial round of Empire Grants.
17     Q.   And when you say "initial round," what do you
18 mean when you say "initial round"?
19     A.   What we're referring to now, this case, I was
20 not a part of that process.  I can only speak to the
21 process now.
22     Q.   How long has the current process been in
23 place?
24     A.   I can only speak to as far as I know, and
25 I've been involved for about two years now.

**Page 20**

Nicole Cherry

1
2      Q.   So you are only familiar with the process for
3  going back to when?
4      A.   About 2019.
5      Q.   So is it fair to say that you're unfamiliar
6  with how Empire State Grants were distributed prior to
7  2019?
8      A.   Yes, sir.
9      Q.   Okay.  You talked to anybody at Poughkeepsie
10 City School District to learn about how Empire State
11 Grants were disbursed prior to 2019?
12     A.   I've started going through the grants and
13 learning about them because, like I said, this is new to
14 my purview and it's not exclusive to the Empire Grant,
15 so I have about 20 books of grants that I'm learning.
16     Q.   All right.  Let's talk about how Empire State
17 Grants are disbursed by the District from 2019 to today,
18 because you said that's what you're familiar with;
19 correct?
20     A.   Right.
21     Q.   Okay.  So when a community-based organization
22 wishes to receive funding through the Empire State Grant
23 program they submit an RFP to the Poughkeepsie City
24 School District; right?
25     A.   Yes.

**Page 21**

Nicole Cherry

1
2      Q.   And what does an RFP consist of?
3      A.   So each RFP consist of the grant parameters,
4  the areas of service.  Each is unique to the grant, but
5  it highlights all the sort of attributes you need to
6  have in your proposal.
7      Q.   When you say that each proposal is unique to
8  the grant, are you referring to just Empire State Grants
9  or are you saying that the Empire State Grants and other
10 grants that RFPs are submitted for?
11     A.   Well, in regards to Empire State Grants, for
12 example, we've just been awarded an Empire Three Grant.
13 There's different areas in the grant like violence
14 prevention, you may want to apply for that, or you may
15 want to apply for health and wellness, for example.
16 That's what I was referring to.  But in regards to all
17 grants, sometimes the RFPs could look different,
18 depending on what entity they're coming from.  Most of
19 the grants don't come from OCFS.  OCFS is a little more
20 stringent with their criteria than, say, the state
21 education department.
22     Q.   You referred to "round one" and "round three"
23 Empire State Grants.  Do you recall that?
24     A.   Yes, sir.
25     Q.   What is a "round one" Empire State Grant?

**Page 22**

Nicole Cherry

2  A.   That's the one I was not involved with, but I
3  believe that's the first round that ever came out.
4     Q.   Okay.  And when you say "round" you mean
5  iteration of funding from OCSF [sic]?
6     A.   Iteration of funding?
7     Q.   Yes.  For example, "round one" means the
8  first round of funding in time; is that right?
9     A.   Yes.
10    Q.   And so round two funding would occur after
11 round one funding; right?
12    A.   Yes.
13         MR. RUSHFIELD:  Counsel, before you ask
14 your next question, you keep referring to "OCSF," I
15 believe it's "OCFS".
16         MR. CARMAN:  You're correct.  Thank you.
17 BY MR. CARMAN:
18    Q.   Did Poughkeepsie City School District receive
19 a round two allocation from OCFS?
20    A.   I don't know if they applied for round two.
21    Q.   Okay.  Did Poughkeepsie City School District
22 receive round three funding from OCFS?
23    A.   The Poughkeepsie City School District was
24 awarded round three funding that's set to start next
25 school year due to COVID.  It didn't start this school

**Page 23**

Nicole Cherry

2  year.
3     Q.   Okay.
4     A.   So the answer is no, we didn't receive the
5  funding yet.
6     Q.   You have been awarded the funding?
7     A.   Yes.
8     Q.   Okay.  Is there a committee that determines
9  which community-based organizations will receive a
10 portion of the Empire State Grant?
11        MR. RUSHFIELD:  Objection to form.
12        You can attempt to answer.
13        THE WITNESS:  There's not a committee
14 that determines which organization.  The RFP process is
15 a blind process.  The review process is a blind process.
16 BY MR. CARMAN:
17    Q.   What do you mean when you say it's a "blind
18 process"?
19    A.   The audit committee, the names are redacted
20 from the proposals and then they are scored based on a
21 rubric.
22    Q.   Who scores them?
23    A.   A committee.  It's usual a committee
24 assembled of different people, administrators.  It could
25 have a teacher on it, it could have a community member;

**Page 24**

Nicole Cherry

2  but the committees are usually composed of different
3  people.
4     Q.   How many people sit on this committee?
5     A.   I mean it could be anywhere from -- I believe
6  the average is five.  It can be three to five.
7     Q.   You said that certain information is redacted
8  from the RFPs before it is submitted to the committee
9  for scoring; is that right?
10    A.   Yes.
11    Q.   What information is redacted?
12    A.   The name of the organization.
13    Q.   Anything else?
14    A.   Any identifying information.
15    Q.   Okay.  A public -- strike that.
16        Are the requests for proposals published
17 somewhere?
18    A.   Can you clarify that question?
19    Q.   Sure.  How does Poughkeepsie City School
20 District solicit proposals for Empire State Grants?
21    A.   They have to put an RFP out on the website,
22 on the District website.
23    Q.   Is the website the only place where that's
24 published?
25    A.   When the RFPs go out, I also believe an

**Page 25**

Nicole Cherry

2  email -- a mass email goes out to all community-based
3  organizations.  But yes, it is made public.
4     Q.   Is funding through Empire State Grants, is
5  that done on an annual basis?
6     A.   I can't answer that because, as I stated, we
7  haven't received funding yet for round three.
8     Q.   And do you know in the past whether it was
9  done on an annual basis?
10    A.   I can't answer that.
11    Q.   Because you don't know?
12    A.   Because I'm not fully sure.
13    Q.   So you're not sure, sitting here today,
14 whether funding for Empire State Grants in the past was
15 done on an annual basis; is that right?
16    A.   I'm not sure if OCFS sent money quarterly or
17 annually, I'm not sure.
18    Q.   Do you know how the District solicited RFPs
19 in the past, whether that was done on an annual basis or
20 quarterly, for example?
21        MR. RUSHFIELD:  This is for grants, RFPs
22 for grants?
23        MR. CARMAN:  Yes.
24        THE WITNESS:  Do I know in the past has
25 the District solicited RFPs on a --

Nicole Cherry

1
2   BY MR. CARMAN:
3       Q.   Yes.  So you said you weren't sure how the
4   state distributed funds, whether that was done annually
5   or on an quarterly basis.  My question relates to how
6   the District solicits RFPs, whether that was done on an
7   annual basis or on a quarterly basis, specific for
8   Empire State Grants?
9               MR. RUSHFIELD:  Objection to form.
10          You can attempt to answer.
11              THE WITNESS:  I do understand with
12  Empire, once the RFP is accepted, it has to go through a
13  process with OCFS, and once it's approved, unless a
14  community-based organization backs out, they're pretty
15  much in for the duration of the grant.
16  BY MR. CARMAN:
17      Q.   And how long do these grants last?
18      A.   They could be three to five years.
19      Q.   Do you know how many organizations submitted
20  proposals for the round one funding of Empire State
21  Grants?
22      A.   I do not.
23      Q.   Okay.  And do you know how many organizations
24  received funding through the round one of Empire State
25  Grants at Poughkeepsie City School District?

