

# POUGHKEEPSIE CITY SCHOOL DISTRICT

18 South Perry St., Poughkeepsie, New York 12601 | Telephone (845) 702-7842 / (845) 451-4972 Ext. 4972

Timothy Wade, Psy.D.
Assistant Superintendent of Administrative Services



Deft's Exhibit
AA
5/28/21 - K. Reed

September 28, 2020

Ms. Carol Melton
P.O. Box 1014
Poughkeepsie, NY 12602

RE: Reporting to Work

Dear Ms. Carol Melton:

You are directed to report to Morse Elementary school. For each day you do not physically attend, a leave day (sick) will be deducted from your accrual.

All Teaching Assistants were instructed to report to their assigned building effective September 9, 2020 as outlined in the September 3, 2020, "Welcome Back Letter", from me to all staff. Attached please find a copy of the September 9, 2020 letter.

Sincerely,

*Timothy Wade*

Timothy Wade, Psy.D.
Assistant Superintendent of Administrative Services

c: Ms. Nadine Elting-Dargan, Principal
   Ms. Janiqua Faircloth, Union Rep.
   Personnel File

PCSD0019



# POUGHKEEPSIE CITY SCHOOL DISTRICT
18 South Perry St., Poughkeepsie, New York 12603 | Telephone 845-867-6194

Timothy Wade, Psy.D.
Assistant Superintendent of Administrative Services

September 3, 2020

Dear Pioneers,

Welcome back!

For employees that will be returning for the 2020-2021 school year (with the exception of some employees in the cafeteria), we have established guidelines to ensure the safe return of employees.

On September 8, 2020, all employees will participate virtually in the Superintendent's Conference Day. Log in information will be shared Friday, September 4, 2020.

On September 9, 2020, all employees will be expected to report in person to their assigned buildings (with the exception of those in the PPSTA unit).

Employees must adhere to the following guidelines:

1. Employees who typically work between the hours of 7:30 and 3:30 will enter their building through the main entrance. In accordance with New York State Department of Health guidelines, social distancing will be maintained outside while waiting to enter the building.

2. The Health Check survey must be completed no earlier than two hours before entering the building. There will be three options in completing the survey:
    - You may complete the survey from home online. The link will be found on your school building webpage.
    - You may complete the survey using a QR code that will be prominently displayed in front of the main entrance to your school. Directions will be displayed regarding how to use the QR code.
    - You may complete the paper copy of the survey which will be provided at the entrance if you cannot access the online link.

PCSD0020

3. If you have been unable to enter the building because you answered yes to any questions on the Health Check Survey, you must be evaluated by a medical provider. If the provider deems that a COVID-19 test is unnecessary or you get tested for COVID-19, please provide documentation to your building principal or your direct supervisor. If you are cleared by a medical provider then you may return to work.

4. Employees must wear a mask at all times when in the hallways and at your workstation when another person is present. If you are at your workstation and the closest individual is at least six feet away then you may remove your mask.
   - PPE will be available at the entrance if you did not bring a mask.

Additional updates will be provided periodically as we learn more about reopening and as more detailed guidance becomes available. Please direct all questions and concerns to the following email address covid19@poughkeepsieschools.org.

Sincerely,

*Timothy Wade*

Timothy Wade, Psy.D.
Assistant Superintendent of Administrative Services