1         MR. RUSHFIELD:  Which page is this on?
2         MR. CARMAN:  This is page 5 of Exhibit
3    11.
4         MR. RUSHFIELD:  These pages aren't
5    numbered, are they?
6         MR. CARMAN:  It's PDF page 5.
7         MR. RUSHFIELD:  Oh, okay.  Okay.  I'm
8    there.  Where are you directing his
9    attention?
10         MR. CARMAN:  It is the paragraph that
11    begins "So, I called Health Quest."
12         MR. RUSHFIELD:  I'm there.  Go ahead.
13    Q.    I will read the whole thing.  This
14    paragraph reads, "So, I called Health Quest
15    Vigent Care in Wappinger Falls at 845-297-2511
16    and asked to speak with Dr. Jose Soha.  No
17    doctor by that name works there.  They have
18    never heard this name."  Do you see that?
19    A.    Yes, I see that.
20    Q.    In the next paragraph, Ms. Combier
21    asks that you explain that, correct?
22    A.    Yes.
23    Q.    Did you ever provide the requested
24    explanation to Ms. Combier?
25    A.    Our communication was I emailed Ms.

1    Melton.  Ms. Combier communicated with Kate Reid
2    directly.  She was her advocate.
3    Q.    So at least as of the date of Exhibit
4    11, which is February 16, 2021, you were aware
5    that the name provided on the health disclosure
6    authorization form was incorrect; is that right?
7    A.    Correct.
8    Q.    Did you ever reissue the health
9    authorization form with the correct doctor's
10    name?
11    A.    Ultimately, Ms. Combier informed Ms.
12    Reid that Ms. Melton was not interested in going
13    to the 913, but no, I did not resend it out
14    again.
15    Q.    So you never corrected the doctor's
16    name on the authorization form, right?
17    A.    Correct.
18    Q.    And you never corrected the
19    psychotherapy notes error on the authorization
20    form, correct?
21    A.    Correct.
22    Q.    I believe you just mentioned that it
23    is your understanding that Ms. Combier informed
24    Ms. Reid that Ms. Melton did not intend to
25    submit to the 913 examination; is that right?

1    A.    That's correct.
2    Q.    What is that belief based on?
3    A.    It was part of the record of the
4    3020-a.
5    Q.    Was there an email that says that?
6    A.    There was a communication between the
7    hearing officer, Ms. Combier and Kate Reid.  I
8    can't say if it was in a pretrial hearing or if
9    it was an email, but that was stated during the
10    process of the 3020-a.
11    Q.    And you were present for this hearing;
12    is that right?
13    A.    Correct.  And the district
14    representative, so that issue was discussed
15    while I was present.
16    Q.    What was the date of that hearing?  Do
17    you recall?
18    A.    I don't have a specific date in mind.
19    Q.    Do you have a best guess for when you
20    think it was?  Let me -- strike that.
21    I'll ask it this way.  Was it after
22    February 16, 2021?
23    A.    Yes, absolutely.
24    Q.    Was it after April 1, 2021?
25    A.    When I --

1    Q.    The hearing where you --
2    A.    Right, correct.
3    Q.    Just so the record is clear, I'll ask
4    the question comprehensively.  Was the 3020-a
5    hearing in which you believe Ms. Combier
6    represented that Ms. Melton would not
7    participate in the 913 examination, did that
8    occur after April 1, 2021?
9    A.    The hearing itself happened absolutely
10    after April 1, 2021 when I became aware of that
11    conversation as being on the record.  As to when
12    that actual conversation was, I wasn't present
13    for that, so I can't speak to the date of when
14    the actual conversation took place or if it was
15    in written form that I just don't have access
16    to.
17    Q.    So my questions are going to be
18    limited to the actual hearing where you have
19    testified that you heard this agreement.  Is
20    that okay?
21    A.    Yes.
22    Q.    Okay.
23    A.    And I --
24    Q.    I'm sorry.  Could you repeat that?
25    A.    I just want to be as accurate as I can

1  be.
2      Q.   Understood.  I'm trying to just figure
3  out what the time frame was for when the hearing
4  took place where you heard this.  We have
5  established that it was after April 1, 2021.
6  Was it after May 1, 2021?
7      A.   I unfortunately -- I would look it up
8  on my calendar if I were at my office, but I'm
9  not.  There was one date.  I believe it was late
10 April.  It may have been later than that, but I
11 believe that it was in late April.  It was
12 definitely after April 1st.
13     Q.   Between the time that you learned of
14 the mistakes on the health authorization form
15 and the time that you believed you learned that
16 Ms. Melton was refusing to participate in the
17 913 examination was at least two weeks, correct?
18     A.   Correct.
19     Q.   And it might be as much as six weeks,
20 correct?
21     A.   Correct.
22     Q.   I'm going to stop sharing this.
23          I'm sharing Exhibit 12 now.  Just let
24 me know if you have any issue opening it.  I'm
25 be happy to screen share.

1          (Plaintiff's Exhibit 12 was
2          marked for identification.)
3      A.   It's not opening for me.
4      Q.   Give me a moment to open it myself and
5  I will share my screen.  Okay.  Can you see
6  Exhibit 12?
7      A.   Yes.
8      Q.   Okay.  So I will just quickly scroll
9  through so you can see what all is here.  That's
10 it.  Do you recognize Exhibit 12?
11     A.   Yes.  It's one of the emails that I
12 had sent to Kate Reid.
13     Q.   And it's an email from you to Kate
14 Reid forwarding email correspondence between
15 yourself and Dr. -- somebody identified as James
16 Soha, correct?
17     A.   Correct.
18     Q.   And the email address next to James
19 Soha reads Walter.Soha@nuvancehealth.org; is
20 that right?
21          (Technical interruption.)
22     Q.   Is that right, Dr. Wade?  You might
23 have cut out.  Dr. Wade?
24     A.   I'm sorry.  I cut out for a couple
25 minutes there.

1      Q.   I'll reask the question.  The email
2  address next to where it says James Soha is
3  Walter.Soha@nuvancehealth.org; is that right,
4  Dr. Wade?
5          (Technical interruption.)
6      A.   I heard the first part of the
7  question.  Can you hear me?
8      Q.   I can now.  I'll ask it again.
9      A.   I apologize.
10     Q.   It's okay.  Where it says "From," it
11 says Soha, James.  Do you see that?
12     A.   Yes.
13     Q.   Okay.  And the email address next to
14 that says Walter.Soha@nuvancehealth.org.  Do you
15 see that?
16     A.   I do.
17     Q.   And it's your understanding that this
18 is the Dr. Soha that was referenced in your
19 email of Exhibit 8, correct?
20     A.   Correct.
21     Q.   And we see a fourth name here,
22 correct, Walter Soha; is that right?
23     A.   Correct.
24     Q.   All right.  So I'm going to scroll
25 down to the first email in the chain.  So this

1  is an email from yourself to Dr. Soha, right?
2      A.   Correct.
3      Q.   And the subject is "Set up
4  appointment"?
5      A.   Correct.
6      Q.   And this is dated May 3, 2021, right?
7      A.   Correct.
8      Q.   Okay.  And it reads, "Dear Dr. Soha,
9  Please provide me with contact information for
10 Ms. Melton or Ms. Combier, her advocate to make
11 an appointment for the 913 physical examination.
12 We had called 845-297-2511.  We were not able to
13 get through."  Did I read that correctly?
14     A.   Yes.
15     Q.   When you say "we had called" that
16 phone number, who is "we"?
17     A.   Me.
18     Q.   Do you recall when you -- sorry.  I
19 didn't mean to cut you off.
20     A.   I called just to make sure that it was
21 a working number, but then Ms. Combier had
22 informed Kate Reid as well.  They had been going
23 back and forth about setting up the appointment.
24     Q.   Ms. Combier had informed you that she
25 called that number back in February, right?

Page 150

1    A.    Correct.
2    Q.    Do you recall when you attempted to
3 call Dr. Soha? Was that immediately after Ms.
4 Combier sent her message on February 16th or
5 sometime later?
6    A.    It would have been after that letter.
7 I can't speak to exactly when. Just to make
8 sure that it was a correct number.
9    Q.    And it was a correct number?
10    A.    I was on hold for quite a while, but
11 it was their number as I remember.
12    Q.    And when you say we were not able to
13 get through, you mean that you were on hold for
14 a while and eventually you just gave up and hung
15 up the phone?
16    A.    Yes. That was my experience.
17    Q.    And so this email is you asking Dr.
18 Soha for alternative or correct contact
19 information so that you can pass that along to
20 Ms. Melton and Ms. Combier, correct?
21    A.    Correct.
22    Q.    Just a moment. Was Ms. Melton ever
23 suspended without pay?
24    A.    She was.
25    Q.    Was Ms. Melton ever suspended with

Page 151

1 pay?
2    A.    The Board resolution that brought the
3 3020-a charges did not refer to her being
4 suspended.
5    Q.    Okay. I understand that, but was Ms.
6 Melton ever suspended with pay?
7    A.    I cannot find a written communication
8 where that was indicated.
9    Q.    So to the best of your knowledge, Ms.
10 Melton was never suspended with pay?
11    A.    Correct. I could not find that
12 indication where Ms. Melton was suspended with
13 pay.
14    Q.    She was eventually suspended without
15 pay though, correct?
16    A.    Correct.
17    Q.    Okay. I'm going to stop sharing here.
18        MR. RUSHFIELD: Can you given me ten
19    seconds off the record, if I can go off the
20    record for a moment?
21        (Discussion off the record.)
22    Q.    Dr. Wade, who makes the decision
23 whether an employee is suspended with or without
24 pay?
25    A.    That would be the superintendent's

Page 152

1 recommendation to the Board of Education
2 typically with the attorney's recommendation.
3    Q.    Does suspending an employee without
4 pay require Board approval?
5    A.    It does not for the purposes of not
6 going to a 913.
7    Q.    So for purposes of someone who does
8 not go to a 913 examination, who decides whether
9 that person is suspended without pay?
10    A.    It would be the district. Certainly
11 the superintendent would know and make that
12 decision in conjunction with recommendations
13 from the attorney.
14    Q.    So it is the superintendent who
15 ultimately decides whether to suspend an
16 employee's pay for refusal to attend a 913
17 medical examination?
18    A.    Correct.
19    Q.    I'm going to share Exhibit 13. Let's
20 see if we can open this.
21        (Plaintiff's Exhibit 13 was
22        marked for identification.)
23    Q.    Is this one working for you, Dr. Wade?
24    A.    Yes, that worked.
25    Q.    Good.

Page 153

1        MR. RUSHFIELD: I have it as well.
2    Q.    Okay. Have you seen -- well, ignoring
3 the fact that the header on this is an email
4 from Ms. Melton to myself, have you seen the
5 substance of the email below that header before
6 today?
7    A.    Yes.
8    Q.    And what is that?
9    A.    It's an email from myself to Ms.
10 Melton informing her that her pay was being
11 suspended.
12    Q.    And what is the date of this
13 communication?
14    A.    February 10th.
15    Q.    I just want to quickly run through the
16 time line of events here. As shown in Exhibit
17 8, which I'm happy to pull up if you would like
18 to see it again, you informed Ms. Melton on
19 January 20th that she was to undergo a medical
20 examination pursuant to Section 913 and that Dr.
21 Soha's staff would be reaching out to her to
22 schedule the examination, correct?
23    A.    Correct.
24    Q.    Okay. And then on February 10th, you
25 again emailed Ms. Melton stating that you have

1  not received the signed form to process the
2  Section 913 to release documents to the district
3  physician, correct?
4      A.    Correct.
5      Q.    On February 16th, as shown in Exhibit
6  11, Ms. Combier informed you that she was unable
7  to locate Dr. Soha and that there were a variety
8  of issues with the information provided in the
9  913 authorization form, correct?
10     A.    Correct.
11     Q.    Did Ms. Combier's email to you in any
12 way alter your decision to suspend Ms. Melton's
13 pay?
14     A.    We were working with Ms. Combier,
15 myself with Ms. Reid and Ms. Reid with Ms.
16 Combier, to try to ameliorate many of the
17 concerns.
18     Q.    Was Ms. Melton being paid after
19 February 10th?
20     A.    She was not.
21     Q.    So even after Ms. Combier pointed out
22 concerns regarding contact with Dr. Soha and the
23 substance of the 913 authorization form, the
24 district maintained its decision to suspend Ms.
25 Melton's pay?

1          MR. RUSHFIELD:  Objection to form.
2      You can answer.
3      Q.    I'm sorry.  Could you say your answer
4  again?
5      A.    Correct.
6      Q.    What was the justification for
7  maintaining that decision to suspend Ms.
8  Melton's pay after it learned of the errors in
9  the articulated grounds for that decision?
10         MR. RUSHFIELD:  Objection to form.
11     You can answer.
12         (Technical interruption.)
13     A.    I'm back but you cut out.
14     Q.    Sorry.
15     A.    It was probably my phone.
16     Q.    I'll withdraw that last question and
17 I'll start over.
18         According to the email on February
19 10th that is shown in Exhibit 13, the reason
20 that Ms. Melton's pay is being suspended is that
21 she has not returned the 913 authorization form
22 to release documents, right?
23     A.    Correct.
24     Q.    And you learned six days after that,
25 on February 16th, through Ms. Combier's email on

1  Exhibit 11, that there are a variety of issues
2  with what information was provided in the 913
3  authorization form including --
4          MR. RUSHFIELD:  When you say "the 913
5      authorization form," are you referring to
6      the HIPAA release or something else?
7          MR. CARMAN:  Yeah, the release form.
8          MR. RUSHFIELD:  All right.  That's why
9      I objected to the form.  Earlier you were
10     referring to it as something different than
11     what it is.  You were referring to it as a
12     913 authorization form, which would be a
13     totally different thing.
14         MR. CARMAN:  The title of the document
15     is Authorization.  So when I refer to
16     authorization, that's what I'm referring to.
17         MR. RUSHFIELD:  Just so we're clear,
18     it's an authorization -- regardless of its
19     accuracy, it's an authorization demanding
20     production of health records.  The 913
21     authorization is actually the Board
22     resolutions.
23         Just so the record is clear, I suggest
24     you refer to it differently than 913
25     authorization.

1          MR. CARMAN:  Thank you.
2          MR. RUSHFIELD:  Thank you.
3      Q.    I don't know what the last question
4  was, so I will go back.  The reason provided to
5  Ms. Melton on February 10th to justify
6  suspending her pay was that she had failed to
7  sign and return the form to process the Section
8  913 to release the documents to the district
9  physician, correct?
10     A.    Correct.
11     Q.    Okay.  On February 16th, Ms. Combier
12 informed you that that document could not be
13 signed and returned as is because she had
14 attempted to and been unable to locate Dr. Soha,
15 Dr. Jose Soha, who is identified on the
16 Authorization for Use and Disclosure of
17 Protected Health Information, correct?
18     A.    Correct.
19     Q.    After February 16th, when Ms. Combier
20 informed you of the issues with the form to
21 authorize disclosure of health information, the
22 district did not reverse its decision to suspend
23 Ms. Melton's pay, correct?
24     A.    Correct.
25     Q.    Why did the district maintain its

1  decision despite the fact that it had been
2  alerted to errors in the form that provided the
3  grounds for the suspension decision in the first
4  place?
5      A.    Ms. Reid was asking her to go. Ms.
6  Combier had voiced that there was reluctance to
7  go. If we had gotten to a point where she had
8  agreed to go to an appointment, we would have
9  changed the form. Ultimately, Ms. Combier
10 informed Ms. Reid and the hearing officer that
11 Ms. Melton did not agree to go to the 913 and
12 understood that she would continue not to be
13 paid.
14     Q.    So I'm sharing -- I'll go up to the
15 top so you can see it. This is Exhibit 11. I'm
16 going to scroll down. I'm going to direct you
17 to -- I'll highlight it for you so you can see
18 it -- this paragraph. So this paragraph reads,
19 "Finally, we will, after a doctor is appointed
20 to do the 913 evaluation, fill out an official
21 HIPAA form compliant with Federal regulations.
22 We believe the 'PHI' to be defective and
23 unusable for this matter. If this were in fact
24 an official HIPAA form it should be free from
25 any errors of any kind and Ms. Melton cannot be

1  expected under these circumstances, to sign a
2  defective document in its current state."
3          Did I read that correctly?
4      A.    Yes.
5      Q.    So it's not true that Ms. Melton was
6  refusing to submit to any 913 evaluation, is it?
7          MR. RUSHFIELD: Objection. You can
8      answer.
9      A.    Ultimately, that was the case.
10     Q.    But at least as of February 16th, the
11 best information that you had, the most
12 up-to-date information was that Ms. Melton was
13 perfectly willing to submit to a 913 evaluation.
14 Her only request was that the paperwork be
15 entirely in order prior to doing so, right?
16         MR. RUSHFIELD: Objection to form.
17     That's not what it says.
18     Q.    You can answer.
19     A.    You cut out for part of that.
20     Q.    On February 16th, the best information
21 that you had, the most up-to-date information
22 that you had, was that Ms. Melton was willing to
23 subject herself to a 913 examination, correct?
24         MR. RUSHFIELD: Counsel, you keep
25     saying that, but that's not what it says.

