UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

CAROL MELTON,

                Plaintiff,           DECLARATION IN SUPPORT
                                            OF MOTION FOR SUMMARY
    -against-                         JUDGMENT

POUGHKEEPSIE CITY SCHOOL DISTRICT,    Civil Action No. 19 CV 09755 (VB)

                Defendant.
───────────────────────────────

    DR. DAVID SCOTT, under penalty of perjury, hereby deposes and says:

1. I am the Principal of Gov. George Clinton Elementary School ("Clinton"), a school in the defendant school district ("District"). As such, I am fully familiar with the facts set forth herein. .

2. With regard to the Extended Learning Time & Before/After-School Program from October 23, 2017 through May 31, 2018, as reflected by the Submission Checklist marked as "Deft's Exhibit W," submitted herewith as Exhibit A, I recall that the teaching assistant that I recommended be appointed to serve that program at Clinton was a teaching assistant already assigned to work at Clinton during the 2017-18 school year because of the time constraints on starting that program at Clinton immediately after Clinton's regular school dismissal and needing to have that teaching assistant immediately available at Clinton at the end of the regular school day to service the students in that program.

3. Teaching assistant seniority plays no role in my recommendations of teaching assistants to serve in any before- or after-school program, and I would not check a

seniority list for purposes of deciding which teaching assistant to recommend for selection for such a program.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October    , 2021

_____
Dr. David Scott