UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROL MELTON,

                         Plaintiff,                    **AFFIDAVIT OF SERVICE**

    -against-

POUGHKEEPSIE CITY SCHOOL DISTRICT,      Civil Action No.
                                                                 19-CV-09755 (VJB)

                        Defendant.

---

STATE OF NEW YORK    )
                              ) SS:
COUNTY OF ULSTER   )

    ANN E. MAXWELL, being sworn says: I am not a party to the action, am over 18 years of age and reside in the Town of Dover, New York:

    On November 8, 2021, I served one (1) true copy of the Notice of Motion; Affirmation in Support of Mark Rushfield, with Exhibits; Affirmation in Support of Kate Reid, with Exhibits; Affidavits in Support of Dr. Timothy Wade, Nadine Elting-Dargan and Yvonne Palmer, with Exhibits; Declaration in Support of Dr. David Scott, with Exhibits; Rule 56.1 Statement in Support; Amended Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgement; and Memorandum of Law in Support of Motion for Summary Judgment, concerning the above-referenced case, on behalf of the Defendant, by electronic mail to the electronic mail address(es) indicated below, the email address(es) having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known email address(es) of addressee(s):

                Carol Melton
                *Shaolin1princess@hotmail.com*

And on November 9, 2021, I served one (1) true copy of the same documents, with a copy of the November 9, 2021 cover letter to Hon. Vincent Briccetti, by first-class mail by depositing the same in an official depository under the exclusive care and custody of the United States Postal Service, in a post-paid wrapper properly addressed, the address having been designated by the

1

addressee(s) for that purpose or, if none is designated, to the last-known address of addressee(s), to the address indicated below:

                Carol Melton
                P.O. Box 1014
                Poughkeepsie, NY 12602

                                      ANN E. MAXWELL

Sworn to before me this
9th day of November, 2021

_____
NOTARY PUBLIC

MARGO L. MAY
Notary Public, State of New York
Reg. # 02MA4780278
Qualified in Dutchess County
Commission Expires August 17, 2023