**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CAROL MELTON,

                    Plaintiff,

     -against-                                       19 **CIVIL** 9755 (VB)

                                                           **<u>JUDGMENT</u>**

POUGHKEEPSIE CITY SCHOOL DISTRICT,

                    Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 8, 2022, the motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       August 11, 2022

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                         **BY:**       *K. Mango*

                                                                   **Deputy Clerk**