Nicole Cherry

1
2       A.   I do not.
3       Q.   Okay.  You ever heard of an organization
4   called the Black and Latino Coalition?
5       A.   Yes.
6       Q.   What is the Black and Latino Coalition?
7       A.   They provide STEM activities.
8       Q.   Are you finished with your answer?
9       A.   They have a program called Mighty Young
10  Techs.
11      Q.   And is that a program they run in
12  Poughkeepsie City School District?
13              MR. RUSHFIELD:  Objection to form.
14              THE WITNESS:  Can you explain that?
15  BY MR. CARMAN:
16      Q.   Sure.  You said they have a program called
17  Mighty Young Techs; right?
18      A.   Yes.
19      Q.   How are you aware of the Mighty Young Techs
20  program?
21      A.   From my involvement on the city council.
22      Q.   And what is your involvement on the city
23  council?
24      A.   I'm a council member, I'm also on a youth
25  grant committee.

Nicole Cherry

1
2       Q.   Is the Mighty Young Techs program run at a
3   Poughkeepsie City School District building?
4       A.   Yes, it was.
5               MR. RUSHFIELD:  I was objecting to form.
6           You can answer it.
7               THE WITNESS:  Yes, it was run at a
8   Poughkeepsie City School District building but I'm not
9   sure if it is now.
10  BY MR. CARMAN:
11      Q.   What building was it run at?
12      A.   It was ran in the summertime at Morris
13  School.
14      Q.   Okay.  Are you aware that Ms. Melton, the
15  plaintiff in this case, is a director of the Black and
16  Latino Coalition?
17      A.   Yes.
18      Q.   Do you know whether the Black and Latino
19  Coalition has ever applied for funding through an Empire
20  State Grant?
21      A.   I found out from this process.
22      Q.   How did you find out?
23      A.   I was asked to be here today and I --
24      Q.   So --
25      A.   I'm sorry.

Nicole Cherry

1
2       Q.   Were you finished with your answer?  I'll let
3   you finish.  Okay.
4       A.   Yeah.
5       Q.   So you -- prior to learning that you were
6   going to be deposed, you were not aware that the Black
7   and Latino Coalition had previously applied for funding
8   through the Empire State Grant program; is that
9   correct?
10      A.   Correct.
11      Q.   When you learned that the Black and Latino
12  Coalition had previously applied for Empire State
13  Grants, did you do any sort of investigation to
14  familiarize yourself with their proposal -- question --
15  end of question?
16      A.   I'm sorry, I don't understand the question.
17      Q.   Sure.  Do you have access to past proposals
18  for Empire State Grants?
19      A.   I believe I can get access.
20      Q.   When you learned that the Black and Latino
21  Coalition had previously applied for funding through the
22  Empire State Grant program, did you seek access to their
23  past proposals?
24      A.   No.
25      Q.   Did you speak to anyone about their past

Nicole Cherry

1
2  proposals?
3      A.    No.
4      Q.    Do you have access to the scoring rubrics for
5  past proposals for Empire State Grants?
6      A.    I believe I can gain access to past
7  proposals.
8      Q.    Have you ever done so?
9      A.    No, sir.
10     Q.    Are you aware of any organizations that have
11 applied for Empire State Grants funding at least two
12 years in a row?
13               MR. RUSHFIELD:  Objection to form.
14               THE WITNESS:  I'm not sure of the
15 question.
16 BY MR. CARMAN:
17     Q.    When you say "you're not sure of the
18 question," do you mean you don't understand the question
19 or do you mean you're not sure what the answer is?
20     A.    Well, I'm not sure of the question because I
21 know once the organization goes through the vetting
22 process with OCFS, they're in for the duration of the
23 grant.  So I don't understand the question.
24     Q.    Okay.  I'll try to clarify.  For each round
25 of Empire State Grant funding, is there only one round

Nicole Cherry

1
2  of requests for proposals?
3      A.    I can't answer that.  I'm not sure.
4      Q.    You previously said that -- correct me if I'm
5  wrong -- but I believe you previously testified that
6  once an organization, a community-based organization is
7  approved through OCFS that they are approved for the
8  duration of the grant; is that right?
9      A.    Yes, as long as I -- can I expand on that?
10     Q.    Please.
11     A.    As long as they're doing -- you know, their
12 required paperwork and OCFS has no objection, yes.
13               I hear a buzzing noise coming.
14     Q.    I hear that as well.
15               Do you know of any organization that has
16 requested Empire State Grant funding through more than
17 one proposal?
18               MR. RUSHFIELD:  Object to form.
19               If you can answer it, go ahead.
20               THE WITNESS:  I can't answer it.
21 BY MR. CARMAN:
22     Q.    You can't answer it because you don't know?
23     A.    I don't know everyone that applied for the
24 grant to answer that.
25     Q.    That's fair.  If you don't know, you don't

Nicole Cherry

1
2  know.
3               If an organization receives funding
4  through one proposal, does that increase the chance it
5  will receive funding in a subsequent proposal?
6      A.    I don't believe that's the case.  I believe
7  each proposal is unique.
8      Q.    Do you know what percentage of organizations
9  receive Empire State Grant funding the first time they
10 apply for one?
11     A.    I don't know.
12     Q.    You testified earlier that the Black and
13 Latino Coalition provided STEM programs; is that
14 right?
15     A.    Yes.
16     Q.    And when you say "STEM" you mean science,
17 technology, engineering, and math?
18     A.    Yes.
19     Q.    Do you know if there were any other
20 organizations that applied for Empire State Grant
21 funding that provided STEM programs?
22     A.    I don't know.
23     Q.    Are you aware of any organizations that have
24 applied for Empire State Grants more than once and never
25 received funding?