1      It's an inappropriate question. You're
2      relying on a document that he and I are
3      looking at which says after a doctor is
4      appointed to conduct the exam, she'll fill
5      out an official HIPAA form compliant with
6      federal regulations. There's nothing in
7      there that says she will submit to the 913
8      exam.
9          MR. CARMAN: All right. I'll rephrase
10     the question. I disagree with counsel's
11     objection, but I will rephrase the question
12     to avoid the issue.
13         MR. RUSHFIELD: Thank you.
14     Q.    Does Ms. Melton state anywhere in this
15 exhibit that she is unwilling to submit to a 913
16 evaluation?
17         MR. RUSHFIELD: Objection to form.
18     The letter is from Combier, not Melton.
19     A.    I do not read in the paragraphs that
20 are on the screen that Ms. Combier communicated
21 that she objects to the 913.
22     Q.    In fact, Ms. Melton offers and
23 guaranties that she will be making an
24 appointment for herself for an evaluation
25 pursuant to Section 913, correct? And I can

1  direct you to the language if you like.
2          MR. RUSHFIELD: Why don't you show it
3      to him.
4      Q.    Sure. This paragraph right here, "As
5  stated above, Ms. Melton will be making an
6  appointment herself for an evaluation pursuant
7  to Section 913, and we will inform you of the
8  doctor and date on or before March 1, 2021." Do
9  you see that?
10     A.    She says that, yes.
11     Q.    Do you know whether Ms. Melton, in
12 fact, made an appointment for herself to be
13 evaluated pursuant to Section 913?
14     A.    The Section 913 directs the district
15 to choose the physician, so she could not choose
16 a physician of her own as part of the 913
17 process.
18     Q.    Well, Ms. Combier conveniently
19 includes Section 913 up here, so we can look at
20 this and see what it says or at least see what
21 Ms. Combier was relying on.
22         So this says, in relevant part, "In
23 order to safeguard the health of children
24 attending the public schools, the board of
25 education or trustees of any school district or

1  board of cooperative educational services shall
2  be empowered to require any person employed by
3  the board of education or trustees or board of
4  cooperative educational services to submit to a
5  medical examination by a physician or other
6  health care provider of his or her choice or the
7  director of school health services of the board
8  of education or trustees or board of cooperative
9  educational services, in order to determine the
10 physical or mental capacity of such person to
11 perform his or her duties."
12       Did I read that correctly?
13 A.    Yes.
14 Q.    So when it says "his or her choice,"
15 what do you understand those words to mean?
16 A.    That it would be the choice of the
17 patient.
18 Q.    So Section 913, at least as presented
19 here as copied by -- let me back up for a
20 second.
21       Do you have any reason to believe that
22 Ms. Combier miscopied or misrepresented Section
23 913 here?
24 A.    No, I have no reason to believe that.
25 Q.    Okay.  So Section 913 authorizes the

1  board to direct a person to submit to a physical
2  examination, but it allows at least under some
3  circumstances for the doctor performing that
4  examination to be a doctor of the patient's
5  choice, correct?
6  A.    That's what this says, yes.
7  Q.    Okay.  So let's go back down where we
8  were looking before, and it says, "Ms. Melton
9  will be making an appointment herself for an
10 evaluation pursuant to Section 913, and we will
11 inform you of the doctor and date on or before
12 March 1, 2021."
13 A.    Yes, I see that.
14 Q.    In the district's opinion, was Ms.
15 Melton's determination to make an appointment
16 for herself at a doctor of her choosing in
17 violation of Section 913?
18 A.    No, if what was written above is
19 accurate.
20 Q.    I'm going to highlight some language
21 for you again, and I will read it in as well.
22 All right.  This is on PDF page 4 of Exhibit 11,
23 a statement from Ms. Combier that says, "After
24 March 1 if Ms. Melton cannot get an appointment
25 with a medical professional to do an evaluation

1  pursuant to Section 913, then I propose that we
2  discuss the proper doctor for the examination
3  but not Dr. Jose Soha."  Do you see that?
4  A.    Yes.
5  Q.    So you would agree that at most, Ms.
6  Melton is refusing to submit to an examination
7  by a specific doctor, correct?
8        (Technical interruption.)
9  Q.    Dr. Wade?
10 A.    I'm sorry.  I cut out again.
11 Q.    Did you hear my question?
12 A.    No.
13 Q.    Okay.  Based on this statement, you
14 would agree that at most Ms. Melton is refusing
15 to submit to a 913 examination performed by Dr.
16 Jose Soha, correct?
17       MR. RUSHFIELD:  Objection to form.
18 You can answer.
19 A.    I agree that this sentence says that
20 Ms. Combier and what ultimately became Ms. Reid
21 would be in a conversation --
22       (Technical interruption.)
23 Q.    I think you cut out.  I heard "would
24 be in a conversation."
25 A.    I cut in and out again, but I'm here

1  right now.
2  Q.    All right.  I will try and ask that
3  again.  Would you agree that at most Ms. Melton
4  is refusing to subject herself to a Section 913
5  examination by Dr. Jose Soha specifically?
6        MR. RUSHFIELD:  Objection to the form.
7  You can answer.
8  A.    In this sentence, yes.
9  Q.    I'm going to scroll back up here to
10 Section 913.
11 A.    I can't hear anything.
12 Q.    Let me share.  Can you see Exhibit 11?
13 A.    The 913 process?
14 Q.    Yes.
15 A.    Yes.
16 Q.    I don't know if you answered my last
17 question, so I'm going to ask it again.  Section
18 913 places the power to order employees to be
19 subjected to a medical examination in the Board
20 of Education, correct?
21 A.    Yes.
22 Q.    Did the Board of Education ever
23 appoint Dr. Jose Soha as the physician to
24 perform Ms. Melton's 913 examination?
25 A.    At the annual meeting every year, they

Page 166

```
1   appointed that practice as the district
2   physician.
3        Q.   I want to make sure I understood that.
4   There's an annual meeting that the Board of
5   Education has every year, correct?
6        A.   Correct.
7        Q.   And at that meeting, they hold a vote
8   to designate who will perform Section 913
9   evaluations?
10       A.   It's an entire contract, so whether
11  his name is listed or the Nuvance Health is
12  listed, but there are all kinds of things that
13  the district physician provides.
14       Q.   And is there some sort of minutes or
15  memorialization of this agreement?
16       A.   There would be a contract that they
17  approve that would be in the Board minutes, yes.
18       Q.   Okay.
19            MR. CARMAN:  Mr. Rushfield, to the
20       extent such contract exists and has not been
21       produced, we'd request that it be produced.
22            MR. RUSHFIELD:  Dr. Wade, are Board
23       minutes in the Poughkeepsie School District
24       published on their website?
25            THE WITNESS:  They are.  If you go to
```

Page 167

```
1   the Board page, you would click on Board
2   docs, and you could retrieve any document.
3            MR. RUSHFIELD:  And this contract
4        you're referring to, would that be on the
5        website as well?
6            THE WITNESS:  It should be an
7        attachment on the actual Board meeting.
8            MR. RUSHFIELD:  So what I'm saying,
9        Counsel, is it's a public document.  You
10       could probably see it for every year by
11       simply going on the website.
12            MR. CARMAN:  I'm confused.  Are you
13       saying that it's burdensome for the district
14       to produce its own Board minutes?
15            MR. RUSHFIELD:  No.  I could do the
16       same thing you could do.  What I will do is
17       go to the website and I'll probably forward
18       you the reference on the website.  You could
19       do it just as well as I could, but I could
20       do it.  Actually, anybody can do it.
21            MR. CARMAN:  Other than the fact that
22       I'm limited counsel for purposes of
23       depositions and not handling written
24       discovery, if you could do that, that would
25       be appreciated.
```

Page 168

```
1            MR. RUSHFIELD:  Sure.  Okay.  What is
2        it exactly that you're requesting?
3        Apparently, there's a contract and --
4        there's a meeting every year and apparently
5        this contract is renewed every year, so
6        which year do you want?
7            MR. CARMAN:  Well, the year during
8        which Ms. Melton's 913 was ordered, so 2021.
9        I don't know if it's school year based or if
10       it's calendar year.  I don't have that
11       information.
12            MR. RUSHFIELD:  If it's the meeting
13       I'm thinking about, these contracts are
14       probably -- the Board meeting we're probably
15       talking about is probably in June so it
16       would be June of 20 --
17            THE WITNESS:  It would be July of
18       2020.
19            MR. RUSHFIELD:  July of 2020 for the
20       2020-2021 school year.  So you want this for
21       the 2020-2021 school year, Counsel?
22            MR. CARMAN:  Yes, please.
23            MR. RUSHFIELD:  So you want Board
24       minutes, re district physician and copy of
25       contract, right?
```

Page 169

```
1            MR. CARMAN:  Yes.
2            MR. RUSHFIELD:  Okay.  Got it.  You
3        can move on.  I can pull that for you.
4            MR. CARMAN:  Thank you.
5            MR. RUSHFIELD:  No problem.
6   BY MR. CARMAN:
7        Q.   All right.  I'm going to share the
8   next exhibit.  Was somebody else -- never mind.
9            (Plaintiff's Exhibit 14 was
10            marked for identification.)
11       Q.   I have shared Exhibit 14.  Dr. Wade,
12  let me know if you have trouble opening that.
13       A.   Yep, I'm having trouble opening it.
14       Q.   Can you see Exhibit 14?
15       A.   Yes.
16       Q.   All right.  So Exhibit 14, this is an
17  email from Betsy Combier to Ms. Melton and the
18  subject line is Forward: Forward: Medical
19  Director.
20       A.   Uh-huh.
21       Q.   And below there is a forwarded message
22  that is from Kate Reid to Betsy Combier, and
23  it's dated April 30, 2021.  And that email
24  reads, "Good morning, Ms. Combier:  Below is the
25  contact information for the District Physician.
```

1  We have advised Dr. Soha to expect Ms. Melton to
2  schedule her 913 examination.  Please arrange
3  for Ms. Melton to be examined by Dr. Soha at her
4  earliest convenience and to provide us with the
5  authorization we previously provided her."  Did
6  I read that correctly?
7      A.    Yes.
8      Q.    I will scroll down a little further.
9  And the forwarded information from Ms. Reid's
10 email is an email from yourself to Ms. Reid; is
11 that correct?
12     A.    Correct.
13     Q.    And the contents of that email is an
14 email address and two phone numbers for Dr.
15 James Soha, correct?
16     A.    Correct.
17     Q.    The first thing I want to talk about
18 here is the second sentence of Ms. Reid's email
19 where it says, "We have advised Dr. Soha to
20 expect Ms. Melton to schedule her 913
21 examination."  Do you see that?
22     A.    Yes.
23     Q.    Now, in your original email to Ms.
24 Melton regarding the 913 that was entered as
25 Exhibit 8, the instructions were that Dr. Soha

1  would be reaching out to Ms. Melton, correct?
2      A.    Correct.
3      Q.    And so this represents a change in
4  those instructions, right?
5      A.    Correct.
6      Q.    Okay.  And this email was sent on
7  April 30th, correct?
8      A.    Correct.
9      Q.    That's more than two months after Ms.
10 Combier had already informed you that she had
11 already attempted to contact Dr. Soha's office
12 and was told that there was no such doctor at
13 the phone number provided, correct?
14          MR. RUSHFIELD:  Objection.
15     A.    Correct.
16     Q.    What was the answer?
17     A.    Correct.
18     Q.    Okay.  I will just scroll down
19 quickly.  And one of the phone numbers provided
20 by you to Ms. Reid is 845-297-2511.  Do you see
21 that?
22     A.    I do.
23     Q.    And do you recall from Exhibit 11,
24 which was Ms. Combier's email to yourself where
25 she informed you that she had attempted to

1  contact Dr. Soha, do you recall is that the same
2  phone number that she listed as having called?
3      A.    I don't recall.
4      Q.    Well, I can pull that up for you very
5  quickly.  All right.  I'm going to highlight a
6  number here.  This is Exhibit 11, Ms. Combier's
7  email to you where she says, "So, I called
8  Health Quest Vigent Care in Wappinger Falls at
9  845-297-2511."  Do you see that?
10     A.    Yes.
11     Q.    And that is the same phone number as
12 the first phone number provided in Exhibit 14,
13 right?
14     A.    Yes.
15     Q.    Okay.  And that's also the same phone
16 number that you called when you were attempting
17 to get in contact with Dr. Soha as reflected in
18 Exhibit 12, correct?
19     A.    Correct.
20     Q.    And where you previously testified
21 that you were on hold for some time and were not
22 able to get through, right?
23     A.    Correct.
24     Q.    Okay.  Just to be clear, all of this
25 back and forth where Ms. Combier and Ms. Reid

1  were discussing the contact information for Dr.
2  Soha, Ms. Reid provided that contact information
3  on April 30th, all this is taking place while
4  Ms. Melton's pay is suspended, correct?
5      A.    Correct.
6      Q.    Did the district believe on April 30th
7  when it provided or had Ms. Reid provide this
8  information that Ms. Melton was refusing to
9  submit to an examination from Dr. Soha?
10     A.    I know that Ms. Reid and Ms. Combier
11 were conversing back and forth and ultimately
12 Ms. Combier informed Ms. Reid that she would
13 not.
14     Q.    Okay.  Well, would the district have
15 given the contact information to Ms. Melton and
16 instructed her to contact Dr. Soha to schedule
17 her appointment if Ms. Combier had already
18 represented that Ms. Melton would not be doing
19 so?
20     A.    I think that we -- you know, it was a
21 process where we would provide the information
22 ultimately.  Whether Ms. Melton chose to utilize
23 it or not, we may still have provided it.  And I
24 don't know the date where ultimately Ms.
25 Combier, the hearing officer and Ms. Reid

1  discussed this issue.  I don't know the date of
2  that.
3      Q.    Right.  That's what I'm trying to get
4  at here is if Ms. Combier had already informed
5  the district that Ms. Melton was refusing to
6  submit to a 913 examination by Dr. Soha, would
7  the district still provide the contact
8  information and an instruction that Ms. Melton
9  schedule her 913 examination?
10     A.    I mean, we may have anyway, but I'm
11 not representing that's what we did because I
12 don't know the actual date when Ms. Combier
13 stated -- I mean, it's very likely that it was
14 after that.
15     Q.    But you don't know, right?
16     A.    Right, I don't know.
17     Q.    Okay.  Do you know if Ms. Combier
18 responded to Ms. Reid's email stating that Ms.
19 Melton would not submit to the 913 examination
20 by Dr. Soha?  And when I say "Ms. Reid's email,"
21 I mean this email of April 30, 2021.
22     A.    I do not know.
23     Q.    Okay.  I'm going to quickly go back
24 here to Exhibit 11.  I just have a few more
25 questions on this.  This is Exhibit 11.  It's up

1  on the screen, and just as a reminder, this is
2  the email from Ms. Combier to yourself on
3  February 16th where she informs you that she
4  attempted to contact Dr. Soha and that she has
5  not received any communication from Dr. Soha's
6  staff.
7          Is it your opinion -- let me rephrase
8  that.  Do you think that somebody would
9  affirmatively reach out --
10         (Technical interruption.)
11     A.    I apologize.
12     Q.    Sorry.  Are you there?
13     A.    I cut out.  I'm sorry.
14     Q.    Okay.  Can you hear me now?
15     A.    I can, yeah.
16     Q.    Do you think that somebody would
17 affirmatively reach out to you and attempt to
18 contact -- strike that.
19         If Ms. Melton were refusing to submit
20 to a 913 examination, would you expect her to
21 affirmatively attempt to reach out to that
22 doctor?
23     A.    I'm not aware that Ms. Melton reached
24 out to that doctor.  I believe it was
25 Mrs. Combier.

1      Q.    Okay.  Can we assume for this
2  conversation that Ms. Combier is acting on Ms.
3  Melton's behalf as her representative?  I
4  believe you called her her representative
5  multiple times in your testimony.
6      A.    Yes.
7          MR. RUSHFIELD:  You're asking the
8      witness to make a presumption for the
9      purpose of answering your questions?
10         MR. CARMAN:  Yes.
11         MR. RUSHFIELD:  I will be objecting to
12     the form.
13         MR. CARMAN:  Fair enough.
14         MR. RUSHFIELD:  You can ask them
15     certainly.
16     A.    I believe that Ms. Combier was
17 representing Ms. Melton and was trying to
18 facilitate the process.  It is not clear to me
19 that Ms. Melton would agree to go to the 913
20 examination.
21     Q.    Okay.  Well, would you expect a person
22 who has no intention of going to a 913
23 examination to reach out or have someone reach
24 out on their behalf to the designated physician?
25         MR. RUSHFIELD:  Objection to form.  Go

1  ahead.
2      A.    I believe that Ms. Combier was trying
3  to facilitate an examination.
4      Q.    Do you believe that Ms. Melton was
5  refusing to attend that examination?
6      A.    Ultimately that was what Ms. Combier
7  communicated, yes.
8      Q.    To you?
9      A.    To the hearing officer and to Ms.
10 Reid.
11     Q.    But not to you?
12     A.    Not to me, no.
13     Q.    All right.  If I could, I'm going to
14 stop sharing this here.
15         One last thing here, and then I'll ask
16 for a quick break just to collect my thoughts.
17 I'm trying to wrap up here somewhat soon, but
18 I've got just a couple more.
19         I'm going to show you again Exhibit
20 14, which is the April 30th email from Ms. Reid
21 to Ms. Combier.  The last sentence reads,
22 "Please arrange for Ms. Melton to be examined by
23 Dr. Soha at her earliest convenience and to
24 provide us with the authorization we previously
25 provided to her."  Do you see that?

Page 178

1    A.    I do.

2    Q.    Do you know what authorization she's

3  referring to?

4    A.    I would expect it would be the release

5  form.

6    Q.    Okay.  And to be clear, that's the

7  release form that erroneously designated

8  psychotherapy, psychotherapy notes?

9    A.    Correct.

10   Q.    And the form that misidentified the

11  doctor as Jose Soha, correct?

12   A.    Correct.

13   Q.    So as of April 30th, the district was

14  still requesting that Ms. Melton sign a form

15  with multiple mistakes in it even after the

16  district had been alerted to those mistakes,

17  correct?

18   A.    Yes.

19   Q.    Okay.  Dr. Wade, have you ever signed

20  a form for release of personal information that

21  you knew to have mistakes in it?

22   A.    I'm sure I would have corrected the

23  mistakes or got an alternate form.

24        MR. CARMAN:  So I'd like to ask for a

25   quick ten-minute break so I can organize any

Page 179

1  final questions if that's okay.  And then

2  we'll come back and I will quickly wrap up.