Nicole Cherry

1
2      A.    I don't know.
3      Q.    Okay.  Do you know what percentage of
4  organizations must apply multiple times before they
5  receive Empire State Grant funding?
6      A.    I don't know.
7      Q.    Okay.
8               MR. CARMAN:  I don't have any further
9  questions.
10              MR. RUSHFIELD:  I'm sorry?
11              MR. CARMAN:  I don't have any further
12 questions.
13              MR. RUSHFIELD:  I'm going to ask a few,
14 not very many.
15                    EXAMINATION
16 BY MR. RUSHFIELD:
17     Q.    I just want to have a greater understanding
18 of this blind process you mentioned, Ms. Cherry.  When
19 the applications -- after the RFP is issued and the
20 applications are coming in, the proposals are coming in,
21 you said that the identifying information is redacted.
22 Who does that?
23     A.    The person that's listed as the mail-in on
24 the RFP, so there's a designee on the RFP that RFPs are
25 to be submitted to.  Usually it's an assistant

Nicole Cherry

1    superintendent or a chief financial officer.
2    Q.    Okay.  So -- and these redacted proposals,
3    are they then transmitted to someone by this
4    recipient?
5    A.    When you say "transmitted"?
6    Q.    After the redactions occur, where do these
7    proposals then go?
8    A.    They're prepared -- copies are made and
9    they're prepared for committee.  And a rubric is
10   created, a scoring rubric.
11   Q.    And the committee, is that these
12   administrators, maybe teachers, community members, three
13   to five people, what you described earlier?
14   A.    Yes.
15   Q.    Okay.  The question may be foolish and the
16   answer may be self-explanatory but I'm going to ask it
17   anyway.  The committee that's using this rubric, are
18   they then going to rank the applicants in order of
19   approval or do they simply recommend one?
20   A.    No, they score each individual applicant.
21   Q.    And is that a number score or an alphabetical
22   score?
23   A.    A numeric score.
24   Q.    And do you know what's the highest score,

Nicole Cherry

1    what's the lowest score, kind of numbers?
2    A.    Off the top of my head I don't know, but I
3    believe most of the time a base is a hundred.
4    Q.    Hundred would be the best score?
5    A.    Yes.
6    Q.    Okay.  The members of this committee, this
7    three to five people, do they know who the applicants
8    are?
9    A.    No.
10   Q.    When they're finished with this ranking
11   through this rubric, what happens next?  Where does
12   this -- do they make a recommendation or do they simply
13   provide certain information to another party?  What's
14   the next step?
15   A.    Well, they each individually score.  They
16   read independently and they individually score the
17   rubrics and then the scores are tallied up.  They
18   debrief at the end and the scores are tallied up and
19   then the tallies of each proposals are submitted on a
20   sheet.
21   Q.    And that sheet is submitted to who?
22   A.    The person who gave it to them, probably
23   either the secretary that's attached to that assistant
24   super or CFO, the person who gave the proposals to.

Nicole Cherry

1    Q.    This audit committee, do they actually meet
2    when they do this process of scoring and ranking or do
3    they simply each do it separately throughout the whole
4    process?
5    A.    With COVID it's -- this is a two-sided
6    question, so I'll answer it both ways.  So most recently
7    I know that it was done remotely via Zoom, but they get
8    together to debrief but --
9    Q.    I'm sorry, go ahead.
10   A.    In the past everyone was together but they
11   were reading and scoring independently first.
12   Q.    Okay.  So now this -- I think you're telling
13   me a sheet with the ranking goes to the person who gave
14   the information -- gave the applications to the
15   committee, so once this person receives them back,
16   receives the rank sheet back, ranking back, where does
17   it go next?
18   A.    It goes to a superintendent.
19   Q.    Okay.  The person who gets this information
20   superintendent -- this ranking, does it have the names
21   of it -- does it now have the names of these applicants
22   or is it still blind?
23   A.    I left out one.  So when the names are
24   redacted, numbers are usually put on it, so you might be

Nicole Cherry

1    number 15 or number 16.
2    Q.    So if Black and Latino Coalition was one of
3    the applicants they could be number 7 or number 5.  They
4    would be given a number rather than their names?
5    A.    Correct.
6    Q.    The sheet that has the ranking, is it still
7    with numbers rather than names of entities?
8    A.    Yes.  The committee never knows who they
9    scored on.
10   Q.    Okay.  The person who gets this information
11   back from the committee, do they -- you said they send
12   it to the superintendent of the schools.  When they give
13   it to the superintendent of the schools, is the
14   superintendent of schools now given the identities of
15   the applicants?
16   A.    I believe so.  I believe it's the
17   responsibility of that clerical staff to match up the
18   number and the applicant to present all the applicants
19   to the superintendent that are being recommended.
20   Q.    And what does the superintendent then do now
21   that he has the ranking with the ability to know who
22   each of the applicants is?  What's the next step?
23   A.    The next step is for him to make a resolution
24   to the board to enter into for the District to enter

Page 38

Nicole Cherry

1  into contract negotiations with these entities.
2      Q.    And so the board -- does the board then know
3  the identity of the ranked entities?
4      A.    They don't know -- the board never knows the
5  scoring, they just get resolution with the names of the
6  entities that gives authorization for the District to
7  enter into contract.
8
9      Q.    And the entities that the superintendent is
10  giving information to the board for authorization for
11  contract, with regard to, let's say, the Empire Grant,
12  is this the entities who have been the highest ranked by
13  the committee?
14      A.    Yes.
15      Q.    And when the board gets this information of
16  these highest-ranked entities, is the board provided
17  with the identity of the applicants who was these
18  highest-ranked entities?
19      A.    I believe they're provided with the names of
20  the organizations.
21      Q.    And that's for purposes of a resolution to be
22  able to enter into negotiations to see if they are going
23  to contract with them or not?
24      A.    Correct.
25      Q.    I got it.  Okay.