3  Is that okay with you, Mr. Rushfield?

4        MR. RUSHFIELD:  Sure.

5        MR. CARMAN:  Dr. Wade?

6        THE WITNESS:  Yes, that's fine with

7  me.  I'm going to stay on.

8        MR. CARMAN:  Sure.  I have the time at

9  2:53.  Luanne, is that what you've got?

10        THE REPORTER:  Yeah, that's what I

11  have.

12        MR. CARMAN:  So we'll come back at

13  3:03-ish, 3:05.

14        (Recess taken.)

15  BY MR. CARMAN:

16   Q.    Dr. Wade, I believe you testified

17  earlier that when suspending an employee's pay

18  for failure to attend a 913 examination, Board

19  approval is not required, correct?

20   A.    That's my understanding, yes.

21   Q.    Okay.  Are there district policies in

22  place governing different scenarios for who must

23  approve suspension without pay?

24   A.    No.

25   Q.    Okay.  So in some circumstances, would

Page 180

1  Board approval be required to suspend an

2  employee without pay?

3    A.    There are not many circumstances in

4  which that would take place.  Typically, for the

5  purposes of any disciplinary hearing, employees

6  are suspended with pay.  The 913 process is one

7  of the areas where someone is suspended without

8  pay.

9    Q.    You said "one of the areas."  Is there

10  a list somewhere?

11   A.    There isn't a list.  I mean, it's the

12  only one that comes to mind that I'm aware of.

13   Q.    So if there's no list anywhere

14  indicating which disciplinary scenarios warrant

15  suspension without pay, how would an employee

16  know that a given conduct would result in their

17  suspension without pay?

18   A.    It's a matter of regulation, but they

19  wouldn't necessarily know that.

20   Q.    When you say "regulation," do you mean

21  state regulation?

22   A.    Correct, state law, state regulation.

23   Q.    I'm a little confused here because you

24  said there's no list, but you also said it's a

25  matter of regulation as to whether an employee

Page 181

1  would be suspended without pay.  Can you explain

2  how those are consistent?

3        MR. RUSHFIELD:  Objection.  I'm not

4  sure this witness is qualified to answer

5  this question.  I could answer the question,

6  but I'm not a witness in this case.

7    A.    When you say "policy," I think of a

8  Board policy.  I'm not aware that there is a

9  Board policy about that.  But there are laws

10  that govern this, and so typically the attorney

11  for any defendant, which typically would come

12  from the union, would explain --

13        (Technical interruption.)

14        THE WITNESS:  Am I back?

15        MR. RUSHFIELD:  You were gone for a

16  couple of seconds.  I think the last thing

17  you said was something about -- I think it

18  was the attorney for the union would explain

19  that.

20   A.    Typically, if there was a question

21  like that, attorneys who are familiar with

22  public sector school law would explain that

23  either from a union representative perspective

24  or from the district perspective.

25   Q.    When you say "explain that," explain

1  that to who?

2      A.    Well, the attorney for the district

3  would explain it to district employees.  And

4  anyone who was being suspended typically would

5  have someone from their union explain it to

6  them.

7      Q.    Do you know if the district conducts

8  any sort of regular training on 913 examinations

9  or 3020-a proceedings?

10      MR. RUSHFIELD:  Objection to form.

11      It's in the conjunctive.  You can attempt to

12      answer it.

13      A.    Since I have been here, the district

14  has not held any workshops on those issues.

15      Q.    When a 3020-a proceeding is initiated

16  against an employee, what is the union's role in

17  that proceeding?

18      MR. RUSHFIELD:  Object to form.  I'm

19      not sure this witness is qualified to answer

20      the question, but you can attempt to.

21      A.    Typically, whenever there is a

22  concern, the union is involved as a

23  representative of the employee.

24      Q.    So in your experience, has a union

25  ever defended an employee in a 3020-a

1  proceeding?

2      A.    Typically, an attorney from the union

3  is typically the representative of an individual

4  in a proceeding.

5      Q.    When you say "a proceeding,"

6  specifically you mean a 3020-a proceeding?

7      A.    Correct.

8      Q.    Or I believe it was a Section 75

9  proceeding you mentioned earlier?

10      A.    Correct, which is for civil service

11  employees.

12      Q.    And the union that would represent the

13  employee would be whatever union the employee is

14  a member of, correct?

15      A.    Correct.

16      Q.    Other than Ms. Melton, are you aware

17  of any instance in which the Poughkeepsie City

18  School District has suspended an employee

19  without pay for failing to attend a 913

20  examination?

21      MR. RUSHFIELD:  Can you read that back

22      to me?  I'm sorry.  I got distracted.

23      MR. CARMAN:  Sure.

24      Q.    Other than Ms. Melton, are you aware

25  of any instance in which the Poughkeepsie City

1  School District has ever suspended an employee

2  without pay for failing to attend a 913

3  examination?

4      A.    Since July of 2020, I'm not aware of

5  any employee being suspended without pay because

6  of a refusal to go to a 913 proceeding.

7      Q.    Since July of 2020, are you aware of

8  any instance other than Ms. Melton where the

9  district has ordered an employee to undergo a

10  913 examination?

11      A.    I'm not aware of any employee being

12  ordered to go to a 913 proceeding since July of

13  2020.

14      MR. CARMAN:  Okay.  I have no further

15      questions.

16      MR. RUSHFIELD:  Actually, I just have

17      a couple of things, maybe just one thing.

18      Can you bring up Exhibit 14?

19      MR. CARMAN:  Sure.

20      MR. RUSHFIELD:  I don't know if the

21      witness can pull it up or --

22      THE WITNESS:  I could not open it.

23      MR. RUSHFIELD:  If you would be so

24  kind, Counsel, as to share it.

25      Great, exactly where I want to be too.

1              EXAMINATION

2  BY MR. RUSHFIELD:

3      Q.    You were asked questions by counsel

4  for the plaintiff about the authorization we

5  previously provided her referred to in Kate

6  Reid's email.  Do you know whether Kate Reid's

7  firm ever provided a different authorization to

8  Ms. Melton from the one that you provided that

9  had the incorrect information?

10      A.    I do not know that.

11      Q.    One way or the other?

12      A.    One way or the other.

13      MR. RUSHFIELD:  Okay.  Give me a

14      moment because that may be the only thing I

15      was going to ask.  That's all.  That's the

16      only thing I had.

17      MR. CARMAN:  I have nothing further.

18      MR. RUSHFIELD:  Thank you for your

19      time, Dr. Wade, and I will be seeing counsel

20      again on the 29th.

21      (Deposition concluded at 3:15 p.m.)

22          * * * * * * * *

23

24

25

1      CERTIFICATE OF OATH

2

3   STATE OF OHIO

4   COUNTY OF CUYAHOGA

5          I, Luanne K. Howe, Notary Public, State of

6   Ohio, certify that TIMOTHY WADE, Ph.D., remotely

7   appeared before me on the 18th day of June,

8   2021, and was duly sworn.

9          Signed this 1st day of July, 2021

10

11          *Luanne K Howe*

12     _____

13          Luanne K. Howe

14          Notary Public, State of Ohio

15          Commission No.: 2019-RE-796049

16          Commission Expires:  October 7, 2024.

17

18

19

20

21

22

23

24

25

1      CERTIFICATE OF REPORTER

2   STATE OF OHIO

3   COUNTY OF CUYAHOGA

4          I, Luanne K. Howe, Notary Public in and for

5   the State of Ohio, do hereby certify that I was

6   authorized to and did stenographically report

7   remotely the deposition of TIMOTHY WADE, Ph.D.;

8   and that the foregoing transcript is a true

9   record of my stenographic notes.

10          I FURTHER CRETIFY that I am not a relative,

11   employee of attorney, or counsel of any of the

12   parties, nor am I a relative or employee of any

13   of the parties' attorney or counsel connected

14   with the action, nor am I financially interested

15   in the action.

16          DATED this 1st day of July, 2021, at

17   Cleveland, Cuyahoga County, Ohio.

18          *Luanne K Howe*

19     _____

20          Luanne K. Howe

21          Court Reporter and Notary Public

22          My commission expires October 7, 2024.

23

24

25

1      ERRATA SHEET

2   Case Name:

3   Deposition Date:

4   Deponent:

5   Pg.  No. Now Reads     Should Read  Reason

6   ___  ___  _____   _____   _____

7   ___  ___  _____   _____   _____

8   ___  ___  _____   _____   _____

9   ___  ___  _____   _____   _____

10  ___  ___  _____   _____   _____

11  ___  ___  _____   _____   _____

12  ___  ___  _____   _____   _____

13  ___  ___  _____   _____   _____

14  ___  ___  _____   _____   _____

15  ___  ___  _____   _____   _____

16  ___  ___  _____   _____   _____

17  ___  ___  _____   _____   _____

18  ___  ___  _____   _____   _____

19  ___  ___  _____   _____   _____

20

21          _____
                  Signature of Deponent

22   SUBSCRIBED AND SWORN BEFORE ME

23   THIS _____ DAY OF _____, 2021.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____

**0**

**0043** 59:12

**0046** 59:13

**1**

**1** 13:19,24 14:2 16:6
63:7 116:21 120:13,
21 144:24 145:8,10
146:5,6 161:8
163:12,24

**10** 81:18 132:10,11,
16,19 135:19,25
136:7,19 137:16,19,
21

**10th** 60:23 65:11
122:4,12,24 153:14,
24 154:19 155:19
157:5

**11** 106:20 138:10,11,
13,21 139:13 140:20,
21 141:6,23 142:3
143:4 154:6 156:1
158:15 163:22
165:12 171:23 172:6
174:24,25

**11th** 60:23 65:14
122:8,12,24

**12** 16:11,13 146:23
147:1,6,10 172:18

**13** 152:19,21 155:19

**14** 16:14,16 59:11
60:6,11 63:11 64:2
81:17 169:9,11,14,16
172:12 177:20
184:18

**14th** 56:2

**16** 16:14,16 143:4
144:22

**16th** 140:22 141:2,6,
15 150:4 154:5
155:25 157:11,19
159:10,20 175:3

**19** 30:22 31:4 106:24

**1998** 12:5

**19th** 140:7

**1:02** 124:25 125:2

**1:07** 125:3

**1:08** 64:1

**1st** 146:12

**2**

**2** 14:16,20 15:2 18:10
69:15 74:1,14 94:8
110:10,15,17,25
112:8 116:18 117:5,
11 120:2,15,21
121:12,22,23 122:1,7
136:8

**20** 31:24 168:16

**20-21** 19:9 41:7 48:13
70:16 84:7 88:18,24
123:12,20

**2015** 29:19 30:11,18,
20

**2016** 30:4,11,18,20

**2019** 31:24 51:15

**2019-2020** 31:20

**2020** 12:11,17,19
19:14,16 30:23 31:5,
8,13,18,19,25 42:21,
25 43:9 44:5,22,23
59:11 60:6,11 63:11
64:2 81:6 116:22
117:6 120:15,22
121:12 168:18,19
184:4,7,13

**2020-2021** 19:11
32:6,13,18,20,24
33:3,6,10 37:24
40:19 41:3 45:3 51:5
70:10,13 83:16
168:20,21

**2021** 132:4 143:4
144:22,24 145:8,10
146:5,6 149:6 161:8
163:12 168:8 169:23
174:21

**20s** 32:11

**20th** 125:23 140:18,
25 153:19

**22** 117:5

**2462** 128:1,3

**27** 132:4

**29th** 185:20

**2:53** 179:9

**3**

**3** 15:16 41:10,11 42:2,
21 63:16 69:1 74:2,
14 75:14 76:25 77:1,
2,25 78:4 91:3 94:9
110:10,15,18 111:9,
14,21 112:6 116:22
122:7 149:6

**30** 169:23 174:21

**30(b)(6)** 14:19

**3020-a** 6:13,22,24
7:3 17:8 18:25 68:5
104:22 115:22
116:15 144:4,10
145:4 151:3 182:9,
15,25 183:6

**30th** 171:7 173:3,6
177:20 178:13

**3:03-ish** 179:13

**3:05** 179:13

**3:15** 185:21

**4**

**4** 16:9 59:1,4,6 63:7,
17 163:22

**45** 10:2

**5**

**5** 93:3,4,7,11 111:17,
23 116:18 118:25
119:2 120:2 124:5,13
139:8 142:2,6

**6**

**6** 103:18,20 104:18
106:6,14,17 110:2,8,
13 111:10,17,23

112:14,20 114:10

**6830** 10:6,7,13

**6:54** 60:6,11

**7**

**7** 16:11,13 115:20,23
120:2,12 124:16

**75** 6:13,16,18 7:3
183:8

**7:19-cv-09755-vb**
15:6

**8**

**8** 125:7,8 127:23
129:10,12,16,18,25
131:7 132:1,23
136:18 139:22 140:5,
13,14 148:19 153:17
170:25

**845-297-2511**
142:15 149:12
171:20 172:9

**88** 6:4

**8th** 43:1 60:22 65:6
75:13 83:23

**9**

**9** 43:9 44:4 120:15,22
121:12 127:4,7,22,25
128:5,11,22 129:2,5

**913** 125:18 126:3,6,
24 127:20 132:6
135:3 136:21 139:24
140:17,25 141:17
143:13,25 145:7
146:17 149:11 152:6,
8,16 153:20 154:2,9,
23 155:21 156:2,4,
12,20,24 157:8
158:11,20 159:6,13,
23 160:7,15,21,25
161:7,13,14,16,19
162:18,23,25 163:10,
17 164:1,15 165:4,
10,13,18,24 166:8
168:8 170:2,20,24
174:6,9,19 175:20

**112:14,20 114:10**

**176:19,22 179:18
180:6 182:8 183:19
184:2,6,10,12**

**9:51** 63:10

**9th** 43:2,21 60:22
65:9 121:5 122:12,24

**A**

**A-E-S-O-P** 24:11

**a.m.** 60:6,11 63:10
76:18,19

**ability** 8:17 24:17
30:24 31:6 50:13
54:17 55:5,9

**absence** 61:19
101:25

**absences** 102:10

**absent** 27:10,12,20
60:22 61:18 100:6,7

**absolutely** 144:23
145:9

**accepted** 101:20

**access** 49:11,14
52:5 76:3 77:10
94:24 96:16 98:23
113:13,15,17,18,19,
24,25 137:25 138:3
145:15

**accessing** 85:25
112:5

**accuracy** 156:19

**accurate** 145:25
163:19

**accurately** 7:19,25
71:10

**acknowledge** 5:4,16

**Acrobat** 104:5

**acronym** 43:23

**acting** 176:2

**actions** 40:6

**activities** 21:24
46:16 51:8

**actual** 6:21 145:12,

14,18 167:7 174:12

**additional** 54:23,25 91:4,6,10 124:6

**address** 6:3 82:16 112:14 113:2 114:6 147:18 148:2,13 170:14

**addressed** 60:13 139:5

**addresses** 113:8

**adjacent** 135:13

**adjustments** 73:9

**administrative** 6:21 12:1,15

**administrators** 24:1 37:10 38:19 71:2 72:3 96:23

**admissibility** 5:7

**advised** 170:1,19

**advocate** 130:22,24 131:6 143:2 149:10

**AESOP** 24:9,15,20 27:5,10,21 28:1,5

**affect** 8:16 53:23

**affirmatively** 100:15 109:19 175:9,17,21

**age** 5:20

**agencies** 72:24

**ages** 41:25

**aggregates** 95:25

**agree** 66:8 84:20 87:8,20 88:2,8 89:9, 18,23 90:11,14,23 108:4,7,10,17 109:15,20 112:4 114:16 134:24 136:16 158:11 164:5, 14,19 165:3 176:19

**agreed** 8:13 158:8

**agreement** 24:23 145:19 166:15

**ahead** 15:22 42:1,13 50:25 71:11 104:9 106:16 127:4 129:23

142:12 177:1

**aides** 23:22

**alarm** 68:2,4,8

**albeit** 66:4

**alerted** 158:2 178:16

**allegation** 117:11

**allegations** 28:16,20

**allegedly** 57:15 114:7 117:14

**allowed** 99:19

**alter** 154:12

**alternate** 178:23

**alternative** 150:18

**ameliorate** 154:16

**amended** 28:21,24

**amounts** 51:18

**and/or** 133:23

**angle** 115:6

**annual** 22:7 165:25 166:4

**answering** 77:20 100:15 110:18 176:9

**answers** 77:16 79:13,19 81:19 84:3 99:11 100:11

**anticipate** 92:18

**anxious** 37:19

**apologize** 120:19 148:9 175:11

**apparently** 168:3,4

**appears** 94:12

**applied** 13:16 44:7,9

**applies** 44:17

**apply** 46:14

**applying** 136:4

**appoint** 165:23

**appointed** 34:23 158:19 160:4 166:1

**appointment** 149:4, 11,23 158:8 160:24

161:6,12 163:9,15,24 173:17

**appreciated** 167:25

**appropriately** 52:22

**approval** 38:25 152:4 179:19 180:1

**approve** 166:17 179:23

**approved** 38:20

**approximately** 81:23

**April** 144:24 145:8,10 146:5,10,11,12 169:23 171:7 173:3,6 174:21 177:20 178:13

**areas** 180:7,9

**arise** 22:17

**arrange** 170:2 177:22

**arriving** 107:12,15, 20 108:18

**articulated** 155:9

**asks** 108:17 142:21

**aspect** 21:2,5

**assemble** 26:5

**asserts** 60:25

**assigned** 44:16,20 45:15 47:20 50:21,22 53:1,4 55:13,15 85:12,24 122:15 130:1

**assigning** 87:2

**assignment** 22:5 48:1 85:13

**assignments** 22:8, 10

**assist** 64:18 85:6,25

**assistance** 23:1 40:15 63:24

**assistant** 12:14 19:23,25 20:3,23 21:3 22:17 26:17 27:15 33:19 35:6,7

40:17 47:14 48:23 49:19,22 50:9 52:21 53:1 66:4 67:3 85:14, 19 86:3,21,22 88:16, 24 89:12 90:17 105:4,5 106:7 116:23 120:17,24 122:11