Page 39

Nicole Cherry

1
2          This procedure that you've described,
3  this methodology, do you have any reason to believe that
4  hasn't been the methodology from the beginning of the
5  Empire Grant process with the District to current times?
6  Do you have any reason to believe it's changed?
7      A.    I don't because that's the way I was taught,
8  so I don't assume I was taught anything new.
9      Q.    And you were taught that that's the process
10  where and when?
11      A.    I was taught that was the process through
12  Alaina who's the -- I want to get her title right.  I
13  don't know if she's administrative assistant or whom,
14  what her proper title is, but -- and I've experienced
15  that process personally because I've been involved
16  recently in some RFPs that have gone out.
17      Q.    And what's Alaina's last name?
18      A.    Lozado.
19      Q.    Do you know how long Alaina Lozado has been
20  in that position that you've described, whether it was
21  administrative assistant for something else?
22      A.    Alaina has been in that position well over
23  six or seven years now.
24      Q.    Thank you.
25          With regard to these -- Counsel asked you

Page 40

Nicole Cherry

1
2  about whether you could gain access to these past
3  proposals.  I assume you're talking about Empire Grant
4  proposals by applicants.  Would the proposals that are
5  in the possession of the District be the redacted ones
6  or the unredacted ones or both?
7      A.    I can't answer that, but I'm sure they
8  have -- they do have records.  They are required to keep
9  records.
10      Q.    If you're not sure, you're not sure.  I
11  assume I could probably find out.  Okay.
12      A.    Our grants get audited often, so I do know
13  that our records are looked at by independent auditors,
14  so I'm sure they're compliant with any regulations.
15      Q.    The auditing of these grants, who does
16  that?
17      A.    I don't know the person.
18      Q.    Is it somebody who's a district employee or
19  is it someone from the outside?
20      A.    No, someone from the outside.
21      Q.    And do you know -- and if you don't, tell me.
22  I don't want you to speculate or guess.  Do you know
23  what process that auditor uses in terms of auditing
24  these grants, what they do?
25      A.    I don't know.

Page 41

Nicole Cherry

1
2      Q.    The process -- it may be the same answer.
3  The process that the District goes through with regard
4  to what you refer to as this blind process, and the end
5  result of the board eventually contracting with
6  somebody, is that part of the audit process by this
7  outside person?
8      A.    I don't know.
9      Q.    Okay.  Fair enough.  I have nothing further
10  of this witness.
11          MR. CARMAN:  I have just one quick follow
12  up.
13              FURTHER EXAMINATION
14  BY MR. CARMAN:
15      Q.    You mentioned just now that the names of the
16  applicants will be unredacted when they go to the board;
17  is that correct?
18      A.    Yes, sir.
19      Q.    And that's so that the board can determine or
20  enter into negotiations with an organization to
21  determine whether they want to contract with them;
22  right?
23      A.    No.  The board doesn't enter into
24  negotiations, the superintendent does, but the
25  superintendent needs the board's approval.

Page 42

Nicole Cherry

2  Q.  So the board tells the superintendent who to
3  enter into negotiations with?
4  A.  I don't understand.  Can you rephrase your
5  question?
6  Q.  Sure.  How does the superintendent know who
7  to negotiate with?
8  A.  It goes to the board for approval and it's my
9  understanding since they're the legislative branch, as
10  long as the paperwork is in order, then the resolution
11  gets approved.  I don't --
12  Q.  When you -- sorry.
13  A.  I don't -- I don't believe they're involved
14  with any sort of operation aspect.
15  Q.  So the board receives a ranked list, correct,
16  of who -- of which proposals want funding?
17  A.  I'm not sure what happens in executive
18  session, I just know publicly there's a resolution
19  that's published that has the names of the proposed
20  CBOs.
21  Q.  And that resolution is published before any
22  funds are actually allocated; correct?
23  A.  That's published before any board action,
24  period.
25  Q.  And then after that resolution the

Page 43

Nicole Cherry

2  superintendent will enter into negotiations with those
3  organizations; right?
4  A.  Correct.
5  Q.  And is part of that negotiation determining
6  how much money each organization will receive?
7  A.  It could.
8  Q.  What do you mean "it could"?
9  A.  Because if there's things in a grant that
10  may -- the superintendent may need more information on,
11  he may ask that group, you know, to provide more
12  information, or say the cost may be too high that
13  they're asking for certain service, he may counter and
14  suggest another number.
15  Q.  So is it fair to say that the amount of a
16  grant that an organization will receive is a negotiating
17  point between the superintendent and that
18  organization?
19  A.  Yes.  I mean, that's fair to say but it's not
20  that simple because the parameters -- the superintendent
21  goes by the parameters of the grant.  Sometimes someone
22  may put too much in a certain line that shouldn't go
23  there.  I don't know if you understand what I'm saying.
24  So he may request it to fix that line or what have you,
25  but he doesn't arbitrarily say, oh, this is too much for

Page 44

Nicole Cherry

2  that.  That's not what I was saying at all.
3  Q.  So the superintendent can only adjust the
4  amount of funding if it's necessary to comply with the
5  rules of the grant; is that right?
6  A.  Correct.
7  Q.  Okay.  And that's the current process;
8  correct?
9  A.  Yes.
10  Q.  And I believe you said you have no reason to
11  believe that the current process is different than the
12  past process; right?
13  A.  Yes.
14  Q.  Okay.  I have nothing further.
15  MR. RUSHFIELD:  Nor do I.
16  Thank you, Ms. Cherry.  I believe you're
17  excused.
18  THE REPORTER:  Mr. Rushfield, do you need
19  to order a copy of the transcript?
20  MR. RUSHFIELD:  Yes.
21  (Off record at 9:36 a.m.)

Page 45

WITNESS ERRATA SHEET

WITNESS NAME:  NICOLE CHERRY       DATE:  JUNE 29, 2021
CASE NAME:  CAROL MELTON v. POUGHKEEPSIE CITY SCHOOL
DISTRICT

Reason Codes:  (1) to clarify the record; (2) to conform
to the facts; (3) to correct a transcription error;
(4) other (please explain.)

PAGE  LINE    CHANGE                        REASON CODE

Page 46

1

2          I, NICOLE CHERRY, have read the foregoing

3    deposition and hereby affix my signature that same is

4    true and correct, except as noted above.

5

6                          _____

7                          NICOLE CHERRY

8

9    THE STATE OF _____)

10   COUNTY OF _____)

11        Before me, _____, on

12   this day personally appeared NICOLE CHERRY, known to me

13   (or proved to me under oath or through _____)

14   [description of identity card or other document] to be

15   the person whose name is subscribed to the foregoing

16   instrument and acknowledged to me that they executed the

17   same for the purposes and consideration therein

18   expressed.

19        Given under my hand and seal of office this _____

20   day of _____, _____.

21

22

23

24                          _____

                            NOTARY PUBLIC IN AND FOR

                            THE STATE OF _____

25                          COMMISSION EXPIRES:_____

---

Page 47

1

2          I, CHERYL A. DIXON, Registered Professional
     Reporter, Certified Realtime Reporter and Notary Public,

3    do hereby declare:

4          That, prior to being examined, the witness
     named in the foregoing deposition was by me duly sworn

5    pursuant to Section 30(f)(1) of the Federal Rules of
     Civil Procedure and the deposition is a true record of

6    the testimony given by the witness.

7          That said deposition was taken down by me in
     shorthand at the time and place therein named and

8    thereafter reduced to text under my direction.

9    _____    That the witness was requested to review the
               transcript and make any changes to the

10             transcript as a result of that review pursuant
               to Section 30(e) of the Federal Rules of Civil

11             Procedure.

12   _____    Signature is waived.