**assistant's** 50:13

**assistants** 20:5,7,9, 11,15,20,24 21:1,5, 10,13,16,19,22 22:1, 10,12,21 23:3,22 24:4,19,24 25:9,11, 20 26:7,24 27:3 32:3, 5 34:23,25 44:8,10, 17,20 45:2 47:18,23 48:12,18 52:4,5,10, 16,24 56:25 57:8,9, 13,14,18,19,22 58:3 61:7 64:18 65:1 84:22 85:3,6,10,24 86:8,9 87:2,10,21 88:3 89:19 90:24

**assistants'** 24:13 46:25

**assisting** 47:19 65:21

**association** 114:8

**assume** 7:23 176:1

**athletic** 12:23

**athletics** 71:19

**attach** 111:15,18

**attachment** 167:7

**attempt** 19:20 21:8 22:3 23:5 28:18 31:2, 15 39:18 40:2,10 47:17 48:17 49:1 54:9 58:8 61:13 66:13 90:22 175:17, 21 182:11,20

**attempted** 150:2 157:14 171:11,25 175:4

**attempting** 172:16

**attend** 53:15 78:18 125:18 126:2 152:16 177:5 179:18 183:19 184:2

**attendance** 23:2,7,8, 15 24:5,14,20 25:8, 11,18,21 26:5 28:4 37:23 56:11 61:5,9, 16,22,25 62:4 76:15, 21 126:20

**attendees** 75:5,20

**attending** 32:7,14, 17,21 161:24

**attention** 60:1 77:1 116:17 133:21 142:9

**attorney** 17:2 117:21,22 119:22 152:13 181:10,18 182:2 183:2

**attorney's** 152:2

**attorneys** 181:21

**audio** 40:22

**August** 51:17 71:23 104:25

**author** 42:18,20

**authorization** 132:20 134:15,16 135:15 136:4 143:6, 9,16,19 146:14 154:9,23 155:21 156:3,5,12,15,16,18, 19,21,25 157:16 170:5 177:24 178:2 185:4,7

**authorize** 133:23 157:21

**Authorized** 136:9

**authorizes** 128:5 129:6 162:25

**avoid** 160:12

**aware** 25:14 26:25 28:11,13,19 29:5,11, 12,15,23 30:1,15 36:9 48:21 50:8,12 55:8 56:14 57:22 66:2,14,19 68:20 72:17 85:16 88:15 111:9 119:10 122:10, 13 143:4 145:10 175:23 180:12 181:8 183:16,24 184:4,7,11

**B**

bachelor's 11:20

back 27:4 33:13 36:1,
24 37:20 42:4,16
43:3 50:24 52:13
55:12 63:6 68:25
69:1 74:2,10,11
76:25 93:13 96:18,20
97:10 99:9 110:10
111:8,13,14 115:5
116:23 119:17,18
120:1,12 124:19
125:3 129:9 137:15
140:19 149:23,25
155:13 157:4 162:19
163:7 165:9 172:25
173:11 174:23 179:2,
12 181:14 183:21

background 135:9

Barbara 133:6

Bardin 71:14

bargaining 23:14,
18,21,23,24,25 24:2,
4,23,25 25:4 35:7
38:21 44:1,3

based 5:7 14:9,11
22:14 23:10 30:4,11
33:21 61:5,18 67:14
73:5 120:6 144:2
164:13 168:9

basis 22:7 23:13
25:9,25 67:14 99:13
108:13

Bates 59:12

bathroom 124:19

Bear 129:13

bearing 59:12

began 32:6,13,20

begin 8:3,8 92:22

beginning 11:17
19:6,8,9,11 32:18,24
33:2,5,10 37:24
40:19 41:3,6 42:17
51:5 60:18 71:21
77:22 81:3 82:2,4
84:7 112:24

begins 43:8 64:11
69:15 77:3 91:3
110:25 139:10
141:24 142:11

behalf 16:5 131:13
137:3,11 176:3,24

behavior 67:22,25

belief 144:2

believed 146:15

beneficial 86:4,9

benefit 86:23 87:4,7
89:12 90:17

Betsy 138:21 169:17,
22

bit 60:4 73:1 129:15

board 18:5,8 126:1,
17 127:19,21 151:2
152:1,4 156:21
161:24 162:1,3,7,8
163:1 165:19,22
166:4,17,22 167:1,7,
14 168:14,23 179:18
180:1 181:8,9

bold 134:21

bottom 64:9 69:11
94:21,22 116:18

box 62:17,20 94:12
135:14

break 9:14,15,17,19
58:13 82:14 91:23
92:6,12,16,25 124:19
177:16 178:25

bring 33:13 184:18

bringing 34:16

broke 56:19 94:1

brought 29:13,16
36:1 151:2

building 20:10 22:14
24:16 25:12,24
26:18,21 27:16,17,
22,24 28:2 48:24
50:11,16 54:6,17
55:4 56:12 57:17
61:1,6,14 62:1,12
69:20,25 76:5,7 77:4,
11,18,23 80:6 81:22
84:6 88:4,14,17 89:1,

begins 43:8 64:11
5 94:14,17 95:9 97:1,
4,5,7,12 98:24 99:19,
22 103:4,13 105:25
108:14 111:6 112:9
114:15 115:9 117:1,
8,14 119:21 120:5

buildings 44:17,20
76:24 87:22 88:20
95:7 96:17

bullet 112:7

bunch 59:21

burdensome 167:13

button 94:22 95:6
97:16

buttons 95:22

**C**

cafeteria 45:12,25
46:2,6,9,10,12

calendar 108:13
146:8 168:10

call 9:5 27:10 100:22
150:3

call-in 27:6

called 25:14 27:1,25
141:25 142:11,14
149:12,15,20,25
172:2,7,16 176:4

capacity 33:11
162:10

caps 107:21

caption 15:7

care 84:4 142:15
162:6 172:8

CARMAN 5:14,24
9:7 13:24 14:15 34:6
36:25 40:24 41:2,16,
22 42:12 43:17 52:14
58:22,25 59:9 73:14,
17 82:4 84:25 86:18
90:8 102:23 104:4,12
107:16 109:2 114:20
116:10 121:13
123:15 124:15,22
125:1,5 126:18 127:3
128:19 132:14 142:2,

6,10 156:7,14 157:1
160:9 166:19 167:12,
21 168:7,22 169:1,4,
6 176:10,13 178:24
179:5,8,12,15 183:23
184:14,19 185:17

Carol 15:4 18:14,18,
19,21 113:2 115:21
116:15 133:22
138:24

case 5:6 18:15
30:18 159:9 181:6

case-by-case 67:14

cases 7:10

Cathedral 11:18

central 13:3 37:11

certification 11:22
12:1

certified 5:21 7:1

chain 60:10 148:25

challenges 22:6

chance 58:11

change 44:21 45:4,7,
9 47:1 54:6 79:5
171:3

changed 78:23 79:1
105:20 158:9

charge 116:18 120:2,
13,20,21 121:22
122:1,6

charged 35:17

charges 115:21
116:14 117:16 151:3

chat 13:18 14:23 69:5
93:4

check 38:13,15
62:10,17 69:15,18,22
70:7,20,23,25 71:22
72:9,13,22 74:4,17,
21 75:2,5,23 76:3
77:6,9,13 78:22
79:11,20 80:4 81:20
93:5 94:5,7,16,25
95:13 98:5,6,9,19
99:1 101:9 102:4,23
103:10 104:19,25
105:9,16 106:5,25

107:4 109:16,18,20
110:2,8,9,13,14
111:1,2,3,4,10,12,16,
19,22 112:2,5,18
114:7,9 115:9,11,13,
15 116:25 117:7,12,
13,25 118:6,7,8,9,14,
15,25 119:11,16,20
120:4,7,9 123:11,19,
25 124:4,7,11,12
134:14

checked 95:14 96:22
134:18 135:1,14,18
136:3

checking 62:20

Cherry 11:6 17:25

children 161:23

choice 162:6,14,16
163:5

choose 161:15

choosing 163:16

chose 173:22

chosen 126:10

Chromebooks 51:7,
11,13,15,20,25 52:1,
3,7

chronological 60:3

circle 137:15

circulate 127:4

circumstances
73:11 159:1 163:3
179:25 180:3

City 12:7,13 13:17
14:17 15:5,9 16:18
18:4,8 28:12,14 29:2,
14 30:10,24 31:6,9,
20,23 32:8,15,22
33:7 36:21 37:2
42:24 47:15 51:1,3,6
67:9 70:8 73:3 84:2,
21 85:2,18 86:2,6,20
87:9 89:10,11 90:15,
16 93:5 94:14 96:13,
23 99:25 102:7
106:12,21 113:21
115:11,15 183:17,25

civil 6:19 183:10

clarify 105:19

class 32:7,14,21

classes 47:20 85:7 122:16,18

classroom 49:4,8 50:22,23 51:9 52:6 53:3,5 64:22 65:5,9

Classrooms 50:17 52:25

cleaning 38:11

clear 17:10 32:12 37:1 87:17 105:11 131:7 135:14 145:3 156:17,23 172:24 176:18 178:6

clearer 45:23

clerical 23:25

click 14:23 95:1 167:1

clicked 111:21

clicks 95:6

close 18:10 80:18,22 104:5

cloud 96:15

code 76:6

collect 177:16

collected 24:5 73:9 76:23

collecting 29:10

collective 24:23 25:4

collects 25:25

College 11:24

colon 136:13

Combier 131:5,16,21 137:5 138:21 140:1 141:1,20,21 142:20, 24 143:1,11,23 144:7 145:5 149:10,21,24 150:4,20 154:6,14, 16,21 157:11,19 158:6,9 160:18,20 161:18,21 162:22 163:23 164:20 169:17,22,24 171:10

172:25 173:10,12,17, 25 174:4,12,17 175:2,25 176:2,16 177:2,6,21

Combier's 141:5,14 154:11 155:25 171:24 172:6

comment 36:20 37:8

comments 37:6,15

committee 34:10,12, 13,14,15 35:4,5,25 38:2 71:20,24 72:12

committees 33:17, 21,22,24 34:2,5,10, 16,20,21,24 35:1,2,3, 9,13,15,21,24 36:18 37:6 71:25

communicate 17:21 43:19 56:20 102:16

communicated 39:10,14 53:11 78:7, 10,11,17 79:24 83:2, 15 84:1 91:19 102:6 105:16,17,24 106:2, 4,9 143:1 160:20 177:7

communicates 80:18

communicating 39:22 78:24

communication 34:15 39:2,5 63:21, 23 83:20,22 119:23 139:18 142:25 144:6 151:7 153:13 175:5

communications 17:11

community 34:14, 22 36:14

comparing 103:8

complained 58:3

complaint 28:22,24 29:1,4,19,22,24 30:2, 4,12,20 66:9

complaints 56:14,21 57:15,23

complete 49:3

50:13,14 54:22 67:3 76:8 94:15 97:6 98:4 101:2 103:1 107:11, 19 108:1,5,12,18 114:7 116:24 121:8 130:2

completed 69:19 98:5,9,19 103:9 111:1,5 114:13 117:13,24 118:24 133:14

completely 7:18,25 8:17 9:10 31:21,23 104:5

completing 97:8 103:4 114:24

completion 74:4,16 132:6

compliant 158:21 160:5

component 50:6

comprehensive 128:7

comprehensively 145:4

computer 85:13,15, 20,24,25 86:3,9,21

concern 56:25 66:14,17,18,20 100:19 115:3 182:22

concerns 37:21 66:21 154:17,22

conclude 92:7

concluded 185:21

concrete 49:6

conduct 30:24 31:7 68:17,20 89:24 160:4 180:16

conducted 75:18

conducting 51:1,4

conducts 182:7

conference 43:1 74:5,18 75:9,12 83:23

conferences 10:8

confidential 138:2, 7,8

confused 167:12 180:23

confusion 137:3,11

conjunction 152:12

conjunctive 90:21 182:11

consecutive 102:8

consequences 39:23

consistent 181:2

contact 22:21,24 80:20,23 99:13 100:1,4,12,21 101:2 130:19 131:2,3,14 137:3,11 139:15 149:9 150:18 154:22 169:25 171:11 172:1, 17 173:1,2,15,16 174:7 175:4,18

contacted 100:16,17 107:22 109:12,14,17 137:14 141:7,8,16

contacting 131:9,13, 17

contacts 81:10

contending 121:7

contention 121:14, 16

contentions 122:2

contents 10:14 111:15 170:13

context 20:15,22 106:13

continue 48:14,19 108:23,24 158:12

continued 79:3

continues 77:25

continuing 108:14

contract 166:10,16, 20 167:3 168:3,5,25

contracts 22:15 168:13

convenience 103:2 170:4 177:23

conveniently 161:18

conversation 129:17 145:11,12,14 164:21,24 176:2

conversations 17:13,19 131:20 141:21

conversing 173:11

convicted 11:8,10

cooperate 130:1

cooperative 162:1, 4,8

coordinating 13:13

copied 162:19

copy 42:10 75:4 98:20 168:24

copying 48:8

correct 6:6,16 7:8,9 10:25 11:1 12:18 14:10 19:14 21:6,15, 21 22:9,20,25 25:7, 23 26:5,19 27:12,13, 19 28:8,12 30:19 32:3 34:6 35:18,19 40:21 41:5,6 42:3 43:5,6,17,23,24 44:5, 6,9,19,25 45:1 46:4, 5,11,20 47:3 48:15, 18 49:19,20 53:19,20 55:19,20 57:20 60:11,14,15,20,24 61:2,7,8,22 63:9,12, 15,25 64:3,7,20,24 66:18,24 67:8,11 68:7,14,23 69:21 73:13,23 75:11,15,19 77:11,12,15,18,19, 23,24 78:3 79:2,9,10 81:25 82:22 83:24 84:18,19 87:13,15,19 89:7,8 94:9,10,22,23 95:2,18 97:13,14,17, 18,22,23 98:2,7,13, 17,22 102:1,2,5 103:15 105:9,10,13 108:6,15 109:12 110:4,5,21,22

111:11,17,18,23,24
112:11,20 114:1,3
118:17,21 119:12,13
120:10 121:6,10,15,
18,20 122:5,9
125:19,20,22,24
127:24 128:8,9,13,
14,25 129:1 130:9,
14,15 131:4,9 132:24
135:17,23,24 136:6,
25 137:1,20,23
139:5,7,25 140:2,3
141:3,4 142:21
143:7,9,17,20,21
144:1,13 145:2
146:17,18,20,21
147:16,17 148:19,20,
22,23 149:2,5,7
150:1,8,9,18,20,21
151:11,15,16 152:18
153:22,23 154:3,4,9,
10 155:5,23 157:9,
10,17,18,23,24
159:23 160:25 163:5
164:7,16 165:20
166:5,6 170:11,12,
15,16 171:1,2,5,7,8,
13,15,17 172:18,19,
23 173:4,5 178:9,11,
12,17 179:19 180:22
183:7,10,14,15

**corrected** 143:15,18
178:22

**correction** 107:17

**correctly** 65:18 80:3
107:23 139:19
149:13 159:3 162:12
170:6

**correspondence**
147:14

**counsel** 5:1,6,12
8:25 10:18 17:7,12
90:3 129:23 159:24
167:9,22 168:21
184:24 185:3,19

**counsel's** 160:10

**county** 72:25 83:1

**couple** 29:7 37:8
38:17 70:6 71:2 81:7,
14,15 147:24 177:18
181:16 184:17

**court** 8:3,11 71:9

**covered** 61:3

**covers** 17:4

**COVID** 30:22 31:4
81:10 100:21 101:1
102:3,14,17 106:24

**Craig** 123:6

**create** 70:20

**created** 27:21 35:23
38:16 70:22 72:6
87:5 95:8 105:7
106:8 113:23

**creating** 35:17 48:8
49:21,22,24 70:24
72:8,13,18

**creator** 113:12

**credit** 82:10 83:6,13

**credited** 82:20

**crime** 68:7

**criteria** 54:14

**crossed** 49:25

**CSEA** 23:24

**current** 13:1 29:6
64:17 159:2

**cut** 74:9 112:1 134:3
147:23,24 149:19
155:13 159:19
164:10,23,25 175:13

---

**D**

**daily** 23:6,13 25:13,
15,16,25 99:13
116:25

**Darby** 71:14

**Dargan** 10:19,21
17:24 29:9 53:11
56:7,9,13,16,20,25
57:2,23 60:10,16
63:2,18,22 105:3
115:7 122:15 123:9,
17 124:1,2

**Dargan's** 11:2 63:8,
14 64:5

**data** 95:5 96:17
97:16,21

**date** 17:15 29:21
36:12 117:7 118:7
120:5 124:8 140:4,
15,21 141:1 143:3
144:16,18 145:13
146:9 153:12 161:8
163:11 173:24 174:1,
12

**dated** 42:21 59:11
125:23 149:6 169:23

**dates** 65:22 66:4
82:11,21 117:13
123:3

**day** 27:22 42:23 43:1,
2,4 74:6,19 75:9,12
77:24 83:23 84:9
92:9 99:18 100:2,10
101:10 103:8 107:12,
19 108:1,5,11,13,18,
21,22,24

**day-to-day** 23:2

**days** 43:4 66:1,7,10,
16,23 67:8 78:14
79:25 81:17,18
82:10,25 83:6,10,13,
14 84:16,18 100:7
101:11,14,16,18,25
102:8 109:3 110:4
114:6 119:20 130:5
155:24