13   _____    The changes made by the witness are appended
               to the transcript.

14

15     X      No request was made that the transcript be
               reviewed pursuant to Section 30(e) of the
               Federal Rules of Civil Procedure.

16

17         I further declare that I have no interest in
     the event or the action.

18         I declare under penalty of perjury under the
     laws of the United States of America that the foregoing

19   is true and correct.

20         Witness my hand this 23rd day of August, 2021.

21

22

23                    *Cheryl Dixon*

24                    _____

                      CHERYL A. DIXON

25

---

**1**

**1** 13:15,16

**10-month** 7:13

**11** 11:17

**12-month** 7:13

**15** 37:2

**16** 37:2

**18** 5:20

**1995** 11:6

**2**

**2** 14:8,9

**20** 20:15

**2007** 11:7

**2010** 11:16

**2013** 11:8

**2017** 11:9 15:10

**2019** 20:4,7,11,17

**2020** 11:10 12:5 13:2, 10

**4**

**4** 14:24 15:2

**5**

**5** 37:4

**6**

**6** 14:24 15:3,7

**7**

**7** 37:4

**9**

**9:36** 44:21

**A**

**a.m.** 44:21

**ability** 8:18 37:22

**accepted** 26:12

**access** 29:17,19,22 30:4,6 40:2

**accurately** 7:23 8:5

**achieve** 12:18

**action** 42:23

**activities** 27:7

**additional** 13:18

**address** 5:15,19

**adjust** 44:3

**administrative** 39:13,21

**administrators** 7:7 23:24 34:13

**Advanced** 11:10

**affect** 8:18

**after-school** 12:9

**ahead** 31:19 36:10

**Alaina** 39:12,19,22

**Alaina's** 39:17

**allocate** 17:11

**allocated** 42:22

**allocates** 16:7

**allocation** 22:19

**allowed** 6:23

**alphabetical** 34:22

**amount** 43:15 44:4

**annual** 25:5,9,15,19 26:7

**annually** 25:17 26:4

**answering** 5:12

**apologize** 15:25

**applicant** 34:21 37:19

**applicants** 34:19 35:8 36:22 37:4,16, 19,23 38:17 40:4 41:16

**application** 15:9

**applications** 15:9 33:19,20 36:15

**applied** 17:15,16 22:20 28:19 29:7,12, 21 30:11 31:23 32:20,24

**applies** 18:4

**apply** 18:24 19:4 21:14,15 32:10 33:4

**approval** 34:20 41:25 42:8

**approved** 26:13 31:7 42:11

**arbitrarily** 43:25

**arbitration** 7:3,5

**areas** 21:4,13

**aspect** 42:14

**assembled** 23:24

**assistant** 33:25 35:24 39:13,21

**associate's** 11:6

**assume** 8:4 39:8 40:3,11

**attached** 35:24

**attempt** 23:12 26:10

**attention** 14:23

**attorney** 6:5

**attributes** 21:5

**audit** 23:19 36:2 41:6

**audited** 40:12

**auditing** 40:15,23

**auditor** 40:23

**auditors** 40:13

**August** 12:5

**authorization** 38:7, 10

**average** 24:6

**awarded** 15:19 21:12 22:24 23:6

**awards** 17:13,19

**aware** 27:19 28:14 29:6 30:10 32:23

**B**

**bachelor's** 11:7

**back** 14:21,25 15:2 17:5 20:3 36:16,17 37:12

**backs** 26:14

**base** 35:4

**based** 23:20

**basis** 25:5,9,15,19 26:5,7

**begin** 8:8

**beginning** 11:4 39:4

**behalf** 15:6

**Black** 27:4,6 28:15, 18 29:6,11,20 32:12 37:3

**blind** 23:15,17 33:18 36:23 41:4

**board** 37:25 38:3,5, 10,15,16 41:5,16,19, 23 42:2,8,15,23

**board's** 41:25

**books** 20:15

**branch** 42:9

**bring** 12:10

**Brother's** 13:14

**building** 28:3,8,11

**buildings** 13:17

**buzzing** 31:13

**C**

**called** 15:16 16:6 27:4,9,16

**capacity** 10:12,17

**Carman** 5:7,10,22 6:15 7:4 14:10 17:4, 12 22:16,17 23:16 25:23 26:2,16 27:15 28:10 30:16 31:21 33:8,11 41:11,14

**case** 6:10,21 16:21 19:19 28:15 32:6

**CBOS** 18:10,13 42:20

**Certificate** 11:10

**CFO** 35:25

**chance** 32:4

**change** 12:11

**changed** 39:6

**chat** 14:12

**Cherry** 5:1,4,8,20,24 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1,15 16:1 17:1,9 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1, 18 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1, 16