**deadline** 35:20

**deal** 92:21

**Deanna** 71:15 133:7

**Dear** 64:11 139:6
149:8

**decide** 34:1,18 92:25

**decides** 152:8,15

**deciding** 72:21

**decision** 67:13
151:22 152:12
154:12,24 155:7,9
157:22 158:1,3

**decision-making**
33:16

**decisions** 73:5

**deemed** 73:10 80:22

**defective** 158:22
159:2

**defendant** 5:13
14:17 15:5,9 181:11

**defended** 182:25

**defer** 91:25

**degree** 12:3

**delay** 132:5

**demanding** 156:19

**department** 72:25
73:25 78:12 80:16,21
81:11 83:1 119:24

**depend** 40:3 49:2
54:10,13

**depended** 50:20

**depends** 92:19

**deposed** 6:12,20
14:7

**deposition** 7:16 9:23
10:18 11:5 13:25
14:16 15:9 17:25
18:12 92:8 106:11,
18,21 107:5 133:10
185:21

**depositions** 167:23

**describe** 11:16

**designate** 166:8

**designated** 106:20
128:13,17,25 129:3
136:20 138:22,23
176:24 178:7

**designation** 135:13

**desired** 89:23,25
90:25

**desk** 26:13

**desktops** 52:7

**detailed** 91:8

**details** 57:22 58:1

**determination** 33:8
40:5,12 163:15

**determine** 102:19
124:6 162:9

**determined** 40:14

**determining** 101:13
114:14

**develop** 38:12

**developed** 33:21
71:22

**developing** 34:9

**devices** 51:22,24
52:3,6

**difference** 54:12

**differently** 28:10
99:16 102:14 156:24

**difficulty** 92:21

**dig** 131:24

**digital** 27:1

**diploma** 11:25

**direct** 15:16 60:1
77:1 116:3,17 120:14
126:9 127:19 128:6
133:20 141:22
158:16 161:1 163:1

**directed** 53:13,15
116:24 120:17,24
129:25

**directing** 83:4 142:8

**direction** 40:13

**directive** 44:14
125:17

**directly** 20:6,8,10
37:22 47:25 48:5
68:6,20 119:25
137:14 143:2

**director** 12:23,24,25
13:7,9 71:7,12,18
162:7 169:19

**directs** 128:11,23
129:17 161:14

**disagree** 160:10

**disappeared** 45:18

**disciplinary** 6:25
11:15 180:5,14

**disciplinary-style**
7:7

**disciplinary-type** 11:13

**discipline** 6:19 7:13 67:23,25 68:18,22,24

**Disclose** 136:9

**disclosure** 132:21 133:23 143:5 157:16,21

**discontinue** 54:1

**discovery** 167:24

**discuss** 16:16,17 17:2 18:3 164:2

**discussed** 38:14 72:1 144:14 174:1

**discussing** 173:1

**discussion** 33:11,20 151:21

**displayed** 26:13

**distancing** 38:10 74:23

**distracted** 183:22

**district** 7:12 12:8,13 13:4 14:17 15:5,10 16:6,19 17:3,7,14 18:5 19:1 21:6,11 23:20 24:24 25:6 27:11 28:12,14 29:2, 14,17,19,25 30:2,10, 11,16,21 31:9,12,21, 23 32:9,16,23 33:8 34:1,18 35:12 36:21 37:3,5 40:8 42:24 44:11 47:15 51:1,4,6, 10 66:9 67:9,17 70:8 76:5 79:17 80:8 82:7, 18 84:3,22 85:3,5,7, 19 86:2,6,20 87:6 89:10,12 90:15,17 93:5 94:6,15 96:14, 24 100:12 102:7,19 106:13,22 107:3 113:21,24 115:11,15 117:6,8 119:4,6,8,23 120:3,5 121:7 124:4, 12 126:10,11,12 128:24 144:13 152:10 154:2,24 157:8,22,25 161:14, 25 166:1,13,23

**district's** 30:24 31:6 87:9 106:22,23 121:2 122:1 126:1 130:1 163:14

**districts** 31:16

**districtwide** 23:10, 11 120:7

**docs** 167:2

**doctor** 12:2 78:19 79:8 100:13 101:7 110:4,6 130:9 136:20 142:17 158:19 160:3 161:8 163:3,4,11,16 164:2,7 171:12 175:22,24 178:11

**doctor's** 101:17 143:9,15

**doctorate** 6:6 12:4

**document** 10:12,15 14:4,23 15:13,14,17, 21 35:23 36:6,7,12, 14,16,19 38:24 39:2, 19,20,21 42:5,6,15, 19,20,21 59:14,19,20 93:23,24 94:2,3,4 104:18,20 105:8,14, 15,23 115:20 116:4, 8,13,22 117:18 125:14 127:15,16 132:25 133:10,13,18 134:5,7 135:1 136:18 156:14 157:12 159:2 160:2 167:2,9

**documents** 10:4,10 29:10 129:17 154:2 155:22 157:8

**door** 76:6

**double** 134:9

**download** 14:25

**drink** 58:17

**Drive** 6:4

**drugs** 8:16

**due** 58:5

**duly** 5:20

**Dutchess** 72:25

**duties** 45:13,15,16, 20 54:23 55:1 66:6 67:11,16,21 68:6,19 84:23 85:10,11 88:9 89:13,14,19,20 90:18,24,25 91:1 122:11 162:11

**duty** 66:2 67:3 117:2 120:16,23 121:3 126:22

E

**earlier** 27:5 61:3 69:19 70:20 72:1 111:5 116:25 156:9 179:17 183:9

**earliest** 170:4 177:23

**early** 118:12,13

**easier** 18:12 140:11

**Ed** 126:17

**Edinboro** 11:21

**education** 11:17 13:7,9,11 85:8 86:4 115:22 116:16 126:1, 4 152:1 161:25 162:3,8 165:20,22 166:5

**educational** 162:1,4, 9

**EEOC** 29:18,24 30:2, 4,11,18,20

**electronic** 23:16 24:10 62:19

**electronically** 49:13 61:15,17 62:6,9 97:3 99:1 103:1,3,6,11,14

**Elementary** 55:16, 19,22,25 56:6 57:25 62:3 66:11 67:5 105:6 107:13,14,20 108:19 120:17,23 121:5

**email** 42:10 52:11 59:10,23 60:10,13, 16,25 62:15,18 63:2, 8,14,18,20,23 64:5, 10 80:21 83:4,11,12 91:20 112:14,15 113:1,2,8 114:5,8 125:19,25 129:21,22 131:7 136:17 138:21 139:2,14,21 140:5 141:5,14,18 144:5,9 147:13,14,18 148:1, 13,19,25 149:1 150:17 153:3,5,9 154:11 155:18,25 169:17,23 170:10,13, 14,18,23 171:6,24 172:7 174:18,20,21 175:2 177:20 185:6

**emailed** 19:21 142:25 153:25

**emails** 19:5 52:17,21 59:7 147:11

**emerged** 37:14

**employ** 85:3 86:20

**employed** 162:2

**employee** 7:11,13 23:8 26:22 27:9,14 31:12 39:24 40:3 67:15 77:10,16 80:3, 6 81:19 82:20 84:3,8 94:24 95:3,6 97:24 99:11,18,20 100:1,6, 11,16 101:15 126:13, 15,21,23 127:25 128:3,12,17 151:23 152:3 180:2,15,25 182:16,23,25 183:13, 18 184:1,5,9,11

**employee's** 40:6 152:16 179:17

**employees** 10:9 17:14 22:14 23:9,21 26:14 27:1 33:1,4,9 34:22 36:22 37:4 39:3,9,11,16 40:12 42:17 43:19 44:3,10, 15,24 45:10,15,20 46:20 67:10 74:3,16 76:16,17 78:8,17 79:18 82:23 83:16 84:12 97:11 101:6

102:7 103:12 116:24 126:9 165:18 180:5 182:3 183:11

**employees'** 137:25

**employs** 85:6

**empowered** 162:2

**enclosed** 127:1 132:2

**end** 31:19 41:19,20 60:17 63:2 71:22 103:8 107:22 109:12 112:9,16 139:1

**ends** 43:15

**enforced** 76:22

**engaging** 68:17

**English** 13:11

**ensure** 98:11 100:13 132:5

**enter** 24:14,16,18,20 26:18 77:4,11 94:17 108:14

**entered** 136:13 170:24

**entering** 69:20 77:18 80:5 81:21 84:5 94:13 95:13 105:25 111:6 117:1

**entire** 21:6 51:17 92:7 93:22 104:17 127:15 166:10

**entitled** 136:8

**entry** 98:16

**Erie** 11:19

**erroneously** 178:7

**error** 135:20 143:19

**errors** 155:8 158:2, 25

**established** 99:24 101:4,22,23 146:5

**estimation** 81:22

**evaluated** 78:1,25 161:13

**evaluating** 22:6

**evaluation** 78:5,8
128:8 129:6 135:11,
22 158:20 159:6,13
160:16,24 161:6
163:10,25

**evaluations** 166:9

**events** 153:16

**eventually** 51:12
150:14 151:14

**exact** 36:11

**exam** 125:18 160:4,8

**examination** 5:23
78:18 126:2,7,24
127:20 128:7 130:3,5
131:18 132:6 135:4,5
136:21 139:24
140:17 141:9,17
143:25 145:7 146:17
149:11 152:8,17
153:20,22 159:23
162:5 163:2,4 164:2,
6,15 165:5,19,24
170:2,21 173:9
174:6,9,19 175:20
176:20,23 177:3,5
179:18 183:20 184:3,
10 185:1

**examinations** 182:8

**examined** 5:22
126:9,13 170:3
177:22

**examiner** 130:2

**examples** 48:2 73:6,
9,23

**Excel** 96:10

**Exceptionalities**
20:12

**exchange** 59:10,24

**exchanges** 141:18

**execute** 132:3

**exhibit** 13:19,24
14:2,14,15,20 15:2
18:10 41:10,11 42:2
58:10,20 59:1,4,6
63:7,16 69:1 74:2,14
75:14 76:25 91:3
93:3,4,7,11 94:8
103:18,20 104:18

106:5,14,17 110:2,8,
10,13,15,18 111:8,
10,14,17,21,23
112:6,14,20 114:10
115:19,20,23 118:25
119:1 120:2,12
124:5,13,16 125:7,8
127:4,7,22,23,25
128:5,10,22 129:2,5,
10,12,16,18,25
131:7,25 132:9,11,
16,19,23 135:19,25
136:7,18 137:16,19,
21 138:10,11,13,21
139:9,13,22 140:5,
13,14,20,21 141:6,23
142:2 143:3 146:23
147:1,6,10 148:19
152:19,21 153:16
154:5 155:19 156:1
158:15 160:15
163:22 165:12 169:8,
9,11,14,16 170:25
171:23 172:6,12,18
174:24,25 177:19
184:18

**exhibits** 42:11

**existed** 35:13
111:10,12 119:17

**existence** 124:12

**exists** 166:20

**expect** 10:2 28:6,9
82:23 113:11,13
170:1,20 175:20
176:21 178:4

**expectation** 44:19
68:12 78:7 82:6

**expectations** 39:10,
14,22 54:11

**expected** 24:19
43:20 44:16 48:13
62:10 84:13,14
103:12 159:1

**experience** 72:8,13,
18 150:16 182:24

**explain** 27:5 142:21
181:1,12,18,22,25
182:3,5

**explanation** 142:24

**explicitly** 109:16

**exposed** 81:10
100:20

**exposure** 100:18
101:1

**expressed** 57:11
115:3

**extent** 166:20

**extra** 58:4

**F**

**face** 38:10

**facilitate** 131:22
176:18 177:3

**fact** 5:9 49:21 67:4
83:11 98:11 122:2
153:3 158:1,23
160:22 161:12
167:21

**failed** 120:16,23
121:3,8 157:6

**failing** 121:9 183:19
184:2

**failure** 68:18 179:18

**fair** 45:16 73:8 86:1
120:5 136:1 176:13

**fall** 42:25 44:23
123:11,19

**Falls** 142:15 172:8

**familiar** 18:23 19:1
28:15 109:6 181:21

**families** 51:14

**faster** 41:20 138:17

**fault** 104:12 105:21

**February** 140:22
141:2,6,15 143:4
144:22 149:25 150:4
153:14,24 154:5,19
155:18,25 157:5,11,
19 159:10,20 175:3

**federal** 14:18 68:13
158:21 160:6

**feel** 86:11

**fellow** 52:11,17

**felony** 11:9,11

**felt** 86:8

**fever** 70:4

**figure** 41:14 146:2

**filed** 29:1,18,24 30:1

**fill** 26:8 97:2,11 98:21
105:24 133:13
158:20 160:4

**filled** 103:6 137:18

**filling** 101:8 102:20
103:13 109:16
115:10,14 123:10,18,
25

**fills** 99:20

**final** 36:19 179:1

**finalized** 36:12,17

**Finally** 158:19

**find** 56:4,5 151:7,11

**fine** 6:9 20:2 58:18
92:17 179:6

**finish** 8:2,7 141:11

**finished** 58:19

**fire** 68:2,4,8

**firm** 185:7

**five-minute** 124:18

**flip** 63:6,16

**focus** 114:23 115:1

**follow** 39:20,24 40:4
68:13

**food** 12:23 34:12
38:3

**forced** 58:4

**form** 8:24 16:20
18:16 19:19 20:17
21:7 22:2 23:4 24:7,
10 25:1 26:8 28:5,17
31:1,14 34:2,3 36:4
37:16,25 38:13,15,22
39:17,21 40:1,9
46:18 47:16 48:16,25
52:18 54:8,19 58:7
59:16 61:12 65:23

66:12 67:7,12 68:10
70:7,17,21,23,25
73:10,12,16 74:4,17
78:20 79:5,6,11,20
80:10 82:1 84:4,10,
24 85:4 86:5,25
87:25 88:6 89:16
90:20 93:6 94:5,7,16,
25 95:9 97:2,6,8
98:5,6,9,20 99:3
102:4 104:19 105:16
106:5,15 107:4
108:12,16,25 109:4,
16,18,20 110:2,3,8
112:16 113:3,18,23
114:7,9,11,13,17,24
115:11,15 117:7,15,
25 119:9,14 120:4,8,
9 123:21,25 124:5,13
129:6 143:6,9,16,20
145:15 146:14 154:1,
9,23 155:1,10,21
156:3,5,7,9,12 157:7,
20 158:2,9,21,24
159:16 160:5,17
164:17 165:6 176:12,
25 178:5,7,10,14,20,
23 182:10,18

**formal** 11:16 38:25

**formally** 5:2

**format** 61:15

**formed** 35:10,12

**forms** 23:16,17 49:14
72:19 97:4 99:1
106:25 114:1 117:13
118:7,9,15 123:11,19
124:8,11

**forward** 15:22 39:6
167:17 169:18

**forwarded** 83:12
169:21 170:9

**forwarding** 63:20
147:14

**forwards** 63:23

**found** 112:9

**fourth** 148:21

**frame** 36:10 78:4,16
108:6,8 146:3

**free** 158:24

frequency 99:8

fresh 104:6

front 76:6 98:10 104:2

frustrated 57:5,7

frustration 57:11

fulfill 88:8,11

full 134:13

function 64:17 65:20 88:16

functions 79:14,21 80:7 87:11,12,23 88:5

future 108:14,24

---

G

gather 23:12

gathered 23:13

gathering 48:7

gathers 23:8

gave 34:8 76:9,12 113:17,18 130:22,23, 24 131:3 141:20 150:14

gears 120:12

general 126:16,18 137:24

generally 28:15,19

generate 100:25

Giangreco 71:6 74:6,19 75:19 76:11, 13 95:8 96:16 99:9 118:8,14

give 15:19,20 16:2 22:8,9 40:25 41:14 43:11 58:11,15 67:24 88:22 116:1 124:23 147:4 185:13

giving 22:4 90:5,8

goal 33:12 87:3

good 5:25 6:1 59:8 91:24 116:2 138:25 152:25 169:24

Google 50:17,23 51:9 52:24 53:2,5 62:11 96:9,10,14 97:17,21

govern 181:10

governing 179:22

graduated 11:18

great 92:21 184:25

greater 40:14

greeter 96:25 97:7, 20,25 98:3,9

greeter's 26:13

greeters 99:6

grounds 155:9 158:3

group 35:8 37:13 72:2

groups 48:10 53:24

guaranties 160:23

guess 42:1 144:19

guidance 34:8 73:5, 24 91:9

guided 40:13

---

H

half 10:2 63:13 92:16

hand 74:23

handling 167:23

happened 51:16 131:19 140:2 141:2 145:9

happy 9:16 58:14 119:7 146:25 153:17

hard 92:17

head 8:13

header 153:3,5

heading 15:17,25 16:1 64:10

health 38:13,15 69:15,18,22 70:7,20, 23,25 71:19,22 72:9, 13,22,25 73:24 74:4, 16,21 75:2,5,17,23