**chief** 34:2

**childhood** 12:20

**Children** 16:7

**Children's** 16:2

**city** 11:13,15 15:6 16:4,8 18:3,17,20,25 19:9,12 20:10,23 22:18,21,23 24:19 26:25 27:12,21,22 28:3,8

**clarify** 24:18 30:24

**clarifying** 17:25 19:15

**clerical** 37:18

**climate** 14:5

**close** 15:13

**closed** 15:2

**Coalition** 27:4,6
28:16,19 29:7,12,21
32:13 37:3

**College** 11:7,9

**committee** 23:8,13,
19,23 24:4,8 27:25
34:10,12,18 35:7
36:2,16 37:9,12
38:13

**committees** 24:2

**community** 11:7,20
12:2,4,7,11,12,22,23
13:8,12,19,21,22
14:3,4 18:7 23:25
34:13

**community-based**
17:20 18:9,12,21,24
19:3,7 20:21 23:9
25:2 26:14 31:6

**completely** 7:22 8:5,
19,23,25

**compliant** 40:14

**complicated** 17:14

**comply** 44:4

**composed** 24:2

**concert** 12:17

**confused** 6:17
17:10,17

**consist** 21:2,3

**contract** 38:2,8,11,
23 41:21

**contracting** 41:5

**convicted** 10:22

**coordinator** 13:22
14:3,4

**copies** 34:9

**copy** 44:19

**correct** 6:19,20 9:12,
13 10:7 16:9 18:4,5,
14,18 20:19 22:16
29:9,10 31:4 37:6
38:24 41:17 42:15,22
43:4 44:6,8

**cost** 43:12

**council** 27:21,23,24

**counsel** 9:11 16:25
22:13 39:25

**counter** 43:13

**court** 8:8,12 17:4

**COVID** 22:25 36:6

**create** 12:10,16

**created** 34:11

**criteria** 21:20

**culture** 14:5

**current** 10:12,17
11:19,25 19:22 39:5
44:7,11

---

**D**

**day** 15:22

**debrief** 35:19 36:9

**decides** 19:13

**degree** 11:6,8,9

**department** 21:21

**depending** 21:18

**deposed** 5:23 6:11,
13 29:6

**deposition** 6:3 9:3,7,
18,21 10:20

**Derrick** 5:10

**describe** 11:3

**designee** 33:24

**determine** 41:19,21

**determines** 23:8,14

**determining** 43:5

**difficulty** 8:13

**direct** 14:23

**director** 11:20 12:2,
4,7,22,23 13:7,8,12,
20 14:5 28:15

**directors** 12:17

**disbursed** 17:20
20:11,17

**disciplinary** 10:25

**distribute** 16:8

**distributed** 18:6
20:6 26:4

**distributes** 18:21

**district** 6:23 11:13,
15 12:10,16,18 13:15
14:2 15:7 16:4,8
17:11,15,21 18:3,17,
20,25 19:4,10,12
20:10,17,24 22:18,
21,23 24:20,22
25:18,25 26:6,25
27:12 28:3,8 37:25
38:7 39:5 40:5,18
41:3

**district's** 13:18

**document** 14:18,20

**documents** 9:20,22

**drink** 13:5

**drugs** 8:18,21

**due** 22:25

**duly** 5:5

**duration** 26:15 30:22
31:8

**Dutchess** 11:6

---

**E**

**earlier** 32:12 34:14

**early** 12:19

**education** 11:4
12:20 21:21

**efforts** 13:16

**email** 25:2

**emotional** 12:20

**Empire** 10:4,6 15:10,
16,18,19,20 16:9
17:13,16,19 18:4,18
19:8,13,16 20:6,10,
14,16,22 21:8,9,11,
12,23,25 23:10 24:20
25:4,14 26:8,12,20,
24 28:19 29:8,12,18,
22 30:5,11,25 31:16

**32:9,20,24 33:5
38:11 39:5 40:3**

**employed** 11:12,14

**employee** 40:18

**employees** 7:14

**employment** 7:15

**end** 29:15 35:19 41:4

**engagement** 12:23
13:9,12,15,21,23
14:3,5

**engineering** 32:17

**enrichment** 15:21

**enter** 37:25 38:8,22
41:20,23 42:3 43:2

**entities** 37:8 38:2,4,
7,9,12,16,18

**entity** 21:18

**eventually** 41:5

**EXAMINATION** 5:6
33:15 41:13

**exclusive** 20:14

**excused** 44:17

**executive** 11:20,25
12:4,7,17,22 42:17

**exhibit** 14:8,9 15:14

**expand** 31:9

**experienced** 39:14

**explain** 5:25 27:14

**extended** 12:9

---

**F**

**fact** 16:19

**fair** 7:15 20:5 31:25
41:9 43:15,19

**familiar** 20:2,18

**familiarize** 29:14

**families** 12:14

**family** 12:23 13:8,12,
14,20,22 14:3,4 16:2,
7

**February** 13:2,10

**feel** 16:23

**felony** 10:22

**file** 14:15

**financial** 34:2

**find** 28:22 40:11

**fine** 13:6

**finish** 8:7 29:3

**finished** 27:8 29:2
35:11

**fix** 43:24

**follow** 41:11

**foolish** 34:16

**forgive** 10:2

**form** 6:12 16:10,17
17:8 23:11 26:9
27:13 28:5 30:13
31:18

**formal** 11:3

**found** 28:21

**front** 14:7

**full** 5:15

**fully** 25:12

**funding** 15:20 18:16
20:22 22:5,6,8,10,11,
22,24 23:5,6 25:4,7,
14 26:20,24 28:19
29:7,21 30:11,25
31:16 32:3,5,9,21,25
33:5 42:16 44:4

**funds** 16:7 17:11
18:21 19:2 26:4
42:22

---

**G**

**gain** 30:6 40:2

**gave** 6:22 35:23,25
36:14,15

**gestures** 8:14

**give** 5:18 10:6,9,12
37:13

**giving** 38:10

**goals** 12:16,18 13:16

**Good** 5:8,9

**graduated** 11:5

**graduation** 12:18

**grant** 10:4 15:16,18, 19 17:16,17 18:4,18 19:8,14 20:14,22 21:3,4,8,12,13,25 23:10 26:15 27:25 28:20 29:8,22 30:23, 25 31:8,16,24 32:9, 20 33:5 38:11 39:5 40:3 43:9,16,21 44:5

**granted** 13:2,9

**grants** 10:6,13,14,15 15:10 16:9 17:13,19 19:16 20:6,11,12,15, 17 21:8,9,10,11,17, 19,23 24:20 25:4,14, 21,22 26:8,17,21,25 29:13,18 30:5,11 32:24 40:12,15,24