76:3 77:5,9,13 78:12, 22 79:11,20 80:4,16, 20 81:11,20 83:1 84:4 93:5 94:5,7,15, 25 98:4,6,9,19 99:1 101:8 102:4,23 103:10 104:19,25 105:9,15 106:5,24 107:4 109:15,18,20 110:2,8,9,13,14 111:1,2,3,4,10,12,16, 19,22 112:2,5,18 114:7,9 115:11,15 116:25 117:7,13,25 118:7,9,15,24 119:11,16,20 120:4, 7,9 123:10,18,25 124:4,7,11,12 133:24 142:11,14 143:5,8 146:14 156:20 157:17,21 161:23 162:6,7 166:11 172:8

hear 7:21 40:23 63:3 148:7 164:11 165:11 175:14

heard 7:24 60:17 96:6 142:18 145:19 146:4 148:6 164:23

hearing 6:21,25 11:15 17:3 104:22 144:7,8,11,16 145:1, 5,9,18 146:3 158:10 173:25 177:9 180:5

hearings 6:13,14

heavily 45:11

held 12:17,19 182:14

helpful 9:6

hereinafter 5:21

high 11:17

highlight 158:17 163:20 172:5

HIPAA 156:6 158:21, 24 160:5

hiring 85:22

history 11:21

hit 97:15

hitting 95:21

hold 150:10,13 166:7 172:21

home 6:3 49:5,9 56:15,22 66:4 97:13 99:18,21

horizontal 134:9

hour 10:2 58:12 92:3, 12,16

hours 22:12,14 63:14 64:4 69:20 77:10 92:5,15 97:12 111:5 117:1

HR 23:8 25:16 26:3 71:16

human 12:22 20:15, 20 21:2,5,9 35:3 40:16 97:19 138:3,7, 9

hundred 100:24 140:7

hung 150:14

hygiene 74:23

---

I

identification 14:3, 21 41:12 59:5 93:8 103:21 115:24 125:9 127:8 132:12 138:12 147:2 152:22 169:10

identified 130:8 138:6 147:15 157:15

identify 27:7 59:10 89:2,6 123:4 129:2

identifying 137:25

ignoring 153:2

illnesses 102:11

immediately 78:23 79:7 134:8 150:3

impact 30:23 31:5 55:8

impacted 54:17 55:4

implementation 38:16

implemented 70:9

implementing 72:3

in-person 37:23

inappropriate 160:1

include 120:8

included 32:2,4 38:17 72:22 74:21

includes 64:21 77:13 137:21 161:19

including 72:25 106:24 156:3

inconsistent 40:7

incorrect 143:6 185:9

increased 47:1

indicating 180:14

indication 151:12

individual 23:7 72:16 97:5 99:7 183:3

individuals 7:1 17:22 27:7 56:12 57:13 69:24 70:1 79:23 82:7

influence 8:15

inform 25:17 27:11 98:3 161:7 163:11

information 23:13 24:15 25:25 28:4 33:18 36:1 49:13,17, 18 56:10 95:23,25 96:12 99:9 101:8 102:9 106:13 107:12, 19 108:1 113:4,6,15, 25 120:8 123:5 130:20,22,25 131:1, 2,4,15,23 132:21 133:14,17,24 136:5 137:18 138:1,4 139:15,16 141:19 149:9 150:19 154:8 156:2 157:17,21 159:11,12,20,21 168:11 169:25 170:9 173:1,2,8,15,21 174:8 178:20 185:9

informed 80:21 130:12 140:15 141:1

143:11,23 149:22,24
153:18 154:6 157:12,
20 158:10 171:10,25
173:12 174:4

**informing** 140:1
153:10

**informs** 131:8 175:3

**initial** 83:19,21

**initially** 23:7 40:11
53:8,9 79:8 140:23

**initiated** 182:15

**inquire** 100:14
141:7,16

**instance** 20:25 50:8
183:17,25 184:8

**instances** 67:20

**instruct** 115:13

**instructed** 173:16

**instructing** 64:22

**instruction** 8:22
9:13 34:11 51:4
52:25 64:19 65:21
77:21 108:9 109:5,11
112:5 113:9 174:8

**instructional** 47:21,
24 48:3,9,14,19,21
50:4 68:6

**instructions** 74:3,15
75:1 76:2 79:12,18
94:12 108:5 110:3,6
112:13 133:12
135:12 170:25 171:4

**instructs** 109:16

**insubordinate** 54:1

**intend** 143:24

**intention** 135:3,10
176:22

**interact** 19:17 20:23
21:10 54:18 55:5,9

**interacted** 19:3 21:1
53:23 54:7

**interaction** 19:7
20:14,19

**interactions** 55:2

92:19

**interested** 143:12

**internal** 72:2

**interrupt** 8:21 86:15

**interrupted** 42:14

**interruption** 56:17
74:8 96:1 135:7
147:21 148:5 155:12
164:8,22 175:10
181:13

**intranet** 62:23

**introduce** 58:10

**investigated** 114:5

**investigation**
118:19,23 120:7
124:6

**invited** 72:6

**involved** 21:25 22:18
30:17,19 33:15 70:24
71:3 182:22

**involving** 17:9

**issue** 40:16 51:10
101:12 135:24 137:6
144:14 146:24
160:12 174:1

**issued** 51:20,22 52:4
111:8

**issues** 20:16,20
22:16,19,22 39:1
126:20 154:8 156:1
157:20 182:14

**items** 29:10

—————

**J**

**James** 71:12 130:2,9
136:24 147:15,18
148:2,11 170:15

**James'** 139:14

**January** 125:23
132:4 140:7,18,25
153:19

**Joann** 71:13

**job** 7:17 45:4,6,8
47:22 79:15,22 80:7

135:23

**jobs** 87:24 88:5 89:24

**join** 72:7 124:20

**joins** 71:19

**Jones** 71:14

**Jose** 136:13,24
139:18 142:16
157:15 164:3,16
165:5,23 178:11

**July** 12:10,17,19
35:14 168:17,19
184:4,7,12

**jumping** 60:3 129:16

**June** 31:24,25
168:15,16

**justification** 155:6

**justify** 157:5

—————

**K**

**Kate** 117:23 141:20,
21 143:1 144:7
147:12,13 149:22
169:22 185:5,6

**keeping** 92:23

**kind** 158:25 184:24

**kinds** 74:23 91:16
166:12

**knew** 14:6 82:24
178:21

**knowledge** 14:9,12
70:15 151:9

**Kristina** 71:6 76:11
95:8 96:16,19 99:8

—————

**L**

**lab** 85:13,15,20 86:3,
9,21

**labeled** 105:8

**labs** 85:24

**lack** 54:16 55:3
57:16,24 58:5 66:22
115:8

**language** 13:12
109:6 161:1 163:20

**laptops** 52:2,4,8

**large** 51:14

**largely** 92:18

**late** 36:8,10 146:9,11

**law** 68:14 115:22
116:16 126:4 180:22
181:22

**lawful** 5:20

**laws** 181:9

**lawsuit** 29:6,11,13,
16 30:18

**learn** 55:10,21 91:8

**learned** 31:11 55:17,
24 56:9 119:15 123:5
146:13,15 155:8,24

**leave** 13:14 18:13
79:25 81:24 82:7,25
83:6,7,10,13,14
84:15,17

**left** 134:20

**lesson** 48:8 54:12

**letter** 39:15,20,24
42:4,16 44:7,9,12
91:12 93:14 110:21,
24 111:13,18,19,20,
25 116:23 129:20
132:2 150:6 160:18

**level** 24:17

**Liberty** 13:3,15

**librarians** 85:22

**lieu** 5:2

**limit** 108:24 109:3

**limited** 20:15 108:6,8
118:3 121:16 122:2
145:18 167:22

**limits** 118:23

**link** 111:20,24 112:8

**list** 17:20 71:4,11
98:10,18 103:11
180:10,11,13,24

**listed** 25:3 166:11,12

172:2

**lists** 82:11

**live** 79:2,8

**local** 68:13 73:24

**locally** 96:13

**locate** 154:7 157:14

**located** 53:18

**location** 80:7

**log** 50:17,23 52:24
92:20,21

**logic** 46:13

**logistics** 7:16

**long** 9:25 12:9 13:5
20:1 41:21,23 51:19
80:24 81:4,15 92:9
93:9 121:24

**looked** 10:6 39:19,21
73:3 111:17 114:12
119:8 141:24

**lost** 40:22

**lot** 32:11 82:12

**Luanne** 179:9

**lunch** 91:23

—————

**M**

**made** 34:21 49:13
57:15 73:9 76:6
161:12

**main** 26:14

**maintain** 157:25

**maintained** 154:24

**maintaining** 155:7

**make** 7:19 8:4 9:20
25:19 32:12 37:1
38:8 40:5,11,18
45:23 61:4,20 67:1
71:10 73:17 77:8
80:2 87:17 95:13
100:8 137:8 149:10,
20 150:7 152:11
163:15 166:3 176:8

**makes** 7:20 135:14
151:22

**making** 33:8 38:11 62:1 160:23 161:5 163:9

**managed** 61:5

**mandate** 87:21 88:3

**mandatory** 39:8,15 76:16,21

**manner** 53:12,14

**March** 30:23 31:5,8, 13,17,19,24,25 51:15 161:8 163:12,24

**mark** 13:24 14:15 125:6 132:14 138:10

**marked** 14:3,21 41:9, 12 59:5 60:22 93:8 103:21 104:18 115:24 125:9 127:8 132:12 138:12 147:2 152:22 169:10

**marking** 61:17 93:4 100:5

**marks** 44:21

**Marquette** 11:20

**mask** 74:22

**masks** 38:10

**master's** 11:23

**materials** 48:7 49:2, 4,8

**matter** 35:16 47:11 158:23 180:18,25

**MD** 136:14,24

**means** 108:11

**measured** 61:9

**medical** 78:2 126:2,6 128:7,11,23 130:1 132:3,22 136:21 152:17 153:19 162:5 163:25 165:19 169:18

**medications** 8:16

**meet** 9:25 10:17 11:4 62:11

**meeting** 10:5,25 11:3 165:25 166:4,7

167:7 168:4,12,14

**meetings** 61:17

**Meets** 62:11

**Melton** 15:4 17:9 18:14,18,19,21,24 19:4,7,18,21 28:11, 13 29:1,13,16,18 30:9 50:15 53:4 55:11,13,15,18,21,24 56:5,7 57:1 58:5 60:14,18,21 61:1 64:5,12,15 65:5,8,20, 25 66:3,10,15 67:3 68:17,21 85:12 105:11 114:12,23 115:21 116:15 117:6, 12,24 118:6,14,24 119:18,19 120:4,16, 22 121:3,8 122:3,10, 18,23 123:10,18 124:7 125:17,21 127:20 128:4,6,11,23 129:7 130:12,17 131:8,13,15,18 133:18,22 134:4,6 135:5,22 136:1,17 137:2,10,13 139:17, 22,23 140:15,24 141:8,17 143:1,12,24 145:6 146:16 149:10 150:20,22,25 151:6, 10,12 153:4,10,18,25 154:18 157:5 158:11, 25 159:5,12,22 160:14,18,22 161:5, 11 163:8,24 164:6,14 165:3 169:17 170:1, 3,20,24 171:1 173:8, 15,18,22 174:5,8,19 175:19,23 176:17,19 177:4,22 178:14 183:16,24 184:8 185:8

**Melton's** 54:5,16 55:3 56:14 57:16,24 63:7 112:15 113:2 114:5 115:8 130:19, 22 131:5 137:3,11,22 154:12,25 155:8,20 157:23 163:15 165:24 168:8 173:4 176:3

**member** 105:12

183:14

**members** 18:4,7 34:22 36:20,22 37:5 43:20 52:11,17

**memo** 44:21 69:1 110:10

**memorandum** 43:3 74:2 77:22 111:8,15

**memorialization** 166:15

**mental** 162:10

**mention** 139:13

**mentioned** 7:6 27:4 45:24 46:24 139:10 143:22 183:9

**message** 150:4 169:21

**messages** 91:15

**messenger** 91:16

**met** 9:24 18:19,21 34:11 35:4 83:24

**methods** 23:15

**middle** 105:20

**mind** 144:18 169:8 180:12

**minute** 50:24 129:13

**minutes** 10:3 131:25 147:25 166:14,17,23 167:14 168:24

**miscopied** 162:22

**misidentified** 178:10

**misrepresented** 162:22

**mistakes** 146:14 178:15,16,21,23

**model** 85:22 86:7

**models** 73:1

**moment** 8:22 9:1 15:1,19,20 16:2 41:14 43:11 56:19 65:4 115:18 116:1 129:11 134:3 147:4 150:22 151:20

185:14

**Monday** 60:5

**monitor** 46:21 52:10, 16 97:21 103:5

**monitored** 56:11 62:7,8

**monitoring** 46:16

**monitors** 23:6 99:13

**month** 25:17

**months** 171:9

**morning** 5:25 6:1 26:10,15 169:24

**Morse** 55:15,19,22, 25 56:6 57:25 62:3 66:11 67:5 104:19 105:5,9,12,16,18,24 106:2,4,10 107:12, 14,20 108:11,18 111:2,9,12 112:18 114:9 119:12,16 120:9,16,23 121:4 122:3

**move** 91:22 104:1 112:22 136:7 169:3

**moving** 104:10

**multiple** 59:19 176:5 178:15

**mutations** 59:21

**mute** 124:23

_____

**N**

**names** 57:3 71:4,9, 11 95:10 130:8 136:19,23 137:4,12

**Natasha** 17:25

**nation** 51:17

**nature** 28:16,19 100:14

**necessarily** 100:3, 25 180:19

**needed** 23:1 39:11 40:14 49:3 51:13 53:18 54:23 79:25 107:2

**nodding** 8:12

**noise** 135:9

**nonaligned** 24:3

**nonetheless** 87:23 88:4

**noninstructional** 47:21 48:6,11,15,20 50:1,3,7

**noon** 91:22

**note** 101:17

**noted** 109:2

**notes** 128:20 134:10, 14,15,17,21,25 135:13,18 136:2 143:19 178:8

**notice** 13:25 14:16 15:8 16:24 78:13,24 106:21

**November** 118:12, 13

**number** 15:6 16:6,8 19:21 23:20 59:1 69:10 73:4 77:14 94:8 110:25 127:25 137:22 138:1 149:16, 21,25 150:8,9,11 171:13 172:2,6,11, 12,16

**numbered** 69:10,14 77:2 136:8 142:5

**numbers** 59:12 170:14 171:19

**nurse** 71:1,14,16 72:15,18

**nurses** 38:17 71:15 100:22 101:2

**Nuvance** 166:11

_____

**O**

**Oakes** 71:12

**object** 5:6 8:23,24 47:16 119:14 182:18

**objected** 156:9

**objecting** 176:11

**objection** 16:20
18:16 19:19 20:17
21:7 22:2 23:4 24:7
25:1 28:17 30:6,13
31:1,14 34:3 36:4
37:16,25 38:22 39:17
40:1,9 46:18 48:16,
25 50:18 52:18 54:8,
19 58:7 59:16,19
61:12 65:23 66:12
67:7,12,19 68:10
73:12,14 78:20 80:10
82:1 84:10,24 85:4
86:5,13,25 87:14,25
88:6 89:16 90:20
99:3 106:15 108:16,
25 109:2 114:11,17,
22 117:15 123:21
126:14 155:1,10
159:7,16 160:11,17
164:17 165:6 171:14
176:25 181:3 182:10

**objects** 160:21

**obtained** 81:24

**occur** 145:8

**occurred** 75:13
131:20

**October** 117:5
118:11

**offered** 37:7 74:19

**offers** 160:22

**office** 20:11 26:14
37:11 75:20 146:8
171:11

**officer** 144:7 158:10
173:25 177:9

**official** 158:20,24
160:5

**open** 13:20,22 15:2
18:13 36:20 41:15
69:3,6 93:17 103:19,
22 104:5,8 115:19
116:2 138:13 147:4
152:20 184:22

**opened** 104:2

**opening** 14:25
103:25 104:2 146:24
147:3 169:12,13

**operated** 31:12

**operations** 30:25
31:7

**opinion** 163:14
175:7

**opportunity** 58:16

**opposed** 8:12 14:24
45:21 87:11 89:13

**option** 80:9 97:11

**order** 60:3 79:23
80:12,15,22,25 81:5,
12,24 82:8,9,10,18,
19 83:5,9 126:12
130:2 159:15 161:23
162:9 165:18

**ordered** 51:16,18
126:2 135:4 168:8
184:9,12

**organize** 178:25

**original** 28:25 29:4,
21,22 30:4 64:5
82:22 170:23

**originally** 81:17
85:13

**outlined** 22:15

**outlines** 85:8

**outstanding** 116:12

**oversees** 23:2

___

**P**

**P-P-S-T-A** 43:23

**p.m.** 64:1 76:20
185:21

**packets** 49:15

**pages** 59:19 142:4

**paid** 154:18 158:13

**pandemic** 30:22
31:4 70:12 79:3

**paper** 23:16 26:8,12,
16 27:17 28:5 97:4,6,
8 98:20 103:5,6,11,
14

**paperwork** 159:14

**paragraph** 43:8,13,
14,18 44:2,13 69:14
74:1,14 75:14 77:1,2,
3,25 78:4 91:3,6
94:8,13 107:10,18
110:10,15,17,23,25
111:4 112:8,13,24
125:25 126:25
127:23 128:10,22
129:12,24 132:1,23
133:21 134:9 136:8
139:9 141:23 142:10,
14,20 158:18 161:4

**paragraphs** 69:11
160:19

**parameters** 47:22

**paraprofessionals**
54:22

**parentheses** 43:16

**parents** 34:22 39:3

**part** 10:20,23 11:3
37:7 50:2,21 70:22
96:9 144:3 148:6
159:19 161:16,22

**partially** 82:13

**participate** 10:21
11:7 17:25 53:11,13
145:7 146:16

**participated** 35:24

**participating** 54:2
56:22 122:18,23

**participation** 56:15

**pass** 150:19

**passed** 141:3

**past** 97:25 128:12,24

**patient** 162:17

**patient's** 163:4

**pause** 9:5 73:20

**pay** 150:23 151:1,6,
10,13,15,24 152:4,9,
16 153:10 154:13,25
155:8,20 157:6,23
173:4 179:17,23
180:2,6,8,15,17
181:1 183:19 184:2,5

**PCSD** 59:12

**PDF** 13:20 93:16
142:6 163:22

**PE** 71:18

**penalties** 5:5,17

**pending** 9:18 86:16

**Penn** 29:9 105:3,4
106:7 113:12,17,20

**Pennsylvania**
11:19,22

**people** 37:8,10,13,
19,20 57:4,6 67:18
71:4 78:10,25 95:13
103:9

**percent** 140:7

**perfectly** 20:2
159:13

**perform** 48:14 50:9
68:19 79:14,21 80:6
85:10 87:23 88:5,16,
24 89:19,20 90:24,25
91:1 124:5 135:23
136:21 162:11
165:24 166:8