**greater** 33:17

**group** 43:11

**guess** 40:22

**H**

**head** 35:3

**health** 21:15

**hear** 7:25 13:4 31:13, 14

**heard** 8:4 15:15 27:3

**held** 12:25 13:5,7

**high** 11:4,5 43:12

**highest** 34:25 38:12

**highest-ranked** 38:16,18

**highlights** 21:5

**hold** 12:24 13:21,24 14:2

**home** 5:15,19

**hour** 9:19

**hundred** 35:4,5

**I**

**identifying** 24:14 33:21

**identities** 37:15

**identity** 38:4,17

**improvement** 13:16

**increase** 13:14 32:4

**increased** 12:18,19

**independent** 40:13

**independently** 35:17 36:12

**individual** 34:21

**individually** 35:16, 17

**influence** 8:17,20

**information** 24:7,11, 14 33:21 35:14 36:15 37:11 38:10,15 43:10,12

**initial** 19:16,17,18

**inside** 12:13

**interim** 11:20,25 12:3,7,22

**investigation** 29:13

**involved** 15:8 19:16, 25 22:2 39:15 42:13

**involvement** 10:4 27:21,22

**involving** 7:6

**issue** 14:14

**issued** 33:19

**issues** 7:16

**iteration** 22:5,6

**K**

**Keeper** 13:14

**kind** 35:2

**L**

**Latino** 27:4,6 28:16, 18 29:7,11,20 32:13 37:3

**leadership** 12:15

**learn** 20:10

**learned** 29:11,20

**learning** 12:9 20:13, 15 29:5

**left** 36:24

**legislative** 42:9

**liaison** 13:19

**list** 42:15

**listed** 33:23

**logistics** 5:13 7:21

**long** 7:18 9:17 10:8 11:14,24 12:3,24 13:24 19:22 26:17 31:9,11 39:19 42:10

**looked** 40:13

**lost** 16:13 17:3

**lowest** 35:2

**Lozado** 39:18,19

**M**

**made** 25:3 34:9

**mail-in** 33:23

**make** 8:15 16:15 35:13 37:24

**makes** 17:22

**Marist** 11:9

**marked** 14:8,9

**mass** 25:2

**master's** 11:8

**match** 37:18

**math** 32:17

**matters** 7:6,9

**means** 6:2 12:12

22:7

**meant** 18:11

**medications** 8:18

**meet** 9:14 10:19 36:2

**Melton** 5:11 28:14

**member** 12:15 23:25 27:24

**members** 34:13 35:7

**mentioned** 33:18 41:15

**met** 9:11,17,19

**methodology** 39:3,4

**Middle** 14:6

**Mighty** 27:9,17,19 28:2

**missed** 9:4

**moment** 14:16

**money** 17:20 18:6 25:16 43:6

**month** 7:20

**morning** 5:8,9

**Morris** 28:12

**multiple** 33:4

**N**

**names** 23:19 36:21, 22,24 37:5,8 38:6,19 41:15 42:19

**Natasha** 5:17,20

**nature** 6:10,21

**needed** 13:18

**negotiate** 42:7

**negotiating** 43:16

**negotiation** 43:5

**negotiations** 38:2, 22 41:20,24 42:3 43:2

**Niagara** 11:10

**Nicole** 5:1,4 6:1 7:1 8:1 9:1 10:1 11:1

12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1

**noise** 31:13

**nonetheless** 16:17, 23

**nonverbal** 8:13

**number** 15:7 34:22 37:2,4,5,19 43:14

**numbered** 14:24 15:3

**numbers** 35:2 36:25 37:8

**numeric** 34:24

**O**

**oath** 6:4,14,19,22

**Object** 31:18

**objecting** 28:5

**objection** 6:12 16:10,15,16,18,22 17:7 23:11 26:9 27:13 30:13 31:12

**occur** 22:10 34:7

**OCFS** 15:20 17:19 21:19 22:15,19,22 25:16 26:13 30:22 31:7,12

**OCSF** 15:23 18:4,18 22:5,14

**offers** 12:12

**office** 5:18 13:16 15:20,25 16:3,5,6

**officer** 34:2

**open** 14:25

**opening** 14:14

**operation** 42:14

Index: opportunities..role

**opportunities** 12:19
15:22

**order** 18:2 34:19
42:10 44:19

**organization** 19:7
20:21 23:14 24:12
26:14 27:3 30:21
31:6,15 32:3 41:20
43:6,16,18

**organizations**
18:10,13,22,24 19:3
23:9 25:3 26:19,23
30:10 32:8,20,23
33:4 38:20 43:3

**originally** 9:23,25

**oversee** 10:17,18
12:8 13:13

___

**P**

**P-E-R-R-Y** 5:21

**Paltz** 11:8

**paperwork** 31:12
42:10

**paragraph** 14:24
15:3

**parameters** 21:3
43:20,21

**part** 9:5 19:20 41:6
43:5

**partners** 12:11 17:20
18:8

**party** 35:14

**past** 25:8,14,19,24
29:17,23,25 30:5,6
36:11 40:2 44:12

**pause** 16:20

**people** 23:24 24:3,4
34:14 35:8

**percentage** 32:8
33:3

**period** 42:24

**Perry** 5:21

**person** 33:23 35:23,
25 36:14,16 37:11

**personally** 39:15

**persons** 15:7

**place** 19:23 24:23

**plaintiff** 28:15

**Plaintiff's** 14:8

**point** 43:17

**portion** 19:8,13
23:10

**position** 12:24,25
13:7 14:2 39:20,22

**possession** 40:5

**potential** 16:19

**Poughkeepsie** 5:21
11:5,13,15 14:6 15:6
16:3,8 18:3,17,20,25
19:9,12 20:9,23
22:18,21,23 24:19
26:25 27:12 28:3,8

**pregnant** 16:20

**preparation** 9:21

**prepare** 9:2,6,8,18
10:20

**prepared** 34:9,10

**present** 9:15 15:11
37:19

**pretty** 26:14

**prevention** 21:14

**previously** 6:11,13,
14,18,22 14:8 29:7,
12,21 31:4,5

**primary** 13:13

**prior** 20:6,11 29:5

**procedure** 39:2

**procedures** 15:8

**proceeding** 5:11
7:19 10:25 16:16

**process** 15:9 19:20,
21,22 20:2 23:14,15,
18 26:13 28:21 30:22
33:18 36:3,5 39:5,9,
11,15 40:23 41:2,3,4,
6 44:7,11,12