**performance** 89:14,
21 90:18

**performed** 48:22
88:19 122:11 164:15

**performing** 65:20
66:3,7 67:11,15,21,
22 84:22 87:11,12
89:13,14 90:18 163:3

**period** 16:23 31:17
37:4 38:18 51:19
81:13,16 122:16
123:1

**periodic** 91:17,18

**periodically** 58:23
91:7 99:10

**periods** 52:25

**perjury** 5:6,17

**permitted** 61:10
98:15 137:24

**person** 18:20,22
22:18 30:25 31:7
32:7,14,21 33:2,9
44:4,16,24 45:3,5,18,

19 47:10 79:12,19
81:9 91:1 97:19
99:14 139:15 152:9
162:2,10 163:1
176:21

**person's** 76:10 99:7

**personal** 14:9,12
178:20

**personally** 114:4
133:1

**personnel** 22:16,22

**Persons** 136:9

**perspective** 181:23,
24

**pertained** 118:23

**phases** 33:14

**PHI** 133:24 136:9
158:22

**phone** 149:16 150:15
155:15 170:14
171:13,19 172:2,11,
12,15

**phones** 76:8

**phrase** 108:1,11,21

**physical** 46:13 54:5,
16 55:4 57:16,24
58:6 61:6 66:22
88:17,25 115:8
149:11 162:10 163:1

**physically** 28:2
32:18 43:21 48:23
50:10,16 53:15,18
55:11,18,22 56:6,8
57:11 66:11,15 67:4
77:23 79:14,21 80:5
81:21 84:5,15 87:21
88:3 99:22 114:25
121:4,10,15,17,19
122:3

**physician** 80:17
126:10,13 128:13,17,
25 129:3 154:3 157:9
161:15,16 162:5
165:23 166:2,13
168:24 169:25
176:24

**piece** 123:14

Index: place..question

**place** 38:9 67:5 78:5, 9 145:14 146:4 158:4 173:3 179:22 180:4

**places** 73:4,6 165:18

**plaintiff** 5:14 18:15 185:4

**plaintiff's** 14:2,16,20 15:8 41:11 59:4 93:7 103:20 115:23 125:8 127:7 132:11 138:11 147:1 152:21 169:9

**plan** 33:21 34:9,17 36:19 37:3,6 38:20 39:6,8,15,25 40:7 77:11 108:13 125:2

**platform** 96:9 97:17, 22

**playground** 46:21, 23

**point** 9:14 18:1 29:23 50:1 53:10 54:16 55:17 67:2 71:20 73:2 92:25 98:21 112:7 117:24 118:5, 9,15 130:21 141:19 158:7

**pointed** 154:21

**policies** 23:3 106:23 179:21

**policy** 10:6,7,13) 25:5,6 44:21 83:15 84:7 181:7,8,9

**portal** 62:23 95:24 96:7,8

**portion** 60:9 88:9,10 126:22

**portions** 88:12

**position** 12:12,16,18 13:1,14,16 87:5 89:24,25 90:4,5,9,25 121:2

**positions** 87:3

**positive** 80:17,19 140:8

**potentially** 81:10

**Poughkeepsie** 12:7, 13 13:17 14:17 15:5,

9 16:18 18:4,7,8 28:12,14 29:2,14 30:10,23 31:6,9,20, 23 32:8,15,22 33:7 36:21 37:2 42:24 47:15 50:25 51:3,6 67:9 70:8 84:2,21 85:2,5,18 86:1,6,20 87:9 89:10,11 90:15, 16 93:5 94:6,14 96:13,23 99:25 102:7,18 106:12,21 113:21 115:10,14 166:23 183:17,25

**power** 165:18

**PPSTA** 43:20,22

**practice** 101:20,22, 24 102:8,10,15 166:1

**precise** 36:9

**precluded** 136:3

**prefer** 92:3

**preference** 87:10

**pregnant** 9:5 73:20

**prep** 10:20,22,24

**preparation** 11:4 104:21 106:11,18 107:4 133:9,10 137:16

**Preparatory** 11:18

**prepare** 9:22 117:17 132:25

**preparing** 10:18

**preschool** 85:9

**presence** 11:2 46:14 54:6,17,24 55:4 57:16,24 58:6 61:6, 19 66:22 88:17,25 115:9

**present** 10:19,22 24:22 25:15 26:9 27:16 28:2 45:21,22 46:7,8,22 48:23 50:16 61:18 62:15 64:21 65:5,8 66:1,11 77:23 88:21 144:11, 15 145:12

**presented** 51:8

162:18

**president** 35:7

**presidents** 35:5 83:25

**presumption** 176:8

**pretrial** 144:8

**previous** 45:4 102:9

**previously** 30:3,9 68:3 98:5,8,19 170:5 172:20 177:24 185:5

**primarily** 21:18,21 47:22 72:3 91:20

**primary** 22:21

**principal** 20:10 21:18,21 22:13,18, 20,25 23:6 25:10,24 28:3,9,10 40:11 50:21 54:11 62:8 88:12,15,23 95:12,16 99:5,17 100:7,17 105:5 106:8

**principal's** 95:12

**principals** 22:8,9,11 45:14 54:21 62:10 88:20

**prior** 6:20 13:1 72:9, 14 83:16 94:13 105:24 107:12,19 108:18 133:18 141:5 159:15

**privileged** 17:12

**problem** 138:15 169:5

**procedure** 14:18 28:8 99:25 100:4,5 101:2 126:8

**procedures** 38:9 68:3 72:4 106:23

**proceeding** 5:8 11:15 182:15,17 183:1,4,5,6,9 184:6, 12

**proceedings** 7:4,7 11:13 17:8 182:9

**process** 17:4 18:25 19:2 33:16 59:3 68:5

70:18 80:14,20 81:2 96:25 101:5 144:10 154:1 157:7 161:17 165:13 173:21 176:18 180:6

**processes** 72:3

**produce** 167:14

**produced** 166:21

**production** 156:20

**professional** 11:25 163:25

**prohibited** 77:17 80:5 81:21 84:5

**projects** 71:7

**proper** 164:2

**proposal** 35:18,22

**proposals** 37:23

**propose** 164:1

**Protected** 133:24 157:17

**protocols** 38:8 74:20 75:17 102:4

**provide** 49:6,16,18 55:3 76:2 79:11,17 87:3 123:23 130:19 131:14,15 133:12 142:23 149:9 170:4 173:7,21 174:7 177:24

**provided** 49:12 74:3, 15 75:1 82:9 86:23 91:7,10 98:20 110:3 112:6 131:22 136:20 137:4,12 141:19 143:5 154:8 156:2 157:4 158:2 170:5 171:13,19 172:12 173:2,7,23 177:25 185:5,7,8

**provider** 78:2 162:6

**Psy.d.** 5:19

**psychiatric** 129:6 135:22

**psychological** 135:4

**psychology** 11:24 12:3

**psychotherapy** 134:10,14,15,17,21, 25 135:11,13,18 136:2 143:19 178:8

**public** 73:3 126:8,9 161:24 167:9 181:22

**published** 37:3 166:24

**pull** 68:8 120:19 153:17 169:3 172:4 184:21

**pulled** 68:2,4 69:2 127:6 140:9

**pulling** 124:3

**purchase** 51:14

**purpose** 39:1 43:12, 18 99:2 134:17 135:16 176:9

**purposes** 152:5,7 167:22 180:5

**pursuant** 14:18 115:21 116:15 126:3 153:20 160:25 161:6, 13 163:10 164:1

**purview** 35:16

**put** 26:17 36:1,6,7 76:6 91:12,14 124:15 139:9

**putting** 48:9

**Q**

**QR** 76:6

**qualified** 181:4 182:19

**quarantine** 78:13 79:24 80:13,15,22,25 81:5,12,16,25 82:8,9, 11,18,19 83:3,4,5,9

**Quest** 142:11,14 172:8

**question** 7:23 8:9,25 9:2,17,19 16:21 30:8 31:3 32:10 39:13

41:1 42:8,14 43:12
52:13 54:3 74:12
82:22 85:1 86:10,12,
16,17 88:1,7 90:6,9,
10,21 96:5 100:18
101:1 105:20,22
109:18,25 110:11,18
114:21 115:4 116:13
117:10 118:2,4
121:22,23 123:14
128:21 137:8,9 139:2
140:14 145:4 148:1,7
155:16 157:3 160:1,
10,11 164:11 165:17
181:5,20 182:20

**questioning** 107:8

**questionnaires**
72:9,14

**questions** 7:17,18,
22 8:2 69:24 72:22
77:5,14,17,21 79:13,
20 80:4 81:20 84:4
94:17,25 98:15
99:12,23 107:21
109:7 145:17 174:25
176:9 179:1 184:15
185:3

**quick** 78:24 124:18
177:16 178:25

**quickly** 33:12 59:9
63:1 64:8 78:8 83:9
91:2 93:21 94:20
104:16 107:9 112:12
120:1 121:21 124:19
127:14 129:9 137:15
147:8 153:15 171:19
172:5 174:23 179:2

**quote** 60:17 107:11,
18,22 109:11,12
112:8,10,14,16

**R**

**raise** 59:18

**reach** 23:1 29:9
100:8 101:11 141:15
175:9,17,21 176:23

**reached** 115:7
130:16 175:23

**reaching** 101:14
130:4,13 139:23

140:16,25 153:21
171:1

**reaction** 40:8

**read** 36:24 43:11
52:12 73:6 107:23
139:19 142:13
149:13 159:3 160:19
162:12 163:21 170:6
183:21

**reader** 111:22

**reads** 69:18 107:11,
18 112:8 116:22
117:5 120:15 129:12,
25 132:2 133:22
134:13 142:14
147:19 149:8 158:18
169:24 177:21

**real** 97:2,21 98:10,23
99:6

**realize** 136:2

**reask** 105:22 123:13
137:8 148:1

**reason** 8:20 9:8,11
46:2,5 59:18 69:3
86:19 87:4 93:17
127:10 135:21
155:19 157:4 162:21,
24

**reasons** 100:14
126:23

**recall** 45:25 57:15
74:25 75:22 118:10
139:21 140:4 144:17
149:18 150:2 171:23
172:1,3

**receive** 12:4

**received** 11:20,23
12:2 13:16,19 51:12
79:23 82:8,17,19
83:3 139:17 154:1
175:5

**recently** 119:10

**recess** 46:15,16
125:4 179:14

**recognize** 139:2
147:10

**recollection** 10:14
14:10,12

**recommendation**
152:1,2

**recommendations**
73:2 152:12

**record** 6:3 27:17,21,
23,25 28:1 73:18
87:18 117:6 119:19
120:3 125:2 136:23
144:3 145:3,11
151:19,20,21 156:23

**recorded** 76:13,14
95:11 112:16 113:3,
5,9 114:6,8

**recording** 61:22,24

**records** 28:5 124:3
128:12,23 156:20

**recurring** 108:12

**refer** 6:8 18:11 19:24
49:24 151:3 156:15,
24

**reference** 98:10
167:18

**referenced** 148:18

**referred** 33:23 43:22
71:24 75:9,13 94:8
95:15 110:9,14 111:3
127:23 132:23 185:5

**referring** 17:6 19:9
23:19 44:13 58:23
65:1 83:22 101:24
112:25 113:7 114:18
131:1 156:5,10,11,16
167:4 178:3

**refers** 126:25 127:25

**reflected** 172:17

**refresh** 10:13

**refusal** 152:16 184:6

**refusing** 146:16
159:6 164:6,14 165:4
173:8 174:5 175:19
177:5

**regard** 21:9

**regular** 25:9 182:8

**regularly** 62:11
67:10,17 91:12,14
98:25

**regulation** 79:4
85:15 180:18,20,21,
22,25

**regulations** 85:8,9
158:21 160:6

**Reid** 117:23 119:22
130:23,24 131:4,15,
21 137:5 141:20,21
143:1,12,24 144:7
147:12,14 149:22
154:15 158:5,10
164:20 169:22
170:10 171:20
172:25 173:2,7,10,
12,25 177:10,20

**Reid's** 170:9,18
174:18,20 185:6

**reissue** 143:8

**related** 20:20 37:23
47:1 68:6 102:3
120:9

**relating** 82:2,4

**relation** 102:10

**relationship** 34:4

**release** 132:3,21,22
154:2 155:22 156:6,7
157:8 178:4,7,20

**released** 36:14

**relevant** 114:14
161:22

**reliance** 47:1

**reluctance** 158:6

**rely** 45:10

**relying** 160:2 161:21

**remember** 15:14
17:18 28:23,25 29:3
36:11,16 56:1 57:12
58:1 71:5,17 75:24
133:3 137:13 150:11

**reminder** 175:1

**reminding** 101:5

**remote** 31:17,21,24
32:19,25 35:12 40:20
41:4,5,7,8 44:23
47:10 49:10,17,19
51:1,4 54:4,5 55:6,8

61:17 90:19

**remotely** 47:5,7
61:11,19 79:15,22
87:24 88:5,9,11
89:15,22,24 90:2
122:12,19,21,24
123:1

**renewed** 168:5

**reopen** 34:17 39:7
129:14

**reopening** 33:17
34:9 35:18 37:3,7
38:20 39:2 91:8

**repeat** 16:3 30:8 31:3
32:10 36:24 52:13,14
56:18 87:16 88:1
96:4 110:11 115:4
145:24

**rephrase** 37:1 95:4
160:9,11 175:7

**report** 25:16 26:3
33:2,5,9 43:21 44:16,
20 78:15 84:15 87:22
88:4 120:16,23 121:3

**reported** 61:1 78:14
99:16

**reporter** 5:1,3,15
8:3,11 71:9 124:23,
25 179:10

**reporting** 23:15
25:21 55:11,18,22,25
56:6,8 57:1,11 66:16
117:1 122:21,25
126:21

**reports** 12:23,24,25

**represent** 119:5
183:12

**representative**
106:22 144:14 176:3,
4 181:23 182:23
183:3

**represented** 23:22
145:6 173:18

**representing** 174:11
176:17

**represents** 171:3

**request** 118:3

124:21 159:14
166:21

**requested** 101:7
142:23

**requesting** 168:2
178:14

**require** 67:23,25
68:18,22,24 102:9
152:4 162:2

**required** 33:2,5
38:24 44:24 78:15
81:23 85:15 88:17,25
89:3 101:17 135:22
179:19 180:1

**requirement** 102:25

**resend** 69:4 143:13

**resolution** 127:1,19,
21,22 151:2

**resolutions** 156:22

**resource** 20:20
40:16

**resources** 12:22
21:2,5,9 35:4 138:3,
7,9

**resources-related**
20:16

**respect** 16:6,8 122:7

**respective** 32:8,15,
22 87:22

**respond** 52:10,16,21

**responded** 64:5
174:18

**responding** 106:24

**response** 63:8 64:14

**responses** 96:18
119:19

**responsibilities**
12:20 13:8 21:25
45:4,7,9 46:25 47:14,
19 52:9,15,23 121:9

**responsibility** 24:14
27:10 52:20

**responsible** 12:22
13:10,12 20:4,6,8
21:4,13,15,18,22

**responsive** 82:13

**rest** 110:1

**restate** 128:21

**restroom** 58:16

**result** 70:11 180:16

**results** 96:21 98:25
99:13 118:18

**retrieve** 167:2

**return** 132:4 134:4,7
157:7

**returned** 155:21
157:13

**returning** 37:21
75:17

**reverse** 157:22

**review** 10:4,10,13
16:3 25:8,10 36:20
37:12 99:5 102:19
133:17

**reviewed** 24:6 28:21
37:9,15 75:3 133:19

**reviewing** 28:4,23,
25 29:3 116:10

**reviews** 28:3 98:25

**right-hand** 15:12

**Rochelle** 11:25

**role** 12:21 19:23
20:3,13 21:3 34:16
38:6 182:16

**rooms** 105:1

**row** 100:7

**Ruby** 6:4

**rule** 9:16 14:18

**run** 107:8 153:15

**running** 7:15

**Rushfield** 5:12 8:21
9:24 10:1,5,25 11:3
14:22 15:20 16:20
17:6,21 18:16 19:19
20:17 21:7 22:2 23:4
24:7,11 25:1 28:17

25:21 61:21,24 62:14
101:13

29:8 30:6,13 31:1,14
34:3,7 36:4,23 37:16,
25 38:22 39:17 40:1,
9,22,25 41:13,17,24
42:7,13 43:14 46:18
47:16 48:16,25 50:18
52:12,18 54:8,19
58:7,19,24 59:1,3,8,
16,18 61:12 65:23
66:12 67:7,12,19
68:10 73:12,15,16,
19,22 78:20 80:10
82:1 84:10,24 85:4
86:5,13,17,25 87:14,
25 88:6 89:16 90:3,
11,20 93:9 99:3
102:21 103:22
106:15 107:14
108:16,25 110:16
112:23 113:6 114:11,
17,22 116:1,5,9,12
117:15 119:1,14
121:11 123:13,16,21
124:20 125:10
126:14,19 128:16
129:13,18,23 131:11
132:15 142:1,4,7,12
151:18 153:1 155:1,
10 156:4,8,17 157:2
159:7,16,24 160:13,
17 161:2 164:17
165:6 166:19,22
167:3,8,15 168:1,12,
19,23 169:2,5 171:14
176:7,11,14,25
179:3,4 181:3,15
182:10,18 183:21
184:16,20,23 185:2,
13,18