**program** 13:14 20:23
27:9,11,16,20 28:2
29:8,22

**programs** 12:9,10
32:13,21

**proper** 39:14

**proposal** 19:9 21:6,7
29:14 31:17 32:4,5,7

**proposals** 19:6
23:20 24:16,20 26:20
29:17,23 30:2,5,7
31:2 33:20 34:3,8
35:20,25 40:3,4
42:16

**proposed** 42:19

**provide** 15:21 17:21
27:7 35:14 43:11

**provided** 32:13,21
38:16,19

**public** 24:15 25:3

**publicly** 42:18

**published** 24:16,24
42:19,21,23

**purposes** 38:21

**purview** 20:14

**put** 14:7 24:21 36:25
43:22

___

**Q**

**quarterly** 25:16,20
26:5,7

**question** 6:16 8:3
16:13,17,18,21,23
17:3,5,8,14 19:15
22:14 24:18 26:5
29:14,15,16 30:15,
18,20,23 34:16 36:7
42:5

**questions** 5:12,13
6:5 7:22 8:2,7 17:25
33:9,12

**quick** 41:11

**quickly** 7:21

___

**R**

**ran** 28:12

**rank** 34:19 36:17

**ranked** 38:4,12 42:15

**ranking** 35:11 36:3,
14,17,21 37:7,22

**rate** 12:19

**read** 14:16 17:5,6
35:17

**reading** 36:12

**ready** 14:17

**reason** 8:22,24 39:3,
6 44:10

**recall** 21:23

**receive** 18:25 19:8,
13 20:22 22:18,22
23:4,9 32:5,9 33:5
43:6,16

**received** 11:6,7,8,9
15:20 25:7 26:24
32:25

**receives** 18:18 32:3
36:16,17 42:15

**recently** 36:7 39:16

**recipient** 34:5

**recipients** 15:10

**recommend** 34:20

**recommendation**
35:13

**recommended**
37:20

**record** 5:16 17:6
44:21

**records** 40:8,9,13

**redacted** 23:19 24:7,
11 33:21 34:3 36:25
40:5

**redactions** 34:7

**refer** 18:12 41:4

**referred** 15:23 18:7
21:22

**referring** 18:14
19:19 21:8,16 22:14

**regard** 38:11 39:25
41:3

**regulations** 40:14

**related** 7:15 10:6
15:8

**relates** 26:5

**remember** 10:3

**remotely** 36:8

**repeat** 9:4

**rephrase** 6:18 42:4

**reporter** 8:8,12
16:22 17:4 44:18

**represent** 5:10

**request** 19:6,9 43:24

**requested** 31:16

**requests** 24:16 31:2

**required** 16:17 17:17
31:12 40:8

**reserved** 16:19

**resolution** 37:24
38:6,21 42:10,18,21,
25

**resources** 12:12

**responsibilities**
11:22 12:6,8 13:11

**responsibility** 13:13
37:18

**restate** 17:2

**result** 41:5

**review** 9:20 23:15

**reviewed** 9:22

**reviewing** 14:18

**RFP** 19:4,5 20:23
21:2,3 23:14 24:21
26:12 33:19,24

**RFPS** 21:10,17 24:8,
25 25:18,21,25 26:6
33:24 39:16

**role** 11:19 12:21
13:12,21,24

Index: rotated..year

**rotated** 13:17

**round** 15:21 19:16, 17,18 21:22,25 22:3, 4,7,8,10,11,19,20,22, 24 25:7 26:20,24 30:24,25

**row** 30:12

**rubric** 23:21 34:10, 11,18 35:12

**rubrics** 30:4 35:18

**rules** 44:5

**run** 5:13 27:11 28:2, 7,11

**Rushfield** 5:18 6:12, 25 9:10,12,14,16,18, 19 10:20 16:10,14 17:7 22:13 23:11 25:21 26:9 27:13 28:5 30:13 31:18 33:10,13,16 44:15, 18,20

**S**

**school** 11:4,5,13,15 13:16,17 14:6 15:7, 22 16:4,8 17:21 18:3, 17,20,25 19:4,10,12 20:10,24 22:18,21, 23,25 24:19 26:25 27:12 28:3,8,13

**schools** 11:21 12:2, 4,7,11,12,13,22 37:13,14,15

**science** 32:16

**score** 34:21,22,24,25 35:2,5,16,17

**scored** 23:20 37:10

**scores** 23:22 35:18, 19

**scoring** 24:9 30:4 34:11 36:3,12 38:6

**screen** 14:15,21

**secretary** 35:24

**seek** 29:22

**selection** 15:9

**self-explanatory** 34:17

**send** 37:12

**sense** 8:15 17:22

**separately** 36:4

**service** 21:4 43:13

**services** 16:2,7 17:21

**session** 42:18

**set** 22:24

**share** 14:11,15

**sheet** 35:21,22 36:14,17 37:7

**sic** 15:24 22:5

**simple** 43:20

**simply** 34:20 35:13 36:4

**sir** 10:21,23 11:2,18 14:21,22 15:12,17 16:5,12 18:15 20:8 21:24 30:9 41:18

**sit** 24:4

**sitting** 25:13

**social** 12:20

**solicit** 24:20

**solicitation** 15:8

**solicited** 25:18,25

**solicits** 26:6

**sore** 34:23

**sort** 11:24 21:5 29:13 42:14

**South** 5:20

**speak** 19:20,24 29:25

**speaking** 9:10

**specific** 26:7

**specifically** 7:10 14:24

**speculate** 40:22

**staff** 37:18

**start** 22:24,25

**started** 5:14 20:12

**state** 5:15 7:10 15:10,16,18,19 16:5, 6,9 17:13,16,17,19 18:4,18 19:8,13 20:6, 10,16,22 21:8,9,11, 20,23,25 23:10 24:20 25:4,14 26:4,8,20,24 28:20 29:8,12,18,22 30:5,11,25 31:16 32:9,20,24 33:5

**stated** 25:6

**statement** 9:23,24 10:6,10,12

**STEM** 27:7 32:13,16, 21

**step** 35:15 37:23,24

**Street** 5:21

**strike** 18:2,16 24:15

**stringent** 21:20

**students** 12:13,19 15:22

**Study** 11:10

**subject** 10:24

**submit** 20:23

**submits** 19:9

**submitted** 21:10 24:8 26:19 33:25 35:20,22

**subsequent** 32:5

**suggest** 43:14

**summertime** 28:12

**super** 35:25

**superintendent** 12:16 34:2 36:19,21 37:13,14,15,20,21 38:9 41:24,25 42:2,6 43:2,10,17,20 44:3

**support** 12:20 13:18

**sworn** 5:5 10:10,12

**T**

**talk** 20:16

**talked** 20:9

**talking** 40:3

**tallied** 35:18,19

**tallies** 35:20

**taught** 39:7,8,9,11

**teacher** 23:25

**teachers** 34:13

**team** 12:15

**technology** 32:17

**Techs** 27:10,17,19 28:2

**telling** 36:13

**tells** 42:2

**tenure** 13:2,9

**terms** 40:23

**testified** 5:5 6:14,19 7:19 31:5 32:12

**testify** 8:19,23,25 15:6

**testimony** 6:22

**things** 43:9

**time** 10:8 12:9 22:8 32:9 35:4

**times** 6:8 33:4 39:5

**title** 11:24,25 13:15, 16 39:12,14

**today** 8:19,23 20:17 25:13 28:23

**today's** 9:2,6,18,21 10:20

**top** 35:3

**topic** 15:7

**transcribe** 8:8,12

**transcript** 44:19

**transmitted** 34:4,6

**trial** 16:19

**truthfully** 8:19,23,25

**two-sided** 36:6

**type** 10:24

**U**

**ultimately** 18:6

**understand** 7:23,25 8:5 15:5,12 16:18,24 17:8 18:13 26:11 29:16 30:18,23 42:4 43:23

**understanding** 33:17 42:9

**understood** 8:4

**unfamiliar** 20:5

**unique** 21:4,7 32:7

**unit** 7:6,8

**unredacted** 40:6 41:16

**usual** 23:23

**V**

**vetting** 30:21

**violence** 21:13

**W**

**Wade** 10:2,5

**ways** 36:7

**website** 24:21,22,23

**wellness** 21:15

**wide** 13:15

**wishes** 19:8 20:22

**work** 12:17 13:15

**write** 11:24

**wrong** 31:5

**Y**

**year** 10:5 13:25 22:25 23:2

Index: years..Zoom

**years** 11:17 12:25
13:9 19:25 26:18
30:12 39:23

**York** 5:21

**Young** 27:9,17,19
28:2

**youth** 27:24

### Z

**Zoom** 36:8