**Russo** 71:18

---

**S**

**safeguard** 161:23

**safety** 34:12 38:2,6,
12,14 71:13 74:20
75:17

**satisfactorily** 67:16

**save** 14:24

**saved** 96:13,14
113:10 114:1

**scenarios** 46:15

179:22 180:14

**schedule** 35:20
38:11 78:18 130:4
131:18 139:24
140:17,25 141:8,17
153:22 170:2,20
173:16 174:9

**school** 11:17,19,23
12:8,13 13:3 14:17
15:5,9 16:5,18 17:2,
7,14 18:4,5,8 19:10,
11 21:6,14,16,18,20,
23 23:10,20 24:24
25:5 26:9 27:16
28:12,14 29:2,14,19,
24 30:2,3,10,24 31:6,
9,12,16,20,21,23
32:6,9,13,16,19,20,
23,25 33:3,6,7,10
34:1,18 36:15,21
37:2,5,24 40:8,19
41:4,7 42:24 43:4
44:25 45:3 47:15
48:13,24 50:16 51:1,
3,5,6,10 53:16,19,22,
23 54:24 55:13,16,
19,23,25 56:6 57:25
60:18 62:3 66:9,11
67:5,9 70:8,10,13,17
71:14 75:18 79:17
80:8 82:2,3,5,6,18
83:17 84:2,8,14,21
85:2,5,18 86:2,6,20
87:5,9 88:18,24
89:10,11 90:15,16
91:15 93:5 94:6,14
96:14,23 97:17,20,
22,25 99:25 100:12
101:5 102:7,18 105:6
106:10,13,21 107:3,
13,15,20 108:19
112:9 113:21,24
115:11,15 119:12,16
120:17,24 121:2,5,7,
10 122:4 123:12,20
124:4 161:25 162:7
166:23 168:9,20,21
181:22 183:18 184:1

**school's** 84:6,7

**schools** 32:8,15,22
73:4 126:8 161:24

**screen** 41:19 69:24
70:1 75:22 93:15,18

103:16 104:9 112:21
115:18 127:17
138:16 146:25 147:5
160:20 175:1

**screens** 104:1

**scroll** 93:22 94:20
95:18 104:16 109:23
127:14 138:25 147:8
148:24 158:16 165:9
170:8 171:18

**secondary** 22:23

**seconds** 151:19
181:16

**secretaries** 24:17
71:3 133:2 137:18,21
138:2,5,8

**secretary** 62:7
71:15,16 95:12
133:4,8,13 138:7

**section** 6:13,15,18
7:3 10:22 76:12
115:22 116:15 126:3,
6 132:6 134:13
153:20 154:2 157:7
160:25 161:7,13,14,
19 162:18,22,25
163:10,17 164:1
165:4,10,17 166:8
183:8

**sections** 35:25

**sector** 181:22

**security** 71:13
137:22 138:1

**seek** 67:10,17

**seeking** 7:11,12

**semester** 123:11,19

**send** 14:13,22 41:9
42:10 58:25 93:3

**sending** 62:15
133:18

**sends** 14:24

**sense** 7:19,20 8:5
9:20 93:22 104:17

**sentence** 112:7
164:19 165:8 170:18
177:21

separate 17:3 50:3

September 19:12, 13,15 29:8 42:21 43:1,2,9,21 44:4 55:24 56:1,2 59:11 60:6,11,22 63:11 64:2 65:6,9,11 71:21 75:13 81:4,6 83:23 116:22 118:1 120:15, 22 121:5,11 122:4,7, 12,24

Serenity 6:4

series 59:7 69:23

served 16:25

service 6:19 12:24 13:12 27:6 34:12 38:3 183:10

services 12:15 13:11,13 71:19 162:1,4,7,9

session 10:20,24 74:19 75:1,16 76:9, 13,15

sessions 74:6 76:19

set 19:5 22:11,13 35:20 93:10 105:1 149:3

setting 149:23

shaking 8:13

shaped 93:16

share 75:22 93:15,18 104:9 119:6 127:11 129:10 132:9 138:16 146:25 147:5 152:19 165:12 169:7 184:24

shared 39:1 51:14 76:4 103:18 105:3 169:11

sharing 41:19 103:16 112:21 115:17 146:22,23 151:17 158:14 177:14

she'll 160:4

sheet 26:16 95:5 96:10

short 92:5 122:16

short-circuit 107:7

shortly 35:12

show 26:9 75:4,25 99:22 121:4,10,15, 17,19 122:3 161:2 177:19

shown 110:8,13 111:10 114:9 119:3 127:21 139:22 141:6 153:16 154:5 155:19

sick 78:14 82:24 83:6,7 84:23 87:12 99:18 110:4

side 15:12

sign 26:11,14,20 76:17,18 134:4,6 157:7 159:1 178:14

sign-in 26:16 27:1,24 28:5

signatory 117:16

signatures 76:23

signed 62:2,6,9 154:1 157:13 178:19

signing 27:17 61:15

signs 26:10

simply 8:12 9:15 10:22 167:11

single 21:14,16 59:20 67:2 108:22

Singleton 71:15 133:7

sit 34:19

situation 79:12,18

skills 85:25

slide 75:25

slightly 115:6

slow 32:12 71:8

slowly 109:23

small 51:18

social 11:22 38:10 74:23 137:22 138:1

Soha 130:10,13,16, 20 131:8,16 136:14, 24 141:7,15 142:16 147:16,19 148:2,11, 18,22 149:1,8 150:3, 18 154:7,22 157:14, 15 164:3,16 165:5,23 170:1,3,15,19,25 172:1,17 173:2,9,16 174:6,20 175:4 177:23 178:11

Soha's 130:3 131:2, 3,14,17 139:18,23 140:16,24 153:21 171:11 175:5

solely 120:6

solving 22:6

sort 40:7 70:5 166:14 182:8

speak 17:23 18:6 62:8 79:16 99:7 133:8 142:16 145:13 150:7

speaking 9:4

special 13:7,9,11 71:7 85:8

specific 54:13 57:3 66:19 72:17 78:16 82:11 85:7 88:23 119:12 123:2 144:18 164:7

specifically 44:13 55:1 57:7,12 62:5 66:5 70:11 74:25 75:24 89:2 102:3,16 118:3 120:14 123:2 165:5 183:6

specification 116:21 117:5,11 120:2,14,21 121:1, 12,22 122:1,7

specifies 44:2

spell 71:9

spoken 40:13

spreadsheet 96:11

spring 44:22

staff 52:11,17 77:22 104:19 105:9,12,16,

18,24 106:2,4,10 108:12 111:9 114:9 130:4 131:11,12,17 139:18,23 140:16,24 153:21 175:6

standard 100:4,5 102:8,15

start 7:15 26:23 83:16 155:17

started 30:22 31:5 35:11 73:7

starts 43:15

state 6:2 12:1 31:16 34:8 68:13 72:24 73:24 81:11 116:16 159:2 160:14 180:21, 22

stated 144:9 161:5 174:13

statement 82:17 120:6 126:16 163:23 164:13

states 60:16,21 139:13

stating 153:25 174:18

stay 179:7

step 55:12 82:15 97:10

steps 97:11 115:5

stipulate 5:2,13

stop 95:21 103:16 115:17 129:10 146:22 151:17 177:14

straightforward 86:12

strangely 93:16

strike 27:14 33:23,25 57:17 76:1 144:20 175:18

student 51:11,12

students 20:12 32:7, 14,17 39:3 40:20 41:4,8 43:5 45:5,14, 17,18,21,22 46:3,6,8,

14,22 47:4,6,9,10,25 48:5,9 49:10,17 51:7, 9 52:11,17,22 53:21 54:4,7,18 55:2,5,9 61:10,18 64:23 84:21 85:25 86:23 87:4 89:11 90:16

students' 61:22 86:4

studies 11:23

subcommittee 38:3, 4,5,7,12,14

subject 11:12,14 35:16 149:3 159:23 165:4 169:18

subjected 165:19

submission 100:2

submissions 96:22 102:19 103:9,10

submit 35:21 37:6 62:17 94:22 95:1,6 97:15 101:7 112:16 113:3 128:6,11,23 143:25 159:6,13 160:7,15 162:4 163:1 164:6,15 173:9 174:6,19 175:19

submitted 97:16 99:1 114:2 118:4,7, 15

submitting 117:7 119:19 120:4 124:7

subpoena 17:20

subsequently 38:16 131:19

substance 153:5 154:23

substitute 27:8

sued 30:3,9,15

sufficient 101:14

suggest 156:23

suing 28:11,13

summer 36:8,10

superintendent 12:14 19:24,25 20:4, 23 21:4 33:20 40:17 91:13 116:23 120:18,

24 128:6 152:11,14

**superintendent's**
74:5,18 91:14 151:25

**superintendents**
33:19

**supersede** 77:21

**supervise** 46:5,9,12
57:18,21

**supervised** 46:3

**supervises** 20:11

**supervising** 13:10
20:5,7,9 21:19,22,25

**supervision** 45:12,
24

**support** 117:11

**survey** 69:15,19,22,
23 71:22 72:23 74:21
75:2,5,23 76:3 77:6,
9,13 78:23 80:4
81:20 100:15 101:9
103:1,10 104:25
110:9,13,14 111:1,2,
3,4,10,12,19 112:3,6,
19 116:25 117:25
118:25 119:11,16,20

**surveys** 37:8,9,12
72:9,13 102:22,24
111:16,22 119:2

**suspend** 152:15
154:12,24 155:7
157:22 180:1

**suspended** 150:23,
25 151:4,6,10,12,14,
23 152:9 153:11
155:20 173:4 180:6,7
181:1 182:4 183:18
184:1,5

**suspending** 152:3
157:6 179:17

**suspension** 158:3
179:23 180:15,17

**swearing** 5:2

**switch** 120:12
140:19

**sworn** 5:21

**symbol** 134:24

**symptoms** 70:4

**system** 14:24 62:1,
12,19 113:16

———

**T**

**tab** 95:8,15,17,23

**tailor** 73:10

**takes** 80:24

**taking** 41:21 61:16
82:25 110:4 173:3

**talk** 16:13 170:17

**talked** 70:19 74:22

**talking** 102:21
139:11 168:15

**task** 49:3 50:1,7,10,
13,14 88:23 89:2,7

**tasked** 131:16,17

**tasks** 47:21,24 48:3,
6,11,15,20,22 50:4,
21 88:20

**teacher** 49:16,20,22
53:2,5 62:9,12 67:21
68:1 123:7

**teachers** 23:23
32:21,25 33:4 40:20
41:4,7 44:1,3 47:5,8,
12,20 49:12,17 51:8,
21,23 52:22 53:22
54:4,7,18 55:2,6,9
56:21,23 61:10,14,
16,21 62:2 64:18,22
65:1,21 68:12 76:7
84:13 86:24 105:1
122:17,20,22 123:4,6

**teachers'** 61:25 62:4

**teaching** 20:5,7,9,
11,14,19,24 21:1,5,
10,13,16,19,22 22:1,
10,12,17,21 23:3,22
24:4,13,19,24 25:9,
11,20 26:7,17,23
27:2,15 32:2,4 34:23,
25 35:6,7 44:8,10,17,
19 45:2 46:25 47:14,
18,22 48:12,18,23
49:19 50:9,12 52:4,5,
10,16,20,24 53:1

56:24 57:8,9,13,14,
18,19,20,21 58:2
61:6 64:18 66:3 67:2,
21 84:22 85:3,6,10,
14,19,23 86:3,7,8,21,
22 87:2,10,21 88:3,
16,23 89:12,18
90:17,23 122:11

**team** 38:17 70:22

**tech** 119:24

**technical** 56:17 74:8
96:1 135:7 147:21
148:5 155:12 164:8,
22 175:10 181:13

**technology** 12:24
34:11 45:11 47:2

**temperature** 100:24

**ten** 151:18

**ten-minute** 178:25

**terminate** 7:11,13
67:10,13,17

**terminated** 68:1,4

**test** 80:17

**testified** 5:22 7:3
137:17 145:19
172:20 179:16

**testify** 8:17 9:9,12
16:5

**testifying** 14:9

**testimony** 5:5,16
176:5

**tests** 80:19

**text** 60:5

**themes** 37:14

**thing** 6:15 82:16
93:13 96:6 116:6
142:13 156:13
167:16 170:17
177:15 181:16
184:17 185:14,16

**things** 45:12 70:6
74:24 91:16,21 92:18
166:12 184:17

**thinking** 168:13

**thinks** 86:2

**thought** 17:22

**thoughts** 177:16

**time** 9:4,14 10:23
14:22 16:23,24 17:5,
17 19:3 31:11,17
36:9 37:4 38:18
51:19 53:25 54:14
55:17 67:1 78:4,16
81:9,11,24 82:7 83:7
85:23 91:24 97:2,21
98:10,21,23 99:6
100:19 105:5 108:6,8
118:3,5,16 122:16
123:1 124:24 133:13,
16 139:16 140:23
146:3,13,15 153:16
172:21 179:8 185:19

**Timepiece** 27:2

**times** 7:2 19:22 29:7
54:21 81:1 99:8
176:5

**Timothy** 5:9,19 6:4
13:25 138:22

**title** 20:1 156:14

**titled** 115:20

**today** 8:18 9:10,23
16:25 62:15 63:3
106:12,18 153:6

**today's** 10:18 11:5

**told** 18:1 54:1 57:23
104:24 105:2 140:24
171:12

**tool** 39:2,5

**top** 94:11,12 117:4
139:10 158:15

**topic** 16:6,8,13 91:23
106:20

**topics** 15:18,25 16:1,
11,14,16,17 17:1,22
18:2,3,7

**total** 103:11

**totally** 50:3 105:21
156:13

**tracing** 80:20 100:21
101:3

**track** 62:4

**training** 182:8

**transcribe** 8:4,11

**transcript** 5:7

**transportation**
34:13 38:4 71:13

**travel** 10:8 70:5

**treat** 102:14

**trouble** 169:12,13

**true** 5:5,16 6:22
98:11,14 111:7 159:5

**trustees** 161:25
162:3,8

**truthfully** 8:17 9:9,
12

**turn** 100:17

**two-thirds** 63:17

**type** 11:13,15 62:21

**typed** 133:1

**types** 64:25 72:19
136:4

**typical** 22:4

**typically** 22:25
100:6,16 101:16,18,
19 152:2 180:4
181:10,11,20 182:4,
21 183:2,3

———

**U**

**Uh-huh** 169:20

**ultimately** 143:11
152:15 158:9 159:9
164:20 173:11,22,24
177:6

**unable** 50:9 77:4
154:6 157:14

**undergo** 153:19
184:9

**underlined** 134:21

**undersigned** 133:22

**understand** 7:21
8:6,14 9:21 14:8,11
16:4,7,10,12,15
25:20 37:17 53:17

61:21 77:9 97:9
106:19 107:1 108:20
151:5 162:15

**understanding**
31:22 85:23 106:8
109:1 110:7,12
118:22 143:23
148:17 179:20

**understands** 114:21

**understood** 7:24,25
8:1 80:2 146:2
158:12 166:3

**union** 35:5 83:25
181:12,18,23 182:5,
22,24 183:2,12,13

**union's** 182:16

**unit** 23:23,24,25
24:2,5,25 25:4 43:16,
20 44:1,4

**units** 23:14,18,21
38:21

**University** 11:20,21
12:3

**unnumbered** 75:14

**unusable** 158:23

**unwilling** 160:15

**up-to-date** 159:12,
21

**update** 26:6

**updates** 91:4,7,10,
13,15,17,18

**utilize** 173:22

**utilized** 86:7

**utilizing** 51:7 53:2,5

——————

**V**

——————

**varied** 81:1

**variety** 47:19 48:10
126:23 154:7 156:1

**verified** 5:9

**Vigent** 142:15 172:8

**violation** 163:17

**virtual** 64:22 65:5,9
75:21

**virtually** 75:18

**visit** 79:7

**voiced** 56:25 158:6

**vote** 166:7

——————

**W**

——————

**Wade** 5:10,15,19 6:4,
8,11 11:8 14:1 15:2
42:2 59:6,14,23
73:20 91:25 93:25
96:2 103:23 104:20
110:19 116:9,24
117:17 120:18,25
124:17 125:11,14
129:19 134:1 138:13
139:3,6 147:22,23
148:4 151:22 152:23
164:9 166:22 169:11
178:19 179:5,16
185:19

**walk** 82:14 97:10

**Walter** 148:22

**Walter.soha@
nuvancehealth.org**
147:19 148:3

**Walter.soha@
nuvancehealth.org.**
148:14

**Wappinger** 142:15
172:8

**warrant** 101:14
180:14

**warranted** 40:7

**water** 58:17

**ways** 26:20 45:6,8
46:24

**wearing** 38:10 74:22

**web** 62:22 91:21
95:24 96:8 112:9

**website** 62:16 76:5
166:24 167:5,11,17,
18

**websites** 76:5

**week** 26:4 81:6 103:8
118:1

**weeks** 25:17 36:15
81:8,13,14,15,23
83:11 141:3 146:17,
19

**Williams** 133:7

**withdraw** 84:25
155:16

**word** 43:15,16

**words** 21:12 134:10,
20 162:15

**work** 12:6,7 13:2,5
22:8,9 37:20,22
43:21 48:19 56:8
58:4 61:10 66:16
78:14,15 80:1 84:8,
15,18 89:4 104:13
113:20 114:25
121:15,17,20

**workbooks** 49:7,11

**worked** 12:9,10 13:3,
6 36:19 38:2,3 73:1
137:5 152:24

**working** 22:5,11,13
44:23 45:2 47:5,6,25
48:4 85:19 92:23
149:21 152:23
154:14

**works** 41:24 113:16
142:17

**workshops** 182:14

**wrap** 65:13 177:17
179:2

**written** 101:20
145:15 151:7 163:18
167:23

**wrote** 111:12

——————

**Y**

——————

**year** 13:6 19:6,8,10,
12 22:4 31:20 32:6,
13,19,20,25 33:3,6,
10 37:24 40:19 41:4,
7 42:17 45:3 48:13
51:5 60:18 68:1
70:10,14,17 82:3,5

83:17 84:8 88:18,25
123:12,20 165:25
166:5 167:10 168:4,
5,6,7,9,10,20,21

**years** 45:4 128:12,24

**Yeshiva** 12:3

**York** 6:5 12:2 31:16
73:3 81:11 115:22
116:16 126:3